**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ATLANTIC BROADBAND GROUP, LLC,<br><br>        Defendant. | C.A. No. 15-842-RGA |
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>        Defendant. | C.A. No. 15-843-RGA |
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CABLE ONE INC.,<br><br>        Defendant. | C.A. No. 15-844-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>CABLEVISION SYSTEMS CORPORATION, *et al.*,<br><br>                    Defendants. | C.A. No. 15-845-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>CEQUEL COMMUNICATIONS, LLC, *et al.*,<br><br>                    Defendants. | C.A. No. 15-846-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                    Defendant. | C.A. No. 15-847-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>                    Defendants. | C.A. No. 15-848-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>COX COMMUNICATIONS, INC.,<br><br>               Defendant. | C.A. No. 15-849-RGA |
| CHANBOND, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>MEDIACOM COMMUNICATIONS CORPORATION,<br><br>              Defendant. | C.A. No. 15-850-RGA |
| CHANBOND, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>RCN TELECOM SERVICES, LLC,<br><br>               Defendant. | C.A. No. 15-851-RGA |
| CHANBOND, LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>TIME WARNER CABLE INC., *et al.*,<br><br>               Defendants. | C.A. No. 15-852-RGA |

3

| | |
|---|---|
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>WAVEDIVISION HOLDINGS, LLC,<br><br>        Defendant. | C.A. No. 15-853-RGA |
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>WIDEOPEN WEST FINANCE, LLC,<br><br>        Defendant. | C.A. No. 15-854-RGA |

**PLAINTIFF'S AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff ChanBond, LLC states that it is now a 100% wholly-owned subsidiary of UnifiedOnline, Inc. ("UnifiedOnline"). UnifiedOnline is a publicly traded company (OTCBB:UOIP).

| | |
|---|---|
| OF COUNSEL: | BAYARD, P.A. |
| Mark Raskin<br>Robert Whitman<br>John F. Petrsoric<br>MISHCON DE REYA NEW YORK LLP<br>2 Park Ave. S., 20th Floor<br>New York, NY 10016 | /s/ Sara E. Bussiere<br>Stephen B. Brauerman (No. 4952)<br>Vanessa R. Tiradentes (No. 5398)<br>Sara E. Bussiere (No. 5725)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, Delaware 19899<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com |
| Dated: February 11, 2016 | *Attorneys for Plaintiff ChanBond, LLC* |

4