IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-842 (RGA) |
| | ) | |
| ATLANTIC BROADBAND FINANCE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-843 (RGA) |
| | ) | |
| BRIGHT HOUSE NETWORKS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-844 (RGA) |
| | ) | |
| CABLE ONE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-845 (RGA) |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| CHANBOND, LLC,                                  )<br>                                                 )<br>            Plaintiff,                          )<br>                                                 )<br>      v.                                        )<br>                                                 )<br> CEQUEL COMMUNICATIONS, LLC and                  )<br> CEQUEL COMMUNICATIONS                           )<br> HOLDINGS I, LLC d/b/a SUDDENLINK                )<br> COMMUNICATIONS,                                 )<br>                                                 )<br>            Defendants.                         ) | C.A. No. 15-846 (RGA) |
| CHANBOND, LLC,                                  )<br>                                                 )<br>            Plaintiff,                          )<br>                                                 )<br>      v.                                        )<br>                                                 )<br> CHARTER COMMUNICATIONS, INC.,                   )<br>                                                 )<br>            Defendant.                          ) | C.A. No. 15-847 (RGA) |
| CHANBOND, LLC,                                  )<br>                                                 )<br>            Plaintiff,                          )<br>                                                 )<br>      v.                                        )<br>                                                 )<br> COMCAST CORPORATION and                         )<br> COMCAST CABLE COMMUNICATIONS,                   )<br> LLC,                                            )<br>                                                 )<br>            Defendants.                          ) | C.A. No. 15-848 (RGA) |
| CHANBOND, LLC,                                  )<br>                                                 )<br>            Plaintiff,                          )<br>                                                 )<br>      v.                                        )<br>                                                 )<br> COX COMMUNICATIONS, INC.,                       )<br>                                                 )<br>            Defendant.                          ) | C.A. No. 15-849 (RGA) |

| | |
|---|---|
| CHANBOND, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEDIACOM COMMUNICATIONS ) <br> CORPORATION, ) <br> ) <br> Defendant. ) | C.A. No. 15-850 (RGA) |
| CHANBOND, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RCN TELECOM SERVICES, LLC, ) <br> ) <br> Defendant. ) | C.A. No. 15-851 (RGA) |
| CHANBOND, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIME WARNER CABLE INC. and ) <br> TIME WARNER CABLE ENTERPRISES ) <br> LLC, ) <br> ) <br> Defendants. ) | C.A. No. 15-852 (RGA) |
| CHANBOND, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAVEDIVISION HOLDINGS, LLC, ) <br> ) <br> Defendant. ) | C.A. No. 15-853 (RGA) |

| | |
|---|---|
| CHANBOND, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-854 (RGA) |
| | ) |
| WIDEOPEN WEST FINANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants will serve the subpoenas attached hereto as Exhibits A–F on UnifiedOnline, Inc., Z-Band, Inc., and CBV, Inc., respectively.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193

Alexandra McTague
James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025

May 17, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 17, 2016, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Vanessa R. Tiradentes, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Mark Raskin, Esquire<br>Robert Whitman, Esquire<br>John F. Petrsoric, Esquire<br>Michael S. DeVincenzo, Esquire<br>MISHCON DE REYA NEW YORK LLP<br>2 Park Avenue, 20th Floor<br>New York, NY 10016<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

                    */s/ Jennifer Ying*
                    Jennifer Ying (#5550)