**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHANBOND, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>ATLANTIC BROADBAND GROUP, LLC,<br><br>       Defendant. | C.A. No. 15-842-RGA |
| CHANBOND, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>       Defendant. | C.A. No. 15-843-RGA |
| CHANBOND, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CABLE ONE INC.,<br><br>       Defendant. | C.A. No. 15-844-RGA |
| CHANBOND, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CABLEVISION SYSTEMS CORPORATION, *et al.*,<br><br>       Defendants. | C.A. No. 15-845-RGA |
| CHANBOND, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>CEQUEL COMMUNICATIONS, LLC, *et al.*,<br><br>       Defendants. | C.A. No. 15-846-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                    Defendant. | C.A. No. 15-847-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>COMCAST CORPORATION, *et al.,*<br><br>                    Defendants. | C.A. No. 15-848-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>COX COMMUNICATIONS, INC., *et al.,*<br><br>                    Defendants. | C.A. No. 15-849-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>MEDIACOM COMMUNICATIONS CORPORATION,<br><br>                    Defendant. | C.A. No. 15-850-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>       v.<br><br>RCN TELECOM SERVICES, LLC,<br><br>                    Defendant. | C.A. No. 15-851-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>TIME WARNER CABLE INC., *et al.,*<br><br>                    Defendants. | C.A. No. 15-852-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>WAVEDIVISION HOLDINGS, LLC,<br><br>                    Defendant. | C.A. No. 15-853-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>WIDEOPEN WEST FINANCE, LLC,<br><br>                    Defendant. | C.A. No. 15-854-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on May 27, 2016, copies of (1) **Unified Online, Inc.'s Objections and Responses to Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises**; (2) **Z-Band, Inc.'s Objections and Responses to Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises**; (3) **CBV, Inc.'s Objections and Responses to Defendants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises**; and (4) this **Notice of Service** were served via electronic mail as shown:

**C.A. No. 15-842-RGA**
Jack B. Blumenfeld                                       Michael L. Brody
Jennifer Ying                                            Jonathan E. Retsky
MORRIS, NICHOLS, ARSHT & TUNNELL LLP                     WINSTON & STRAWN LLP
1201 North Market Street                                 35 W. Wacker Drive
P.O. Box 1347                                            Chicago, IL 60601
Wilmington, DE 19899

Krishnan Padmanabhan                                     Alexandra McTague
Anup K. Misra                                            James C. Lin
WINSTON & STRAWN LLP                                     WINSTON & STRAWN LLP
200 Park Avenue                                          275 Middlefield Road, Suite 205
New York, NY 10166                                       Menlo Park, CA 94025

**C.A. No. 15-843-RGA**
Jack B. Blumenfeld                                       Michael L. Brody
Jennifer Ying                                            Jonathan E. Retsky
MORRIS, NICHOLS, ARSHT & TUNNELL LLP                     WINSTON & STRAWN LLP
1201 North Market Street                                 35 W. Wacker Drive
P.O. Box 1347                                            Chicago, IL 60601
Wilmington, DE 19899

Krishnan Padmanabhan                                     Alexandra McTague
Anup K. Misra                                            James C. Lin
WINSTON & STRAWN LLP                                     WINSTON & STRAWN LLP
200 Park Avenue                                          275 Middlefield Road, Suite 205
New York, NY 10166                                       Menlo Park, CA 94025

**C.A. No. 15-844-RGA**
Jack B. Blumenfeld                                       Michael L. Brody
Jennifer Ying                                            Jonathan E. Retsky
MORRIS, NICHOLS, ARSHT & TUNNELL LLP                     WINSTON & STRAWN LLP
1201 North Market Street                                 35 W. Wacker Drive
P.O. Box 1347                                            Chicago, IL 60601
Wilmington, DE 19899

Krishnan Padmanabhan                                     Alexandra McTague
Anup K. Misra                                            James C. Lin
WINSTON & STRAWN LLP                                     WINSTON & STRAWN LLP
200 Park Avenue                                          275 Middlefield Road, Suite 205
New York, NY 10166                                       Menlo Park, CA 94025

**C.A. No. 15-845-RGA**
Jack B. Blumenfeld                                       Michael L. Brody
Jennifer Ying                                            Jonathan E. Retsky
MORRIS, NICHOLS, ARSHT & TUNNELL LLP                     WINSTON & STRAWN LLP

| | |
|---|---|
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-846-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-847-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-848-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Alexandra McTague
James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025

**C.A. No. 15-849-RGA**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Alexandra McTague
James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025

**C.A. No. 15-850-RGA**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

Alexandra McTague
James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025

**C.A. No. 15-851-RGA**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

| | |
|---|---|
| Krishnan Padmanabhan<br>Anup K. Misra<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | Alexandra McTague<br>James C. Lin<br>WINSTON & STRAWN LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, CA 94025 |

**C.A. No. 15-852-RGA**

| | |
|---|---|
| Jack B. Blumenfeld<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Michael L. Brody<br>Jonathan E. Retsky<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 |
| Krishnan Padmanabhan<br>Anup K. Misra<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | Alexandra McTague<br>James C. Lin<br>WINSTON & STRAWN LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, CA 94025 |

**C.A. No. 15-853-RGA**

| | |
|---|---|
| Jack B. Blumenfeld<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Michael L. Brody<br>Jonathan E. Retsky<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 |
| Krishnan Padmanabhan<br>Anup K. Misra<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | Alexandra McTague<br>James C. Lin<br>WINSTON & STRAWN LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, CA 94025 |

**C.A. No. 15-854-RGA**

| | |
|---|---|
| Jack B. Blumenfeld<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | Michael L. Brody<br>Jonathan E. Retsky<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601 |

| | |
|---|---|
| Krishnan Padmanabhan<br>Anup K. Misra<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | Alexandra McTague<br>James C. Lin<br>WINSTON & STRAWN LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, CA 94025 |
| Dated: May 27, 2016 | BAYARD, P.A. |
| OF COUNSEL:<br><br>Mark Raskin<br>Robert Whitman<br>John F. Petrsoric<br>MISHCON DE REYA NEW YORK LLP<br>2 Park Avenue, 20th Floor<br>New York, NY 10016<br>(212) 612-3270 | /s/ Vanessa R. Tiradentes<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>Vanessa R. Tiradentes (vt5398)<br>Sara E. Bussiere (sb5725)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Unified Online, Inc., Z-Band, Inc., and CBV, Inc.* |