# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>ATLANTIC BROADBAND GROUP, LLC,<br><br>        Defendant. | C.A. No. 15-842-RGA |
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>        Defendant. | C.A. No. 15-843-RGA |
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CABLE ONE INC.,<br><br>        Defendant. | C.A. No. 15-844-RGA |
| CHANBOND, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CABLEVISION SYSTEMS CORPORATION, *et al.*,<br><br>        Defendants. | C.A. No. 15-845-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>                              Plaintiff,<br><br>      v.<br><br>CEQUEL COMMUNICATIONS, LLC, *et al.*,<br><br>                              Defendants. | C.A. No. 15-846-RGA |
| CHANBOND, LLC,<br><br>                              Plaintiff,<br><br>      v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                              Defendant. | C.A. No. 15-847-RGA |
| CHANBOND, LLC,<br><br>                              Plaintiff,<br><br>      v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>                              Defendants. | C.A. No. 15-848-RGA |
| CHANBOND, LLC,<br><br>                              Plaintiff,<br><br>      v.<br><br>COX COMMUNICATIONS, INC., *et al.*,<br><br>                              Defendants. | C.A. No. 15-849-RGA |

| | |
|---|---|
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>MEDIACOM COMMUNICATIONS CORPORATION,<br><br>                    Defendant. | C.A. No. 15-850-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>RCN TELECOM SERVICES, LLC,<br><br>                    Defendant. | C.A. No. 15-851-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>TIME WARNER CABLE INC., *et al.,*<br><br>                    Defendants. | C.A. No. 15-852-RGA |
| CHANBOND, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>WAVEDIVISION HOLDINGS, LLC,<br><br>                    Defendant. | C.A. No. 15-853-RGA |

3

| | |
|---|---|
| CHANBOND, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>WIDEOPEN WEST FINANCE, LLC,<br><br>       Defendant. | C.A. No. 15-854-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 2, 2016, copies of (1) **Plaintiff's First Supplemental Claim Charts Pursuant to Paragraph 4(c) of the Default Standard** and (2) this **Notice of Service** were served via electronic mail as shown:

**C.A. No. 15-842-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-843-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-844-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-845-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-846-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |
| | |
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-847-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |

1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899

35 W. Wacker Drive  
Chicago, IL 60601

Krishnan Padmanabhan  
Anup K. Misra  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166

Alexandra McTague  
James C. Lin  
WINSTON & STRAWN LLP  
275 Middlefield Road, Suite 205  
Menlo Park, CA 94025

**C.A. No. 15-848-RGA**

Jack B. Blumenfeld  
Jennifer Ying  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899

Michael L. Brody  
Jonathan E. Retsky  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL 60601

Krishnan Padmanabhan  
Anup K. Misra  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166

Alexandra McTague  
James C. Lin  
WINSTON & STRAWN LLP  
275 Middlefield Road, Suite 205  
Menlo Park, CA 94025

**C.A. No. 15-849-RGA**

Jack B. Blumenfeld  
Jennifer Ying  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899

Michael L. Brody  
Jonathan E. Retsky  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL 60601

Krishnan Padmanabhan  
Anup K. Misra  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166

Alexandra McTague  
James C. Lin  
WINSTON & STRAWN LLP  
275 Middlefield Road, Suite 205  
Menlo Park, CA 94025

**C.A. No. 15-850-RGA**

Jack B. Blumenfeld  
Jennifer Ying  
MORRIS, NICHOLS, ARSHT & TUNNELL LLP  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899

Michael L. Brody  
Jonathan E. Retsky  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL 60601

| | |
|---|---|
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-851-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |

| | |
|---|---|
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-852-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |

| | |
|---|---|
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |
| New York, NY 10166 | Menlo Park, CA 94025 |

**C.A. No. 15-853-RGA**

| | |
|---|---|
| Jack B. Blumenfeld | Michael L. Brody |
| Jennifer Ying | Jonathan E. Retsky |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | WINSTON & STRAWN LLP |
| 1201 North Market Street | 35 W. Wacker Drive |
| P.O. Box 1347 | Chicago, IL 60601 |
| Wilmington, DE 19899 | |

| | |
|---|---|
| Krishnan Padmanabhan | Alexandra McTague |
| Anup K. Misra | James C. Lin |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 200 Park Avenue | 275 Middlefield Road, Suite 205 |

New York, NY 10166

**C.A. No. 15-854-RGA**
Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166


Dated: November 2, 2016

OF COUNSEL:

Mark Raskin
Robert Whitman
John F. Petrsoric
MISHCON DE REYA NEW YORK LLP
2 Park Avenue, 20th Floor
New York, NY 10016
(212) 612-3270

Menlo Park, CA 94025

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

Alexandra McTague
James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025


BAYARD, P.A.

 */s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff ChanBond, LLC*

8