IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHANBOND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-842 (RGA) |
| ) | |
| ATLANTIC BROADBAND ) | |
| GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| CHANBOND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-843 (RGA) |
| ) | |
| BRIGHT HOUSE NETWORKS, LLC, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| CHANBOND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-844 (RGA) |
| ) | |
| CABLE ONE, INC., ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| CHANBOND, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 15-845 (RGA) |
| ) | |
| CABLEVISION SYSTEMS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-846 (RGA) |
| | ) | |
| CEQUEL COMMUNICATIONS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-847 (RGA) |
| | ) | |
| CHARTER COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-848 (RGA) |
| | ) | |
| COMCAST CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-849 (RGA) |
| | ) | |
| COX COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

CHANBOND, LLC,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
          v.                                     )      C.A. No. 15-850 (RGA)
                                                 )
MEDIACOM COMMUNICATIONS                          )
CORPORATION,                                     )
                                                 )
                    Defendant.                   )

CHANBOND, LLC,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
          v.                                     )      C.A. No. 15-851 (RGA)
                                                 )
RCN TELECOM SERVICES, LLC,                       )
                                                 )
                    Defendant.                   )

CHANBOND, LLC,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
          v.                                     )      C.A. No. 15-852 (RGA)
                                                 )
TIME WARNER CABLE INC., et al.,                  )
                                                 )
                    Defendants.                  )

CHANBOND, LLC,                                    )
                                                 )
                    Plaintiff,                   )
                                                 )
          v.                                     )      C.A. No. 15-853 (RGA)
                                                 )
WAVEDIVISION HOLDINGS, LLC,                       )
                                                 )
                    Defendant.                   )

| | |
|---|---|
| CHANBOND, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 15-854 (RGA) |
| | ) |
| WIDEOPEN WEST FINANCE, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF THIRD-PARTY SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants will serve the subpoenas attached hereto as Exhibits A and B on TE Connectivity, Ltd.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

OF COUNSEL:

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193

Alexandra McTague
James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025

December 23, 2016

*Attorneys for Defendants*

# EXHIBIT A

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| Chanbond, LLC | ) | |
| *Plaintiff* | ) | Civil Action No.  C.A. Nos.15-842; 15-843; 15-844; |
| Atlantic Broadband Group, LLC, BrightHouse Networks, LLC, Cable One Inc., Cablevision Systems Corp., CSC Holdings, LLC, Cequel Communications, LLC, Cequel Communications Holdings I, LLC d/b/a Suddenlink Communications, Charter Communications, Inc., Comcast Corp., Comcast Cable Communications, LLC, Cox Communications, Inc., Mediacom Communications Corp., RCN Telecom Services, LLC, Time Warner Cable Inc., Time Warner Cable Enterprises LLC, WaveDivision Holdings, LLC, and WideOpen West Finance, LLC | ) ) ) ) ) ) | 15-845; 15-846; 15-847; 15-848; 15-849; 15-850; 15-851; 15-852; 15-853; 15-854 (RGA) |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:      TE Connectivity, Ltd., 1050 Westlakes Drive, Berwyn, PA 19312
c/o Harold Barksdale, Secretary

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

        See Attachment A

| Place: Morris Nichols Arsht & Tunnell, LLP 1201 Market Street, 16th Floor Wilmington, DE 19801 | Date and Time: 01/16/2017 9:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      12/23/2016

                    *CLERK OF COURT*

                                               OR

_____                    /s/ Anup K. Misra
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
all defendants _____ , who issues or requests this subpoena, are:

Anup K. Misra, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166; (212) 294-6697, amisra@winston.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   C.A. Nos.15-842; 15-843; 15-844;

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❐  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❐  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $       0.00       .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                        _____
                                                *Printed name and title*

                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
    **(i)** is a party or a party's officer; or
    **(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
  **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
  **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
  **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    **(i)** fails to allow a reasonable time to comply;
    **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
    **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    **(iv)** subjects a person to undue burden.
  **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

    **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    **(i)** expressly make the claim; and
    **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**ATTACHMENT A**

*Chanbond, LLC v. Atlantic Broadband Group, LLC et al.*
**Civil Action Nos. 1:15-cv-00842 - 854 (D. Del.)**

**DEFINITIONS**

The following definitions are applicable to terms employed in responding to this Subpoena *Duces Tecum* ("Subpoena") for the production of documents:

1.      "Tyco," "You," or "Your" means TE Connectivity, Ltd, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, including at least Tyco Electronics Ltd, Tyco International Ltd., AMP, and Whitaker, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in TE Connectivity, Ltd, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

2.      "AMP" means AMP, Incorporated, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, including at least Whitaker, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in AMP, Incorporated, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

3.      "Whitaker" means The Whitaker Corporation, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons

1

with an interest in The Whitaker Corporation, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

4.    The terms "Chanbond," means Chanbond, LLC, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, including at least CBV and Z-Band, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in Chanbond, LLC or the Asserted Patents, Related Patents, or Related Applications, including at least UnifiedOnline, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

5.    The term "CBV" means CBV, Inc., and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in CBV, Inc., and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

6.    The term "Z-Band" means Z-Band, Inc., and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in Z-Band, Inc., and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

7.      The "Chanbond Inventors" means the named inventors listed on the face of the Chanbond patents.  This includes Earl Hennenhoefer, Richard Snyder, and Robert Stine.

8.      The term "UnifiedOnline" means UnifiedOnline, Inc., and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in UnifiedOnline, Inc., and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

9.      The terms "Chanbond Patents," mean U.S. Patent Nos. 7,346,918, 7,941,822, 8,341,679, 8,984,565, and 9,015,774, including any application that led to its issuance and any reexaminations thereof.

10.      The term "'340 Patent" means U.S. Patent No. 5,901,340, entitled "Wideband Signal Distribution System," originally assigned to Whitaker and attached as Exhibit 1 to this Subpoena.

11.      The term "'386 Patent" means U.S. Patent No. 5,875,386, entitled "Enabling and Cable Simulating Circuits for Wideband Signal Distribution System," originally assigned to Whitaker and attached as Exhibit 2 to this Subpoena.

12.      The term "Related Applications" means any and all patent applications related to the '340 Patent or the '386 Patent, including any provisional or non-provisional applications, continuations, continuations-in-part, divisions, interferences, reexaminations, reissues, parents, foreign counterpart applications, and any other applications disclosing, describing or claiming any invention disclosed, described or claimed in the '340 Patent or the '386 Patent, or claiming

3

the benefit of the filing date of any application whose benefit is claimed in the '340 Patent or the '386 Patent, whether or not abandoned and whether or not issued.

13.    "Whitaker Inventors" refers to the named inventors on the face of the '340 Patent or the face of the '386 Patent: Steven Lee Flickinger, James Ray Fetterolf, Sr., Joseph P. Preschutti, Terry P. Bowen, Jeffrey Legg, and David Koller.

14.    The term "Wideband Signal Distribution System" has the meaning attributed to that term in the '340 Patent.

15.    The term "Distribution Unit" has the meaning attributed to that term in the '340 Patent.

16.    The term "Instant Litigations" means the litigations initiated by Chanbond currently pending in the District of Delaware against each of the Defendants.  To resolve any doubt, these include case numbers 1:15-cv-00842-RGA through 1:15-cv-00854-RGA.

17.    The terms "concerning," "relate," "relating," or "related" mean in any way, directly or indirectly, in whole or part, relating to, concerning, alluding to, referring to, discussing, mentioning, regarding, pertaining to, describing, reflecting, containing, analyzing, studying, reporting on, commenting on, evidencing, constituting, setting forth, considering, recommending, modifying, amending, confirming, endorsing, representing, supporting, qualifying, terminating, revoking, refuting, undermining, canceling, contradicting, or negating.

18.    The term "document" shall have the broadest meaning possible under the Federal Rules of Civil Procedure and shall include, but not be limited to, the original (or a copy when the original is not available) and each non-identical copy (including those which are non-identical by reason of translations, notations, or markings) or any and all other written, printed, typed, punched, taped, filmed, or graphic matter or recorded or tangible thing, or whatever description,

however produced or reproduced (including computer-stored or generated data, together with instructions or programs necessary to search and retrieve such data and hard copies where available and retrievable), and shall include all attachments to and enclosures with any requested item to which they are attached or with which they are enclosed, and each draft thereof. The term "document" shall specifically include all recorded or retrievable electronic data or communications such as electronic mail (e-mail) and the like and all translations thereof.

19.     "Communication" shall mean any oral, written, electronic, or other exchange of words, thoughts, information, or ideas to another person or entity, whether in person, in a group, by telephone, by letter, by Telex, or by other process, electric, electronic, or otherwise. All such communications in writing shall include, without limitation, printed, typed, handwritten, or other readable documents, correspondence, memoranda, reports, contracts, drafts (both initial and subsequent), computer discs or transmissions, e-mails, instant messages, tape or video recordings, voicemails, diaries, log books, minutes, notes, studies, surveys and forecasts, and any and all copies thereof.

20.     The words "or," "and," "all," "every," "any," "each," "one or more," "including," and similar words of guidance, are intended merely as such, and should not be construed as words of limitation. The words "or" and "and" shall include each other whenever possible to expand, not restrict, the scope of the request. The word "including" shall not be used to limit any general category or description that precedes it. The words "all," "every," "any," "each," and "one or more" shall include each other whenever possible to expand, not restrict, the scope of the request.

21.     Reference to the singular in any of these requests shall also include a reference to the plural, and reference to the plural also shall include a reference to the singular.

## INSTRUCTIONS

1.      Unless otherwise stated in a request, the time period covered by the command of this Subpoena is October 25, 1994 to Present.

2.      All requests for "documents," include a request for any "communications," such as letters or e-mails.

3.      It is your duty in answering these requests to conduct a reasonable investigation so that you disclose and produce all available responsive and non-privileged documents.

4.      If any request herein requires the production of documents that are no longer in your actual or constructive possession, custody, or control or which have been destroyed or lost, then in lieu of production, you shall state or identify the title of the document, the author of the document, each person to whom or by whom a copy of the original of the document was delivered, forwarded, or has been received, the date of the document, and the general subject matter of the document. In the event you claim that information contained other than in documentary form is no longer in your actual or constructive possession, custody, or control or has been destroyed or lost, you shall state or identify the nature of the information, the creator of the information, the person to whom the information was or was to be forwarded, delivered or for whom it was prepared, the date of the creation of the information, and the manner in which the information has been memorialized, if at all.

5.      In any instance where documents, data, or information requested herein is stored on a computer, a computer hard drive, a computer mainframe, computer back-up tape, or in any other electronic format, Defendants request that you produce the data, information, or documents on CD ROM, computer disk, or in hard copy paper form.  Further, Defendants request that you

produce all documentation or programs that would allow Defendants to run, read, view, print, or otherwise access any such disks, CD ROM, or other computer information.

6.      You are under a continuing obligation to respond to the requests set forth herein. Accordingly, if you subsequently gain actual or constructive possession, custody, or control of any document called for in the requests set forth herein that has not been produced to Defendants, you must produce such document to Defendants as soon as possible or provide a written explanation to Defendants as to why you will not produce the document.

7.      The documents shall be produced as they are kept in the usual course of business or shall be organized and labeled to correspond with the categories in the requests.

## DOCUMENT REQUESTS

1.      Documents sufficient to identify any efforts to commercialize the Wideband Signal Distribution System or Distribution Unit.

2.      All documents related to the making, using, testing, selling or disclosure, anywhere in the world, of any product embodying any invention claimed in the '340 Patent, the '368 Patent, or any Related Applications.

3.      All documents concerning the conception, research, testing, design, development, and reduction to practice (actual or constructive) of any invention disclosed or claimed in the '340 Patent, the '368 Patent, and Related Applications.  This request explicitly includes any lab notebooks, technical memoranda or specifications prepared by any Whitaker Inventor related to any subject matter disclosed or invention claimed in the '340 Patent, the '368 Patent, and Related Applications.

4.      All documents related to the prosecution of the '340 Patent, the '368 Patent, and any Related Applications.

5.      Documents sufficient to identify the origin of Figure 1 of the '340 Patent.

6.      All documents, including photographs, videos, or physical apparatus, related to any prototypes or testing of any product embodying any technical matter disclosed in, or any invention claimed in, the '340 Patent, the '368 Patent, or any Related Applications.

7.      All documents related to the need for distribution of signals in a "relatively local area," as discussed in the below passage, including how this need was addressed by any product embodying any invention claimed in the '340 patent, the '368 patent, or Related Applications:

> There are numerous instances where it is desired to distribute over twisted pair coaxial cable, or fiber optic cable wire, within a relatively local area, such as a single building, wideband signals modulated onto RF carriers.   A particular application is the

8

distribution of video signals. For example, a school may have a number of classrooms and administrative offices, each having a television monitor, and it may be desired at a given time to provide a program to all of the classrooms and offices, originating either from a source within one of the classrooms or offices, such as a VCR, or from an outside source, such as a local cable system. Similarly, a corporation may have a building, or several closely spaced buildings, with numerous conference rooms equipped with television monitors and analogous program presentations may be desired. It is therefore a primary object of the present invention to provide cabling infrastructure for distributing wideband signals within a relatively local area. ('340 Patent at col. 1:39-55)

8.      All documents related to the interface between the Wideband Signal Distribution System, and a "local cable system" as described in the '340 patent.  *See* '340 Patent at col. 1:39-49.

9.      All documents related to any license entered into by Tyco, Amp, or Whitaker to the '340 Patent or the '368 Patent, including, but not limited to, the license entered into between Whitaker and Z-Band with an effective date on or about December 1, 1999.

10.     All documents related to any assignments, sale, or transfer of ownership of the '340 Patent or the '368 Patent, including the assignment from Whitaker to Z-Band with an effective date on or about August 1, 2003.

11.     All communications related to the Instant Litigations between Tyco, Amp, or Whitaker and any of the following entities:

(i)     Chanbond;

(ii)    CBV;

(iii)   Z-Band;

(iv)    any of the Whitaker Inventors;

(v)     any of the Chanbond Inventors; and

(vi)    UnifiedOnline.

12.     All documents related to communications between Tyco, Amp, or Whitaker and any of the following entities related to the '340 Patent, the '368 Patent, any Related Applications, or any of the Chanbond Patents:

    (i)      Chanbond;

    (ii)     CBV;

    (iii)    Z-Band;

    (iv)     any of the Whitaker Inventors;

    (v)      any of the Chanbond Inventors; and

    (vi)     UnifiedOnline.

13.     All documents related to communications between Tyco, Amp, or Whitaker and any of the following entities related to any products that embody the claimed inventions of the '340 Patent, the '368 Patent, any Related Applications, or any Chanbond Patent:

    (i)      Chanbond;

    (ii)     CBV;

    (iii)    Z-Band;

    (iv)     any of the Whitaker Inventors;

    (v)      any of the Chanbond Inventors;

    (vi)     Unified Online.

14.     All documents concerning any negotiations for any assignment, license, contract, covenant, authorization, agreement, stipulation, settlement or any other event relating to any legal right related to the '340 Patent, the '368 Patent, or any Related Applications.

15.     All documents related to any payments received from any assignment, license, contract, covenant, authorization, agreement, stipulation, settlement or any other event relating to any legal right related to the '340 Patent, the '368 Patent, or any Related Applications.

# Exhibit 1



US005901340A

# United States Patent [19]

## Flickinger et al.

[11] **Patent Number:** **5,901,340**

[45] **Date of Patent:** * **May 4, 1999**

[54] **WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

[75] Inventors: **Steven Lee Flickinger**, Hummelstown; **James Ray Fetterolf, Sr.**, Mechanicsburg; **Joseph P. Preschutti**, State College; **Terry P. Bowen**, Etters, all of Pa.

[73] Assignee: **The Whitaker Corporation**, Wilmington, Del.

[*] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/548,038**

[22] Filed: **Oct. 25, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of application No. 08/495,136, Jun. 28, 1995, abandoned.

