IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-842 (RGA) |
| | ) | |
| ATLANTIC BROADBAND GROUP, LLC, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-843 (RGA) |
| | ) | |
| BRIGHT HOUSE NETWORKS, LLC, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-844 (RGA) |
| | ) | |
| CABLE ONE, INC., | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-845 (RGA) |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION, et al., | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC,            )<br>                                       )<br>          Plaintiff,           )<br>                                       )<br>     v.                            )<br>                                       )<br>CEQUEL COMMUNICATIONS, LLC, )<br>et al.,                            )<br>                                       )<br>          Defendants.      )  | C.A. No. 15-846 (RGA)<br><br>REDACTED - PUBLIC VERSION | |
| CHANBOND, LLC,            )<br>                                       )<br>          Plaintiff,           )<br>                                       )<br>     v.                            )<br>                                       )<br>CHARTER COMMUNICATIONS, INC., )<br>                                       )<br>          Defendant.       )  | C.A. No. 15-847 (RGA)<br><br>REDACTED - PUBLIC VERSION | |
| CHANBOND, LLC,            )<br>                                       )<br>          Plaintiff,           )<br>                                       )<br>     v.                            )<br>                                       )<br>COMCAST CORPORATION, et al., )<br>                                       )<br>          Defendants.      )  | C.A. No. 15-848 (RGA)<br><br>REDACTED - PUBLIC VERSION | |
| CHANBOND, LLC,            )<br>                                       )<br>          Plaintiff,           )<br>                                       )<br>     v.                            )<br>                                       )<br>COX COMMUNICATIONS, INC., )<br>                                       )<br>          Defendant.       )  | C.A. No. 15-849 (RGA)<br><br>REDACTED - PUBLIC VERSION | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-850 (RGA) |
| | ) | |
| MEDIACOM COMMUNICATIONS CORPORATION, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-851 (RGA) |
| | ) | |
| RCN TELECOM SERVICES, LLC, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-852 (RGA) |
| | ) | |
| TIME WARNER CABLE INC., et al., | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-853 (RGA) |
| | ) | |
| WAVEDIVISION HOLDINGS, LLC, | ) | REDACTED - PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| CHANBOND, LLC,              )<br>                              )<br>         Plaintiff,          )<br>                              )<br>    v.                        )<br>                              )<br> WIDEOPEN WEST FINANCE, LLC,  )<br>                              )<br>         Defendant.           )  | C.A. No. 15-854 (RGA)<br><br>REDACTED - PUBLIC VERSION |

## NOTICE OF THIRD-PARTY SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants will serve the subpoenas attached hereto as Exhibits A and B on Robert D. Stine; Exhibits C and D on Richard Snyder; Exhibit E and F on Earl Hennenhoefer; Exhibits G and H on Jonathan R. Bowser; and Exhibit I on Buchanan Ingersoll & Rooney PC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193

Alexandra McTague
James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025

Original and Redacted Version Filed on January 24, 2017