IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-842 (RGA) |
| | ) | |
| ATLANTIC BROADBAND GROUP, LLC, | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-843 (RGA) |
| | ) | |
| BRIGHT HOUSE NETWORKS, LLC, | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-844 (RGA) |
| | ) | |
| CABLE ONE, INC., | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-845 (RGA) |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION, et al., | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| CHANBOND, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CEQUEL COMMUNICATIONS, LLC, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-846 (RGA)<br>)<br>)  REDACTED -- PUBLIC VERSION<br>)<br>)<br>) |
| CHANBOND, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-847 (RGA)<br>)<br>)  REDACTED -- PUBLIC VERSION<br>)<br>) |
| CHANBOND, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMCAST CORPORATION, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)  C.A. No. 15-848 (RGA)<br>)  REDACTED -- PUBLIC VERSION<br>)<br>)<br>)<br>) |
| CHANBOND, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COX COMMUNICATIONS, INC.,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-849 (RGA)<br>)<br>)  REDACTED -- PUBLIC VERSION<br>)<br>) |

| | | |
|---|---|---|
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-850 (RGA) |
| | ) | |
| MEDIACOM COMMUNICATIONS CORPORATION, | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-851 (RGA) |
| | ) | |
| RCN TELECOM SERVICES, LLC, | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-852 (RGA) |
| | ) | |
| TIME WARNER CABLE INC., et al., | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendants. | ) | |
| CHANBOND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 15-853 (RGA) |
| | ) | |
| WAVEDIVISION HOLDINGS, LLC, | ) | REDACTED -- PUBLIC VERSION |
| | ) | |
| Defendant. | ) | |

|  |  |
|---|---|
| CHANBOND, LLC,                )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>      v.                                  )<br>                                              )<br> WIDEOPEN WEST FINANCE, LLC, )<br>                                              )<br>            Defendant.          ) | C.A. No. 15-854 (RGA)<br><br>REDACTED -- PUBLIC VERSION |

### NOTICE OF THIRD-PARTY SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendants will serve the subpoenas attached hereto as Exhibits A and B on Sprint Corporation, and Exhibits C and D on Harley Ball, respectively.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

OF COUNSEL:

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193

James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

Original Filing Date:  February 6, 2017
Redacted Filing Date:  February 7, 2017

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 6, 2017, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mark Raskin, Esquire<br>Robert Whitman, Esquire<br>John F. Petrsoric, Esquire<br>Michael S. DeVincenzo, Esquire<br>MISHCON DE REYA NEW YORK LLP<br>156 Fifth Avenue, Suite 904<br>New York, NY  10010<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)