IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC<br>PATENT LITIGATION | )<br>)  C.A. No. 15-842 (RGA)<br>)<br>)  CONSOLIDATED<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, Bayard, P.A.'s address has changed to 600 N. King Street, Suite 400, Wilmington, Delaware 19801. Telephone, facsimile numbers and email addresses remain the same. All pleadings and correspondence should be directed to our new physical address.

Dated: November 1, 2017

OF COUNSEL:

John F. Petrsoric
Mark S. Raskin
Robert A. Whitman
MISHCON DE REYA NEW YORK LLP
156 Fifth Avenue, Suite 904
New York, New York 10010

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
 (302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Counsel for Plaintiff ChanBond, LLC*