IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC<br>PATENT LITIGATION | ) C.A. No. 15-842 (RGA)<br>)<br>) CONSOLIDATED<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 10, 2017, copies of (1) **Chanbond, LLC's Fourth Amended Identification of Asserted Claims** and (2) this **Notice of Service** were served via electronic mail as shown:

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025

Dated: November 10, 2017

OF COUNSEL:

Mark Raskin
Robert Whitman
John F. Petrsoric
Michael S. DeVincenzo
MISHCON DE REYA NEW YORK LLP
156 Fifth Avenue, Suite 904
New York, NY 10010

BAYARD, P.A.

 */s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff ChanBond, LLC*