IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE CHANBOND, LLC<br>PATENT LITIGATION | )<br>)<br>)<br>)<br>) | C.A. No. 15-842 (RGA)<br>CONSOLIDATED |

## NOTICE OF AMENDED SUBPOENAS

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, defendants will serve the amended subpoenas attached hereto as Exhibit A on

Thomas J. McWilliams, and Exhibit B on Cathleen Thomas Quigley.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

OF COUNSEL:

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193

James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025

January 9, 2018

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 9, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire | *VIA ELECTRONIC MAIL* |
| Stephen B. Brauerman, Esquire | |
| Sara E. Bussiere, Esquire | |
| BAYARD, P.A. | |
| 600 North King Street, Suite 400 | |
| Wilmington, DE  19801 | |
| *Attorneys for Plaintiff* | |

| | |
|---|---|
| Mark Raskin, Esquire | *VIA ELECTRONIC MAIL* |
| Robert Whitman, Esquire | |
| John F. Petrsoric, Esquire | |
| Michael S. DeVincenzo, Esquire | |
| MISHCON DE REYA NEW YORK LLP | |
| 156 Fifth Avenue, Suite 904 | |
| New York, NY  10010 | |
| *Attorneys for Plaintiff* | |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)