IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE CHANBOND, LLC PATENT LITIGATION | ) ) ) ) ) ) ) C.A. No. 15-842 (RGA)  CONSOLIDATED |

**DEFENDANTS' RENEWED MOTION TO STAY PENDING
RESOLUTION OF *INTER PARTES* REVIEW**

Pursuant to the Court's December 1, 2016 Oral Order (D.I. 81), Defendants[1] respectfully renew their request to stay the present litigations pending final resolution of the *Inter Partes* Review ("IPR") petition involving U.S. Patent No. 7,941,822 (the "'822 patent").

The grounds for this motion are set forth in Defendants' opening brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

---

[1] Defendants are:  Atlantic Broadband Group, LLC; Bright House Networks, LLC; Cable One, Inc.; Cablevision Systems Corporation; CSC Holdings, LLC; Cequel Communications, LLC; Cequel Communications Holdings I, LLC d/b/a Suddenlink Communications; Charter Communications, Inc.; Comcast Corporation; Comcast Cable Communications, LLC; Cox Communications, Inc.; Mediacom Communications Corporation; RCN Telecom Services, LLC; Time Warner Cable; Time Warner Cable Enterprises LLC; WadeDivision Holdings, LLC; and WideOpen West Finance LLC.

OF COUNSEL:

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601

Krishnan Padmanabhan
Anup K. Misra
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193

James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025

April 19, 2018

## **RULE 7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff, but the parties were unable to reach agreement.

*/s/ Jennifer Ying*
Jennifer Ying (#5550)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 19, 2018, upon the following in the manner indicated:

Richard D. Kirk, Esquire                  *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Sara E. Bussiere, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Plaintiff*

Mark Raskin, Esquire                    *VIA ELECTRONIC MAIL*
Robert Whitman, Esquire
John F. Petrsoric, Esquire
Michael S. DeVincenzo, Esquire
Lana Milojevic, Esquire
Andrea Pacelli, Esquire
Eric P. Berger, Esquire
Charles Wizenfeld, Esquire
MISHCON DE REYA NEW YORK LLP
156 Fifth Avenue, Suite 904
New York, NY  10010
*Attorneys for Plaintiff*

                       */s/ Jennifer Ying*
                       _____
                       Jennifer Ying (#5550)