# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

_____

(302) 658-9200

(302) 658-3989 FAX

**JENNIFER YING**

(302) 351-9243

(302) 225-2570 FAX

jying@mnat.com

Original Filing Date:  June 11, 2018
Redacted Filing Date:  June 18, 2018

REDACTED – PUBLIC VERSION

The Honorable Richard G. Andrews
The United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:     *In Re Chanbond, LLC Patent Litigation,*
         C.A. No. 15-842 (RGA) (Consolidated)

Dear Judge Andrews:

Pursuant to the Court's May 9, 2018 Order (D.I. 258), Defendants write regarding the continued deficiencies in plaintiff ChanBond's Second Amended Privilege Log, which was served on June 8, 2018 (Ex. A).

As an initial matter, ChanBond's Second Amended Privilege Log does not comply with the Court's May 9, 2018 Order, for at least the following reasons.  First, ChanBond still fails to identify *any* attorney involvement for nearly 100 entries.  Second, twenty entries in the log fail to identify "attorney involvement *(by name)*," as required by the Court's Order.  Instead, ChanBond purports to simply identify a generic group or entity (*e.g.*, "IP Nav Legal").  Third, over seventy entries purport to list "Erich Spangenberg" as the attorney rendering "legal advice," despite the fact that Mr. Spangenberg is not authorized to practice in Texas (or elsewhere).  *See* Ex. B (Search of Texas Bar).  A table identifying these deficient entries is provided in Exhibit C.  Defendants respectfully request that ChanBond be ordered to produce these documents, as ChanBond has failed to meet its burden of demonstrating a *prima facie* case of privilege.

Notwithstanding the foregoing, and pursuant to the Court's May 9, 2018 Order (D.I. 258), Defendants have identified the following ten entries on ChanBond's second amended privilege log for the Court's further review:  Entries 8, 9, 13, 22, 23, 81, 141, 305, 405, 479.

In addition, for the reasons set forth in Defendants' earlier letters (D.I. 253 and 257), Defendants continue to seek to have the deposition of Patrick Keane re-opened and for ChanBond to produce the CB Capital documents.

Defendants look forward to discussing these issues with the Court at the discovery conference scheduled for June 13, 2018 at 2:00 p.m.

The Honorable Richard G. Andrews
June 11, 2018
Page 2

Counsel is available should the Court have any questions.

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

cc:    Clerk of Court (by hand)
       All Counsel of Record (by e-mail)

Encls.