# EXHIBIT A

REDACTED

IN ITS

ENTIRETY

# EXHIBIT B

# STATE BAR of TEXAS



## MR. ERICH LAWSON SPANGENBERG

**Not Eligible to Practice in Texas (click for detail)**

*Bar Card Number:* 18871300

*TX License Date:* 11/08/1985

*Primary Practice Location:* Los Angeles , California

*555 W 5th St Ste 4600*
*Los Angeles, CA 90013-3002*

### CONTACT INFORMATION

Tel: 213-243-2708

---

*Practice Areas:* None Reported By Attorney

*Statutory Profile Last Certified On:*

### PRACTICE INFORMATION

*Firm:* None Reported By Attorney

*Firm Size:* None Specified

*Occupation:* None Specified

*Practice Areas:* None Reported By Attorney

*Services Provided:*
None Reported By Attorney

*Fee Options Provided:*
None Reported By Attorney

### COURTS OF ADMITTANCE

*Federal:*
None Reported By Attorney

*Other Courts:*
None Reported By Attorney

*Other States Licensed:*
None Reported By Attorney

*Please note:* Not all payment options are available for all cases, and any payment arrangement must be agreed upon by the attorney and his/her client. The State Bar of Texas is not responsible for payment arrangements between an attorney and his/her client.

*Foreign Language Assistance:*
None Reported By Attorney

## LAW SCHOOL

| School | |
| --- | --- |
| Degree earned | |
| Case Western Reserve University | |
| Graduation Date | |

## PUBLIC DISCIPLINARY HISTORY

### State of Texas*
No Public Disciplinary History

### Other States
None Reported By Attorney

**Note***
Sanctions that indicate a judgment is on appeal are still in effect but are not final and subject to change. To request a copy of a disciplinary judgment that is not available online or for more information about a specific disciplinary sanction listed above, please contact the Office of the chief Disciplinary Counsel at (877) 953-5535.

**Note****
The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas. Attorney profile information is provided as a public service by the State Bar of Texas as outlined in Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee thereof may be held responsible for the accuracy of the data. Much of the information has been provided by the attorney and is required to be reviewed and updated by the attorney annually. The information noted with an asterisk (*) is provided by the State Bar of Texas. Access to this site is authorized for public use only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does not constitute a certified lawyer referral service.

# EXHIBIT C

**Exhibit C**

| Description of Deficiency | Relevant Entries on ChanBond's Second Amended Privilege Log |
|---|---|
| No Attorney Identified | 13, 14, 22, 23, 75, 77, 88, 137 – 139, 142, 145, 147, 152, 179, 185, 186, 258, 261, 313, 314, 327, 329, 330, 333, 359 – 367, 386, 387, 389 – 392, 397, 398, 404, 405, 433 – 436, 439, 440, 444, 450 – 453, 464, 465, 467, 468, 477 – 479, 481, 482, 497, 500, 527 – 532, 591, 592, 621 – 623, 652, 660, 748, 793, 796 – 799, 837, 841, 858, 941 – 946, 1003, 1004, 1042, 1044, 1070, 1071, 1111, 1133 |
| No Attorney Identified by Name (*e.g.*, IP Nav Legal) | 1, 29, 34, 36, 42, 80, 81, 135, 144, 156, 176, 195, 199, 200, 201, 213, 257, 262, 271, 839 |
| Non-Attorney Erich Spangenberg Identified | 33, 35, 37, 39, 40, 41, 43 – 52, 55, 57, 58, 64, 73, 74, 76, 78, 86, 87, 96, 101 – 104, 106, 107, 109, 110, 134, 136, 140, 141, 148 – 151, 153, 169, 174, 203 – 206, 210, 212, 234, 237 – 242, 244, 248, 251, 298, 303 – 305, 318 – 320, 323, 325, 331, 332 |