# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

_____

(302) 658-9200
(302) 658-3989 FAX

JENNIFER YING
(302) 351-9243
(302) 225-2570 FAX
jying@mnat.com

September 4, 2018

The Honorable Richard G. Andrews                              *VIA E-FILING*
The United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

>           Re:     *In Re Chanbond, LLC Patent Litigation,*
>                   C.A. No. 15-842 (RGA) (Consolidated)

Dear Judge Andrews:

       In connection with the Court's Oral Order of August 30, 2018 (D.I. 303), Defendants respectfully request leave to file a short, 2-page letter brief to address ChanBond's new bases for asserting privilege over the 30 challenged entries that are the subject of plaintiff ChanBond's *in camera* submission (D.I. 304).

       In particular, it was not until the August 23, 2018 meet and confer that ChanBond first informed Defendants it was purporting to assert privilege on behalf of certain third-party entities, such as IP Navigation.  ChanBond also clarified during this meet and confer the specific subject matter of certain of the challenged entries which had not been provided to Defendants previously.  None of this information was available to Defendants at the time they submitted their letter brief in connection with the August 9 discovery conference, and thus Defendants were unable to address these issues at that conference.  *Compare, e.g.*, D.I. 303, Ex. 1 (ChanBond's Seventh Amended Privilege Log identifying purported privilege holder) *with* D.I. 291, Ex. 2 (ChanBond's Fourth Amended Privilege Log containing no identification of purported privilege holder).

       Pursuant to D. Del. LR 7.1.1, counsel for Defendants has conferred with counsel for ChanBond, and ChanBond does not oppose this request, but requests that ChanBond be permitted to file a 2-page responsive letter.

       Counsel is available should the Court have any questions.

The Honorable Richard G. Andrews
September 4, 2018
Page 2

Respectfully,

*/s/ Jennifer Ying*

Jennifer Ying (#5550)

cc:    Clerk of Court (by hand)
        All Counsel of Record (by e-mail)