# EXHIBIT 1

# REDACTED

# IN ITS

# ENTIRETY

# EXHIBIT 2

REDACTED
IN ITS
ENTIRETY

# EXHIBIT 3

# REDACTED
# IN ITS
# ENTIRETY

# EXHIBIT 4

REDACTED
IN ITS
ENTIRETY