IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC<br><br>PATENT LITIGATION | C.A. NO. 15-842-RGA<br><br>**CONSOLIDATED**<br>PUBLIC REDACTED VERSION |

**DECLARATION OF MICHAEL S. DEVINCENZO IN SUPPORT OF PLAINTIFF CHANBOND LLC'S DAUBERT MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DEFENDANTS' DAMAGES EXPERT**

I, Michael S. DeVincenzo, hereby declare as follows:

1. I am an attorney with the law firm Mishcon de Reya New York, LLP, 156 5th Avenue, Suite 904, New York, New York 10010. Mishcon de Reya New York, LLP is counsel for Plaintiff ChanBond, LLC in the instant action. I am admitted to the bar of the State of New York.

2. I make this Declaration in support of Plaintiff's Daubert Motion to exclude certain opinions and testimony of Defendants' Damages Expert.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the expert report of W. Christopher Bakewell, dated November 30, 2018.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the expert report of Prof. David Teece, dated September 12, 2018.

5. Attached as **Exhibit 3** is a true and correct copy of a document bearing bates numbers ZBAND_0005373 through ZBAND_0005374.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Earl Hennenhoefer, dated March 13, 2019.

7. Attached as **Exhibit 5** is a true and correct copy of a document bearing bates numbers ZBAND_0005371 through ZBAND_0005372.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Christopher Bakewell, dated February 21, 2019.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition transcript of Russell W. Binns, Jr., dated August 20, 2018.

10. Attached as **Exhibit 8** is a true and correct copy of a document bearing bates numbers CHANBOND_001483 through CHANBOND_001536.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from the reply expert report of Prof. David Teece, dated January 4, 2019.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and accurate.

Executed this 5th day of April, 2019 in New York, New York.

                                                                                  */s/ Michael S. DeVincenzo*
                                                                                   Michael S. DeVincenzo

# EXHIBIT 1

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 2

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 3

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 4

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 5

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 6

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 7

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 8

# (REDACTED IN ITS ENTIRETY)

# EXHIBIT 9

# (REDACTED IN ITS ENTIRETY)