IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION | ) ) ) ) ) ) ) ) | C.A. No. 15-842 (RGA) CONSOLIDATED  REDACTED -- PUBLIC VERSION |

### DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION TO EXCLUDE THE <u>TESTIMONY OF DR. DAVID TEECE</u>

OF COUNSEL:

Michael L. Brody
Jonathan E. Retsky
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601

David P. Enzminger
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193

James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025

Served:  April 5, 2019
Original Filing Date:  April 8, 2019
Redacted Filing Date:  April 16, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION | ) ) ) ) ) ) ) ) |  C.A. No. 15-842 (RGA)<br>CONSOLIDATED<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

### DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF THEIR MOTION TO EXCLUDE THE TESTIMONY OF DR. DAVID TEECE

I, Krishnan Padmanabhan, declare as follows:

I am an attorney duly licensed to practice law in the State of New York. I am an attorney with WINSTON & STRAWN LLP, counsel for defendants in these consolidated cases. I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

1. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 7,941,822 entitled "Intelligent Device System and Method for Distribution of Digital Signals on a Wideband Signal Distribution System," dated May 10, 2011

2. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 8,341,679 entitled "Intelligent Device System and Method for Distribution of Digital Signals on a Wideband Signal Distribution System," dated December 25, 2012.

3. Attached hereto as Exhibit C is a true and correct copy of the U.S. Patent No. 8,984,565 entitled "Intelligent Device System and Method for Distribution of Digital Signals on a Wideband Signal Distribution System," dated March 17, 2015.

4. Attached hereto as Exhibit D is a true and correct, annotated copy of excerpts from the DOCSIS 3.0 Specification (CM-SP-MULPIv3.0-I01-060804), production document Bates labeled Defs-Joint-Prod0013532 through Defs-Joint-Prod0014281.

5. Attached hereto as Exhibit E is a true and correct, annotated copy of excerpts from the Opening Expert Report of Dr. David Teece, dated September 12, 2018.

6. Attached hereto as Exhibit F is a true and correct, annotated copy of excerpts from the Deposition Transcript of Dr. David Teece, dated January 29, 2019.

7. Attached hereto as Exhibit G is a true and correct copy of Exhibit 4 to the transcript of the January 29, 2019 deposition of Dr. David Teece.

8. Attached hereto as Exhibit H is a true and correct copy of Exhibit 5 to the transcript of the January 29, 2019 deposition of Dr. David Teece.

9. Attached hereto as Exhibit I is a true and correct, annotated copy of excerpts from the Opening Expert Report of Dr. Cleve Tyler, dated September 12, 2018.

10. Attached hereto as Exhibit J is a true and correct, annotated copy of excerpts from the Reply Expert Report of Dr. Cleve Tyler, dated January 4, 2019.

11. Attached hereto as Exhibit K is a true and correct, annotated copy of excerpts from the Deposition Transcript of Dr. Cleve Tyler, dated February 6, 2019.

12. Attached hereto as Exhibit L is a true and correct, annotated copy of excerpts from the Opening Expert Report of Scott M. Nettles, Ph.D., dated September 12, 2018.

13. Attached hereto as Exhibit M is a true and correct copy of Duncanson, J., *"Inverse Multiplexing,"* IEEE Comms. Magazine, vol. 32, issue 4, April 1994 at 35-36, production document Bates labeled DEF-INV0000037 through DEF-INV0000044.

14. Attached hereto as Exhibit N is a true and correct copy of Fredette, P., *"The Past, Present, and Future of Inverse Multiplexing,"* IEEE Comms. Magazine, vol. 32, issue 4, April

1994 at 42-46, production document Bates labeled DEF-INV0000093 through DEF-INV0000097.

15. Attached hereto as Exhibit O is a true and correct, annotated copy of excerpt of ITU H.320 (7/1997), with annotation, production document Bates labeled DEF-INV0002718 through DEF-INV0002726.

16. Attached hereto as Exhibit P is a true and correct copy of excerpt of ITU T.123 (10/1996), with annotation, production document Bates labeled DEF-INV0002820 through DEF-INV0002855.

17. Attached hereto as Exhibit Q is a true and correct copy of U.S. Patent No. 7,017,176 entitled "Data transmission over multiple upstream channels within a cable modem system," dated March 21, 2006.

18. Attached hereto as Exhibit R is a true and correct copy of U.S. Patent No. 7,274,679 entitled "Scalable virtual channel," dated September 25, 2007.

19. Attached hereto as Exhibit S is a true and correct, annotated copy of excerpts from the transcript of the February 7, 2019 deposition of Dr. Robert Akl.

20. Attached hereto as Exhibit T is a true and correct, annotated copy of IPR2016-01744, Paper No. 28 (Final Written Decision).

21. Attached hereto as Exhibit U is a true and correct copy of Exhibit 8 to the transcript of the February 7, 2019 deposition of Dr. Robert Akl, which is an annotated Office Action dated April 25, 2018 for U.S. Patent Application No. 679,678.

22. Attached hereto as Exhibit V is a true and correct, annotated copy of excerpts from the Rebuttal Expert Report of Dr. Andrew Cromarty regarding non-infringement of certain claims of U.S. Patent Nos. 7,941,822 ("the '822 Patent"), 8,341,679 ("the '679 Patent"), and 8,984,565 ("the '565 Patent"), dated November 30, 2018.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on April 5, 2019 at New York, New York.

*/s/ Krishnan Padmanabhan*

Krishnan Padmanabhan

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, I caused copies of the foregoing document to be served upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>Sara E. Bussiere, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mark Raskin, Esquire<br>Robert Whitman, Esquire<br>John F. Petrsoric, Esquire<br>Michael S. DeVincenzo, Esquire<br>Andrea Pacelli, Esquire<br>MISHCON DE REYA NEW YORK LLP<br>156 Fifth Avenue, Suite 904<br>New York, NY  10010<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)