EXHIBIT A

US007941822B2

(12) **United States Patent**
Hennenhoefer et al.

(10) **Patent No.:** **US 7,941,822 B2**
(45) **Date of Patent:** **May 10, 2011**

(54) **INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

(75) Inventors: **Earl Hennenhoefer**, Harrisburg, PA (US); **Richard V. Snyder**, Harrisburg, PA (US); **Robert D. Stine**, Dillsburg, PA (US)

(73) Assignee: **CBV, Inc.**, Carlisle, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 264 days.

(21) Appl. No.: **12/068,102**

(22) Filed: **Feb. 1, 2008**

(65) **Prior Publication Data**

US 2008/0134273 A1 Jun. 5, 2008

**Related U.S. Application Data**

(62) Division of application No. 09/749,258, filed on Dec. 27, 2000, now Pat. No. 7,346,918.

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 7/16* | (2011.01) |
| *H04N 7/173* | (2011.01) |
| *H04J 3/24* | (2006.01) |

(52) **U.S. Cl.** ................ **725/82**; 725/74; 725/78; 725/80; 370/230.1; 370/542; 455/3.01

(58) **Field of Classification Search** .................. 725/112, 725/113, 74–85; 455/3.01; 330/100; 370/230.1, 370/329, 542
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,347,304 | A | 9/1994 | Moura et al. |
| 5,485,630 | A | 1/1996 | Lee et al. |
| 5,544,161 | A | 8/1996 | Bigham et al. |
| 5,557,319 | A | 9/1996 | Gurusami et al. |
| 5,608,446 | A | 3/1997 | Carr et al. |
| 5,805,806 | A | 9/1998 | McArthur |
| 5,828,403 | A | 10/1998 | DeRodeff et al. |
| 5,875,386 | A | 2/1999 | Flickinger et al. |
| 5,886,732 | A | 3/1999 | Humpleman |
| 5,901,340 | A | 5/1999 | Flickinger et al. |
| 5,982,411 | A | 11/1999 | Eyer et al. |
| 5,982,741 | A | 11/1999 | Ethier |
| 6,008,777 | A | 12/1999 | Yiu |
| 6,021,158 | A | 2/2000 | Schurr et al. |
| 6,041,056 | A | 3/2000 | Bigham et al. |
| 6,124,878 | A | 9/2000 | Adams et al. |
| 6,208,833 | B1 | 3/2001 | Preschutti et al. |
| 6,481,013 | B1 | 11/2002 | Dinwiddie et al. |
| 6,493,875 | B1 | 12/2002 | Eames et al. |
| 6,526,581 | B1 | 2/2003 | Edson |
| 6,567,981 | B1 | 5/2003 | Jeffrey |
| 6,622,304 | B1 | 9/2003 | Carhart |
| 6,757,909 | B1 | 6/2004 | Maruo et al. |
| 6,796,555 | B1 | 9/2004 | Blahut |
| 6,915,530 | B1 | 7/2005 | Kauffman et al. |
| 7,068,682 | B2 | 6/2006 | Campbell |
| 2003/0128303 | A1 | 7/2003 | Masuda |

*Primary Examiner* — Christopher Kelley
*Assistant Examiner* — Reuben M Brown
(74) *Attorney, Agent, or Firm* — Buchanan Ingersoll & Rooney, P.C.

(57) **ABSTRACT**

A plurality of intelligent device systems for use with a wideband signal distribution network, and methods for transmitting digital information and receiving digital and non-digital information onto and off of an RF carrier through a wideband signal distribution network, are disclosed. The intelligent device systems provide networks of intelligent devices that modulate and demodulate digital video, IP video/data/voice and digital wireless onto, and off of, a wideband signal distribution system, such as an analog carrier system, using existing EIA/TIA 568 standard wiring infrastructure. The methods modulate and demodulate digital video, IP video/data/voice and digital wireless onto, and off of, a wideband distribution system, such as an analog carrier system, and separate IP portions from non-IP portions.

**31 Claims, 9 Drawing Sheets**





FIG. 1

10
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN MASTER MODE)
38
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR
39
BREAK-OUT BOX (BOB)
TV
41
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN SLAVE MODE)
38
BREAK-OUT BOX (BOB)
TV
20
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN SLAVE MODE)
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR

FIG. 1A



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

US 7,941,822 B2

**1**

# INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

This application is a divisional of application Ser. No. 09/749,258, filed on Dec. 27, 2000 now U.S. Pat. No. 7,346, 918, the entire contents of which are hereby incorporated by reference.

## CROSS REFERENCE TO RELATED APPLICATION

Not applicable.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed generally to a method and system for signal distribution and, more particularly, to an intelligent device system and method for distribution of digital signals onto, and off of, a wideband signal distribution system.

2. Description of the Background

The workplace currently has telephone and data networks that allow for both verbal communication and the exchange of information via words, pictures, and numbers. However, bringing the communication media of television and video into the networked environment has presented new difficulties. In particular, digital TV/video applications clog data networks, even with the use of available compression techniques, such as MPEG2. Analog RF distribution may require special cables and infrastructure, or more complex technologies.

However, using a wideband signal distribution system, such as that disclosed in U.S. Pat. No. 5,901,340, TV and video, both digital and analog, can now move between locations in a building or campus just as easily, and using the same infrastructure, as voice and data. In fact, TV, video, PBX, IP, and other data types can be moved over the same types of wires, including some unused wires, that already exist in most networked environments. For example, telephone and computer networks in most buildings are wired to meet a single, internationally accepted wiring standard using, such as Category 5 or better twisted pair wiring. Residential buildings are often wired to similar standards. In typical applications using analog video over standard wiring systems, the analog video arrives uncompressed, and the user sees it on a TV, PC or monitor in enhanced quality. This method of live-feed video transfer allows for the removal of space consuming files and applications currently stored on a network.

However, using solely uncompressed analog transfer of information does not fully solve the need to download to individual users large quantities of digitized images (video, film, animation, simulations, etc.), and to thereby allow those digital images to be displayed with the enhanced quality such digital images can offer. At times, critical needs for digital video, such as analyzing or editing images, arise that cannot be handled by purely analog signal transfer. Additionally, where digital video information is sent over a baseband LAN, i.e. Ethernet, the performance of the system is often severely

**2**

degraded as the digital video is sent simultaneously to an increasingly greater number of receivers.

Furthermore, digital IP data has historically been transferred using digital data networks, i.e. has been transferred in a digitized format over a network capable of transporting a purely digitized format. However, analog carrier networks, using twisted pair wiring, for example Category 5 Cable or better, have the capability to transport digital video, IP voice/data/video, as well as analog video, efficiently and cost effectively. This capability is not presently used due to the lack of a method to get such signals onto and off of such a carrier network.

It would be desirable to transport the digitized data on an analog carrier, such as over the existing Category 5 or better cable, in a format that would allow for greater amounts of data to be carried at one time, such as by modulated RF. In addition, it may be desirable in the future to use media other than Category 5 or better cabling to wire buildings. Alternative wiring media, or wireless media, could allow the network to overcome bandwidth problems by providing significantly improved data transfer speeds and increased bandwidth. Such alternative media could allow the network to overcome the aforementioned problems in transferring data and video over networks in a digitized format. However, such alternative wiring media will also require the complete rewiring of many networks on, perhaps, a building environment level, as all Category 5 or better cable will need to be replaced with the new media, in order to provide the enhanced capabilities of the alternative media system to all users.

Therefore, the need exists for a network of intelligent devices that enables digital video, IP voice/data/video, to be modulated and demodulated onto and off of, preferably, a wideband signal distribution system or component equivalent, such as an analog carrier system. Such an intelligent device network would facilitate the use of, for example, the existing global EIA/TIA 568 standard wiring infrastructure in a particular environment, such as an office building, to significantly increase the information throughput. Additionally, such an intelligent device network would eliminate the need to rewire a building or add expensive optoelectronic equipment to increase throughput on the existing infrastructure.

## BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a signal distribution system, including at least one intelligent device system, for putting digital signals onto, and taking digital signals off of, a wideband signal distribution system. A wideband signal distribution system typically includes a distribution unit having a plurality of inputs and outputs, and a series of cables, such as twisted pair cable, running between a plurality of outlets and the inputs and outputs of the distribution unit.

An intelligent device system may be, for example, a local RF receiver/baseband out intelligent device system. The local RF receiver/baseband out intelligent device system includes at least one addressable device having at least one input and at least one output, a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of an intelligent device, and the intelligent device that receives, from the BUD, a modulated RF signal carrying at least a digital signal portion thereon. The intelligent device splits the IP signal portion from a non-IP signal portion, and removes the modulated RF carrier from the digital signal portion before sending the digital signal portion to the input of at least one of the addressable devices, and sending the non-IP signal portion to a standard outlet. The intelligent device may include at least one DSP that controls the demodulation and

**3**

filtering. Additionally, the local RF receiver/baseband out intelligent device may include wireless capability.

An intelligent device system may also be, for example, an intelligent device system for remote sending. The intelligent device system for remote sending preferably includes at least one incoming signal generator, wherein an incoming signal generated includes at least a IP signal portion, a BUD that receives the incoming signal at least one input port, and that includes at least one output port, and a remote send intelligent device that generates a modulated RF signal carrying the IP signal portion thereon. The remote send intelligent device may include an RF channel detector that detects the RF channels in use and a DSP that receives the RF channel in use information from the RF channel detector, and that receives traffic data from a traffic sensor. The DSP uses the RF channel-in-use information to select the RF carrier, and, if desired, the RF carrier channel width, and, if desired, the RF guardband width, for the incoming signal, and uses the traffic data to select at least one of at least one modulator to condition each incoming signal. Additionally, the remote send intelligent device may include wireless capability.

An intelligent device system may also be, for example, an intelligent device system for local sending and receiving. The intelligent device system for local sending and receiving preferably includes at least one addressable device having at least one input and at least one output, wherein at least one of the addressable devices generates an incoming signal, wherein the incoming signal includes at least a IP signal portion, an intelligent device that generates modulated RF signal carrying the IP signal portion thereon, and a BUD that receives the modulated RF signal. The intelligent device receives a modulated RF signal carrying, at least, the digital signal portion thereon from the BUD, and splits the IP signal portion from a non-IP signal portion. The intelligent device then removes the RF carrier from the IP signal portion and sends the IP signal portion to the input of at least one of the addressable devices, and sends the non-IP signal portion to a standard outlet. The intelligent device for local sending and receiving may additionally include wireless capability.

The present invention is also directed to several methods for transmitting digital information on a RF carrier through a wideband signal distribution network. The first method includes providing at least one addressable device having at least one input and at least one output, sending a signal to a BUD from the output of said at least one addressable device, which signal includes at least a IP signal portion, receiving from the intelligent device, a modulated RF signal carrying the, at least, digital signal portion thereon, splitting and filtering by the intelligent device of the IP signal portion from a non-IP signal portion, removing, by the intelligent device, the RF carrier from the IP signal portion, sending, by the intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet. A wireless capability may also be included.

The present invention is also directed to a second method for transmitting digital information on an RF carrier through a wideband signal distribution network. The method includes providing at least one addressable device having at least one input and at least one output, generating, by at least one of said addressable devices, of an incoming signal, wherein the incoming signal includes at least an IP signal portion, generating a RF modulated RF signal carrying the IP signal portion thereon, receiving, at a BUD, the modulated RF signal, receiving, at an intelligent device, of a modulated RF signal carrying the at least one digital signal portion thereon from the BUD, splitting and filtering, by the intelligent device, of

**4**

the IP signal portion from a non-IP signal portion, removing, by the intelligent device, of the RF carrier from the IP signal portion, sending, by the intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet.

The present invention is also directed to a third method for transmitting digital information on an RF carrier through a wideband signal distribution network. The method includes generating of an incoming signal, wherein the incoming signal includes at least an IP signal portion, and generating a modulated RF signal carrying the IP signal portion thereon.

The present invention solves problems experienced in the prior art, because the present invention provides a network of intelligent devices than enable digital video, IP voice/data/video to be modulated and demodulated onto and off of, preferably, a wideband signal distribution system, such as an analog carrier system, and further allows the splitting off of any analog signal. Further, the intelligent device network facilitates the use of, for example, the existing EIA/TIA 568 standard wiring infrastructure in particular environments, such as office buildings, to significantly increase the information throughput, and eliminates the need to rewire a building or add expensive optoelectronic equipment to increase throughput on the existing infrastructure. These and other advantages will be apparent to those skilled in the art from the detailed description hereinbelow.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

For the present invention to be clearly understood and readily practiced, the present invention will be described in conjunction with the following figures, wherein:

FIG. **1** is a block diagram illustrating a wideband signal distribution system used in a display environment;

FIG. **1**A is a block diagram illustrating a wideband distribution system configuration;

FIG. **2** is a block diagram illustrating a local RF receiver/baseband out intelligent device system for use in sending baseband information to a wideband signal distribution system and receiving digital and non-digital information from the wideband signal distribution system;

FIG. **3** is a block diagram illustrating a typical BUD unit;

FIG. **4** is a block diagram illustrating an intelligent device system for the remote sending of digital information using RF modulation;

FIG. **5** is a block diagram illustrating an intelligent device system for use in local sending of digital information and receiving of digital and non-digital information using RF modulation;

FIG. **6** is a block diagram illustrating an intelligent device system including wireless capability; and

FIG. **7** is a block diagram illustrating a send and receive intelligent device system including wireless transmission.

FIG. **8** is a block diagram illustrating a remote send intelligent digital system including wireless capability.

## DETAILED DESCRIPTION OF THE INVENTION

It is to be understood that the figures and descriptions of the present invention have been simplified to illustrate elements that are relevant for a clear understanding of the present invention, while eliminating, for purposes of clarity, many other elements found in a typical data distribution system. Those of ordinary skill in the art will recognize that other elements are desirable and/or required in order to implement

US 7,941,822 B2

5

the present invention. However, because such elements are well known in the art, and because they do not facilitate a better understanding of the present invention, a discussion of such elements is not provided herein.

Digital transmission systems, including digital networks such as direct broadcast satellite, cellular telephone, personal communications service, wireless cable, cellular wireless cable, paging and wireless local loop, often employ analog waveforms, such as RF carrier waveforms, as a physical-layer transport mechanism for the baseband, i.e. the information carrying, waveform, as is known in the art. In such an instance, the baseband waveform is super-imposed on a higher-energy waveform to thereby allow for travelling of the baseband information over greater distances than would otherwise be possible with the baseband information alone.

Historically, cable TV, broadcast TV, analog cellular, analog paging and AM/FM radio, for example, have comprised analog signals that traveled on modulated RF carriers, which modulated signals have comprised, for example, signals in the frequency range of 5 MHz to several GHz. Additionally, traditional local analog signals have been carried on twisted-pair wires in simple baseband form, without a modulated carrier.

Traditional baseband and multiplexed analog signals are examples of analog transmission formats. In the case of traditional baseband or multiplexed analog communication, analog signals are sent over analog transmission channels, as is known in the art. Digital carriers, such as T-1 lines, are examples of digital transmission channels for digital baseband signals. Digital baseband signals are comprised of digitized bitstreams, which bitstreams may be formed by a sampling, such as by PCM, of, for example, a voice signal, as is known in the art. In the case of digital transmission of baseband signals, digital signals are generally sent over digital transmission channels. However, both analog and digital signals can be sent using modulation carriers, such as in digital PCS and cellular telephone, DBS (direct broadcast satellite), wireless cable and cellular wireless cable, or hybrid fiber coax, for example.

PCM is an example of binary coding, a simple coding method to form a baseband digital signal in which one bit, transmitted in one second, requires one Hertz of bandwidth. More complex coding methods, known as "multilevel coding", such as quadrature amplitude modulation (QAM) or vestigial sideband (VSB), are capable of greater bandwidth efficiency than PCM. However, the more complex the coding technique, the higher the requirements for signal-to-noise ratio of the transmission channel, and, consequently, complicated techniques such as QAM could not historically be carried directly by available analog transmission techniques, such as category 5 or higher 568 wiring systems, without exceeding the FCC emission limits and therefore resulting in degradation of the data. Wideband signal distribution systems have addressed the transmission of analog data, on a carrier within a specified frequency range, using a standard wiring system such as EIA/TIA 568, with minimal signal degradation, but have not addressed the transmission of digital data on a carrier on those media.

Following coding, a signal may be modulated, as discussed hereinabove, before it is transmitted. Any single modulation carrier, at any set frequency, can have 360 different phases, each offset by one degree. Digital modulation systems, such as quadrature amplitude modulation (QAM), take advantage of this to insert digital data at defined points as the RF carrier moves through a single oscillation cycle. Digital information can be sent on an RF analog carrier using the present invention.

6

FIG. 1 is a block diagram illustrating a wideband signal distribution system 10 used in a display environment 20. The distribution system 10 distributes signals within a specified frequency range, such as 5 MHz in excess of 1 GHz. The system of FIG. 1 can be utilized for distributing any wideband signals, which wideband signals may be any digital or analog signal, or any RF carrier signal between 5 MHz to in excess of 1 GHz, for example. The typical display environment 20 for the wideband signal distribution network includes a display 22 and a source of signals 24, such as a VCR or cable or digital cable TV, which source may be remotely located.

A twisted pair wire cable 32 is connected to input and output ports of a BUD 38 situated in, for example, wiring closet 40, and carries thereon the output to the monitor 22 and the input from the source 24. The BUD is discussed further hereinbelow with respect to FIG. 3. As used herein, "BUD" is defined as any type of unit or components for the distribution of wideband signals. The BUD 38 is connected to additional display environments 20a via the twisted pair wire cables 42, 44 and is cascaded to another distribution unit 46 in a second wiring closet 48 by either coaxial cables or fiber optic cables 50 connected to the distribution unit 38 through impedance matching devices 51. It will be understood that twisted pair wire cable could be utilized depending upon the distance between the wiring closets 40, 48. Further, the BUD 38 may be cascaded to the distribution units 52, 54 within the same wiring closet 40.

FIG. 2 illustrates a local RF receiver/baseband out intelligent device system 200 for use in receiving digital and analog information on an RF carrier, which carrier may be, for example, between 5 MHz to in excess of 1 GHz, from a wideband signal distribution system, and for use in sending baseband digital information to a wideband signal distribution system 10, such as the wideband distribution system of FIG. 1. The local RF receiver/baseband out intelligent device system 200 includes at least one addressable device 202, and an intelligent device 204 that includes input 206 and output 208 baluns, and, if necessary, at least one digital combiner 212, an RF splitter 214, at least two RF band pass filters 216, 218, at least one demodulator 220, a tone detect RF level control circuit 226, a DSP 230, an RF Channel detector 239 and a standard outlet 232, which, as defined herein, includes, but is not limited to, a standard RF television/computer outlet.

Each intelligent device system 200, 400, 500, 600, 700 and 800 of the present invention, in FIGS. 2, 4, 5, 6, 7 and 8 offers the advantage that a high amount of throughput can be achieved in the transmission of digital and/or analog information on an RF, for example, 5 MHz to in excess of 1 GHz, carrier.

The wideband signal distribution system 10 may allow for distribution of, for example, 29 channels, wherein each channel is 6 MHz in width, and it is known that such channels can handle analog video signals. However, where digital information can be transmitted over the RF channel, each 6 MHz channel can handle, depending on the modulation technique used, in excess of 40 megabits per second of digital information, and new modulation techniques may increase this information to, and in excess of, 100 megabits per second. This 40 megabits per second transmission allows for the transmission rate in excess of one gigabit/sec of digital information to be carried on the sum of the 29 RF channels in the wideband signal distribution system 10. Using advanced modulation techniques will allow the wideband signal distribution system 10 to be expanded up to 60, or more, channels, thereby further increasing throughput data rate.

The wideband signal distribution system 10 functions as a passive infrastructure to distribute wideband signals modu-

US 7,941,822 B2

7                                                    8

lated onto RF carriers within a specified frequency band among a plurality of outlets **20**, which outlets may be to and/or from outlets, such as the plurality of intelligent devices **204**, **404**, **504**, **604**, **704** and **804** as used in the intelligent device systems **200**, **400**, **500**, **600**, **700** and **800** of FIGS. **2**, **4**, **5**, **6**, **7** and **8**. As used herein, wideband is defined as a signal or signal sets having an analog or digital characteristic that can be distributed on a carrier of 5 MHz to in excess of 1 GHz, for example. A wideband signal distribution system **10**, as shown in FIG. **1**A, preferably includes at least one broadband uniform distribution (BUD) unit **38**, at least one modulator and channelizer (MAC) **39**, at least one breakout box (BOB) **41**, wiring, such as twisted pair or fiber, and coaxial cable, in order to effectuate connections. Although the wideband signal distribution system **10** is the preferred transport system for the present invention, the embodiment presented herein is exemplary, and the manner of use of an equivalent component system will be apparent to those skilled in the art and is within the scope of the present invention.

A typical BUD unit **38** is illustrated in FIG. **3**. Each BUD unit **38**, **46**, **52**, **54**, such as those shown in FIG. **1**, preferably has eight input ports and eight output ports. If there are only eight outlets in the system, then a single distribution unit **38** can accommodate all the outlets. However, for more than eight outlets, at least one more distribution unit cascaded to a distribution unit **38** is required. In this situation, the distribution unit **38** is considered to be a "master" unit and the additional distribution unit is considered to be a "slave" unit, as discussed further hereinbelow. An attribute of the distribution units is that the units are preferably identical and automatically configure themselves to operate either in the master mode or in the slave mode.

The distribution unit **38**, utilizing twisted pair wire cable, includes eight input ports **62-1**, **62-2**, **62-3**, **62-4**, **62-5**, **62-6**, **62-7**, **62-8** and eight output ports **64-1**, **64-2**, **64-3**, **64-4**, **64-5**, **64-6**, **64-7**, **64-8**. Each of the ports **62**, **64** is adapted for connection to the two wires of a respective twisted pair **66**, **68**. Additionally, FIG. **3** illustrates the master/slave switch as having three parts **90**, **92**, **94**, with all of the switch parts being shown in the "slave" position. The default state of the master/slave switch is to its master position, so that the amplifier output **80** is coupled through the switch part **90** a transmission path **95** including the equalizer **96**, which connects the amplifier output **80** to the splitter input **82**, through the switch parts **90**, **94**. At the same time, the switch part **92** couples the output of the oscillator circuit **98** to the transmission path **95** through the directional coupler **100**. Thus, when the distribution unit **38** is operated in the master mode, the signals appearing at the input ports **62** are combined, looped back, combined with an oscillator signal, and transmitted out all of the output ports **64**.

Each BUD **38** preferably includes cascade in **102** and cascade out ports, and gain and equalization control **112** to provide proper gain or attenuation of signals within the system. Additionally, the BUD preferably includes a combiner **72** for applying signals appearing at all of the input ports to the transmission path, and a splitter **84** for applying signals appearing at the transmission path to all of the output ports. When the BUD is switched to "master state", it couples the transmission path to the combiner **72** and the splitter **84**. When the BUD **38** is switched to "slave state", it couples the combiner **72** to the signal outlet instead of to the transmission path and couples the splitter **84** to the signal inlet instead of to the transmission path.