[51] Int. Cl.[6] .................................................... **H04N 7/16**
[52] U.S. Cl. ...................................... **455/3.1**; 348/6; 348/8
[58] Field of Search ............................... 348/8, 6, 10, 11, 348/12, 13, 7, 5, 3, 2, 1; 455/3.1, 5.1, 6.1, 4.2, 6.2, 6.3; 379/90, 94, 397, 399, 334, 340, 398, 400; 370/480, 486, 487, 496, 535, 533, 534; H04N 7/16, 7/173

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,013,140 | 9/1935 | Friis | 178/44 |
| 2,135,037 | 11/1938 | Landon | 250/20 |
| 3,665,311 | 5/1972 | Gargini | 325/53 |
| 3,835,393 | 9/1974 | Marron | 325/308 |
| 4,606,072 | 8/1986 | Martin et al. | 455/4 |
| 4,717,896 | 1/1988 | Graham | 333/25 |
| 4,766,402 | 8/1988 | Crane | 333/25 |
| 4,800,347 | 1/1989 | Graham | 333/25 |
| 5,130,793 | 7/1992 | Bordry et al. | 358/86 |
| 5,272,277 | 12/1993 | Humbles et al. | 174/48 |
| 5,363,432 | 11/1994 | Martin et al. | 379/90 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |
| 5,485,630 | 1/1996 | Lee et al. | 455/4.1 |

| | | | |
|---|---|---|---|
| 5,528,283 | 6/1996 | Burton | 348/13 |
| 5,534,914 | 7/1996 | Flohr et al. | 348/15 |
| 5,585,837 | 12/1996 | Nixon | 348/8 |
| 5,592,482 | 1/1997 | Abraham | 348/8 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 496 422A2 | 7/1992 | European Pat. Off. | G06F 3/14 |
| 2 626 119 | 7/1989 | France | H03H 11/04 |
| 990170 | 8/1960 | Germany . | |
| 2 173 077 | 10/1986 | United Kingdom | H04H 1/04 |
| 2 178 274 | 2/1987 | United Kingdom | H04H 1/02 |
| 2 243 038 | 10/1991 | United Kingdom . | |
| 2 263 604 | 7/1993 | United Kingdom | H04H 1/08 |

### OTHER PUBLICATIONS

International Search Report, Application # PCT/US96/11191—Apr. 12, 1996.

*Primary Examiner*—Chris Grant
*Attorney, Agent, or Firm*—Salvatore Anastasi

[57] **ABSTRACT**

A wideband signal distribution system for distributing among a plurality of outlets wideband signals modulated onto RF carrier signals within a specified frequency band. The system functions as "passive" infrastructure and includes a distribution unit having a plurality of input ports, a plurality of output ports, a transmission path, a combiner for applying signals appearing at the plurality of input ports to the transmission path, and a splitter for applying signals appearing on the transmission path to all of the plurality of output ports. The system further includes a plurality of cables selected from the class of fiber optic cables, coaxial cables, and twisted pair wire cables, each extending between a respective one of the distribution unit ports and a respective one of the plurality of outlets, and a plurality of impedance matching devices, where such devices are appropriate for the type or types of cable used. Each of the devices terminates a respective end of a respective one of the cables. Distribution units can be cascaded utilizing combinations of cable, such as coaxial cable or optical fiber cable, to enhance functionality of the system.

**24 Claims, 12 Drawing Sheets**





Fig. 1



Fig. 2

Fig. 3



Fig. 3A



Fig. 4



Fig. 4A



Fig. 5

FIG. 6

Fig. 7





Fig. 9

Case 1:15-cv-00842-RGA   Document 90   Filed 12/23/16   Page 33 of 90 PageID #: 6828

FIG. 10

5,901,340

**1**

# WIDEBAND SIGNAL DISTRIBUTION SYSTEM

## RELATED APPLICATIONS

This application is a continuation-in-part of the invention described and claimed in U.S. Ser. No. 08/495,136, filed Jun. 28, 1995, now abandoned, and assigned to the assignee hereof. The prior application is directed primarily to the use of twisted wire pairs, i.e. insulated copper conductors spirally wound together, as the principal transmission medium for a wideband distribution system. The present invention expands on the applications of the distribution system by including a broader class of products for the transmission medium, which class may include the traditional twisted wire pairs and also coaxial cable, fiber optic cable, and combinations thereof. It will be appreciated that while twisted wire pairs may offer some cost advantages to the system, there are distance limitations, such as transmission loss and attenuation. In contrast, coaxial cable and fiber optic cable may be used over greater distances without the related problems. By way of example, fiber optic cable has the capability of transmitting over distances up to two kilometers. As will be apparent in the description which follows, the use of fiber optic cable alone or in combination with the other transmission media, can be indispensable for a large industrial complex or university campus.

## BACKGROUND OF THE INVENTION

This invention is directed to a wideband signal distribution system, where the transmission medium may be selected from the class of products comprising twisted pair, coaxial cable, fiber optic cable, and combinations thereof. A preferred system is one which incorporates twisted pair as the primary distribution medium. In a combination system, for example, distribution units can be cascaded utilizing coaxial cable or optical fiber cable to enhance the functionality of the system.

There are numerous instances where it is desired to distribute over twisted pair coaxial cable, or fiber optic cable wire, within a relatively local area, such as a single building, wideband signals modulated onto RF carriers. A particular application is the distribution of video signals. For example, a school may have a number of classrooms and administrative offices, each having a television monitor, and it may be desired at a given time to provide a program to all of the classrooms and offices, originating either from a source within one of the classrooms or offices, such as a VCR, or from an outside source, such as a local cable system. Similarly, a corporation may have a building, or several closely spaced buildings, with numerous conference rooms equipped with television monitors and analogous program presentations may be desired. It is therefore a primary object of the present invention to provide cabling infrastructure for distributing wideband signals within a relatively local area.

Such cabling infrastructure should preferably possess certain attributes. For example, it should be relatively inexpensive. Further, it should be readily expandable. It is therefore a more specific object of this invention to provide such cabling infrastructure which possesses those attributes. New construction is commonly pre-cabled by the local telephone company. Typically, Category **5** twisted pair cable is utilized for such pre-cabling. This cable includes four twisted pairs within its sheath. Category **5** twisted pair wire is capable of carrying wideband signals thereover. Accordingly, using pre-installed twisted pair wire as part of the desired cabling infrastructure would be cost effective. It

**2**

is therefore a further object of the present invention to provide a cabling system for distributing wideband signals which preferably incorporate category **5** twisted pair wire.

In such cabling system, outlets at various locations would be connected by twisted pair wire cables to concentrators, or distribution units, which interconnect the various outlets. It is therefore another object of the present invention to provide such a distribution unit which is adaptable so that it can be used singly when the number of outlets in the system is within the capacity of a single distribution unit, or which can be used in a multiple configuration cascaded with other such distribution units to expand the system beyond the capacity of a single distribution unit. Further, such cascading may also be done with twisted pair wire cable, coaxial cable, or optical fiber cable.

## SUMMARY OF THE INVENTION

The foregoing and additional objects are attained in accordance with the principles of this invention by providing a wideband cabling system which functions as "passive" infrastructure to distribute wideband signals modulated onto RF carriers within a specified frequency band among a plurality of outlets. The system includes a distribution unit, the subject of the companion case, having a plurality of input ports, a plurality of output ports, a transmission path, which may include coaxial cable, fiber optic cable, and twisted pair wire cable, transmission paths known in the art, a combiner for applying signals appearing at the plurality of input ports to the transmission path, and a splitter for applying signals appearing on the transmission path to all of the plurality of output ports. The system preferably includes a plurality of twisted pair wire cables, each extending between a respective one of the distribution unit ports and a respective one of the plurality of outlets, and a plurality of baluns, each of the baluns terminating a respective end of a respective one of the twisted pair wire cables.

A further aspect of this invention is the provision of incorporating into the system the use of coaxial cable, fiber optic cable, and combinations thereof with or without the traditional twisted wire pairs. This added dimension to the invention allows for the potential for a more expansive system, such as in a broad complex—a university campus being a prime example.

These features will become more apparent in the description which follows, particularly when read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing will be more readily apparent upon reading the following description in conjunction with the drawings in which like elements in different figures thereof are identified by the same reference numeral and wherein:

FIG. **1** is a pictorial representation of a cabling system constructed in accordance with the principles of this invention, illustratively for distributing video signals;

FIG. **2** is a block diagram of an inventive distribution unit for the system of FIG. **1**;

FIGS. **3** and **4** together illustrate the cascading of a pair of the distribution units shown in FIG. **2**, showing one of the distribution units operating in the master mode and the other distribution unit operating in the slave mode, respectively;

FIGS. 3A and 4A are block diagrams similar to FIGS. **3** and **4**, showing, however, the incorporation of fiber optic cable into the distribution system of this invention;

FIGS. **5–9** together form a detailed electrical schematic circuit diagram of an illustrative embodiment of the distribution unit shown in FIG. **2**; and

5,901,340

**3**

FIG. **10** illustrates how the cabling system according to the present invention accommodates different lengths of twisted pair wire cable.

## DETAILED DESCRIPTION

FIG. **1** represents in pictorial fashion a preferred cabling system according to the present invention installed within a school environment. For purposes of illustration, the system disclosed herein distributes video signals, but this invention can be utilized for distributing other wideband signals. As shown, a typical classroom **20** has a television monitor **22** and a source of video signals, illustratively a VCR, **24**. The monitor **22** is connected to a wall outlet **26** by the coaxial cable **28**. The VCR **24** is connected to the wall outlet **26** through the modulator **29** and the coaxial cable **30**. Each of the cables **28**, **30** is preferably connected to a respective twisted pair wire within the twisted pair cable **32** by means of a respective impedance matching device, or balun **34**, **36**, as hereinafter explained.

The twisted pair wire cable **32** is connected to input and output ports of the distribution unit **38** situated in the wiring closet **40**. The distribution unit **38** is connected to additional classrooms via the twisted pair wire cables **42**, **44** and is cascaded to another distribution unit **46** in a second wiring closet **48** by either coaxial cables or fiber optic cables **50** connected to the distribution unit **38** through impedance matching devices (IMDs) **51**, such as a transformer for coaxial cable, an optoelectronic transceiver for fiber optic cable, or a balun for twisted pair wire cable. It will be understood, as indicated previously, that twisted pair wire cable could be utilized depending upon the distance between the wiring closets **40**, **48**. In any case, the distribution unit **46** is in turn connected to outlets in other classrooms preferably by respective twisted pair wire cables. Further, the distribution unit **38** may be cascaded to the distribution units **52**, **54** within the same wiring closet **40**.

The distribution unit **38** receives power from a standard power wall outlet **56** over the power cable **58**. The other distribution units receive their power in a similar manner. In addition to the cabling system receiving video signals from an internal source such as the VCR **24** in the classroom **20**, it may also receive video signals from an external source, such as a local cable TV system over the coaxial cable or optical fiber cable **50**. Also, one or more classrooms or administrative offices in the school could have a video camera as a video signal source. As known, the video signals are modulated onto RF carriers within a specified frequency band.

As will be described in full detail hereinafter, each of the distribution units **38**, **46**, **52**, **54** has eight input ports and eight output ports. If there are only eight outlets in the system, then a single distribution unit **38** can accommodate all the outlets. However, for more than eight outlets, at least one more distribution unit cascaded to the distribution unit **38** is required. In this situation, the distribution unit **38** is considered to be a "master" unit and the additional distribution unit is considered to be a "slave" unit. An attribute of the present invention is that the distribution units are identical and automatically configure themselves to operate either in the master mode or in the slave mode. Referring to FIG. **2**, shown therein is a block diagram of a distribution unit **38** constructed in accordance with the principles of this invention and which may be utilized in the cabling system shown in FIG. **1**. The distribution unit **38**, utilizing twisted pair wire cable, includes eight input ports **62-1**, **62-2**, **62-3**, **62-4**, **62-5**, **62-6**, **62-7**, **62-8** and eight output ports **64-1**,

**4**

**64-2**, **64-3**, **64-4**, **64-5**, **64-6**, **64-7**, **64-8**. Each of the ports **62**, **64** is adapted for connection to the two wires of a respective twisted pair **66**, **68**. The incoming signals at the input ports **62** are balanced signals (a characteristic of signals transmitted over twisted pair wire) and are coupled through respective baluns **70-1**, **70-2**, **70-3**, **70-4**, **70-5**, **70-6**, **70-7**, **70-8** to the combiner circuit **72**. The combiner circuit **72** is effective to additively combine, in a passive manner, all of the signals appearing at its inputs **74-1**, **74-2**, **74-3**, **74-4**, **74-5**, **74-6**, **74-7**, **74-8** and provide a combined additive signal on its output lead **76**. The output lead **76** is connected to the input of the amplifier **78**, whose output lead **80** is connected to one part of a master/slave switch, to be described in full detail hereinafter.

Analogously, signals appearing on the input lead **82** to the splitter circuit **84** are passed through the splitter circuit **84** and provided, in unmodified form except for some attenuation, at the splitter outputs **86-1**, **86-2**, **86-3**, **86-4**, **86-5**, **86-6**, **86-7**, **86-8**. These signals are provided as inputs to the respective baluns **88-1**, **88-2**, **88-3**, **88-4**, **88-5**, **88-6**, **88-7**, **88-8**, which provide balanced signals to the output ports **64-1**, **64-2**, **64-3**, **64-4**, **64-5**, **64-6**, **64-7**, **64-8** for subsequent transmittal in balanced form over the twisted pairs **681**, **68-2**, **68-3**, **68-4**, **68-5**, **68-6**, **68-7**, **68-8**.

FIG. **2** illustrates the master/slave switch as having three parts **90**, **92**, **94**, with all of the switch parts being shown in the "slave" position. The default state of the master/slave switch is to its master position, so that the amplifier output **80** is coupled through the switch part **90** to a transmission path **95** including the equalizer **96**, which connects the amplifier output **80** to the splitter input **82**, through the switch parts **90**, **94**. At the same time, the switch part **92** couples the output of the oscillator circuit **98** to the transmission path **95** through the directional coupler **100**. Thus, when the distribution unit **38** is operated in the master mode, the signals appearing at the input ports **62** are combined, looped back, combined with an oscillator signal, and transmitted out all of the output ports **64**.

If the number of outlets in a cabling system is more than the capacity of a single distribution unit, illustratively eight outlets, one or more additional distribution units may be cascaded from the master distribution unit by connecting one of the output ports **64** of the master distribution unit to the signal inlet **102** of a "downstream" distribution unit and by connecting one of the input ports **62** of the master distribution unit to the signal outlet **104** of the downstream distribution unit. Thus, when the distribution unit **38** is a downstream distribution unit, the signals appearing at the signal inlet **102** pass through the variable attenuator **106** and to the amplifier **108**. Part of the output of the amplifier **108** is extracted by the directional coupler **110** and passed to the automatic gain control (AGC) circuit **112**. It will be recalled that when the distribution unit **38** is operating in its master mode, the oscillator circuit **98** provides a signal which goes to all of the output ports **64**. This signal is a fixed frequency oscillating pilot signal which is outside the specified frequency band of the RF carriers. This pilot signal is sensed by the AGC circuit **112** and is utilized to control the attenuation of the variable attenuator **106**. In addition, the pilot signal is provided to the switch controller **114** which is responsive to the presence of the pilot signal for controlling the master/slave switch to change to the slave position (as illustrated in FIG. **2**). The output of the amplifier **108** then passes through the switch part **94** to the splitter circuit **84**, from which it is applied to the output ports **64**. Similarly, the output of the amplifier **78** passes through the switch part **90**, through the variable attenuator **116**, to the signal outlet **104**, and from

5,901,340

5

there to the upstream distribution unit. It is noted that the AGC circuit 112 controls the attenuation of the variable attenuator 106, as well as the variable attenuator 106. It is also noted that when the distribution unit 38 is in the slave mode, the oscillator circuit 98 is isolated and does not provide a pilot signal to the cabling system. Although variable attenuators 106, 116 have been illustrated, other controllable gain devices can be utilized.