"Master state" and "slave state" switching may be done automatically through the use of a tone system. When a secondary BUD **38** is added to a system, it preferably senses a tone produced by the "master" BUD and automatically

switches to "slave state". In a preferred embodiment, the BUDs **38** are substantially identical and automatically configure themselves to operate when connected to the system. At least one BUD unit is connected to the intelligent device **204** of the intelligent device system **200** of FIG. **2**, and each BUD unit **38** of the present invention also includes wiring to at least two pin pairs, such as pins **3**,**4** and **7**,**8**, to thereby mirror the pins to and from the addressable device **202** of FIG. **2**.

Returning now to FIG. **2**, the local RF receiver/baseband out intelligent device system **200** includes an addressable device **202**, preferably includes at least two twisted pair of cables **240**, or coaxial cables, for example, which cabling **240** is shown as connected to pins **3**,**4** and pins **7**,**8**, for example, and which cabling **240** passes to and from the addressable device **202** to the intelligent device **204** of the intelligent device system **200**. The addressable device **202** may be, for example, an Ethernet card, or a NIC card, in a computer, or may be a display device that displays digital information, such as a digital television. The addressable device **202** preferably has an address, such as an IP address, assigned thereto, to allow communications directed to that particular address to be delivered thereto.

In a preferred embodiment, the twisted cable pair **240** from the addressable device **202** is preferably passed within the intelligent device **204** to at least one balun **206**, which balun **206** performs impedance matching, such as to match a balanced twisted pair system **240** to a single ended system. The balun **206** may be any device known to those skilled in the art used to perform impedance matching in RF applications. The two pair of twisted pair cable may be, for example, unshielded twisted pair cable, or may be devices known in the art capable of replacing twisted pair cable, such as optical fiber or coaxial cable.

The intelligent device **204** receives the modulated RF signal, which may include IP and non-IP signal portions thereon, via the RF system input. The intelligent device also receives at least one incoming digital signal, such as a digital IP signal, from pins **3**,**4** of the addressable device. The RF system input may be, for example, connected to the at least one BUD **38**, on pins **7**,**8**, as mentioned hereinabove, after the BUD **38** has received the incoming digital signal from pins **3**,**4**.

The modulated RF signal, including at least one digital signal, is, upon receipt at the intelligent device from the BUD **238**, preferably split into an IP portion of the incoming signal, and into a non-IP portion of the signal. The signal entering the intelligent device is preferably split by at least one RF splitter **214**, and is then differentiated according to the information frequency on the incoming carrier. For example, the non-IP portion, digital or analog, of the signal may be passed through a first band pass filter **216** that passes only the band of the RF carrier that includes the non-IP portion, and is preferably then fed to a standard RF television/computer outlet **232**. Only pre-selected RF channels, as discussed hereinabove, are allowed to pass to this standard outlet **232**.

These non-IP RF channel signals may pass through a tone detector with an RF level control circuit **226**, in order to insure that a high quality picture signal is received at the television, monitor, or PC. The tone detector with RF level control circuit **226** conditions the output RF signal to the standard RF TV/computer outlet **232** so as to not be over or under the specifications for high picture quality.

The IP portion of the modulated RF signal is fed through a second bandpass filter **218** that passes a band outside the band passed by the first bandpass filter **216**, and the IP portion modulated RF signal is then demodulated by a demodulator **220**. The bandpass filters **216**, **218** may be electronically

**9**

controlled by the DSP **230**. The demodulator **220** strips the RF carrier signal from the digital baseband signal, as is known in the art. Following demodulation, the IP digital signals are combined by a digital combiner **212**, such as a multiplexer, if necessary, in order to effectuate a parallel to serial conversion. The output of the digital combiner **212** is a high speed serial digital output. The output of the digital combiner **230** is routed to at least one addressable device **202** via the output cable pair, such as pins **7** and **8**, and may be so routed via a balun **208**, if necessary, for impedance matching. The digital information is thereby provided to the addressable device **202**.

The DSP **230** (digital signal processor) of FIG. **2** is a DSP **230** as is known in the art. The DSP **230** preferably controls RF channel detection and the at least one demodulator **220**. Additionally, in a preferred embodiment, the DSP **230** controls the bandpass filters **216**, **218**.

FIG. **4** illustrates an intelligent device system **400** for the remote sending of digital transmissions using modulated RF. The remote send-only intelligent device system **400** includes, external to the intelligent device **402**, a plurality of incoming signals, such as from a desktop unit or desktop video feed, which signal is at least, in part, IP data, but which may include non-IP data, a BUD **238**, and a remote send intelligent device **402** that may include a digital combiner **410**, a traffic sensor **412**, at least one modulator **414**, an RF converter section **418**, a DSP **420**, an RF system channel detector **422**, and, if necessary, input/output baluns **430** or other impedance matching hardware. The digital signal may be incoming to an input port of a BUD. This signal may exit, for example, an output port of a BUD, in a twisted pair output, for example, such as on pins **3** and **4**, and may then be passed to the remote send intelligent device **402**.

Upon receipt at the intelligent device **402**, the signal may be passed through a balun **430**, as discussed hereinabove, and is then preferably fed to a digital combiner **410**, such as a multiplexer. In a preferred embodiment, each signal fed to the digital combiner **410** may be, for example, ten megabits per second, and numerous signals from numerous output ports of the BUD **238** may be combined as specified according to the type of digital combiner **410** used. For example, in an embodiment wherein eight ten megabit per second channels enter an 8 way multiplexer, the signal exiting the digital combiner **410** would exit at eighty megabits per second.

The signal exiting the digital combiner **410** is sent to a modulator bank **414** including at least one modulator, and the signal entering the modulator bank **414** is preferably measured via a traffic sensor **412** to determine if the information volume is greater than the normal capacity of, for example, a single modulator. If the volume is greater, the DSP **420** will, in turn, direct the incoming data to as many modulators as necessary to modulate all data from the combiner **410**. The traffic sensor **412** may additionally feed information to, or receive information from, the DSP **420**, in order to effectuate the decision of the modulators to be used. The DSP **420** is discussed further hereinbelow.

The at least one modulator **414** communicatively connected to the traffic sensor **412** conditions the signal to a modulated digital signal via methods known to those skilled in the art, such as QAM modulation. The output of the modulator **414** is then modulated to a set carrier channel frequency by an RF converter section **418**, which RF converter section **418** may consist of, for example, oscillators, amplifiers, combiners, channel selectors, and channel width adjustors.

The digital signal processor (DSP) **420** is a DSP as is known in the art, and determines the number of modulators, or the channel width or widths, needed to modulate the signal

**10**

incoming to the traffic sensor **412**, as well as the number of RF channels, and which RF channels, on which the output of the modulator or modulators is modulated. Note that, for example, where QAM modulation is used, QAM modulation is generally 40 megabits per second, per 6 MHz RF channel, thus requiring the use of two 6 MHz RF channels in order to modulate the 80 megabits per second coming from the digital combiner in the exemplary embodiment hereinabove. The RF channel frequency is selected from at least two available frequency channels. However, the channel width can, for example, be increased from 6 MHz per channel to 12 MHz per channel in order to accommodate, for example, the 80 megabits per second digital stream, if adjacent channel space is available or unused. Further, through the use of an RF system channel detector **422**, the DSP **420** is updated as to the channels that are currently in use by the wideband signal distribution system, thereby indicating the channels and bandwidth that are currently available for use by the system. The DSP **240** may additionally place a guardband between channels, or perform other signal conditioning functions, and may be the same DSP, or a different DSP, than that in FIG. **2**, **4**, **5**, **6**, **7** or **8**.

FIG. **5** is a block diagram illustrating an intelligent device system **500** for use in local sending and receiving in the generation of at least one digital signal on a modulated RF signal. The local send and receive intelligent device system **500** includes certain of the devices of FIGS. **2** and **4**.

The system of FIG. **5** preferably includes a plurality of addressable devices **202**, such as Ethernet or NIC cards, or digital display devices, as discussed hereinabove with respect to FIG. **2**, which addressable devices **202** are preferably located at, for example, a desktop location. In a preferred embodiment, wherein twisted pair cable is used, two unused pin pairs, such as pins **1**,**2** and **7**,**8**, are used to send and receive signals between the addressable device **202** and the intelligent device **502**. The plurality of unused twisted pairs, such as pins **1**,**2** and **7**,**8** of each addressable device **202**, are then connected into an intelligent device **502**, such as the local send and receive intelligent device **502**, and may pass within the intelligent device **502** to at least one balun **504**, for impedance matching.

The signals incoming from each of the addressable devices **202** are combined by a digital combiner **410**, and passed through a traffic sensor **412**, at least one modulator **414**, and an RF converter section **418**. The traffic sensor **412**, at least one modulator **414**, and RF converter section **418** may be controlled by, or be in communication with, a DSP **420**, substantially as discussed hereinabove with respect to FIG. **4**. Further, an RF system channel detector is preferably in communication with the DSP **420** in order to update the DSP **420** as to the RF channels in use and available.

The output of the RF converter section **418** is preferably impedance matched to a BUD **38**, and feeds the signal exiting the RF converter section **418** to the BUD input port or ports. The BUD output port or ports then feed an RF splitter **214**, which splits the signal entering the intelligent device **502**, and the signal is then differentiated according to the information frequency on the incoming carrier. The RF splitter **214** sends the information of the RF channels in use to the RF system channel detector **239**. The modulated RF signal is preferably differentiated into an IP portion, i.e. a digital data portion, of the incoming signal, and into a non-IP portion of the signal, according to the information frequency on the incoming carrier. In an embodiment wherein this differentiation is performed by at least two bandpass filters **216**, **218**, the bandpass filters may be electronically controlled by the DSP **420**. The non-IP portion, digital/analog, of the signal is passed through

**11**

a bandpass filter **216** and is preferably then fed to a standard RF television/computer outlet **232**. Only pre-selected RF channels, or electronically selected RF channels selected by, for example, a DSP **420**, as discussed hereinabove, are allowed to pass to the RF television/computer outlet **232**, such as, for example, any or all of the 29 channels provided using the wideband distribution system **210**.

The non-IP RF channel signals may pass through a tone detector with an RF level control circuit **226**, in order to insure that a high quality picture signal is received at the television/ computer **232**. The tone detector with RF level control circuit situates the output RF signal to the standard RF television/ computer outlet to not be over or under the limitations for proper picture display.

The IP portion of the modulated RF signal is fed through a second bandpass filter **218** that passes a band outside the band passed by the first bandpass filter **216**, and the IP portion is then demodulated by at least one demodulator **220**. The demodulator **220** strips the RF carrier signal from the digital baseband signal, as is known in the art. Following demodulation, the digital signals may be combined by a digital combiner **212**, such as a multiplexer, in order to effectuate a parallel to serial conversion. The output of the digital combiner **212** is a high speed serial digital output, on the order of, for example, up to, or in excess of, several Gbit/sec. The output of the digital combiner **212** is then preferably routed to a splitter, which splitter feeds an outgoing signal to the input pin pairs, such as pins **7** and **8**, of at least one addressable device **202**. The input cable pair to the addressable device **202**, such as pins **7** and **8**, may be routed via a balun, if necessary, for impedance matching.

FIG. **6** is a block diagram illustrating an intelligent device system including wireless transmission **600**. The intelligent device system of FIG. **6** operates substantially in accordance with FIG. **2** discussed hereinabove, for example, and additionally includes a transcoder **602** for sending transmissions from the RF splitter **214** to the wireless port **604**, and a wireless demodulator **606** for receiving transmissions from the wireless port **604** and sending those received wireless transmissions to the digital combiner **212** for entry to the BUD **38**. The RF splitter **214** sends the signal to a third bandpass filter **610** that passes only the RF channels having wireless information thereon, and the transcoder **602** converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port **604**. The wireless port **604** may include, for example, a wireless antenna.

FIG. **7** is a block diagram illustrating a send and receive intelligent device system **700** including wireless transmission. The intelligent device system **700** of FIG. **7** operates substantially in accordance with the system of FIG. **5**, for example, and additionally includes a transcoder **702** for sending transmissions from the RF splitter **214** to the wireless port **704**, and a wireless demodulator **706** for receiving transmissions from the wireless port **704** and sending those received wireless transmissions to the digital combiner **410**. The RF splitter **214** sends the signal to a third bandpass filter **710** that passes only the RF channels having wireless information thereon, and the transcoder **702** converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port **704**. The wireless port **704** may include, for example, a wireless antenna.

FIG. **8** is a block diagram illustrating an intelligent device system **800** including wireless transmission. The intelligent device system of FIG. **8** operates substantially in accordance with FIG. **4** discussed hereinabove, for example, and addi-

**12**

tionally includes a transcoder **802** for sending transmissions from the RF splitter **804** to the wireless port **806**, and a wireless port **806** for sending those received wireless transmissions to the digital combiner **410** for entry to the BUD **38**. The RF splitter **804** sends the signal to a first bandpass filter **810** that passes only the RF channels having wireless information thereon, a second bandpass filter **812** passes the non-wireless information, and the transcoder **802** converts the modulation scheme from, for example, QAM to OPSK, and also up converts the frequency to allow transmission via the wireless port **806**. The wireless port **806** may include, for example, a wireless antenna. Additionally, a demodulator **820** demodulates wireless information for entry to the digital combiner **410**.

Those of ordinary skill in the art will recognize that many modifications and variations of the present invention may be implemented. The foregoing description and the following claims are intended to cover all such modifications and variations.

What is claimed is:

**1**. An intelligent device for receiving and processing RF signals, comprising:

an input configured to receive a modulated RF signal containing multiple channels, and to receive channel in use information which identifies each channel in the modulated RF signal that includes information addressed to at least one addressable device;

a demodulator unit configured to demodulate at least two channels contained in the modulated RF signal when the channel in use information identifies the at least two channels as containing information addressed to the at least one addressable device; and

a combiner configured to combine the at least two channels demodulated by the demodulator unit into a digital stream when the channel in use information identifies the at least two channels as containing information addressed to the at least one addressable device, and to output the digital stream to the at least one addressable device.

**2**. The intelligent device of claim **1**, comprising:

a processor configured to receive the channel in use information, wherein:

the demodulator unit comprises a plurality of demodulators each being configured to demodulate a respective one of the channels contained in the modulated RF signal; and

the processor is configured to instruct the demodulators of the demodulator unit respectively corresponding to the at least two channels containing information addressed to the at least one addressable device to demodulate the at least two channels, respectively, based on the channels identified in the channel in use information that contain information addressed to the at least one addressable device.

**3**. The intelligent device of claim **2**, wherein:

the processor is configured to access a respective address of each one of the at least one addressable device; and

the processor is configured to instruct the demodulator unit which channels contained in the modulated RF signal are to be demodulated by comparing the received channel in use information with the respective address of each one of the at least one addressable device, and to instruct the demodulators of the demodulator unit respectively corresponding to the channels containing information respectively addressed to the each one of the at least one addressable device to respectively demodu-

US 7,941,822 B2

13

late the channels containing information addressed to the each one of the at least one addressable device.

**4**. The intelligent device of claim **1**, wherein the demodulator unit comprises at least one demodulator configured to demodulate the at least two channels containing information addressed to the at least one addressable device.

**5**. The intelligent device of claim **1**, wherein:

when the channel in use information identifies a single channel as containing information addressed to the at least one addressable device, the demodulator unit is configured to demodulate at least the single channel; and

the combiner is configured to output the single channel demodulated by the demodulator unit when the channel in use information identifies the single channel as containing information addressed to the at least one addressable device.

**6**. The intelligent device of claim **1**, wherein the input is configured to receive the channel in use information as part of the modulated RF signal.

**7**. The intelligent device of claim **1**, comprising:

a processor configured to receive the channel in use information; and

a detector configured to detect each channel contained in the received modulated RF signal that includes information addressed to the at least one addressable device, wherein:

the processor is configured to instruct the detector of a respective address of each one of the at least one addressable device; and

the detector is configured to detect each channel contained in the received modulated RF signal that includes information addressed to the at least one addressable device in accordance with the respective address of each addressable device.

**8**. The intelligent device of claim **1**, wherein:

the intelligent device is connected to a plurality of addressable devices each having a respectively unique address; and

the combiner is configured to combine at least two channels demodulated by the demodulator unit and output a respective digital stream containing the combined at least two channels to at least one of the plurality of addressable devices to which information contained in the received modulated RF signal is addressed, respectively.

**9**. The intelligent device of claim **1**, wherein the modulated RF signal is of a frequency in the range of 5 MHz to in excess of 1 GHz.

**10**. The intelligent device of claim **1**, wherein:

the modulated RF signal contains at least one channel carrying an IP portion and at least one channel carrying a non-IP portion; and

the intelligent device comprises a separation unit configured to separate the at least one channel carrying the IP portion from the at least one channel carrying the non-IP portion, transmit the at least one channel carrying the IP portion to the demodulator unit, and transmit the at least one channel carrying the non-IP portion to an outlet.

**11**. The intelligent device of claim **10**, wherein the outlet is connectable to at least one of a video receiver and a device having an IP address assignable thereto.

**12**. The intelligent device of claim **1**, comprising:

a converter configured to convert at least one of the channels contained in the modulated RF signal into a wireless signal; and

14

a wireless transmitter configured to transmit the wireless signal to a device configured to receive the wireless signal.

**13**. The intelligent device of claim **1**, comprising:

a wireless receiver configured to receive a wireless signal carrying digital information thereon; and

a wireless demodulator unit configured to demodulate the digital information carried on the wireless signal,

wherein the combiner is configured to output the digital information demodulated by the wireless demodulator unit as an outgoing digital information stream to a wideband distribution unit.

**14**. The intelligent device of claim **13**, wherein the combiner is configured to combine the digital information demodulated by the wireless demodulator unit with digital information received from at least one addressable device, and output the combined digital information as the outgoing digital information stream to the wideband distribution unit.

**15**. The intelligent device of claim **1**, wherein:

the intelligent device is configured to be implemented as a distribution unit for use in a wideband signal distribution system, the wideband signal distribution system being configured to distribute signals modulated onto carrier signals of a frequency in the range of about 5 MHz to at least about 1 GHz among a plurality of outlets;

the input of the intelligent device comprises a plurality of input ports configured to receive at least one incoming signal from at least one outlet;

the output of the intelligent device comprises a plurality of output ports;

the combiner is configured to combine all incoming signals at said input ports into an additive signal;

the intelligent device further comprises at least one splitter configured to split the additive signal and distribute the additive signal among said plurality of output ports for distribution to the plurality of outlets; and

the additive signal distributed to the plurality of outlets comprises at least one baseband signal on a carrier signal of a frequency in the range of about 5 MHz to at least about 1 GHz.

**16**. A signal distribution system comprising:

the intelligent device of claim **1**;

a wideband signal distribution system connected to the intelligent device and configured to transmit the modulated RF signal to the intelligent device; and

at least one addressable device connected to the intelligent device and configured to receive the digital stream outputted by the intelligent device.

**17**. A signal distribution system comprising:

the intelligent device of claim **12**;

a wideband signal distribution system connected to the intelligent device and configured to transmit the modulated RF signal to the intelligent device; and

at least one addressable device configured to receive at least one of the digital stream outputted by the intelligent device and the wireless signal transmitted by the wireless transmitter of the intelligent device.

**18**. A signal distribution system comprising:

the intelligent device of claim **13**;

a wideband signal distribution system connected to the intelligent device and configured to receive the outgoing digital information stream from the combiner of the intelligent device; and

at least one addressable device configured to transmit the wireless signal carrying the digital information thereon to the intelligent device.

US 7,941,822 B2

## 15

19. An intelligent device for receiving and processing RF signals, comprising:

an input configured to receive a modulated RF signal containing multiple channels;

a detector configured to detect each channel contained in the received modulated RF signal that includes information addressed to at least one addressable device, and to generate channel in use information identifying each channel that includes information addressed to the at least one addressable device;

a demodulator unit configured to demodulate at least two channels contained in the modulated RF signal when the channel in use information identifies the at least two channels as containing information addressed to the at least one addressable device; and

a combiner configured to combine the at least two channels demodulated by the demodulator unit into a digital stream when the channel in use information identifies the at least two channels as containing information addressed to the at least one addressable device, and to output the digital stream to the at least one addressable device.

20. The intelligent device of claim 19, comprising:

a processor configured to receive the channel in use information generated by the detector, wherein:

the demodulator unit comprises a plurality of demodulators each being configured to demodulate a respective one of the channels contained in the modulated RF signal; and

the processor is configured to instruct the demodulators of the demodulator unit respectively corresponding to the at least two channels containing information addressed to the at least one addressable device to demodulate the at least two channels, respectively, based on the channels identified in the channel in use information that contain information addressed to the at least one addressable device.

21. The intelligent device of claim 20, wherein:

the processor is configured to access a respective address of each one of the at least one addressable device; and

the processor is configured to instruct the demodulator unit which channels contained in the modulated RF signal are to be demodulated by comparing the channel in use information generated by the detector with the respective address of each one of the at least one addressable device, and to instruct the demodulators of the demodulator unit respectively corresponding to the channels containing information respectively addressed to the each one of the at least one addressable device to respectively demodulate the channels containing information addressed to the each one of the at least one addressable device.

22. The intelligent device of claim 19, wherein the demodulator unit comprises at least one demodulator configured to demodulate the at least two channels containing information addressed to the at least one addressable device.

23. The intelligent device of claim 19, wherein:

when the channel in use information identifies a single channel as containing information addressed to the at least one addressable device, the demodulator unit is configured to demodulate at least the single channel; and

the combiner is configured to output the single channel demodulated by the demodulator unit when the channel in use information identifies the single channel as containing information addressed to the at least one addressable device.

## 16

24. The intelligent device of claim 19, comprising:

a processor configured to receive the channel in use information generated by the detector, and to instruct the detector of a respective address of each one of the at least one addressable device; and

the detector is configured to detect each channel contained in the received modulated RF signal that includes information addressed to the at least one addressable device in accordance with the respective address of each addressable device.

25. The intelligent device of claim 19, wherein:

the intelligent device is connected to a plurality of addressable devices each having a respectively unique address; and

the combiner is configured to combine the at least two channels demodulated by the demodulator unit and output a respective digital stream containing the combined at least two channels to at least one of the plurality of addressable devices to which information contained in the received modulated RF signal is addressed, respectively.

26. The intelligent device of claim 19, wherein:

the modulated RF signal contains at least one channel carrying an IP portion and at least one channel carrying a non-IP portion; and

the intelligent device comprises a separation unit configured to separate the at least one channel carrying the IP portion from the at least one channel carrying the non-IP portion, transmit the at least one channel carrying the IP portion to the demodulator unit, and transmit the at least one channel carrying the non-IP portion to an outlet, which is connectable to at least one of a video receiver and a device having an IP address assignable thereto.

27. The intelligent device of claim 19, comprising:

a converter configured to convert at least one of the channels contained in the modulated RF signal into a first wireless signal; and

a wireless transmitter configured to transmit the first wireless signal to a device configured to receive the first wireless signal;

a wireless receiver configured to receive a second wireless signal carrying digital information thereon; and

a wireless demodulator unit configured to demodulate the digital information carried on the second wireless signal,

wherein the combiner is configured to output the digital information demodulated by the wireless demodulator unit as an outgoing digital information stream to a wideband distribution unit.