FIGS. 3 and 4 together illustrate a pair of identical distribution units 38 cascaded together, with the distribution unit 38-1 operating in the master mode and the distribution unit 38-2 being downstream and operating in the slave mode. Only those operative portions of the distribution units 38-1, 38-2 are illustrated in FIGS. 3 and 4. The distribution unit 38-2 is shown as being coupled to the two outlets 118,120 and the distribution unit 38-1 is shown as being coupled only to the distribution unit 38-2 via the twisted pairs 121, 123. However, it is understood that the remaining input/output ports of the two distribution units 38-1, 38-2 may be connected to additional outlets. Although twisted pairs 121, 123 are shown, it is understood that coaxial cables or optical fiber cables may be used instead. FIGS. 3A and 4A, companion block diagrams to FIGS. 3 and 4 respectively, represent a distribution unit where fiber optic cable may be incorporated into the system. In FIGS. 3A and 4A, like reference numerals are the same components identified with FIGS. 3 and 4, and the "prime" reference numerals represent functionally equivalent components suitable for fiber optic cable, for example. For the latter situation, reference numeral 72' is a passive fiber combiner, 78' a fiber optic receiver, 84' a passive fiber splitter, 85' a fiber optic transmitter, 102' a fiber optic receiver, and 104' a fiber optic transmitter. In any event, an impedance matching device (IMD) may be required for transforming between the balanced signals at distribution unit 38-1 and the unbalanced signals at distribution unit 38-2. Thus, when twisted pair wire cables are used, the baluns 125 are at the input to the distribution unit 38-2.

Thus, as shown in FIGS. 3 and 4, a signal originating from the outlet 120 enters the distribution unit 38, passes through the combiner circuit 72, the amplifier 78, the switch part 90, the variable attenuator 116 and enters the distribution unit 38-1. The signal then passes through the combiner circuit 72, the amplifier 78, the switch part 90 and the transmission path 95. In the directional coupler 100, the signal has added to it the pilot signal from the oscillator 98. This combined signal then passes through the switch part 94, the splitter circuit 84, exits the distribution unit 38-1 and enters the distribution unit 38-2. The combined signal then passes through the variable attenuator 106 and the amplifier 108. The combined signal is passed to the AGC circuit 112 by the directional coupler 110, where the pilot signal is extracted and utilized to control the attenuation of the variable attenuators 106, 116 and also to insure that the master/slave switch in the distribution unit 38-2 is in the slave state. The remainder of the signal leaves the directional coupler 110 and passes through the switch part 94 and the splitter circuit 84, from which it exits the distribution unit 38-2 and is transmitted to the outlets 118, 120.

FIGS. 5–9 show a preferred illustrative circuitry which may be utilized for the distribution unit 38. FIG. 5 illustrates the input ports 62, the baluns 70 and the combiner circuit 72. As shown, each of the input ports 62 has a pair of input terminals 122, 124 adapted to be connected to a respective one of the wires making up a respective twisted pair 66. The input terminals 122, 124 are connected through a common mode choke 126 to the remainder of the balun circuitry 70,

6

which is made up of inductively coupled coils, as is conventional and well known in the art. Thus, the balanced end of each of the baluns 70 is coupled to a respective one of the input ports 62 and the unbalanced end of each of the baluns 70 is connected to a respective one of the inputs 74 to the combiner 72. The combiner 72 is unpowered and comprised of passive elements (transformers, resistors, inductors, and capacitors) which additively combine signals on the inputs 74 to provide a combined additive signal on the output lead 76.

Referring to FIGS. 6 and 7, the combiner output 76 is applied as the input to the amplifier 78, which is illustratively a Motorola MHW1222 CATV RF hybrid amplifier. The output of the amplifier 78 on the lead 80 goes to the switch part 90, which is illustratively a single pole double throw type relay switch having an energizing coil 128. The state of the switch 90 illustrated in FIG. 7 is the slave state, which is the state of the switch 90 when there is no power applied to the distribution unit 60. In this state, the contact 130 is closed and the contact 132 is open. However, as will be described in full detail hereinafter, when power is applied to the distribution unit 60, the switch 90 reverts to the master mode state where the contact 132 is closed and the contact 130 is open.

With the distribution unit 38 in the slave mode and with the contact 130 being closed, the output of the amplifier 78 on the lead 80 is coupled to the input of the variable attenuator 116, which includes a p-i-n diode 136. The cathode of the diode 136 is coupled to the signal outlet 104 through the capacitor 138 and the anode of the diode 136 is coupled to the output 80 of the amplifier 78 through the capacitor 134 and the switch 90. In addition, the anode of the diode 136 is connected to a source of bias current through the resistor 142 and the cathode of the diode 136 is connected to the output lead 144 of the AGC circuit 112 through the inductor 146. As is known, the AGC circuit 112, by changing the voltage level on the output lead 144, varies the bias current through the diode 136 to control the attenuation on the signal passing therethrough.

The signal appearing at the signal inlet 102 of the distribution unit 38 is coupled through the capacitor 148 to the variable attenuator 106, which is of identical construction to the variable attenuator 116 and includes its respective p-i-n diode 152, whose cathode is coupled to the AGC circuit 112 output lead 144. The output of the variable attenuator 106 is connected to the input of the amplifier 108, which is illustratively of the same type as the amplifier 78. The output of the amplifier 108 passes through the directional coupler 110 which provides a portion of the signal on the lead 154 and passes the rest of the signal to the switch 94. The switch 94 is of the same construction as the switch 90 and includes a contact 156, a contact 158 and an energizing coil 160. With no power applied to the distribution unit 38, the state of the switch 90 is such that the contact 156 is closed and the contact 158 is open, which is the slave mode state of the switch 94. The default mode of this switch 94 when power is applied to the distribution unit 60 is the reverse, i.e., the contact 156 is open and the contact 158 is closed. With the contact 156 closed (the slave mode), the output of the amplifier 108, after passing through the directional coupler 110, is applied as the input to the splitter circuit 84 over the lead 82.

Referring now to FIG. 8, the signal appearing on the lead 154 is provided as an input to the bandpass filter 162 which allows the pilot signal to pass therethrough and appear on the lead 164 and blocks the signals within the specified frequency band of the RF carriers. The pilot signal on the lead

5,901,340

7

164 is provided as an input to the RF amplifier stage 166 of the AGC circuit 112. The output of the RF amplifier stage 166 is coupled by the capacitor 170 to the detector stage 172, which provides an output signal on the lead 174 to the DC amplifier stage 176. The output of the detector stage 172 is a lower voltage when the pilot signal is present than when it is not present and the amplifier stage 176 is an inverting amplifier. The output of the amplifier stage 176 is provided as an input to the level shifter stage 178, whose output is provided to the further amplifier stage 180. The output of the amplifier stage 180 is the AGC output lead 144, which goes to the variable attenuators 106, 116.

The output of the amplifier stage 176, in addition to going to the level shifter stage 178, is provided as an input over the lead 179 to the switch controller 114, which is illustratively a comparator. The output of the switch controller 114 on the lead 182 is high if the pilot signal is present and is low if the pilot signal is not present. Thus, the voltage level on the lead 182 determines whether the distribution unit 38 is operating in the slave mode or in the master mode. Thus, when power is initially applied to a distribution unit 38, if no other distribution units are connected, then there will be no pilot signal and the voltage level on the lead 182 will be low. The lead 182 is connected to control the energization of the coils 128, 160 of the switches 90, 94, respectively. The low level of the lead 182 is the default state of the distribution unit 60 and causes the coils 128, 160 to be energized, closing the contacts 132, 158 and placing the distribution unit 38 in the master mode. In this master mode, the output of the amplifier 78 is passed through the switch 90 to the lead 183, and thence to the transmission path 95. The lead 182 is also connected to the gate of the transistor 184, which functions as the switch part 92 (FIG. 2). With a low level on the lead 182, the transistor 184 is not conductive and power is applied to the oscillator circuit 98. Preferably, the oscillator circuit 98 is a fixed frequency crystal controlled oscillator which puts a fixed frequency oscillating signal on the lead 186. This signal goes through the directional coupler 100 to the transmission path 95 and then out to downstream distribution units, as described above.

In the downstream distribution units, the pilot signal is detected and the level of the lead 182 is high. This causes the transistor 184 to saturate and shunt the power away from the oscillator 98, thereby turning it off. In addition, the coils 128, 160 are not energized so that the contacts 130, 156 are closed, which is the slave mode of the distribution unit 38.

The distribution unit 60 further includes means for indicating whether the distribution unit 38 is operated in the master mode or the slave mode. Illustratively, this includes the light emitting diodes 188, 190 (FIG. 6), which are controlled by the respective transistors 192, 194. When the distribution unit 38 is in the master mode, the lead 182 is low, causing the transistor 192 to conduct, thereby energizing the light emitting diode 188. When the distribution unit 60 is in the slave mode, the lead 182 is high, causing the transistor 194 to conduct, thereby energizing the light emitting diode 190.

FIG. 9 illustrates the splitter circuit 84, the output baluns 88 and the output ports 64. This circuitry is substantially the inverse of the input circuitry and the combiner shown in FIG. 5.

As mentioned above, an attribute of the present system is that identical distribution units 38 can be utilized, no matter where they are disposed in the system. Since the outlets can be located at different distances from a distribution unit, some means must be provided to accommodate the different

8

attenuations inherent in different lengths of twisted pair wire cable 32. Such an accommodation is shown in FIG. 10. Illustratively, the amplifications of the stages of the distribution unit 60 are selected to operate with an outlet 196 located 240 feet from the distribution unit 60. Such an outlet is constructed with built-in baluns 34, 36. For an outlet 198 located closer to the distribution unit 38, the baluns 34, 36 are supplemented by cable simulators 200, 202, respectively, on the unbalanced sides of the baluns, which add attenuation equivalent to the missing length of twisted pair wire cable 32. Thus, for the distant outlet 196, two hundred forty feet of twisted wire pair cable is utilized. For closer outlet 198, one hundred twenty feet of twisted pair wire cable is utilized and the cable simulators 200, 202 add an amount of attenuation equivalent to the missing one hundred twenty feet of twisted pair wire cable. Thus, all signals entering and leaving a distribution unit 38 are within a specified range of levels, irrespective of the distance to the outlet. However, as noted previously, where greater distances are to be gained by the use of coaxial cable or fiber optic cable.

Accordingly, there has been disclosed an improved wideband signal distribution system which is capable of utilizing twisted pair wire cable as the primary distribution media. While an illustrative embodiment of the present invention has been disclosed herein, it is understood that various modifications and adaptations to the disclosed embodiment will be apparent to those of ordinary skill in the art and it is intended that this invention be limited only by the scope of the appended claims. Thus, while the distribution of video signals has been specifically described, it is understood that the disclosed system may also be used for distributing wideband signals generally.

What is claimed is:

1. A system for distributing wideband signals modulated onto RF carriers within a specified frequency band among a plurality of outlets comprising: a distribution unit including:

    a plurality of input ports;

    a plurality of output ports;

    a transmission path;

    combiner means for applying signals appearing at said plurality of input ports to said transmission path; and

    splitter means for applying signals appearing on said transmission path to all of said plurality of output ports;

    a plurality of cables selected from a class consisting of fiber optic cable, coaxial cable, and twisted pair wire cable, and extending between a respective one of said distribution unit ports and a respective one of said plurality of outlets; and

    a plurality of impedance matching devices, each of said devices terminating a respective end of a respective one of said cables.

2. The system according to claim 1 wherein said distribution unit further includes:

    a signal inlet;

    a signal outlet; and

    switch means operable to either a first state or a second state, said switch means when in its first state being effective to couple said transmission path to said combiner means and to said splitter means, and said switch means when in its second state being effective to couple said combiner means to said signal outlet instead of to said transmission path and to couple said splitter means to said signal inlet instead of to said transmission path; and

    wherein the system includes first and second of said distribution units with one of the output ports of the first

5,901,340

9

distribution unit being connected to the signal inlet of the second distribution unit and one of the input ports of the first distribution unit being connected to the signal outlet of the second distribution unit, the switch means of the first distribution unit being in its first state, and the switch means of the second distribution unit being in its second state.

3. The system according to claim 2 wherein each of said distribution units further includes:

oscillator means for providing an oscillating pilot signal at a fixed frequency outside the specified frequency band of the RF carriers;

first controllable gain means interposed between said switch means and said signal outlet; and

second controllable gain means interposed between said signal inlet and said switch means;

wherein said switch means when in its first state is further effective to couple said oscillator means to said transmission path; and

wherein each of said distribution units further includes gain control means responsive to the level of said pilot signal for controlling the gain of said first and second gain means.

4. The system according to claim 3 wherein said switch means in each of said distribution units defaults to its first state and is responsive to the appearance of said pilot signal at said signal inlet for changing to its second state.

5. The system according to claim 3 wherein said first controllable gain means includes a first variable attenuator, said second controllable gain means includes a second variable attenuator and an amplifier having a fixed gain connected to the output of the second variable attenuator, and said gain control means is coupled to the output of said amplifier and to said first and second variable attenuators.

6. The system according to claim 5 wherein said first and second variable attenuators are substantially identical and each of said distribution units further includes an amplifier having a gain equal to the fixed gain of the amplifier of said second controllable gain means and connected between said combiner means and said switch means.

7. The system according to claim 3 wherein said distribution unit further includes directional coupling means for coupling said oscillator means to said transmission path and wherein said switch means is effective to remove power from said oscillator means when said switch means is in its second state.

8. The system according to claim 2 wherein said distribution unit further includes means for indicating the state of said switch means.

9. The system according to claim 1 wherein said distribution unit further includes signal equalizing means interposed in said transmission path.

10. The system according to claim 1 wherein there is an equal number of said input and output ports in said distribution unit.

11. The system according to claim 1 wherein said cables include twisted pair wire cables and said impedance matching devices include baluns, said system further comprising a first group of baluns arranged as part of said distribution unit and located between said combiner means and said plurality of input ports;

a second group of baluns arranged as part of said distribution unit and located between said splitter means and said plurality of output ports; and

a third group of baluns located at the ends of said cables remote from said distribution unit.

10

12. The system according to claim 1 wherein said cables include fiber optic cables and said impedance matching devices include an optoelectric transceiver.

13. The system according to claim 1 wherein said cables include coaxial cables and said impedance matching devices include a transformer.

14. The system according to claim 11 wherein said plurality of twisted pair cables are all of the same type and are either within a first length range or a second length range plus a third length range equal to the maximum length of said first length range the system further including cable simulator means connected to those baluns of the third group of baluns which are connected to the cables of the second length range for simulating a length of cable equal to the maximum length of said third length range.

15. A distribution unit for use in a wideband signal distribution system, where the system includes a plurality of outlets and a plurality of cables extending between the outlets and the distribution unit for carrying wideband signals modulated onto RF carriers within a specified frequency band between the outlets, the distribution unit comprising:

a plurality of input ports each adapted to be connected to a respective one of said cables;

a first plurality of impedance matching devices each having its balanced end connected to a respective one of said input ports;

a combiner having a plurality of input terminals each connected to the unbalanced end of a respective one of said first plurality of impedance matching devices and having an output terminal to which is applied a combined signal which is an additive combination of all signals appearing at said input ports;

a splitter having an input terminal and a plurality of output terminals to all of which is applied a signal appearing at the splitter input terminal;

a second plurality of impedance matching devices each having its unbalanced end connected to a respective one of said splitter output terminals;

a plurality of output ports each connected to the balanced end of a respective one of said second plurality of impedance matching devices and each adapted to be connected to a respective one of said cables; and

a transmission path coupled between said combiner output terminal and said splitter input terminal.

16. The distribution unit according to claim 15 further comprising:

a signal inlet adapted to be coupled to a cable extending to an output port of another distribution unit of identical construction;

a signal outlet adapted to be coupled to a cable extending to an input port of said another distribution unit; and

switch means operable to either a first state or a second state, said switch means being coupled to said transmission path, said combiner output terminal, said splitter input terminal, said signal inlet and said signal outlet, said switch means when in its first state being effective to couple said transmission path to said combiner output terminal and said splitter input terminal, and said switch means when in its second state being effective to couple said combiner output terminal to said signal outlet and to couple said signal inlet to said splitter input terminal.

17. The distribution unit according to claim 16 further comprising:

5,901,340

11

an oscillator providing a fixed frequency pilot signal outside the specified frequency band of the RF carriers; and

switch control means responsive to the presence of said pilot signal at said signal inlet for controlling said switch means to assume its second state;

wherein the default state of said switch means is its first state and wherein said switch means when in its first state is further effective to couple said oscillator fixed frequency pilot signal to said transmission path.