28. The intelligent device of claim 27, wherein the combiner is configured to combine the digital information demodulated by the wireless demodulator unit with digital information received from at least one addressable device, and output the combined digital information as the outgoing digital information stream to the wideband distribution unit.

29. The intelligent device of claim 19, wherein:

the modulated RF signal received by the input includes channel identification information identifying the channels contained in the modulated RF signal; and

the detector is configured to detect each channel contained in the received modulated RF signal that includes information addressed to the at least one addressable device based on the channel identification information included in the modulated RF signal.

30. The intelligent device of claim 19, wherein:

the intelligent device is configured to be implemented as a distribution unit for use in a wideband signal distribution system, the wideband signal distribution system being

US 7,941,822 B2

17

18

configured to distribute signals modulated onto carrier signals of a frequency in the range of about 5 MHz to at least about 1 GHz among a plurality of outlets;

the input of the intelligent device comprises a plurality of input ports configured to receive at least one incoming signal from at least one outlet;

the output of the intelligent device comprises a plurality of output ports;

the combiner is configured to combine all incoming signals at said input ports into an additive signal;

the intelligent device further comprises at least one splitter configured to split the additive signal and distribute the additive signal among said plurality of output ports for distribution to the plurality of outlets; and

the additive signal distributed to the plurality of outlets comprises at least one baseband signal on a carrier signal of a frequency in the range of about 5 MHz to at least about 1 GHz.

**31**. A signal distribution system comprising:

the intelligent device of claim **19**;

a wideband signal distribution system connected to the intelligent device and configured to transmit the modulated RF signal to the intelligent device; and

at least one addressable device connected to the intelligent device and configured to receive the digital stream outputted by the intelligent device.

*    *    *    *    *

EXHIBIT B

US008341679B2

(12) **United States Patent**

Hennenhoefer et al.

(10) Patent No.: **US 8,341,679 B2**
(45) Date of Patent: **Dec. 25, 2012**

(54) **INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

(75) Inventors: **Earl Hennenhoefer**, Carlisle, PA (US);
**Richard Snyder**, Harrisburg, PA (US);
**Robert Stine**, Dillsburg, PA (US)

(73) Assignee: **CBV, Inc.**, Carlisle, PA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 174 days.

(21) Appl. No.: **12/564,663**

(22) Filed: **Sep. 22, 2009**

(65) **Prior Publication Data**

US 2010/0009623 A1    Jan. 14, 2010

**Related U.S. Application Data**

(62) Division of application No. 12/068,102, filed on Feb. 1, 2008, now Pat. No. 7,941,822, which is a division of application No. 09/749,258, filed on Dec. 27, 2000, now Pat. No. 7,346,918.

(51) **Int. Cl.**
| | |
|---|---|
| *H04N 7/16* | (2011.01) |
| *H04J 3/16* | (2006.01) |
| *H04N 7/173* | (2011.01) |
| *H04J 3/24* | (2006.01) |

(52) **U.S. Cl.** .............. **725/78**; 725/74; 725/80; 725/112; 370/540; 370/542; 330/100

(58) **Field of Classification Search** .............. 725/74–81, 725/95, 96, 112, 113; 370/230, 232, 395.41, 370/542, 230.1, 540; 455/3.01; 330/100
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,870,408 A * | 9/1989 | Zdunek et al. ................. 370/341 |
| 5,347,304 A | 9/1994 | Moura et al. |
| 5,485,630 A | 1/1996 | Lee et al. |
| 5,544,161 A | 8/1996 | Bigham et al. |
| 5,557,319 A | 9/1996 | Gurusami et al. |
| 5,585,850 A * | 12/1996 | Schwaller ............... 375/240.01 |
| 5,608,446 A | 3/1997 | Carr et al. |
| 5,649,107 A * | 7/1997 | Kim et al. ................... 709/224 |
| 5,805,806 A | 9/1998 | McArthur |
| 5,818,906 A * | 10/1998 | Grau et al. ................. 379/32.04 |
| 5,828,403 A | 10/1998 | DeRodeff et al. |
| 5,875,386 A | 2/1999 | Flickinger et al. |
| 5,886,732 A | 3/1999 | Humpleman |
| 5,901,340 A | 5/1999 | Flickinger et al. |
| 5,982,411 A | 11/1999 | Eyer et al. |
| 5,982,741 A | 11/1999 | Ethier |
| 6,005,855 A * | 12/1999 | Zehavi et al. ................. 370/335 |
| 6,008,777 A | 12/1999 | Yiu |
| 6,021,158 A | 2/2000 | Schurr et al. |
| 6,041,056 A | 3/2000 | Bigham et al. |

(Continued)

*Primary Examiner* — Pankaj Kumar
*Assistant Examiner* — Reuben M Brown
(74) *Attorney, Agent, or Firm* — Buchanan Ingersoll & Rooney PC

(57) **ABSTRACT**

A plurality of intelligent device systems for use with a wideband signal distribution network, and methods for transmitting digital information and receiving digital and non-digital information onto and off of an RF carrier through a wideband signal distribution network, are disclosed. The intelligent device systems provide networks of intelligent devices that modulate and demodulate digital video, IP video/data/voice and digital wireless onto, and off of, a wideband signal distribution network, such as an analog carrier system, using existing EIA/TIA 568 standard wiring infrastructure. The methods modulate and demodulate digital video, IP video/data/voice and digital wireless onto, and off of, a wideband distribution system, such as an analog carrier system, and separate IP portions from non-IP portions.

**44 Claims, 9 Drawing Sheets**



**US 8,341,679 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,069,621 | A | * | 5/2000 | Schupak ........................ 715/717 |
| 6,088,360 | A | * | 7/2000 | Amaral et al. ................. 370/412 |
| 6,124,878 | A | | 9/2000 | Adams et al. |
| 6,188,436 | B1 | * | 2/2001 | Williams et al. ........... 348/387.1 |
| 6,208,833 | B1 | * | 3/2001 | Preschutti et al. ........... 455/3.01 |
| 6,388,999 | B1 | * | 5/2002 | Gorsuch et al. .............. 370/335 |
| 6,481,013 | B1 | | 11/2002 | Dinwiddie et al. |
| 6,493,875 | B1 | | 12/2002 | Eames et al. |
| 6,519,461 | B1 | * | 2/2003 | Andersson et al. ........... 455/453 |
| 6,526,581 | B1 | | 2/2003 | Edson |
| 6,567,981 | B1 | | 5/2003 | Jeffrey |
| 6,622,304 | B1 | | 9/2003 | Carhart |
| 6,690,938 | B1 | * | 2/2004 | Chin .............................. 455/450 |
| 6,757,909 | B1 | * | 6/2004 | Maruo et al. ................. 725/111 |
| 6,785,291 | B1 | * | 8/2004 | Cao et al. ...................... 370/431 |
| 6,796,555 | B1 | | 9/2004 | Blahut |
| 6,915,530 | B1 | | 7/2005 | Kauffman et al. |
| 6,941,576 | B2 | * | 9/2005 | Amit .............................. 725/143 |
| 7,068,682 | B2 | | 6/2006 | Campbell |
| 7,127,734 | B1 | * | 10/2006 | Amit ................................ 725/80 |
| 2003/0128303 | A1 | | 7/2003 | Masuda |
| 2006/0262756 | A1 | * | 11/2006 | Zehavi et al. ................. 370/335 |

* cited by examiner

POWER
56
58
FIBER OPTIC OR COAX CABLE
RE-MODULATOR
50
CATV FEED
MAIN WIRING CLOSET
DISTRIBUTION UNIT
INPUTS 1 2 3 4 5 6 7 8
OUTPUTS 1 2 3 4 5 6 7 8
CASCADE 51
38
TP 42
TO CLASSROOM
TO CLASSROOM
44
TP
TP
32
52
54
40
FIBER OPTIC OR COAX CABLES
50
CLASSROOM
VIDEO OUTLET WALL PLATE & BOX
36
IN
OUT
26
30
28
34
BALUNS
COAX CABLE
22
MONITOR
29
24
VID.
AUD.
MODULATOR
VCR
20
SECOND WIRING CLOSET
51
46
48
TO CLASSROOM
TO CLASSROOM

FIG. 1



10
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN MASTER MODE)
38
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR
39
BREAK-OUT BOX (BOB)
TV
41
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN SLAVE MODE)
38
BREAK-OUT BOX (BOB)
TV
20
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN SLAVE MODE)
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR

FIG. 1A

U.S. Patent

Dec. 25, 2012

Sheet 3 of 9

US 8,341,679 B2



FIG. 2

U.S. Patent

Dec. 25, 2012

Sheet 4 of 9

US 8,341,679 B2

FIG. 3



U.S. Patent

Dec. 25, 2012

Sheet 5 of 9

US 8,341,679 B2



FIG. 4

U.S. Patent

Dec. 25, 2012

Sheet 6 of 9

US 8,341,679 B2



FIG. 5

U.S. Patent

Dec. 25, 2012

Sheet 7 of 9

US 8,341,679 B2



FIG. 6

U.S. Patent

Dec. 25, 2012

Sheet 8 of 9

US 8,341,679 B2



FIG. 7



FIG. 8

U.S. Patent

Dec. 25, 2012

Sheet 9 of 9

US 8,341,679 B2

US 8,341,679 B2

**1**

## INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

### CROSS REFERENCE TO RELATED APPLICATION

This application is a divisional of application Ser. No. 12/068,102, filed on Feb. 1, 2008, now U.S. Pat. No. 7,941, 822, which is a divisional of application Ser. No. 09/749,258, filed on Dec. 27, 2000, now U.S. Pat. No. 7,346,918. The entire contents of each prior application are hereby incorporated by reference.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed generally to a method and system for signal distribution and, more particularly, to an intelligent device system and method for distribution of digital signals onto, and off of, a wideband signal distribution system.

2. Description of the Background

The workplace currently has telephone and data networks that allow for both verbal communication and the exchange of information via words, pictures, and numbers. However, bringing the communication media of television and video into the networked environment has presented new difficulties. In particular, digital TV/video applications clog data networks, even with the use of available compression techniques, such as MPEG2. Analog RF distribution may require special cables and infrastructure, or more complex technologies.

However, using a wideband signal distribution system, such as that disclosed in U.S. Pat. No. 5,901,340, TV and video, both digital and analog, can now move between locations in a building or campus just as easily, and using the same infrastructure, as voice and data. In fact, TV, video, PBX, IP, and other data types can be moved over the same types of wires, including some unused wires, that already exist in most networked environments. For example, telephone and computer networks in most buildings are wired to meet a single, internationally accepted wiring standard using, such as Category 5 or better twisted pair wiring. Residential buildings are often wired to similar standards. In typical applications using analog video over standard wiring systems, the analog video arrives uncompressed, and the user sees it on a TV, PC or monitor in enhanced quality. This method of live-feed video transfer allows for the removal of space consuming files and applications currently stored on a network.

However, using solely uncompressed analog transfer of information does not fully solve the need to download to individual users large quantities of digitized images (video, film, animation, simulations, etc.), and to thereby allow those digital images to be displayed with the enhanced quality such digital images can offer. At times, critical needs for digital video, such as analyzing or editing images, arise that cannot be handled by purely analog signal transfer. Additionally, where digital video information is sent over a baseband LAN, i.e. Ethernet, the performance of the system is often severely

**2**

degraded as the digital video is sent simultaneously to an increasingly greater number of receivers.

Furthermore, digital IP data has historically been transferred using digital data networks, i.e. has been transferred in a digitized format over a network capable of transporting a purely digitized format. However, analog carrier networks, using twisted pair wiring, for example Category 5 Cable or better, have the capability to transport digital video, IP voice/data/video, as well as analog video, efficiently and cost effectively. This capability is not presently used due to the lack of a method to get such signals onto and off of such a carrier network.

It would be desirable to transport the digitized data on an analog carrier, such as over the existing Category 5 or better cable, in a format that would allow for greater amounts of data to be carried at one time, such as by modulated RF. In addition, it may be desirable in the future to use media other than Category 5 or better cabling to wire buildings. Alternative wiring media, or wireless media, could allow the network to overcome bandwidth problems by providing significantly improved data transfer speeds and increased bandwidth. Such alternative media could allow the network to overcome the aforementioned problems in transferring data and video over networks in a digitized format. However, such alternative wiring media will also require the complete rewiring of many networks on, perhaps, a building environment level, as all Category 5 or better cable will need to be replaced with the new media, in order to provide the enhanced capabilities of the alternative media system to all users.

Therefore, the need exists for a network of intelligent devices that enables digital video, IP voice/data/video, to be modulated and demodulated onto and off of, preferably, a wideband signal distribution system or component equivalent, such as an analog carrier system. Such an intelligent device network would facilitate the use of, for example, the existing global EIA/TIA 568 standard wiring infrastructure in a particular environment, such as an office building, to significantly increase the information throughput. Additionally, such an intelligent device network would eliminate the need to rewire a building or add expensive optoelectronic equipment to increase throughput on the existing infrastructure.

### BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a signal distribution system, including at least one intelligent device system, for putting digital signals onto, and taking digital signals off of, a wideband signal distribution system. A wideband signal distribution system typically includes a distribution unit having a plurality of inputs and outputs, and a series of cables, such as twisted pair cable, running between a plurality of outlets and the inputs and outputs of the distribution unit.

An intelligent device system may be, for example, a local RF receiver/baseband out intelligent device system. The local RF receiver/baseband out intelligent device system includes at least one addressable device having at least one input and at least one output, a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of an intelligent device, and the intelligent device that receives, from the BUD, a modulated RF signal carrying at least a digital signal portion thereon. The intelligent device splits the IP signal portion from a non-IP signal portion, and removes the modulated RF carrier from the digital signal portion before sending the digital signal portion to the input of at least one of the addressable devices, and sending the non-IP signal portion to a standard outlet. The intelligent device may include at least one DSP that controls the demodulation and

US 8,341,679 B2

**3**

filtering. Additionally, the local RF receiver/baseband out intelligent device may include wireless capability.

An intelligent device system may also be, for example, an intelligent device system for remote sending. The intelligent device system for remote sending preferably includes at least 5 one incoming signal generator, wherein an incoming signal generated includes at least a IP signal portion, a BUD that receives the incoming signal at least one input port, and that includes at least one output port, and a remote send intelligent device that generates a modulated RF signal carrying the IP 10 signal portion thereon. The remote send intelligent device may include an RF channel detector that detects the RF channels in use and a DSP that receives the RF channel in use information from the RF channel detector, and that receives traffic data from a traffic sensor. The DSP uses the RF chan- 15 nel-in-use information to select the RF carrier, and, if desired, the RF carrier channel width, and, if desired, the RF guard-band width, for the incoming signal, and uses the traffic data to select at least one of at least one modulator to condition each incoming signal. Additionally, the remote send intelli- 20 gent device may include wireless capability.

An intelligent device system may also be, for example, an intelligent device system for local sending and receiving. The intelligent device system for local sending and receiving pref-erably includes at least one addressable device having at least 25 one input and at least one output, wherein at least one of the addressable devices generates an incoming signal, wherein the incoming signal includes at least a IP signal portion, an intelligent device that generates modulated RF signal carry-ing the IP signal portion thereon, and a BUD that receives the 30 modulated RF signal. The intelligent device receives a modu-lated RF signal carrying, at least, the digital signal portion thereon from the BUD, and splits the IP signal portion from a non-IP signal portion. The intelligent device then removes the RF carrier from the IP signal portion and sends the IP signal 35 portion to the input of at least one of the addressable devices, and sends the non-IP signal portion to a standard outlet. The intelligent device for local sending and receiving may addi-tionally include wireless capability.

The present invention is also directed to several methods 40 for transmitting digital information on a RF carrier through a wideband signal distribution network. The first method includes providing at least one addressable device having at least one input and at least one output, sending a signal to a BUD from the output of said at least one addressable device, 45 which signal includes at least a IP signal portion, receiving from the BUD at an intelligent device, a modulated RF signal carrying the, at least, digital signal portion thereon, splitting and filtering by the intelligent device of the IP signal portion from a non-IP signal portion, removing, by the intelligent 50 device, the RF carrier from the IP signal portion, sending, by the intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet. A wireless capability may also be included. 55

The present invention is also directed to a second method for transmitting digital information on a RF carrier through a wideband signal distribution network. The method includes providing at least one addressable device having at least one input and at least one output, generating, by at least one of 60 said addressable devices, of an incoming signal, wherein the incoming signal includes at least an IP signal portion, gener-ating a RF modulated RF signal carrying the IP signal portion thereon, receiving, at a BUD, the modulated RF signal, receiving, at an intelligent device, of a modulated RF signal 65 carrying the at least one digital signal portion thereon from the BUD, splitting and filtering, by the intelligent device, of

**4**

the IP signal portion from a non-IP signal portion, removing, by the intelligent device, of the RF carrier from the IP signal portion, sending, by the intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet.

The present invention is also directed to a third method for transmitting digital information on an RF carrier through a wideband signal distribution network. The method includes generating of an incoming signal, wherein the incoming sig-nal includes at least an IP signal portion, and generating a modulated RF signal carrying the IP signal portion thereon.

The present invention solves problems experienced in the prior art, because the present invention provides a network of intelligent devices than enable digital video, IP voice/data/video to be modulated and demodulated onto and off of, preferably, a wideband signal distribution system, such as an analog carrier system, and further allows the splitting off of any analog signal. Further, the intelligent device network facilitates the use of, for example, the existing EIA/TIA 568 standard wiring infrastructure in particular environments, such as office buildings, to significantly increase the informa-tion throughput, and eliminates the need to rewire a building or add expensive optoelectronic equipment to increase throughput on the existing infrastructure. These and other advantages will be apparent to those skilled in the art from the detailed description hereinbelow.

BRIEF DESCRIPTION OF THE SEVERAL
VIEWS OF THE DRAWING

For the present invention to be clearly understood and readily practiced, the present invention will be described in conjunction with the following figures, wherein:

FIG. **1** is a block diagram illustrating a wideband signal distribution system used in a display environment;

FIG. 1A is a block diagram illustrating a wideband distri-bution system configuration;

FIG. **2** is a block diagram illustrating a local RF receiver/baseband out intelligent device system for use in sending baseband information to a wideband signal distribution sys-tem and receiving digital and non-digital information from the wideband signal distribution system;

FIG. **3** is a block diagram illustrating a typical BUD unit;

FIG. **4** is a block diagram illustrating an intelligent device system for the remote sending of digital information using RF modulation;

FIG. **5** is a block diagram illustrating an intelligent device system for use in local sending of digital information and receiving of digital and non-digital information using RF modulation;

FIG. **6** is a block diagram illustrating an intelligent device system including wireless capability; and

FIG. **7** is a block diagram illustrating a send and receive intelligent device system including wireless transmission.

FIG. **8** is a block diagram illustrating a remote send intel-ligent digital system including wireless capability.

DETAILED DESCRIPTION OF THE INVENTION

It is to be understood that the figures and descriptions of the present invention have been simplified to illustrate elements that are relevant for a clear understanding of the present invention, while eliminating, for purposes of clarity, many other elements found in a typical data distribution system. Those of ordinary skill in the art will recognize that other elements are desirable and/or required in order to implement

US 8,341,679 B2

5

the present invention. However, because such elements are well known in the art, and because they do not facilitate a better understanding of the present invention, a discussion of such elements is not provided herein.

Digital transmission systems, including digital networks such as direct broadcast satellite, cellular telephone, personal communications service, wireless cable, cellular wireless cable, paging and wireless local loop, often employ analog waveforms, such as RF carrier waveforms, as a physical-layer transport mechanism for the baseband, i.e. the information carrying, waveform, as is known in the art. In such an instance, the baseband waveform is super-imposed on a higher-energy waveform to thereby allow for travelling of the baseband information over greater distances than would otherwise be possible with the baseband information alone.

Historically, cable TV, broadcast TV, analog cellular, analog paging and AM/FM radio, for example, have comprised analog signals that traveled on modulated RF carriers, which modulated signals have comprised, for example, signals in the frequency range of 5 MHz to several GHz. Additionally, traditional local analog signals have been carried on twisted-pair wires in simple baseband form, without a modulated carrier.

Traditional baseband and multiplexed analog signals are examples of analog transmission formats. In the case of traditional baseband or multiplexed analog communication, analog signals are sent over analog transmission channels, as is known in the art. Digital carriers, such as T-1 lines, are examples of digital transmission channels for digital baseband signals. Digital baseband signals are comprised of digitized bitstreams, which bitstreams may be formed by a sampling, such as by PCM, of, for example, a voice signal, as is known in the art. In the case of digital transmission of baseband signals, digital signals are generally sent over digital transmission channels. However, both analog and digital signals can be sent using modulation carriers, such as in digital PCS and cellular telephone, DBS (direct broadcast satellite), wireless cable and cellular wireless cable, or hybrid fiber coax, for example.

PCM is an example of binary coding, a simple coding method to form a baseband digital signal in which one bit, transmitted in one second, requires one Hertz of bandwidth. More complex coding methods, known as "multilevel coding", such as quadrature amplitude modulation (QAM) or vestigial sideband (VSB), are capable of greater bandwidth efficiency than PCM. However, the more complex the coding technique, the higher the requirements for signal-to-noise ratio of the transmission channel, and, consequently, complicated techniques such as QAM could not historically be carried directly by available analog transmission techniques, such as category 5 or higher 568 wiring systems, without exceeding the FCC emission limits and therefore resulting in degradation of the data. Wideband signal distribution systems have addressed the transmission of analog data, on a carrier within a specified frequency range, using a standard wiring system such as EIA/TIA 568, with minimal signal degradation, but have not addressed the transmission of digital data on a carrier on those media.

Following coding, a signal may be modulated, as discussed hereinabove, before it is transmitted. Any single modulation carrier, at any set frequency, can have 360 different phases, each offset by one degree. Digital modulation systems, such as quadrature amplitude modulation (QAM), take advantage of this to insert digital data at defined points as the RF carrier moves through a single oscillation cycle. Digital information can be sent on an RF analog carrier using the present invention.

6

FIG. 1 is a block diagram illustrating a wideband signal distribution system 10 used in a display environment 20. The distribution system 10 distributes signals within a specified frequency range, such as 5 MHz in excess of 1 GHz. The system of FIG. 1 can be utilized for distributing any wideband signals, which wideband signals may be any digital or analog signal, or any RF carrier signal between 5 MHz to in excess of 1 GHz, for example. The typical display environment 20 for the wideband signal distribution network includes a display 22 and a source of signals 24, such as a VCR or cable or digital cable TV, which source may be remotely located.

A twisted pair wire cable 32 is connected to input and output ports of a BUD 38 situated in, for example, wiring closet 40, and carries thereon the output to the monitor 22 and the input from the source 24. The BUD is discussed further hereinbelow with respect to FIG. 3. As used herein, "BUD" is defined as any type of unit or components for the distribution of wideband signals. The BUD 38 is connected to additional display environments 20a via the twisted pair wire cables 42, 44 and is cascaded to another distribution unit 46 in a second wiring closet 48 by either coaxial cables or fiber optic cables 50 connected to the distribution unit 38 through impedance matching devices 51. It will be understood that twisted pair wire cable could be utilized depending upon the distance between the wiring closets 40, 48. Further, the BUD 38 may be cascaded to the distribution units 52, 54 within the same wiring closet 40.