**18**. The distribution unit according to claim **17** further comprising:

first controllable gain means coupled between said signal outlet and said switch means;

second controllable gain means coupled between said signal inlet and said switch means; and

gain control means having an input coupled between said second controllable gain means and said switch means and responsive to the level of said pilot signal for controlling the gain of both said first and second gain means.

**19**. The distribution unit according to claim **18** further comprising:

a directional coupler having an input interposed between said second gain means and said switch means and an output coupled to the input of said gain control means; and

wherein said gain control means includes a bandpass filter tuned to pass said pilot signal, said bandpass filter being serially connected between said gain control means input and the remainder of said gain control means.

**20**. The distribution unit according to claim **18** wherein:

ech of said first and second gain means includes a variable attenuator having a p-i-n diode with its cathode connected to the respective signal inlet or outlet and its anode connected to the switch means, and a source of bias current connected to the anode of the p-i-n diode; and

12

the gain control means has an output connected to the cathode of the p-I-n diode to vary the bias current therethrough.

**21**. The distribution unit according to claim **19** wherein said switch control means is coupled to said bandpass filter remote from said gain control means input.

**22**. The distribution unit according to claim **15** further comprising signal equalizing means interposed in said transmission path.

**23**. The distribution unit according to claim **16** further comprising means for indicating the state of said switch means.

**24**. The distribution unit according to claim **17** further comprising:

a first light emitting diode;

a second light emitting diode;

a first voltage source coupled to the anodes of the light emitting diodes;

a second voltage source at a level less than the level of the first voltage source coupled to the cathodes of the light emitting diodes;

first controllable switching means connected in series with said first light emitting diode and having a control input;

second controllable switching means connected in series with said second light emitting diode and having a control input; and

means for coupling said switch control means to the control inputs of said first and second controllable switching means;

wherein said first and second controllable switching means respond to different level signals at their control inputs to provide current paths for their respective light emitting diodes and said switch control means provides said different level signals corresponding to respective states of said switch means.

\* \* \* \* \*

# Exhibit 2



US005875386A

# United States Patent [19]

## Flickinger et al.

[11] **Patent Number:** **5,875,386**

[45] **Date of Patent:** **Feb. 23, 1999**

[54] **ENABLING AND CABLE SIMULATING CIRCUITS FOR WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

[75] Inventors: **Steven Lee Flickinger,** Hummelstown; **Joseph Paul Preschutti,** State College; **James Ray Fetterolf, Sr.,** Mechanicsburg; **Jeffrey Legg; David Koller,** both of State College, all of Pa.

[73] Assignee: **The Whitaker Corporation,** Wilmington, Del.

[21] Appl. No.: **791,307**

[22] Filed: **Jan. 30, 1997**

### Related U.S. Application Data

[60] Provisional application No. 60/010,857 Jan. 30, 1996.

[51] **Int. Cl.$^6$** ..................................................... **H04N 7/16**
[52] **U.S. Cl.** ................................ **455/3.1**; 455/6.3; 348/8
[58] **Field of Search** .............................. 455/3.1, 5.1, 6.1, 455/4.2, 6.2, 6.3; 348/6, 8, 10, 11, 12, 13, 7; 379/90.01, 397, 399, 398, 334, 340, 400; H04N 7/10, 7/16, 7/173

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,717,896 | 1/1988 | Graham | 333/25 |
| 4,766,402 | 8/1988 | Crane | 333/25 |
| 4,885,747 | 12/1989 | Foglia | 348/8 |
| 5,130,793 | 7/1992 | Bordry et al. | 348/8 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |
| 5,485,630 | 1/1996 | Lee et al. | 455/4.1 |
| 5,528,283 | 6/1996 | Burton | 348/13 |
| 5,534,914 | 7/1996 | Flohr et al. | 348/15 |
| 5,592,482 | 1/1997 | Abraham | 348/8 |
| 5,670,902 | 9/1997 | Nakagawa et al. | 348/6 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 496 422A2 | 7/1992 | European Pat. Off. . | |
| 2 626 119 | 7/1989 | France | H03H 11/04 |
| 2 173 077 | 10/1986 | United Kingdom . | |
| 2 178 274 | 2/1987 | United Kingdom | H04H 1/02 |
| 2 263 604 | 7/1993 | United Kingdom | H04H 1/08 |

#### OTHER PUBLICATIONS

International Search Report, Application # PCT/US96/11191—Apr. 12, 1996.

*Primary Examiner*—Chris Grant
*Attorney, Agent, or Firm*—Salvatore Anastasi

[57] **ABSTRACT**

An enabling circuit for use in a wideband signal distribution system is provided. The circuit includes a input port which receives a baseband source signal, a transmission path between the input port and the output port, an impedance matching device, and a power source connected to the impedance matching device which combines a biasing signal with the input signal in order to operate a diode switch which is connected to the output to the impedance matching device and located in a distribution unit of the system.

**17 Claims, 4 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4

5,875,386

1

## ENABLING AND CABLE SIMULATING CIRCUITS FOR WIDEBAND SIGNAL DISTRIBUTION SYSTEM

This application claims the benefit of U.S. provisional application Ser. No. 60/010,857, filed Jan. 30, 1996.

### FIELD OF THE INVENTION

This invention is directed to wideband signal distribution systems, and more particularly to enabling and cable simulator circuits for use in such systems.

### BACKGROUND OF THE INVENTION

There are numerous instances where it is desirable to distribute signals within a relatively local area such as a building or series of buildings. A particular application is the distribution of video signals. For example, a school may have a number of classrooms or administrative offices, each having a television monitor, and it may be desired at a given time to provide a program to all the classrooms and offices, originating either from a source within one of the classrooms or offices, such as a VCR, or from an outside source such as a local cable system. A system capable of distributing wideband signals is necessary to provide these programs to the desired locations. Similarly, a corporation may have a building, or several closely spaced buildings, with numerous conference rooms equipped with television monitors and analogous program presentations may be desired.

An example of such a wideband distribution system is disclosed in International Publication Number WO 97/01931, titled "Wideband Signal Distribution System", which is assigned to the assignee hereof and is incorporated herein by reference. That Publication disclosed a wideband distribution system utilizing existing twisted pair cable which is typically installed in buildings for telephone communications. The system, therefore, would require no additional wiring to provide the wideband distribution system to an existing building. This system utilizes distribution units which can be cascaded in order to reach many rooms in the building which are connected to the telephone wiring system. Each distribution unit has a plurality of inputs and outputs, each of which is connected to a different room outlet. In order to reach additional rooms, another distribution unit is simply cascaded into the system. Any of the rooms connected to a distribution unit can be utilized either to transmit a source signal to the entire building or as a receiving location to receive any signal which is transmitted over the distribution system from another location. Since each outlet in this system is capable of both input and output, signals can be distributed to any location from any location. Signals at the input location are generated by a base band signal source and are modulated to a desired frequency channel.

A problem exists, however, when it is desirable to distribute wideband modulated signals to many classrooms or locations. As the number of classrooms increases the number of input and output locations increases, and the amount of near end cross talk also increases. This is due to increased length of cable in the system necessary to support the increased number of classrooms. Near end cross talk occurs as a result of capacitive coupling of signals between the input wires and output wires of each cable. It is therefore an object of this invention to reduce near end cross talk in a broadband distribution system having many input and output ports.

Another problem exists when many outlets are present in the distribution system in that the distance between each

2

distribution unit and outlet is variable. Outlets which are farther from the distribution unit will necessarily contain longer lengths of cable between the distribution unit and the outlet. This results in signal attenuation levels at each outlet being different based on the distance each outlet is from the distribution unit. It is therefore an object of this invention to provide a circuit which simulates long and short lengths of cable in order to provide consistent system signal attenuation levels at each outlet.

### SUMMARY OF THE INVENTION

The objects of this invention are achieved by providing a signal enabling circuit in order to reduce near end cross talk and by providing a switchable impedance circuit for simulating various lengths of cable in order to achieve the desired attenuation level at each outlet box.

The enabling circuit for use in a wideband signal distribution system of the present invention comprises an input port which receives a baseband source signal, a transmission path between the input port and the output port, at least one impedance matching device, a power source connected to the impedance matching device which combines a biasing signal with the input signal in order to operate a diode switch which is connected to the output of the impedance matching device at the input of a distribution unit.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described by way of example with reference to the accompanying figures of which:

FIG. 1 is a pictorial representation of a wideband signal distribution system constructed in accordance with the principles of this invention.

FIG. 2 is a block diagram of an enabling and switchable cable simulator circuit according to the present invention.

FIG. 3 is a block diagram of a distribution unit for use in the system of FIG. 1.

FIG. 4 is a schematic of the cable simulator circuit of FIG. 2.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows an example of a wideband signal distribution system and each of its major components. The circuits of the present invention may be utilized in this system, for example, in the breakout box 27, which is located near the source of the baseband signal or input device 24. It is understood, however, that the circuits of the present invention could be located at various locations in the system, for example, in the wall outlet box 26 or in the modulator 29. In this example, the breakout box 27 containing the signal enabling circuit, when plugged into a wall outlet will activate a diode switch 63 (FIG. 3) in the distribution unit 38. Once the diode switch 63 is activated, the distribution unit 38 will be configured to accept a modulated source signal from the input device 24.

The breakout box 27 also contains a switchable impedance circuit (FIG. 2) which can simulate various lengths of cable. Due to the varying distances of each wall outlet from the distribution unit, the length of cable 32 will be different for each outlet 26. This will cause varying levels of signal attenuation at each wall outlet 26 which is directly proportional to the length of the cable 32. In order to compensate for these varying attenuation levels, the breakout box 27 has a wire simulating impedance which can compensate for the varying lengths of cable 32.

5,875,386

3

FIG. 2 shows a block diagram of an enabling circuit and an example of a cable simulator switchable circuit 131, 137 which operates between a distribution unit 60 as shown in FIG. 1 and a source 24 of video or other baseband signals. This circuit may be housed for example in the breakout box 27 (FIG. 1) or in a wall outlet box 26 or in a modulator 29, or in the input device 24. A source signal, for example a video signal from a VCR input device or from a cable television channel, is connected to input line 312 of the circuit This signal is ultimately supplied to line 310 of the circuit where a positive polarity DC enabling signal is added to the base band video source signal. The enabling signal is supplied by the current supply 318 which is connected to the output balun 319.

This circuit is switchable so that it can simulate various lengths of cable in order to achieve a desired attenuation at the outlets 198 (FIG. 1) of the circuit. When the switch parts 320, 322, 324 and 326 are in the position shown in FIG. 2, the base band input signal on line 312 passes through an input 334 to an inbound cable simulator 202, which consists of an impedance to simulate a desired length of cable, for example 120 feet or ½ of the maximum distance which in this example is 240 ft. The output of the inbound cable simulator 202 is then passed through line 330 and switch part 320 to the output balun 319, where it is combined with the enabling signal from the current source 318. This signal is then supplied as an enabled input signal, which will bias a diode switch 63 in the distribution unit 38 shown in FIG. 3. Similarly, the output from the distribution unit connected to line 314 of the enabling circuit is switched to achieve a desired attenuation by simulating an outbound cable equivalent in length to the inbound cable simulated above. When switch parts 324 and 326 are in the position shown in FIG. 2, the outbound signal from the distribution unit passes to the input 336 of an outbound cable simulator 200 which is an impedance designed to simulate a given length of cable in order to achieve a desired level of attenuation. The output 340 of the outbound cable simulator 200 is then passed through the switch part 326 and to the output port 316 to be ultimately supplied to a monitor or some other display device. As the length of cable 32 is increased and the outlet box 196 is farther from the distribution unit, both the inbound and outbound cable simulators may be switched out of the circuit by actuating the switch parts 320, 322, 324, 326.

The DC current source 18 is used to bias a PIN diode switch 63-1 through 63-8 shown in FIGS. 3. The switch 63 will be turned on when an enabled input as described above is applied. The switch 63 will be off when the respective cable 32 is not being used as an input. This PIN diode switch 63 will allow only those inputs to the distribution unit which are currently in use to be active, thus reducing the total number of active inputs, and cables in the system therefore reducing the near end cross talk in the modulated frequency band. Since there are only a limited number of channels, there can only be a total possible number of active inputs equal to or less than the number of channels thus greatly reducing the possibility of near end cross talk due to multiple system inputs having lengths of wire which can cross talk with each other.

Operation of the cable simulator and enabling circuits of the present invention will now be described in greater detail. Referring to FIGS. 2 and 4, an example of the enabling circuit and cable simulator circuit of the present invention is shown. When the switch S1 is in the position shown, the cable simulators 200,202 are switched into the circuit. An inbound signal from a source such as a VCR is supplied to

4

the inbound port J1 and then passes through switch parts 322 and is attenuated through the inbound cable simulator 202. The output of the inbound cable simulator 202 is applied to switch part 320 and then passes through a balun 319 consisting of T2, C13, C14, T3, and L8 where it is mixed with a DC enabling signal supplied by the power supply 318 through J6 at L8 to create an enabled signal. This enabled signal then passes to a connector J3 and is the inbound signal to the wideband signal distribution unit. The outbound wideband distribution signal from the distribution unit enters the enabling cable simulator circuit through the same connector J3. The outbound modulated signal then passes through a balun 317 for impedance matching which consists of L6, T4 and T1 and then through switch part 324. From switch part 324, the signal passes through the outbound cable simulator 200 to simulate an equivalent length of cable as the inbound cable simulator 202 described above. This signal is then passed through switch part 320 to the outbound port J2. The outbound signal coming from this port J2 can be displayed on a monitor 22. Actuation of the switch S1 causes both the inbound and outbound cable simulators to be switched out of the circuit allowing both the inbound and outbound signals to pass through this circuit without added attenuation.

An advantage of this circuit is that the number of inputs can be greatly increased since each input is turned off when not in use thus avoiding such inputs from contributing to near end cross talk.

Another advantage of this circuit is that outlets at various lengths from the distribution will receive similarly attenuated signals resulting in a more uniform picture quality and signal level at each receiving location. While an illustrative embodiment of the present invention has been disclosed herein, it is understood that various modifications and adaptations to the disclosed embodiment will be apparent to those of ordinary skill in the art and it is intended that this invention be limited only by the scope of the appended claims.

We claim:

1. An enabling circuit for use in a wide band signal distribution system comprising:

at least one input port to receive a source signal, at least one transmission path between said input port and at least one impedance matching device whereby the source signal is transmitted through said transmission path to said impedance matching device,

at least one diode switch connected to an output of said impedance matching device, and;

at least one power source connected to said impedance matching device capable of biasing said diode switch whereby the signal generated by said power source is combined with the source signal at said impedance matching device.

2. The enabling circuit as recited in claim 1 wherein said impedance matching device is a balun.

3. The enabling circuit as recited in claim 1 wherein said power source is a current source.

4. The enabling circuit as recited in claim 1 wherein said input port, said transmission path, said impedance matching device, and said power source are located in a breakout box which is connected to a distribution system output line leading to a distribution unit located remotely from the breakout box.

5. The enabling circuit as recited in claim 4 wherein said diode switch is located in a distribution unit which is remote from and connected to said breakout box.

5,875,386

5

**6**. The enabling circuit as recited in claim **1** further comprising a cable simulator having an inbound section and an outbound section, the inbound section having a source line input connected to a switchable impedance and an output connected to said impedance matching device, the outbound section having a distribution system input connected to a switchable impedance and an output connected to a display device.

**7**. A wideband signal distribution system enabling circuit comprising:

  a diode switch located at an input line to a wideband signal distribution system,

  a transmission path connected to said diode switch at a first end,

  an impedance matching device connected to the transmission path at a second end, the impedance matching device having a source signal input, a biasing signal input, and an output, and;

  a power source connected to the impedance matching device at said biasing signal input

  whereby a wideband modulated source signal; is combined with a biasing signal generated at said power source to bias said diode switch in order to change said transmission path from an off state to an on state.