FIG. 2 illustrates a local RF receiver/baseband out intelligent device system 200 for use in receiving digital and analog information on an RF carrier, which carrier may be, for example, between 5 MHz to in excess of 1 GHz, from a wideband signal distribution system, and for use in sending baseband digital information to a wideband signal distribution system 10, such as the wideband distribution system of FIG. 1. The local RF receiver/baseband out intelligent device system 200 includes at least one addressable device 202, and an intelligent device 204 that includes input 206 and output 208 baluns, and, if necessary, at least one digital combiner 212, an RF splitter 214, at least two RF band pass filters 216, 218, at least one demodulator 220, a tone detect RF level control circuit 226, a DSP 230, an RF Channel detector 239 and a standard outlet 232, which, as defined herein, includes, but is not limited to, a standard RF television/computer outlet.

Each intelligent device system 200, 400, 500, 600, 700 and 800 of the present invention, in FIGS. 2, 4, 5, 6, 7 and 8 offers the advantage that a high amount of throughput can be achieved in the transmission of digital and/or analog information on an RF, for example, 5 MHz to in excess of 1 GHz, carrier.

The wideband signal distribution system 10 may allow for distribution of, for example, 29 channels, wherein each channel is 6 MHz in width, and it is known that such channels can handle analog video signals. However, where digital information can be transmitted over the RF channel, each 6 MHz channel can handle, depending on the modulation technique used, in excess of 40 megabits per second of digital information, and new modulation techniques may increase this information to, and in excess of, 100 megabits per second. This 40 megabits per second transmission allows for the transmission rate in excess of one gigabit/sec of digital information to be carried on the sum of the 29 RF channels in the wideband signal distribution system 10. Using advanced modulation techniques will allow the wideband signal distribution system 10 to be expanded up to 60, or more, channels, thereby further increasing throughput data rate.

The wideband signal distribution system 10 functions as a passive infrastructure to distribute wideband signals modu-

US 8,341,679 B2

7

lated onto RF carriers within a specified frequency band among a plurality of outlets **20**, which outlets may be to and/or from outlets, such as the plurality of intelligent devices **204**, **404**, **504**, **604**, **704** and **804** as used in the intelligent device systems **200**, **400**, **500**, **600**, **700** and **800** of FIGS. **2**, **4**, **5**, **6**, **7** and **8**. As used herein, wideband is defined as a signal or signal sets having an analog or digital characteristic that can be distributed on a carrier of 5 MHz to in excess of 1 GHz, for example. A wideband signal distribution system **10**, as shown in FIG. **1**A, preferably includes at least one broadband uniform distribution (BUD) unit **38**, at least one modulator and channelizer (MAC) **39**, at least one breakout box (BOB) **41**, wiring, such as twisted pair or fiber, and coaxial cable, in order to effectuate connections. Although the wideband signal distribution system **10** is the preferred transport system for the present invention, the embodiment presented herein is exemplary, and the manner of use of an equivalent component system will be apparent to those skilled in the art and is within the scope of the present invention.

A typical BUD unit **38** is illustrated in FIG. **3**. Each BUD unit **38**, **46**, **52**, **54**, such as those shown in FIG. **1**, preferably has eight input ports and eight output ports. If there are only eight outlets in the system, then a single distribution unit **38** can accommodate all the outlets. However, for more than eight outlets, at least one more distribution unit cascaded to a distribution unit **38** is required. In this situation, the distribution unit **38** is considered to be a "master" unit and the additional distribution unit is considered to be a "slave" unit, as discussed further hereinbelow. An attribute of the distribution units is that the units are preferably identical and automatically configure themselves to operate either in the master mode or in the slave mode.

The distribution unit **38**, utilizing twisted pair wire cable, includes eight input ports **62-1**, **62-2**, **62-3**, **62-4**, **62-5**, **62-6**, **62-7**, **62-8** and eight output ports **64-1**, **64-2**, **64-3**, **64-4**, **64-5**, **64-6**, **64-7**, **64-8**. Each of the ports **62**, **64** is adapted for connection to the two wires of a respective twisted pair **66**, **68**. Additionally, FIG. **3** illustrates the master/slave switch as having three parts **90**, **92**, **94**, with all of the switch parts being shown in the "slave" position. The default state of the master/slave switch is to its master position, so that the amplifier output **80** is coupled through the switch part **90** a transmission path **95** including the equalizer **96**, which connects the amplifier output **80** to the splitter input **82**, through the switch parts **90**, **94**. At the same time, the switch part **92** couples the out put of the oscillator circuit **98** to the transmission path **95** through the directional coupler **100**. Thus, when the distribution unit **38** is operated in the master mode, the signals appearing at the input ports **62** are combined, looped back, combined with an oscillator signal, and transmitted out all of the output ports **64**.

Each BUD **38** preferably includes cascade in **102** and cascade out ports, and gain and equalization control **112** to provide proper gain or attenuation of signals within the system. Additionally the BUD preferably includes a combiner **72** for applying signals appearing at all of the input ports to the transmission path, and a splitter **84** for applying signals appearing at the transmission path to all of the output ports. When the BUD is switched to "master state", it couples the transmission path to the combiner **72** and the splitter **84**. When the BUD **38** is switched to "slave state", it couples the combiner **72** to the signal outlet instead of to the transmission path and couples the splitter **84** to the signal inlet instead of to the transmission path.

"Master state" and "slave state" switching may be done automatically through the use of a tone system. When a secondary BUD **38** is added to a system, it preferably senses a tone produced by the "master" BUD and automatically

8

switches to "slave state". In a preferred embodiment, the BUDs **38** are substantially identical and automatically configure themselves to operate when connected to the system. At least one BUD unit is connected to the intelligent device **204** of the intelligent device system **200** of FIG. **2**, and each BUD unit **38** of the present invention also includes wiring to at least two pin pairs, such as pins **3,4** and **7,8**, to thereby mirror the pins to and from the addressable device **202** of FIG. **2**.

Returning now to FIG. **2**, the local RF receiver/baseband out intelligent device system **200** includes an addressable device **202**, preferably includes at least two twisted pair of cables **240**, or coaxial cables, for example, which cabling **240** is shown as connected to pins **3,4** and pins **7,8**, for example, and which cabling **240** passes to and from the addressable device **202** to the intelligent device **204** of the intelligent device system **200**. The addressable device **202** may be, for example, an Ethernet card, or a NIC card, in a computer, or may be a display device that displays digital information, such as a digital television. The addressable device **202** preferably has an address, such as an IP address, assigned thereto, to allow communications directed to that particular address to be delivered thereto.

In a preferred embodiment, the twisted cable pair **240** from the addressable device **202** is preferably passed within the intelligent device **204** to at least one balun **206**, which balun **206** performs impedance matching, such as to match a balanced twisted pair system **240** to a single ended system. The balun **206** may be any device known to those skilled in the art used to perform impedance matching in RF applications. The two pair of twisted pair cable may be, for example, unshielded twisted pair cable, or may be devices known in the art capable of replacing twisted pair cable, such as optical fiber or coaxial cable.

The intelligent device **204** receives the modulated RF signal, which may include IP and non-IP signal portions thereon, via the RF system input. The intelligent device also receives at least one incoming digital signal, such as a digital IP signal, from pins **3,4** of the addressable device. The RF system input may be, for example, connected to the at least one BUD **38**, on pins **7,8**, as mentioned hereinabove, after the BUD **38** has received the incoming digital signal from pins **3,4**.

The modulated RF signal, including at least one digital signal, is, upon receipt at the intelligent device from the BUD **238**, preferably split into an IP portion of the incoming signal, and into a non-IP portion of the signal. The signal entering the intelligent device is preferably split by at least one RF splitter **214**, and is then differentiated according to the information frequency on the incoming carrier. For example, the non-IP portion, digital or analog, of the signal may be passed through a first band pass filter **216** that passes only the band of the RF carrier that includes the non-IP portion, and is preferably then fed to a standard RF television/computer outlet **232**. Only pre-selected RF channels, as discussed hereinabove, are allowed to pass to this standard outlet **232**.

These non-IP RF channel signals may pass through a tone detector with an RF level control circuit **226**, in order to insure that a high quality picture signal is received at the television, monitor, or PC. The tone detector with RF level control circuit **226** conditions the output RF signal to the standard RF TV/computer outlet **232** so as to not be over or under the specifications for high picture quality.

The IP portion of the modulated RF signal is fed through a second bandpass filter **218** that passes a band outside the band passed by the first bandpass filter **216**, and the IP portion modulated RF signal is then demodulated by a demodulator **220**. The bandpass filters **216**, **218** may be electronically

US 8,341,679 B2

9                                                        10

controlled by the DSP **230**. The demodulator **220** strips the RF carrier signal from the digital baseband signal, as is known in the art. Following demodulation, the IP digital signals are combined by a digital combiner **212**, such as a multiplexer, if necessary, in order to effectuate a parallel to serial conversion. The output of the digital combiner **212** is a high speed serial digital output. The output of the digital combiner **230** is routed to at least one addressable device **202** via the output cable pair, such as pins **7** and **8**, and may be so routed via a balun **208**, if necessary, for impedance matching. The digital information is thereby provided to the addressable device **202**.

The DSP **230** (digital signal processor) of FIG. **2** is a DSP **230** as is known in the art. The DSP **230** preferably controls RF channel detection and the at least one demodulator **220**. Additionally, in a preferred embodiment, the DSP **230** controls the bandpass filters **216**, **218**.

FIG. **4** illustrates an intelligent device system **400** for the remote sending of digital transmissions using modulated RF. The remote send-only intelligent device system **400** includes, external to the intelligent device **402**, a plurality of incoming signals, such as from a desktop unit or desktop video feed, which signal is at least, in part, IP data, but which may include non-IP data, a BUD **238**, and a remote send intelligent device **402** that may include a digital combiner **410**, a traffic sensor **412**, at least one modulator **414**, an RF converter section **418**, a DSP **420**, an RF system channel detector **422**, and, if necessary, input/output baluns **430** or other impedance matching hardware. The digital signal may be incoming to an input port of a BUD. This signal may exit, for example, an output port of a BUD, in a twisted pair output, for example, such as on pins **3** and **4**, and may then be passed to the remote send intelligent device **402**.

Upon receipt at the intelligent device **402**, the signal may be passed through a balun **430**, as discussed hereinabove, and is then preferably fed to a digital combiner **410**, such as a multiplexer. In a preferred embodiment, each signal fed to the digital combiner **410** may be, for example, ten megabits per second, and numerous signals from numerous output ports of the BUD **238** may be combined as specified according to the type of digital combiner **410** used. For example, in an embodiment wherein eight ten megabit per second channels enter an 8 way multiplexer, the signal exiting the digital combiner **410** would exit at eighty megabits per second.

The signal exiting the digital combiner **410** is sent to a modulator bank **414** including at least one modulator, and the signal entering the modulator bank **414** is preferably measured via a traffic sensor **412** to determine if the information volume is greater than the normal capacity of, for example, a single modulator. If the volume is greater, the DSP **420** will, in turn, direct the incoming data to as many modulators as necessary to modulate all data from the combiner **410**. The traffic sensor **412** may additionally feed information to, or receive information from, the DSP **420**, in order to effectuate the decision of the modulators to be used. The DSP **420** is discussed further hereinbelow.

The at least one modulator **414** communicatively connected to the traffic sensor **412** conditions the signal to a modulated digital signal via methods known to those skilled in the art, such as QAM modulation. The output of the modulator **414** is then modulated to a set carrier channel frequency by an RF converter section **418**, which RF converter section **418** may consist of, for example, oscillators, amplifiers, combiners, channel selectors, and channel width adjustors.

The digital signal processor (DSP) **420** is a DSP as is known in the art, and determines the number of modulators, or the channel width or widths, needed to modulate the signal

incoming to the traffic sensor **412**, as well as the number of RF channels, and which RF channels, on which the output of the modulator or modulators is modulated. Note that, for example, where QAM modulation is used, QAM modulation is generally 40 megabits per second, per 6 MHz RF channel, thus requiring the use of two 6 MHz RF channels in order to modulate the 80 megabits per second coming from the digital combiner in the exemplary embodiment hereinabove. The RF channel frequency is selected from at least two available frequency channels. However, the channel width can, for example, be increased from 6 MHz per channel to 12 MHz per channel in order to accommodate, for example, the 80 megabits per second digital stream, if adjacent channel space is available or unused. Further, through the use of an RF system channel detector **422**, the DSP **420** is updated as to the channels that are currently in use by the wideband signal distribution system, thereby indicating the channels and bandwidth that are currently available for use by the system. The DSP **240** may additionally place a guardband between channels, or perform other signal conditioning functions, and may be the same DSP, or a different DSP, than that in FIG. **2**, **4**, **5**, **6**, **7** or **8**.

FIG. **5** is a block diagram illustrating an intelligent device system **500** for use in local sending and receiving in the generation of at least one digital signal on a modulated RF signal. The local send and receive intelligent device system **500** includes certain of the devices of FIGS. **2** and **4**.

The system of FIG. **5** preferably includes a plurality of addressable devices **202**, such as Ethernet or NIC cards, or digital display devices, as discussed hereinabove with respect to FIG. **2**, which addressable devices **202** are preferably located at, for example, a desktop location. In a preferred embodiment, wherein twisted pair cable is used, two unused pin pairs, such as pins **1**, **2** and **7**, **8**, are used to send and receive signals between the addressable device **202** and the intelligent device **502**. The plurality of unused twisted pairs, such as pins **1**, **2** and **7**, **8** of each addressable device **202**, are then connected into an intelligent device **502**, such as the local send and receive intelligent device **502**, and may pass within the intelligent device **502** to at least one balun **504**, for impedance matching.

The signals incoming from each of the addressable devices **202** are combined by a digital combiner **410**, and passed through a traffic sensor **412**, at least one modulator **414**, and an RF converter section **418**. The traffic sensor **412**, at least one modulator **414**, and RF converter section **418** may be controlled by, or be in communication with, a DSP **420**, substantially as discussed hereinabove with respect to FIG. **4**. Further, an RF system channel detector is preferably in communication with the DSP **420** in order to update the DSP **420** as to the RF channels in use and available.

The output of the RF converter section **418** is preferably impedance matched to a BUD **38**, and feeds the signal exiting the RF converter section **418** to the BUD input port or ports. The BUD output port or ports then feed an RF splitter **214**, which splits the signal entering the intelligent device **502**, and the signal is then differentiated according to the information frequency on the incoming carrier. The RF splitter **214** sends the information of the RF channels in use to the RF system channel detector **239**. The modulated RF signal is preferably differentiated into an IP portion, i.e. a digital data portion, of the incoming signal, and into a non-IP portion of the signal, according to the information frequency on the incoming carrier. In an embodiment wherein this differentiation is performed by at least two bandpass filters **216**, **218**, the bandpass filters may be electronically controlled by the DSP **420**. The non-IP portion, digital/analog, of the signal is passed through

**11**

a bandpass filter **216** and is preferably then fed to a standard RF television/computer outlet **232**. Only pre-selected RF channels, or electronically selected RF channels selected by, for example, a DSP **420**, as discussed hereinabove, are allowed to pass to the RF television/computer outlet **232**, such as, for example, any or all of the 29 channels provided using the wideband distribution system **210**.

The non-IP RF channel signals may pass through a tone detector with an RF level control circuit **226**, in order to insure that a high quality picture signal is received at the television/computer **232**. The tone detector with RF level control circuit situates the output RF signal to the standard RF television/computer outlet to not be over or under the limitations for proper picture display.

The IP portion of the modulated RF signal is fed through a second bandpass filter **218** that passes a band outside the band passed by the first bandpass filter **216**, and the IP portion is then demodulated by at least one demodulator **220**. The demodulator **220** strips the RF carrier signal from the digital baseband signal, as is known in the art. Following demodulation, the digital signals may be combined by a digital combiner **212**, such as a multiplexer, in order to effectuate a parallel to serial conversion. The output of the digital combiner **212** is a high speed serial digital output, on the order of, for example, up to, or in excess of, several Gbit/sec. The output of the digital combiner **212** is then preferably routed to a splitter, which splitter feeds an outgoing signal to the input pin pairs, such as pins **7** and **8**, of at least one addressable device **202**. The input cable pair to the addressable device **202**, such as pins **7** and **8**, may be routed via a balun, if necessary, for impedance matching.

FIG. **6** is a block diagram illustrating an intelligent device system including wireless transmission **600**. The intelligent device system of FIG. **6** operates substantially in accordance with FIG. **2** discussed hereinabove, for example, and additionally includes a transcoder **602** for sending transmissions from the RF splitter **214** to the wireless port **604**, and a wireless demodulator **606** for receiving transmissions from the wireless port **604** and sending those received wireless transmissions to the digital combiner **212** for entry to the BUD **38**. The RF splitter **214** sends the signal to a third bandpass filter **610** that passes only the RF channels having wireless information thereon, and the transcoder **602** converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port **604**. The wireless port **604** may include, for example, a wireless antenna.

FIG. **7** is a block diagram illustrating a send and receive intelligent device system **700** including wireless transmission. The intelligent device system **700** of FIG. **7** operates substantially in accordance with the system of FIG. **5**, for example, and additionally includes a transcoder **702** for sending transmissions from the RF splitter **214** to the wireless port **704**, and a wireless demodulator **706** for receiving transmissions from the wireless port **704** and sending those received wireless transmissions to the digital combiner **410**. The RF splitter **214** sends the signal to a third bandpass filter **710** that passes only the RF channels having wireless information thereon, and the transcoder **702** converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port **704**. The wireless port **704** may include, for example, a wireless antenna.

FIG. **8** is a block diagram illustrating an intelligent device system **800** including wireless transmission. The intelligent device system of FIG. **8** operates substantially in accordance with FIG. **4** discussed hereinabove, for example, and additionally includes a transcoder **802** for sending transmissions from the RF splitter **804** to the wireless port **806**, and a wireless port **806** for sending those received wireless transmissions to the digital combiner **410** for entry to the BUD **38**. The RF splitter **804** sends the signal to a first bandpass filter **810** that passes only the RF channels having wireless information thereon, a second bandpass filter **812** passes the non-wireless information, and the transcoder **802** converts the modulation scheme from, for example, QAM to OPSK, and also up converts the frequency to allow transmission via the wireless port **806**. The wireless port **806** may include, for example, a wireless antenna. Additionally, a demodulator **820** demodulates wireless information for entry to the digital combiner **410**.

Those of ordinary skill in the art will recognize that many modifications and variations of the present invention may be implemented. The foregoing description and the following claims are intended to cover all such modifications and variations.

What is claimed is:

**1**. An intelligent device for transmitting information on a modulated RF signal, comprising:

an input configured to receive a digital stream containing digital information, the digital information containing at least one destination address to which the digital information is to be sent;

an RF channel detector configured to detect which dynamically allocated RF channels are currently being used in a wideband signal distribution system, and to generate RF channel in use information identifying which of the dynamically allocated RF channels are currently being used in the wideband signal distribution system;

a traffic sensor configured to measure an information throughput of the digital information received by the input, and to generate traffic information identifying the information throughput of the received digital information;

a modulator unit configured to modulate the digital information into at least two separate dynamically allocated RF channels when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel, and to output a modulated RF signal containing the at least two separate dynamically allocated RF channels to the wideband signal distribution system such that the digital information contained in the received digital stream is distributed across the at least two dynamically allocated RF channels output to the wideband signal distribution system; and

a processor configured to

receive the RF channel in use information generated by the RF channel detector and the traffic information generated by the traffic sensor,

determine which dynamically allocated RF channels are available to carry the digital information, from among a plurality of RF channels contained in the modulated RF signal, based on the RF channels which are identified in the RF channel in use information as not currently being used in the wideband signal distribution system,

determine a number of dynamically allocated RF channels from among the plurality of RF channels contained in the modulated RF signal on which to carry the digital information received by the input based on the information throughput of the digital information and the information capacity of a single RF channel,

13

instruct the modulator unit to distribute the received digital information across at least two dynamically allocated RF channels by modulating the received digital information into the at least two dynamically allocated RF channels when the traffic information 5 indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel, and

instruct the modulator unit on which specific dynamically allocated RF channels from among the plurality 10 of RF channels to carry the digital information in the modulated RF signal based on the determined number of dynamically allocated RF channels on which to carry the digital information, the at least one destination address contained in the digital information, and 15 the determined available dynamically allocated RF channels which are not currently being used in the wideband signal distribution system.

**2**. The intelligent device of claim **1**, wherein:

the digital information received by the input contains at 20 least one source address identifying at least one addressable device from which the digital information was received;

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital infor- 25 mation in the modulated RF signal, based on the determined number of RF channels on which to carry the digital information, the at least one source address contained in the digital information, the at least one destination address contained in the digital information, and 30 the determined available dynamically allocated RF channels which are not currently being used in the wideband signal distribution system.

**3**. The intelligent device of claim **1**, wherein:

the modulator unit comprises a plurality of modulators 35 each being configured to modulate the received digital information on a respective one of a plurality of RF channels assignable in the modulated RF signal; and

the processor is configured to select a number of the plurality of modulators respectively corresponding to the 40 determined number of RF channels on which to carry the digital information for modulating the digital information based on the information throughput of the digital information and a respective capacity of each one of the plurality of modulators. 45

**4**. The intelligent device of claim **1**,

wherein the processor is configured to select each dynamically allocated RF channel to be used to carry the received digital information, an RF carrier channel width, and a RF guardband width for carrying the digital 50 information in the modulated RF signal, based on the information throughput of the digital information, the at least one destination address contained in the digital information, and the determined available dynamically allocated RF channels which are not currently being 55 used in the wideband signal distribution system.

**5**. The intelligent device of claim **1**, wherein the modulator unit comprises at least one modulator configured to modulate the received digital information into the at least two separate dynamically allocated RF channels when the traffic informa- 60 tion indicates that the information throughput of the digital information exceeds the information capacity of a single RF channel.

**6**. The intelligent device of claim **1**, wherein the modulator unit is configured to modulate the digital information 65 received by the input into at least one RF channel when the traffic information indicates that the information throughput

14

of the received digital information does not exceed the information capacity of a single RF channel, and to output a modulated RF signal containing the at least one RF channel to the wideband signal distribution system.

**7**. The intelligent device of claim **1**, comprising:

a wireless receiver configured to receive a wireless signal carrying digital information thereon;

at least one wireless demodulator configured to demodulate the digital information carried on the wireless signal; and

a combiner configured to combine the digital information received from the at least one addressable device with the digital information demodulated by the at least one wireless demodulator into a digital information stream to be modulated by the modulator unit.

**8**. The intelligent device of claim **1**, comprising:

a converter configured to convert a wireless portion contained in the digital information modulated by the modulator unit into a wireless signal; and

a wireless transmitter configured to transmit the wireless signal to a device configured to receive the wireless signal.