**8**. The enabling circuit as recited in claim **7** wherein said impedance matching device is a balun.

**9**. The enabling circuit as recited in claim **7** wherein said power source is a current source.

**10**. The enabling circuit as recited in claim **7** wherein said input port, said transmission path, said impedance matching device, and said power source are located in a breakout box which is connected to a distribution system output line leading to a distribution unit located remotely from the breakout box.

6

**11**. The enabling circuit as recited in claim **10** wherein said diode switch is located in a distribution unit which is remote from and connected to said breakout box.

**12**. The enabling circuit as recited in claim **7** further comprising a cable simulator having an inbound section and an outbound section, the inbound section having a source line input connected to a switchable impedance and an output connected to said impedance matching device, the outbound section having a distribution system input connected to a switchable impedance and an output connected to a display device.

**13**. An enabling circuit for use in a wide band signal distribution system comprising:

  at least one input port to receive a source signal,

  at least one transmission path between said input port and at least one impedance matching device whereby the source signal is transmitted through said transmission path to said impedance matching device, and;

  at least one diode switch connected to the impedance matching device, whereby the diode switch serves to disable the transmission paths in the absence of a power signal being combined with said source signal.

**14**. The enabling circuit as recited in claim **13** wherein said impedance matching device is a balun.

**15**. The enabling circuit as recited in claim **13** wherein said power signal is supplied by a current source.

**16**. The enabling circuit as recited in claim **13** wherein the input port, the transmission path, the impedance matching device, and the current source are located in a breakout box which is connected to a distribution system output line leading to a distribution unit located remotely from the breakout box.

**17**. The enabling circuit as recited in claim **16** wherein the diode switch is located in a distribution unit which is remote from and connected to the breakout box.

*   *   *   *   *

EXHIBIT B

AO 88A  (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| Chanbond, LLC | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No.   C.A. Nos.15-842; 15-843; 15-844; |
| Atlantic Broadband Group, LLC, BrightHouse Networks, LLC, Cable One Inc., Cablevision Systems Corp., CSC Holdings, LLC, Cequel Communications, LLC, Cequel Communications Holdings I, LLC d/b/a Suddenlink Communications, Charter Communications, Inc., Comcast Corp., Comcast Cable Communications, LLC, Cox Communications, Inc., Mediacom Communications Corp., RCN Telecom Services, LLC, Time Warner Cable Inc., Time Warner Cable Enterprises LLC, WaveDivision Holdings, LLC, and WideOpenWest Finance, LLC | ) ) ) ) ) ) | 15-845; 15-846; 15-847; 15-848; 15-849; 15-850; 15-851; 15-852; 15-853; 15-854 (RGA) |
| *Defendant* | | |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:          TE Connectivity, Ltd., 1050 Westlakes Drive, Berwyn, PA 19312
c/o Harold Barksdale, Secretary

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

See Attachment B

| Place: Morris Nichols Arsht & Tunnell, LLP<br>1201 Market Street, 16th Floor<br>Wilmington, DE 19801 | Date and Time:<br><br>01/26/2017 9:30 am |
|---|---|

The deposition will be recorded by this method:   audio-visual and stenographic means

☐ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   12/23/2016

|  CLERK OF COURT | OR | |
|---|---|---|
| | | /s/ Anup K. Misra |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
all defendants                                                                                         , who issues or requests this subpoena, are:

Anup K. Misra, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166; (212) 294-6697, amisra@winston.com

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.   C.A. Nos.15-842; 15-843; 15-844;

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88A  (Rev.  02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2) *For Other Discovery.*** A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2) *Command to Produce Materials or Permit Inspection.***
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3) *Quashing or Modifying a Subpoena.***

   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
    **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2) *Claiming Privilege or Protection.***
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

<u>**ATTACHMENT B**</u>

*Chanbond, LLC v. Atlantic Broadband Group, LLC et al.*
**Civil Action Nos. 1:15-cv-00842 - 854 (D. Del.)**

Pursuant to Federal Rule of Civil Procedure 45(B), the deposition will be recorded by stenographic, audio, video, and/or real-time transcription (e.g. LiveNote) means.  The examination will be taken for the purposes of discovery, for use at trial in this action, and for any purposes permitted under the Federal Rules of Civil Procedure.

<u>**DEFINITIONS**</u>

The following definitions are applicable to terms employed in responding to this Subpoena:

1.      "Tyco," "You," or "Your" means TE Connectivity, Ltd, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, including at least Tyco Electronics Ltd, Tyco International Ltd., AMP, and Whitaker, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in TE Connectivity, Ltd, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

2.      "AMP" means AMP, Incorporated, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, including at least Whitaker, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in AMP, Incorporated, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

1

3.      "Whitaker" means The Whitaker Corporation, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in The Whitaker Corporation, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

4.      The terms "Chanbond," means Chanbond, LLC, and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, including at least CBV and Z-Band, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in Chanbond, LLC or the Asserted Patents, Related Patents, or Related Applications, including at least UnifiedOnline, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

5.      The term "CBV" means CBV, Inc., and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in CBV, Inc., and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

6.      The term "Z-Band" means Z-Band, Inc., and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors,

2

employees, agents, attorneys, representatives, any past or current investors or persons with an interest in Z-Band, Inc., and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

7.      The "Chanbond Inventors" means the named inventors listed on the face of the Chanbond patents.  This includes Earl Hennenhoefer, Richard Snyder, and Robert Stine.

8.      The term "UnifiedOnline" means UnifiedOnline, Inc., and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all past or present members, shareholders, officers, directors, employees, agents, attorneys, representatives, any past or current investors or persons with an interest in UnifiedOnline, Inc., and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

9.      The terms "Chanbond Patents," mean U.S. Patent Nos. 7,346,918, 7,941,822, 8,341,679, 8,984,565, and 9,015,774, including any application that led to its issuance and any reexaminations thereof.

10.      The term "'340 Patent" means U.S. Patent No. 5,901,340, entitled "Wideband Signal Distribution System," originally assigned to Whitaker and attached as Exhibit 1 to this Subpoena.

11.      The term "'386 Patent" means U.S. Patent No. 5,875,386, entitled "Enabling and Cable Simulating Circuits for Wideband Signal Distribution System," originally assigned to Whitaker and attached as Exhibit 2 to this Subpoena.

12.      The term "Related Applications" means any and all patent applications related to the '340 Patent or the '386 Patent, including any provisional or non-provisional applications, continuations, continuations-in-part, divisions, interferences, reexaminations, reissues, parents,

foreign counterpart applications, and any other applications disclosing, describing or claiming any invention disclosed, described or claimed in the '340 Patent or the '386 Patent, or claiming the benefit of the filing date of any application whose benefit is claimed in the '340 Patent or the '386 Patent, whether or not abandoned and whether or not issued.

13.    "Whitaker Inventors" refers to the named inventors on the face of the '340 Patent or the face of the '386 Patent: Steven Lee Flickinger, James Ray Fetterolf, Sr., Joseph P. Preschutti, Terry P. Bowen, Jeffrey Legg, and David Koller.

14.    The term "Wideband Signal Distribution System" has the meaning attributed to that term in the '340 Patent.

15.    The term "Distribution Unit" has the meaning attributed to that term in the '340 Patent.

16.    The term "Instant Litigations" means the litigations initiated by Chanbond currently pending in the District of Delaware against each of the Defendants.  To resolve any doubt, these include case numbers 1:15-cv-00842-RGA through 1:15-cv-00854-RGA.

17.    The terms "concerning," "relate," "relating," or "related" mean in any way, directly or indirectly, in whole or part, relating to, concerning, alluding to, referring to, discussing, mentioning, regarding, pertaining to, describing, reflecting, containing, analyzing, studying, reporting on, commenting on, evidencing, constituting, setting forth, considering, recommending, modifying, amending, confirming, endorsing, representing, supporting, qualifying, terminating, revoking, refuting, undermining, canceling, contradicting, or negating.

18.    The term "document" shall have the broadest meaning possible under the Federal Rules of Civil Procedure and shall include, but not be limited to, the original (or a copy when the original is not available) and each non-identical copy (including those which are non-identical by

reason of translations, notations, or markings) or any and all other written, printed, typed, punched, taped, filmed, or graphic matter or recorded or tangible thing, or whatever description, however produced or reproduced (including computer-stored or generated data, together with instructions or programs necessary to search and retrieve such data and hard copies where available and retrievable), and shall include all attachments to and enclosures with any requested item to which they are attached or with which they are enclosed, and each draft thereof.  The term "document" shall specifically include all recorded or retrievable electronic data or communications such as electronic mail (e-mail) and the like and all translations thereof.

19.     "Communication" shall mean any oral, written, electronic, or other exchange of words, thoughts, information, or ideas to another person or entity, whether in person, in a group, by telephone, by letter, by Telex, or by other process, electric, electronic, or otherwise.  All such communications in writing shall include, without limitation, printed, typed, handwritten, or other readable documents, correspondence, memoranda, reports, contracts, drafts (both initial and subsequent), computer discs or transmissions, e-mails, instant messages, tape or video recordings, voicemails, diaries, log books, minutes, notes, studies, surveys and forecasts, and any and all copies thereof.

20.     The words "or," "and," "all," "every," "any," "each," "one or more," "including," and similar words of guidance, are intended merely as such, and should not be construed as words of limitation.  The words "or" and "and" shall include each other whenever possible to expand, not restrict, the scope of the request.  The word "including" shall not be used to limit any general category or description that precedes it.  The words "all," "every," "any," "each," and "one or more" shall include each other whenever possible to expand, not restrict, the scope of the request.

Reference to the singular in any of these requests shall also include a reference to the plural, and reference to the plural also shall include a reference to the singular.

## TOPICS OF DISCUSSION

1.      Your efforts to commercialize the Wideband Signal Distribution System or Distribution Unit.

2.      Your making, using, testing, selling or disclosure, anywhere in the world, of any product embodying any invention claimed in the '340 Patent, the '368 Patent, or any Related Applications.

3.      Whitaker's conception, research, testing, design, development, and reduction to practice (actual or constructive) of any invention disclosed or claimed in the '340 Patent, the '368 Patent, and any Related Applications.

4.      Whitaker's prosecution of the '340 Patent, the '368 Patent, and any Related Applications.

5.      The origin of Figure 1 of the '340 Patent.

6.      Your technical documents, including but not limited to lab notebooks, technical memoranda, or specifications, prepared by any Whitaker Inventor related to any subject matter disclosed or invention claimed in the '340 Patent, the '368 Patent, and Related Applications.

7.      Your knowledge of any prototypes or testing of any product embodying any technical matter disclosed in, or any invention claimed in, the '340 Patent, the '368 Patent, or any Related Applications.

8.      Your  knowledge of the need for distribution of signals in a "relatively local area," as discussed in the below passage, including knowledge of how this need was addressed

by any product embodying ay invention claimed in the '340 patent, the '368 patent, or any Related Application:

> There are numerous instances where it is desired to distribute over twisted pair coaxial cable, or fiber optic cable wire, within a relatively local area, such as a single building, wideband signals modulated onto RF carriers.   A particular application is the distribution of video signals. For example, a school may have a number of classrooms and administrative offices, each having a television monitor, and it may be desired at a given time to provide a program to all of the classrooms and offices, originating either from a source within one of the classrooms or offices, such as a VCR, or from an outside source, such as a local cable system. Similarly, a corporation may have a building, or several closely spaced buildings, with numerous conference rooms equipped with television monitors and analogous program presentations may be desired. It is therefore a primary object of the present invention to provide cabling infrastructure for distributing wideband signals within a relatively local area. ('340 at col. 1:39-55)

9.      Your knowledge of an interface between the "wideband signal distribution network" described in the '340 Patent or '368 Patent, and a "local cable system" as described at '340 patent col. 1:39-49.

10.      Your  communications related to the Instant Litigations with any of the following entities:

> (i)      Chanbond;

> (ii)      CBV;

> (iii)      Z-Band;

> (iv)      any of the Whitaker Inventors;

> (v)      any of the Chanbond Inventors; and

> (vi)      UnifiedOnline.

11.      Your communications related to the '340 Patent, the '368 Patent, any Related Applications, or any of the Chanbond Patents with any of the following entities:

      (i)      Chanbond;

      (ii)     CBV;

      (iii)    Z-Band;

      (iv)    any of the Whitaker Inventors;

      (v)     any of the Chanbond Inventors; and

      (vi)    UnifiedOnline.

12.     Your communications related to any products that embody the claimed inventions of the '340 Patent, the '368 Patent, any Related Applications, or any Chanbond Patent with any of the following entities:

      (i)      Chanbond;

      (ii)     CBV;

      (iii)    Z-Band;

      (iv)    any of the Whitaker Inventors;

      (v)     any of the Chanbond Inventors; and

      (vi)    UnifiedOnline.

13.     Your  assignment, sale, or transfer of ownership of i) the '340 Patent and ii) the '386 Patent to Z-Band, CBV, or Chanbond.

14.     Any negotiations for any assignment, license, contract, covenant, authorization, agreement, stipulation, settlement or any other event relating to any legal right related to the '340 Patent, the '368 Patent, or any Related Applications.

15.     Any payments received for any assignment, license, contract, covenant, authorization, agreement, stipulation, settlement or any other event relating to any legal right related to the '340 Patent, the '368 Patent, or any Related Applications.

Exhibit 1



US005901340A

# United States Patent [19]

## Flickinger et al.

[11] **Patent Number:** **5,901,340**

[45] **Date of Patent:** * **May 4, 1999**

[54] **WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

[75] Inventors: **Steven Lee Flickinger**, Hummelstown; **James Ray Fetterolf, Sr.**, Mechanicsburg; **Joseph P. Preschutti**, State College; **Terry P. Bowen**, Etters, all of Pa.

[73] Assignee: **The Whitaker Corporation**, Wilmington, Del.

[ * ] Notice: This patent is subject to a terminal disclaimer.

[21] Appl. No.: **08/548,038**

[22] Filed: **Oct. 25, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of application No. 08/495,136, Jun. 28, 1995, abandoned.

[51] Int. Cl.[6] .................................................... **H04N 7/16**

[52] U.S. Cl. ...................................... **455/3.1**; 348/6; 348/8

[58] Field of Search ................................ 348/8, 6, 10, 11, 348/12, 13, 7, 5, 3, 2, 1; 455/3.1, 5.1, 6.1, 4.2, 6.2, 6.3; 379/90, 94, 397, 399, 334, 340, 398, 400; 370/480, 486, 487, 496, 535, 533, 534; H04N 7/16, 7/173

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,013,140 | 9/1935 | Friis | 178/44 |
| 2,135,037 | 11/1938 | Landon | 250/20 |
| 3,665,311 | 5/1972 | Gargini | 325/53 |
| 3,835,393 | 9/1974 | Marron | 325/308 |
| 4,606,072 | 8/1986 | Martin et al. | 455/4 |
| 4,717,896 | 1/1988 | Graham | 333/25 |
| 4,766,402 | 8/1988 | Crane | 333/25 |
| 4,800,344 | 1/1989 | Graham | 333/25 |
| 5,130,793 | 7/1992 | Bordry et al. | 358/86 |
| 5,272,277 | 12/1993 | Humbles et al. | 174/48 |
| 5,363,432 | 11/1994 | Martin et al. | 379/90 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |
| 5,485,630 | 1/1996 | Lee et al. | 455/4.1 |

| | | | |
|---|---|---|---|
| 5,528,283 | 6/1996 | Burton | 348/13 |
| 5,534,914 | 7/1996 | Flohr et al. | 348/15 |
| 5,585,837 | 12/1996 | Nixon | 348/8 |
| 5,592,482 | 1/1997 | Abraham | 348/8 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 496 422A2 | 7/1992 | European Pat. Off. | G06F 3/14 |
| 2 626 119 | 7/1989 | France | H03H 11/04 |
| 990170 | 8/1960 | Germany . | |
| 2 173 077 | 10/1986 | United Kingdom | H04H 1/04 |
| 2 178 274 | 2/1987 | United Kingdom | H04H 1/02 |
| 2 243 038 | 10/1991 | United Kingdom . | |
| 2 263 604 | 7/1993 | United Kingdom | H04H 1/08 |

#### OTHER PUBLICATIONS

International Search Report, Application # PCT/US96/11191—Apr. 12, 1996.