**9**. The intelligent device of claim **1**, wherein:

the digital information received by the input is first digital information containing at least one first destination address;

the input is configured to receive second digital information separate from the first digital information containing at least one second destination address;

the intelligent device comprises a combiner configured to combine the received first and second digital information into a digital information stream;

the traffic sensor is configured to measure an information throughput of the digital information stream combined by the combiner, and to generate the traffic information to identify the information throughput of the digital information stream; and

the processor is configured to

instruct the modulator unit to modulate the digital information stream into the at least two separate dynamically allocated RF channels when the traffic information indicates that the information throughput of the digital information stream exceeds an output capacity of a single RF channel,

instruct the modulator unit on which specific dynamically allocated RF channels to carry the digital information in the modulated RF signal based on the determined number of dynamically allocated RF channels on which to carry the digital information, the at least one first destination address and the at least one second destination address contained in the digital information stream, and the determined available dynamically allocated RF channels which are not currently being used in the wideband signal distribution system, and

output the modulated RF signal containing the at least two separate dynamically allocated RF channels on which the digital information stream is modulated to the wideband signal distribution system.

**10**. A signal distribution system comprising:

the intelligent device of claim **1**;

at least one addressable device connected to the intelligent device and configured to transmit the digital information to the intelligent device; and

US 8,341,679 B2

15

a wideband signal distribution system connected to the intelligent device and configured to receive the modulated RF signal outputted by the modulator unit of the intelligent device.

**11.** A signal distribution system comprising:

the intelligent device of claim **7**;

a wideband signal distribution system connected to the intelligent device and configured to receive the modulated RF signal from the intelligent device; and

at least one addressable device configured to transmit the wireless signal to the wireless receiver of the intelligent device.

**12.** An intelligent device for bi-directional distribution of modulated RF signals, comprising:

a first input configured to receive a first modulated RF signal containing multiple channels;

a demodulator unit configured to demodulate at least two channels contained in the first modulated RF signal when channel in use information identifies the at least two channels as containing information addressed to at least one addressable device;

a first combiner configured to combine the at least two channels demodulated by the demodulator unit into a first digital information stream when the channel in use information identifies the at least two channels as containing information addressed to the at least one addressable device, and to output the first digital information stream to the at least one addressable device;

a second input configured to receive a digital stream containing digital information;

a traffic sensor configured to measure an information throughput of the digital information received by the second input, and to generate traffic information identifying the information throughput of the received digital information; and

a modulator unit configured to distribute the digital information contained in the received digital stream across at least two separate RF channels by modulating the digital information into the at least two separate RF channels when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel, and to output a second modulated RF signal containing the at least two separate RF channels to a wideband signal distribution system.

**13.** The intelligent device of claim **12**, wherein the first input is configured to receive the channel in use information as part of the first modulated RF signal.

**14.** The intelligent device of claim **12**, comprising:

a processor configured to receive the channel in use information, wherein:

the demodulator unit comprises a plurality of demodulators each being configured to demodulate a respective one of the channels contained in the first modulated RF signal; and

the processor is configured to instruct the demodulators of the demodulator unit respectively corresponding to the at least two channels containing information addressed to the at least one addressable device to demodulate the at least two channels, respectively, based on the channels identified in the channel in use information that contain information addressed to the at least one addressable device.

**15.** The intelligent device of claim **14**, wherein:

the processor is configured to access a respective address of each one of the at least one addressable device; and

16

the processor is configured to instruct the demodulator unit which channels contained in the first modulated RF signal are to be demodulated by comparing the channel in use information with the respective address of each one of the at least one addressable device, and to instruct the demodulators of the demodulator unit respectively corresponding to the channels containing information respectively addressed to the each one of the at least addressable device to respectively demodulate the channels containing information addressed to the each one of the at least one addressable device.

**16.** The intelligent device of claim **12**, wherein the demodulator unit comprises at least one demodulator configured to demodulate the at least two channels in the first modulated RF signal containing information addressed to the at least one addressable device.

**17.** The intelligent device of claim **12**, comprising:

a processor configured to receive the channel in use information; and

a detector configured to detect each channel contained in the received first modulated RF signal that includes information addressed to the at least one addressable device, wherein:

the processor is configured to instruct the detector of a respective address of each one of the at least one addressable device; and

the detector is configured to detect each channel contained in the received first modulated RF signal that includes information addressed to the at least one addressable device in accordance with the respective address of each addressable device.

**18.** The intelligent device of claim **12**, comprising:

a detector configured to detect each channel contained in the first modulated RF signal that includes information addressed to the at least one addressable device, to generate the channel in use information identifying each channel that includes information addressed to the at least one addressable device, and to transmit the generated channel in use information to the demodulator unit.

**19.** The intelligent device of claim **18**, comprising:

a processor configured to receive the channel in use information generated by the detector, and to instruct the detector of a respective address of each one of the at least one addressable device; and

the detector is configured to detect each channel contained in the received first modulated RF signal that includes information addressed to the at least one addressable device in accordance with the respective address of each addressable device.

**20.** The intelligent device of claim **18**, comprising:

a processor configured to receive the traffic information generated by the traffic sensor, to determine a number of channels on which to carry the digital information received by the second input, and to instruct the modulator unit of the number of channels on which to carry the digital information in the second modulated RF signal, based on the information throughput of the digital information and the information capacity of a single RF channel.

**21.** The intelligent device of claim **20**, wherein:

the channel in use information generated by the detector identifies RF channels being used in the first modulated RF signal; and

the processor is configured to select each channel to be used to carry the received digital information based on the traffic information generated by the traffic sensor and the channel in use information generated by the detector.

**17**

**22**. The intelligent device of claim **21**, wherein the processor is configured to select an RF carrier channel width, and a RF guardband width for carrying the received digital information in the second modulated RF signal, based on the information throughput of the digital information and the channel in use information generated by the detector.

**23**. The intelligent device of claim **18**, comprising:

a processor configured to receive the channel in use information generated by the detector, wherein:

the demodulator unit comprises a plurality of demodulators each being configured to demodulate a respective one of the channels contained in the first modulated RF signal; and

the processor is configured to instruct the demodulators of the demodulator unit respectively corresponding to the at least two channels containing information addressed to the at least one addressable device to demodulate the at least two channels, respectively, based on the channels identified in the channel in use information that contain information addressed to the at least one addressable device.

**24**. The intelligent device of claim **18**, wherein:

the first modulated RF signal received by the first input includes channel identification information identifying the channels contained in the first modulated RF signal; and

the detector is configured to detect each channel contained in the received first modulated RF signal that includes information addressed to the at least one addressable device based on the channel identification information included in the first modulated RF signal.

**25**. The intelligent device of claim **12**, wherein the modulator unit is configured to modulate the digital information received by the second input into at least one RF channel when the traffic information indicates that the information throughput of the received digital information does not exceed the information capacity of a single RF channel, and to output a third modulated RF signal containing the at least one RF channel to the wideband signal distribution system.

**26**. The intelligent device of claim **12**, wherein:

when the channel in use information identifies a single channel of the first modulated RF signal as containing information addressed to the at least one addressable device, the demodulator unit is configured to demodulate at least the single channel; and

the first combiner is configured to output the single channel demodulated by the demodulator unit to the at least one addressable device when the channel in use information identifies the single channel as containing information addressed to the at least one addressable device.

**27**. The intelligent device of claim **12**, comprising:

a processor configured to receive the traffic information generated by the traffic sensor, to determine a number of channels on which to carry the digital information received by the second input, and to instruct the modulator unit of the number of channels for carrying the received digital information in the second modulated RF signal, based on the information throughput of the digital information and the information capacity of a single RF channel.

**28**. The intelligent device of claim **27**, wherein:

the modulator unit comprises a plurality of modulators each being configured to modulate digital information on a respective one of a plurality of RF channels assignable in the second modulated RF signal; and

the processor is configured to select a number of the plurality of modulators respectively corresponding to the

**18**

determined number of RF channels on which to carry the received digital information for modulating the digital information based on the information throughput of the digital information and a respective capacity of each one of the plurality of modulators.

**29**. The intelligent device of claim **12**, wherein:

the intelligent device is connected to a plurality of addressable devices each having a respectively unique address; and

the first combiner is configured to combine at least two channels demodulated by the demodulator unit and output a respective digital information stream containing the combined at least two channels to at least one of the plurality of addressable devices to which information contained in the received first modulated RF signal is addressed, respectively.

**30**. The intelligent device of claim **12**, wherein at least one of the first modulated RF signal and the second modulated RF signal is of a frequency in the range of 5 MHz to in excess of 1 GHz.

**31**. The intelligent device of claim **12**, wherein:

the first modulated RF signal contains at least one channel carrying an IP portion and at least one channel carrying a non-IP portion; and

the intelligent device comprises a separation unit configured to separate the at least one channel carrying the IP portion from the at least one channel carrying the non-IP portion, transmit the at least one channel carrying the IP portion to the demodulator unit, and transmit the at least one channel carrying the non-IP portion to an outlet.

**32**. The intelligent device of claim **31**, wherein the outlet is connectable to at least one of a video receiver and a device having an IP address assignable thereto.

**33**. The intelligent device of claim **31**, comprising:

an RF level control circuit configured to adjust the non-IP portion of the first modulated RF signal to be within a predetermined specification quality range before the non-IP portion is transmitted to the outlet.

**34**. The intelligent device of claim **31**, comprising:

a processor configured to receive the channel in use information,

wherein the separation unit comprises:

a first bandpass filter configured to pass a first band of the first modulated RF signal carrying the non-IP portion; and

a second bandpass filter configured to pass a second band of the first modulated RF signal carrying the IP portion,

wherein the second band passed by the second bandpass filter is outside the first band passed by the first bandpass filter, and

wherein the processor is configured to control the first and second bands respectively passed by the first and second bandpass filters based on the channel in use information.

**35**. The intelligent device of claim **12**, wherein the modulator unit is configured to modulate the digital information received by the second input into at least one RF channel when the traffic information generated by the traffic sensor indicates that the information throughput of the received digital information does not exceed the information capacity of a single RF channel, and to output a third modulated RF signal containing the at least one RF channel to the wideband signal distribution system.

**36**. The intelligent device of claim **12**, comprising:

a converter configured to convert at least one of the channels contained in the first modulated RF signal into a first wireless signal;

US 8,341,679 B2

19

20

a wireless transmitter configured to transmit the first wireless signal to a device configured to receive the first wireless signal;

a wireless receiver configured to receive a second wireless signal carrying digital information thereon;

at least one wireless demodulator configured to demodulate the digital information carried on the second wireless signal; and

a second combiner configured to combine the digital information received from the at least one addressable device with the digital information demodulated by the at least one wireless demodulator into a second digital information stream to be modulated by the modulator unit.

**37**. The intelligent device of claim **12**, wherein:

the digital information received by the second input is first digital information;

the second input is configured to receive second digital information separate from the first digital information;

the intelligent device comprises a second combiner configured to combine the received first and second digital information into a second digital information stream;

the traffic sensor is configured to measure an information throughput of the second digital information stream combined by the second combiner, and to generate the traffic information to identify the information throughput of the second digital information stream; and

the modulator unit is configured to modulate the second digital information stream into the at least two separate RF channels when the traffic information indicates that the information throughput of the second digital information stream exceeds an output capacity of a single RF channel, and to output the second modulated RF signal containing the at least two separate RF channels on which the second digital information stream is modulated to the wideband signal distribution system.

**38**. The intelligent device of claim **12**, comprising:

a processor configured to receive the traffic information generated by the traffic sensor, to determine a number of RF channels on which to carry the digital information received by the second input based on the information throughput of the digital information and the information capacity of a single RF channel, and to instruct the modulator unit to modulate the received digital information into at least two channels when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel.

**39**. The intelligent device of claim **38**, wherein:

the digital information received by the second input contains at least one destination address to which the digital information is to be sent; and

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital information in the modulated RF signal based on the determined number of RF channels on which to carry the digital information and the at least one destination address contained in the digital information.

**40**. The intelligent device of claim **39**, wherein:

the digital information received by the second input contains at least one source address identifying at least one addressable device from which the digital information was received; and

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital information in the modulated RF signal, based on the determined number of RF channels on which to carry the digital information, the at least one source address contained in the digital information, and the at least one destination address contained in the digital information.

**41**. A signal distribution system comprising:

the intelligent device of claim **12**;

the wideband signal distribution system being connected to the intelligent device, and configured to transmit the first modulated RF signal to the intelligent device and to receive the second modulated RF signal from the intelligent device; and

the at least one addressable device being connected to the intelligent device, and configured to receive the first digital information stream output from the first combiner of the intelligent device, and to transmit the digital information to the second input of the intelligent device.

**42**. A signal distribution system comprising:

the intelligent device of claim **36**;

the wideband signal distribution system being connected to the intelligent device, and configured to transmit the first modulated RF signal to the intelligent device and to receive the second modulated RF signal from the modulator unit of the intelligent device; and

the at least one addressable device,

wherein the at least one addressable device is configured to at least one of receive the first wireless signal from the wireless transmitter of the intelligent device and transmit the second wireless signal to the wireless receiver of the intelligent device.

**43**. An intelligent device for transmitting information on a modulated RF signal, comprising:

an input configured to receive a digital stream containing digital information to be sent to a wideband distribution system;

an RF channel detector configured to

detect which dynamically allocated RF channels, from among multiple channels contained in a modulated RF signal transmitted from the wideband distribution system, are currently being used in the wideband signal distribution system,

determine, from among the dynamically allocated RF channels which are detected as being currently used in the wideband signal distribution system, which of the detected dynamically allocated RF channels are carrying digital information thereon, and

generate RF channel in use information identifying (i) which of the dynamically allocated RF channels are currently being used in the wideband signal distribution system and (ii) which of the currently in use dynamically allocated RF channels are carrying digital information thereon;

a traffic sensor configured to measure an information throughput of the digital information received by the input, and to generate traffic information identifying the information throughput of the received digital information;

a modulator unit configured to modulate the received digital information; and

a processor configured to

receive the RF channel in use generated by the RF channel detector and the traffic information generated by the traffic sensor;

determine which dynamically allocated RF channels are available to carry the received digital information, from among a plurality of RF channels, based on the RF channels which are identified in the RF channel in use information as not currently being used in the wideband signal distribution system,

US 8,341,679 B2

21

control the modulator unit to distribute the received digital information across at least two separate dynamically allocated RF channels, from among the multiple channels contained in the modulated RF signal transmitted from the wideband signal distribution system, that are determined to carry digital information thereon and that are detected to be currently available, by modulating the received digital information into at the least two separate dynamically allocated RF channels, based on the indication of channels which carry digital information in the RF channel in use information received by the processor, when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel,

instruct the modulator unit on which specific dynamically allocated RF channels to carry the digital information in the modulated RF signal based on the determined number of dynamically allocated RF channels on which to carry the digital information, the indication of RF channels which carry digital information among the determined available RF channels as identified in the RF channel in use information received by

22

the processor, and the at least one destination address contained in the digital information, and

control the modulator unit to output a modulated RF signal containing the at least two separate dynamically allocated RF channels to the wideband signal distribution system.

**44**. The intelligent device of claim **43**, wherein:

the digital information received by the input contains at least one source address identifying at least one addressable device from which the digital information was received; and

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital information in the modulated RF signal, based on the determined number of RF channels on which to carry the digital information, the indication of channels which carry digital information in the channel in use information received by the processor, the at least one source address contained in the digital information, and the at least one destination address contained in the digital information.

*     *     *     *     *

EXHIBIT C

US008984565B2

## (12) United States Patent
### Hennenhoefer et al.

(10) Patent No.: **US 8,984,565 B2**
(45) Date of Patent: **\*Mar. 17, 2015**

(54) **INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

(71) Applicant: **CBV, Inc.**, Carlisle, PA (US)

(72) Inventors: **Earl Hennenhoefer**, Carlisle, PA (US); **Richard Snyder**, Harrisburg, PA (US); **Robert Stine**, Mechanicsburg, PA (US)

(73) Assignee: **CBV, Inc.**, Carlisle, PA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 214 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/682,222**

(22) Filed: **Nov. 20, 2012**

(65) **Prior Publication Data**

US 2013/0081092 A1      Mar. 28, 2013

**Related U.S. Application Data**

(60) Continuation of application No. 12/564,663, filed on Sep. 22, 2009, now Pat. No. 8,341,679, which is a division of application No. 12/068,102, filed on Feb. 1, 2008, now Pat. No. 7,941,822, which is a division of application No. 09/749,258, filed on Dec. 27, 2000, now Pat. No. 7,346,918.

(51) **Int. Cl.**

| | |
|---|---|
| *H04N 7/173* | (2011.01) |
| *H04N 7/16* | (2011.01) |
| *H04N 21/4363* | (2011.01) |
| *H04H 20/63* | (2008.01) |
| *H04N 7/10* | (2006.01) |

(Continued)

(52) **U.S. Cl.**
CPC ......... *H04N 21/43637* (2013.01); *H04H 20/63* (2013.01); *H04N 7/106* (2013.01); *H04N 7/108* (2013.01); *H04N 21/64738* (2013.01); *H04L 5/143* (2013.01)
USPC ................. **725/74**; 725/78; 725/80; 370/540; 370/542

(58) **Field of Classification Search**
CPC ............. H04N 7/106; H04N 7/17309; H04N 21/2385; H04N 21/64738; H04H 20/63
USPC .............. 725/105, 74–82, 112–113; 370/540, 370/542
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,870,408 | A | 9/1989 | Zdunek et al. |
| 5,347,304 | A | 9/1994 | Moura et al. |

(Continued)

*Primary Examiner* — Pankaj Kumar
*Assistant Examiner* — Reuben M Brown
(74) *Attorney, Agent, or Firm* — Buchanan Ingersoll & Rooney PC

(57) **ABSTRACT**

A plurality of intelligent device systems for use with a wideband signal distribution network, and methods for transmitting digital information and receiving digital and non-digital information onto and off of an RF carrier through a wideband signal distribution network, are disclosed. The intelligent device systems provide networks of intelligent devices that modulate and demodulate digital video, IP video/data/voice and digital wireless onto, and off of, a wideband signal distribution system, such as an analog carrier system, using existing EIA/TTA 568 standard wiring infrastructure. The methods modulate and demodulate digital video, IP video/data/voice and digital wireless onto, and off of, a wideband distribution system, such as an analog carrier system, and separate IP portions from non-IP portions.

**44 Claims, 9 Drawing Sheets**



**US 8,984,565 B2**

Page 2

(51) **Int. Cl.**
**H04N 21/647** (2011.01)
**H04L 5/14** (2006.01)
H04J 3/16 (2006.01)
H04J 3/24 (2006.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,485,630 A | 1/1996 | Lee et al. |
| 5,544,161 A | 8/1996 | Bigham et al. |
| 5,557,319 A | 9/1996 | Gurusami et al. |
| 5,585,850 A | 12/1996 | Schwaller |
| 5,608,446 A | 3/1997 | Carr et al. |
| 5,649,107 A | 7/1997 | Kim et al. |
| 5,805,806 A | 9/1998 | McArthur |
| 5,818,906 A | 10/1998 | Grau et al. |
| 5,828,403 A | 10/1998 | DeRodeff et al. |
| 5,875,386 A | 2/1999 | Flickinger et al. |
| 5,886,732 A | 3/1999 | Humpleman |
| 5,901,340 A | 5/1999 | Flickinger et al. |
| 5,946,301 A | 8/1999 | Swanson et al. |
| 5,982,411 A | 11/1999 | Eyer et al. |
| 6,005,855 A | 12/1999 | Zehavi et al. |
| 6,008,777 A | 12/1999 | Yiu |
| 6,021,158 A | 2/2000 | Schurr et al. |

| | | | |
|---|---|---|---|
| 6,041,056 A | 3/2000 | Bigham et al. | |
| 6,069,621 A | 5/2000 | Schupak | |
| 6,088,360 A | 7/2000 | Amaral et al. | |
| 6,124,878 A | 9/2000 | Adams et al. | |
| 6,169,728 B1 * | 1/2001 | Perreault et al. | 370/235 |
| 6,181,711 B1 * | 1/2001 | Zhang et al. | 370/468 |
| 6,188,436 B1 | 2/2001 | Williams et al. | |
| 6,208,833 B1 | 3/2001 | Preschutti et al. | |
| 6,388,999 B1 | 5/2002 | Gorsuch et al. | |
| 6,481,013 B1 | 11/2002 | Dinwiddie et al. | |
| 6,493,875 B1 | 12/2002 | Eames et al. | |
| 6,519,461 B1 | 2/2003 | Andersson et al. | |
| 6,526,581 B1 | 2/2003 | Edson | |
| 6,567,981 B1 | 5/2003 | Jeffrey | |
| 6,622,304 B1 | 9/2003 | Carhart | |
| 6,690,938 B1 | 2/2004 | Chin | |
| 6,697,376 B1 * | 2/2004 | Son et al. | 370/465 |
| 6,757,909 B1 | 6/2004 | Maruo et al. | |
| 6,785,291 B1 | 8/2004 | Cao et al. | |
| 6,796,555 B1 | 9/2004 | Blahut | |
| 6,915,530 B1 | 7/2005 | Kauffman et al. | |
| 6,941,576 B2 | 9/2005 | Amit | |
| 7,068,682 B2 | 6/2006 | Campbell | |
| 7,127,734 B1 | 10/2006 | Amit | |
| 2003/0128303 A1 | 7/2003 | Masuda | |
| 2006/0262756 A1 | 11/2006 | Zehavi et al. | |

* cited by examiner



FIG. 1



10
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN MASTER MODE)
38
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR
39
BREAK-OUT BOX (BOB)
TV
41
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN SLAVE MODE)
38
BREAK-OUT BOX (BOB)
TV
20
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR
BROADBAND UNIFORM DISTRIBUTION (BUD) UNIT (IN SLAVE MODE)
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
CAMERA
BREAK-OUT BOX (BOB)
TV
MODULATOR AND CHANNELIZER (MAC)
VCR

FIG. 1A



FIG. 2





FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

US 8,984,565 B2

1

## INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

### CROSS REFERENCE TO RELATED APPLICATION

This application is a continuation of application Ser. No. 12/564,663 filed on Sep. 22, 2009, which is a divisional of application Ser. No. 12/068,102, filed on Feb. 1, 2008, now U.S. Pat. No. 7,941,822, which is a divisional of application Ser. No. 09/749,258, filed on Dec. 27, 2000, now U.S. Pat. No. 7,346,918. The entire contents of each prior application are hereby incorporated by reference.

### STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

Not Applicable

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is directed generally to a method and system for signal distribution and, more particularly, to an intelligent device system and method for distribution of digital signals onto, and off of, a wideband signal distribution system.

2. Description of the Background

The workplace currently has telephone and data networks that allow for both verbal communication and the exchange of information via words, pictures, and numbers. However, bringing the communication media of television and video into the networked environment has presented new difficulties. In particular, digital TV/video applications clog data networks, even with the use of available compression techniques, such as MPEG2. Analog RF distribution may require special cables and infrastructure, or more complex technologies.

However, using a wideband signal distribution system, such as that disclosed in U.S. Pat. No. 5,901,340, TV and video, both digital and analog, can now move between locations in a building or campus just as easily, and using the same infrastructure, as voice and data. In fact, TV, video, PBX, IP, and other data types can be moved over the same types of wires, including some unused wires, that already exist in most networked environments. For example, telephone and computer networks in most buildings are wired to meet a single, internationally accepted wiring standard using, such as Category 5 or better twisted pair wiring. Residential buildings are often wired to similar standards. In typical applications using analog video over standard wiring systems, the analog video arrives uncompressed, and the user sees it on a TV, PC or monitor in enhanced quality. This method of live-feed video transfer allows for the removal of space consuming files and applications currently stored on a network.