*Primary Examiner*—Chris Grant
*Attorney, Agent, or Firm*—Salvatore Anastasi

[57] **ABSTRACT**

A wideband signal distribution system for distributing among a plurality of outlets wideband signals modulated onto RF carrier signals within a specified frequency band. The system functions as "passive" infrastructure and includes a distribution unit having a plurality of input ports, a plurality of output ports, a transmission path, a combiner for applying signals appearing at the plurality of input ports to the transmission path, and a splitter for applying signals appearing on the transmission path to all of the plurality of output ports. The system further includes a plurality of cables selected from the class of fiber optic cables, coaxial cables, and twisted pair wire cables, each extending between a respective one of the distribution unit ports and a respective one of the plurality of outlets, and a plurality of impedance matching devices, where such devices are appropriate for the type or types of cable used. Each of the devices terminates a respective end of a respective one of the cables. Distribution units can be cascaded utilizing combinations of cable, such as coaxial cable or optical fiber cable, to enhance functionality of the system.

**24 Claims, 12 Drawing Sheets**







Fig. 2

Fig. 3



Fig. 3A





Fig. 4A





Fig. 6

VARIABLE
ATTENUATOR

FIG. 7





Fig. 9

FIG. 10

5,901,340

**1**

# WIDEBAND SIGNAL DISTRIBUTION SYSTEM

## RELATED APPLICATIONS

This application is a continuation-in-part of the invention described and claimed in U.S. Ser. No. 08/495,136, filed Jun. 28, 1995, now abandoned, and assigned to the assignee hereof. The prior application is directed primarily to the use of twisted wire pairs, i.e. insulated copper conductors spirally wound together, as the principal transmission medium for a wideband distribution system. The present invention expands on the applications of the distribution system by including a broader class of products for the transmission medium, which class may include the traditional twisted wire pairs and also coaxial cable, fiber optic cable, and combinations thereof. It will be appreciated that while twisted wire pairs may offer some cost advantages to the system, there are distance limitations, such as transmission loss and attenuation. In contrast, coaxial cable and fiber optic cable may be used over greater distances without the related problems. By way of example, fiber optic cable has the capability of transmitting over distances up to two kilometers. As will be apparent in the description which follows, the use of fiber optic cable alone or in combination with the other transmission media, can be indispensable for a large industrial complex or university campus.

## BACKGROUND OF THE INVENTION

This invention is directed to a wideband signal distribution system, where the transmission medium may be selected from the class of products comprising twisted pair, coaxial cable, fiber optic cable, and combinations thereof. A preferred system is one which incorporates twisted pair as the primary distribution medium. In a combination system, for example, distribution units can be cascaded utilizing coaxial cable or optical fiber cable to enhance the functionality of the system.

There are numerous instances where it is desired to distribute over twisted pair coaxial cable, or fiber optic cable wire, within a relatively local area, such as a single building, wideband signals modulated onto RF carriers. A particular application is the distribution of video signals. For example, a school may have a number of classrooms and administrative offices, each having a television monitor, and it may be desired at a given time to provide a program to all of the classrooms and offices, originating either from a source within one of the classrooms or offices, such as a VCR, or from an outside source, such as a local cable system. Similarly, a corporation may have a building, or several closely spaced buildings, with numerous conference rooms equipped with television monitors and analogous program presentations may be desired. It is therefore a primary object of the present invention to provide cabling infrastructure for distributing wideband signals within a relatively local area.

Such cabling infrastructure should preferably possess certain attributes. For example, it should be relatively inexpensive. Further, it should be readily expandable. It is therefore a more specific object of this invention to provide such cabling infrastructure which possesses those attributes. New construction is commonly pre-cabled by the local telephone company. Typically, Category **5** twisted pair cable is utilized for such pre-cabling. This cable includes four twisted pairs within its sheath. Category **5** twisted pair wire is capable of carrying wideband signals thereover. Accordingly, using pre-installed twisted pair wire as part of the desired cabling infrastructure would be cost effective. It

**2**

is therefore a further object of the present invention to provide a cabling system for distributing wideband signals which preferably incorporate category **5** twisted pair wire.

In such cabling system, outlets at various locations would be connected by twisted pair wire cables to concentrators, or distribution units, which interconnect the various outlets. It is therefore another object of the present invention to provide such a distribution unit which is adaptable so that it can be used singly when the number of outlets in the system is within the capacity of a single distribution unit, or which can be used in a multiple configuration cascaded with other such distribution units to expand the system beyond the capacity of a single distribution unit. Further, such cascading may also be done with twisted pair wire cable, coaxial cable, or optical fiber cable.

## SUMMARY OF THE INVENTION

The foregoing and additional objects are attained in accordance with the principles of this invention by providing a wideband cabling system which functions as "passive" infrastructure to distribute wideband signals modulated onto RF carriers within a specified frequency band among a plurality of outlets. The system includes a distribution unit, the subject of the companion case, having a plurality of input ports, a plurality of output ports, a transmission path, which may include coaxial cable, fiber optic cable, and twisted pair wire cable, transmission paths known in the art, a combiner for applying signals appearing at the plurality of input ports to the transmission path, and a splitter for applying signals appearing on the transmission path to all of the plurality of output ports. The system preferably includes a plurality of twisted pair wire cables, each extending between a respective one of the distribution unit ports and a respective one of the plurality of outlets, and a plurality of baluns, each of the baluns terminating a respective end of a respective one of the twisted pair wire cables.

A further aspect of this invention is the provision of incorporating into the system the use of coaxial cable, fiber optic cable, and combinations thereof with or without the traditional twisted wire pairs. This added dimension to the invention allows for the potential for a more expansive system, such as in a broad complex—a university campus being a prime example.

These features will become more apparent in the description which follows, particularly when read in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing will be more readily apparent upon reading the following description in conjunction with the drawings in which like elements in different figures thereof are identified by the same reference numeral and wherein:

FIG. 1 is a pictorial representation of a cabling system constructed in accordance with the principles of this invention, illustratively for distributing video signals;

FIG. 2 is a block diagram of an inventive distribution unit for the system of FIG. 1;

FIGS. 3 and 4 together illustrate the cascading of a pair of the distribution units shown in FIG. 2, showing one of the distribution units operating in the master mode and the other distribution unit operating in the slave mode, respectively;

FIGS. 3A and 4A are block diagrams similar to FIGS. 3 and 4, showing, however, the incorporation of fiber optic cable into the distribution system of this invention;

FIGS. 5–9 together form a detailed electrical schematic circuit diagram of an illustrative embodiment of the distribution unit shown in FIG. 2; and

5,901,340

3

FIG. 10 illustrates how the cabling system according to the present invention accommodates different lengths of twisted pair wire cable.

## DETAILED DESCRIPTION

FIG. 1 represents in pictorial fashion a preferred cabling system according to the present invention installed within a school environment. For purposes of illustration, the system disclosed herein distributes video signals, but this invention can be utilized for distributing other wideband signals. As shown, a typical classroom 20 has a television monitor 22 and a source of video signals, illustratively a VCR, 24. The monitor 22 is connected to a wall outlet 26 by the coaxial cable 28. The VCR 24 is connected to the wall outlet 26 through the modulator 29 and the coaxial cable 30. Each of the cables 28, 30 is preferably connected to a respective twisted pair wire within the twisted pair cable 32 by means of a respective impedance matching device, or balun 34, 36, as hereinafter explained.

The twisted pair wire cable 32 is connected to input and output ports of the distribution unit 38 situated in the wiring closet 40. The distribution unit 38 is connected to additional classrooms via the twisted pair wire cables 42, 44 and is cascaded to another distribution unit 46 in a second wiring closet 48 by either coaxial cables or fiber optic cables 50 connected to the distribution unit 38 through impedance matching devices (IMDs) 51, such as a transformer for coaxial cable, an optoelectronic transceiver for fiber optic cable, or a balun for twisted pair wire cable. It will be understood, as indicated previously, that twisted pair wire cable could be utilized depending upon the distance between the wiring closets 40, 48. In any case, the distribution unit 46 is in turn connected to outlets in other classrooms preferably by respective twisted pair wire cables. Further, the distribution unit 38 may be cascaded to the distribution units 52, 54 within the same wiring closet 40.

The distribution unit 38 receives power from a standard power wall outlet 56 over the power cable 58. The other distribution units receive their power in a similar manner. In addition to the cabling system receiving video signals from an internal source such as the VCR 24 in the classroom 20, it may also receive video signals from an external source, such as a local cable TV system over the coaxial cable or optical fiber cable 50. Also, one or more classrooms or administrative offices in the school could have a video camera as a video signal source. As known, the video signals are modulated onto RF carriers within a specified frequency band.

As will be described in full detail hereinafter, each of the distribution units 38, 46, 52, 54 has eight input ports and eight output ports. If there are only eight outlets in the system, then a single distribution unit 38 can accommodate all the outlets. However, for more than eight outlets, at least one more distribution unit cascaded to the distribution unit 38 is required. In this situation, the distribution unit 38 is considered to be a "master" unit and the additional distribution unit is considered to be a "slave" unit. An attribute of the present invention is that the distribution units are identical and automatically configure themselves to operate either in the master mode or in the slave mode. Referring to FIG. 2, shown therein is a block diagram of a distribution unit 38 constructed in accordance with the principles of this invention and which may be utilized in the cabling system shown in FIG. 1. The distribution unit 38, utilizing twisted pair wire cable, includes eight input ports 62-1, 62-2, 62-3, 62-4, 62-5, 62-6, 62-7, 62-8 and eight output ports 64-1,

4

64-2, 64-3, 64-4, 64-5, 64-6, 64-7, 64-8. Each of the ports 62, 64 is adapted for connection to the two wires of a respective twisted pair 66, 68. The incoming signals at the input ports 62 are balanced signals (a characteristic of signals transmitted over twisted pair wire) and are coupled through respective baluns 70-1, 70-2, 70-3, 70-4, 70-5, 70-6, 70-7, 70-8 to the combiner circuit 72. The combiner circuit 72 is effective to additively combine, in a passive manner, all of the signals appearing at its inputs 74-1, 74-2, 74-3, 74-4, 74-5, 74-6, 74-7, 74-8 and provide a combined additive signal on its output lead 76. The output lead 76 is connected to the input of the amplifier 78, whose output lead 80 is connected to one part of a master/slave switch, to be described in full detail hereinafter.

Analogously, signals appearing on the input lead 82 to the splitter circuit 84 are passed through the splitter circuit 84 and provided, in unmodified form except for some attenuation, at the splitter outputs 86-1, 86-2, 86-3, 86-4, 86-5, 86-6, 86-7, 86-8. These signals are provided as inputs to the respective baluns 88-1, 88-2, 88-3, 88-4, 88-5, 88-6, 88-7, 88-8, which provide balanced signals to the output ports 64-1, 64-2, 64-3, 64-4, 64-5, 64-6, 64-7, 64-8 for subsequent transmittal in balanced form over the twisted pairs 68-1, 68-2, 68-3, 68-4, 68-5, 68-6, 68-7, 68-8.

FIG. 2 illustrates the master/slave switch as having three parts 90, 92, 94, with all of the switch parts being shown in the "slave" position. The default state of the master/slave switch is to its master position, so that the amplifier output 80 is coupled through the switch part 90 to a transmission path 95 including the equalizer 96, which connects the amplifier output 80 to the splitter input 82, through the switch parts 90, 94. At the same time, the switch part 92 couples the output of the oscillator circuit 98 to the transmission path 95 through the directional coupler 100. Thus, when the distribution unit 38 is operated in the master mode, the signals appearing at the input ports 62 are combined, looped back, combined with an oscillator signal, and transmitted out all of the output ports 64.

If the number of outlets in a cabling system is more than the capacity of a single distribution unit, illustratively eight outlets, one or more additional distribution units may be cascaded from the master distribution unit by connecting one of the output ports 64 of the master distribution unit to the signal inlet 102 of a "downstream" distribution unit and by connecting one of the input ports 62 of the master distribution unit to the signal outlet 104 of the downstream distribution unit. Thus, when the distribution unit 38 is a downstream distribution unit, the signals appearing at the signal inlet 102 pass through the variable attenuator 106 and to the amplifier 108. Part of the output of the amplifier 108 is extracted by the directional coupler 110 and passed to the automatic gain control (AGC) circuit 112. It will be recalled that when the distribution unit 38 is operating in its master mode, the oscillator circuit 98 provides a signal which goes to all of the output ports 64. This signal is a fixed frequency oscillating pilot signal which is outside the specified frequency band of the RF carriers. This pilot signal is sensed by the AGC circuit 112 and is utilized to control the attenuation of the variable attenuator 106. In addition, the pilot signal is provided to the switch controller 114 which is responsive to the presence of the pilot signal for controlling the master/slave switch to change to the slave position (as illustrated in FIG. 2). The output of the amplifier 108 then passes through the switch part 94 to the splitter circuit 84, from which it is applied to the output ports 64. Similarly, the output of the amplifier 78 passes through the switch part 90, through the variable attenuator 116, to the signal outlet 104, and from

5,901,340

5

there to the upstream distribution unit. It is noted that the AGC circuit 112 controls the attenuation of the variable attenuator 106, as well as the variable attenuator 106. It is also noted that when the distribution unit 38 is in the slave mode, the oscillator circuit 98 is isolated and does not provide a pilot signal to the cabling system. Although variable attenuators 106, 116 have been illustrated, other controllable gain devices can be utilized.

FIGS. 3 and 4 together illustrate a pair of identical distribution units 38 cascaded together, with the distribution unit 38-1 operating in the master mode and the distribution unit 38-2 being downstream and operating in the slave mode. Only those operative portions of the distribution units 38-1, 38-2 are illustrated in FIGS. 3 and 4. The distribution unit 38-2 is shown as being coupled to the two outlets 118,120 and the distribution unit 38-1 is shown as being coupled only to the distribution unit 38-2 via the twisted pairs 121, 123. However, it is understood that the remaining input/output ports of the two distribution units 38-1, 38-2 may be connected to additional outlets. Although twisted pairs 121, 123 are shown, it is understood that coaxial cables or optical fiber cables may be used instead. FIGS. 3A and 4A, companion block diagrams to FIGS. 3 and 4 respectively, represent a distribution unit where fiber optic cable may be incorporated into the system. In FIGS. 3A and 4A, like reference numerals are the same components identified with FIGS. 3 and 4, and the "prime" reference numerals represent functionally equivalent components suitable for fiber optic cable, for example. For the latter situation, reference numeral 72' is a passive fiber combiner, 78' a fiber optic receiver, 84' a passive fiber splitter, 85' a fiber optic transmitter, 102' a fiber optic receiver, and 104' a fiber optic transmitter. In any event, an impedance matching device (IMD) may be required for transforming between the balanced signals at distribution unit 38-1 and the unbalanced signals at distribution unit 38-2. Thus, when twisted pair wire cables are used, the baluns 125 are at the input to the distribution unit 38-2.

Thus, as shown in FIGS. 3 and 4, a signal originating from the outlet 120 enters the distribution unit 38, passes through the combiner circuit 72, the amplifier 78, the switch part 90, the variable attenuator 116 and enters the distribution unit 38-1. The signal then passes through the combiner circuit 72, the amplifier 78, the switch part 90 and the transmission path 95. In the directional coupler 100, the signal has added to it the pilot signal from the oscillator 98. This combined signal then passes through the switch part 94, the splitter circuit 84, exits the distribution unit 38-1 and enters the distribution unit 38-2. The combined signal then passes through the variable attenuator 106 and the amplifier 108. The combined signal is passed to the AGC circuit 112 by the directional coupler 110, where the pilot signal is extracted and utilized to control the attenuation of the variable attenuators 106, 116 and also to insure that the master/slave switch in the distribution unit 38-2 is in the slave state. The remainder of the signal leaves the directional coupler 110 and passes through the switch part 94 and the splitter circuit 84, from which it exits the distribution unit 38-2 and is transmitted to the outlets 118, 120.