However, using solely uncompressed analog transfer of information does not fully solve the need to download to individual users large quantities of digitized images (video, film, animation, simulations, etc.), and to thereby allow those digital images to be displayed with the enhanced quality such digital images can offer. At times, critical needs for digital video, such as analyzing or editing images, arise that cannot be handled by purely analog signal transfer. Additionally, where digital video information is sent over a baseband LAN, i.e. Ethernet, the performance of the system is often severely

2

degraded as the digital video is sent simultaneously to an increasingly greater number of receivers.

Furthermore, digital IP data has historically been transferred using digital data networks, i.e. has been transferred in a digitized format over a network capable of transporting a purely digitized format. However, analog carrier networks, using twisted pair wiring, for example Category 5 Cable or better, have the capability to transport digital video, IP voice/data/video, as well as analog video, efficiently and cost effectively. This capability is not presently used due to the lack of a method to get such signals onto and off of such a carrier network.

It would be desirable to transport the digitized data on an analog carrier, such as over the existing Category 5 or better cable, in a format that would allow for greater amounts of data to be carried at one time, such as by modulated RF. In addition, it may be desirable in the future to use media other than Category 5 or better cabling to wire buildings. Alternative wiring media, or wireless media, could allow the network to overcome bandwidth problems by providing significantly improved data transfer speeds and increased bandwidth. Such alternative media could allow the network to overcome the aforementioned problems in transferring data and video over networks in a digitized format. However, such alternative wiring media will also require the complete rewiring of many networks on, perhaps, a building environment level, as all Category 5 or better cable will need to be replaced with the new media, in order to provide the enhanced capabilities of the alternative media system to all users.

Therefore, the need exists for a network of intelligent devices that enables digital video, IP voice/data/video, to be modulated and demodulated onto and off of, preferably, a wideband signal distribution system or component equivalent, such as an analog carrier system. Such an intelligent device network would facilitate the use of, for example, the existing global EIA/TIA 568 standard wiring infrastructure in a particular environment, such as an office building, to significantly increase the information throughput. Additionally, such an intelligent device network would eliminate the need to rewire a building or add expensive optoelectronic equipment to increase throughput on the existing infrastructure.

### BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a signal distribution system, including at least one intelligent device system, for putting digital signals onto, and taking digital signals off of, a wideband signal distribution system. A wideband signal distribution system typically includes a distribution unit having a plurality of inputs and outputs, and a series of cables, such as twisted pair cable, running between a plurality of outlets and the inputs and outputs of the distribution unit.

An intelligent device system may be, for example, a local RF receiver/baseband out intelligent device system. The local RF receiver/baseband out intelligent device system includes at least one addressable device having at least one input and at least one output, a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of an intelligent device, and the intelligent device that receives, from the BUD, a modulated RF signal carrying at least a digital signal portion thereon. The intelligent device splits the IP signal portion from a non-IP signal portion, and removes the modulated RF carrier from the digital signal portion before sending the digital signal portion to the input of at least one of the addressable devices, and sending the non-IP signal portion to a standard outlet. The intelligent device may include at least one DSP that controls the demodulation and

US 8,984,565 B2

3

filtering. Additionally, the local RF receiver/baseband out intelligent device may include wireless capability.

An intelligent device system may also be, for example, an intelligent device system for remote sending. The intelligent device system for remote sending preferably includes at least one incoming signal generator, wherein an incoming signal generated includes at least a IP signal portion, a BUD that receives the incoming signal at at least one input port, and that includes at least one output port, and a remote send intelligent device that generates a modulated RF signal carrying the IP signal portion thereon. The remote send intelligent device may include an RF channel detector that detects the RF channels in use and a DSP that receives the RF channel in use information from the RF channel detector, and that receives traffic data from a traffic sensor. The DSP uses the RF channel-in-use information to select the RF carrier, and, if desired, the RF carrier channel width, and, if desired, the RF guardband width, for the incoming signal, and uses the traffic data to select at least one of at least one modulator to condition each incoming signal. Additionally, the remote send intelligent device may include wireless capability.

An intelligent device system may also be, for example, an intelligent device system for local sending and receiving. The intelligent device system for local sending and receiving preferably includes at least one addressable device having at least one input and at least one output, wherein at least one of the addressable devices generates an incoming signal, wherein the incoming signal includes at least a IP signal portion, an intelligent device that generates modulated RF signal carrying the IP signal portion thereon, and a BUD that receives the modulated RF signal. The intelligent device receives a modulated RF signal carrying, at least, the digital signal portion thereon from the BUD, and splits the IP signal portion from a non-IP signal portion. The intelligent device then removes the RF carrier from the IP signal portion and sends the IP signal portion to the input of at least one of the addressable devices, and sends the non-IP signal portion to a standard outlet. The intelligent device for local sending and receiving may additionally include wireless capability.

The present invention is also directed to several methods for transmitting digital information on a RF carrier through a wideband signal distribution network. The first method includes providing at least one addressable device having at least one input and at least one output, sending a signal to a BUD from the output of said at least one addressable device, which signal includes at least a IP signal portion, receiving from the BUD at an intelligent device, a modulated RF signal carrying the, at least, digital signal portion thereon, splitting and filtering by the intelligent device of the IP signal portion from a non-IP signal portion, removing, by the intelligent device, the RF carrier from the IP signal portion, sending, by the intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet. A wireless capability may also be included.

The present invention is also directed to a second method for transmitting digital information on a RF carrier through a wideband signal distribution network. The method includes providing at least one addressable device having at least one input and at least one output, generating, by at least one of said addressable devices, of an incoming signal, wherein the incoming signal includes at least an IP signal portion, generating a RF modulated RF signal carrying the IP signal portion thereon, receiving, at a BUD, the modulated RF signal, receiving, at an intelligent device, of a modulated RF signal carrying the at least one digital signal portion thereon from the BUD, splitting and filtering, by the intelligent device, of

4

the IP signal portion from a non-IP signal portion, removing, by the intelligent device, of the RF carrier from the IP signal portion, sending, by the intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet.

The present invention is also directed to a third method for transmitting digital information on an RF carrier through a wideband signal distribution network. The method includes generating of an incoming signal, wherein the incoming signal includes at least an IP signal portion, and generating a modulated RF signal carrying the IP signal portion thereon.

The present invention solves problems experienced in the prior art, because the present invention provides a network of intelligent devices than enable digital video, IP voice/data/video to be modulated and demodulated onto and off of, preferably, a wideband signal distribution system, such as an analog carrier system, and further allows the splitting off of any analog signal. Further, the intelligent device network facilitates the use of, for example, the existing EIA/TIA 568 standard wiring infrastructure in particular environments, such as office buildings, to significantly increase the information throughput, and eliminates the need to rewire a building or add expensive optoelectronic equipment to increase throughput on the existing infrastructure. These and other advantages will be apparent to those skilled in the art from the detailed description hereinbelow.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

For the present invention to be clearly understood and readily practiced, the present invention will be described in conjunction with the following figures, wherein:

FIG. 1 is a block diagram illustrating a wideband signal distribution system used in a display environment;

FIG. 1A is a block diagram illustrating a wideband. distribution system configuration;

FIG. 2 is a block diagram illustrating a local RF receiver/baseband out intelligent device system for use in sending baseband information to a wideband signal distribution system and receiving digital and non-digital information from the wideband signal distribution system;

FIG. 3 is a block diagram illustrating a typical BUD unit;

FIG. 4 is a block diagram illustrating an intelligent device system for the remote sending of digital information using RF modulation;

FIG. 5 is a block diagram illustrating an intelligent device system for use in local sending of digital information and receiving of digital and non-digital information using RF modulation;

FIG. 6 is a block diagram illustrating an intelligent device system including wireless capability; and

FIG. 7 is a block diagram illustrating a send and receive intelligent device system including wireless transmission.

FIG. 8 is a block diagram illustrating a remote send intelligent digital system including wireless capability.

DETAILED DESCRIPTION OF THE INVENTION

It is to be understood that the figures and descriptions of the present invention have been simplified to illustrate elements that are relevant for a clear understanding of the present invention, while eliminating, for purposes of clarity, many other elements found in a typical data distribution system. Those of ordinary skill in the art will recognize that other elements are desirable and/or required in order to implement

US 8,984,565 B2

5

the present invention. However, because such elements are well known in the art, and because they do not facilitate a better understanding of the present invention, a discussion of such elements is not provided herein.

Digital transmission systems, including digital networks such as direct broadcast satellite, cellular telephone, personal communications service, wireless cable, cellular wireless cable, paging and wireless local loop, often employ analog waveforms, such as RF carrier waveforms, as a physical-layer transport mechanism for the baseband, i.e. the information carrying, waveform, as is known in the art. In such an instance, the baseband waveform is super-imposed on a higher-energy waveform to thereby allow for. travelling of the baseband information over greater distances than would otherwise be possible with the baseband information alone.

Historically, cable TV, broadcast TV, analog cellular, analog paging and AM/FM radio, for example, have comprised analog signals that traveled on modulated RF carriers, which modulated signals have comprised, for example, signals in the frequency range of 5 MHz to beyond 1 GHz. Additionally, traditional local analog signals have been carried'on twisted-pair wires in simple baseband form, without a modulated carrier.

Traditional baseband and multiplexed analog signals are examples of analog transmission formats. In the case of traditional baseband or multiplexed analog communication, analog signals are sent over analog transmission channels, as is known in the art. Digital carriers, such as T-1 lines, are examples of digital transmission channels for digital baseband signals. Digital baseband signals are comprised of digitized bitstreams, which bitstreams may be formed by a sampling, such as by PCM, of, for example, a voice signal, as is known in the art. In the case of digital transmission of baseband signals, digital signals are generally sent over digital transmission channels. However, both analog and digital signals can be sent using modulation carriers, such as in digital PCS and cellular telephone, DBS (direct broadcast satellite), wireless cable and cellular wireless cable, or hybrid fiber coax, for example.

PCM is an example of binary coding, a simple coding method to form a baseband digital signal in which one bit, transmitted in one second, requires one Hertz of bandwidth. More complex coding methods, known as "multilevel coding", such as quadrature amplitude modulation (QAM) or vestigial sideband (VSB), are capable of greater bandwidth efficiency than PCM. However, the more complex the coding technique, the higher the requirements for signal-to-noise ratio of the transmission channel, and, consequently, complicated techniques such as QAM could not historically be carried directly by available analog transmission techniques, such as category 5 or higher 568 wiring systems, without exceeding the FCC emission limits and therefore resulting in degradation of the data. Wideband signal distribution systems have addressed the transmission of analog data, on a carrier within a specified frequency range, using a standard wiring system such as EIA/TTA 568, with minimal signal degradation, but have not addressed the transmission of digital data on a carrier on those media.

Following coding, a signal may be modulated, as discussed hereinabove, before it is transmitted. Any single modulation carrier, at any set frequency, can have 360 different phases, each offset by one degree. Digital modulation systems, such as quadrature amplitude modulation (QAM), take advantage of this to insert digital data at defined points as the RF carrier moves through a single oscillation cycle. Digital information can be sent on an RF analog carrier using the present invention.

6

FIG. **1** is a block diagram illustrating a wideband signal distribution system **10** used in a display environment **20**. The distribution system **10** distributes signals within a specified frequency range, such as 5 MHz in excess of 1 GHz. The system of FIG. **1** can be utilized for distributing any wideband signals, which wideband signals may be any digital or analog signal, or any RF carrier signal between 5 MHz to in excess of 1 GHz, for example. The typical display environment **20** for the wideband signal distribution network includes a display **22** and a source of signals **24**, such as a VCR or cable or digital cable TV, which source may be remotely located.

A twisted pair wire cable **32** is connected to input and output ports of a BUD **38** situated in, for example, wiring closet **40**, and carries thereon the output to the monitor **22** and the input from the source **24**. The BUD is discussed further hereinbelow with respect to FIG. **3**. As used herein, "BUD" is defined as any type of unit or components for the distribution of wideband signals. The BUD **38** is connected to additional display environments **20**a via the twisted pair wire cables **42**, **44** and is cascaded to another distribution unit **46** in a second wiring closet **48** by either coaxial cables or fiber optic cables **50** connected to the distribution unit **38** through impedance matching devices **51**. It will be understood that twisted pair wire cable could be utilized depending upon the distance between the wiring closets **40**, **48**. Further, the BUD **38** may be cascaded to the distribution units **52**, **54** within the same wiring closet **40**.

FIG. **2** illustrates a local RF receiver/baseband out intelligent device system **200** for use in receiving digital and analog information on an RF carrier, which carrier may be, for example, between 5 MHz to in excess of 1 GHz, from a wideband signal distribution system, and for use in sending baseband digital information to a wideband signal distribution system **10**, such as the wideband distribution system of FIG. **1**. The local RF receiver/baseband out intelligent device system **200** includes at least one addressable device **202**, and an intelligent device **204** that includes input **206** and output **208** baluns, and, if necessary, at least one digital combiner **212**, an RF splitter **214**, at least two RF band pass filters **216**, **218**, at least one demodulator **220**, a tone detect RF level control circuit **226**, a DSP **230**, an RF Channel detector **239** and a standard outlet **232**, which, as defined herein, includes, but is not limited to, a standard RF television/computer outlet.

Each intelligent device system **200**, **400**, **500**, **600**, **700** and **800** of the present invention, in FIGS. **2**, **4**, **5**, **6**, **7** and **8** offers the advantage that a high amount of throughput can be achieved in the transmission of digital and/or analog information on an RF, for example, 5 MHz to in excess of 1 GHz, carrier.

The wideband signal distribution system **10** may allow for distribution of, for example, 29 channels, wherein each channel is 6 MHz in width, and it is known that such channels can handle analog video signals. However, where digital information can be transmitted over the RF channel, each 6 MHz channel can handle, depending on the modulation technique used, in excess of 40 megabits per second of digital information, and new modulation techniques may increase this information to, and in excess of, 100 megabits per second. This 40 megabits per second transmission allows for the transmission rate in excess of one gigabit/sec of digital information to be carried on the sum of the 29 RF channels in the wideband signal distribution system **10**. Using advanced modulation techniques will allow the wideband signal distribution system **10** to be expanded up to 60, or more, channels, thereby further increasing throughput data rate.

The wideband signal distribution system **10** functions as a passive infrastructure to distribute wideband signals modu-

7

lated onto RF carriers within a specified frequency band among a plurality of outlets **20**, which outlets may be to and/or from outlets, such as the plurality of intelligent devices **204**, **404**, **504**, **604**, **704** and **804** as used in the intelligent device systems **200**, **400**, **500**, **600**, **700** and **800** of FIGS. **2**, **4**, **5**, **6**, **7** and **8**. As used herein, wideband is defined as a signal or signal sets having an analog or digital characteristic that can be distributed on a carrier of 5 MHz to in excess of 1 GHz, for example. A wideband signal distribution system **10**, as shown in FIG. **1**A, preferably includes at least one broadband uniform distribution (BUD) unit **38**, at least one modulator and channelizer (MAC) **39**, at least one breakout box (BOB) **41**, wiring, such as twisted pair or fiber, and coaxial cable, in order to effectuate connections. Although the wideband signal distribution system **10** is the preferred transport system for the present invention, the embodiment presented herein is exemplary, and the manner of use of an equivalent component system will be apparent to those skilled in the art and is within the scope of the present invention.

A typical BUD unit **38** is illustrated in FIG. **3**. Each BUD unit **38**, **46**, **52**, **54**, such as those shown in FIG. **1**, preferably has eight input ports and eight output ports. If there are only eight outlets in the system, then a single distribution unit **38** can accommodate all the outlets. However, for more than eight outlets, at least one more distribution unit cascaded to a distribution unit **38** is required. In this situation, the distribution unit **38** is considered to be a "master" unit and the additional distribution unit is considered to be a "slave" unit, as discussed further hereinbelow. An attribute of the distribution units is that the units are preferably identical and automatically configure themselves to operate either in the master mode or in the slave mode.

The distribution unit **38**, utilizing twisted pair wire cable, includes eight input ports **62-1**, **62-2**, **62-3**, **62-4**, **62-5**, **62-6**, **62-7**, **62-8** and eight output ports **64-1**, **64-2**, **64-3**, **64-4**, **64-5**, **64-6**, **64-7**, **64-8**. Each of the ports **62**, **64** is adapted for connection to the two wires of a respective twisted pair **66**, **68**. Additionally, FIG. **3** illustrates the master/slave switch as having three parts **90**, **92**, **94**, with all of the switch parts being shown in the "slave" position. The default state of the master/ slave switch is to its master position, so that the amplifier output **80** is coupled through the switch part **90** a transmission path **95** including the equalizer **96**, which connects the amplifier output **80** to the splitter input **82**, through the switch parts **90**, **94**. At the same time, the switch part **92** couples the output of the oscillator circuit **98** to the transmission path **95** through the directional coupler **100**. Thus, when the distribution unit **38** is operated in the master mode, the signals appearing at the input ports **62** are combined, looped back, combined with an oscillator signal, and transmitted out all of the output ports **64**.

Each BUD **38** preferably includes cascade in **102** and cascade out ports, and gain and equalization control **112** to provide proper gain or attenuation of signals within the system. Additionally, the BUD preferably includes a combiner **72** for applying signals appearing at all of the input ports to the transmission path, and a splitter **84** for applying signals appearing at the transmission path to all of the output ports. When the BUD is switched to "master state", it couples the transmission path to the combiner **72** and the splitter **84**. When the BUD **38** is switched to "slave state", it couples the combiner **72** to the signal outlet instead of to the transmission path and couples the splitter **84** to the signal inlet instead of to the transmission path.

"Master state" and "slave state" switching may be done automatically through the use of a tone system. When a secondary BUD **38** is added to a system, it preferably senses a tone produced by the "master" BUD and automatically

8

switches to "slave state". In a preferred embodiment, the BUDS **38** are substantially identical and automatically configure themselves to operate when connected to the system. At least one BUD unit is connected to the intelligent device **204** of the intelligent device system **200** of FIG. **2**, and each BUD unit **38** of the present invention also includes wiring to at least two pin pairs, such as pins **3**,**4** and **7**,**8**, to thereby mirror the pins to and from the addressable device **202** of FIG. **2**.

Returning now to FIG. **2**, the local RF receiver/baseband out intelligent device system **200** includes an addressable device **202**, preferably includes at least two twisted pair of cables **240**, or coaxial cables, for example, which cabling **24Q** is shown as connected to pins **3**,**4** and pins **7**,**8**, for example, and which cabling **240** passes to and from the addressable device **202** to the intelligent device **204** of the intelligent device system **200**. The addressable device **202** may be, for example, an Ethernet card, or a NIC card, in a computer, or may be a display device that displays digital information, such as a digital television. The addressable device **202** preferably has an address, such as an IP address, assigned thereto, to allow communications directed to that particular address to be delivered thereto.

In a preferred embodiment, the twisted cable pair **240** from the addressable device **202** is preferably passed within the intelligent device **204** to at least one balun **206**, which balun **206** performs impedance matching, such as to match a balanced twisted pair system **240** to a single ended system. The balun **206** may be any device known to those skilled in the art used to perform impedance matching in RF applications. The two pair of twisted pair cable may be, for example, unshielded twisted pair cable, or may be devices known in the art capable of replacing twisted pair cable, such as optical fiber or coaxial cable.

The intelligent device **204** receives the modulated RF signal, which may include IP and non-IP signal portions thereon, via the RF system input. The intelligent device also receives at least one incoming digital signal, such as a digital IP signal, from pins **3**,**4** of the addressable device. The RF system input may be, for example, connected to the at least one BUD **38**, on pins **7**,**8**, as mentioned hereinabove, after the BUD **38** has received the incoming digital signal from pins **3**,**4**.

The modulated RF signal, including at least one digital signal, is, upon receipt at the intelligent device from the BUD **238**, preferably split into an IP portion of the incoming signal, and into a non-IP portion of the signal. The signal entering the intelligent device is preferably split by at least one RF splitter **214**, and is then differentiated according to the information frequency on the incoming carrier. For example, the non-IP portion, digital or analog, of the signal may be passed through a first band pass filter **216** that passes only the band of the RF carrier that includes the non-IP portion, and is preferably then fed to a standard RF television/computer outlet **232**. Only pre-selected RF channels, as discussed hereinabove, are allowed to pass to this standard outlet **232**.

These non-IP RF channel signals may pass through a tone detector with an RF level control circuit **226**, in order to insure that a high quality picture signal is received at the television, monitor, or PC. The tone detector with RF level control circuit **226** conditions the output RF signal to the standard RF TV/computer outlet **232** so as to not be over or under the specifications for high picture quality.

The IP portion of the modulated RF signal is fed through a second bandpass filter **218** that passes a band outside the band passed by the first bandpass filter **216**, and the IP portion modulated RF signal is then demodulated by a demodulator **220**. The bandpass filters **216**, **218** may be electronically

US 8,984,565 B2

**9**

controlled by the DSP **230**. The demodulator **220** strips the RF carrier signal from the digital baseband signal, as is known in the art. Following demodulation, the IP digital signals are combined by a digital combiner **212**, such as a multiplexer, if necessary, in order to effectuate a parallel to serial conversion. The output of the digital combiner **212** is a high speed serial digital output. The output of the digital combiner **230** is routed to at least one addressable device **202** via the output cable pair, such as pins **7** and **8**, and may be so routed via a balun **208**, if necessary, for impedance matching. The digital information is thereby provided to the addressable device **202**.

The DSP **230** (digital signal processor) of FIG. **2** is a DSP **230** as is known in the art. The DSP **230** preferably controls RF channel detection and the at least one demodulator **220**. Additionally, in a preferred embodiment, the DSP **230** controls the bandpass filters **216**, **218**.

FIG. **4** illustrates an intelligent device system **400** for the remote sending of digital transmissions using modulated R. The remote send-only intelligent device system **400** includes, external to the intelligent device **402**, a plurality of incoming signals, such as from a desktop unit or desktop video feed, which signal is at least, in part, IP data, but which may include non-IP data, a BUD **238**, and a remote send intelligent device **402** that may include a digital combiner **410**, a traffic sensor **412**, at least one modulator **414**, an RF converter section **418**, a DSP **420**, an RF system channel detector **422**, and, if necessary, input/output baluns **430** or other impedance matching hardware. The digital signal may be incoming to an input port of a BUD. This signal may exit, for example, an output port of a BUD, in a twisted pair output, for example, such as on pins **3** and **4**, and may then be passed to the remote send intelligent device **402**.

Upon receipt at the intelligent device **402**, the signal may be passed through a balun **430**, as discussed hereinabove, and is then preferably fed to a digital combiner **410**, ouch as a multiplexer. In a preferred embodiment, each signal fed to the digital combiner **410** may be, for example, ten megabits per second, and numerous signals from numerous output ports of the BUD **238** may be combined as specified according to the type of digital combiner **410** used. For example, in an embodiment wherein eight ten megabit per second channels enter an **8** way multiplexer, the signal exiting the digital combiner **410** would exit at eighty megabits per second.