FIGS. 5–9 show a preferred illustrative circuitry which may be utilized for the distribution unit 38. FIG. 5 illustrates the input ports 62, the baluns 70 and the combiner circuit 72. As shown, each of the input ports 62 has a pair of input terminals 122, 124 adapted to be connected to a respective one of the wires making up a respective twisted pair 66. The input terminals 122, 124 are connected through a common mode choke 126 to the remainder of the balun circuitry 70,

6

which is made up of inductively coupled coils, as is conventional and well known in the art. Thus, the balanced end of each of the baluns 70 is coupled to a respective one of the input ports 62 and the unbalanced end of each of the baluns 70 is connected to a respective one of the inputs 74 to the combiner 72. The combiner 72 is unpowered and comprised of passive elements (transformers, resistors, inductors, and capacitors) which additively combine signals on the inputs 74 to provide a combined additive signal on the output lead 76.

Referring to FIGS. 6 and 7, the combiner output 76 is applied as the input to the amplifier 78, which is illustratively a Motorola MHW1222 CATV RF hybrid amplifier. The output of the amplifier 78 on the lead 80 goes to the switch part 90, which is illustratively a single pole double throw type relay switch having an energizing coil 128. The state of the switch 90 illustrated in FIG. 7 is the slave state, which is the state of the switch 90 when there is no power applied to the distribution unit 60. In this state, the contact 130 is closed and the contact 132 is open. However, as will be described in full detail hereinafter, when power is applied to the distribution unit 60, the switch 90 reverts to the master mode state where the contact 132 is closed and the contact 130 is open.

With the distribution unit 38 in the slave mode and with the contact 130 being closed, the output of the amplifier 78 on the lead 80 is coupled to the input of the variable attenuator 116, which includes a p-i-n diode 136. The cathode of the diode 136 is coupled to the signal outlet 104 through the capacitor 138 and the anode of the diode 136 is coupled to the output 80 of the amplifier 78 through the capacitor 134 and the switch 90. In addition, the anode of the diode 136 is connected to a source of bias current through the resistor 142 and the cathode of the diode 136 is connected to the output lead 144 of the AGC circuit 112 through the inductor 146. As is known, the AGC circuit 112, by changing the voltage level on the output lead 144, varies the bias current through the diode 136 to control the attenuation on the signal passing therethrough.

The signal appearing at the signal inlet 102 of the distribution unit 38 is coupled through the capacitor 148 to the variable attenuator 106, which is of identical construction to the variable attenuator 116 and includes its respective p-i-n diode 152, whose cathode is coupled to the AGC circuit 112 output lead 144. The output of the variable attenuator 106 is connected to the input of the amplifier 108, which is illustratively of the same type as the amplifier 78. The output of the amplifier 108 passes through the directional coupler 110 which provides a portion of the signal on the lead 154 and passes the rest of the signal to the switch 94. The switch 94 is of the same construction as the switch 90 and includes a contact 156, a contact 158 and an energizing coil 160. With no power applied to the distribution unit 38, the state of the switch 90 is such that the contact 156 is closed and the contact 158 is open, which is the slave mode state of the switch 94. The default mode of this switch 94 when power is applied to the distribution unit 60 is the reverse, i.e., the contact 156 is open and the contact 158 is closed. With the contact 156 closed (the slave mode), the output of the amplifier 108, after passing through the directional coupler 110, is applied as the input to the splitter circuit 84 over the lead 82.

Referring now to FIG. 8, the signal appearing on the lead 154 is provided as an input to the bandpass filter 162 which allows the pilot signal to pass therethrough and appear on the lead 164 and blocks the signals within the specified frequency band of the RF carriers. The pilot signal on the lead

5,901,340

7

164 is provided as an input to the RF amplifier stage 166 of the AGC circuit 112. The output of the RF amplifier stage 166 is coupled by the capacitor 170 to the detector stage 172, which provides an output signal on the lead 174 to the DC amplifier stage 176. The output of the detector stage 172 is a lower voltage when the pilot signal is present than when it is not present and the amplifier stage 176 is an inverting amplifier. The output of the amplifier stage 176 is provided as an input to the level shifter stage 178, whose output is provided to the further amplifier stage 180. The output of the amplifier stage 180 is the AGC output lead 144, which goes to the variable attenuators 106, 116.

The output of the amplifier stage 176, in addition to going to the level shifter stage 178, is provided as an input over the lead 179 to the switch controller 114, which is illustratively a comparator. The output of the switch controller 114 on the lead 182 is high if the pilot signal is present and is low if the pilot signal is not present. Thus, the voltage level on the lead 182 determines whether the distribution unit 38 is operating in the slave mode or in the master mode. Thus, when power is initially applied to a distribution unit 38, if no other distribution units are connected, then there will be no pilot signal and the voltage level on the lead 182 will be low. The lead 182 is connected to control the energization of the coils 128, 160 of the switches 90, 94, respectively. The low level of the lead 182 is the default state of the distribution unit 60 and causes the coils 128, 160 to be energized, closing the contacts 132, 158 and placing the distribution unit 38 in the master mode. In this master mode, the output of the amplifier 78 is passed through the switch 90 to the lead 183, and thence to the transmission path 95. The lead 182 is also connected to the gate of the transistor 184, which functions as the switch part 92 (FIG. 2). With a low level on the lead 182, the transistor 184 is not conductive and power is applied to the oscillator circuit 98. Preferably, the oscillator circuit 98 is a fixed frequency crystal controlled oscillator which puts a fixed frequency oscillating signal on the lead 186. This signal goes through the directional coupler 100 to the transmission path 95 and then out to downstream distribution units, as described above.

In the downstream distribution units, the pilot signal is detected and the level of the lead 182 is high. This causes the transistor 184 to saturate and shunt the power away from the oscillator 98, thereby turning it off. In addition, the coils 128, 160 are not energized so that the contacts 130, 156 are closed, which is the slave mode of the distribution unit 38.

The distribution unit 60 further includes means for indicating whether the distribution unit 38 is operated in the master mode or the slave mode. Illustratively, this includes the light emitting diodes 188, 190 (FIG. 6), which are controlled by the respective transistors 192, 194. When the distribution unit 38 is in the master mode, the lead 182 is low, causing the transistor 192 to conduct, thereby energizing the light emitting diode 188. When the distribution unit 60 is in the slave mode, the lead 182 is high, causing the transistor 194 to conduct, thereby energizing the light emitting diode 190.

FIG. 9 illustrates the splitter circuit 84, the output baluns 88 and the output ports 64. This circuitry is substantially the inverse of the input circuitry and the combiner shown in FIG. 5.

As mentioned above, an attribute of the present system is that identical distribution units 38 can be utilized, no matter where they are disposed in the system. Since the outlets can be located at different distances from a distribution unit, some means must be provided to accommodate the different

8

attenuations inherent in different lengths of twisted pair wire cable 32. Such an accommodation is shown in FIG. 10. Illustratively, the amplifications of the stages of the distribution unit 60 are selected to operate with an outlet 196 located 240 feet from the distribution unit 60. Such an outlet is constructed with built-in baluns 34, 36. For an outlet 198 located closer to the distribution unit 38, the baluns 34, 36 are supplemented by cable simulators 200, 202, respectively, on the unbalanced sides of the baluns, which add attenuation equivalent to the missing length of twisted pair wire cable 32. Thus, for the distant outlet 196, two hundred forty feet of twisted wire pair cable is utilized. For closer outlet 198, one hundred twenty feet of twisted pair wire cable is utilized and the cable simulators 200, 202 add an amount of attenuation equivalent to the missing one hundred twenty feet of twisted pair wire cable. Thus, all signals entering and leaving a distribution unit 38 are within a specified range of levels, irrespective of the distance to the outlet. However, as noted previously, where greater distances are to be gained by the use of coaxial cable or fiber optic cable.

Accordingly, there has been disclosed an improved wideband signal distribution system which is capable of utilizing twisted pair wire cable as the primary distribution media. While an illustrative embodiment of the present invention has been disclosed herein, it is understood that various modifications and adaptations to the disclosed embodiment will be apparent to those of ordinary skill in the art and it is intended that this invention be limited only by the scope of the appended claims. Thus, while the distribution of video signals has been specifically described, it is understood that the disclosed system may also be used for distributing wideband signals generally.

What is claimed is:

1. A system for distributing wideband signals modulated onto RF carriers within a specified frequency band among a plurality of outlets comprising: a distribution unit including:

a plurality of input ports;

a plurality of output ports;

a transmission path;

combiner means for applying signals appearing at said plurality of input ports to said transmission path; and

splitter means for applying signals appearing on said transmission path to all of said plurality of output ports;

a plurality of cables selected from a class consisting of fiber optic cable, coaxial cable, and twisted pair wire cable, and extending between a respective one of said distribution unit ports and a respective one of said plurality of outlets; and

a plurality of impedance matching devices, each of said devices terminating a respective end of a respective one of said cables.

2. The system according to claim 1 wherein said distribution unit further includes:

a signal inlet;

a signal outlet; and

switch means operable to either a first state or a second state, said switch means when in its first state being effective to couple said transmission path to said combiner means and to said splitter means, and said switch means when in its second state being effective to couple said combiner means to said signal outlet instead of to said transmission path and to couple said splitter means to said signal inlet instead of to said transmission path; and

wherein the system includes first and second of said distribution units with one of the output ports of the first

5,901,340

9

distribution unit being connected to the signal inlet of the second distribution unit and one of the input ports of the first distribution unit being connected to the signal outlet of the second distribution unit, the switch means of the first distribution unit being in its first state, and the switch means of the second distribution unit being in its second state.

3. The system according to claim 2 wherein each of said distribution units further includes:

oscillator means for providing an oscillating pilot signal at a fixed frequency outside the specified frequency band of the RF carriers;

first controllable gain means interposed between said switch means and said signal outlet; and

second controllable gain means interposed between said signal inlet and said switch means;

wherein said switch means when in its first state is further effective to couple said oscillator means to said transmission path; and

wherein each of said distribution units further includes gain control means responsive to the level of said pilot signal for controlling the gain of said first and second gain means.

4. The system according to claim 3 wherein said switch means in each of said distribution units defaults to its first state and is responsive to the appearance of said pilot signal at said signal inlet for changing to its second state.

5. The system according to claim 3 wherein said first controllable gain means includes a first variable attenuator, said second controllable gain means includes a second variable attenuator and an amplifier having a fixed gain connected to the output of the second variable attenuator, and said gain control means is coupled to the output of said amplifier and to said first and second variable attenuators.

6. The system according to claim 5 wherein said first and second variable attenuators are substantially identical and each of said distribution units further includes an amplifier having a gain equal to the fixed gain of the amplifier of said second controllable gain means and connected between said combiner means and said switch means.

7. The system according to claim 3 wherein said distribution unit further includes directional coupling means for coupling said oscillator means to said transmission path and wherein said switch means is effective to remove power from said oscillator means when said switch means is in its second state.

8. The system according to claim 2 wherein said distribution unit further includes means for indicating the state of said switch means.

9. The system according to claim 1 wherein said distribution unit further includes signal equalizing means interposed in said transmission path.

10. The system according to claim 1 wherein there is an equal number of said input and output ports in said distribution unit.

11. The system according to claim 1 wherein said cables include twisted pair wire cables and said impedance matching devices include baluns, said system further comprising a first group of baluns arranged as part of said distribution unit and located between said combiner means and said plurality of input ports;

a second group of baluns arranged as part of said distribution unit and located between said splitter means and said plurality of output ports; and

a third group of baluns located at the ends of said cables remote from said distribution unit.

10

12. The system according to claim 1 wherein said cables include fiber optic cables and said impedance matching devices include an optoelectric transceiver.

13. The system according to claim 1 wherein said cables include coaxial cables and said impedance matching devices include a transformer.

14. The system according to claim 11 wherein said plurality of twisted pair cables are all of the same type and are either within a first length range or a second length range plus a third length range equal to the maximum length of said first length range the system further including cable simulator means connected to those baluns of the third group of baluns which are connected to the cables of the second length range for simulating a length of cable equal to the maximum length of said third length range.

15. A distribution unit for use in a wideband signal distribution system, where the system includes a plurality of outlets and a plurality of cables extending between the outlets and the distribution unit for carrying wideband signals modulated onto RF carriers within a specified frequency band between the outlets, the distribution unit comprising:

a plurality of input ports each adapted to be connected to a respective one of said cables;

a first plurality of impedance matching devices each having its balanced end connected to a respective one of said input ports;

a combiner having a plurality of input terminals each connected to the unbalanced end of a respective one of said first plurality of impedance matching devices and having an output terminal to which is applied a combined signal which is an additive combination of all signals appearing at said input ports;

a splitter having an input terminal and a plurality of output terminals to all of which is applied a signal appearing at the splitter input terminal;

a second plurality of impedance matching devices each having its unbalanced end connected to a respective one of said splitter output terminals;

a plurality of output ports each connected to the balanced end of a respective one of said second plurality of impedance matching devices and each adapted to be connected to a respective one of said cables; and

a transmission path coupled between said combiner output terminal and said splitter input terminal.

16. The distribution unit according to claim 15 further comprising:

a signal inlet adapted to be coupled to a cable extending to an output port of another distribution unit of identical construction;

a signal outlet adapted to be coupled to a cable extending to an input port of said another distribution unit; and

switch means operable to either a first state or a second state, said switch means being coupled to said transmission path, said combiner output terminal, said splitter input terminal, said signal inlet and said signal outlet, said switch means when in its first state being effective to couple said transmission path to said combiner output terminal and said splitter input terminal, and said switch means when in its second state being effective to couple said combiner output terminal to said signal outlet and to couple said signal inlet to said splitter input terminal.

17. The distribution unit according to claim 16 further comprising:

5,901,340

11

an oscillator providing a fixed frequency pilot signal outside the specified frequency band of the RF carriers; and

switch control means responsive to the presence of said pilot signal at said signal inlet for controlling said switch means to assume its second state;

wherein the default state of said switch means is its first state and wherein said switch means when in its first state is further effective to couple said oscillator fixed frequency pilot signal to said transmission path.

18. The distribution unit according to claim 17 further comprising:

first controllable gain means coupled between said signal outlet and said switch means;

second controllable gain means coupled between said signal inlet and said switch means; and

gain control means having an input coupled between said second controllable gain means and said switch means and responsive to the level of said pilot signal for controlling the gain of both said first and second gain means.

19. The distribution unit according to claim 18 further comprising:

a directional coupler having an input interposed between said second gain means and said switch means and an output coupled to the input of said gain control means; and

wherein said gain control means includes a bandpass filter tuned to pass said pilot signal, said bandpass filter being serially connected between said gain control means input and the remainder of said gain control means.

20. The distribution unit according to claim 18 wherein:

ech of said first and second gain means includes a variable attenuator having a p-i-n diode with its cathode connected to the respective signal inlet or outlet and its anode connected to the switch means, and a source of bias current connected to the anode of the p-i-n diode; and

12

the gain control means has an output connected to the cathode of the p-I-n diode to vary the bias current therethrough.

21. The distribution unit according to claim 19 wherein said switch control means is coupled to said bandpass filter remote from said gain control means input.

22. The distribution unit according to claim 15 further comprising signal equalizing means interposed in said transmission path.

23. The distribution unit according to claim 16 further comprising means for indicating the state of said switch means.

24. The distribution unit according to claim 17 further comprising:

a first light emitting diode;

a second light emitting diode;

a first voltage source coupled to the anodes of the light emitting diodes;

a second voltage source at a level less than the level of the first voltage source coupled to the cathodes of the light emitting diodes;

first controllable switching means connected in series with said first light emitting diode and having a control input;

second controllable switching means connected in series with said second light emitting diode and having a control input; and

means for coupling said switch control means to the control inputs of said first and second controllable switching means;

wherein said first and second controllable switching means respond to different level signals at their control inputs to provide current paths for their respective light emitting diodes and said switch control means provides said different level signals corresponding to respective states of said switch means.

*   *   *   *   *

# Exhibit 2



US005875386A

# United States Patent [19]

## Flickinger et al.

[11] **Patent Number:** **5,875,386**

[45] **Date of Patent:** **Feb. 23, 1999**

[54] **ENABLING AND CABLE SIMULATING CIRCUITS FOR WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

[75] Inventors: **Steven Lee Flickinger,** Hummelstown; **Joseph Paul Preschutti,** State College; **James Ray Fetterolf, Sr.,** Mechanicsburg; **Jeffrey Legg; David Koller,** both of State College, all of Pa.