The signal exiting the digital combiner **410** is sent to a modulator bank **414** including at least one modulator, and the signal entering the modulator bank **414** is preferably measured via a traffic sensor **412** to determine if the information volume is greater than the normal capacity of, for example, a single modulator. If the volume is greater, the DSP **420** will, in turn, direct the incoming data to as many modulators as necessary to modulate all data from the combiner **410**. The traffic sensor **412** may additionally feed information to, or receive information from, the DSP **420**, in order to effectuate the decision of the modulators to be used. The DSP **420** is discussed further hereinbelow.

The at least one modulator **414** communicatively connected to the traffic sensor **412** conditions the signal to a modulated digital signal via methods known to those skilled in the art, such as QAM modulation. The output of the modulator **414** is then modulated to a set carrier channel frequency by an RF converter section **418**, which RF converter section **418** may consist of, for example, oscillators, amplifiers, combiners, channel selectors, and channel width adjustors.

The digital signal processor (DSP) **420** is a DSP as is known in the art, and determines the number of modulators, or the channel width or widths, needed to modulate the signal

**10**

incoming to the traffic sensor **412**, as well as the number of RF channels, and which RF channels, on which the output of the modulator or modulators is modulated. Note that, for example, where QAM modulation is used, QAM modulation is generally 40 megabits per second, per 6 MHz RF channel, thus requiring the use of two 6 MHz RF channels in order to modulate the 80 megabits per second coming from the digital combiner in the exemplary embodiment hereinabove. The RF channel frequency is selected from at least two available frequency channels. However, the channel width can, for example, be increased from 6 MHz per channel to 12 MHz per channel in order to accommodate, for example, the 80 megabits per second digital stream, if adjacent channel space is available or unused. Further, through the use of an RF system channel detector **422**, the DSP **420** is updated as to the channels that are currently in use by the wideband signal distribution system, thereby indicating the channels and bandwidth that are currently available for use by the system. The DSP **240** may additionally place a guardband between channels, or perform other signal conditioning functions, and may be the same DSP, or a different DSP, than that in FIG. **2**,**4**, **5**, **6**, **7** or **8**.

FIG. **5** is a block diagram illustrating an intelligent device system **500** for use in local sending and receiving in the generation of at least one digital signal on a modulated RF signal. The local send and receive intelligent device system **500** includes certain of the devices of FIGS. **2** and **4**.

The system of FIG. **5** preferably includes a plurality of addressable devices **202**, such as Ethernet or NIC cards, or digital display devices, as discussed hereinabove with respect to FIG. **2**, which addressable devices **202** are preferably located at, for example, a desktop location. In a preferred embodiment, wherein twisted pair cable is used, two unused pin pairs, such as pins **1**,**2** and **7**,**8**, are used to send and receive signals between the addressable device **202** and the intelligent device **502**. The plurality of unused twisted pairs, such as pins **1**,**2** and **7**,**8** of each addressable device **202**, are then connected into an intelligent device **502**, such as the local send and receive intelligent device **502**, and may pass within the intelligent device **502** to at least one balun **504**, for impedance matching.

The signals incoming from each of the addressable devices **202** are combined by a digital combiner **410**, and passed through a traffic sensor **412**, at least one modulator **414**, and an RF converter section **418**. The traffic sensor **412**, at least one modulator **414**, and RF converter section **418** may be controlled by, or be in communication with, a DSP **420**, substantially as discussed hereinabove with respect to FIG. **4**. Further, an RF system channel detector is preferably in communication with the DSP **420** in order to update the DSP **420** as to the RF channels in use and available.

The output of the RF converter section **418** is preferably impedance matched to a BUD **38**, and feeds the signal exiting the RF converter section **418** to the BUD input port or ports. The BUD output port or ports then feed an RF splitter **214**, which splits the signal entering the intelligent device **502**, and the signal is then differentiated according to the information frequency on the incoming carrier. The RF splitter **214** sends the information of the RF channels in use to the RF system channel detector **239**. The modulated RF signal is preferably differentiated into an IP portion, i.e. a digital data portion, of the incoming signal, and into a non-IP portion of the signal, according to the information frequency on the incoming carrier. In an embodiment wherein this differentiation is performed by at least two bandpass filters **216**, **218**, the bandpass filters may be electronically controlled by the DSP **420**. The non-IP portion, digital/analog, of the signal is passed through

US 8,984,565 B2

11

a bandpass filter **216** and is preferably then fed to a standard RF television/computer outlet **232**. Only pre-selected RF channels, or electronically selected RF channels selected by, for example, a DSP **420**, as discussed hereinabove, are allowed to pass to the RF television/computer outlet **232**, such as, for example, any or all of the **29** channels provided using the wideband distribution system **210**.

The non-IP RF channel signals may pass through a tone detector with an RF level control circuit **226**, in order to insure that a high quality picture signal is received at the television/ computer **232**. The tone detector with RF level control circuit situates the output RF signal to the standard RF television/ computer outlet to not be over or under the limitations for proper picture display.

The IP portion of the modulated RF signal is fed through a second bandpass filter **218** that passes a band outside the band passed by the first bandpass filter **216**, and the IP portion is then demodulated by at least one demodulator **220**. The demodulator **220** strips the RF carrier signal from the digital baseband signal, as is known in the art. Following demodulation, the digital signals may be combined by a digital combiner **212**, such as a multiplexer, in order to effectuate a parallel to serial conversion. The output of the digital combiner **212** is a high speed serial digital output, on the order of, for example, up to, or in excess of, several Gbit/sec. The output of the digital combiner **212** is then preferably routed to a splitter, which splitter feeds an outgoing signal to the input pin pairs, such as pins **7** and **8**, of at least one addressable device **202**. The input cable pair to the addressable device **202**, such as pins **7** and **8**, may be routed via a balun, if necessary, for impedance matching.

FIG. **6** is a block diagram illustrating an intelligent device system including wireless transmission **600**. The intelligent device system of FIG. **6** operates substantially in accordance with FIG. **2** discussed hereinabove, for example, and additionally includes a transcoder **602** for sending transmissions from the RF splitter **214** to the wireless port **604**, and a wireless demodulator **606** for receiving transmissions from the wireless port **604** and sending those received wireless transmissions to the digital combiner **212** for entry to the BUD **38**. The RF splitter **214** sends the signal to a third bandpass filter **610** that passes only the RF channels having wireless information thereon, and the transcoder **602** converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port **604**. The wireless port **604** may include, for example, a wireless antenna.

FIG. **7** is a block diagram illustrating a send and receive intelligent device system **700** including wireless transmission. The intelligent device system **700** of FIG. **7** operates substantially in accordance with the system of FIG. **5**, for example, and additionally includes a transcoder **702** for sending transmissions from the RF splitter **214** to the wireless port **704**, and a wireless demodulator **706** for receiving transmissions from the wireless port **704** and sending those received wireless transmissions to the digital combiner **410**. The RF splitter **214** sends the signal to a third bandpass filter **710** that passes only the RF channels having wireless information thereon, and the transcoder **702** converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port **704**. The wireless port **704** may include, for example, a wireless antenna.

FIG. **8** is a block diagram illustrating an intelligent device system **800** including wireless transmission. The intelligent device system of FIG. **8** operates substantially in accordance with FIG. **4** discussed hereinabove, for example, and addi-

12

tionally includes a transcoder **802** for sending transmissions from the RF splitter **804** to the wireless port **806**, and a wireless port **806** for sending those received wireless transmissions to the digital combiner **410** for entry to the BUD **38**. The RF splitter **804** sends the signal to a first bandpass filter **810** that passes only the RF channels having wireless information thereon, a second bandpass filter **812** passes the non-wireless information, and the transcoder **802** converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port **806**. The wireless port **806** may include, for example, a wireless antenna. Additionally, a demodulator **820** demodulates wireless information for entry to the digital combiner **410**.

Those of ordinary skill in the art will recognize that many modifications and variations of the present invention may be implemented. The foregoing description and the following claims are intended to cover all such modifications and variations.

The invention claimed is:

1. An intelligent device for transmitting information on a modulated RF signal, comprising:

a non-transitory computer-readable recording medium having instructions recorded thereon; and

a processor, by executing the instructions recorded on the computer-readable recording medium, being configured to:

receive a digital stream containing digital information, the digital information containing at least one destination address to which the digital information is to be sent;

receive channel in use information identifying which dynamically allocated RF channels are currently being used in a wideband signal distribution system;

receive traffic information identifying an information throughput of the received digital information;

determine which dynamically allocated RF channels are available to carry the digital information, from among a plurality of RF channels contained in a modulated RF signal, based on the RF channels which are identified in the channel in use information as not currently being used in the wideband signal distribution system;

determine a number of dynamically allocated RF channels from among the plurality of RF channels contained in the modulated RF signal on which to carry the received digital information based on the information throughput of the digital information and the information capacity of a single RF channel;

instruct the modulator unit to distribute the received digital information across at least two dynamically allocated RF channels by modulating the received digital information into at least two dynamically allocated RF channels to be output to the wideband signal distribution system, when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel;

instruct the modulator unit on which specific dynamically allocated RF channels from among the plurality of RF channels to carry the digital information in the modulated RF signal based on the determined number of dynamically allocated RF channels on which to carry the digital information, the at least one destination address contained in the digital information, and the determined available dynamically allocated RF channels which are not currently being used in the wideband signal distribution system; and

instruct the modulator unit to output the at least two dynamically allocated RF channels over which the

**13**

received digital information is distributed to the wideband signal distribution system.

**2**. The intelligent device of claim **1**, wherein:

the received digital information contains at least one source address identifying at least one addressable device from which the digital information was received;

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital information in the modulated RF signal, based on the determined number of RF channels on which to carry the digital information, the at least one source address contained in the digital information, the at least one destination address contained in the digital information, and the determined available dynamically allocated RF channels which are not currently being used in the wideband signal distribution system.

**3**. The intelligent device of claim **1**, wherein the processor is configured to select a number of a plurality of modulators included in the modulator unit respectively corresponding to the determined number of RF channels on which to carry the digital information for modulating the digital information based on the information throughput of the digital information and a respective capacity of each one of the plurality of modulators.

**4**. The intelligent device of claim **1**, wherein the processor is configured to select each dynamically allocated RF channel to be used to carry the received digital information, an RF carrier channel width, and a RF guardband width for carrying the digital information in the modulated RF signal, based on the information throughput of the digital information, the at least one destination address contained in the digital information, and the determined available dynamically allocated RF channels which are not currently being used in the wideband signal distribution system.

**5**. The intelligent device of claim **1**, wherein the processor is configured to instruct at least two modulators of the modulator unit to modulate the received digital information into the at least two separate dynamically allocated RF channels when the traffic information indicates that the information throughput of the digital information exceeds the information capacity of a single RF channel.

**6**. The intelligent device of claim **1**, wherein the processor is configured to instruct the modulator unit to modulate the received digital information received by the input into at least one RF channel when the traffic information indicates that the information throughput of the received digital information does not exceed the information capacity of a single RF channel, and to output a modulated RF signal containing the at least one RF channel to the wideband signal distribution system.

**7**. A signal distribution system comprising:

the intelligent device of claim **1**;

at least one addressable device connected to the intelligent device and configured to transmit the digital information to the intelligent device; and

a wideband signal distribution system connected to the intelligent device and configured to receive the modulated RF signal outputted by the modulator unit of the intelligent device.

**8**. The intelligent device of claim **1**, comprising:

a wireless receiver configured to receive a wireless signal carrying digital information thereon;

at least one wireless demodulator configured to demodulate the digital information carried on the wireless signal; and

a combiner configured to combine the digital information received from the at least one addressable device with

**14**

the digital information demodulated by the at least one wireless demodulator into a digital information stream to be modulated by the modulator unit.

**9**. A signal distribution system comprising:

the intelligent device of claim **8**;

a wideband signal distribution system connected to the intelligent device and configured to receive the modulated RF signal from the intelligent device; and

at least one addressable device configured to transmit the wireless signal to the wireless receiver of the intelligent device.

**10**. The intelligent device of claim **1**, comprising:

a converter configured to convert a wireless portion contained in the digital information modulated by the modulator unit into a wireless signal; and

a wireless transmitter configured to transmit the wireless signal to a device configured to receive the wireless signal.

**11**. The intelligent device of claim **1**, wherein the received digital information is first digital information containing at least one first destination address, and wherein the processor is configured to:

receive second digital information separate from the first digital information containing at least one second destination address;

instruct a combiner to combine the received first and second digital information into a digital information stream;

measure an information throughput of the digital information stream combined by the combiner, and to generate the traffic information to identify the information throughput of the digital information stream;

instruct the modulator unit to modulate the digital information stream into the at least two separate dynamically allocated RF channels when the traffic information indicates that the information throughput of the digital information stream exceeds an output capacity of a single RF channel;

instruct the modulator unit on which specific dynamically allocated RF channels to carry the digital information in the modulated RF signal based on the determined number of dynamically allocated RF channels on which to carry the digital information, the at least one first destination address and the at least one second destination address contained in the digital information stream, and the determined available dynamically allocated RF channels which are not currently being used in the wideband signal distribution system; and

output the modulated RF signal containing the at least two separate dynamically allocated RF channels on which the digital information stream is modulated to the wideband signal distribution system.

**12**. An intelligent device for bi-directional distribution of modulated RF signals, comprising:

a non-transitory computer-readable recording medium having instructions recorded thereon; and

a processor, by executing the instructions recorded on the computer-readable recording medium, being configured to:

receive a first modulated RF signal containing multiple channels from a wideband signal distribution system;

instruct a demodulator unit to demodulate at least two channels contained in the first modulated RF signal when channel in use information identifies the at least two channels as containing information addressed to at least one addressable device;

US 8,984,565 B2

**15**

instruct a first combiner to combine the at least two channels demodulated by the demodulator unit into a first digital information stream when the channel in use information identifies the at least two channels as containing information addressed to the at least one addressable device, and to output the first digital information stream to the at least one addressable device;

receive a digital stream containing digital information;

measure an information throughput of the digital information contained in the received digital stream and generate traffic information identifying the information throughput of the received digital information;

instruct a modulator unit to distribute the digital information contained in the received digital stream across at least two separate RF channels by modulating the digital information into the at least two separate RF channels when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel; and

output a second modulated RF signal containing the at least two separate RF channels to a wideband signal distribution system.

**13**. The intelligent device of claim **12**, wherein the processor is configured to receive the channel in use information as part of the first modulated RF signal.

**14**. The intelligent device of claim **12**, wherein the processor is configured to:

instruct a plurality of demodulators in the demodulator unit to demodulate a respective one of the channels contained in the first modulated RF signal; and

instruct the demodulators of the demodulator unit respectively corresponding to the at least two channels containing information addressed to the at least one addressable device to demodulate the at least two channels, respectively, based on the channels identified in the channel in use information that contain information addressed to the at least one addressable device.

**15**. The intelligent device of claim **14**, wherein:

the processor is configured to access a respective address of each one of the at least one addressable device; and

the processor is configured to instruct the demodulator unit which channels contained in the first modulated RF signal are to be demodulated by comparing the channel in use information with the respective address of each one of the at least one addressable device, and to instruct the demodulators of the demodulator unit respectively corresponding to the channels containing information respectively addressed to the each one of the at least addressable device to respectively demodulate the channels containing information addressed to the each one of the at least one addressable device.

**16**. The intelligent device of claim **12**, wherein the processor is configured to instruct at least one demodulator of the demodulator unit to demodulate the at least two channels in the first modulated RF signal containing information addressed to the at least one addressable device.

**17**. The intelligent device of claim **12**, wherein the processor is configured to:

receive the channel in use information;

detect each channel contained in the received first modulated RF signal that includes information addressed to the at least one addressable device;

instruct a respective address of each one of the at least one addressable device; and

detect each channel contained in the received first modulated RF signal that includes information addressed to

**16**

the at least one addressable device in accordance with the respective address of each addressable device.

**18**. The intelligent device of claim **12**, wherein the processor is configured to detect each channel contained in the first modulated RF signal that includes information addressed to the at least one addressable device.

**19**. The intelligent device of claim **18**, wherein the processor is configured to:

receive the channel in use information identifying each channel that includes information addressed to the at least one addressable device; and

detect each channel contained in the received first modulated RF signal that includes information addressed to the at least one addressable device in accordance with the respective address of each addressable device.

**20**. The intelligent device of claim **18**, wherein the processor is configured to receive the traffic information, determine a number of channels on which to carry the received digital information, and instruct the modulator unit of the number of channels on which to carry the digital information in the second modulated RF signal, based on the information throughput of the digital information and the information capacity of a single RF channel.

**21**. The intelligent device of claim **20**, wherein:

the channel in use information identifies RF channels being used in the first modulated RF signal; and

the processor is configured to select each channel to be used to carry the received digital information based on the traffic information generated by the traffic sensor and the channel in use information generated by the detector.

**22**. The intelligent device of claim **21**, wherein the processor is configured to select an RF carrier channel width, and a RF guardband width for carrying the received digital information in the second modulated RF signal, based on the information throughput of the digital information and the channel in use information generated by the detector.

**23**. The intelligent device of claim **18**, wherein the processor is configured to instruct at least two demodulators in the demodulator unit respectively corresponding to the at least two channels containing information addressed to the at least one addressable device to demodulate the at least two channels, respectively, based on the channels identified in the channel in use information that contain information addressed to the at least one addressable device.

**24**. The intelligent device of claim **18**, wherein:

the received first modulated RF signal includes channel identification information identifying the channels contained in the first modulated RF signal; and

the processor is configured to detect each channel contained in the received first modulated RF signal that includes information addressed to the at least one addressable device based on the channel identification information included in the first modulated RF signal.

**25**. The intelligent device of claim **12**, wherein the processor is configured to instruct the modulator unit to modulate the digital information received by the second input into at least one RF channel when the traffic information indicates that the information throughput of the received digital information does not exceed the information capacity of a single RF channel, and to output a third modulated RF signal containing the at least one RF channel to the wideband signal distribution system.

**26**. The intelligent device of claim **12**, wherein:

when the channel in use information identifies a single channel of the first modulated RF signal as containing information addressed to the at least one addressable

17
18

device, the processor is configured to instruct the demodulator unit to demodulate at least the single channel; and

the processor is configured to output the single channel demodulated by the demodulator unit to the at least one addressable device when the channel in use information identifies the single channel as containing information addressed to the at least one addressable device.

**27**. The intelligent device of claim **12**, wherein the processor is configured to receive the traffic information, determine a number of channels on which to carry the received digital information, and instruct the modulator unit of the number of channels for carrying the received digital information in the second modulated RF signal, based on the information throughput of the digital information and the information capacity of a single RF channel.

**28**. The intelligent device of claim **27**, wherein the processor is configured to select a number of a plurality of modulators of the modulator unit respectively corresponding to the determined number of RF channels on which to carry the received digital information for modulating the digital information based on the information throughput of the digital information and a respective capacity of each one of the plurality of modulators.

**29**. The intelligent device of claim **12**, wherein:

the intelligent device is connected to a plurality of addressable devices each having a respectively unique address; and

the processor is configured to combine at least two channels demodulated by the demodulator unit and output a respective digital information stream containing the combined at least two channels to at least one of the plurality of addressable devices to which information contained in the received first modulated RF signal is addressed, respectively.

**30**. The intelligent device of claim **12**, wherein at least one of the first modulated RF signal and the second modulated RF signal is of a frequency in the range of 5 MHz to in excess of 1 GHz.

**31**. The intelligent device of claim **12**, wherein:

the first modulated RF signal contains at least one channel carrying an IP portion and at least one channel carrying a non-IP portion; and

the intelligent device comprises a separation unit configured to separate the at least one channel carrying the IP portion from the at least one channel carrying the non-IP portion, transmit the at least one channel carrying the IP portion to the demodulator unit, and transmit the at least one channel carrying the non-IP portion to an outlet.

**32**. The intelligent device of claim **31**, wherein the outlet is connectable to at least one of a video receiver and a device having an IP address assignable thereto.

**33**. The intelligent device of claim **31**, comprising:

an RF level control circuit configured to adjust the non-IP portion of the first modulated RF signal to be within a predetermined specification quality range before the non-IP portion is transmitted to the outlet.

**34**. The intelligent device of claim **31**, wherein the separation unit comprises:

a first bandpass filter configured to pass a first band of the first modulated RF signal carrying the non-IP portion; and

a second bandpass filter configured to pass a second band of the first modulated RF signal carrying the IP portion,

wherein the second band passed by the second bandpass filter is outside the first band passed by the first bandpass filter, and

wherein the processor is configured to control the first and second bands respectively passed by the first and second bandpass filters based on the channel in use information.

**35**. The intelligent device of claim **12**, wherein the processor is configured to instruct the modulator unit to modulate the received digital information into at least one RF channel when the traffic information indicates that the information throughput of the received digital information does not exceed the information capacity of a single RF channel, and to output a third modulated RF signal containing the at least one RF channel to the wideband signal distribution system.

**36**. A signal distribution system comprising:

the intelligent device of claim **12**;

the wideband signal distribution system being connected to the intelligent device, and configured to transmit the first modulated RF signal to the intelligent device and to receive the second modulated RF signal from the intelligent device; and

the at least one addressable device being connected to the intelligent device, and configured to receive the first digital information stream output from the first combiner of the intelligent device, and to transmit the digital information to the second input of the intelligent device.

**37**. The intelligent device of claim **12**, comprising:

a converter configured to convert at least one of the channels contained in the first modulated RF signal into a first wireless signal;

a wireless transmitter configured to transmit the first wireless signal to a device configured to receive the first wireless signal;

a wireless receiver configured to receive a second wireless signal carrying digital information thereon;

at least one wireless demodulator configured to demodulate the digital information carried on the second wireless signal; and

a second combiner configured to combine the digital information received from the at least one addressable device with the digital information demodulated by the at least one wireless demodulator into a second digital information stream to be modulated by the modulator unit.

**38**. A signal distribution system comprising:

the intelligent device of claim **37**;

the wideband signal distribution system being connected to the intelligent device, and configured to transmit the first modulated RF signal to the intelligent device and to receive the second modulated RF signal from the modulator unit of the intelligent device; and

the at least one addressable device,

wherein the at least one addressable device is configured to at least one of receive the first wireless signal from the wireless transmitter of the intelligent device and transmit the second wireless signal to the wireless receiver of the intelligent device.

**39**. The intelligent device of claim **12**, wherein:

the received digital information is first digital information;

the processor is configured to receive second digital information separate from the first digital information;

the processor is configured to instruct a combiner to combine the received first and second digital information into a second digital information stream;

the processor is configured to measure an information throughput of the combined second digital information, and generate the traffic information to identify the information throughput of the second digital information stream; and

the processor is configured to instruct the modulator unit to modulate the second digital information stream into the

US 8,984,565 B2

**19**

at least two separate RF channels when the traffic information indicates that the information throughput of the second digital information stream exceeds an output capacity of a single RF channel, and to output the second modulated RF signal containing the at least two separate RF channels on which the second digital information stream is modulated to the wideband signal distribution system.