[73] Assignee: **The Whitaker Corporation,** Wilmington, Del.

[21] Appl. No.: **791,307**

[22] Filed: **Jan. 30, 1997**

### Related U.S. Application Data

[60] Provisional application No. 60/010,857 Jan. 30, 1996.

[51] **Int. Cl.[6]** ..................................................... **H04N 7/16**
[52] **U.S. Cl.** ................................ **455/3.1**; 455/6.3; 348/8
[58] **Field of Search** ............................ 455/3.1, 5.1, 6.1, 455/4.2, 6.2, 6.3; 348/6, 8, 10, 11, 12, 13, 7; 379/90.01, 397, 399, 398, 334, 340, 400; H04N 7/10, 7/16, 7/173

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,717,896 | 1/1988 | Graham | 333/25 |
| 4,766,402 | 8/1988 | Crane | 333/25 |
| 4,885,747 | 12/1989 | Foglia | 348/8 |

| | | | |
|---|---|---|---|
| 5,130,793 | 7/1992 | Bordry et al. | 348/8 |
| 5,374,952 | 12/1994 | Flohr | 348/12 |
| 5,485,630 | 1/1996 | Lee et al. | 455/4.1 |
| 5,528,283 | 6/1996 | Burton | 348/13 |
| 5,534,914 | 7/1996 | Flohr et al. | 348/15 |
| 5,592,482 | 1/1997 | Abraham | 348/8 |
| 5,670,902 | 9/1997 | Nakagawa et al. | 348/6 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 496 422A2 | 7/1992 | European Pat. Off. . | |
| 2 626 119 | 7/1989 | France | H03H 11/04 |
| 2 173 077 | 10/1986 | United Kingdom . | |
| 2 178 274 | 2/1987 | United Kingdom | H04H 1/02 |
| 2 263 604 | 7/1993 | United Kingdom | H04H 1/08 |

#### OTHER PUBLICATIONS

International Search Report, Application # PCT/US96/11191—Apr. 12, 1996.

*Primary Examiner*—Chris Grant
*Attorney, Agent, or Firm*—Salvatore Anastasi

[57] **ABSTRACT**

An enabling circuit for use in a wideband signal distribution system is provided. The circuit includes a input port which receives a baseband source signal, a transmission path between the input port and the output port, an impedance matching device, and a power source connected to the impedance matching device which combines a biasing signal with the input signal in order to operate a diode switch which is connected to the output to the impedance matching device and located in a distribution unit of the system.

**17 Claims, 4 Drawing Sheets**





Case 1:15-cv-00842-RGA   Document 90   Filed 12/23/16   Page 84 of 90 PageID #: 6879



FIG. 2



FIG. 3B



FIG. 4

5,875,386

**1**

## ENABLING AND CABLE SIMULATING CIRCUITS FOR WIDEBAND SIGNAL DISTRIBUTION SYSTEM

This application claims the benefit of U.S. provisional application Ser. No. 60/010,857, filed Jan. 30, 1996.

### FIELD OF THE INVENTION

This invention is directed to wideband signal distribution systems, and more particularly to enabling and cable simulator circuits for use in such systems.

### BACKGROUND OF THE INVENTION

There are numerous instances where it is desirable to distribute signals within a relatively local area such as a building or series of buildings. A particular application is the distribution of video signals. For example, a school may have a number of classrooms or administrative offices, each having a television monitor, and it may be desired at a given time to provide a program to all the classrooms and offices, originating either from a source within one of the classrooms or offices, such as a VCR, or from an outside source such as a local cable system. A system capable of distributing wideband signals is necessary to provide these programs to the desired locations. Similarly, a corporation may have a building, or several closely spaced buildings, with numerous conference rooms equipped with television monitors and analogous program presentations may be desired.

An example of such a wideband distribution system is disclosed in International Publication Number WO 97/01931, titled "Wideband Signal Distribution System", which is assigned to the assignee hereof and is incorporated herein by reference. That Publication disclosed a wideband distribution system utilizing existing twisted pair cable which is typically installed in buildings for telephone communications. The system, therefore, would require no additional wiring to provide the wideband distribution system to an existing building. This system utilizes distribution units which can be cascaded in order to reach many rooms in the building which are connected to the telephone wiring system. Each distribution unit has a plurality of inputs and outputs, each of which is connected to a different room outlet. In order to reach additional rooms, another distribution unit is simply cascaded into the system. Any of the rooms connected to a distribution unit can be utilized either to transmit a source signal to the entire building or as a receiving location to receive any signal which is transmitted over the distribution system from another location. Since each outlet in this system is capable of both input and output, signals can be distributed to any location from any location. Signals at the input location are generated by a base band signal source and are modulated to a desired frequency channel.

A problem exists, however, when it is desirable to distribute wideband modulated signals to many classrooms or locations. As the number of classrooms increases the number of input and output locations increases, and the amount of near end cross talk also increases. This is due to increased length of cable in the system necessary to support the increased number of classrooms. Near end cross talk occurs as a result of capacitive coupling of signals between the input wires and output wires of each cable. It is therefore an object of this invention to reduce near end cross talk in a broadband distribution system having many input and output ports.

Another problem exists when many outlets are present in the distribution system in that the distance between each

**2**

distribution unit and outlet is variable. Outlets which are farther from the distribution unit will necessarily contain longer lengths of cable between the distribution unit and the outlet. This results in signal attenuation levels at each outlet being different based on the distance each outlet is from the distribution unit. It is therefore an object of this invention to provide a circuit which simulates long and short lengths of cable in order to provide consistent system signal attenuation levels at each outlet.

### SUMMARY OF THE INVENTION

The objects of this invention are achieved by providing a signal enabling circuit in order to reduce near end cross talk and by providing a switchable impedance circuit for simulating various lengths of cable in order to achieve the desired attenuation level at each outlet box.

The enabling circuit for use in a wideband signal distribution system of the present invention comprises an input port which receives a baseband source signal, a transmission path between the input port and the output port, at least one impedance matching device, a power source connected to the impedance matching device which combines a biasing signal with the input signal in order to operate a diode switch which is connected to the output of the impedance matching device at the input of a distribution unit.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be described by way of example with reference to the accompanying figures of which:

FIG. 1 is a pictorial representation of a wideband signal distribution system constructed in accordance with the principles of this invention.

FIG. 2 is a block diagram of an enabling and switchable cable simulator circuit according to the present invention.

FIG. 3 is a block diagram of a distribution unit for use in the system of FIG. 1.

FIG. 4 is a schematic of the cable simulator circuit of FIG. 2.

### DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows an example of a wideband signal distribution system and each of its major components. The circuits of the present invention may be utilized in this system, for example, in the breakout box 27, which is located near the source of the baseband signal or input device 24. It is understood, however, that the circuits of the present invention could be located at various locations in the system, for example, in the wall outlet box 26 or in the modulator 29. In this example, the breakout box 27 containing the signal enabling circuit, when plugged into a wall outlet will activate a diode switch 63 (FIG. 3) in the distribution unit 38. Once the diode switch 63 is activated, the distribution unit 38 will be configured to accept a modulated source signal from the input device 24.

The breakout box 27 also contains a switchable impedance circuit (FIG. 2) which can simulate various lengths of cable. Due to the varying distances of each wall outlet from the distribution unit, the length of cable 32 will be different for each outlet 26. This will cause varying levels of signal attenuation at each wall outlet 26 which is directly proportional to the length of the cable 32. In order to compensate for these varying attenuation levels, the breakout box 27 has a wire simulating impedance which can compensate for the varying lengths of cable 32.

5,875,386

**3**

FIG. 2 shows a block diagram of an enabling circuit and an example of a cable simulator switchable circuit 131, 137 which operates between a distribution unit 60 as shown in FIG. 1 and a source 24 of video or other baseband signals. This circuit may be housed for example in the breakout box 27 (FIG. 1) or in a wall outlet box 26 or in a modulator 29, or in the input device 24. A source signal, for example a video signal from a VCR input device or from a cable television channel, is connected to input line 312 of the circuit This signal is ultimately supplied to line 310 of the circuit where a positive polarity DC enabling signal is added to the base band video source signal. The enabling signal is supplied by the current supply 318 which is connected to the output balun 319.

This circuit is switchable so that it can simulate various lengths of cable in order to achieve a desired attenuation at the outlets 198 (FIG. 1) of the circuit. When the switch parts 320, 322, 324 and 326 are in the position shown in FIG. 2, the base band input signal on line 312 passes through an input 334 to an inbound cable simulator 202, which consists of an impedance to simulate a desired length of cable, for example 120 feet or ½ of the maximum distance which in this example is 240 ft. The output of the inbound cable simulator 202 is then passed through line 330 and switch part 320 to the output balun 319, where it is combined with the enabling signal from the current source 318. This signal is then supplied as an enabled input signal, which will bias a diode switch 63 in the distribution unit 38 shown in FIG. 3. Similarly, the output from the distribution unit connected to line 314 of the enabling circuit is switched to achieve a desired attenuation by simulating an outbound cable equivalent in length to the inbound cable simulated above. When switch parts 324 and 326 are in the position shown in FIG. 2, the outbound signal from the distribution unit passes to the input 336 of an outbound cable simulator 200 which is an impedance designed to simulate a given length of cable in order to achieve a desired level of attenuation. The output 340 of the outbound cable simulator 200 is then passed through the switch part 326 and to the output port 316 to be ultimately supplied to a monitor or some other display device. As the length of cable 32 is increased and the outlet box 196 is farther from the distribution unit, both the inbound and outbound cable simulators may be switched out of the circuit by actuating the switch parts 320, 322, 324, 326.

The DC current source 18 is used to bias a PIN diode switch 63-1 through 63-8 shown in FIGS. 3. The switch 63 will be turned on when an enabled input as described above is applied. The switch 63 will be off when the respective cable 32 is not being used as an input. This PIN diode switch 63 will allow only those inputs to the distribution unit which are currently in use to be active, thus reducing the total number of active inputs, and cables in the system therefore reducing the near end cross talk in the modulated frequency band. Since there are only a limited number of channels, there can only be a total possible number of active inputs equal to or less than the number of channels thus greatly reducing the possibility of near end cross talk due to multiple system inputs having lengths of wire which can cross talk with each other.

Operation of the cable simulator and enabling circuits of the present invention will now be described in greater detail. Referring to FIGS. 2 and 4, an example of the enabling circuit and cable simulator circuit of the present invention is shown. When the switch S1 is in the position shown, the cable simulators 200,202 are switched into the circuit. An inbound signal from a source such as a VCR is supplied to

**4**

the inbound port J1 and then passes through switch parts 322 and is attenuated through the inbound cable simulator 202. The output of the inbound cable simulator 202 is applied to switch part 320 and then passes through a balun 319 consisting of T2, C13, C14, T3, and L8 where it is mixed with a DC enabling signal supplied by the power supply 318 through J6 at L8 to create an enabled signal. This enabled signal then passes to a connector J3 and is the inbound signal to the wideband signal distribution unit. The outbound wideband distribution signal from the distribution unit enters the enabling cable simulator circuit through the same connector J3. The outbound modulated signal then passes through a balun 317 for impedance matching which consists of L6, T4 and T1 and then through switch part 324. From switch part 324, the signal passes through the outbound cable simulator 200 to simulate an equivalent length of cable as the inbound cable simulator 202 described above. This signal is then passed through switch part 320 to the outbound port J2. The outbound signal coming from this port J2 can be displayed on a monitor 22. Actuation of the switch S1 causes both the inbound and outbound cable simulators to be switched out of the circuit allowing both the inbound and outbound signals to pass through this circuit without added attenuation.

An advantage of this circuit is that the number of inputs can be greatly increased since each input is turned off when not in use thus avoiding such inputs from contributing to near end cross talk.

Another advantage of this circuit is that outlets at various lengths from the distribution will receive similarly attenuated signals resulting in a more uniform picture quality and signal level at each receiving location. While an illustrative embodiment of the present invention has been disclosed herein, it is understood that various modifications and adaptations to the disclosed embodiment will be apparent to those of ordinary skill in the art and it is intended that this invention be limited only by the scope of the appended claims.

We claim:

1. An enabling circuit for use in a wide band signal distribution system comprising:

at least one input port to receive a source signal, at least one transmission path between said input port and at least one impedance matching device whereby the source signal is transmitted through said transmission path to said impedance matching device,

at least one diode switch connected to an output of said impedance matching device, and;

at least one power source connected to said impedance matching device capable of biasing said diode switch whereby the signal generated by said power source is combined with the source signal at said impedance matching device.

2. The enabling circuit as recited in claim 1 wherein said impedance matching device is a balun.

3. The enabling circuit as recited in claim 1 wherein said power source is a current source.

4. The enabling circuit as recited in claim 1 wherein said input port, said transmission path, said impedance matching device, and said power source are located in a breakout box which is connected to a distribution system output line leading to a distribution unit located remotely from the breakout box.

5. The enabling circuit as recited in claim 4 wherein said diode switch is located in a distribution unit which is remote from and connected to said breakout box.

5,875,386

5

**6**. The enabling circuit as recited in claim **1** further comprising a cable simulator having an inbound section and an outbound section, the inbound section having a source line input connected to a switchable impedance and an output connected to said impedance matching device, the outbound section having a distribution system input connected to a switchable impedance and an output connected to a display device.

**7**. A wideband signal distribution system enabling circuit comprising:

  a diode switch located at an input line to a wideband signal distribution system,

  a transmission path connected to said diode switch at a first end,

  an impedance matching device connected to the transmission path at a second end, the impedance matching device having a source signal input, a biasing signal input, and an output, and;

  a power source connected to the impedance matching device at said biasing signal input

  whereby a wideband modulated source signal; is combined with a biasing signal generated at said power source to bias said diode switch in order to change said transmission path from an off state to an on state.

**8**. The enabling circuit as recited in claim **7** wherein said impedance matching device is a balun.

**9**. The enabling circuit as recited in claim **7** wherein said power source is a current source.

**10**. The enabling circuit as recited in claim **7** wherein said input port, said transmission path, said impedance matching device, and said power source are located in a breakout box which is connected to a distribution system output line leading to a distribution unit located remotely from the breakout box.

6

**11**. The enabling circuit as recited in claim **10** wherein said diode switch is located in a distribution unit which is remote from and connected to said breakout box.

**12**. The enabling circuit as recited in claim **7** further comprising a cable simulator having an inbound section and an outbound section, the inbound section having a source line input connected to a switchable impedance and an output connected to said impedance matching device, the outbound section having a distribution system input connected to a switchable impedance and an output connected to a display device.

**13**. An enabling circuit for use in a wide band signal distribution system comprising:

  at least one input port to receive a source signal,

  at least one transmission path between said input port and at least one impedance matching device whereby the source signal is transmitted through said transmission path to said impedance matching device, and;

  at least one diode switch connected to the impedance matching device, whereby the diode switch serves to disable the transmission paths in the absence of a power signal being combined with said source signal.

**14**. The enabling circuit as recited in claim **13** wherein said impedance matching device is a balun.

**15**. The enabling circuit as recited in claim **13** wherein said power signal is supplied by a current source.

**16**. The enabling circuit as recited in claim **13** wherein the input port, the transmission path, the impedance matching device, and the current source are located in a breakout box which is connected to a distribution system output line leading to a distribution unit located remotely from the breakout box.

**17**. The enabling circuit as recited in claim **16** wherein the diode switch is located in a distribution unit which is remote from and connected to the breakout box.

\*   \*   \*   \*   \*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 23, 2016, upon the following in the manner indicated:

Richard D. Kirk, Esquire                          *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Sara E. Bussiere, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

Mark Raskin, Esquire                              *VIA ELECTRONIC MAIL*
Robert Whitman, Esquire
John F. Petrsoric, Esquire
Michael S. DeVincenzo, Esquire
MISHCON DE REYA NEW YORK LLP
156 Fifth Avenue, Suite 904
New York, NY  10010
*Attorneys for Plaintiff*


*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)