**40**. The intelligent device of claim **12**, wherein the processor is configured to determine a number of RF channels on which to carry the received digital information based on the information throughput of the digital information and the information capacity of a single RF channel, and to instruct the modulator unit to modulate the received digital information into at least two channels when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel.

**41**. The intelligent device of claim **40**, wherein:

the received digital information contains at least one destination address to which the digital information is to be sent; and

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital information in the modulated RF signal based on the determined number of RF channels on which to carry the digital information and the at least one destination address contained in the digital information.

**42**. The intelligent The intelligent device of claim **41**, wherein:

the received digital information contains at least one source address identifying at least one addressable device from which the digital information was received; and

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital information in the modulated RF signal, based on the determined number of RF channels on which to carry the digital information, the at least one source address contained in the digital information, and the at least one destination address contained in the digital information.

**43**. An intelligent device for transmitting information on a modulated RF signal, comprising:

a non-transitory computer-readable recording medium having instructions recorded thereon; and

a processor, by executing the instructions recorded on the computer-readable recording medium, being configured to:

receive a digital stream containing digital information to be sent to a wideband distribution system;

receive RF channel in use information identifying (i) which dynamically allocated RF channels, from among multiple channels contained in a modulated RF signal transmitted from the wideband signal distribution system, are currently being used in the wideband signal distribution

**20**

system and (ii) which of the currently in use dynamically allocated RF channels are carrying digital information thereon;

receive traffic information identifying the information throughput of the received digital information;

determine which dynamically allocated RF channels are available to carry the received digital information, from among a plurality of RF channels, based on the RF channels which are identified in the RF channel in use information as not currently being used in the wideband signal distribution system;

control a modulator unit to distribute the received digital information across at least two separate dynamically allocated RF channels, from among the multiple channels contained in the modulated RF signal transmitted from the wideband signal distribution system, that are determined to carry digital information thereon and that are detected to be currently available, by modulating the received digital information into at the least two separate dynamically allocated RF channels, based on the indication of channels which carry digital information in the RF channel in use information received by the processor, when the traffic information indicates that the information throughput of the digital information exceeds an information capacity of a single RF channel;

instruct the modulator unit on which specific dynamically allocated RF channels to carry the digital information in the modulated RF signal based on the determined number of dynamically allocated RF channels on which to carry the digital information, and the indication of RF channels which carry digital information among the determined available RF channels as identified in the RF channel in use information received by the processor, and

control the modulator unit to output a modulated RF signal containing the at least two separate dynamically allocated RF channels to the wideband signal distribution system.

**44**. The intelligent device of claim **43**, wherein:

the received digital information contains at least one source address identifying at least one addressable device from which the digital information was received, and at least one destination address to which the digital information is to be sent; and

the processor is configured to instruct the modulator unit on which specific RF channels to carry the digital information in the modulated RF signal, based on the determined number of RF channels on which to carry the digital information, the indication of channels which carry digital information in the channel in use information received by the processor, the at least one source address contained in the digital information, and the at least one destination address contained in the digital information.

*    *    *    *    *

EXHIBIT D

Superseded
by a later version of this document

# Data-Over-Cable Service Interface Specifications
# DOCSIS 3.0

## MAC and Upper Layer Protocols Interface Specification

## CM-SP-MULPIv3.0-I01-060804

**ISSUED**

**Notice**

This DOCSIS specification is a cooperative effort undertaken at the direction of Cable Television Laboratories, Inc. (CableLabs®) for the benefit of the cable industry. Neither CableLabs, nor any other entity participating in the creation of this document, is responsible for any liability of any nature whatsoever resulting from or arising out of use or reliance upon this document by any party. This document is furnished on an AS-IS basis and neither CableLabs, nor other participating entity, provides any representation or warranty, express or implied, regarding its accuracy, completeness, or fitness for a particular purpose.

© Copyright 2006 Cable Television Laboratories, Inc.

All rights reserved.

Defs-Joint-Prod0013532

# Document Status Sheet

| | |
|---|---|
| **Document Control Number:** | CM-SP-MULPIv3.0-I01-060804 |
| **Document Title:** | MAC and Upper Layer Protocols Interface Specification |
| **Revision History:** | I01 – Released 08/04/06 |
| **Date:** | August 4, 2006 |
| **Status:** | ~~Work in Progress~~    ~~Draft~~    Issued    ~~Closed~~ |
| **Distribution Restrictions:** | ~~Author Only~~    ~~CL/Member~~    ~~CL/Member/Vendor~~    Public |

## Key to Document Status Codes:

| | |
|---|---|
| **Work in Progress** | An incomplete document, designed to guide discussion and generate feedback that may include several alternative requirements for consideration. |
| **Draft** | A document in specification format considered largely complete, but lacking review by Members and vendors. Drafts are susceptible to substantial change during the review process. |
| **Issued** | A stable document, which has undergone rigorous member and vendor review and is suitable for product design and development, cross-vendor interoperability, and for certification testing. |
| **Closed** | A static document, reviewed, tested, validated, and closed to further engineering change requests to the specification through CableLabs. |

## Trademarks:

DOCSIS®, eDOCSIS™, PacketCable™, CableHome®, CableOffice™, OpenCable™, OCAP™, CableCARD™, M-CMTS™, and CableLabs® are trademarks of Cable Television Laboratories, Inc.

Defs-Joint-Prod0013533

Defs-Joint-Prod0013534

# Contents

1   **SCOPE** ......................................................................................................................................... 1

   1.1   INTRODUCTION AND PURPOSE ...................................................................................................... 1
   1.2   BACKGROUND ............................................................................................................................. 1
      1.2.1   Broadband Access Network ................................................................................................ 1
      1.2.2   DOCSIS Network and System Architecture ....................................................................... 1
      1.2.3   Service Goals ...................................................................................................................... 3
      1.2.4   Statement of Compatibility ................................................................................................. 3
      1.2.5   Reference Architecture ....................................................................................................... 4
      1.2.6   DOCSIS 3.0 Documents ...................................................................................................... 4
   1.3   REQUIREMENTS ........................................................................................................................... 5
   1.4   CONVENTIONS ............................................................................................................................. 5
   1.5   ORGANIZATION OF DOCUMENT .................................................................................................... 5

2   **REFERENCES** .............................................................................................................................. 7

   2.1   NORMATIVE REFERENCES ........................................................................................................... 7
   2.2   INFORMATIVE REFERENCES ....................................................................................................... 10
   2.3   REFERENCE ACQUISITION .......................................................................................................... 10

3   **TERMS AND DEFINITIONS** ................................................................................................... 11

4   **ABBREVIATIONS AND ACRONYMS** .................................................................................. 26

5   **OVERVIEW AND THEORY OF OPERATIONS** .................................................................. 32

   5.1   DOCSIS 3.0 MULPI KEY FEATURES ......................................................................................... 32
   5.2   TECHNICAL OVERVIEW ............................................................................................................. 32
      5.2.1   CMTS and CM Models ...................................................................................................... 33
      5.2.2   DOCSIS MAC Operation .................................................................................................. 38
      5.2.3   Multicast Operation .......................................................................................................... 44
      5.2.4   Network and Higher Layer Protocols .............................................................................. 45
      5.2.5   CM and CPE Provisioning and Management ................................................................... 45
      5.2.6   Relationship to the Physical HFC Plant Topology ........................................................... 46
      5.2.7   Cable Modem Service Group (CM-SG) ............................................................................ 49
      5.2.8   CMTS Downstream Service Model Example ..................................................................... 55

6   **MEDIA ACCESS CONTROL SPECIFICATION** ................................................................. 57

   6.1   INTRODUCTION .......................................................................................................................... 57
      6.1.1   Overview ............................................................................................................................ 57
      6.1.2   Definitions ......................................................................................................................... 57
      6.1.3   Future Use .......................................................................................................................... 61
   6.2   MAC FRAME FORMATS ............................................................................................................. 61
      6.2.1   Generic MAC Frame Format ............................................................................................ 61
      6.2.2   Packet-Based MAC Frames .............................................................................................. 65
      6.2.3   ATM Cell MAC Frames ..................................................................................................... 67
      6.2.4   MAC-Specific Headers ...................................................................................................... 67
      6.2.5   Extended MAC Headers ..................................................................................................... 72
   6.3   SEGMENT HEADER FORMAT ...................................................................................................... 81
   6.4   MAC MANAGEMENT MESSAGES ............................................................................................... 82
      6.4.1   MAC Management Message Header .................................................................................. 82
      6.4.2   Time Synchronization (SYNC) .......................................................................................... 85
      6.4.3   Upstream Channel Descriptor (UCD) .............................................................................. 86
      6.4.4   Upstream Bandwidth Allocation Map (MAP) .................................................................. 98
      6.4.5   Ranging Request Messages .............................................................................................. 101

Defs-Joint-Prod0013535

# Figures

FIGURE 1–1 - THE DOCSIS NETWORK ........................................................................................................... 2
FIGURE 1–2 - TRANSPARENT IP TRAFFIC THROUGH THE DATA-OVER-CABLE SYSTEM ................................... 3
FIGURE 1–3 - DATA-OVER-CABLE REFERENCE ARCHITECTURE......................................................................... 4
FIGURE 5–1 - INTEGRATED CMTS NETWORK DIAGRAM .............................................................................. 34
FIGURE 5–2 - MODULAR CMTS NETWORK DIAGRAM ................................................................................. 35
FIGURE 5–3 - CMTS INTERNAL FORWARDING MODEL ................................................................................. 36
FIGURE 5–4 - SEGMENTATION EXAMPLE..................................................................................................... 43
FIGURE 5–5 - CM TOPOLOGY CONFIGURATION EXAMPLE ............................................................................ 47
FIGURE 5–6 - FREQUENCY SPACE DIAGRAM ............................................................................................... 49
FIGURE 5–7 - MULTIPLE FIBER NODES PER CM-SG...................................................................................... 50
FIGURE 5–8 - EXAMPLE MAC DOMAIN CHANNEL ASSIGNMENT ................................................................. 51
FIGURE 5–9 - MULTIPLE MAC DOMAINS PER FIBER NODE.......................................................................... 52
FIGURE 5–10 - BONDING GROUP EXAMPLE................................................................................................. 54
FIGURE 5–11 - CMTS DOWNSTREAM SERVICE MODEL ............................................................................... 55
FIGURE 6–1 - GENERIC MAC FRAME FORMAT ........................................................................................... 61
FIGURE 6–2 - UPSTREAM MAC/PMD CONVERGENCE ................................................................................. 62
FIGURE 6–3 - MAC HEADER FORMAT ........................................................................................................ 63
FIGURE 6–4 - PACKET PDU OR ISOLATION PACKET PDU MAC FRAME FORMAT......................................... 66
FIGURE 6-5 - TIMING MAC HEADER ......................................................................................................... 68
FIGURE 6-6 - MANAGEMENT MAC HEADER .............................................................................................. 68
FIGURE 6-7 - REQUEST FRAME FORMAT ................................................................................................... 69
FIGURE 6-8 - FRAGMENTATION MAC HEADER FORMAT............................................................................. 70
FIGURE 6–9 - QUEUE-DEPTH BASED REQUEST FRAME FORMAT ................................................................. 71
FIGURE 6-10 - CONCATENATION MAC HEADER FORMAT............................................................................ 72
FIGURE 6-11 - EXTENDED MAC FORMAT .................................................................................................. 73
FIGURE 6-12 - SEGMENT HEADER FORMAT................................................................................................ 81
FIGURE 6-13 - MAC HEADER AND MAC MANAGEMENT MESSAGE HEADER FIELDS .................................. 83
FIGURE 6-14 - FORMAT OF PACKET PDU FOLLOWING THE TIMING HEADER ............................................... 86
FIGURE 6-15 - UPSTREAM CHANNEL DESCRIPTOR ..................................................................................... 89
FIGURE 6-16 - TOP-LEVEL ENCODING FOR BURST DESCRIPTORS................................................................. 94
FIGURE 6-17 - EXAMPLE OF UCD ENCODED TLV DATA ............................................................................ 97
FIGURE 6-18 - MAP FORMAT.................................................................................................................... 98
FIGURE 6-19 - MAP INFORMATION ELEMENT STRUCTURE .......................................................................... 99
FIGURE 6-20 - PACKET PDU FOLLOWING THE TIMING HEADER ................................................................ 103
FIGURE 6-21 - PACKET PDU FOLLOWING THE TIMING HEADER ................................................................ 104
FIGURE 6-22 - B-INIT-RNG-REQ FORMAT ............................................................................................... 105
FIGURE 6-23 - RANGING RESPONSE ......................................................................................................... 106
FIGURE 6-24 - EXAMPLE OF TLV ENCODED DATA ................................................................................... 109
FIGURE 6–25 - GENERALIZED DECISION FEEDBACK EQUALIZATION COEFFICIENTS ................................... 110
FIGURE 6-26 - REGISTRATION REQUEST (REG-REQ)................................................................................. 113
FIGURE 6-27 - MULTIPART REGISTRATION REQUEST (REG-REQ-MP) ...................................................... 114
FIGURE 6-28 - REGISTRATION RESPONSE FORMAT.................................................................................... 116
FIGURE 6-29 - MULTIPART REGISTRATION RESPONSE FORMAT................................................................. 117
FIGURE 6-30 - REGISTRATION ACKNOWLEDGMENT .................................................................................. 120
FIGURE 6-31 - UPSTREAM CHANNEL CHANGE REQUEST............................................................................ 121
FIGURE 6-32 - UPSTREAM CHANNEL CHANGE RESPONSE ......................................................................... 122
FIGURE 6-33 - DYNAMIC SERVICE ADDITION — REQUEST ........................................................................ 122
FIGURE 6-34 - DYNAMIC SERVICE ADDITION — RESPONSE ...................................................................... 124
FIGURE 6-35 - DYNAMIC SERVICE ADDITION — ACKNOWLEDGE .............................................................. 126
FIGURE 6-36 - DYNAMIC SERVICE CHANGE — REQUEST .......................................................................... 127
FIGURE 6-37 - DYNAMIC SERVICE CHANGE — RESPONSE ......................................................................... 128
FIGURE 6-38 - DYNAMIC SERVICE CHANGE — ACKNOWLEDGE ................................................................ 129
FIGURE 6-39 - DYNAMIC SERVICE DELETION — REQUEST ........................................................................ 130
FIGURE 6-40 - DYNAMIC SERVICE DELETION — RESPONSE....................................................................... 131

Defs-Joint-Prod0013543

# 1   SCOPE

## 1.1   Introduction and Purpose

This specification is part of the DOCSIS® family of specifications developed by Cable Television Laboratories (CableLabs). In particular, this specification is part of a series of specifications that define the third generation of high-speed data-over-cable systems. This specification was developed for the benefit of the cable industry, and includes contributions by operators and vendors from North America, Europe, and other regions.

## 1.2   Background

### 1.2.1   Broadband Access Network

A coaxial-based broadband access network is assumed. This may take the form of either an all-coax or hybrid-fiber/coax (HFC) network. The generic term "cable network" is used here to cover all cases.

A cable network uses a tree-and-branch architecture with analog transmission. The key functional characteristics assumed in this document are the following:

- Two-way transmission.
- A maximum optical/electrical spacing between the CMTS and the most distant CM of 100 miles in each direction, although typical maximum separation may be 10-15 miles.

At a propagation velocity in fiber of approximately 1.5 ns/ft, 100 miles of fiber in each direction results in a round-trip delay of approximately 1.6 ms. This is the maximum propagation delay assumed by this specification.

### 1.2.2   DOCSIS Network and System Architecture

The elements that participate in the provisioning of DOCSIS services are shown in Figure 1–1.

Defs-Joint-Prod0013550



**Figure 1–1 - The DOCSIS Network**

The CM connects to the operator's HFC network and to a home network, bridging packets between them. Many CPE devices can connect to the CM's LAN interfaces, can be embedded with the CM in a single device, or they can be separate standalone devices (as shown in Figure 1–1). CPE devices may use IPv4, IPv6 or both forms of IP addressing. Examples of typical CPE devices are home routers, set-top devices, personal computers, etc.

The CMTS connects the operator's back office and core network with the HFC network. Its main function is to forward packets between these two domains, and between upstream and downstream channels on the HFC network.

Various applications are used to provide back office configuration and other support to the devices on the DOCSIS network. These applications use IPv4 and/or IPv6 as appropriate to the particular operator's deployment. The following applications include:

- Provisioning Systems:

  - The DHCP servers provide the CM with initial configuration information, including the device IP address(es), when the CM boots;

  - The Config File server is used to download configuration files to CMs when they boot. Configuration files are in binary format and permit the configuration of the CM's parameters. The Config File server is also used to download software upgrades to the CM;

  - The Time Protocol server provides Time Protocol clients, typically CMs, with the current time of day;

  - Certificate Revocation server provides certificate status.

- NMS:

  - The SNMP Manager allows the operator to configure and monitor SNMP Agents, typically the CM and the CMTS;

  - The syslog server collects messages pertaining to the operation of devices;

  - The IPDR Collector server allows the operator to collect bulk statistics in an efficient manner.

Defs-Joint-Prod0013551

### 1.2.3    Service Goals

As cable operators have widely deployed high-speed data services on cable television systems, the demand for bandwidth has increased. Additionally, networks have scaled to such a degree that IPv4 address constraints are becoming a burden on network operations. To this end, CableLabs' member companies have decided to add new features to the DOCSIS® specification for the purpose of:

- increasing channel capacity,

- enhancing network security,

- expanding addressability of network elements, and

- deploying new service offerings.

The DOCSIS system allows transparent bi-directional transfer of Internet Protocol (IP) traffic between the cable system head-end and customer locations over an all-coaxial or hybrid-fiber/coax (HFC) cable network. This is shown in simplified form in Figure 1–2.



*Figure 1–2 - Transparent IP Traffic Through the Data-Over-Cable System*

### 1.2.4    Statement of Compatibility

This specification defines the DOCSIS 3.0 interface. Prior generations of DOCSIS were commonly referred to as DOCSIS 1.0, 1.1 and 2.0. DOCSIS 3.0 is backward-compatible with equipment built to the previous specifications. DOCSIS 3.0-compliant CMs interoperate seamlessly with DOCSIS 2.0, DOCSIS 1.1 and DOCSIS 1.0 CMTSs. DOCSIS 3.0-compliant CMTSs seamlessly support DOCSIS 2.0, DOCSIS 1.1 and DOCSIS 1.0 CMs.

Defs-Joint-Prod0013552

| | |
|---|---|
| **Customer Premises Equipment** | Equipment at the end user's premises; may be provided by the end user or the service provider. |
| **Customer premises equipment Controlled Cable Modem** | CPE Controlled Cable Modem. Refer to [DOCSIS CMCI]. |
| **Data Link Layer** | Layer 2 in the Open System Interconnection (OSI) architecture; the layer that provides services to transfer data over the transmission link between open systems. |
| **Data Rate** | Throughput, data transmitted in units of time usually in bits per second (bps). |
| **Decibels** | A unit to measure the relative levels of current, voltage or power. An increase of 3 dB indicates a doubling of power, an increase of 10 dB indicates a 10x increase in power, and an increase of 20 dB indicates a 100x increase in power. |
| **Decibel-Millivolt** | A dB measurement system wherein 0 dBmV is defined as 1 millivolt over 75 ohms. |
| **DOCSIS 1.x** | Abbreviation for "DOCSIS 1.0 or 1.1". |
| **DOCSIS 2.0 Mode** | A CM operates in this mode when: 1) Multiple Transmit Channel (MTC) Mode is disabled; 2) the Enable 2.0 Mode configuration setting in the REG-RSP is set to 1 (Enable) explicitly or by default; and 3) it operates on an upstream channel using the burst descriptors associated with IUC 9, 10, and 11 as opposed to IUC 5 and 6. A CM is enabled for DOCSIS 2.0 Mode when the Enable 2.0 Mode configuration setting in the REG-RSP is set to 1 (Enable). A CM may be enabled for DOCSIS 2.0 Mode but may not be operating in DOCSIS 2.0 Mode. When a CM has MTC Mode enabled, the CM is not considered to be in DOCSIS 2.0 Mode even if some of the upstream channels it is using are operating with post-1.1 DOCSIS physical layer mechanisms. Therefore, "DOCSIS 2.0 Mode" does not have relevance for a CM operating in MTC Mode. |
| **Downstream** | In cable television, the direction of transmission from the head-end to the subscriber. |
| **Downstream Bonded Service Flow** | A downstream Service Flow for which DOCSIS MAC Frames are transmitted with a Bonded Downstream Service Extended Header B-DS EHDR on one or more Downstream Channels. |
| **Downstream Bonding Group** | A subcomponent object of a MAC Domain that distributes packets from an assigned set of Downstream Bonding Service Flows to an associated set of Downstream Channels of that MAC Domain. |
| **Downstream Channel** | Physical layer characteristics and MAC layer parameters and functions associated to a DOCSIS forward channel. |

Defs-Joint-Prod0013562

EXHIBIT E

REDACTED

EXHIBIT F

REDACTED

EXHIBIT G

| | '822 | '679 | '565 |
|---|---|---|---|
| Issue Date/First Infringement | May 10, 2011 | December 25, 2012 | March 17, 2015 |
| • CM with no wireless router<br>• Downstream and upstream channel bonding | No Infringement Alleged | Infringement Alleged | No Infringement Alleged |
| • CM with wireless router<br>• Only downstream channel bonding | Infringement Alleged | No Infringement Alleged | No Infringement Alleged |
| • CM with wireless router<br>• Downstream and upstream channel bonding | Infringement Alleged | Infringement Alleged | No Infringement Alleged |
| • CMTS (has no wireless router)<br>• Only downstream channel bonding | No Infringement Alleged | No Infringement Alleged | Infringement Alleged |
| • CMTS (has no wireless router)<br>• Downstream and upstream channel bonding | No Infringement Alleged | Infringement Alleged | Infringement Alleged |

**EXHIBIT 4**
**Dr. David Teece**
1/29/19
Ashley Soevyn CSR# 12019

EXHIBIT H

| | '822 | '679 | '565 |
|---|---|---|---|
| Issue Date/First Infringement | May 10, 2011 | December 25, 2012 | March 17, 2015 |
| • CM with no wireless router<br>• Only downstream channel bonding | No Infringement Alleged | No Infringement Alleged | No Infringement Alleged |
| • CM with no wireless router<br>• Downstream and upstream channel bonding | No Infringement Alleged | Infringement Alleged | No Infringement Alleged |
| • CM with wireless router<br>• Only downstream channel bonding | Infringement Alleged | No Infringement Alleged | No Infringement Alleged |
| • CM with wireless router<br>• Downstream and upstream channel bonding | Infringement Alleged | Infringement Alleged | No Infringement Alleged |
| • CMTS (has no wireless router)<br>• Only downstream channel bonding | No Infringement Alleged | No Infringement Alleged | Infringement Alleged |
| • CMTS (has no wireless router)<br>• Downstream and upstream channel bonding | No Infringement Alleged | Infringement Alleged | Infringement Alleged |

EXHIBIT 5
Dr. David Teece
1/29/19
Ashley Soevyn CSR# 12019

EXHIBIT I

REDACTED

EXHIBIT J

REDACTED

EXHIBIT K

# REDACTED

EXHIBIT L

REDACTED