EXHIBIT M

# Inverse Multiplexing

This novel approach to high-speed data networking uses a new type of customer premises-based equipment that exploits existing network services to provide enhanced functionality.

*Jay Duncanson*

**A**s computer-based voice, video, and data services enter our lives in ever expanding ways, the computer networking technologies to deliver these services to end users are also evolving. The demand for large amounts of bandwidth over long distances is driving interest in ISDN, frame relay, switched multimegabit digital service (SMDS), ATM, satellite data communications systems, wireless communications systems, and other networking technologies.

Making most of these services universally available requires either a new communications network infrastructure or significant modifications to the existing one. For example, ATM promises high bandwidth digital connections based on fixed-size data cells that can carry voice, video, and data. Universal ATM, however, also requires that today's public switched telephone network replace its time-division multiplexed (TDM) switching fabric with a new ATM switching fabric and enhanced interoffice trunk facilities. Because the value of the existing worldwide telephony infrastructure (switches, transmission systems, and embedded wiring) is estimated to be in the trillions of dollars, it is unlikely that it will be replaced entirely by ATM anytime soon.

Although alternative transmission technologies will certainly be implemented over time to handle the growing demand for high-speed digital bandwidth, we must also make full use of the existing digital TDM infrastructure. While originally conceived as a transport network for 64-kb/s digitized voice, it is now possible to dial up point-to-point digital connections whose bandwidth ranges from 64 kb/s to 3 Mb/s and beyond. Two significant enhancements to TDM networking have made this possible. The first is newly-developed software for digital TDM switches that allows dialed connections to exceed the original design channel rate of 56 or 64 kb, allowing carriers to offer dialed wideband services. The second is the use of specialized equipment that

resides at the user's premises to allow multiple independent digital connections to be "combined" to create a single, higher-speed end-to-end connection. This technique is known as inverse multiplexing, and the equipment that performs it is called an inverse multiplexer.

## Background: Switched Digital Services and Access

**U**ntil now, modems have been the workhorses of public network data transmission. Their advantage is that they plug directly into the ubiquitous analog lines that access the public telephony network. Their disadvantages include their susceptibility to errors and, more important, their limited data rates (typically up to 19.2 kb/s).

Although modems are inherently analog transmission devices, the vast majority of today's public network is digital. Network switches, and interswitch trunks have migrated from analog to digital for ease of maintenance, supplemental service offerings, and lower transmission costs. If digital lines are used from the customer premises to the digital network infrastructure, an end-to-end digital call can be made, using the public switched digital network (PSDN). The bandwidth of this call far exceeds the bandwidth of a modem call. Because the network is a "fabric" of 64-kb/s channels, a digital call's bandwidth will be a multiple of 64 kb/s. As mentioned previously, this aggregation of 64-kb/s channels can be performed by either the network itself or by inverse multiplexers located on the customer's premises.

Before a discussion of this process, the access lines and services available from today's PSDN are outlined.

### Services Within the PSDN

*Switched 56* — This is the most commonly used North American switched digital service. It is also available in some European and Pacific Rim locations for compatibility with North American services. Switched 56 service uses the 64-kb/s archi-

*JAY DUNCANSON is a cofounder of Ascend Communications, Inc.*

   0163-6804/94/$04.00 1994 © IEEE

DEF-INV0000037

tecture of the network for transport, but allocates one bit out of every eight for signaling purposes. This is known as "in-band signaling." Switched 56 is the "highest common denominator" service because all types of access lines can connect to it.

**Switched 64** — This service is universally available in Europe and the Pacific Rim, and is becoming more available in North America. It is similar to Switched 56 except that it uses all eight bits of each octet for data, because its signaling information is sent along an independent path (out-of-band signaling). To access Switched 64 service, you must use either an ISDN BRI or ISDN PRI line, because these access lines have an out-of-band signaling channel known as the D channel.

**Switched 384** — This service (also known as ISDN H0) is available in North America and Japan. This service takes six 64-kb/s network channels and provides them to the user as a single 384-kb/s call. You must use an ISDN PRI line to access Switched 384.

**Switched 1536** — This service (also known as ISDN H11) is also available in North America and Japan. This service takes 24 64-kb/s network channels and provides them to users as a single 1536-kb/s call. Two ISDN PRI lines must be used to access Switched 1536. One line carries the full 1536-kb/s data stream and the other contains the signaling D channel (and excess bandwidth for other uses).

**Switched N x 64** — This service (also known as ISDN multirate) has been approved by standards bodies and will soon be rolled out by selected carriers. It allows end users to specify the bandwidth of a call to be any 64-kb/s multiple. For example, a user can dial a first call at 384 kb/s (6 x 64kb/s) and later dial a second call at 512 kb/s (8 x 64 kb/s). An ISDN PRI line is required to access Switched N x 64.

### Digital Access Lines

Digital lines provide access to switched services from customers' premises. There are several types of digital access lines:

**Switched 56 Access Lines** — These lines, offered only in North America, provide a single 56-kb/s data channel with in-band signaling. They are comprised of either two or four wires, depending on the type of central office switch they connect to. Switched 56 access lines only connect to Switched 56 service.

**T1 access lines** — These provide 24 56-kb/s data channels with in-band signaling. T1 access lines are not to be confused with the T1 dedicated circuits that connect two sites together without network switching functions; T1 access lines connect a customer's premises to the service provider's nearest central office in which network switching is performed. They are available only in North America. T1 access lines provide access to Switched 56 service.

**ISDN BRI access lines** — These lines each contain two 64-kb/s data channels (B channels) and a single out-of-band signaling channel (D channel).



■ **Figure 1.** *Network services and the line types that can be used to access them.*

| | | Access line type at site A | | | |
|---|---|---|---|---|---|
| Access line type at site B | **SW56** | **ISDN BRI** | **T1** | **ISDN PRI** | |
| **SW56** | 56 | 56 | 56 | 56 | |
| **ISDN BRI** | 56 | 56, 64 | 56 | 56, 64 | |
| **T1** | 56 | 56 | 56 | 56 | |
| **ISDN PRI** | 56 | 56, 64 | 56 | 56, 64, 384, 1536, Mulitirate | |

■ **Table 1.** *Network service types between two sites.*

They can connect to Switched 64 or Switched 56 services.

**ISDN PRI access lines** — ISDN PRI access lines each contain 23 64-kb/s data channels (B channels) and a single out-of-band signaling channel (D channel). They can connect to ISDN multirate, Switched 1536, Switched 384, Switched 64, or Switched 56 services.

Switched 56 service is the "highest common denominator;" it is accessible via all types of access lines and therefore provides interoperability between them. ISDN PRI is the most flexible type of access line, providing access to all dial-up services. Figure 1 and Table 1 show which services each access-line type can reach.

## Inverse Multiplexing

*I*nverse multiplexing is the aggregation of multiple independent information channels across a network to create a single higher-rate information channel. For example, if six different independent 56-kb/s data channels are established between points A and B, inverse multiplexing can be used to combine these channels to create a single 336-kb/s (6 x 56 = 336) data stream. Likewise, 64-, 384-, and 1536-kb/s channels can be inverse multiplexed together.

The task of the inverse multiplexer is to perform this channel aggregation (Fig. 2). Specifically, the inverse multiplexer assures that all the channels are present and accounted for (it establishes dialed channels as required and verifies the integrity of any existing leased channels). The inverse multiplexer then segments the transmission data stream and sends it out over the individual channels. At the receiving end, the inverse multiplexer accepts the data from these channels, reorders the segments, and compensates for variances in channel transit

DEF-INV0000038

*The inverse multiplexer compensates for each channel's different delay characteristics by buffering each channel's data as it is received.*



■ **Figure 2.** *Inverse multiplexers combine multiple switched and/or dedicated circuits to create a single, higher-rate connection between two sites.*

times. Depending upon the inverse-multiplexing protocol in use, the inverse multiplexer may monitor the integrity of the aggregated connection. If transmission problems occur, the inverse multiplexer can take diagnostic action, replacing failed or failing channels with functional channels to maintain the integrity of the connection.

The inverse multiplexer can also add or remove channels from the aggregated connection without terminating the connection. This allows the total amount of bandwidth between the two sites to vary according to real-time bandwidth requirements or for economies of operation. This feature is sometimes referred to as dynamic bandwidth allocation, or "rubber bandwidth."

### A Closer Look at Inverse Muliplexing

*Data Channel Reordering and Network Delay Compensation* — Because each of the channels of an inverse-multiplexed call is a separate independent call, there must be a mechanism within the inverse multiplexer to accept data from each of the channels and then reassemble it in the correct order.

In addition, each of the channels of an inverse-multiplexed call can and will likely follow a path across the network that has a different propagation time than other channels within the connection. A call from San Francisco to New York may have one channel routed through Dallas, another through Chicago, and yet another through both Atlanta and Washington D.C. (Fig. 3). Some channels of an inverse-multiplexed connection might go through a satellite

channel, which has nearly 1/3 second of propagation delay, while the remaining channels follow much shorter terrestrial paths. The digital switching matrixes within each network switch add additional delay to the channel, so the inverse multiplexer must also compensate for the differential delays between channels.

The inverse multiplexer compensates for each channel's different delay characteristics by buffering each channel's data as it is received. Each channel's data buffer is in essence a first in, first out (FIFO) buffer; these FIFOs are unloaded in a such a way that the reassembled data stream is properly reconstructed. The total end-to-end delay of an inverse-multiplexed connection is approximately that of the channel with the longest network transit time (internal inverse-multiplexer processing delays are small compared to network transit times).

How does an inverse multiplexer know how to compensate for each channel's different delay characteristics? And how does it establish the proper sequence of incoming data to perform the reordering operation? The answer is that an inverse-multiplexing protocol operates between two inverse multiplexers to establish the criteria for correct data stream reassembly.

*Dynamic Bandwidth Allocation* — A unique feature of inverse multiplexing is its ability to add or subtract channels from an inverse-multiplexed connection without terminating the connection. This allows the bandwidth of a connection between



■ **Figure 3.** *Each channel in an inverse-multiplexed call can follow a path across the network that may have a different propagation time than other channels in the connection.*

IEEE Communications Magazine • April 1994

DEF-INV0000039



**■ Figure 4.** *Inverse multiplexers can combine dedicated and switched circuits to create variable-bandwidth connections in LANs.*

**■ Figure 5.** *For automatic dynamic bandwidth allocation, an inverse multiplexer monitors the datastream's HDLC flag (idle) to nonflag (data) ratio and adjusts the bandwidth according to user-specified parameters such as target line-utilization percentage, minimum and maximum boundaries, the time period over which to average data-density measurements, time-of-day considerations, and so on.*

To achieve automatic control of the bandwidth of an inverse-multiplexed LAN inter-networking connection, the inverse multiplexer monitors the data stream.

two points to vary over time, accommodating varying traffic patterns or providing a changing ratio of economy and performance (Fig. 4). This feature is often described as dynamic bandwidth allocation.

How would dynamic bandwidth allocation be used? In videoconferencing, the quality of video motion increases as the bandwidth between sites increases. A videoconferencing session might use a 384-kb/s inverse-multiplexed connection at the beginning of a course lecture, when the lecturer is on camera and moving about the stage. But the bandwidth can be reduced when the camera focuses for an extended period on a blackboard, when the relative lack of motion requires less bandwidth and therefore less expense.

In LAN internetworking, an inverse-multiplexed connection between two remote LANs might be established at 64 or 128 kb/s, which would be adequate for most simple interactive activities. If that connection becomes saturated for a predetermined period of time by, for example, a large file transfer, the bandwidth of the connection can be automatically or manually increased to accommodate the increase in traffic. The file transfer would take place much more quickly. At the end of the file transfer, the bandwidth can be reduced to the original value. The benefit is increased available bandwidth for all users and reduced overall bandwidth costs, because bandwidth is more efficiently utilized.

To achieve automatic control of the bandwidth of an inverse-multiplexed LAN internetworking connection, the inverse multiplexer monitors the data stream (Fig. 5). Because LAN protocols are encapsulated in HDLC packets, the inverse multiplexer can determine the average data density of a connection by calculating the ratio of HDLC flags, or nondata fill characters, to actual data characters contained in HDLC packets. When the data density of a connection exceeds a specified level, which indicates increased bandwidth requirements, the inverse multiplexer automatically dials additional circuits and adds them to the connection to increase the total bandwidth. Conversely, when the data density goes below a specified level, the inverse multiplexer can remove circuits from the connection and reduce the total bandwidth. Because the data density determination process must average data density over a finite period of time, and because network circuit setup and removal times are not instantaneous, automatic bandwidth allocation is used with connections that have deterministic traffic patterns that vary over extended periods of time (such as those with periodic large file transfers), rather than connections with bursty, "spiked" characteristics.

Of course, users are charged by the network service provider for each circuit in the inverse-multiplexed connection for as long as it exists. An advantage of inverse multiplexing over dedicated leased lines is that the user pays for bandwidth only as it is used, and when peak data levels subside, the connection bandwidth and corresponding costs are reduced (Fig. 6).

DEF-INV0000040



**■ Figure 6.** *Bandwidth usage resulting from inverse multiplexed dedicated and switched circuits using dynamic bandwidth allocation.*

### Inverse-Multiplexing Protocols

When inverse multiplexers for the PSDN first began to appear, there was no standard inverse multiplexing protocol. Therefore, each manufacturer developed their own proprietary protocol, which meant that both ends of an inverse-multiplexed connection required the same manufacturer's equipment. There was no interoperability between inverse multiplexers manufactured by different vendors.

Inverse-multiplexer manufacturers realized that, until an inverse-multiplexer standard was implemented, inverse multiplexing would not reach its true potential as a data-communications technology. Therefore, the Bandwidth on Demand Interoperability Group (BONDING) was formed by a number of inverse-multiplexer manufacturers to develop a standard.

The resulting BONDING specification was published, implemented by vendors, tested and publicly demonstrated. Today, nearly all inverse-multiplexing equipment implements at least a subset of the BONDING protocol to assure interoperability between different vendors' equipment.

### The BONDING Protocol

The purpose of an inverse-multiplexing protocol is to establish the channels to be used for the connection, determine how the receiving inverse multiplexer will reorder the incoming data from the individual channels, and decide how it will compensate for the relative delays between channels.

In the BONDING call establishment procedure, each inverse multiplexer has stored within its own memory a list of its own local telephone numbers (Fig. 7). To place an inverse-multiplexed call, the caller needs to dial only a single telephone number. Then, an initial channel is established between locations. When this channel is established, the answering inverse multiplexer sends back a list of its local telephone numbers to the calling inverse multiplexer, which can then automatically dial the remaining channels necessary to complete the connection. These calls can be established by parallel dialing (that is, all calls are established at the same time) or serial dialing (calls are established sequentially, one at a time). When all channels have been established, the BONDING "handshake"

procedure, or training sequence, is performed to allow each end to determine the order of the incoming data and the relative delay between channels. When this has been properly determined, each inverse multiplexer has the information necessary to process the data arriving on each channel, and actual data transmission and reception begins.

The BONDING protocol specifies five operational modes that define the monitoring and error-detection mechanisms used during data transmission and reception. These modes are called Mode 0, Mode 1, Mode 2, Mode 3, and Transparent Mode. Of these, Mode 1 and Transparent Mode are required in all BONDING implementations; the others are optional.

Transparent Mode operation is provided in the specification to allow noninverse-multiplexing equipment to establish noninverse-multiplexed connections to inverse-multiplexing equipment. Mode 0 operation is somewhat similar except that the equipment at both ends of the connection uses BONDING to establish the initial connection but performs no subsequent inverse multiplexing of the data stream. Mode 0 is typically used when the application equipment is capable of performing its own inverse multiplexing of the data stream (as is the case with some videoconferencing equipment operating at data rates of 112 or 128 kb/s).

In Mode 1 operation, inverse multiplexing is performed but the data stream receives no ongoing data-error detection or synchronization recovery processing. The entire bandwidth of each data channel is used for data transmission. If a channel becomes corrupted or if synchronization between channels is lost, Mode 1 does not provide a recovery mechanism. The entire connection must be terminated and re-established.

In Mode 2 operation, BONDING frames the data on each channel so that some of the channel bandwidth is used to maintain channel synchronization and perform CRC error checking on the data. Therefore, if synchronization is lost or a channel becomes corrupted, BONDING can detect the condition and automatically resynchronize or, if necessary, remove and re-establish any faulty channels. The bandwidth overhead incurred in Mode 2 operation utilizes one octet of every 64 (1.56 percent of the bandwidth), leaving 98.44 percent of the connection's bandwidth for data transmission.

Some applications require bandwidth that is synchronous with network clock rates. For example, a T1 multiplexer that uses an inverse-multiplexed connection to replace a failed T1 leased line will require that the replacement bandwidth be exactly the same data rate as, and synchronous with, the failed line. For such applications, Mode 2 is inadequate because the in-band overhead reduces the supplied bandwidth, and Mode 1 is inadequate because there is no automatic mechanism to determine if the inverse-multiplexed connection is faulty. BONDING Mode 3 operation provides the same error detection and recovery mechanisms as Mode 2, but the necessary overhead is performed out-of-band. An additional channel is established for the connection to accommodate the additional overhead incurred by the error detection and synchronization main-

DEF-INV0000041



**■ Figure 7.** *Inverse multiplexing call-establishment sequence.*

**B**ONDING *is a well-designed protocol that provides for interoperability between different vendors' inverse multiplexers.*

tenance functions. In the T1 multiplexer example described previously, if 64-kb/s channels are being inverse multiplexed, 25 channels would be required to establish a T1 replacement circuit (1536 kb/s) using Mode 3. Because 25 x 64 = 1600, some of the excess bandwidth is used for the overhead and the rest is filled with null data.

### BONDING Status

The BONDING vendor consortium has successfully performed a series of interoperability tests to verify accuracy of the BONDING specification and interoperability between participating vendors' equipment. As of October 1993, these tests have been performed only for BONDING Mode 1. Tests for the other BONDING Modes will occur in the near future.

The BONDING specification has resulted in wide implementation by vendors and acceptance by users. As a vendor-developed specification, however, it enjoys only *de facto* status as a standard. To obtain *de jure* status, the BONDING consortium has submitted the specification to the Telecommunications Industries Association (TIA) TR-41.4 committee, which has in turn submitted its work to the International Technological Union – Telecommunications Section (ITU-TS) — formerly the CCITT— and the International Organization for Standardization (ISO), with the goals being the establishment of a national and international inverse multiplexing and channel aggregation standard.

### Other Inverse-Multiplexing Protocols

*H.221* —When the CCITT developed the H.320 suite of recommendations, which describe how video-conferencing equipment should interoperate, they included a channel-aggregation method described in recommendation H.221. Although it was designed as a videoconferencing support protocol, there is currently activity underway to enhance H.221 functionality to make it usable for a wider range of applications (the current working title of the preliminary specification is H.agg). Because it will be based upon an already-approved CCITT

recommendation, the new recommendation will have a good chance of becoming an accepted international inverse-multiplexing standard.

*Proprietary Inverse Multiplexing Protocols* — BONDING is a well-designed protocol that provides for interoperability between different vendors' inverse multiplexers. The BONDING consortium is comprised of more than 30 member companies, however, and enhancements and modifications to the protocol can be time-consuming and slow to occur. Therefore, some inverse multiplexing vendors have chosen to support their own proprietary inverse multiplexing protocols in addition to the BONDING protocol. This allows a vendor to respond in a timely fashion to customer feature requests and to add competitive features to differentiate operation from other vendors' equipment. Users therefore have the ability to use the more feature-rich protocol when they have equipment from the same vendor at both ends of the connection, and to use the BONDING protocol where required for interoperability.

## Architectures of Inverse Multiplexers

*A*n inverse multiplexer must be able to perform two essential functions: establish, manage, and terminate the channels over which the data stream is sent and received, and perform the actual inverse-multiplexing procedure previously described. Therefore, a hypothetical inverse multiplexer might have a functional block dedicated to managing the device's network interface, as well as an engine that performs the core inverse multiplexing function (Fig. 8).

The network interface portion of the inverse multiplexer uses standard technologies developed for many other types of network access equipment. It must be able to perform the necessary network signaling functions in order to establish and remove channels across the network and be able to respond to indications and signaling from the network. If the inverse multiplexer operates over ISDN lines, it must be

DEF-INV0000042

■ **Figure 8.** *Inverse multiplexer architecture.*

able to communicate with the network using ISDN signaling protocols. If non-ISDN access lines are used, it must utilize the signaling mechanism appropriate for the type of line in use.

The inverse multiplexing engine must be able to perform simple repetitive tasks at a fairly rapid pace. In a 48-channel x 64-kb/s inverse-multiplexing session, for example, an inverse-multiplexing engine must receive an octet from a network channel, determine its correct ordering sequence, insert it into a FIFO buffer to compensate for differential channel delay, remove another octet from the FIFO, and add it to the reassembled data stream being sent to the application, all in 2.6 $\mu$s, when the next octet arrives from the network. The engine must at the same time perform other tasks, including processing the transmitted data stream and performing error detection and synchronization procedures as required.

Early inverse multiplexers used a hardware architecture to perform significant portions of this task set, but with the advent of inverse multiplexing protocols such as BONDING, which will potentially be revised and enhanced, Digital Signal Processor (DSP) implementations have become more commonly used as inverse-multiplexing engines. DSP engines enjoy the flexibility of being software-driven, allowing inverse-multiplexing protocol enhancements to be implemented without the constrictions of a fixed hardware architecture.

## Inverse Multiplexing vs. Dialed Wideband Network-Based Services

*H*aving examined inverse multiplexing at a moderately detailed level, a question arises: is inverse multiplexing a long-term technology or just a stopgap measure until inverse multiplexing-like services become more widespread within the network? Should a company invest in inverse multiplexing technology today or wait until the next method of creating high-speed digital connections arrives?

To best answer these questions, I compare inverse multiplexing with high-speed dialed network-based services, such as Switched 384, Switched 1536, and ISDN multirate.

***Access Line Types*** — All types of access lines can be used with inverse multiplexers. These line types include Switched 56, T1 access lines, ISDN BRI, and ISDN PRI. Dialed wideband services, however, can only be accessed using ISDN PRI access lines.

***Dynamic Bandwidth Allocation*** — Inverse multiplexing supports the ability to change the bandwidth of a connection without terminating the connection. As described earlier, this bandwidth modification is not instantaneous but is dependent upon network call setup times. Dialed wideband services, as presently defined, must be maintained at a constant bandwidth during a session.

***Call Setup Time*** — Because setting up an inverse-multiplexed call is a multistep procedure, call setup times are typically longer than wideband service call setup times. Call setup times for an inverse multiplexed call typically range from 5 to 30 seconds, depending on the service type, access-line type, network carrier technology, and so on. Dialed wideband services are accessed via ISDN PRI lines, which have fast call setup times, typically from 1 to 5 seconds.

***International Connectivity*** — Inverse multiplexing readily crosses international borders because an inverse multiplexing call is made up of smaller, readily available channels. Dialed wideband services do not provide widespread international gateways, although this will likely change in the future.

***Diverse Routing*** — An inverse multiplexed connection is typically made up of channels that traverse different paths within the network, while a dialed wideband service call is routed over one single path. Assuming similar network characteristics, the odds that one of the inverse multiplexed channels will suffer network failure are greater than that of wideband call failure. However, because inverse multiplexers can maintain a connection at reduced bandwidth while re-establishing the failed channel, inverse multiplexing may be preferable in high-priority connection scenarios.

***Network Service Pricing*** — Because an inverse-multiplexed call is placed through the network as separate independent calls, the network service provider has no means to reduce the price of an inverse-multiplexed call below that of the multiple individual calls. Dialed wideband services are recognized by the network and can therefore be priced as desired by the provider. Early indications are that dialed wideband services will be priced lower than equivalent bandwidth derived by inverse multiplexing multiple dialed channels.

***Complexity of Access Equipment*** — Because dialed wideband services eliminate the need for inverse multiplexing circuitry, wideband access equipment should be less costly than inverse-multiplexing equipment. Of course, implementations vary among vendors, and it is difficult to categorically state that inverse multiplexing will in all cases be more expensive than noninverse-multiplexing equipment.

***Network Efficiency and Call Blocking*** — Because dialed wideband calls are routed over a single path, there is a greater probability that a given path will not have sufficient bandwidth available to complete the connection. Inverse-multiplexed connections are made up of smaller separate channels, each of which is routed independently, which increases the likelihood that all will find an available path to their destination. Ongoing improvements in dialed wideband routing algorithms may render this an insignificant issue.

DEF-INV0000043

***LEC Access to Wideband Services*** — Access to switched digital services can be obtained either through a direct connection to IXC (interexchange carrier, such as AT&T, MCI, and Sprint) networks, or through connections to LEC (local exchange carriers, such as Pacific Bell, Illinois Bell, and NYNEX) networks, which provide gateways to IXC networks. All LECs today offer Switched 56 service, and some also offer Switched 64 service. Therefore, an inverse-multiplexed call using a LEC's ISDN BRI or Switched 56 lines can be routed to any national or international destination. However, most LECs have yet to implement a full range of switched wideband services. It remains to be seen which LECs choose to offer which wideband services, and what type of gateways they will offer for interoperability with IXC service offerings.

### Inverse Multiplexing or Dialed Wideband Services?

Obviously, both inverse multiplexing and dialed wideband network services have their distinct advantages. Rather than try to determine which mechanism is superior for all purposes, a more effective decision can be made by choosing equipment which supports both inverse multiplexing and dialed wideband network services. That way, on a call-by-call basis, the most effective service can be chosen for a given purpose. Furthermore, the user remains well-positioned to take advantage of enhancements in inverse-multiplexing protocols and wideband service offerings as they occur, without sacrificing overall functionality.

## Conclusion

Inverse multiplexing offers an approach to high-speed data networking that is different than many other currently fashionable network technologies. It uses a new type of customer premises-based equipment that makes use of existing network services to provide significantly enhanced functionality, rather than requiring a new and yet-to-be-implemented set of capabilities to be added to the network. This puts more control into users' hands. Inverse multiplexers provide something entirely impossible just a few years ago: the ability to dial up multimegabit-per-second digital connections without requiring significant changes to the network itself. It is this ability to use currently available network offerings in a new and highly useful manner that makes inverse multiplexing such a valuable addition to the corporate networking toolbox.

### Biography

JAY DUNCANSON is a cofounder of Ascend Communications Inc., Alameda, California, a manufacturer of equipment to connect data applications, such as LANs and videoconference equipment, to the public switched digital network. He has been involved in data communications since the early 1980s. He has worked extensively in the fields of LANs, WANs, modems, satellite communications, and ISDN. He has held voting memberships in the T1D1, T1E1, and T1S1 ISDN standards bodies. He is an active member of the Switched Digital Services Applications Forum (SDSAF) and the BONDING consortium. He has presented at numerous data communications conferences and published various technical articles, and holds several patents in modem, ISDN, inverse multiplexing and other data communications technologies. He is currently the main presenter at the Ascend Communications Bandwidth-On-Demand seminar series, an educational workshop concerned with WANs, digital dial-up bandwidth on demand, carrier services, network access lines, access equipment, and applications.

*Inverse multiplexing offers an approach to high-speed data networking that is different than many other currently fashionable network technologies.*

# R&D Opportunities

At GTE Laboratories, we have assembled one of the strongest groups of researchers and developers in the world to support GTE's telecommunications businesses. We are the largest local exchange telephone company and the second largest mobile service provider in the U.S. Join us in one of the following opportunities:

We seek 2 senior contributors to join a team of researchers performing R&D in the area of **radio system design and engineering** for cellular and personal communications. The successful candidates will be involved in the development of sophisticated software tools for planning radio networks; radio propagation modeling and measurement; and/or design and analysis of packet data systems for personal communication systems and other access method issues. These positions require 5+ and 10+ years' experience, respectively, in a field related to digital cellular communications, with a through knowledge of digital communications and/or radio propagation. An advanced degree in EE is required; software development experience is desired. **Box RD.**

Research, design and develop data services applications in **intelligent networks** using state-of-the-art technology. PhD or MS in CS, EE or related discipline and 3+ years' experience in development of distributed systems (Distributed database and network data management), UNIX, C/C++, object-oriented design, OSI concepts and protocols required. **Box RC.**

Investigate architectural issues in **network-based multimedia and broadband applications.** Carry out exploratory studies on Intelligent Network Call Models, signaling protocols and architectures to support deployment of services. Call Model emulators will be developed to further investigate the viability of research concepts. A PhD in EE, CS, Math or related field, 3 years' telecommunications experience, and experience with C and UNIX desirable. **Box PO.**

We offer an outstanding benefits package including an on-site fitness facility, medical/life/dental insurance, pension, savings and investment plans. Please send your resume to the Employment Department, indicating appropriate Box Code, **GTE Laboratories Incorporated, IEEFC494, 40 Sylvan Road, Waltham, MA 02254.** An equal opportunity employer, M/F/D/V.

 **Laboratories**

THE POWER IS ON

DEF-INV0000044

EXHIBIT N

# The Past, Present, and Future of Inverse Multiplexing

Aggregating channels so applications can readily select the optimum cost-bandwidth combination is becoming more attractive as applications increasingly require higher transmission bit rates.

**Paul H. Fredette**

*T*he need to combine readily available network channels into higher bandwidths is not new, however, recent standards activities and worldwide access to digital channels is shaping a new segment of the communications industry. "Inverse multiplexing" refers to the process of aggregating channels to allow applications greater freedom in selecting the optimum communication bandwidth and cost.

The history of the recent Bandwidth On Demand Interoperability Group (BONDING) standard and its relationship to current and emerging network architectures are discussed. Applications of bandwidth-on-demand products to videoconferencing, multimedia, and LAN interconnect are described with respect to current and future equipment capabilities.

Many data transmission applications require transmission at bit rates higher than those available from carriers. Services are most cost effectively provided if they have characteristics common among many user applications. These two often conflicting goals have made designers of service access equipment invent a host of ingenious solutions to match the need for speed with the most commonly available channels provided by public networks. This article describes an increasingly popular solution to this problem given today's expanding switched digital networks.

Referred to as "inverse multiplexers" in the parlance of the marketplace, current implementations are providing national and international connectivity for diverse applications involving high-quality video conferencing, variable-demand LAN interconnections, and low-cost network backup. Development of these bandwidth-on-demand applications are fueled by increasing worldwide availability of high-quality circuit-switched channels at 56 and 64 kb/s, which have characteristics common to those used for standard telephone service.

## The Past

*E*arly attempts at combining network channels paralleled incremental successes in modem technology. The analog voice channels readily available from telephone networks at any given time fixed bandwidth capacity for a given level of modem complexity. International circuits also had impairments, such as phase jitter and noise, which limited maximum transmission capacity and affected the cost per bit per second in a nonlinear fashion. Error detection and correction were also necessary for practical systems, and these functions were normally provided in devices generally referred to as data terminal equipment (DTE). These DTEs were actually special-purpose computers with standardized variable-speed bit-synchronous interfaces such as Electronics Industry Association (EIA) RS449, International Consultative Committee for Telephone and Telegraph (CCITT) V.35, or CCITT X.21. A single terminal interface operating at the combined speed of multiple channels was very desirable if it could operate at the optimum cost per bit per second or maximum rate of available technology. These devices were sometimes referred to as "biplexers" since the most cost effective solutions combined two channels into one. Since a new modem technology evolved to double transmission speed approximately every few years, no standard method of combining channels came into use.

As modem speeds approached the theoretical limits of error rate versus signal-to-noise ratio and would have required channel aggregation to attain speeds at 64 kb/s and higher, a new revolution in transmission technology occurred.

### The Digital Network Revolution

As noted in many articles [1], the conversion of international telephone networks to digital switches interconnected with optical fibers has changed dramatically in the last decade. Voice signals are now only one of many forms of octet-synchronized network signals that can be transmitted over large distances for as little

*PAUL FREDETTE is vice president and chief technical officer of Promptus Communications, Inc.*

0163-6804/94/$04.00 1994 © IEEE

DEF-INV0000093



■ **Figure 1.** *Multiplexer symbol.*



■ **Figure 2.** *Inverse multiplexer.*

*The wisdom of the past dictated that a standardized method of combining digital channels to form a single transparent "pipe" was required.*

as pennies per minute.

During the frenzy of this conversion, access equipment was experiencing a similar metamorphosis. ISDN specifications were formalized to provide efficient methods of reusing the massive investment in access wiring between network customers and network switching offices. Existing T1 (1.544 Mb/s) technology in the United States provided the initial multichannel digital access facility. Similar systems in the Far East and Europe were also deployed and continue to grow exponentially. Two-wire technology is now enabling the use of the standard (unloaded) telephone pair to be used for two channels of 64 kb/s, with each channel independently routed through the network.

### The Problem

Although combining two or more network channels may appear as straightforward as interleaving bits from each channel in the correct ratio, network channels between the same two locations often take different paths through switching equipment. Each path has a different transmission delay, which the aggregation unit must compute and compensate for. The solution makes use of training signals for selecting the longest delay path as a reference and then adds appropriate delays to data from other paths to allow interleaving of bits in the same order as transmitted. The implementation is also somewhat simplified if the training signals are designed to take advantage of multibit synchronization maintained by the network. Since the public digital networks of today were designed for voice transmission using network-maintained octet synchronization, this property can be exploited in the design of a channel aggregation algorithm. However, the signals should contain enough information to allow synchronization when octet alignment is lost.

### Inverse Multiplexing

The term "inverse multiplexing" bears some explanation. Because multiplexing involves the aggregation of several independent channels into a higher-data-rate network channel, it is commonly drawn schematically, as in Fig. 1. Since channel aggregation as defined in the BONDING standard is the process of implementing a high-speed channel by splitting it into several network channels at lower speeds and aggregating the network channels at the remote end, a meaningful illustration of this function is shown in Fig. 2. It is this symbolic reversal that gives rise to the term inverse multiplexing. Equipment performing inverse multiplex functions are also commonly referred to as IMUXes.

### Alternatives

Other solutions to the problem of combining channel capacities also exist in the form of packet-based systems, which segment data into numbered packets and recom-

bine them (in order) as they arrive. The CCITT (now the International Technological Union – Telecommunications Section, or ITU-TS) X.25 recommendations of 1984 even provided an optional "multilink" method for segmentation and packet reassembly. Packet-based methods are not explored here, but the evolving availability of ATM networks with various access speeds may resurrect or replace these techniques. However, packet techniques do not readily recombine data onto standard bit-synchronous interfaces such as EIA RS449 or CCITT V.35 and X.21, which are popular on variable-speed terminal equipment used for real-time image and audio transmission, multiprotocol routers, and computer-to-computer communications. The interleaving techniques of standardized IMUXes may also be thought of as the limiting case of packets of one bit.

### BONDING — A Breakthrough in Interoperability

As in the past, the market generated proprietary solutions to the inverse multiplexer problem. The wisdom of the past, however, also dictated that a standardized method of combining digital channels to form a single transparent "pipe" was required. This standard would allow multiple forms of access equipment to utilize a commonly available network capability. Market size, it was thought, would increase dramatically if interconnectivity among vendors was achieved. This thinking among telecommunications equipment providers was coupled with a maturing video compression technology, allowing standardized methods of near-television- quality video to be transmitted at speeds on the order of 384 kb/s.

The industry consortium called BONDING was formed in September 1991 and currently has 33 member companies. While the membership continues to grow, by the end of 1993 the group consisted of 31 telecommunications equipment manufacturers, one test equipment company, and one international carrier. The BONDING standard [2] defines a frame structure and procedures for establishing a wideband communications connection by combining multiple switched 56- and 64-kb/s channels through the use of a channel aggregation unit or inverse multiplexer. The group also sponsors interoperability events for demonstration and conformance testing. The first multicompany demonstration was completed in January 1992 and the first conformance event in April 1993. Nine companies participated and verified that interoperability could be achieved on the basis of the agreed-to specification. Subsequent to its acceptance by the BONDING membership, the specification was submitted to American National Standard Institute (ANSI) Telecommunications Industry Association (TIA) TR41.4 for review as a U.S. national standard [3] and has already reached the voting stage. The standard has also been presented

DEF-INV0000094



■ **Figure 3.** *Typical IMUX/video conference system connection.*

*Video conferencing is considered one of the best applications for switched services: it requires a constant stream of data, is often scheduled in advance for blocks of time, and is otherwise idle.*

to the ITU-TS working groups addressing channel aggregation standards. The U.S. draft had reached the TIA letter ballot stage in September 1993.

## The Present

When assessing the impact of inverse multiplexing, it is very important to recognize that network channels at 64 kb/s are expected to exist nationally and internationally, and their availability will far exceed that of any other form of digital network service. In addition, this type of channel, coupled with ISDN call control signaling, is quickly becoming a generic form of service independent of the service provider, and could in fact become as ubiquitous as the analog telephone channel used for decades by modems.

ISDN technology also makes call setup far quicker than the time necessary to dial single telephone calls with tone or pulse dialers.

It should be noted that although 64 kb/s is of significance internationally, the method is used extensively on 56-kb/s channels available in North America. Although the inverse multiplexer standard specifically addresses aggregation of 56- and 64-kb/s channels, the framing and procedures have also been used to combine other services such as ISDN hyperchannels (e.g., switched 384 kb/s) and $n \times 64$ kb/s service [4]. Although hyperchannels are not as widely available as 56- and 64-kb/s services, they can be more cost effective than making $n$ calls. Since carriers offering these services only have to charge for one call instead of $n$, they enjoy reduced billing requirements.

### Current Applications

*Video Conferencing* — Video conferencing is considered one of the best applications for switched services because it requires a constant stream of data, is often scheduled in advance for blocks of time, and is otherwise idle. Also, the flexibility provided by switched connectivity allows unrestricted access to multiple locations. Private lines are often not cost-justified because they would be underutilized and are limited to fixed paths.

This application is typically implemented as shown in Fig. 3. High-quality full-motion video transmission has characterized the most prevalent use of the technology in recent years. While the availability of individual switched 64-kb/s network channels has made the compression of images more feasible than in the past, perceptible quality degradation based on motion tracking capability and processing delays is evident even in expensive systems. Although two call channels (e.g., one for audio and one for video) makes conferencing practical, significant quality increases are observed by the typical user as the speed approaches 384 kb/s —the equivalent of aggregating six channels of 64 kb/s. With inverse multiplexers, each conference call can be assessed for the quality required versus cost of connection.

*Image Retrieval and High-Speed Bulk Data Transfer* — Document and medical imaging devices now produce large files of digital data that are stored for later retrieval and distribution. The types of documents stored include loan applications, insurance claim forms, invoices, and legal correspondence. Magnetic resonance imaging (MRI) scanners routinely generate a 30- to 50-Mbyte file for each patient scanned. Switched services used in conjunction with IMUXes can reduce the time needed to share such files with distant associates, hence minimizing the time required for appropriate action.

*Disaster Recovery and Private Line Backup* — Many private networks, such as reservation and air traffic control networks, are critical to the mission of a business and must remain in operation at all costs. For this reason, fully redundant circuits are often deployed at significant cost, even though they are rarely used. IMUX units can provide temporary dial backup at significant savings over dedicated private lines.

*Overflow Capacity* — This application is similar to disaster recovery, except that the impetus for adding and deleting connectivity is based on peak traffic loads and can take advantage of IMUX technology to reduce overall network cost.

*LAN Interconnect* — LANs are used to link an assortment of computers with file servers, database servers, printers, and other shared devices. As LAN deployment increases, larger companies find themselves in need of further connecting numerous, geographically dispersed locations. The multiprotocol bridge/router connected to a WAN service, as shown in Fig. 4, has emerged as the ideal solution to this LAN interconnect problem. Until recently, WAN choices have been limited to private line services like 56-kb/s DDS and fractional T1. However, faced with a steadily increasing demand for bandwidth and constant pressure to reduce cost, switched services used in conjunction with inverse multiplexers provide a flexible and cost-effective alternative. Because most routers now use synchronous protocols with the standardized HDLC idle character (an octet with hexadecimal value 7E), inverse multiplexer products are now offered with a feature known as dynamic bandwidth allocation (illustrated in Fig. 5). The IMUX unit measures the router's utilization of the channel and automatically modifies the number of channels in an inverse multiplexer session on the basis of estimated need. The control algorithm for determining when bandwidth changes are required is not standardized at this time, but the utilization criterion is typically a weighted average of the percentage of transmission not containing flag characters, taken over several seconds to several hours. Modifying the actual data rate of the IMUX session is part of the IMUX standard.

DEF-INV0000095



■ **Figure 4.** *Typical LAN-to-WAN connection.*

High-speed
serial data

7E7E7E7E7EXXXXXXXX7E7E

Access CPE

T1

56
56
56
56
56
56

Traffic load measured by counting
idle (0 x 7E) flags in the HDLC data
stream coming from the LAN router.

Add channels when flag
density is low; delete when
flag density is high.

■ **Figure 5.** *Dynamic bandwidth allocation application.*

## Capabilities of Standardized Inverse Multiplexing

While a single technique for establishing connection between two terminals exists in its standard, the BONDING technical committee defined four modes of operation, numbered 0 to 3. Mode 1 is the most efficient in channel utilization and is mandatory for conformance with the standard. Modes 2 and 3 can be negotiated with a conforming terminal using the essential portion of the mandatory mode.

Mode 0 is used to bypass the aggregation process for terminals using specialized methods of channel aggregation such as the ITU-TS H.221 standard [5].

Mode 1 is used to aggregate 100 percent of the capacity of each call channel used. For example, if six calls are made using switched 64-kb/s service, the combined channel will operate at 384 kb/s. In general, the combined data rate is $n \times 56$ or $n \times 64$ kb/s for $n$ calls of the same service data rate. Calls with different service rates are not supported by the standard.

Modes 2 and 3 have the common goals of adding continuous monitoring of the delay per channel and the error rate of the transmission path, but each mode has different overhead characteristics. Mode 2 operates at $n \times 63/64$ths of the service data rate when $n$ calls are aggregated. While Mode 2 is quite efficient with 1.56 percent overhead, Mode 3 uses an extra call to achieve aggregated data rates that are multiples of 56 and 64 kb/s. Data rates that are exact multiples of 56 and 64 kb/s are particularly useful in providing backup paths for systems normally connected to nonswitched services, such as fractional T1 service, which are only available in these multiples. Most time-division multiplexers in private networks are systems in this category.

All modes use the following basic principles:
• Application data is encoded at the transmitter so that it is reconstructed in its original form. Framing bits used to achieve synchronization are transparent to the application.
• The initial call of a group of $n$ calls is termed

| | b1 | b2 | b3 | b4 | b5 | b6 | b7 | b8 |
|---|---|---|---|---|---|---|---|---|
| Octet 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| 2 | 1 | | | Channel ID | | | | 1 |
| 3 | 1 | | | Group ID | | | | 1 |
| 4 | 1 | | Operating mode | | Res | | | 1 |
| 5 | 1 | | | RMULT | | | | 1 |
| 6 | 1 | | SUBMULT | | BCR | Res | MFG | 1 |
| 7 | 1 | RI | R   L Req | R   L Ind | | REV | | 1 |
| 8 | 1 | | Subaddress | | | | | 1 |
| 9 | 1 | | | Transfer flag | | | | 1 |
| 10 | 1 | 1 | 1 | | Digit - 1 | | | 1 |
| 11 | 1 | 1 | 1 | | Digit - 2 | | | 1 |
| 12 | 1 | 1 | 1 | | Digit - 3 | | | 1 |
| 13 | 1 | 1 | 1 | | Digit - 4 | | | 1 |
| 14 | 1 | 1 | 1 | | Digit - 5 | | | 1 |
| 15 | 1 | 1 | 1 | | Digit - 6 | | | 1 |
| 16 | 1 | 1 | 1 | | Digit - 7 | | | 1 |

■ **Figure 6.** *BONDING information channel frame.*

the "master channel" and is used to complete a negotiation process between the calling and called party before the remainder of the calls are placed.
• The master channel provides the called party an opportunity to indicate the telephone numbers to be used for establishing the remaining channels and to negotiate the mode of operation.

The "master channel" initially contains the Information Channel Frame shown in Fig. 6, consisting

DEF-INV0000096

**W**hile a single technique for establishing connection between two terminals exists in its standard, the BONDING technical committee defined four modes of operation.



■ **Figure 7.** *The BONDING multiframe structure.*

of alignment, channel identifier, group identifier, mode, rate multiplier and submultiplier, bearer channel rate (BCR), manufacturer code (MFG), remote equalization complete indicator, remote loopback request and indication, revision level, transfer flag, and phone number/cause digits.

Additional aspects of the framing included in each channel are:
• Numbered frames of 256 octets consisting of channel data and, at intervals of 64 octets, an octet that, in sequence, contains a frame alignment octet, one octet of the information channel sequence of Fig. 6, the frame number (called frame count), and an optional cyclic redundancy check.
• 2-s multiframe repetition (64 frames) allowing aggregation of up to 63 channels with up to 1 s of relative delay between the channels.

The optional cyclic redundancy check octet is used for bit-error measurement of each call channel, and a loopback control in the information channel can be used for diagnosing active channels. Figure 7 illustrates the 2-s framing structure.

## The Future

**G**iven the current growth rate of switched digital services, the advantages of using inverse multiplexing are many. Competition among public and private network service providers has decreased the cost of making calls with 56- or 64-kb/s capacities, from about 30 cents/min to about 8 cents/min. Competitive pressure has also generated a maze of other promised services, such as ATM and frame relay, which compete with the advantages of combining basic services with inverse multiplexing to meet application-specific requirements. Basic-rate ISDN services capable of bringing 64-kb/s channels to businesses and homes on the same wires as analog telephones have been evolving at a significant rate everywhere but in North America.

However, as the lag in ISDN deployment in North America appears to be getting shorter, newer and less mature technologies are receiving significant attention. Two service offerings, switched 384- and 1536-kb/s hyperchannels (the ISDN H0 and H11 service) and dialable wideband service [4] (also called multirate ISDN), are becoming available, though they are not expected to have the level of worldwide interoperability provided by single-channel digital services. Another drawback to hyperchannel services is that they require primary-rate ISDN access lines, which are significantly more expensive than basic-rate access because they have a minimum capacity of 24 64-kb/s channels. Carriers have made claims that such services can save money by reducing the

billing of multiple calls and that equipment designed with only their service will be less expensive. While this may be true when the service becomes ubiquitous, the flexibility needed to call almost anyone with digital telephone service will be accomplished by inverse multiplex equipment capable of both functions. Current IMUX devices can easily adapt to multirate services to save money when they are available, and switch to inverse multiplex mode to call a compatible device. Aggregating newer services to optimize cost can in fact be expected to proliferate the inverse multiplexer concept further.

While the BONDING standard was written for aggregating up to 63 channels operating at 56 or 64 kb/s, the concept is easily extendable to hyperchannels of any rate, including aggregating 1536-kb/s subchannels on DS-3 and synchronous optical network (SONET) facilities to rates comparable to LAN speeds of 16 Mb/s. Such higher-speed inverse multiplexers may require somewhat different equipment designs, since current equipment capable of 2-Mb/s operation is generally based on a single state-of-the-art digital signal processor, which may not be capable of extending operation beyond 5 Mb/s.

Other goals being pursued by the BONDING consortium beyond the promotion of its standard are the sponsoring of interoperability events and the development of methods for demonstrating compliance with the standard. Based on the level of current activity, the future of inverse multiplexing as an effective technique for matching application needs with available services seems destined to continue, as it has proven in the past to be adaptable to a changing network environment.

## References

[1] R. Fagerstrom and J. Healy, "The Reliability of LEC Telephone Networks," *IEEE Commun. Mag.*, vol. 31, no. 6, p. 44, June 1993.
[2] "Interoperability Requirements for Nx56/64 kbit/s Calls," version 1.0, BONDING Consortium, Sept. 1, 1992.
[3] ANSI Draft from TIA Committee TR41.4, "Aggregation of Multiple Independent 56 kbit/s of 64 kbit/s Channels into a Synchronized Wideband Connection," PN 3014.
[4] "Generic Requirements for the Switched Fractional DS1 Service Capability from an ISDN Interface (SWF-DS1/ISDN)," Bellcore Tech. Ref. TR-TNWT 001293, issue 2, Dec. 1992.
[5] ITU-TS (CCITT) Rec. H.221, "Frame Structure for a 64 to 1920 kbit/s Channel in Audiovisual Teleservices," Dec. 1990.

## Biography

PAUL FREDETTE is vice president and chief technical officer of Promptus Communications, Inc., Portsmouth, Rhode Island, and is also a cofounder and member of the Board of Directors. He received a B.S. in electrical engineering from the University of Massachusetts at Dartmouth and an M.S.E.E. in systems engineering from M.I.T. From 1978 to 1989, he held various posts as VP of engineering in the formative stages, and later chief technical officer, of Avanti Communications Corporation. He has also participated in the development of the ANSI standard for T1, performed computer simulation and systems analysis for the Naval Underwater Systems Center, and was employed at Bell Laboratories.

DEF-INV0000097

EXHIBIT O

Superseded by a more recent version

 INTERNATIONAL  TELECOMMUNICATION  UNION

# ITU-T

TELECOMMUNICATION
STANDARDIZATION  SECTOR
OF  ITU

# H.320
(07/97)

## SERIES H: AUDIOVISUAL AND MULTIMEDIA SYSTEMS

Infrastructure of audiovisual services – Systems and
terminal equipment for audiovisual services

---

## Narrow-band visual telephone systems and terminal equipment

ITU-T  Recommendation  H.320
Superseded by a more recent version

(Previously  CCITT  Recommendation)

---

DEF-INV0002718

## Superseded by a more recent version

ITU-T H-SERIES RECOMMENDATIONS

**AUDIOVISUAL AND MULTIMEDIA SYSTEMS**

| | |
|---|---|
| Characteristics of transmission channels used for other than telephone purposes | H.10–H.19 |
| Use of telephone-type circuits for voice-frequency telegraphy | H.20–H.29 |
| Telephone circuits or cables used for various types of telegraph transmission or simultaneous transmission | H.30–H.39 |
| Telephone-type circuits used for facsimile telegraphy | H.40–H.49 |
| Characteristics of data signals | H.50–H.99 |
| CHARACTERISTICS OF VISUAL TELEPHONE SYSTEMS | H.100–H.199 |
| INFRASTRUCTURE OF AUDIOVISUAL SERVICES | H.200–H.399 |
| General | H.200–H.219 |
| Transmission multiplexing and synchronization | H.220–H.229 |
| Systems aspects | H.230–H.239 |
| Communication procedures | H.240–H.259 |
| Coding of moving video | H.260–H.279 |
| Related systems aspects | H.280–H.299 |
| **Systems and terminal equipment for audiovisual services** | **H.300–H.399** |

*For further details, please refer to ITU-T List of Recommendations.*

DEF-INV0002719

Superseded by a more recent version

## 3.2    Signals

Visual telephone signals are classified into video, audio, data and control as follows:

–    Audio signals are continuous traffic and require real-time transmission.

   NOTE – In order to reduce the average bit rate of audio signals, voice activation can be introduced (in which case the audio signals are no longer continuous).

–    Video signals are also continuous traffic; the bit rate allocated to video signals should be as high as possible, in order to maximize the quality within the available channel capacity.

–    Data signals include still pictures, facsimile and documents, or other facilities; this signal may occur only occasionally as required and may temporarily displace all or part of the audiovisual signal content. It should be noted that data signals are associated only with optional enhancements to the basic visual telephone system; therefore, the opening of a path to carry such signals is preceded by negotiation between the terminals.

–    Control signals are some system control signals by definition. The path for the terminal-to-network control signals is provided in the D-channel, while the path for the terminal-to-terminal control signals is provided in BAS or service channel only when necessary by the mechanism defined in Recommendation H.221.

## 3.3    Bit rate options and infrastructure

### 3.3.1    Communication modes of visual telephone

Communication modes of visual telephone are defined in Table 1 according to their channel configuration and coding. A particular communication mode of operation is established according to the H.242 procedures.

Table 1/H.320 – Communication modes of visual telephone

| Visual telephone mode (Suffix n corresponds to audio coding) | Channel rate (kbit/s) | ISDN channel | ISDN interface | | Coding | | Notes |
|---|---|---|---|---|---|---|---|
| | | | Basic | Primary rate | Audio | Video | |
| $a_n$ | 64 | B | | | | | 1, 2 |
| $b_n$ | 128 | 2B | | | | | 3 |
| $c_n$ | 192 | 3B | | | | | 3, 4 |
| $d_n$ | 256 | 4B | | | n   Rec. | Rec. H.261 | 3, 4 |
| $e_n$ | 320 | 5B | | | 0   G.711 | Rec. H.262 | 3, 4 |
| $f_n$ | 384 | 6B | | Applicable | 1   G.722 | Rec. H.263 | 3, 4 |
| $g_n$ | 384 | $H_0$ | | | 2   G.728 | (Note 6) | |
| $h_n$ | 768 | $2H_0$ | | | 3   G.723.1 | | 3 |
| $i_n$ | 1152 | $3H_0$ | Not | | (Note 5) | | 3 |
| $j_n$ | 1536 | $4H_0$ | applicable | | 4   G.729 | | 3 |
| $k_n$ | 1536 | $H_{11}$ | | | | | |
| $l_n$ | 1920 | $5H_0$ | | | | | 3 |
| $m_n$ | 1920 | $H_{12}$ | | | | | |

NOTE 1 – If a visual telephone interworks with a wideband speech terminal, G.722 audio (mode $a_1$) may be used instead of G.711 audio (mode $a_0$).

NOTE 2 – If two terminals connect at this rate and run G.711 (mode $a_0$) or G.722 (mode $a_1$) and both have video capability, H.261, H.262 or H.263 may be used. It should be noted, however, that the video performance is limited due to the very low bit rate available for this purpose.

NOTE 3 – For multiple channels of B/$H_0$, all channels are synchronized at the terminal according to 2.7/H.221. For bit rates higher than 64 kbit/s, channel aggregation of multiple B-channels may be used as specified in Recommendation H.244 or ISO/IEC 13871.

NOTE 4 – This mode is applicable to the ISDN basic interface if multiple basic accesses are used.

NOTE 5 – For G.723.1 audio, a channel shall be allocated as specified in Recommendation H.221. The audio data and their packet formats are described in Recommendations G.723.1 and H.223. Use of bits not required for G.723.1 audio coding is specified in Recommendation H.221.

NOTE 6 – The hierarchy of H.261, H.262 and H.263 is defined in Annex A.

DEF-INV0002726

EXHIBIT P

Superseded by a more recent version



INTERNATIONAL  TELECOMMUNICATION  UNION

# ITU-T

TELECOMMUNICATION
STANDARDIZATION  SECTOR
OF  ITU

# T.123
(10/96)

## SERIES T: TERMINALS FOR TELEMATIC SERVICES

# Network specific data protocol stacks for multimedia conferencing

ITU-T  Recommendation  T.123

Superseded by a more recent version

(Previously  CCITT  Recommendation)

DEF-INV0002820

## Superseded by a more recent version



Figure 21/T.123 – Alternative profile
for LAN based on data unit transfer

*Layer 4*

–   X.224.

–   Class 0 preferred, no alternative class.

–   Maximum TPDU size shall not exceed maximum LAN data unit.

*Layer 3*

–   Connection-oriented service preserving sequence.

–   Boundary between data units retained as part of the transfer.

–   Residual error rate low enough to use as a Type A network service.

–   Flow control mechanism to exert back-pressure on a transmitter.

NOTE 1 – NETBIOS, Netware Sequenced Packet Exchange (SPX), and AppleTalk Data Stream Protocol (ADSP) are examples of the above.

NOTE 2 – In the case of SPX and ADSP, data unit boundaries are marked by setting an end-of-message bit.

*Layer 2*

–   Commonly, ISO 8802 logical link control and medium access sublayers.

*Layer 1*

–   Commonly, ISO 8802 physical medium.

## Annex  A

### Integration of multimedia signals framed according to Recommendation H.221

Figure A.1 illustrates how Recommendation H.221 aggregates the throughput of one or more digital channels and then partitions the total transfer rate into bit rate allocations for the individual media.

DEF-INV0002854

Superseded by a more recent version



**Figure A.1/T.123 – Integration of multimedia signals framed according to Recommendation H.221**

## Appendix I

## Multimedia conference call set-up in the ISDN

### I.1 Introduction

Multimedia Conference (MMC) terminals, currently under standardisation in ITU-T, are basically intended to operate within the ISDN. However, various terminals of different types such as telephone, facsimile Group 4, videophones, and teleconference systems are also connected to the ISDN.

The following scenarios are derived from Recommendation Q.931, which provides more information and describes other possibilities. Attention should be paid to the coding of information elements for BC, LLC, and HLC, because they are important for interworking.

Table I.1 suggests values that may be used in a SETUP message. The called side terminal should also accept other values of the information elements for BC, LLC, and HLC. Alternative settings include unrestricted digital information with tones and announcements (UDI-TA), rate adaption to 56 kbit/s for restricted networks, double BC/HLC, and absence of LLC. When HLC is used, call acceptance should be configured by the user to allow either telephony 7 kHz, videotelephony, or telephony 3.1 kHz.

DEF-INV0002855

EXHIBIT Q

US007017176B1

(12) **United States Patent**　　　　　(10) **Patent No.:**　　**US 7,017,176 B1**
　　Lee et al.　　　　　　　　　　　　　　(45) **Date of Patent:**　　　**Mar. 21, 2006**

(54) **DATA TRANSMISSION OVER MULTIPLE UPSTREAM CHANNELS WITHIN A CABLE MODEM SYSTEM**

(75) Inventors: **Glenn E. Lee**, Fremont, CA (US); **Patrick S. King**, Stow, CA (US)

(73) Assignee: **Cisco Technology, Inc.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/330,225**

(22) Filed: **Jun. 10, 1999**

(51) Int. Cl.
　　*H04N 7/173*　　　　(2006.01)

(52) **U.S. Cl.** ...................................... **725/111**; 725/126

(58) **Field of Classification Search** ............... 725/111, 725/121, 122, 126, 125; 370/536; 375/260
　　See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,278,889 | A | * | 1/1994 | Papanicolaou et al. .. 348/14.01 |
| 5,745,836 | A | * | 4/1998 | Williams .................... 725/125 |
| 5,881,361 | A | * | 3/1999 | Mannette ..................... 455/3.3 |
| 5,949,788 | A | * | 9/1999 | Friedman ................... 370/431 |
| 5,963,557 | A | * | 10/1999 | Eng ........................... 370/432 |
| 6,185,224 | B1 | * | 2/2001 | Limb et al. ................. 370/459 |
| 6,230,326 | B1 | * | 5/2001 | Unger ........................ 725/111 |
| 6,351,469 | B1 | * | 2/2002 | Otani ......................... 370/459 |

OTHER PUBLICATIONS

Radio Frequency Interface Specification, SP-RFI-I02-971008, DOCSIS, Interim Specification, Cable Television Laboratories, Inc., 1997.*

* cited by examiner

*Primary Examiner*—Vivek Srivastava
(74) *Attorney, Agent, or Firm*—Beyer Weaver & Thomas, LLP

(57)　　　　　　**ABSTRACT**

A system and method are disclosed for transmitting upstream data from a cable modem within a cable television plant. One aspect of the invention pertains to a method that includes transmitting a first portion of the upstream data on a first upstream channel from the cable modem and transmitting a second portion of the upstream data on a second upstream channel from the cable modem. The second upstream channel differs from the first upstream channel. In another aspect, the invention pertains to a cable modem that includes a processor configured to initiate transmission on multiple upstream channels. The cable modem further includes an upstream transmitting component operating in conjunction with the processor and configurable by the processor to transmit data over multiple upstream channels. In one embodiment, the upstream transmitting component includes a first transmitter that is capable of being configured by the processor to transmit data at both a first upstream channel and a second transmitter that is capable of being configured by the processor to transmit at a second upstream channel that differs from the first upstream channel.

**62 Claims, 7 Drawing Sheets**



Case 1:15-cv-00842-RGA   Document 379-2   Filed 04/16/19   Page 26 of 126 PageID #: 16779



Figure 1
(Prior Art)



Figure 2

**U.S. Patent**      Mar. 21, 2006      Sheet 3 of 7      **US 7,017,176 B1**



Figure 3



Figure 4



Figure 5A



Figure 5B



Figure 6

US 7,017,176 B1

**1**

## DATA TRANSMISSION OVER MULTIPLE UPSTREAM CHANNELS WITHIN A CABLE MODEM SYSTEM

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to transmitting data over existing cable television plants using cable modems. More specifically, it relates to upstream transmission of data from the cable modem to the head end.

2. Description of the Related Art

The cable TV industry has been upgrading its signal distribution and transmission infrastructure since the late 1980s. In many cable television markets, the infrastructure and topology of cable systems now include fiber optics as part of its signal transmission component. This has accelerated the pace at which the cable industry has taken advantage of the inherent two-way communication capability of cable systems. The cable industry is now poised to develop reliable and efficient two-way transmission of digital data over its cable lines at speeds orders of magnitude faster than those available through telephone lines, thereby allowing its subscribers to access digital data for uses ranging from Internet access to cablecommuting.

Originally, cable TV lines were exclusively coaxial cable. The system included a cable head end, i.e. a distribution hub, which received analog signals for broadcast from various sources such as satellites, broadcast transmissions, or local TV studios. Coaxial cable from the head end was connected to multiple distribution nodes, each of which could supply many houses or subscribers. From the distribution nodes, trunk lines (linear sections of coaxial cable) extended toward remote sites on the cable network. A typical trunk line is about 10 kilometers. Branching off of these trunk lines were distribution or feeder lines (40% of the system's cable footage) to specific neighborhoods, and drop cables (45% of the system's cable footage) to homes receiving cable television. Amplifiers were provided to maintain signal strength at various locations along the trunk line. For example, broadband amplifiers are required about every 2000 feet depending on the bandwidth of the system. The maximum number of amplifiers that can be placed in a run or cascade is limited by the build-up of noise and distortion. This configuration, known as tree and branch, is still present in older segments of the cable TV market.

With cable television, a TV analog signal received at the head end of a particular cable system is broadcast to all subscribers on that cable system. The subscriber simply needed a television with an appropriate cable receptor to receive the cable television signal. The cable TV signal was broadcast at a radio frequency range of about 60 to 700 MHz. Broadcast signals were sent downstream; that is, from the head end of the cable system across the distribution nodes, over the trunk line, to feeder lines that led to the subscribers. However, the cable system did not have the equipment necessary for sending signals from subscribers to the head end, known as return or upstream signal transmission. Not surprisingly, nor were there provisions for digital signal transmission either downstream or upstream.

In the 1980s, the cable companies began installing optical fibers between the head end of the cable system and distribution nodes (discussed in greater detail with respect to FIG. 1). The optical fibers reduced noise, improved speed and bandwidth, and reduced the need for amplification of signals along the cable lines. In many locations, cable companies installed optical fibers for both downstream and upstream

**2**

signals. The resulting systems are known as hybrid fiber-coaxial (HFC) systems. Upstream signal transmission was made possible through the use of duplex or two-way filters. These filters allow signals of certain frequencies to go in one direction and of other frequencies to go in the opposite direction. This new upstream data transmission capability allowed cable companies to use set-top cable boxes and allowed subscribers pay-per-view functionality, i.e. a service allowing subscribers to send a signal to the cable system indicating that they want to see a certain program.

In addition, cable companies began installing fiber optic lines into the trunk lines of the cable system in the late 1980s. A typical fiber optic trunk line can be up to 80 kilometers, whereas a typical coaxial trunk line is about 10 kilometers, as mentioned above. Prior to the 1990s, cable television systems were not intended to be general-purpose communications mechanisms. Their primary purpose was transmitting a variety of entertainment television signals to subscribers. Thus, they needed to be one-way transmission paths from a central location, known as the head end, to each subscriber's home, delivering essentially the same signals to each subscriber. HFC systems run fiber deep into the cable TV network offering subscribers more neighborhood specific programming by segmenting an existing system into individual serving areas between 500 to 2,000 subscribers. Although networks using exclusively fiber optics would be optimal, presently cable networks equipped with HFC configurations are capable of delivering a variety of high bandwidth, interactive services to homes for significantly lower costs than networks using only fiber optic cables.

FIG. 1 is a block diagram of a two-way hybrid fiber-coaxial (HFC) cable system utilizing a cable modem for data transmission. It shows a head end 102 (essentially a distribution hub) which can typically service about 40,000 subscribers. Head end 102 contains a cable modem termination system (CMTS) 104 connected to a fiber node 108 by pairs of optical fibers 106. The primary functions of the CMTS are (1) receiving signals from external sources 100 and converting the format of those signals, e.g., microwave signals to electrical signals suitable for transmission over the cable system; (2) providing appropriate Media Access Control (MAC) level packet headers (as specified by the MCNS standard discussed below) for data received by the cable system, (3) modulating and demodulating the data to and from the cable system, and (4) converting the electrical signal in the CMTS to an optical signal for transmission over the optical lines to the fiber nodes.

Head end 102 is connected through pairs of fiber optic lines 106 (one line for each direction) to a series of fiber nodes 108. Each head end can support normally up to 80 fiber nodes. Pre-HFC cable systems used coaxial cables and conventional distribution nodes. Since a single coaxial cable was capable of transmitting data in both directions, one coaxial cable ran between the head end and each distribution node. In addition, because cable modems were not used, the head end of pre-HFC cable systems did not contain a CMTS. Returning to FIG. 1, each of the fiber nodes 108 is connected by a coaxial cable 110 to two-way amplifiers or duplex filters 112 which permit certain frequencies to go in one direction and other frequencies to go in the opposite direction. Each fiber node 108 can normally service up to 500 subscribers. Fiber node 108, coaxial cable 110, two-way amplifiers 112, plus distribution amplifiers 114 along trunk line 116, and subscriber taps, i.e. branch lines 118, make up the coaxial distribution system of an HFC system. Subscriber tap 118 is connected to a cable modem 120. Cable modem 120 is, in turn, connected to a subscriber computer 122.

US 7,017,176 B1

3

Recently, it has been contemplated that HFC cable systems could be used for two-way transmission of digital data. The data may be Internet data, digital audio, or digital video data, in MPEG format, for example, from one or more external sources **100**. Using two-way HFC cable systems for transmitting digital data are attractive for a number of reasons. Most notably, they provide up to a thousand times faster transmission of digital data than is presently possible over telephone lines. However, in order for a two-way cable system to provide digital communications, subscribers must be equipped with cable modems, such as cable modem **120**. With respect to Internet data, the public telephone network has been used, for the most part, to access the Internet from remote locations. Through telephone lines, data are typically transmitted at speeds ranging from 2,400 to 33,600 bits per second (bps) using commercial (and widely used) data modems for personal computers. Using a two-way HFC system as shown in FIG. 1 with cable modems, data may be transferred at speeds up to 10 million bps. Table 1 is a comparison of transmission times for transmitting a 500 kilobyte image over the Internet.

TABLE 1

| Time to Transmit a Single 500 kbyte Image | |
|---|---|
| Telephone Modem (28.8 kbps) | 6–8 minutes |
| ISDN Line (64 kbps) | 1–1.5 minutes |
| Cable Modem (10 Mbps) | 1 second |

Furthermore, subscribers can be fully connected twenty-four hours a day to services without interfering with cable television service or phone service. The cable modem, an improvement of a conventional PC data modem, provides this high speed connectivity and is, therefore, instrumental in transforming the cable system into a full service provider of video, voice and data telecommunications services.

As mentioned above, the cable industry has been upgrading its coaxial cable systems to HFC systems that utilize fiber optics to connect head ends to fiber nodes and, in some instances, to also use them in the trunk lines of the coaxial distribution system. In way of background, optical fiber is constructed from thin strands of glass that carry signals longer distances and faster than either coaxial cable or the twisted pair copper wire used by telephone companies. Fiber optic lines allow signals to be carried much greater distances without the use of amplifiers (item **114** of FIG. **1**). Amplifiers decrease a cable system's channel capacity, degrade the signal quality, and are susceptible to high maintenance costs. Thus, distribution systems that use fiber optics need fewer amplifiers to maintain better signal quality.

Digital data on the upstream and downstream channels is carried over radio frequency (RF) carrier signals. Cable modems are devices that convert digital data to a modulated RF signal and convert the RF signal back to digital form. The conversion is done at two points: at the subscriber's home by a cable modem and by a CMTS located at the head end. The CMTS converts the digital data to a modulated RF signal which is carried over the fiber and coaxial lines to the subscriber premises. The cable modem then demodulates the RF signal and feeds the digital data to a computer. On the return path, the operations are reversed. The digital data is fed to the cable modem which converts it to a modulated RF signal (it is helpful to keep in mind that the word "modem" is derived from modulator/demodulator). Once the CMTS receives the RF signal, it demodulates it and transmits the digital data to an external source.

4

As mentioned above, cable modem technology is in a unique position to meet the demands of users seeking fast access to information services, the Internet and business applications, and can be used by those interested in cable-commuting (a group of workers working from home or remote sites whose numbers will grow as the cable modem infrastructure becomes increasingly prevalent). Not surprisingly, with the growing interest in receiving data over cable network systems, there has been an increased focus on performance, reliability, and improved maintenance of such systems. In sum, cable companies are in the midst of a transition from their traditional core business of entertainment video programming to a position as a full service provider of video, voice and data telecommunication services. Among the elements that have made this transition possible are technologies such as the cable modem.

The Data over Cable Service Interface Specification (DOCSIS) defines a standard for transmitting data over TV/HFC Cable. Specifically, DOCSIS limits the bandwidth for the upstream channel to 10 Mbps. Additionally, conventional cable modems are currently configured to transmit upstream data on a single upstream channel. Data are then typically transmitted using, for example, 16 QAM at 2.56 M baud to achieve an upstream bandwidth of 10 Mbps.

Although a 10 Mbps data transmission bandwidth is adequate for transmitting certain types of data that do not require large amounts of bandwidth (e.g., file transfers), a 10 Mbps bandwidth is inadequate for transmitting data that requires a larger amount of bandwidth (e.g., real time voice and video conferencing). Other examples of applications that require a higher bit rate are web hosting and multicast video.

Therefore, it would be desirable to provide improved mechanisms for cable modem transmission that increase the available upstream bandwidth.

SUMMARY OF THE INVENTION

Accordingly, the present invention provides an apparatus and method for transmitting upstream data over two or more upstream channels. In one embodiment, a cable modem is disclosed. In general terms, a first upstream channel is obtained by the cable modem from the head end. The cable modem is configured to transmit data over the first upstream channel. A second upstream channel is then obtained from the head end. If the second upstream channel differs from the first upstream channel, the cable modem is configured to transmit data over the second upstream channel, as well as the first upstream channel. If the obtained second upstream channel does not vary from the first upstream channel, a next upstream channel is obtained until it varies from the first upstream channel or there are no available upstream channels.

In one embodiment, the present invention pertains to a method for transmitting upstream data from a cable modem within a cable television plant. The method includes transmitting a first portion of the upstream data on a first upstream channel from the cable modem and transmitting a second portion of the upstream data on a second upstream channel from the cable modem. The second upstream channel differs from the first upstream channel.

In another implementation, the invention pertains to a cable modem that includes a processor configured to initiate transmission on multiple upstream channels. The cable modem further includes an upstream transmitting component operating in conjunction with the processor and configurable by the processor to transmit data over multiple

US 7,017,176 B1

5

upstream channels. In one embodiment, the upstream transmitting component includes a first transmitter that is capable of being configured by the processor to transmit data at both a first upstream channel and a second transmitter that is capable of being configured by the processor to transmit at a second upstream channel that differs from the first upstream channel if the second upstream channel is available. In yet another embodiment, the cable modem includes a first media access controller (MAC) coupled with the first transmitter and the processor, and the first MAC is arranged to receive data from the processor for outputting to the first transmitter so that the first transmitter outputs the data over the first upstream channel. The cable modem also includes a second MAC coupled with the second transmitter block and the processor, and the second MAC is arranged to receive data from the processor for outputting to the second transmitter so that the second transmitter outputs the data over the second upstream channel. In another invention implementation, the cable modem also includes a combiner that receives data transmitted over the first and second upstream channels from the first and second transmitter blocks. The combiner multiplexes the first and second upstream channels so that the received data are output on a single line.

In another aspect of the invention, a head end for receiving upstream data from a cable modem is disclosed. The head end includes a splitter that receives an upstream signal from the cable modem. The upstream signal including a first portion of the upstream data on a first upstream channel and a second portion of the upstream data on a second upstream channel that differs from the first upstream channel. The splitter is arranged to separate the first portion of the upstream data transmitted over the first upstream channel from the second portion of the upstream data transmitted over the second upstream channel for further processing of the separated data.

In another method implementation of the invention, a method of transmitting upstream data from a cable modem over multiple upstream channels within a cable television plant is disclosed. The cable modem is configured to transmit over a first upstream channel if the first upstream channel is represented by information within a downstream channel, and the cable modem is also configured to transmit over a second upstream channel if the second upstream channel is represented by information within the downstream channel and if the second upstream channel differs from the first upstream channel.

In one embodiment, it is determined whether the cable modem is authorized to transmit over multiple upstream channels prior to obtaining a second upstream channel, and the cable modem is configured with the second upstream channel only where the cable modem is authorized to transmit over multiple upstream channels. In another embodiment, the method includes transmitting over a single channel if the cable modem is set up only to transmit over the first upstream channel and transmitting over both the first and second upstream channels if the cable modem is set up to transmit over both the first and second upstream channels.

In another cable modem implementation, the cable modem includes a first media access controller coupled with a first memory device into which data is written for transmission upstream from the cable modem and a second media access controller coupled with a second memory device into which data is written for transmission upstream from the cable modem. The cable modem also includes a first transmitter coupled with the first media access controller, a second transmitter coupled with the second media access

6

controller, and a processor configured to configure the first transmitter to transmit data over a first upstream channel. The processor is also configures the second transmitter to transmit data over a second upstream channel that differs from the first upstream channel if the second upstream channel is available, initiates transmission of a first data portion over the first upstream channel by writing to the first memory device of the first media access controller, and initiates transmission of a second data portion over the second upstream channel by writing to the second memory device of the second media access controller.

In another embodiment, the invention pertains to a computer readable medium containing programming instruction for transmitting data from a cable modem within a cable television plant. The computer readable medium includes computer readable code for transmitting a first portion of the upstream data on a first upstream channel from the cable modem and computer readable code for transmitting a second portion of the upstream data on a second upstream channel from the cable modem with the second upstream channel differing from the first upstream channel.

In another embodiment, a computer readable medium containing programming instructions for transmitting upstream data from a cable modem over multiple upstream channels within a cable television plant is contemplated. The computer readable medium includes computer readable code for configuring the cable modem to transmit over a first upstream channel if the first upstream channel is represented by information within a downstream channel and computer readable code for configuring the cable modem to transmit over a second upstream channel if the second upstream channel is represented by information within the downstream channel and if the second upstream channel differs from the first upstream channel.

The present invention has several associated advantages. For example, the present invention provides mechanisms for configuring a cable modem to transmit on two or more channels. This features provides a significant increase in bandwidth over the single upstream channel configuration. Additionally, if one of the multiple upstream channels of a cable modem becomes unable to transmit data, another upstream channel may take over transmission. Thus, the present invention may increase the reliability of data transmission.

These and other features and advantages of the present invention will be presented in more detail in the following specification of the invention and the accompanying figures which illustrate by way of example the principles of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be readily understood by the following detailed description in conjunction with the accompanying drawings, wherein like reference numerals designate like structural elements, and in which:

FIG. 1 is a block diagram of a two-way hybrid fiber-coaxial (HFC) cable system utilizing a cable modem for data transmission.

FIG. 2 is a diagrammatic representation of a head end that is configured to receive multi channels from a same subscriber or cable modem in accordance with one embodiment of the present invention.

FIG. 3 is a diagrammatic representation of a cable modem that is configured to transmit upstream data over two channels in accordance with one implementation of the present invention.

US 7,017,176 B1

7

FIG. 4 is flowchart representing a process for configuring a cable modem for transmission on one or more channel(s) and transmitting data on such channel(s) in accordance with one embodiment of the present invention.

FIG. 5A is a flowchart illustrating the operation of FIG. 4 of setting up the first Tx of the cable modem in accordance with one embodiment of the present invention.

FIG. 5B is a flowchart illustrating the operation of FIG. 4 of setting up the second Tx of the cable modem in accordance with one embodiment of the present invention.

FIG. 6 is a flowchart illustrating the operation of FIG. 4 for transmitting data on the upstream channel(s) of the first and second Tx in accordance with one embodiment of the present invention.

DETAILED DESCRIPTION OF SPECIFIC
EMBODIMENTS

Reference will now be made in detail to specific embodiments of the invention. Examples of these embodiments are illustrated in the accompanying drawings. While the invention will be described in conjunction with these specific embodiments, it will be understood that it is not intended to limit the invention to these embodiments. On the contrary, it is intended to cover alternatives, modifications, and equivalents as may be included within the spirit and scope of the invention as defined by the appended claims. In the following description, numerous specific details are set forth in order to provide a thorough understanding of the present invention. The present invention may be practiced without some or all of these specific details. In other instances, well known process operations have not been described in detail in order not to unnecessarily obscure the present invention.

The present invention provides mechanisms within a cable modem for transmitting upstream data on multiple channels. The head end and/or cable plant may be configured in any suitable manner such that an upstream signal, which may include data from multiple upstream channels, may be received by the head end from the same cable modem. For example, the upstream signal from a single modem may exit the modem on one line that is split (e.g., by a splitter) into two lines having two upstream channels. The splitter may be placed within the head end or between the head end and the cable modem. However, placing the splitter within the head end allows the cable plant itself to remain unaltered. This configuration may represent a minimal cost solution for upgrading the cable system to transmit over multiple upstream channels. Alternatively, the cable modem may be configured with two upstream transmission lines that may be each configured with a different upstream channel.

FIG. 2 is a diagrammatic representation of a head end 202 that is configured to receive multiple channels from a same subscriber or cable modem in accordance with one embodiment of the present invention. As shown, a first plurality of subscribers 217 are coupled with the head end 202 via distribution hub 213a, and a second plurality of subscribers 215 are coupled with the head end 202 via distribution hub 213b.

The head end outputs a downstream signal to both sets of subscribers 215 and 217 through downstream line 207. The downstream signal passes through both distribution hubs 213a and 213b. The distribution hub 213a combines the downstream signal of line 207 with the upstream signal (i.e., of line 205) from subscribers 217 into a multiplexed signal on line 209. Likewise, the distribution hub 213b combines

8

the downstream signal of line 207 with the upstream signal (i.e., of line 203) from subscribers 215 into a multiplexed signal on line 211.

An upstream signal is transmitted by one of the cable modems 217, for example, to line 205 via line 209. This upstream signal may include data transmitted over a first upstream channel and a second upstream channel. Of course, there may be more than two upstream channels. The line 209 is also a multiplexed version of the downstream signal (i.e., of line 207) and the upstream signal (i.e., of line 205). Upstream signal 205 is separated from downstream signal 207 by the distribution hub 213a. Upstream signals 203 and 205 are input into the head end 202.

The head end 202 also includes one or more splitters 219 for receiving the upstream signals of lines 205 and 203 from subscribers 217 and 215, respectively. The splitters 219 separate the upstream signal into two or more upstream channels. As shown, splitter 219a separates upstream signal of line 205 into upstream channels on lines 221a and 221b. Likewise, splitter 219b separates upstream signal of line 203 into upstream channels on lines 223a and 223b.

FIG. 3 is a diagrammatic representation of a cable modem 300 that is configured to transmit upstream data over two channels in accordance with one implementation of the present invention. The cable modem 300 is intended as a logical representation, and is not meant to limit the scope of the invention. Upstream data are output on line 335, and downstream data are also input through the same line 335. As discussed above, the upstream and downstream data are frequency multiplexed on line 335.

On the receive side or downstream side, the cable modem includes a tuner 301, a receiver (Rx) block 303, and an Rx PHY block 309a. The tuner 301 generally receives a multiplexed downstream and upstream signal on line 335 and tunes in to the downstream channel. In other words, the tuner 301 separates out the downstream signal from the upstream signal from signal 335. For example, as required by the DOCSIS protocol, downstream signals are transmitted at frequencies between 88 and 860 MHz within a 6 MHz wide downstream channel. The tuner 301 outputs the tuned downstream signal to Rx block 303.

The Rx block 303 may include a mixer and amplifier. The mixer may be used to change the frequency of the received downstream signal. The Rx block 303 then outputs the downstream signal to two processing blocks 307a and 307b. Specifically, the downstream signal is received by Rx PHY blocks 309a and 309b of processing blocks 307a and 307b, respectively. The Rx PHY blocks 309 converts the RF formatted downstream signal into an appropriately formatted digital signal that is then output to a MAC block 313. Each MAC block generally processes the downstream signal in conjunction with a processor (e.g., as shown, CPU 319).

The processing blocks 307 may have any suitable format for transmitting upstream data and receiving downstream data. For example, each processing block may take the form of an integrated cable MAC/PHY device or separate cable MAC or cable PHY devices or logic. The MAC or PHY devices are logical partitions and are not intended to limit the scope of the invention, e.g., the MAC may be part of a CPU block with a separate PHY. Alternatively, the processing blocks may be combined into a single custom ASIC. In sum, the function blocks described in reference to FIG. 3 may be implemented in any suitable combination of hardware and/or software implementations.

Turning to the upstream side or transmission side of the cable modem, the CPU 319 is configured to transmit upstream data through the first MAC block 313a and/or the

US 7,017,176 B1

9

second MAC block 313b. In one embodiment, each processing block 307 is coupled with an associated packet memory buffer 314. To initiate transmission, the CPU may write data to the appropriate packet buffer 314 (i.e., 314a and/or 314b). After upstream data are written to the appropriate packet memory buffer 314, the associated MAC (313a and/or 313b) transmits the upstream data through a Tx PHY block (e.g., 311a and/or 311b) to a first Tx block 305a and/or a second Tx block 305b. The Tx PHY blocks convert the digital signals into RF modulated signals.

The Tx blocks may be configured to transmit the upstream signal at a selected upstream channel. For example, the first Tx block 305a may be configured to transmit at a first upstream channel, and the second Tx block 305b may be configured to transmit at a second upstream channel. The Tx blocks 305 then transmit the upstream signals at the two configured upstream channels to a combiner 302. The combiner 302 multiplexes the first upstream signal output by the first Tx block 305a and the second upstream signal output by the second Tx block 305a onto a single line that is output to the tuner 301. The tuner 301 receives the multiple channel upstream signal and multiplexes it with the downstream signal, which combined signal is output on line 335. For example, the tuner transmits the upstream signal within a frequency range between 5 and 42 MHz.

Each processing block 307 is coupled with CPU 319 and memory block 321 as shown. The CPU 319 works in conjunction with the memory block to control upstream data transmission, as well as other data processing functions. One embodiment of upstream data transmission is further described below in reference to FIG. 6. Each processing block 307 may be coupled with any number and kind of interface blocks. As shown, each processing block 307 is coupled to Ethernet block 325, connector block 323, debug port 327, telephony PHY block 331, and voice over IP block 333. The functions of these blocks are well known to people within the cable modem industry.

Although a specific implementation of a multiple upstream channel cable modem has been described with reference to FIG. 3, the cable modem itself may be configured in any suitable arrangement for transmitting upstream data on multiple upstream channels. For example, the mechanisms of the present invention may be implemented with a custom device having a single MAC layer block and multiple physical layer transmission blocks. In this example, the MAC layer blocks is arranged to transmit data over multiple upstream channels through the multiple physical layer transmission blocks. Alternatively, the cable modem may incorporate two MAC blocks coupled to two physical layer transmission blocks (e.g., as described in FIG. 3).

In general terms, the present invention provides mechanisms for configuring a cable modem that is capable of transmitting on multiple channels. The configuration procedure includes obtaining a first available upstream channel from the available downstream channel. That is, the upstream channel is represented by information that is transmitted within the downstream channel. The cable modem is then configured to transmit at the first upstream channel. A second available upstream channel is then obtained (if available), and the cable modem is then also configured to transmit at the second upstream channel. Preferably, the cable modem is configured with two distinct upstream channels (if available). Of course, the cable modem may be configured with more than two distinct upstream channels (if available) if the cable modem is configured for more than two upstream channels.

10

FIG. 4 is flowchart representing a process 400 for configuring a cable modem for transmission on one or more channel(s) and transmitting data on such channel(s) in accordance with one embodiment of the present invention. It is first determined whether initialization is required in operation 401. Initialization may include setting up a first Tx block (e.g., 305a of FIG. 3) of the cable modem for data transmission on a first upstream channel and/or setting up a second Tx block (e.g., 305b of FIG. 3) of the cable modem for data transmission on a second upstream channel. Of course, more than two Tx blocks may be present within the cable modem, and these Tx blocks may also be set up.

Initialization may be required for any number of suitable reasons. For example, initialization may occur after powering up of a cable modem. Additionally, initialization may be required if a first Tx block of the cable modem is set up but a second Tx block of the cable modem is not set up. In this case, only the second Tx needs to be set up since the first Tx is already set up. Such a situation would occur, for example, where a second upstream channel was not available for the cable modem during a previous initialization attempt, but a second upstream channel is now available for the cable modem's use.

If it is determined that initialization is required, the first Tx block of the modem is set up in operation 403. Of course, this operation may be skipped if the first Tx is already set up. Setup of the first Tx block generally includes setting the first Tx block to transmit on a first upstream channel. Procedures for configuring a Tx block to transmit at a particular upstream channel are well known to people within the cable modem industry. For example, the DOCSIS specification outlines how to configure a Tx block for transmission. Setup of the first Tx block is further described with reference to FIG. 5A.

Provisioning may then be verified in operation 405. In other words, the cable modem identifies the access rights provided by the head end to the cable modem. It is then determined whether the modem is provisioned for two upstream channels (or more) in operation 407. In other words, it is determined whether the head end has given permission for this particular cable modem to transmit on two upstream channels.

If the modem has been provisioned for two upstream channels, a second Tx of the cable modem is then set up in operation 409. Setting up the second Tx of the cable modem includes attempting to configure the second Tx to transmit on a second upstream channel that differs from the first upstream channel of the first Tx. Setup of the second Tx is further described with reference to FIG. 5B.

After the second Tx of the cable modem is set up or it is determined that initialization is not required, it is then determined whether the first and second Tx are configured with different upstream channels in operation 411. In certain cases, the first and second Tx may be configured with a same upstream channel, or the first Tx is configured to transmit on an upstream channel while the second Tx is not configured. For example, the first and second Tx may be configured with the same upstream channel if only a single upstream channel is available for transmission during the setup operations 403 and 409. Of course, if the second Tx is not set up with a second upstream channel (e.g., only the first Tx is configured with an upstream channel), this operation may be skipped and data may be transmitted using the single upstream channel of the first Tx in operation 413.

If the first and second Tx are configured with different upstream channels, upstream data are then transmitted over the two different channels of the first and second Tx in

US 7,017,176 B1

11

operation **415**. However, if the first and second Tx are configured with the same upstream channel, upstream data are transmitted over a single upstream channel of the first Tx in operation **413**. Of course, data may be alternately transmitted on both the first Tx and the second Tx, even though the first Tx and second Tx use the same upstream channel. The process **400** for configuring the cable modem for data transmission on multiple upstream channels and transmitting upstream data then ends. The process **400** may be initiated again when a new cable modem configuration is desired, and/or data are to be transmitted on the cable's configured upstream channel(s). The process **400** may also be performed at regular periodic time intervals, or triggered by any suitable event.

Procedures for setting the cable modem to transmit on multiple channels may include any suitable procedures for setting up a cable modem to transmit on a single channel, which setup procedures are well known by people skilled in the cable modem industry. That is, whatever setup procedure is implemented for setting up a single channel may simply be repeated for setting up a second upstream channel (or any number of upstream channels). Additionally, mechanisms may be included for ensuring that the cable modem is configured with unique upstream channels.

FIG. 5A is a flowchart illustrating the operation **403** of FIG. **4** of setting up the first Tx of the cable modem in accordance with one embodiment of the present invention. Initially, the cable modem scans for the downstream channel and collects upstream channels descriptors (UCD) that are transmitted within the located downstream channel in operation **501**. In one embodiment, downstream channels are scanned sequentially to locate a digital signal onto which the cable modem can lock. When the cable modem is able to lock onto a digital signal, the downstream channel has been located. The digital signal may include one or more UCD's that indicate one or more upstream channels that the cable modem may use for upstream data transmission. That is, available UCD's are collected from an available downstream channel.

It is then determined whether there is a current UCD in operation **503**. The downstream channel may contain one or more UCD's or not contain any UCDs. If there is a current UCD within the collected UCDs, a UCD is then selected from the collected UCDs in operation **505**. The selected UCD may be verified to determine whether it is still valid and/or available. For example, the downstream channel may be scanned again to verify whether the selected UCD is still available and/or whether the selected UCD's configuration has changed since the UCD's were last collected in operation **501**.

Any suitable algorithm may be implemented to select a UCD. For example, the first UCD within the collected UCDs may be selected first, the second UCD may be selected second, etc. In one embodiment, a UCD is selected at random so as to reduce the likelihood that the cable modem is competing with a significant number of other cable modems for the same UCD. That is, if every cable modem attempts to initially select the first UCD, these modems are competing for the same UCD and it is likely that most of the modems (except one) will have to select a next UCD. Likewise, if the rest of the modems attempt to then select the second UCD within the collected UCD's, the remaining modems will again compete for the same UCD. Thus, this selection method may consume a significant amount of processing time.

The first Tx is then configured based on the selected UCD in operation **507**. After the first Tx is configured, normal

12

ranging processes are performed. In the illustrated embodiment, ranging is then requested from the head end using the first upstream channel in operation **509**. It is then determined whether the head end is responding in operation **511**. If the head end is responding, periodic ranging is then performed in operation **513**. Periodic ranging or station maintenance is performed using the first upstream channel to reevaluate the cable modem's configuration to determine whether it is within acceptable levels. The first upstream channel frequency, as well as other configuration parameters, may be altered during periodic ranging. Although not shown, periodic ranging is typically performed at regular time intervals after the cable modem is initially ranged (e.g., as in the initial ranging operations **509** and **511**).

After periodic ranging, the upstream channel value of the first Tx is then stored in operation **515**. The upstream channel value may be the upstream channel value that was obtained within the selected UCD that was used initially to configure the first Tx in operation **507**, or the upstream channel value may be a value that resulted from the periodic ranging of operation **513**. Other suitable values may also be stored, such as an assigned upstream time slot value and assigned power level value for the cable modem, which values are also available within the downstream channel. The operation **403** for setting up of the first Tx then ends.

If it is determined that the head end is not responding via operation **511**, it is then determined whether the modem is set at a maximum power level in operation **517**. If the level is not set at the maximum power level, the power level of the modem is increased in operation **519**. The power level is increased until the head end responds or the maximum power level is reached. If the maximum power level is reached, it is determined that the head end is not responding to the configured first upstream channel value.

It is then determined whether there is a next UCD in operation **503**. If there is a next UCD, another UCD is then selected from the collected UCD in operation **505**. Next UCD's are selected until there are no more UCD's within the collected UCD's or the head end responds to the ranging request. If the next selected UCD results in a response from the head end, the set up operation **403** ends with the first Tx being configured based on the last selected UCD. If there are no more UCDs and the head end has failed to respond, the first Tx is not configured in operation **521**, and the set up operation **403** ends.

FIG. 5B is a flowchart illustrating the operation **409** of FIG. **4** of setting up the second Tx of the cable modem in accordance with one embodiment of the present invention. Initially, it is determined whether there is a current available UCD within the collected UCD in operation **551**. The UCD's were already collected within the operation **403** of FIG. 5A for setting up the first Tx. Of course, the downstream channel may be scanned again and a new set of UCD's may be recollected since there may now be more available UCD's with the downstream channel.

If there is an available UCD, a UCD is selected from the collected UCD in operation **553**. The selected UCD may also be verified to determine whether it is still valid and/or available. In operation **555**, it is then determined whether the upstream channel of the selected UCD is equal to the value of the upstream channel stored for the first Tx. If the channel is the same, it is then determined whether there is a next available UCD in operation **551**. If the channel is not the same, the second Tx is then configured based on the selected UCD in operation **557**. Ranging is then requested by the

US 7,017,176 B1

13

cable modem using the second upstream channel in operation **559**. It is then determined whether the head end is responding in operation **561**.

If the head end is not responding, it is then determined whether the modem is set at a maximum power level in operation **565**. If the modem is not set at the maximum power level, the power level of the modem is then increased in operation **567**. The power level of the modem continues to be increased until the head end responds or the modem is set to the maximum power level. If the head end responds, periodic ranging is then performed in operation **563** and the operation **409** for setting up the second Tx ends.

However, if the modem is set at the maximum power level, it is then determined whether there is a next available UCD within the selected UCD's in operation **551**. If there is a next available UCD, a UCD is selected from the collected UCD in operation **553**. However, if there is not next available UCD, the second Tx is not configured in operation **569**, and the operation for setting up second Tx then ends. UCD's continue to be selected until the second Tx is configured with a different upstream channel than the first Tx or there are no more available UCD's. Of course, the second Tx may be configured with the same channel as the first Tx.

FIG. **6** is a flowchart illustrating the operation **415** of FIG. **4** for transmitting data on the upstream channel(s) of the first and second Tx in accordance with one embodiment of the present invention. Initially, the first or second MAC (e.g., MAC **313***a* or **313***b* of FIG. **3**) is selected for data transmission in operation **601**. Selection may be based on any suitable factor. For example, data may be evenly divided between the first and second MAC. By way of specific example, the first MAC is selected for transmitting a first packet, the second MAC is then selected for transmitting a second packet, the first MAC is then again selected for transmitting a third packet, etc.

By way of another example, MAC selection may depend on the traffic levels of the separate upstream channels. That is, if the first channel of the first MAC is congested, the second MAC is selected for data transmission. Alternatively, the first MAC may be selected as the primary data transmission channel, while the second MAC is selected for load balancing. Load balancing may be accomplished by considering any suitable set of factors that affect load on a particular upstream. For example, a first consideration may be the characteristic of the upstream channel as defined by parameters of the UCD. The parameters defined by the UCD may determine how much bandwidth is available for data transmission on the upstream channel. These parameters may include QAM mode, channel width, minislot size if SLC is being used, and/or preamble length, among other factors. These parameters may then be used to determine the capacity of the upstream. A second factor to consider for load balancing is the actual traffic that is being sent on a given upstream (e.g., calculate the actual bits being transmitted per second). For example, the number of packets being transmitted and the size of these packets are used to calculate the actual bits per second. Load balancing may include consideration of these factors before queuing each packet to keep the bits per second being transmitted on a specific upstream within the correct bandwidth ration (bps capacity) for that upstream.

By way of another example, transmission may be based on data type. For instance, high priority data (e.g., voice over traffic) may be transmitted on the first channel of the first MAC, while other non-high priority data (e.g., all other traffic) are transmitted on the second channel of the second MAC. In another implementation, a first type of security

14

data may be transmitted on the first channel, while a second type of security data may be transmitted on the second channel. Data type may be determined in any suitable manner. For example, particular data fields of a packet may be read to determine a packet type. Alternatively, packets may be categorized into different types according to packet size.

After either the first or second MAC is selected for data transmission, the data are written to the selected MAC's associated packet memory (e.g., packet memory **314***a* or **314***b* of FIG. **3**) in operation **603**. The written data are then referenced within a descriptor ring of the selected MAC in operation **605**. The selected MAC then transmits in due course in operation **607**. For example, the data are transmitted in first-in first-out order. The data transmission operation **415** then ends.

Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. It should be noted that there are many alternative ways of implementing both the process and apparatus of the present invention. For example, although the present invention was described as being implemented within a wired cable system, of course, the cable system may be in the form of a wireless cable system. By way of another example, the cable modem may utilize two different MAC addresses so that the head end may distinguish between the two upstream channels from the same cable modem. Alternatively, the CMTS and modem may implement a protocol that allows for multiple upstream channels to be used by a single MAC address of a single modem.

Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims.

What is claimed is:

**1**. A method for transmitting upstream data from a cable modem within a cable plant, the method comprising:

selecting a first upstream channel for transmission of a first portion of the upstream data and selecting a second upstream channel for transmission of a second portion of the upstream data, wherein the selection of the first and second upstream channels is based on a criteria selected from a group consisting of a load balancing criteria and a data type criteria;

transmitting the first portion of the upstream data on the first upstream channel from a first PHY block of the cable modem; and

transmitting the second portion of the upstream data on the second upstream channel from a second PHY block of the cable modem, the second upstream channel differing from the first upstream channel in their respective frequency ranges, wherein the first PHY block differs from the second PHY block.

**2**. A method as recited in claim **1**, further comprising:

obtaining the first upstream channel from information in the downstream channel input to the cable modem; and

obtaining the second upstream cannel from the information in the downstream channel input to the cable modem.

**3**. A method as recited in claim **2**, wherein the information comprises one or more upstream channel descriptors (UCDs) and obtaining the first upstream channel comprises collecting the one or more UCDs from the downstream

US 7,017,176 B1

15

channel, and selecting a first one of the collected UCD(s), wherein the first upstream channel is based on the first selected UCD.

**4**. A methods as recited in claim **3**, wherein the second upstream channel is obtained by selecting a second one of the collected UCD(s), wherein the second upstream channel is based on the second selected UCD.

**5**. A method as recited in claim **4**, wherein selecting the first and second UCD's is based on a random algorithm.

**6**. A method as recited in claim **4**, further comprising verifying whether the second upstream channel is still valid.

**7**. A method as recited in claim **1**, wherein transmitting data over the first upstream channel is alternated with transmitting data over the second upstream channel.

**8**. A method as recited in claim **1**, wherein a first type of data are transmitted over the first ups channel, and a second type of data are transmitted over the second upstream channel.

**9**. A method as recited in claim **1**, wherein data are transmitted over the first upstream channel when it is less congested than the second upstream channel, and data are transmitted over the second upstream channel when it is less congested than the first upstream channel.

**10**. A method as recited in claim **1**, wherein data are primarily transmitted over the first upstream channel, and data are transmitted over the second upstream channel to facilitate load balancing.

**11**. A cable modem comprising:

a processor configured to initiate selective transmission on multiple upstream channels, wherein the selective transmission on multiple upstream channels is based on a criteria selected from a group consisting of a load balancing criteria and a data type criteria; and

an upstream transmitting component operating in conjunction with the processor and configurable by the processor to transmit data over multiple upstream channels through different PHY blocks, wherein the multiple upstream channels are assigned within a downstream channel received into the cable modem and wherein the first upstream channel has a different frequency range than the second upstream channel.

**12**. A cable modem as recited in claim **11**, wherein the upstream transmitting component includes a first transmitter that is capable of being configured by the processor to transmit data at a first upstream channel and a second transmitter that is capable of being configured by the processor to transmit at a second upstream channel that differs from the first upstream channel if the second upstream channel is available.

**13**. A cable modem as recited in claim **12**, further comprising;

a first media access controller (MAC) coupled with the first transmitter and the processor, the first MAC arranged to receive data from the processor for outputting to the first transmitter so that the first transmitter outputs the data over the first upstream channel; and

a second MAC coupled with the second transmitter and the processor, the second MAC arranged to receive data from the processor for outputting to the second transmitter so that the second transmitter outputs the data over the second upstream channel.

**14**. A cable modem as recited in claim **12**, filter comprising a combiner receiving data transmitted over the first and second upstream channels from the first and second transmitter, the combiner multiplexing the first and second upstream channels so that the received data are output on a single line.

16

**15**. A cable modem as recited in claim **13**, wherein the first MAC is integrated within a first integrated MAC and PHY device, and the second MAC is integrated within a second integrated MAC and PHY device.

**16**. A cable modem as recited in claim **13**, wherein the first MAC is coupled with a first packet memory, and the second MAC is coupled with a second packet memory, the first and second MAC being arranged to transmit data that is written to its corresponding packet memory.

**17**. A cable modem as recited in claim **16**, wherein the first and second packet memory are located within a DRAM device.

**18**. A cable modem as recited in claim **12**, further comprising:

a MAC coupled with the first transmitter block, the second transmitter, and the processor, the MAC being arranged to receive data from the processor for outputting to the first transmitter and/or the second transmitter so that the first transmitter and/or second transmitter outputs the data over the first upstream channel and/or second upstream channel.

**19**. A head end for receiving upstream data from a cable modem, comprising a splitter that receives an upstream signal from the cable modem, the upstream signal including a first portion of the upstream data on a first upstream channel and a second portion of the upstream data on a second upstream channel that differs from the first upstream channel and wherein the first upstream channel has a different frequency range than the second upstream channel, the splitter being arranged to separate the first portion of the upstream data transmitted over the first upstream channel from the second portion of the upstream data transmitted over the second upstream channel for further processing of the separated data, wherein the head end is further operable to assign the first upstream channel and the second upstream channel to the cable modem, wherein the first and second upstream channels have been selected for transmission of their respective data from different PHY blocks based on a load balancing criteria or a data type criteria.

**20**. A method of transmitting upstream data from a cable modem over multiple upstream channels within a cable plant, the method comprising:

receiving a downstream signal within a downstream channel into the cable modem;

configuring the cable modem to transmit over a first upstream channel specified in the downstream signal;

configuring the cable modem to transmit over a second upstream channel which has a different frequency range than the second upstream channel if the second channel is specified in the downstream signal; and

selectively transmitting different data portions over the first and second channels through two different PHY blocks based on a criteria selected from a group consisting of a load balancing criteria and a data type criteria.

**21**. A method as recited in claim **20**, further comprising:

determining whether the cable modem is authorized to transmit over multiple upstream channels prior to configuring the cable modem to transmit over the second upstream channel; and

confirming the cable modem with the second upstream channel only when the cable modem is authorized to transmit over multiple upstream channels.

**22**. A method as recited in claim **21**, further comprising:

transmitting over a single channel if the cable modem is set up only to transmit over the first upstream channel; and

US 7,017,176 B1

**17**

transmitting over both the first and second upstream channels if the cable modem is set up to transmit over both the first and second upstream channels.

**23**. A method as recited in claim **22**, wherein transmitting over both the first and second upstream channels includes alternatively selecting the first and second upstream channels for transmission of one or more packets of data.

**24**. A method as recited in claim **22**, wherein transmitting over both the first and second upstream channels includes selecting either the first or second upstream channels for transmission of a particular type of data.

**25**. A method as recited in claim **22**, wherein transmitting over both the first and second ups channels includes selecting either the first or second upstream channels for transmission of data based on which upstream channel is least congested.

**26**. A method as recited in claim **22**, wherein transmitting over both the first and second upstream channels includes selecting the first upstream channel for primary data transmission and selecting the second upstream channel for load balancing.

**27**. A method as recited in claim **20**, further comprising powering up the cable modem, wherein the setting up of the cable modem with the first upstream channel is initiated by the powering up.

**28**. A method as recited in claim **20**, wherein the setting up the cable modem with the second upstream channel is initiated when the cable modem has previously been set up for transmitting over only a single upstream channel.

**29**. A method as recited in claim **20**, wherein the setting up of the cable modem with the second upstream channel is initiated when the cable modem has previously been set up for transmitting over only a single upstream channel.

**30**. A method as recited in claim **20**, further comprising:

prior to setting up the cable modem to transmit over the second upstream channel requesting initial ranging using the first upstream channel;

if a transmission power level of the cable modem is not greater than a maximum transmission power level, adjusting the transmission power level of the cable modem when the head end fails to respond to the initial ranging request using the first upstream channel; and

if the transmission power level is greater than the maximum transmission power level, setting up the cable modem with a next first upstream channel; and

performing periodic ranging between the head end and the cable modem using the first upstream channel when the head end responds to the initial ranging request using the first upstream channel.

**31**. A method as recited in claim **30**, wherein the transmission power level is adjusted in increments from a minimum value to a maximum power level.

**32**. A method as recited in claim **30**, wherein a value of the first upstream channel is altered by the periodic ranging and the cable modem is set up to transmit over the second upstream channel that differs from the altered first upstream channel value.

**33**. A method as recited in claim **30**, further comprising:

after setting up the cable modem to transmit over the second upstream channel, requesting initial ranging using the second upstream channel;

if a transmission power level of the cable modem is not greater than the maximum transmission power level, adjust the transmission power level of the cable modem when the head end fails to respond to the initial ranging request using the second upstream channel;

**18**

if the transmission power level is greater than the maximum transmission power level, setting up the cable modem with a next second upstream channel if available; and

performing periodic ranging between me head end and the cable modem using the second upstream channel when the head end responds to the initial ranging request using the second upstream channel.

**34**. A method as recited in claim **33**, wherein a value of the first upstream channel is altered by the periodic ranging and the cable modem is set up to transmit over the second upstream channel that differs from the altered first upstream channel value.

**35**. A cable modem comprising:

a first media access controller associated with a first memory portion into which data is written for mission upstream from the cable modem;

a second media access controller associated with a second memory portion into which data is written for transmission upstream from the cable modem;

a first PHY block coupled with the first media access controller, a second PHY block coupled with the second media access controller; and

a processor configured to receive a downstream signal within a downstream channel into the cable modem, configure the first PHY block to transmit data over a first upstream channel obtained from the downstream signal, configure the second PHY block to transmit data over a second upstream channel having a different frequency than the first upstream channel and obtained from the downstream signal if the second upstream channel is available, select the first upstream channel for transmission of a first data portion by writing to the first memory portion of the first media access controller so that the first data portion is transmitted through the first PHY block and select the second upstream channel for transmission of a second data portion by writing to the second memory portion of the second media access controller so that the second data portion is transmitted through the second PHY block, wherein selection of the first and second channels is based on a criteria selected from a group consisting of a load balancing criteria and a data type criteria.

**36**. A computer readable medium containing programming instruction for transmitting data from a cable modem within a cable plant, the computer readable medium comprising:

computer readable code for selecting a first upstream channel for transmission of a first portion of the upstream data and selecting a second upstream channel for transmission of a second portion of the upstream data, wherein the selection of the first and second upstream channels is based on a criteria selected from a group consisting of a load balancing criteria and a data type criteria;

computer readable code for transmitting the first portion of the upstream data on the first upstream channel from a first PHY block of the cable modem; and

computer readable code for transmitting the second portion of the upstream data on the second upstream channel from the cable modem, the second upstream channel differing from a second PHY block of the first upstream channel in their respective frequency ranges, wherein the first PHY block differs from the second PHY block.

**37**. A computer readable medium containing programming instructions for transmitting upstream data from a

US 7,017,176 B1

**19**

cable modem over multiple upstream channels within a cable plant, the computer readable medium comprising:

computer ale code for receiving a downs signal within a downstream channel into the cable modem, wherein the downstream signal specifies an assignment of a first upstream channel and a second upstream channel;

computer readable code for configuring the cable modem to transmit over a first upstream channel if the first upstream channel is represented by information within a downstream channel;

computer readable code for configuring the cable modem to transmit over a second upstream channel if the second upstream channel is represented by information within the downstream channel and if the second upstream channel differs from the first upstream channel and wherein the first upstream channel has a different frequency range than the second upstream channel; and

computer readable code for selectively transmitting different data portions over the first and second channels through two different PHY blocks based on a criteria selected from a group consisting of a load balancing criteria and a data type criteria.

**38**. A computer readable medium as recited in claim **36**, further comprising:

computer readable code for obtaining the first upstream channel from information in the downstream channel input to the cable modem; and

computer readable code for obtaining the second upstream channel from the information in the downstream channel input to the cable modem.

**39**. A computer readable medium as recited in claim **38**, wherein the information comprises one or more upstream channel descriptors (UCDs) and obtaining the first upstream channel comprises collecting the one or more UCDs from the downstream channel, and selecting a first one of the collected UCD(s), wherein the first upstream channel is based on the first selected UCD.

**40**. A computer readable medium as recited in claim **39**, wherein the second upstream channel is obtained by selecting a second one of the collected UCD(s), wherein the second upstream channel is based on the second selected UCD.

**41**. A computer readable medium as recited in claim **40**, wherein selecting the first and second UCD's is based on a random algorithm.

**42**. A computer readable medium as recited in claim **40**, further comprising verifying whether the second upstream channel is still valid.

**43**. A computer readable medium as recited in claim **39**, wherein transmitting over the first upstream channel is alternated with transmitting data over the second upstream channel.

**44**. A computer readable medium as recited in claim **39**, wherein a first type of data are transmitted over the first upstream channel, and a second type of data are transmitted over the second upstream channel.

**45**. A computer readable medium as recited in claim **39**, wherein data are transmitted over the first upstream channel when it is less congested than the second upstream channel, and data are transmitted over the second upstream channel when it is less congested than the first upstream channel.

**46**. A computer readable medium as recited in claim **39**, wherein data are primarily transmitted over the first upstream channel, and data are transmitted over the second upstream channel to facilitate load balancing.

**20**

**47**. A computer readable medium as recited in claim **37**, further comprising:

computer code for determining whether the cable modem is authorized to transmit over multiple upstream channels prior to configuring the cable modem to transmit over the second upstream cannel; and

computer code for configuring the cable modem with the second upstream channel only when the cable modem is authorized to transmit over multiple upstream channels.

**48**. A computer readable medium as recited in claim **47**, further comprising:

computer code for transmitting over a single channel if the cable modem is set up only to transmit over the first upstream channel; and

computer code for transmitting over both the first and second upstream channels if the cable modem is set up to transmit over both the first and second upstream channels.

**49**. A computer readable medium as recited in claim **48**, wherein transmitting over both the first and second upstream channels includes alternatively selecting the first and second upstream channels for transmission of one or more packets of data.

**50**. A computer readable medium as recited in claim **48**, wherein transmitting over both the first and second upstream channels includes selecting either the first or second upstream a channels for transmission of a particular type of data.

**51**. A computer readable medium as recited in claim **48**, wherein transmitting over both the first and second upstream channels includes selecting either the first or second upstream channels for transmission of data based on which upstream channel is least congested.

**52**. A computer readable medium as recited in claim **48**, wherein transmitting over both the first and second upstream channels includes selecting the first upstream channel for primary data transmission and selecting the second upstream channel for load balancing.

**53**. A computer readable medium as recited in claim **37**, further comprising computer code for powering up the cable modem, wherein the setting up of the cable modem with the first upstream channel is initiated by the powering up.

**54**. A computer readable medium as recited in claim **37**, wherein the setting up the cable modem with the second upstream channel is initiated when the cable modem has previously been set up for transmitting over only a single upstream channel.

**55**. A computer readable medium as recited in claim **37**, wherein the setting up of the cable modem with the second upstream channel is initiated when the cable modem has previously been set up for transmitting over only a single upstream channel.

**56**. A computer readable medium as recited in claim **37**, further comprising

computer code for, prior to setting up the cable modem to transmit over the second upstream channel, requesting initial ranging using the first upstream channel;

computer code for adjusting the transmission power level of the cable modem when the head end fails to respond to the initial ranging request using the first upstream cannel if a transmission power level of the cable modem is not greater than a maximum transmission power level; and

US 7,017,176 B1

21

computer code for setting up the cable modem with a next first upstream channel if the transmission power level is greater than the maximum transmission power level; and

computer code for performing periodic ranging between the head end and the cable modem using the first upstream channel when the head end responds to the initial ranging requesting the first upstream channel.

**57**. A computer readable medium as recited in claim **56**, wherein the transmission power level is adjusted in increments from a minimum value to a maximum power level.

**58**. A computer readable medium as recited in claim **56**, wherein a value of the first upstream channel is altered by the periodic ranging and the cable modem is set up to transmit over the second upstream channel that differs from the altered first upstream channel value.

**59**. A computer readable medium as recited in claim **56**, further comprising:

computer code for requesting initial ranging using the second upstream channel after setting up the cable modem to transmit over the second upstream channel;

computer code for adjusting the transmission power level of the cable modem when the head end fails to respond to the initial ranging requesting the second upstream channel if a transmission power level of the cable modem is not greater than the maximum transmission power level;

computer code for setting up the cable modem with a next second upstream channel if available if the transmission power level is greater than the maximum transmission power level; and

computer code for performing periodic ranging between the head end and the cable modem using the second upstream channel when the head end responds to the initial ranging request using the second upstream channel.

**60**. A computer readable medium as recited in claim **59**, wherein a value of the first upstream channel is altered by the periodic ranging and the cable modem is set up to transit over the second upstream channel that differs from the altered first upstream channel value.

22

**61**. An apparatus for transmitting upstream data from a cable modem within a cable plant, the apparatus comprising:

means for selecting a first upstream channel for transmission of a first portion of the upstream data and selecting a second upstream channel for transmission of a second portion of the upstream data, wherein the selection of the first and second upstream channels is based on a criteria selected from a group consisting of a load balancing criteria and a data type criteria;

means for transmitting the first portion of the upstream data on the first upstream channel from a first PHY block of the cable modem; and

means for transmitting the second portion of the upstream data on the second upstream channel from a second PHY block of the cable modem, the second upstream channel differing from the first upstream channel in their respective frequency ranges, wherein the first PHY block differs from the second PHY block.

**62**. An apparatus for receiving upstream data from a cable modem, comprising:

means for receiving an upstream signal from the cable modem, the upstream signal including a first portion of the upstream data on a first upstream channel and a second portion of the upstream data on a second upstream channel that differs from the first upstream channel and wherein the first upstream channel has a different frequency range than the second upstream channel, wherein the first portion of the upstream data transmitted over the first upstream channel is separated from the second portion of the upstream data transmitted over the second upstream channel for further processing of the separated data; and

means for assigning the first upstream channel and the second upstream channel to the cable modem, where the first and second upstream channels have been selected for transmission of their respective data from different PHY blocks based on load balancing or data type criteria.

* * * * *

EXHIBIT R

Case 1:15-cv-00842-RGA   Document 379-2   Filed 04/16/19   Page 45 of 126 PageID #: 16798



US007274679B2

(12) **United States Patent**
Amit et al.

(10) **Patent No.:**     **US 7,274,679 B2**
(45) **Date of Patent:**     **Sep. 25, 2007**

(54) **SCALABLE VIRTUAL CHANNEL**

(76) Inventors: **Mati Amit**, 23 Nof Harim St.,
Zur-Yigal (IL); **Ofir Shalvi**, 19
Tabenkin St., Herzlia 46000 (IL); **Ariel Yagil**, 13 Mordechay St.,
Ramat-Hasharon 47441 (IL)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 896 days.

(21) Appl. No.: **09/761,545**

(22) Filed: **Jan. 16, 2001**

(65) **Prior Publication Data**

US 2002/0131426 A1     Sep. 19, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/213,351, filed on Jun.
22, 2000.

(51) **Int. Cl.**
*H04J 1/00*     (2006.01)

(52) **U.S. Cl.** .................................. **370/343**; 370/395.4

(58) **Field of Classification Search** ............... 370/352,
370/469, 488, 203, 204, 210, 466, 485–486,
370/370; 725/111, 95–96; 375/222
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,577,035 A * | 11/1996 | Hayter et al. | ............ | 370/395.4 |
| 6,047,528 A * | 4/2000 | Scholin et al. | ................ | 53/455 |
| 6,289,006 B1 * | 9/2001 | Schobl | ........................ | 370/330 |
| 6,336,201 B1 * | 1/2002 | Geile et al. | ................ | 714/755 |
| 6,351,473 B1 * | 2/2002 | Reusens et al. | ............. | 370/480 |
| 6,625,174 B1 * | 9/2003 | Hethuin et al. | .............. | 370/481 |
| 6,633,559 B1 * | 10/2003 | Raith et al. | ............. | 370/350 |

* cited by examiner

*Primary Examiner*—Edan Orgad
*Assistant Examiner*—Lawrence J Burrowes
(74) *Attorney, Agent, or Firm*—Steven A. Shaw; W. James Brady; Frederick J. Telecky, Jr.

(57)     **ABSTRACT**

The present invention comprises aggregating a plurality of physical channels to a single logical channel, a scalable virtual channel (SVC). This may be implemented in a point to multipoint communications system. The present invention enables a variety of receivers, some receivers being able to receive only one physical channel, and other receivers being able to receive a plurality of physical channels as a SVC, with at least one same channel being used for both types of receivers.

**13 Claims, 4 Drawing Sheets**





FIG. 4





FIG. 8







US 7,274,679 B2

**1**

## SCALABLE VIRTUAL CHANNEL

This application claims priority under 35 U.S.C. § 119(e) of Provisional Application No. 60/213,351, filed Jun. 22, 2000.

### TECHNICAL FIELD

This invention relates generally to communications networks, and more particularly to a scalable virtual channel for communication networks.

### BACKGROUND OF THE INVENTION

Cable modems that are being deployed today allow high-speed Internet access in the home over a cable network, often referred to as a hybrid fiber coax (HFC) network. Cable modems (CM) are units, often referred to as customer premises equipment (CPE), that are connected to a personal computer (PC) or other computing device, for example. A cable modem is adapted to communicate with a cable modem termination system (CMTS) that may include a cable network provider's headend. A cable modem is a modulator/demodulator that receives Internet traffic or information, data, TV signals, and telephony from a server through the CMTS and puts it into a format recognizable by a user's PC, allowing a user to browse the Internet, and send/receive e-mail just as they would with a conventional modem on a PC. Using a cable modem over a cable network provides a much faster connection, being at least 10 times faster than a 56K modem, for example.

A cable modem performs modulation and demodulation and the operations necessary to interface with a PC or a local area network (LAN). A cable modem typically comprises a transmitter for upstream modulation of a data signal, usually in short bursts. The upstream direction refers to sending a data signal from the user at the cable modem towards the headend that serves as an upstream demodulator. The upstream signal may comprise a TV channel, program selection or Internet data request information, for example, and may be a Quadrature Phase Shift Keying (QPSK)/16-Quadrature Amplitude Modulation (QAM) signal at 3 Mbit/s, for example. The cable modem also comprises a receiver for downstream demodulation of signals received from a transmitter in the headend that serves as a downstream modulator. The downstream direction refers to sending a data signal from the headend to the cable modem. The downstream modulation/demodulation may be 64-QAM/256 QAM at 27-56 Mbit/s, for example. Both the cable modem and headend include MACs that control the media access control (MAC) sublayer of the communication network. The communications between a cable modem and a CMTS typically are in accordance with an Internet protocol (IP)/Ethernet standard and the Data Over Cable Service Interface Specification (DOCSIS) standard.

In the U.S., signals are transmitted over a 100-860 Mhz range in increments of 6 Mhz to each cable modem user, with the CMTS servicing a hundred or so cable modem users, illustrated in the prior art drawing of FIG. 1. Each carrier **22** occupies 6 Mhz (8 Mhz in Europe). The CMTS **10** comprises a plurality of transmitters **12**, each having a MAC **14** associated therewith. Each transmitter **12** is adapted to transmit data over the cable network at a particular frequency having a bandwidth of 6 MHz to cable modems **16** (typically many more than one) that have been assigned that frequency. Cable modem **16** comprises a receiver **18** and has a MAC **20** associated therewith for receiving the data.

**2**

A problem with the network architecture shown in FIG. **1** is that the CMs serviced by the network have to be distributed between multiple 6 MHz carriers in order to provide the required throughput to each CM. This separation imposes constraints on the network management and causes inefficient utilization of the bandwidth.

What is needed in the art is a more efficient way of utilizing the bandwidth, enabling the servicing of more cable modems **16** and/or enabling more throughput for each cable modem.

### SUMMARY OF THE INVENTION

The preferred embodiment of the present invention achieves technical advantages as a communication network that utilizes a scalable virtual channel (SVC) to more efficiently utilize bandwidth. Two or more physical channels are used as a single virtual (logical) channel. An SVC CMTS includes at least two physical layer (PHY) transmitters, and a SVC MAC function coupled to the transmitters. An SVC cable modem having an SVC includes a MAC function and at least two PHY receivers coupled to the MAC function.

Disclosed is a data receiving device, comprising a SVC MAC function, a first PHY receiver coupled to the SVC MAC function, and at least a second PHY receiver coupled to the SVC MAC function, wherein the SVC MAC function is adapted to converge the receipt of data transmission for the first and second receivers.

Further disclosed is a data transmission device, comprising a plurality of transmitters, a SVC MAC function coupled to the transmitters, wherein the transmission device is adapted to send data to a cable modem over at least two physical channels adapted to be a single virtual channel.

Also disclosed is a communication network, comprising a data transmission device including a plurality of transmitters, a transmitting SVC MAC function coupled to the transmitters, and a data receiving device including a receiving SVC MAC function, and a plurality of receivers coupled to the receiving SVC MAC function, wherein the transmission device is adapted to send data to the data receiving device over a plurality of physical channels adapted to be a single virtual channel.

Also disclosed is a method of transmitting data, comprising receiving a data stream comprising packets to send to a receiving device, sending a first portion of the data stream packets to the receiving device over a first carrier, and sending a second portion of the data stream packets to the receiving device over a second carrier, wherein the first carrier and the second carrier operate as a single virtual channel for the data stream.

Advantages of the invention include providing a solution having a wideband downstream logical channel (80-860 Mbps and more) that is backward compatible with legacy cable modems, scalable, and based on current PHY layer. A single MAC is required for controlling at least two PHY receivers of the SVC cable modem. The architecture is scalable, and carriers of the same virtual channel may have different PHY parameters. The architecture is backward compatible, and each pair of signals may have synchronized carrier frequencies and symbol clocks to allow improved phase noise performance. Optimized service may be achieved for any balance between legacy cable modems and SVC cable modems. Incremental and smooth deployment of SVC cable modems may be implemented. In addition, the system may operate at a very simple low power mode, and

US 7,274,679 B2

3

may provide a very high quality of service (QoS). Additionally, the present invention is DSP-friendly and parallel processing-friendly.

Another advantage of the present invention is the fact that a system can be built where the plurality of channels are synchronized. This may be used by the receiver to improve the algorithm by reducing the phase noise, for example.

BRIEF DESCRIPTION OF THE DRAWINGS

The above features of the present invention will be more clearly understood from consideration of the following descriptions in connection with accompanying drawings in which:

FIG. **1** illustrates a prior art cable modem and CMTS communicating over a single channel;

FIG. **2** shows a cable modem/CMTS communication structure with a wider bandwidth being used to transfer data;

FIGS. **3**a-**3**c show conceptual diagrams of the SVC MAC, PHY and SVC functionality;

FIG. **4** shows an embodiment of the present invention where a legacy cable modem is serviceable by the same CMTS as the cable modem having a scalable virtual channel;

FIG. **5** shows a solvable potential packet flow problem with the present invention;

FIG. **6** shows a packet ordering algorithm in accordance with an embodiment of the present invention;

FIG. **7** shows another packet ordering algorithm in accordance with an embodiment of the present invention;

FIG. **8** illustrates a solvable potential phase noise problem;

FIG. **9** shows a circuit to solve the phase noise problem;

FIG. **10** shows an alternate circuit for solving the phase noise problem; and

FIG. **11** shows an application of the SVC invention in a fiber-optic Dense Wavelength Division Multiplexing (DWDM) system.

Corresponding numerals and symbols in the different figures refer to corresponding parts unless otherwise indicated.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

Prior art problems will be discussed, followed by a description of several embodiments and advantages of the present multi-carrier scalable virtual channel invention.

The term "MAC function" is defined herein as comprising circuitry and algorithm(s)adapted to perform MAC layer functions, which include bandwidth management, packet encryption, handling payload header suppression, placing Ethernet packets inside an MPEG cell, data encryption, data concatenation, data fragmentation, and deconcatenation, as examples.

The terms "SVC reordering manager" and "SVC flow manager" are defined herein as comprising circuitry, software, algorithm, and storage media coupled to the CM MAC and CMTS MAC, respectively, that handle issues that are specific to the SVC, e.g. which channel to use. The SVC reordering manager and SVC flow manager may comprise, as examples, a processor or processors, state machine, other circuitry, combination logic, and/or storage media. The SVC flow manager may also be embedded within the CMTS MAC hardware and/or software. A MAC function and SVC flow manager may comprise software operating on the same processor, for example.

4

The term "channel" is defined herein as comprising a path from one device to one or more other devices (i.e., point-to-point or point-to-multi-point channels).

The term "carrier" is defined herein as a data-carrying signal comprised of a single modulated tone. A carrier is a subset of a channel, with one or more carriers per channel being used in accordance with the present SVC invention.

A problem with the prior art communication architecture shown in FIG. **1** is that the downstream throughput is 5 Mbaud at 30/40 Mbps in the U.S., and in Europe, 7 Mbaud at 42-56 Mbps. There are a variety of advantages in increasing the channel bandwidth, such as, future applications require much more throughput than this (e.g., 80 Mbps and higher). A wider channel is more efficient for broadcast and multicast, and enables better statistical multiplexing. Factors driving this increased throughput requirement include more efficient utilization data channels (Statistical Multiplexing), higher peak throughput per single user, video transportation using Moving Picture Experts Group (MPEG) over IP (and other multi/broadcast), and Integrated Cable Network Architecture (ICNA): convergence of data, voice and video streams on a single pipe.

In many multi-user communications networks, it is desirable to expand the bandwidth when the demand for throughput increases. Therefore, it is desirable that the network would be scalable, that is, increasing the channel bandwidth would require minimal incremental cost and effort and result in maximal overall improvement. A scalable network would take advantage of all the benefits of a wideband channel such as higher throughput and better statistical load balance. When more bandwidth becomes available to the multi-user networks mentioned above there are a few possible solutions, one being an increased Baud approach and another being a network segmentation approach.

In an increased baud approach, the baud rate of the network is increased without changing the characteristics of the transmission. The network layers, more specifically the PHY layer and the MAC sub-layer, are replaced with similar layers that operate at higher rate and may have other improved features such as higher spectral efficiency. For example, a single-carrier signal would remain a single-carrier signal, but with a higher Baud rate, with only one logical channel.

Increasing the Baud rate allows optimal utilization of the expanded bandwidth. The optimization is in the following respects. First, there is no need for duplicate transmissions of broadcast and multicast packets. Second, all the channel bandwidth is visible to all the users. Therefore, the channel can support the cases of statistical load distribution in which the overall rate is not greater than the channel throughput. Third, the peak data rate that is provided to the users is maximized, and fourth, there is minimal average latency and good phase noise performance. Additionally, a single carrier with a high symbol rate is more robust to a given phase noise level than a single carrier with lower symbol rate.

However, there are disadvantages to increasing the Baud rate. Legacy stations, e.g. existing cable modems, that typically cannot support the higher symbol rate must use a different frequency band, thus increasing the spectral occupancy of the network. Alternatively, existing cable modems must be replaced. Therefore, increasing the Baud rate induces a very high cost and can be impractical in many cases.

A network segmentation approach involves increasing the number of carriers, with each carrier being a physical and logical channel. Each channel is managed independently, in a similar manner to a channel or channels that existed before

US 7,274,679 B2

5

the expansion. The users are divided among the old and new channels. Each user is served by a single narrowband channel. At least some of the channels have PHY layer and MAC sub-layer that are identical to and compatible with the legacy stations.

The network segmentation approach which increases the number of independent carriers allows for backward compatibility because the channels that are used prior to the expansion are not used. However, this approach lacks the benefits that increasing the Baud rate has, described above.

FIG. **2** shows a cable modem/CMTS communication structure that demonstrates the increased Baud approach. A single-carrier with a double Baud rate (12 MHz or more) has been suggested. Rather than sending data destined for a cable modem **16** over a 6 MHz band **22** (as in FIG. **1**), data is sent over a 12 MHz band (FIG. **2**) for a particular PHY **48** and MAC **50**. Some advantages of this single-carrier configuration include requiring no change in the PHY **48** and MAC **50**, except for a 2-fold (or N-fold) Baud rate. No new specifications are requiredexcept of the Baud rate change. A better phase-noise performance is achieved than low-Baud single carrier, thus allowing higher constellations with existing tuners. Also, the network is more robust to ingress and channel distortion.

However, there are several disadvantages to the proposed configuration shown in FIG. **2**. First, it is not backward compatible and not scalable. Longer equalizers are required, and there is less burst robustness. There is a high power requirement, and the solution is less applicable for digital signal processors (DSPs).

FIG. **3***a* shows a high-level illustration of a preferred embodiment of the present invention. The SVC MAC **144** is coupled to a plurality of PHY components **140**, and each one of them either transmits or receives data over a single channel **142**. A dual (or more) carrier **142** transmission or reception by two PHY layers **140** is converged by a single SVC MAC **144**. Each carrier **142** occupies 6 Mhz (8 Mhz in Europe), as in the prior art configuration shown in FIG. **1**. The SVC **146** handles the virtual channel functionality.

The embodiment of FIG. **3***a* is backward compatible because the PHY characteristics of each carrier are not changed. Therefore, a legacy modem with a single carrier is capable of receiving information from one of the carriers. It is the responsibility of the SVC transmitter MAC to forward all the information sent to this receiver through the carrier that the receiver is tuned to. (The same argument holds for the case when an SVC with N>2 carriers is used, and the legacy receiver is capable of receiving M<=carriers). The transmitter's MAC **144** is responsible for distributing the downstream packets into the channels. The receiver's MAC **144** is responsible for collecting the packets in the right order. Carriers of the same virtual channel SVC **146** may have different PHY parameters (constellation, interleaver parameters, etc.). Each pair of signals may have synchronized carrier frequencies and symbol clocks to allow improved phase noise performance. The SVC invention enables high throughput in the CATV downstream channel, in order to enable better channel utilization.

FIG. **3***b* shows a CMTS SVC subsystem **146**. The CMTS SVC MAC **114** is comprised of SVC flow manager **168** and a plurality of MACs **115**. SVC subsystem **146** comprises a single SVC flow manager **168** that has a single packet input and is responsible to transmit each packet through the appropriate channel (broadcast and multicast packets may be duplicated). The SVC subsystem **146** also comprises a plurality of MAC **115** layers (MAC**1**, MAC**2**) that are

6

similar to legacy MACs. Each one of the MACs **115** is coupled to a single PHY **112** (PHY**1**, PHY**2**) that may be similar to the prior art PHY.

FIG. **3***c* illustrates a SVC cable modem **150** including a cable modem SVC subsystem **164**. The CM SVC MAC **167** is comprised of SVC reordering manager **163** and a plurality of MACs **159**. SVC subsystem **164** comprises a single SVC reordering manager **163** that has a single packet output and is responsible for receiving the packets from a plurality of channels (broadcast and multicast packets may be eliminated), and for sending them in the appropriate order through the single output. The SVC subsystem **164** also comprises a plurality of MAC **159** layers (MAC**1**, MAC**2**) that are similar to legacy CM MACs. Each one of the MACs **159** is coupled to a single PHY **162** (PHY**1**, PHY**2**) that may be similar to the prior art PHY.

FIG. **4** shows an embodiment of the present invention where a legacy cable modem **16** is serviceable by the same CMTS **100** as the present scalable virtual channel (SVC) cable modem **158** having a SVC subsystem **164**. The CMTS **100** comprises a PHY layer which includes a plurality of transmitters **112**. The transmitters **112** are coupled to SVC MAC **114**. The transmitters **112** may be adapted for higher constellations such as 1024 QAM, and are adapted to synchronize the symbol rate of the channels **170**, for example. The CMTS transmitter SVC MAC **114** is preferably adapted to operate at 100 Mbps or more and is responsible for distributing the downstream packets into the channels **170**. The cable modem reordering manager **163** is responsible for reordering the packets in the right order.

The CMTS SVC MAC **114** includes an SVC flow manager **168** and management software. The CMTS management software specifies for each SVC CM **158** and legacy CM **16** the channels **170** upon which it is required to receive data. The CMTS management software also configures the SVC flow manager **168** with this channel information. The SVC flow manager **168** receives data packets and transmits the data packets in the appropriate channel. The SVC flow manager **168** management software may be implemented in hardware but preferably is implemented in software. The CMTS **100** is adapted to send data to SVC cable modem **158** over a plurality of physical channels **170** adapted to be a single virtual channel.

The CMTS **100** is adapted to transmit data by receiving data to send to a receiving device such as a SVC cable modem **158**, sending the data over either the first carrier or the second carrier to the receiving device, wherein the first carrier and the second carrier operate as a single virtual channel **164** for the data.

SVC cable modem **158** includes a plurality of PHY receivers Rx**1**/Rx**2** (shown generally as **162**) coupled to the MAC **159**. The SVC cable modem **158** includes a SVC channel Rv (**164**) as shown. The SVC cable modem SVC MAC **167** preferably includes a SVC reordering manager **163**. Preferably, the receivers **162** are adapted to operate at 1024 QAM and include a joint phase loop. Preferably, SVC MAC **167** is adapted to operate at 100 Mbps or more. The SVC MAC function **167** is adapted to converge the receipt of data transmission for the first and second PHY receivers Rx**1**/ Rx**2**.

The SVC cable modem **158** is adapted to receive data by receiving data from a first carrier **170**, receiving data from a second carrier **170**, and merging the data from the first carrier with the data from the second carrier, wherein the first carrier and the second carrier operate as a single virtual channel for the data.

7

There are several advantages to the multi-carrier SVC architecture shown in FIGS. 3a-3c and 4. A single SVC MAC 167 is required for the SVC cable modem 158. The architecture is scalable, meaning that two or more, (e.g. four, six or more) 6 MHz channels 170 (or 8 MHz for Europe) may be utilized with the SVC 164. Several reordering methods with different performance/complexity tradeoffs are considered and will be described further herein.

In addition, carriers of the same virtual channel may have different PHY parameters (constellation, interleaver parameters, etc.). The architecture is backward compatible, meaning that one or more of the cable modem receivers may be legacy single-carrier cable modems 16 being identical to the current DOCSIS specification, as shown in FIG. 4. Each pair of signals may have synchronized carrier frequencies and symbol clocks to allow improved phase noise performance, beneficial when 1024 QAM is used, for example. The architecture may be supported by existing PHY.

Furthermore, the present invention allows nearly optimal service for any balance between legacy cable modems 16 and SVC cable modems 158. The incremental and smooth deployment of advanced SVC cable modems 158 may be implemented. Optimal service may be achieved when the various cable modems 16/158 have different channel conditions. The system may operate at a very simple low power mode, and may provide a very high quality of service (QoS). Additionally, the present invention is DSP-friendly and parallel processing-friendly e.g. for the PHY 162 and SVC MAC 167.

Another advantage of the present invention is the fact that a system can be built where the plurality of channels are synchronized. This may be used by the receiver to improve the algorithm by reducing the phase noise, for example, to be described further herein.

The CMTS MAC 114 preferably includes a SVC flow manager 168 for efficient distribution of the packets to the carriers. Because messages may not necessarily arrive at the SVC cable modem 158 in the transmitted order, a SVC reordering manager 163 may be required in the cable modem MAC 160. FIG. 5 shows in general at 200 a potential packet flow issue with the present invention that may be alleviated with a SVC reordering manager 163 in the SVC cable modem 158 MAC 160, for example. Data packets DP1 through DP4 (shown at 202) are sent by the CMTS 100 with instructions from the MAC 168 to schedule the data packets in a particular PHY, for example, for DP1 to arrive in receiver Rx1 (shown at 204) and DP2 through DP4 to arrive in receiver Rx2 (shown at 206). The SVC cable modem MAC SVC reordering manager 163 is adapted to reorder the packets in the order shown at 210 rather than in the order shown at 208, a possible ordering sequence if a SVC reordering manager 163 is not utilized.

The latency (i.e. the time between the arrival of a packet to the transmitting station until the end of reception by the receiving station) of the carriers is not necessarily identical due to different carrier lengths and PHY parameters (spectral efficiency, interleaver lengths, etc.). Therefore, the order of the packets in the receiving station may be different than the original order. It is desirable to recover the original order of the packets.

Several ordering and reordering methods may be implemented with the SVC feature. Unicast, shortest queue, enumerated, threshold, broadcast, and multicast scheduling and reordering schemes are present herein although other scheduling and reordering schemes may be utilized.

A possible solution for the reordering problem in a multi-carrier MAC unicast scheduling scheme is to order

8

data packets according to start of transmission time. The CMTS 100 may send each packet to the carrier 170 with the shortest queue, for example, in time units, rather than data units. The cable modem 158 determines the correct packet order according to the time of arrival. Additional buffering may be required at the cable modem 158 with the unicast scheme. To optimize QoS, (e.g. to prevent packet DP2 from being deferred until packet DP1 is completely received, although packet DP2 may be from a different service flow and require high QoS) more complex scheduling may be implemented, such as setting a different queue for each MAC address.

Unicast packets, which refer to transmitting packets to one addressee, are transmitted over one or more of the common carriers that are used by both stations. When there is more than one such carrier, the choice of the carrier (or carriers) is made by the transmitting station MAC 114.

The method chosen can be one the following methods, a combination of them or others, for example. One alternative is to transmit the whole packet over one carrier. The carrier is chosen according to a pre-determined criterion such as shortest queue, where "shortest queue" may be in the sense of shortest time, shortest data queue, shortest latency or other sense, for example.

Another alternative is to distribute the packet data over more than one of the common carriers of the transmitting and receiving stations. This method can guarantee minimal latency and practically identical behavior as increasing the Baud rate option with the data rate being the combined data rates of the carriers.

A further alternative is to choose a carrier or carriers according to QoS or other criteria determined by a classifier. Other criteria may comprise, for example, the packet MAC address, the packet length, or others. For example, one carrier can be reserved for latency-sensitive packets, e.g. voice packets. When a classifier is used, QoS performance of the proposed method can be better than the increased Baud approach, i.e. latency of high QoS packets can be shorter than in the increased Baud approach.

FIG. 6 describes a portion of the algorithm of the SVC flow manager 168. The flow manager 168 is responsible for identifying the data flow. There are two types of data flows: in one type, the order is important, e.g. user datagram protocol (UDP), and in the other type, the order is not important, e.g. transmission control protocol (TCP). To simplify the implementation of the SVC cable modem 158, the SVC flow manager 168 sends data packets for which the order is important according to the algorithm that will enable the SVC reordering manager 163 in the SVC CM 158 to easily combine packets from the two or more data streams one after one, without adding any algorithm to verify which one of them should be first. For data packets for which the order is not important, the flow manager 168 sends those packets in a way that will increase the network capacity, even if the SVC CM 158 might change the order of the packets.

A flow chart for a possible unicast scheduling method is shown in FIG. 6. The algorithm enables efficient use of the channels. The algorithm also verifies simplicity of the cable modem design 158. Table 1 defines acronyms that are used in the flow chart. The algorithm is preferably performed by the CMTS 100, for example.

US 7,274,679 B2

9                                                                 10

TABLE 1

| Acronym | Definition | Description |
|---------|-----------|-------------|
| DS | Data stream | |
| SC | Supported carriers | The carriers that the cable modem supports (bit map) |
| LU | Last used | The carrier that the cable modem used in the previous time for the data stream |
| LT | Last time | The time that the last packet of the data stream was sent |
| TR | Threshold | The minimum time that should pass between the transmutation start of the consecutive message that use different channels (may be global) |

The algorithm may be performed for each data stream separately, but typically will be performed for each Ethernet MAC address. The CMTS **100** may identify that some of the data streams do not require ordering from the transport media, e.g. TCP, and the CMTS **100** will not order these packets.

The cable modem **158** receives messages from all the channels it is connected to, orders them and sends them to the central processing unit (CPU) of the CPE, for example, a PC (not shown). The cable modem **158** orders the messages according to the arriving time. Because there is a threshold that verifies that the messages of a specific stream that required ordering will not be sent with overlap on two different channels.

Referring to FIG. **6**, which represents at **220** a flow chart for a cable modem **158** supporting two (or more) channels **170** and a CMTS **100** that supports ordering, the DS is identified, and the DS record is read (**222**). If the number of supported channels is equal to one (**224**), the channel assigned is the last used channel (**226**). If the number of supported channels is not equal to one (**224**), then if the last time plus threshold is larger than the send time (**228**), the channel assigned is the one with the shorter queue (**230**). However, if the last time and threshold is not larger than the send time (**228**), the channel assigned is the last used channel (**234**). The channel and other information are then saved (**232**).

In a shortest-queue reordering scheme, the transmitter **112** forwards the packet to the carrier **170** that has the shortest queue (among the appropriate carriers). The receiver **162** can determine the packet order according to the packet transmission start time of each packet.

An alternative scheme is an enumerated reordering scheme. In this scheme, each packet is enumerated with a serial number. The receiver can recover the original packet order according to these numbers. The advantage of this method is that packet order recovery can be done separately for different packet sequences (for example, according to the IVIAC address). This results in less latency for streams of short packets. In DOCSIS downstream channels, the enumeration can be done in the extended header of the MAC by defining such a type in this field. For example, each enumerated packet is assigned a serial number that is transmitted in the extended header. Numbering may be general, or per each MAC address, for example. This scheme requires additional overhead of 2-3 bytes per packet. A similar mechanism is required to avoid duplicates of broadcast/ multicast packets. This scheme allows for improved QoS because short packets are not delayed by long packets in other carriers. Such a scheduling scheme can guarantee QoS significantly better than a prior art single-carrier approach.

Another alternative schedule scheme, for example, is a threshold method, in which packets to a given MAC address are sent in one physical channel by default. This alternative is essentially a subset of the threshold scheme described with reference to FIG. **6**. The results are identical when Num(SC) is not 1 which is always the case in SVC. If the CMTS **100** decides to change the physical channel of a MAC address, there must be a minimal delay ("threshold") between the last packet sent on the old channel, and the first packet sent on the new channel. The "threshold" must be large enough to guarantee that the packets are received in the correct order (appropriate packet size).

FIG. **7** illustrates at **250** a flow chart for the threshold scheduling scheme. The DS is identified, and the DS record is read (**252**). "tt0" represents the last time and "tt1" represents the current time. If tt1-tt0 is less than the threshold time, then the channel is assigned to the last channel (**256**) and the channel information is saved (**258**). If tt1-tt0 is not less than the threshold time, then the length of the DS is compared. If the available length of the first channel (channel **1**) is greater than the available length of the second channel (channel **2**) (**260**), the channel is assigned to channel **2** (**262**) and the channel information is saved (**258**). If the available length of the first channel (channel **1**) is not greater than the available length of the second channel (channel **2**) (**260**), the channel is assigned to channel **2** (**264**) and the channel information is saved (**258**).

Two other scheduling schemes comprise a broadcast (i.e. packets are transmitted to all the stations) or multicast (i.e. packets are transmitted to more than one station but not all the stations) scheduling schemes. In these schemes, broadcast/multicast packets may need to be transmitted in more than one carrier, when legacy cable modems **16** are present. Multi-carrier SVC cable modems **158** need to receive only one replica of the packet, and discard the rest. An option is to enumerate the packets, e.g., assign a serial number to each broadcast/multicast packet. The SVC cable modem **158** forwards the first appearance of each packet, and discards the rest. Another option is for the cable modem **158** to receive packets with a given broadcast/multicast MAC address from one specific physical channel. The cable modem **158** then discards packets with this address in other physical channels.

Broadcast and multicast packets are transmitted over one or more of the common carriers such that they are received by all the required receiving stations (i.e., in the case of broadcast messages, all the stations; and in the case of multicast messages, all the stations subscribing to the multicast group). When there is more than one such carrier, the choice of the carrier (or carriers) is made in a similar manner to the unicast case.

When there is no single carrier that is common to all the relevant stations, the packet is transmitted in multiple copies over a few carriers, such that all the addressees receive at least one copy of the packet. However, some stations may receive more than one copy of the packet, and the additional copies should then be discarded, which can be accomplished by enumerating the packets. Multiple copies of the same packet should have the same serial number, for example. When the receiving station receives more than one packet with the same serial number, it forwards only one copy. The enumeration can be done over all the packets of the channel or separately for each MAC address.

US 7,274,679 B2

11

In a broadcast scheduling scheme, the CMTS **100** is adapted to realize the channels that the cable modems **158** are waiting for broadcast. The CMTS **100** is adapted to duplicate the broadcast message, and send it to each one of these channels. The cable modem **158** is adapted to define on which channels it is required to receive broadcasts from. The cable modem **158** is also adapted to transfer all the broadcast messages for these channels, and discard all the broadcast packets that are arriving from the other channels.

In a multicast scheduling scheme, the CMTS **100** may use one of the channels for multicast messages, because the required capacity for multicast and the number of modems **158** that will use the multicast scheme may be low. Each cable modem **158** that needs to receive multicast messages in a specific period of time should be able to obtain this information. However, when the multicast capacity grows, the CMTS **100** will send most of the multicast messages for most of the multicast MAC addresses to one of the channels, but some of the multicast MAC addresses will be transferred to a different channel. The CMTS **100** is responsible for updating the cable modems **158** with the channels that are used for each of the multicast MAC addresses. The CMTS is also adapted to duplicate multicast messages, and send them on some channels when there are cable modems **158** that cannot receive these messages from one channel. For example, the CMTS **100** may transfer cable modems **158** from one channel to another to reduce the message duplication. From the cable modem **158** standpoint, there is a channel that is described as the default multicast channel. In addition, for each multicast MAC address, the CMTS **100** may define for each cable modem **158** on which channels it is responsible for receiving this message. For each multicast MAC address, the cable modem **158** is responsible for receiving all the packets only from one channel.

The SVC architecture having an SVC CMTS **100** and an SVC cable modem **158** preferably is adapted to support 1024 QAM downstream, which increases the spectral efficiency by 25% and allows 100 Mbps in 12 MHz bandwidth. However, using 1024 QAM presents some challenges. 1024 QAM may present a phase-noise problem, which is solvable, and two solutions are provided here. It is advantageous (though not mandatory) that the carriers of the SVC would be in adjacent channels and occupy the same spectral band as if the Baud were increased. When the carriers are in adjacent channels, it is easier to transmit them with a single up-converter and receive them with a single tuner. This reduces the cost and improves the phase noise performance.

An advantage of the increased Baud approach is that for a given phase noise environment, a better performance may be achieved than with a single narrowband signal. The reason is that when a high symbol rate is used, the phase tracking loop has wider bandwidth, and therefore can compensate for a larger portion of the phase noise. This is demonstrated in FIG. **8**. A phase tracking loop bandwidth of a single carrier/low baud rate signal is shown at **270**, and a phase tracking loop bandwidth of a single carrier/high baud sync multi-carrier/low baud signal at **272**. The carrier phase noise is shown at **274**. In low symbol rates, the bandwidth of the tracking loops is narrower. Therefore, a larger portion of phase noise is not tracked. This implies stricter phase noise restrictions on the tuner within the PHY receiver **162**, especially when high constellations (1024 QAM) are used.

However, when multiple carriers are jointly up-converted and down-converted by the same local oscillators (LO), they all practically have the same phase noise, because these are

12

the most significant contributors to the phase noise. Therefore, the receiver can jointly track the carrier phase of all carriers by a tracking loop.

A circuit **300** for solving the phase-noise problem when implementing the SVC, comprising a wide band loop is shown in FIG. **9**. Note that some elements of the modem such as equalizers, gain loop, timing tracking circuitry and others were omitted from the figure, as they are implemented as in a conventional modem and are not relevant to the invention. The figures describes only the part of the modem that is affected by the phase noise reducing circuitry. Channel **1** is coupled to a mixer **316** that is adapted to down-convert the channel **1** signal from passband to baseband. The mixer **316** is coupled to the input of slicer **302**. The slicer **302** comprises a demapper from which the processing is as in a conventional modem. The slicer **302** input and output are coupled to a phase detector (PD) **306**. PD **306** is coupled to switch S1. Channel **2** is coupled to mixer **318**, slicer **304**, PD **308**, and switch S1 similarly. Switch S1 is coupled to a loop filter **310**, and loop filter **310** is coupled to a Numerically Controlled Oscillator (NCO) **312**. NCO **312** is coupled to an $e^{jX}$ function **314**. The $e^{jX}$ function **314** is coupled to multipliers **316** and **318**.

The wide-band loop shown in FIG. **9** may be implemented if the symbols have T/2 offset, where T is the symbol period. The carriers channel **1** and channel **2** are jointly up-converted in the CMTS and down-converted in the CM with the same local oscillators (not shown). Carriers channel **1** and channel **2** use the same symbol clock reference. There is an offset of TS/2 between the symbol clock transitions of the carriers.

In the transmitter **112** the carriers **170** are divided into one or more groups. Each group should comprise at least two carriers **170**. All the carriers **170** within a group of N carriers preferably have the following characteristics: identical symbol rate ($R_s$), synchronized symbol clocks (i.e. their symbol clocks are locked to the same reference), there is an offset of $T_s/N$ between the symbol phases of the carriers, where Ts=1/R and all the carriers of the group are jointly up-converted.

In the receiver, there is a joint phase tracking for the carriers of each group. Each carrier produces a phase error input to the loop at a symbol rate ($R_s$). Since the symbol phases of the carriers are evenly distributed, there will be a phase error input to the joint phase tracking loop at a rate of $NR_s$. This is the same rate of the increasing the Baud rate option (single carrier) that occupies the same bandwidth as the group of carriers. Therefore, the loop can achieve the same performance as increasing the Baud rate.

An alternative circuit **400** for solving the phase-noise problem when implementing the SVC, comprising a down-converter Local Oscillator (LO) is shown in FIG. **9**. Channel **1** is coupled to a mixer **416** that is adapted to down-convert the channel **1** signal from passband to baseband. The mixer **416** is coupled to the input of slicer **402**. The slicer **402** input and output are coupled to a phase detector (PD) **406**. PD **406** is coupled to adder **418**. Adder **418** is coupled to a loop filter **410**, and loop filter **410** is coupled to a NCO **412**. NCO **412** is coupled to an $e^{jX}$ function **414** which is coupled to mixer **416**. An optional processor **420** comprising a DSP, for example, is coupled to adder **418**. A down converter LO is the device used in the modem **158** to convert the signal from RF to IF. This LO is comprised of a frequency reference signal **430**, PD **428**, a loop filter **422** a Voltage Controlled Oscillator (VCO) **424** and a frequency divider **426**. The frequency reference signal **430** is coupled to PD **428** that is coupled to processor **420**. PD **428** is also coupled to loop

US 7,274,679 B2

<table>
<tr><td>13</td><td>14</td></tr>
</table>

filter **422**. Loop filter **422** is coupled to Voltage Controlled Oscillator (VCO) **424**. The output of VCO **424** is coupled to a frequency divide by N function **426** which is coupled to PD **428**.

Because a major contributor to the phase noise is the receiver **162** down-converter, samples of the LO of the receiver **162** down-converter can be used to compensate the phase noise. This circuit and method is applicable also for 6 MHz signals.

The CMTS **100**, cable modem **158** and method for scalable data communications channels described herein is applicable for packet networks with multi-user Channels, particularly, point to multi-point channels (such as the cable television (CATV) downstream channel and Local Multi-point Distribution System (LMDS) downstream channel), multi-point to point channels (such as the CATV upstream channel and LMDS upstream channel) and multi-point to multi-point channels (such as home phone--wire networks (HomePNA)). Although the method is applicable to all these channel types, it is particularly beneficial CATV down-stream applications.

The CMTS **100**, cable modem **158** and method having a SVC **164** are scalable and allow for gradual expansion of the network bandwidth with incremental investment in equipment, efficient utilization of the spectral resources and backward compatibility with the stations installed prior to the bandwidth expansion ("legacy" stations). The method allows for high utilization of the improved statistical characteristics of a wideband channel and can guarantee good QoS. Additionally, it allows for low power consumption when power resources are scarce.

These advantages are achieved by the following: when new bandwidth is available for a channel, it is used for transmission of carrier (or carriers) in addition to the carrier (or carriers) that existed in the channel before the bandwidth expansion. In all the stations that support the wider bandwidth, all the carriers are managed by a single MAC **163**, thus comprising a single virtual wideband channel. A transmission between a pair of stationsis performed in one or more of the carriers **158** supported by both stations.

The present invention has the benefits of the increased Baud rate approach and also of increasing the number of carriers. The invention comprises multiple carriers, and at least one of them may have a PHY layer that is identical to the legacy stations. The expanded network MAC **114** supports the legacy network MAC **16**. However, a station that supports the expanded bandwidth has a MAC sub-layer that controls all the carriers **158** within the station's bandwidth. The method provides most of the benefits as increasing the Baud rate, while being backward compatible with legacy stations **16**. The scalable multi-carrier approach disclosed herein achieves the performance of a wideband single-carrier, thus, it is called a scalable virtual channel (SVC).

The channel consists of multiple carriers within the allocated bandwidth. The carriers do not have to have identical PHY layer (i.e. symbol rate, modulation scheme, forward error correction, etc.) Each station in the network can transmit and/or receive over one or more of the carriers. Legacy stations use a portion of the available carriers. There may be different generations of legacy stations. Each generation use a different number of carriers and/or carriers with different characteristics (symbol rate, modulation, etc.). The stations of the "youngest" generation typically use all the carriers and are backward compatible with the legacy stations (i.e. they can receive from and/or transmit to the legacy stations).

The SVC approach described herein allows for an efficient low-power mode that can be activated when energy resources are scarce, for example, in battery-powered stations or during electricity breakdown when a backup battery is operated. In this case it is desirable to reduce the symbol rate of the station's transmitter and/or receiver in order to decrease the power consumption of the station. In the prior art (single carrier), reducing the symbol rate of the carrier brings about reduction of the overall network throughput, including stations that do not need reduced-power operation. However, when the present SVC approach is used, a low-power mode can be achieved using a single carrier by the station. In this case, there is no reduction in the spectral efficiency of the transmissions that are related to the low-power station because it would occupy less bandwidth that would be available to other stations (either in low-power mode or not). For example, in CATV downstream channel, when a receiving station is in low-power mode, it uses a single carrier. The rest of the carriers can be used by the central office for transmission to other station (either in low-power mode or not), assuming that the central office is not in low-power, which is usually the case.

The Scalable Virtual Channel (SVC) may be added as an enhancement to the DOCSIS protocol that enables increasing the downstream capacity. The SVC feature is backward compatible to the existing DOCSIS standard.

Although the invention is described herein for use with signals via fiber-optic and coaxial cables in a cable TV environment, it is anticipated that the present invention is effective in other data transmission devices and systems such as telephony, wireless, fiberoptic and satellite applications, for example. The present invention is applicable in any communications network that has more than one channel from one point to another point, or from a central point to multi-point; such as, connecting two routers through two Ethernet ports.

For some technologies, the best solution for increasing the channel bandwidth is by adding a virtual channel as described herein, because it is very difficult to implement a higher rate PHY layer, e.g., DWDM, satellite, or it is cost-prohibitive. For example in a satellite, the satellite transponder must be modified. Referring to FIG. **11**, shown at **500** is the present SVC invention in use in a fiber-optic DWDM network. Central office (CO) router **510** is adapted to send information over fiberoptic **520** using a plurality of wavelengths **521**, **522**, **523**, **524**. Routers **501**, **502**, **503** are coupled to the fiber **520** using add/drop units **511**, **512**, **513**. In the Figure, there are two types of routers. One of them can receive only one wavelength (e.g. router **501** is adapted to receive wavelength **524**), and the other type of router can receive more than one wavelength (e.g. router **502** is adapted to receive wavelengths **521** and **523**, and router **503** is adapted to receive wavelengths **521** and **522**). Using the SVC technique and algorithm disclosed herein, the central office router **510** may have one virtual channel when each one of the routers **501**, **502**, **503** specifies to receive some specific wavelengths. This may be used, for example, for more efficient multi-casting using wavelength **521** because wavelength **521** is received by both router **501** and router **502**.

While the SVC invention disclosed herein for use in the downstream communications, it is also beneficial for upstream communications.

While the invention has been described with reference to illustrative embodiments, this description is not intended to be construed in a limiting sense. Various modifications in combinations of the illustrative embodiments, as well as

US 7,274,679 B2

15

other embodiments of the invention, will be apparent to persons skilled in the art upon reference to the description. It is therefore intended that the appended claims encompass any such modifications or embodiments.

What is claimed is:

**1**. A method of scalable multi-carrier data communication, said method comprising:

receiving a first data stream, comprising a plurality of packets, in a first device;

determining a plurality of channels, wherein each channel consisting of a multiple carriers within an allocated bandwidth and each carrier capable of being a physical and logical channel;

forming a single scalable virtual channel (SVC) having consisting of at least a first carrier and at least a second carrier, said SVC for transmission of packets to a second device;

dividing the plurality of packets of the first data stream among two or more of the plurality of physical-channels for transmission to the second device.

**2**. A method according to claim **1**, wherein a software management function determines the plurality of channels at the first device and informs the second device which of the plurality of channels form said single scalable virtual channel (SVC) and to use for receiving the packets.

**3**. A method according to claim **2**, further comprising:

at the second device, receiving the plurality of packets on single scalable virtual channel (SVC);

merging the plurality of received packets into a second stream of data; and

reordering packets in the second stream of data according to a transmit time of each packet.

16

**4**. A method according to claim **1**, further comprising:

configuring a data flow manager function at the first device with information of the plurality of channels used to form said single scalable virtual channel (SVC).

**5**. A method according to claim **1**, wherein the plurality of channels correspond to a plurality of transmitters at the first device and a plurality of receivers at the second device.

**6**. A method according to claim **5**, wherein each transmitter and receiver is associated with a media access controller function in the corresponding device.

**7**. A method according to claim **6**, wherein a first scaleable virtual channel media access controller includes all media access controllers and transmitters in the first device.

**8**. A method according to claim **6**, wherein a second scaleable virtual channel media access controller includes all media access controllers and receivers in the second device.

**9**. A method according to claim **1**, wherein packets are modulated over a plurality of carriers corresponding to the plurality of physical channels.

**10**. A method according to claim **1**, wherein each one of the plurality of channels has a plurality of physical parameters that are different from other physical channels.

**11**. A method according to claim **1**, further comprising:

routing packets to the plurality of physical channels based on channel load of each physical channel.

**12**. A method according to claim **1**, further comprising:

scheduling packets based on a threshold.

**13**. A method according to claim **1**, wherein packets are transmitted according to one or more of a unicast scheduling scheme, a multicast scheduling scheme, and a broadcast scheduling scheme.

* * * * *

# EXHIBIT S

REDACTED

EXHIBIT T

Trials@uspto.gov                                                    Paper No. 28
571-272-7822                                          Entered:  February 23, 2018

UNITED STATES PATENT AND TRADEMARK OFFICE
_____

BEFORE THE PATENT TRIAL AND APPEAL BOARD
_____

CISCO SYSTEMS, INC.,
Petitioner,

v.

CHANBOND LLC,
Patent Owner.
_____

Case IPR2016-01744
Patent 7,941,822 B2
_____

Before JONI Y. CHANG, JENNIFER S. BISK, and
JACQUELINE T. HARLOW, *Administrative Patent Judges.*

HARLOW, *Administrative Patent Judge.*

FINAL WRITTEN DECISION
Determining Claims 1, 2, 5, 6, 19, 20, 23, and 29
Have Been Shown To Be Unpatentable
*35 U.S.C. § 318(a) and 37 C.F.R. § 42.73*

IPR2016-01744
Patent 7,941,822 B2

## I.    INTRODUCTION

Cisco Systems, Inc. ("Petitioner"), filed a Petition requesting an *inter partes* review of claims 1, 2, 5, 6, 19, 20, 23, and 29 of U.S. Patent No. 7,941,822 B2 (Ex. 1001, "the '822 patent").  Paper 1 ("Pet.").  ChanBond LLC ("Patent Owner"), filed a Preliminary Response.  Paper 8 ("Prelim. Resp.").  We determined that the information presented in the Petition demonstrated a reasonable likelihood that Petitioner would prevail in challenging claims 1, 2, 5, 6, 19, 20, 23, and 29 as unpatentable under 35 U.S.C. § 103(a).  Pursuant to 35 U.S.C. § 314, the Board instituted trial on March 3, 2017, as to those claims of the '822 patent.  Paper 10 ("Institution Decision" or "Inst. Dec.").

Following our institution, Patent Owner filed a Response to the Petition (Paper 13, "PO Resp.") and Petitioner filed a Reply to the Patent Owner Response (Paper 17, "Reply").[1]  An oral hearing was held on November 1, 2017.  The transcript of the hearing has been entered into the record.  Paper 27 ("Tr.").

We have jurisdiction under 35 U.S.C. § 6.  This Final Written Decision is issued pursuant to 35 U.S.C. § 318(a) and 37 C.F.R. § 42.73.  Based on the record before us, we conclude that Petitioner has demonstrated

---

[1] Petitioner filed a Reply to Patent Owner's Response to Petition on July 31, 2017.  Paper 15.  That same day, Petitioner filed a Corrected Reply to Patent Owner's Response to Petition.  Paper 17.  All references in this Decision to Petitioner's Reply are to Paper 17.

2

IPR2016-01744
Patent 7,941,822 B2

by a preponderance of the evidence that claims 1, 2, 5, 6, 19, 20, 23, and 29 of the '822 patent are unpatentable.

## A.  Related Matters

The '822 patent is asserted in several cases in the District of Delaware.  Pet. 3; Paper 5, 1–3.  In addition, Petitioner challenged, and we declined to institute *inter partes* review of, claims 13 and 14 of the '822 patent in IPR2016-01746.  IPR2016-01746, Paper 10.

Petitioner also challenged, and we declined to institute *inter partes* review of, various claims of two patents related to the '822 patent:  U.S. Patent No. 8,341,679 B2 ("the '679 patent") and U.S. Patent No. 8,984,565 B2 ("the '565 patent").  *Cisco Sys., Inc. v. ChanBond LLC*, Case IPR2016-01889, Paper 10 (PTAB Mar. 29, 2017); *Cisco Sys., Inc. v. ChanBond LLC*, Case IPR2016-01890, Paper 10 (PTAB Mar. 29, 2017); *Cisco Sys., Inc. v. ChanBond LLC*, Case IPR2016-01891, Paper 10 (PTAB Mar. 29, 2017); *Cisco Sys., Inc. v. ChanBond LLC*, Case IPR2016-01898, Paper 10 (PTAB Mar. 29, 2017); *Cisco Sys., Inc. v. ChanBond LLC*, Case IPR2016-01899, Paper 10 (PTAB Mar. 29, 2017); *Cisco Sys., Inc. v. ChanBond LLC*, Case IPR2016-01900, Paper 10 (PTAB Mar. 29, 2017).

Separately, RPX Corporation challenged the patentability of claims 1–31 of the '822 patent in IPR2016-00234.  On May 25, 2017, we issued a Final Written Decision in IPR2016-00234 determining that claims 1–31 of the '822 patent had not been shown to be unpatentable over references

3

IPR2016-01744
Patent 7,941,822 B2

distinct from those at issue here.  *RPX Corp. v. ChanBond LLC*, Case
IPR2016-00234, Paper 28 (PTAB May 25, 2017).

### B. The '822 Patent

The '822 patent is titled "Intelligent Device System and Method for
Distribution of Digital Signals on a Wideband Signal Distribution System."
Ex. 1001, at [54].  The '822 patent is a division of U.S. Patent Application
No. 09/749,258, filed on December 27, 2000, and now issued as U.S. Patent
No. 7,346,918.  *Id.* at [62].

The '822 patent is directed to systems and methods for the
"distribution of digital signals onto, and off of, a wideband signal
distribution system."  Ex. 1001, 1:24–29.  The '822 patent aims to address
the difficulties created by adapting existing telephone and data networks to
accommodate the greater demands of transmitting television and video data.
*Id.* at 1:31–36.  In particular, the '822 patent explains that "digital TV/video
applications clog data networks, even with the use of available compression
techniques," and "[a]nalog RF distribution may require special cables and
infrastructure."  *Id.* at 1:36–40.  According to the '822 patent, one solution to
this problem would be to transport digitized data on an analog carrier "in a
format that would allow for greater amounts of data to be carried at one
time, such as by modulated RF."  *Id.* at 2:15–16.  The '822 patent, therefore,
discloses a "network of intelligent devices" that "enables digital video, IP
voice/data/video, to be modulated and demodulated onto and off of" "a
wideband signal distribution system."  *Id.* at 2:30–34.

4

IPR2016-01744
Patent 7,941,822 B2

The '822 patent describes, as a preferred embodiment, an "intelligent device" that receives an RF signal that has been modulated onto two or more RF channels, and combines that information back into a single stream. Ex. 1001, 10:55–11:31. Figure 5 of the '822 patent, depicting this intelligent device, is reproduced below.



Figure 5 of the '822 patent illustrates the signal path from intelligent device 502 to addressable devices 202. *Id*. at 10:55–11:31. As shown in Figure 5, RF splitter 214 splits the signal entering intelligent device 502, and sends information regarding the RF channels in use to RF system channel detector 239. *Id*. at 10:55–60. In addition, the modulated RF signal is differentiated into an IP portion and a non-IP portion, according to the information frequency on the incoming carrier. *Id*. at 10:60–64. The non-IP

IPR2016-01744
Patent 7,941,822 B2

portion of the signal passes through bandpass filter 216 and is fed to a
standard RF television or computer outlet.  *Id*. at 10:66–11:2.  The IP portion
of the signal passes through bandpass filter 218, and is demodulated by
demodulator 220, which strips the RF carrier signal from the digital
baseband signal.  *Id*. at 11:15–20.  Subsequently, the digital signals are
combined by digital combiner 212, to achieve a parallel to serial conversion.
*Id*. at 11:20–25.  This signal is routed to addressable device 202.  *Id*. at
11:25–31.

*C*. Inter Partes *Review Proceedings*
*Involving Related Patents*

As set forth above, the '679 patent, which is a division of the
'822 patent (Ex. 2004, at [62]), and the '565 patent, which is a continuation
of the '679 patent (Ex. 2001, at [60]), were the subject of several
proceedings in which we declined to institute *inter partes* review.  *See, e.g.*,
*Cisco*, IPR2016-01889, Paper 10 (declining to institute review of the
'565 patent).[2]

Central to our decision not to institute *inter partes* review in the
proceedings concerning the '679 and '565 patents was our interpretation of
the claim term "RF channel"—a term that does not appear in the challenged
claims of the '822 patent.  In those proceedings, we concluded that the

---

[2] Because the Board reached substantially similar conclusions in each
proceeding, for the sake of brevity citations will be provided to
representative portions of IPR2016-01889 only.

IPR2016-01744
Patent 7,941,822 B2

broadest reasonable interpretation of "RF channel" "does not include code channels—for example, data streams created by [code division multiple access ("CDMA")]—but instead refers only to frequency bands, such as those created by FDMA." *Cisco*, IPR2016-01889, Paper 10, slip op. at 13–14. In reaching this conclusion, we noted that the patents-at-issue "discuss[] RF channels in terms of frequency bands." *Id.* at 10. Furthermore, in response to argument that CDMA channels are encompassed by the claims because the specification "teaches that both analog and digital signals can be sent using modulation carrier, such as in digital PCS and cellular telephone and that the cellular CDMA defines two types of channels—CDMA and code channels" (*id.* at 11 (internal quotation omitted)), we observed that "Petitioner does not explain why this would be the case and does not cite to any evidence" to support the conclusion that an ordinarily skilled artisan would understand "RF channel" to include CDMA and code channels (*id.*).

## D. Illustrative Claim

Of the challenged claims, claims 1 and 19 are independent. Claim 1, reproduced below, is illustrative of the claimed subject matter.

1.    An intelligent device for receiving and processing RF signals, comprising:

an input configured to receive a modulated RF signal containing multiple channels, and to receive channel in use information which identifies each channel in the modulated RF signal that includes information addressed to at least one addressable device;

a demodulator unit configured to demodulate at least two channels contained in the modulated RF signal when the channel

7

IPR2016-01744
Patent 7,941,822 B2

in use information identifies the at least two channels as containing information addressed to the at least one addressable device; and

a combiner configured to combine the at least two channels demodulated by the demodulator unit into a digital stream when the channel in use information identifies the at least two channels as containing information addressed to the at least one addressable device, and to output the digital stream to the at least one addressable device.

Ex. 1001, 12:22–40.

Claim 19 recites a similar device, but requires "a detector configured to detect each channel contained in the received modulated RF signal that includes information addressed to at least one addressable device, and to generate channel in use information identifying each channel that includes information addressed to the at least one addressable device" (*id*. at 15:5–10), in lieu of "an input configured to . . . receive channel in use information which identifies each channel in the modulated RF signal that includes information addressed to at least one addressable device" (*id*. at 12:24–28), as recited by claim 1.

### E.  Instituted Ground of Unpatentability

We instituted *inter partes* review in this proceeding based on the following patentability challenge:

| Claims | Basis | References |
|---|---|---|
| 1, 2, 5, 6, 19, 20, 23, and 29 | § 103(a) | Tiedemann, Gilhousen, and Gorsuch |

8

IPR2016-01744
Patent 7,941,822 B2

Petitioner relies on the Declaration of Anthony Wechselberger ("Wechselberger Declaration," Ex. 1002) to support its Petition and Reply.

Patent Owner relies on the Declaration of Scott M. Nettles, Ph.D. ("Nettles Declaration," Ex. 2002) to support its Response to the Petition.

## II.   ANALYSIS

### A.   *Level of Skill in the Art*

Petitioner contends that a person of ordinary skill in the art for the '822 patent would have "been an engineer or physicist with at least a bachelor's degree, or equivalent experience, in electrical engineering, or a related field."  Pet. 19 (citing Ex. 1002 ¶¶ 26–33).  Petitioner further asserts that such an artisan would have had "at least three years of industry experience in the fields of analog and digital communications, inclusive of exposure to telecommunications standards as applied in wired and wireless broadband networks, or equivalent work experience."  *Id.* at 19–20 (citing Ex. 1002 ¶¶ 26–33).

Patent Owner does not dispute Petitioner's proposal, or otherwise address the level of skill in the art at the time of invention of the '822 patent in its Response.  *See generally*, PO Resp.  Patent Owner's expert, Dr. Nettles, however, provides an opinion regarding the level of skill in the field.  Specifically, Dr. Nettles opines that an ordinarily skilled artisan at the time of invention of the '822 patent would have possessed an "undergraduate or graduate degree in a field such as computer science, electrical engineering, or equivalent (e.g., computer engineering)."  Ex. 2002

9

IPR2016-01744
Patent 7,941,822 B2

¶ 17.  Dr. Nettles further opines that such an artisan would also have had "work experience (which, in some instances may have been achieved through post-graduate degree-related activities) with the design of networking or communication devices, including but not limited to cable modems, routers, wireless network interfaces, satellite telephone handsets, and the like." *Id.*  Dr. Nettles additionally states that "[s]uch an individual would have studied and had some design experience with RF and digital signal distribution systems (including receiver architectures, modems, and signal processors)." *Id.*  In evaluating the differences between his own and Mr. Wechselberger's assessments of the level of skill in the field, Dr. Nettles testifies that his assessment "differs slightly from the standard offered by Mr. Wechselberger, but in expressing my opinions in this declaration I have considered these distinctions and determined that they do not alter my conclusions." *Id.*

The formulations offered by Mr. Wechselberger and Dr. Nettles do not differ in any way that is material to this Decision.  Based on our review of the record, we adopt Petitioner's definition of a person of ordinary skill in the field at the time of invention of the '822 patent, with the understanding that the level of skill is also reflected in the prior art of record.  *See Okajima v. Bourdeau*, 261 F.3d 1350, 1355 (Fed. Cir. 2001).  In addition, we have reviewed the credentials of Mr. Wechselberger (Ex. 1003) and Dr. Nettles (Ex. 2002), and we consider each of them to be qualified to opine on the level of skill and the knowledge of a person of ordinary skill in the art at the time of the invention.

10

IPR2016-01744
Patent 7,941,822 B2

### A. Claim Construction

In an *inter partes* review, claim terms in an unexpired patent are given their broadest reasonable interpretation in light of the specification of the patent in which they appear.  37 C.F.R. § 42.100(b).  Under the broadest reasonable interpretation standard, claim terms are given their ordinary and customary meaning as would be understood by one of ordinary skill in the art in the context of the entire disclosure.  *In re Translogic Tech., Inc.*, 504 F.3d 1249, 1257 (Fed. Cir. 2007).  "The correct inquiry in giving a claim term its broadest reasonable interpretation in light of the specification is . . . an interpretation that corresponds with what and how the inventor describes his invention in the specification, i.e., an interpretation that is consistent with the specification."  *In re Smith Int'l, Inc.*, 871 F.3d 1375, 1382–83 (Fed. Cir. 2017) (internal quotation omitted).

"While we read claims in view of the specification, of which they are a part, we do not read limitations from the embodiments in the specification into the claims."  *Hill-Rom Servs., Inc. v. Stryker Corp.*, 755 F.3d 1367, 1371 (Fed. Cir. 2014).  A claim term is only given a special definition different from the term's plain and ordinary meaning if the "patentee . . . clearly set[s] forth a definition of the disputed claim term other than its plain and ordinary meaning."  *Thorner v. Sony Comput. Entm't. Am., LLC*, 669 F.3d 1362, 1365 (Fed. Cir. 2012) (citations omitted).  Under this standard, we may take into account definitions or other explanations provided in the written description of the specification.  *In re Morris*, 127 F.3d 1048, 1054 (Fed. Cir. 1997).  In this regard, we observe that [t]he specification acts as a

11

IPR2016-01744
Patent 7,941,822 B2

dictionary when it . . . defines terms by implication." *Bell Atl. Network Servs., Inc. v. Covad Commc'ns Grp., Inc.*, 262 F.3d 1258, 1268 (Fed. Cir. 2001) (internal quotation omitted).  However, any special definition for a claim term must be set forth in the specification with reasonable clarity, deliberateness, and precision.  *In re Paulsen*, 30 F.3d 1475, 1480 (Fed. Cir. 1994).

"A patentee can also disavow claim scope, but the standard is similarly exacting." *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 805 F.3d 1368, 1375 (Fed. Cir. 2015).  "[C]laims are not necessarily and not usually limited in scope simply to the preferred embodiment." *RF Del. v. Pac. Keystone Techs., Inc.*, 326 F.3d 1255, 1263 (Fed. Cir. 2003).

Only those terms that are in controversy need be construed, and only to the extent necessary to resolve the controversy.  *See Nidec Motor Corp. v. Zhongshan Broad Ocean Motor Co. Ltd.,* 868 F.3d 1013, 1017 (Fed. Cir. 2017); *Vivid Techs., Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 803 (Fed. Cir. 1999).

### 1.  *"channel"*

The term "channel" appears repeatedly throughout the challenged claims of the '822 patent.  Independent claim 1, for example, recites:  1) "an input configured to receive a modulated RF signal *containing multiple channels*, and to receive *channel in use information* which identifies *each channel* in the modulated RF signal . . . ;" 2) "a demodulator unit configured to demodulate *at least two channels* contained in the modulated RF signal when the *channel in use information* identifies the *at least two channels* as

12

IPR2016-01744
Patent 7,941,822 B2

containing information. . . ;" and 3) "a combiner configured to combine the *at least two channels* demodulated by the demodulator unit into a digital stream when the *channel in use information* identifies the *at least two channels* as containing information . . . ." Ex. 1001, 12:22–40 (emphasis added). In our Institution Decision, we construed "channel" to mean "a path for transmitting electric signals." Inst. Dec. 11.

Petitioner agrees with that construction (Pet. 16), and asserts that the claims of the '822 patent "refer to channels in the context of a modulated RF signal containing multiple channels but do not mandate the specific size or types of channels contained in the RF signal" (*id*.). Thus, according to Petitioner, the term "channel," as it is used in the '822 patent, encompasses, for example, the frequency band channels used in Frequency Division Multiple Access ("FDMA") systems, the code channels used in Code Division Multiple Access ("CDMA") systems, and the time slots used in Time Division Multiple Access ("TDMA") systems. *Id*. at 17.

Patent Owner responds that "channel" should instead be interpreted to mean "frequency band." PO Resp. 7. Patent Owner contends that both the claims and the specification of the '822 patent indicate that the recited "'channel' is not any channel, but an 'RF channel.'" *Id*. at 8 (citing Ex. 2002 ¶ 33) (emphasis omitted). Specifically, Patent Owner points to the recitation of "an input configured to receive a modulated RF signal containing multiple channels" (Ex. 1001, 12:24–25, 15:3–4) in claims 1 and 19 of the '822 patent as supporting its proffered construction, reasoning that "[t]he channels contained within a 'modulated RF signal' are necessarily

13

IPR2016-01744
Patent 7,941,822 B2

'RF channels.'"  Prelim. Resp. 8 (citing Ex. 2002 ¶ 33) (emphasis omitted).
Patent Owner further contends that Petitioner's expert, Mr. Wechselberger
agrees that the channels of the '822 patent are RF channels.  *Id.* (citing
Ex. 1002 ¶ 122).

Patent Owner additionally asserts that "channel" is used
interchangeably with "RF channel" and "frequency channel" throughout the
specification of the '822 patent.  PO Resp. 8–12.  According to Patent
Owner, "[e]ach of the embodiments of the '822 Patent's invention discloses
'channels' that are 'RF channels' or 'frequency channels,' i.e., frequency
bands in a frequency division multiplexing scheme."  *Id.* at 11.  Therefore,
reasons Patent Owner, "the specification consistently uses the term
'RF channel'" to denote a frequency band, but also uses the abbreviated
forms 'frequency channel' and 'channel' as a shorthand, as a person of
ordinary skill would readily understand."  *Id.* at 11–12.

Patent Owner also contends that our construction of the term
"RF channel" as "frequency band" in proceedings concerning the related
'679 and '565 patents supports interpreting the purportedly "closely related"
term "channel" to have the same meaning in the instant proceedings.  PO
Resp. 12.  Patent Owner similarly argues that our findings in the "present
proceedings are consistent with a construction of both 'channel' and 'RF
channel' as frequency bands."  *Id.* at 13.  Moreover, asserts Patent Owner,
we should identically construe "channel" and "RF channel" to "harmonize"
the intrinsic record for the patent family that includes the '822, '679, and
'565 patents.  *Id.* at 18.

IPR2016-01744
Patent 7,941,822 B2

In reply, Petitioner asserts that Patent Owner's proposal to restrict "channel" to frequency channels contradicts the ordinary meaning of that term. Reply 4. According to Petitioner, "'channel' is a basic, well-known term in the art," the ordinary meaning of which "encompasses various types of channels—including CDMA channels." *Id.* Petitioner further contends that the applicants for the '822 patent did not act as their own lexicographer with regard to the term "channel," and, thus, there is no basis for restricting the meaning of "channel" to encompass only a particular type of channel. *Id.* at 7. In this vein, Petitioner argues that "[t]he '822 Patent contains no express definitions for 'channel,' nor does it use 'channel' as shorthand for 'RF channel.'" *Id.* To the contrary, asserts Petitioner, the applicants for the '822 patent used different claim terms within the same patent family, specifying that the recited channel is an "RF channel" in the '679 and '565 patents, and referring simply to a "channel" in the '822 patent. *Id.* at 7–8. Petitioner additionally contends that the '822 patent "uses 'channel' in contexts with modifiers that are not frequency specific," and encompass other channel types. *Id.* at 8.

Petitioner likewise contends that the applicants for the '822 patent did not disavow CDMA channels from the scope of the term "channel." Reply 9. In this regard, Petitioner asserts that the '822 patent is not limited to a single embodiment, but suggests channel types in addition to frequency bands. *Id.* at 11. Petitioner further asserts that the examples and embodiments disclosed by the '822 patent are non-limiting, and, therefore, even if Patent Owner is correct that the embodiments described relate solely

15

IPR2016-01744
Patent 7,941,822 B2

to RF channels, the '822 patent does not disavow CDMA channels from claim scope. *Id.* at 11–12.

On the record before us, we conclude that the broadest reasonable interpretation of the term "channel" as used in the '822 patent is "a path for transmitting electric signals," consistent with its plain and ordinary meaning.

As an initial matter, we determine that the ordinary meaning of "channel" encompasses a variety of channel types, including CDMA. Patent Owner does not expressly address the plain meaning of "channel" in its Response (*see* PO Resp. 7–19); however, the testimony of Patent Owner's expert, Dr. Nettles, comports with our understanding of the ordinary meaning of this term. For example, Dr. Nettles testifies that, in general, "channel" is "a very broad term" that describes "something that you can use for communication." Ex. 1043, 32:17–24. Dr. Nettles further testifies that, although "you could certainly add modifiers to the word 'channel' which would cause you to start thinking about either modulation schemes or multiple access techniques," "'channel' itself doesn't say anything about the specific modulation scheme." Ex. 1043, 33:10–22; *see also id.* at 31:22– 32:13, 34:10–18. As discussed in greater detail below, the specification of the '822 patent likewise reflects that the plain and ordinary meaning of "channel" encompasses a variety of channel types, including CDMA. *See, e.g.*, Ex. 1001, 5:24–39 (describing analog and digital "transmission channels" and observing that "both analog and digital signals can be sent using modulation carriers, such as in digital PCS and cellular telephone"); Ex. 1043, 33:6–9 ("Well, I mean, just to be clear, even -- even in the context

16

IPR2016-01744
Patent 7,941,822 B2

of the '822 patent, the word 'channel' doesn't have – doesn't imply a particular modulation scheme."). Accordingly, based on the record before us, we determine that the plain and ordinary meaning of "channel" encompasses "a path for transmitting electric signals."

The claims of the '822 patent use "channel" in a manner consistent with its plain and ordinary meaning, and are devoid of any basis for restricting that term to exclude CDMA channel types. Indeed, by their plain language, the challenged claims are indifferent to whether frequency channels or CDMA channels are used. *See, e.g.*, Ex. 1001, 12:22–40; *see also* Pet. 10. For example, language directed to "frequency channel-specific structure or functionality, such as 'channel widths,' '6 MHz channels,' or 'frequency bands'" does not appear in those claims. *See, e.g.*, Ex. 1001, 12:22–40; *see also* Pet. 10.

We are unpersuaded by Patent Owner's contention that the recitation of "an input configured to receive a modulated RF signal containing multiple channels" (Ex. 1001, 12:24–25, 15:3–4) in claims 1 and 19 of the '822 patent supports a narrow interpretation of "channel" limited to frequency bands (PO Resp. 8). Patent Owner reads this claim phrase as necessarily requiring that the recited "channels" must be frequency bands because they are channels within a "modulated RF signal." PO Resp. 8. Such reading is, at best, superficial. According to Patent Owner's expert, Dr. Nettles, the term "RF signal" refers generally to signals within the radio frequency portion of the electromagnetic spectrum. Ex. 1043, 23:5–24:8. As Dr. Nettles explains, "RF signal" encompasses signals used by many

17

IPR2016-01744
Patent 7,941,822 B2

systems, from AM and FM radio to 3G and 4G cell phones, and RF signals can be used to transmit CDMA data. Ex. 1043, 22:15–25:21. Consistent with Dr. Nettles' understanding, the '822 patent expressly identifies a variety of technologies that utilize RF signals for data transmission, but employ modulation schemes other than FDMA, and use channels other than frequency bands—for example, cellular telephone systems. Ex. 1001, 5:35–39.

Furthermore, Patent Owner's characterization of Mr. Wechselberger's testimony as endorsing Patent Owner's proposed interpretation of "channel" (PO Resp. 8) relies on selectively truncated portions of that testimony. A complete review of Mr. Wechselberger's testimony reveals that he unambiguously testifies that the claim phrase "a modulated RF signal containing multiple channels" (Ex. 1001, 12:24–25, 15:3–4) does not require a particular type of multiplexing to provide the channel in the RF signal:

> The claims do not discuss any type multiplexing technique for providing a channel in the RF signal—instead only referring to "a modulated RF signal containing multiple channels." In my opinion a POSITA would understand this usage in the claims to identify RF channels—that is channels in an RF signal—but not specify or require a particular type of multiplexing or modulation to provide the channel in the RF signal.

Ex. 1002 ¶ 122.

Accordingly, an ordinarily skilled artisan at the time of invention of the '822 patent would have understood that the "modulated RF signal" recited in claims 1 and 19 refers not to one specific modulation scheme, such as FDMA, but encompasses the set of modulation schemes known in the

IPR2016-01744
Patent 7,941,822 B2

communications art at that time.  Such an ordinarily skilled artisan would have additionally recognized that the "multiple channels" contained in that "modulated RF signal" would have encompassed the set of channels used in the various known RF modulation schemes, including, for example, CDMA channels and code channels.  *See* Ex. 1002 ¶ 122.

The specification and prosecution history of the '822 patent likewise support construing "channel" as "a path for transmitting electric signals." As an initial matter, Patent Owner does not identify (*see* PO Resp. 7–19), and we do not discern any express definition of the term "channel" in the specification of the '822 patent.  *Cf.* Ex. 1001, 7:6–9 (defining "wideband"). In addition, we note that Patent Owner does not contend, and we do not ascertain record support for the proposition that the applicants for the '822 patent equated the terms "channel" and "RF channel" or "frequency channel," or otherwise narrowed the meaning of "channel" during prosecution.  Rather, Patent Owner argues that we should interpret "channel" as being limited to a "frequency band" because the '822 patent purportedly uses "channel" interchangeably with, or as shorthand for, "RF channel" and "frequency channel" (PO Resp. 8).  We do not find Patent Owner's position persuasive.

The '822 patent consistently and explicitly identifies the particular type of channel being discussed; it does not use "channel" interchangeably with "RF channel" or "frequency channel."  In fact, the term "RF channel" itself appears in the description of the preferred embodiments of the '822 patent more than twenty times.  *See* Ex. 1002 ¶ 122.  Moreover, the portions

19

IPR2016-01744
Patent 7,941,822 B2

of the '822 patent to which Patent Owner points as supporting its position
that "channel" and "RF channel" or "frequency channel" are used
interchangeably, instead reflect the '822 patent's consistent use of modifiers
to expressly identify the particular type of channel described.

For example, Patent Owner relies on select portions of the following
paragraph to support its contention that the '822 patent uses the unadorned
word "channel" as shorthand for "RF channel" (PO Resp. 8–9):

> The wideband signal distribution system **10** may allow for
> distribution of, for example, 29 channels, *wherein each channel
> is 6 MHz in width*, and it is known that such channels can handle
> analog video signals.  However, where digital information can be
> transmitted over the RF channel, each 6 MHz channel can
> handle, depending on the modulation technique used, in excess
> of 40 megabits per second of digital information, and new
> modulation techniques may increase this information to, and in
> excess of, 100 megabits per second.  This 40 megabits per second
> transmission allows for the transmission rate in excess of one
> gigabit/sec of digital information to be carried on the sum of the
> 29 RF channels in the wideband signal distribution system **10**.
> Using advanced modulation techniques will allow the wideband
> signal distribution system **10** to be expanded up to 60, or more,
> channels, thereby further increasing throughput data rate.

Ex. 1001, 6:50–65 (emphasis added).  When considered in its entirety, as set
forth above, however, it is clear that this paragraph does not haphazardly
interchange the generic term "channel" and more particularized term
"RF channel."  Rather, the very first sentence of the above paragraph
expressly characterizes the channels described as being 6 MHz in width,
thus, making plain that the channels referred to are of a particular type,
namely, frequency bands.  Because the statement "29 channels, wherein

20

IPR2016-01744
Patent 7,941,822 B2

each channel is 6 MHz in width" (*id.* at 6:51–52) expressly identifies the channels in question as frequency bands—*i.e.*, RF channels—it cannot be said that the above quoted paragraph demonstrates the interchangeability of "channel" and "RF channel" or "frequency band" in the '822 patent. Instead, this passage indicates that the applicants for the '822 patent recognized the breadth of the term "channel," and took care to specify the particular type of channel being discussed. *See* Ex. 2003, 28:7–14 ("Well, the type of channels that it's talking about here -- for example, it specifically says each channel is 6 megahertz in width. That is a frequency band."); PO Resp. 9 (quoting the same).

The same holds true with regard to the additional portions of the '822 patent relied upon by Patent Owner (PO Resp. 9–11): these portions of the specification either explicitly identify the channels in question as "RF channels" (Ex. 1001, 10:49–51, 10:60–11:18), or refer to "channel width," and increasing channel width "from 6 MHz per channel to 12 MHz per channel" (9:65–10:22), indicating that the relevant channels are frequency bands. Ex. 1001, 9:65–11:18. Patent Owner does not identify, and we do not discern, support for the proposition that the unmodified term "channel," as it is used in the '822 patent claims, means "RF channel."

Patent Owner's argument that "channel" should be construed as "frequency band" because each embodiment of the '822 patent purportedly "discloses 'channels' that are 'RF channels' or 'frequency channels,' i.e., frequency bands in a frequency division multiplexing scheme" (PO Resp. 11), is similarly unavailing. Our reviewing court has "expressly

21

IPR2016-01744
Patent 7,941,822 B2

rejected the contention that if a patent describes only a single embodiment, the claims of the patent must be construed as being limited to that embodiment." *Liebel-Flarsheim Co. v. Medrad, Inc.*, 358 F.3d 898, 906 (Fed. Cir. 2004). Moreover, even accepting, *arguendo*, Patent Owner's contention that the disclosed embodiments of the '822 patent are directed to RF channels, Patent Owner has not identified "clear limiting descriptions of the invention in the specification or prosecution history" that would support restricting the meaning of "channel" to a particular type of channel, *i.e.*, a frequency band. *Aventis Pharma S.A. v. Hospira, Inc.*, 675 F.3d 1324, 1330 (Fed. Cir. 2012). Nor has Patent Owner demonstrated intent by the applicants for the '822 patent "to deviate from the ordinary and accustomed meaning of ['channel'] by including in the specification expressions of manifest exclusion or restriction, representing a clear disavowal of claim scope." *Id.* (internal quotation omitted). Neither has Patent Owner shown that the applicants for the '822 patent used the term "channel" "throughout the entire patent specification, in a manner consistent with only a single meaning," so as to define that term "by implication." *Bell Atl.*, 262 F.3d at 1271.

To the contrary, the '822 patent expressly provides that "the embodiment presented herein is exemplary, and the manner of use of an equivalent component system will be apparent to those skilled in the art and is within the scope of the present invention." Ex. 1001, 7:14–19; *see also id.* at 12:15–19 ("Those of ordinary skill in the art will recognize that many modifications and variations of the present invention may be implemented.

22

IPR2016-01744
Patent 7,941,822 B2

The foregoing description and the following claims are intended to cover all such modifications and variations.").

Furthermore, the '822 patent uses the term "channel" in contexts that are not limited to frequency bands.  For example, in the "Detailed Description of the Invention," the '822 patent discusses analog and digital "transmission channels," and observes that "both analog and digital signals can be sent using modulation carriers, such as in digital PCS and cellular telephone, DBS (direct broadcast satellite), wireless cable and cellular wireless cable, or hybrid fiber coax . . . ." (*id.* at 5:24–30, 5:35–39). Moreover, at the time of invention of the '822 patent, digital PCS and cellular telephone systems were known to use CDMA channels operating in the frequency range of "5 MHz to in excess of 1 GHz," which the '822 patent defines as the frequency range for "wideband" systems. Ex. 1001, 7:6–10; Ex. 1011, 6:18–33; Ex. 1009, 1:23–25; Ex. 1043, 25:16–18.  The '822 patent also describes the application of complex coding methods, such as quadrature amplitude modulation ("QAM"), to signals sent over a "transmission channel."  *Id.* at 5:46–53.

As these teachings make plain, an ordinarily skilled artisan at the time of invention of the '822 patent would have recognized that the various RF transmission systems identified in the '822 patent (e.g., cellular telephone and cable television systems) employ different multiplexing schemes (e.g., CDMA and FDMA) that use distinct channel types (e.g., code channels and frequency bands) for data transmission.  *See* Pet. 16–17; Ex. 1002 ¶ 122.  Stated differently, our interpretation of the term "channel"

23

IPR2016-01744
Patent 7,941,822 B2

as it is used in the '822 patent "corresponds with what and how the inventor describes his invention in the specification." *Smith*, 873 F.3d at 1383. We do not rely on the absence of inconsistency between our interpretation and the specification of the '822 patent to arrive at our construction of "channel." *See id.* at 1382–83 ("The correct inquiry in giving a claim term its broadest reasonable interpretation in light of the specification is not whether the specification proscribes or precludes some broad reading of the claim term adopted by the examiner. And it is not simply an interpretation that is not inconsistent with the specification.") Rather, our construction of "channel" reflects the fact that the '822 patent uses the broader term "channel" to encompass various communications paths, *i.e.*, paths for transmitting electrical signals, and employs the narrower term "RF channel" to refer to specific examples and embodiments describing a particular type of communications path, *i.e.*, a frequency band. Accordingly, we conclude that an ordinarily skilled artisan would have appreciated that the broadest reasonable interpretation of the term "channel" as it is used in the '822 patent is "a path for transmitting electric signals."

Patent Owner contends that the above-described portions of the '822 patent merely provide "a general overview of the state of 'traditional' technology *prior* to the invention, with a specific emphasis on the most relevant prior art—namely, frequency multiplexed channels." PO Resp. 15. Patent Owner further asserts that the "term 'modulation carriers' makes no reference to any specific multiplexing technique, and would not be understood by a person of ordinary skill as an invitation to apply techniques

24

IPR2016-01744
Patent 7,941,822 B2

other than frequency multiplexing." *Id.* (internal citation omitted).  We do not find these arguments persuasive.  The '822 patent does not indicate that discussion of "[t]raditional baseband and multiplexed analog signals" pertains to the disclosed "digital PCS and cellular telephone" systems. Ex. 1001, 5:24–39.  Further, the '822 patent describes an embodiment of a "wideband signal distribution system" that "can be utilized for distributing any wideband signals, which wideband signals may be any digital or analog signal, or any RF carrier signal between 5 MHz to in excess of 1 GHz" (*id.* at 6:1–8)—a range that encompasses digital PCS and cellular telephone systems.  In addition, the fact that the term "modulation carriers" "makes no reference to any specific multiplexing technique" (PO Resp. 15.; Ex. 2002 ¶ 40) confirms that the term is agnostic to the multiplexing technique employed, and highlights, rather than undermines, that "modulation carriers" encompasses CDMA.  In this regard, we note that Patent Owner relies solely on Dr. Nettles' unsupported, conclusory testimony that "modulation carriers" "would not be understood by a person of ordinary skill as an invitation to apply techniques other than frequency multiplexing" (Ex. 2002 ¶ 40); testimony to which we give little weight (37 C.F.R. § 42.65(a)).

Moreover, even crediting Patent Owner's characterization of the '822 patent's discussion of transmission channels, digital PCS, and cellular telephone systems as background for the preferred embodiments, the fact remains that the '822 patent uses the unmodified term "channel" to refer generally to "a path for transmitting electric signals," and consistently deploys narrowing modifiers, such as "RF channel," "frequency channel"

25

IPR2016-01744
Patent 7,941,822 B2

and descriptions of "channel width" when referring to a frequency band. *Compare* Ex. 1001, 5:24–39, *with* 6:50–65.  Contrary to Patent Owner's implication (PO Resp. 11), the '822 patent need not expressly state that the disclosed embodiments encompass channels other than frequency bands for that to be the case.  *See Liebel-Flarsheim*, 358 F.3d at 906 ("expressly reject[ing] the contention that if a patent describes only a single embodiment, the claims of the patent must be construed as being limited to that embodiment.").  Rather, because the '822 patent includes neither an intentional statement of restriction, nor a disavowal of claim scope, and because that patent does not use "channel" "in a way that necessarily restricts the term" to a frequency band, we decline to import that limitation from the preferred embodiment into the claims.  *Info-Hold, Inc. v. Applied Media Techs. Corp.*, 783 F.3d 1262, 1267 (Fed. Cir. 2015).

In addition, our construction of "channel" as "a path for transmitting electric signals" in the instant proceedings is wholly consistent with our construction of the narrower term "RF channel" as describing a particular type of channel, namely, a "frequency band," in proceedings concerning the related '679 and '565 patents (*Cisco*, IPR2016-01889, Paper 10 at 11).  As an initial matter, it is beyond dispute that the claims of the '822 patent recite a different term—"channel"—than the claims of the '679 and '565 patents— "RF channel."  *Compare* Ex. 1001, 12:22–40, *with* Ex. 2004, 12:22–13:18, *and* Ex. 2001, 12:21–13:2.  The recitation of a narrower, more specific term in the claims of the '679 and '565 patents, which share the same specification as the '822 patent and claim substantially similar subject

26

IPR2016-01744
Patent 7,941,822 B2

matter, suggests conscious recognition on the part of the applicants for the related patents that "channel" and "RF channel" have distinct meanings.

In addition, as set forth above, when describing frequency bands, as opposed to channels more broadly, the '822 patent specification consistently deploys modifiers that an ordinarily skilled artisan would have understood as limiting the relevant channel to an RF channel.  The recognition that the shared specification of the '822, '679, and '565 patents takes pains to identify the specific type of channel under discussion is apparent throughout our analysis of the interpretation of "RF channel" in the proceedings addressing the '679 and '565 patents.  *Cisco*, IPR2016-01889, Paper 10 at 9–11.  For example, in that analysis, we explained that although the term is not expressly defined, "RF channel" is used throughout the shared specification in a manner "consistent with a meaning related to a frequency band."  *Id.* at 9.  In particular, we identified the specification discussion of "'RF carrier channel width,' 'RF guardband width,' 'RF band pass filters 216,' 'each 6 MHz [RF] channel,' and 'band-pass filter 810 that passes only the RF channels having wireless information thereon'" as supporting our conclusion that "RF channel" means "frequency band."  *Id.* at 9–10 (internal citations omitted; alteration in original).  In summing up our analysis, we stated "we see no use of the term 'RF channel' . . . that is inconsistent with a definition restricted to frequency bands.  Further, we see no use of the term that is consistent with a broader definition of the term."  *Id.* at 10.

Notably absent from our analysis is any suggestion that "channel" and "RF channel" share the same meaning.  Indeed, contrary to Patent Owner's

27

IPR2016-01744
Patent 7,941,822 B2

assertion, our alteration of "each 6 MHz channel" to "each 6 MHz [RF] channel" in our analysis of the construction of "RF channel" for the '679 and '565 patents in no way suggests that we "treated those terms interchangeably" (PO Resp. 13). Rather, the addition of "RF" simply highlights, as explained above, that an ordinarily skilled artisan would have recognized that a "6 MHz channel" is a "frequency band," because the modifier "6 MHz" identifies the channel type under discussion as an "RF channel."

Similarly, our rejection of the argument that "RF channel" should be broadly construed to encompass CDMA channels based on the specification teaching that "both analog and digital signals can be sent using modulation carrier, such as in digital PCS and cellular telephone and that the cellular CDMA defines two types of channels—CDMA and code channels" (*Cisco*, IPR2016-01889, Paper 10 at 11 (internal quotation omitted)) is not, as Patent Owner now suggests, tantamount to a determination that the specification excludes channels other than RF channels. Instead, as we explained, the discussion of additional channel types in the shared specification does not support broadening the meaning of the narrow term "RF channels" to encompass other channel types as well. *Id.* at 11 ("Nothing in the cited portions of the '595 patent or Petitioner's argument persuades us that a person of ordinary skill in the art would understand the term 'RF channel' to include the terms 'CDMA channels' or 'code channels.'").

Accordingly, for the reasons set forth above, we interpret the claim term "channel" to mean "a path for transmitting electric signals."

28

IPR2016-01744
Patent 7,941,822 B2

## 2. Other Claim Terms

In the Decision on Institution, we concluded that the claim terms "address," "addressed," and "addressable device," for which Petitioner proffered constructions (Pet. 18–19), and for which Patent Owner countered plain and customary meaning should apply (Prelim. Resp. 13–16), did not require express construction. Inst. Dec. 6. Neither Petitioner nor Patent Owner challenges this determination. *See* PO Resp. 20 ("Patent Owner believes that the Board can resolve all of the issues in dispute without construing 'address' and related terms."); Reply 2–14.

Accordingly, we conclude that none of the claim terms "address," "addressed," and "addressable device," requires express construction.

## B. Prior Art Relied Upon

### 1. Overview of Tiedemann

Tiedemann describes a "method and apparatus for transmitting a high rate data packet in a CDMA communication system." Ex. 1009, Abstract. In particular, Tiedemann discloses a communication system that, when a user's transmission exceeds the capacity of the primary channel assigned to that user, provides "an additional channel or set of channels for use in conjunction with the primary channel to enable the transmission of high rate data." *Id.* at 1:10–17.

29

IPR2016-01744
Patent 7,941,822 B2

Figure 1 of Tiedemann is reproduced below:



FIG. 1

Figure 1 depicts an exemplary implementation of the communication system disclosed by Tiedemann. *Id.* at 3:41–43. As indicated in Figure 1, mobile station 10 transmits information to, and receives information from, cell base station 12. *Id.* at 3:43–44; 3:55–61. Tiedemann discloses that mobile station 10 and cell base station 12 are each capable of high rate data transmission. *Id.* at 3:59–61.

Tiedemann explains that when the rate of a user's transmission exceeds the capacity of the primary channel assigned to that user, "the communication system determines whether sufficient additional channels are available for the transmission of the high rate data. If sufficient additional channels are available, they are assigned to the user for transmission of the high rate data." *Id.* at 2:40–45. Tiedemann discloses that prior to initiating the high rate transmission, "the transmitter sends a message, referred to herein as the first channel assignment message, to the receiver indicating a forthcoming high rate data transmission. In the exemplary embodiment, the channel assignment message identifies the additional channels that will be

30

used to support the high rate data service." *Id*. at 2:46–53.  Tiedemann teaches that "[b]y using the first channel assignment message the receiving system need not demodulate all possible channels at all times which greatly reduces power consumption of the mobile station." *Id*. at 2:56–59.

With regard to the receiver system, Tiedemann explains that upon receipt of the message, that system "initializes a set of additional demodulators to demodulate the high-rate data in accordance with the information provided in the first channel assignment message.  The high-rate data is demodulated by the primary channel demodulator and the additional channel demodulators and the demodulated frames are combined and provided to the user." *Id*. at 3:1–7.

Figure 3 of Tiedemann is reproduced below.



31

IPR2016-01744
Patent 7,941,822 B2

Figure 3 is a block diagram of the receiver system described by Tiedemann. *Id*. at 3:28–29.  Tiedemann discloses that "[t]he RF signal is received by antenna **110** and provided to receiver **112**.  Receiver **112** amplifies and down converts the received signal and provides the received signal to primary demodulator **114** and additional demodulators **120a–120n**." *Id*. at 7:50–53.  Subsequent to demodulation, "[m]ultiplexer (MUX) **127** combines the decoded data transmitted on the primary channel with the decoded data transmitted on the additional channels.  The reassembled data packet is provided to data sink **130**." *Id*. at 8:21–24.

## 2. *Overview of Gilhousen*

Gilhousen, which is incorporated by reference into Tiedemann, describes a "method and system for constructing PN sequences that provide orthogonality between the users so that mutual interference will be reduced, allowing higher capacity and better link performance" in a mobile cellular or satellite phone system.  Ex. 1010, 4:38–42.  Gilhousen expressly describes the use of addressing in a CDMA communication system, explaining that "[a] signal addressed to a particular user is multiplied by the outer PN sequences and by a particular Walsh sequence, or sequence of Walsh sequences, assigned by the system controller for the duration of the user's telephone call." *Id*. at 10:7–12.  Gilhousen likewise discloses that the $PN_U$ sequence, i.e., the sequence generated by the mobile unit in a mobile-to-cell link, can take into account factors "such as the mobile unit address or user ID to provide discrimination among users." *Id*. at 15:58–66.

32

IPR2016-01744
Patent 7,941,822 B2

### 3. Overview of Gorsuch

Gorsuch describes techniques for "high speed data and voice service over standard wireless connections via an unique integration of ISDN protocols and existing cellular signaling such as is available with Code Division Multiple Access (CDMA) type modulated systems." Ex. 1011, 2:21–25. Gorsuch teaches that high data rates are achieved through the dynamic allocation of bandwidth to specific CDMA subscriber units based on data rate determinations. *Id*. at Abstract. In particular, Gorsuch explains that "a number of subchannels are defined within a standard CDMA channel bandwidth, . . . such as by assigning different codes to each subchannel. The instantaneous bandwidth needs of each on-line subscriber unit are met by dynamically allocating multiple subchannels of the RF carrier on an as needed basis for each session." *Id*. at 2:27–34.

Figure 1 of Gorsuch is reproduced below:



IPR2016-01744
Patent 7,941,822 B2

Figure 1 "is a block diagram of a system **100** for providing high-speed data and voice service over a wireless connection by seamlessly integrating a digital data protocol such as, for example, Integrated Services Digital Network (ISDN) with a digitally modulated wireless service such as Code Division Multiple Access (CDMA)."  *Id*. at 3:29–34.  As shown in Figure 1, subscriber units 101 and 102 connect wirelessly to base station 170, thereby permitting data transmission between portable computing device 110 and other devices, such as those connected to Public Switched Telephone Network 180.  *Id*. at 3:36–47.

### C. Obviousness Based on
### Tiedemann, Gilhousen, and Gorsuch

Petitioner asserts that claims 1, 2, 5, 6, 19, 20, 23, and 29 are unpatentable under 35 U.S.C. § 103(a) as obvious in view of Tiedemann, Gilhousen, and Gorsuch.  Pet. 21–46.  Claims 2, 5, and 6 depend from claim 1, and claims 20, 23, and 29 depend from claim 19.  In support of its assertion, Petitioner provides detailed explanations as to how the combination of Tiedemann, Gilhousen, and Gorsuch discloses each claim limitation (*id*.), and relies upon the Wechselberger Declaration (Ex. 1002) to support its positions.

Patent Owner responds that the cited combination does not render obvious the challenged claims of the '822 patent under Patent Owner's proposed construction of "channel" as meaning "a frequency band."  PO Resp. 26–37.  Patent Owner additionally argues that, applying any construction of "channel," the proposed combination does not render the

34

IPR2016-01744
Patent 7,941,822 B2

challenged claims obvious because it would have been inoperable.  *Id.* at 37–51.  Patent Owner relies on the Nettles Declaration (Ex. 2002) to support its assertions.

Upon review of Petitioner's contentions and supporting evidence, as well as Patent Owner's Response and supporting evidence, we determine that Petitioner has demonstrated, by a preponderance of the evidence, that claims 1, 2, 5, 6, 19, 20, 23, and 29 of the '822 patent are unpatentable based on the combination of Tiedemann, Gilhousen, and Gorsuch.

### *1. Principles of Law*

A patent claim is unpatentable under 35 U.S.C. § 103(a) if the differences between the claimed subject matter and the prior art are such that the subject matter, as a whole, would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.  *KSR Int'l Co. v. Teleflex Inc*., 550 U.S. 398, 406 (2007).  The question of obviousness is resolved on the basis of underlying factual determinations including:  (1) the scope and content of the prior art; (2) any differences between the claimed subject matter and the prior art; (3) the level of ordinary skill in the art; and (4) objective evidence of nonobviousness.  *Graham v. John Deere Co.*, 383 U.S. 1, 17–18 (1966).[3]

---

[3] Neither party introduces objective evidence of non-obviousness or argues that the existence of secondary considerations impacts this Decision's obviousness analysis.  Accordingly, our analysis is based upon the first three of the four Graham factors.

IPR2016-01744
Patent 7,941,822 B2

In that regard, an obviousness analysis "need not seek out precise teachings directed to the specific subject matter of the challenged claim, for a court can take account of the inferences and creative steps that a person of ordinary skill in the art would employ." *KSR*, 550 U.S. at 418. In *KSR*, the Supreme Court also stated that an invention may be found obvious if trying a course of conduct would have been obvious to a person having ordinary skill:

> When there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp. If this leads to the anticipated success, it is likely the product not of innovation but of ordinary skill and common sense. In that instance the fact that a combination was obvious to try might show that it was obvious under § 103.

*KSR*, 550 U.S. at 421. "*KSR* affirmed the logical inverse of this statement by stating that § 103 bars patentability unless 'the improvement is more than the predictable use of prior art elements according to their established functions.'" *In re Kubin*, 561 F.3d 1351, 1359–60 (Fed. Cir. 2009) (citing *KSR*, 550 U.S. at 417).

## 2. Rationale to Combine

We have reviewed the Petition and the supporting evidence to which we are directed as to why an ordinarily skilled artisan would have sought to combine Tiedemann, Gilhousen, and Gorsuch, and how such an artisan would have combined those references to arrive at the claimed invention. We are persuaded that an ordinarily skilled artisan would have had reason to,

36

IPR2016-01744
Patent 7,941,822 B2

and a reasonable expectation of success in incorporating the teachings of
Gilhousen and Gorsuch, including the use of addressing, as taught by
Gilhousen, and the addition of addressable devices, a protocol converter, and
an ISDN modem, as taught by Gorsuch, into the system disclosed by
Tiedemann. *See* Pet. 20–21, 37–38; Ex. 1002 ¶¶ 191–194, 200–204.

Tiedemann, Gilhousen, and Gorsuch are all analogous art. Pet. 17
(citing Ex. 1002 ¶¶ 171–173). Notably, each of these references is in the
same field of endeavor as the '822 patent, and they share the same art
classifications as that patent. *Id.* at 20 (citing Ex. 1002 ¶ 171). Indeed, as
discussed above, Tiedemann explicitly incorporates Gilhousen by reference,
(Ex. 1009, 1:41–47), and expressly refers to the teachings of Gilhousen
throughout its specification (*see, e.g.*, *id.* at 3:53–55, 3:64–67, 4:55–58,
7:10–13). In the same vein, Tiedemann and Gorsuch each address the
problem of transmitting high rate data over existing communications
infrastructure, and teach the selective use of multiple channels in an
RF signal to send high-rate data streams in multiple smaller data streams
allows for high-rate data transfer while efficiently using the available
RF spectrum. *See* Pet. 21 (citing Ex. 1002 ¶ 172).

We also find that the combination of Gorsuch's addressable devices,
modem, and protocol converter with Tiedemann's mobile station would be
nothing more than combining prior art elements according to known
methods to yield predictable results. Pet. 37 (citing Ex. 1002 ¶¶ 200–204).
In this regard, we note Mr. Wechselberger's testimony that "Gorsuch's
protocol converter allows portable computers to use standard network

37

IPR2016-01744
Patent 7,941,822 B2

protocols, 'existing conventional ISDN modems,' and 'existing CDMA transceivers' to connect to the Internet over multi-channel RF signaling systems similar to Tiedemann's multi-channel RF systems."  Ex. 1002 ¶ 201.  Mr. Wechselberger also testifies that "Tiedemann's mobile station leaves open the possibility a combination with the Gorsuch's protocol converter, modem and addressable devices through the disclosure that Tiedemann's data sink can consist of 'further processing elements.'"  *Id.* Based on these disclosures by Tiedemann and Gorsuch, Mr. Wechselberger concludes that an ordinarily skilled artisan would have understood that "adding Gorsuch's teachings of addressable devices, modems, and protocol converters with Tiedemann's mobile station would yield the predictable result of allowing portable computers and telephones to access the Internet and PSTN over multi-channel RF links using Tiedemann's mobile station." *Id.*  We credit Mr. Wechselberger's testimony, as it is consistent with the prior art disclosures.

    We also credit Mr. Wechselberger's testimony that each of Tiedemann and Gorsuch discloses an RF signal distribution system "for dividing high-rate data streams addressed to devices into multiple smaller data-rate streams, and sending them over multiple channels in an RF signal," as well as "devices for selectively receiving the multiple channels in an RF signal containing the smaller data rate streams based on channel in use information, [and] combining those data streams . . . ." *Id.* ¶ 171.  We further agree with Mr. Wechselberger that "combining these references would increase the functionality of Tiedemann's system because it would

38

IPR2016-01744
Patent 7,941,822 B2

enable end devices (e.g., Tiedemann cell phones) to effectively communicate high-rate data with a PSTN via a standard CDMA communication system." *Id.* ¶ 202.

We likewise credit Mr. Wechselberger's testimony that systems allowing cellular phones to connect to portable computers and act as wireless modems for those computers were well-known in the art at the time of invention of the '822 patent, as evidenced by the Qualcomm Data Connectivity Kit User Guide (Ex. 1002 ¶ 203), and thus, the same "commercial factors" that led to the creation of such systems "would also motivate the combination of Gorsuch's teaching of multiple addressable devices, network interface, and protocol converter with the 'further processing elements' of Tiedemann's data sink (130)" (*id.* ¶ 204). In this regard, we highlight Mr. Wechselberger's testimony concerning the Qualcomm Data Connectivity Kit User Guide (Ex. 1017). Ex. 1002 ¶ 186. As Mr. Wechselberger testifies, the Qualcomm Data Connectivity Kit User Guide "teaches users how to connect their computers to their Qualcomm phone and use it as a wireless modem." *Id.* ¶ 187. Mr. Wechselberger additionally testifies that the Qualcomm Data Connectivity Kit "enabled CDMA cell phones (such as the mobile station 10 in Tiedemann) to connect with laptops (such as the device 110 in Gorsuch) and act as a wireless modem for the laptops." *Id.* ¶ 186. Indeed, the Qualcomm Data Kit User Guide explicitly identifies Tiedemann as a patent that describes the data connectivity kit functionality. Ex. 1017, 3.

39

IPR2016-01744
Patent 7,941,822 B2

Based on the record before us, we conclude that Petitioner has articulated sufficient reasoning with rational underpinnings to establish, by a preponderance of the evidence, that an ordinarily skilled artisan at the time of invention of the '822 patent would have combined Tiedemann, Gilhousen, and Gorsuch to arrive at the invention claimed.

Patent Owner contends that combining the addressable devices, modem, and protocol converter taught by Gorsuch with Tiedemann's mobile station would "clearly be inoperable, and thus teach[] away from the claimed invention" because "Gorsuch's protocol converter 130 is configured to receive data via a CDMA wireless protocol, whereas Tiedemann's multiplexer 127 outputs data via a wired interface."  PO Resp. 42. According to Patent Owner, "it would not be enough to just 'drop' Gorsuch's protocol converter 130 and ISDN modem 120 into Tiedemann's receiver system to obtain the claimed apparatus, because Gorsuch's protocol converter 130 would require an input that Tiedemann's multiplexer 127 cannot provide."  *Id.* at 43.  Patent Owner further argues that the Petition does not adequately set forth the details of the proposed combination, citing several examples of the purported inadequacies in Petitioner's explanation of how the proposed combination would be implemented.  *Id.* at 43–51.  Patent Owner contends that "[a]s a result of Petitioner's lack of specificity in alleging obviousness of the challenged claims, Patent Owner is left guessing which specific combination of features in the references it should be responding to."  *Id.* at 51.

40

IPR2016-01744
Patent 7,941,822 B2

We do not find Patent Owner's arguments persuasive. Neither physical combinability nor bodily incorporation is required to establish obviousness. *Allied Erecting & Dismantling Co. v. Genesis Attachments, LLC*, 825 F.3d 1373, 1381 (Fed. Cir. 2016) ("[I]t is not necessary that [the cited references] be physically combinable to render obvious the [challenged patent]. The test for obviousness is not whether the features of a secondary reference may be bodily incorporated into the structure of the primary reference. . ." (internal quotations omitted)). Rather, the test for obviousness is "whether a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention." *Id.* And, for the reasons set forth above concerning the disclosures of Tiedemann, Gilhousen, and Gorsuch, as well as the knowledge in the art, exemplified, for example, by the Qualcomm Data Connectivity Kit User Guide, we determine that an ordinarily skilled artisan at the time of invention of the '822 patent would have had reason to make the cited combination and arrive at the claimed invention.

Patent Owner additionally identifies several alleged deficiencies in the combination proposed by Petitioner. We do not find Patent Owner's contentions availing. Turning first to Patent Owner's assertion that Tiedemann and Gorsuch cannot be combined because "Gorsuch's protocol converter 130 is configured to receive data via a CDMA wireless protocol, whereas Tiedemann's multiplexer 127 outputs data via a wired interface" (PO Resp. 42), we agree with Petitioner that it would have been within the ability of an ordinarily skilled artisan at the time of invention to use a wired

IPR2016-01744
Patent 7,941,822 B2

input in place of a wireless input (Reply 23; Ex. 1002 ¶¶ 254–256). *See, e.g.*, *In re Mouttet*, 686 F.3d 1322, 1332 (Fed. Cir. 2012) (concluding it would have been obvious to substitute electrical components for optical components). Moreover, as Petitioner explains, "*Gorsuch* even suggests that protocol converter 130 could be modified to use a wired input." Reply 23–24; *see also* Ex. 1002 ¶¶ 167, 254–256; Ex. 1011, 4–12, Fig. 1.

Patent Owner's argument that Gorsuch and Tiedemann cannot be combined because each reference includes its own CDMA interface and bandwidth allocation scheme (PO Resp. 45) fails for similar reasons. Namely, this argument depends on physically incorporating Tiedemann's CDMA interface into Gorsuch's subscriber unit. But, as explained above, the physical combinability of the discrete circuitry disclosed by Tiedemann and Gorsuch is not required to establish obviousness. *See Mouttet*, 686 F.3d at 1332. Rather, for the reasons set forth above, we determine that an ordinarily skilled artisan would have sought to combine Tiedemann, Gilhousen, and Gorsuch to arrive at the broad functionality of receiving and processing an RF signal to output a digital stream to an addressable device recited in the challenged claims.

We are likewise unconvinced by Patent Owner's assertion that the low level protocol used by Tiedemann's base station requires modifications to provide data, rather than simply voice. PO Resp. 46. Tiedemann does not restrict itself to voice; instead, Tiedemann describes an "improved communication system wherein a user transmits *data* on a primary channel" and is provided additional channels when the transmission exceeds the

42

IPR2016-01744
Patent 7,941,822 B2

capacity of the primary channel, in order to "enable the transmission of *high rate data*." Ex. 1009, 1:11–18 (emphasis added); *see also* Ex. 1002 ¶¶ 140–149 (explaining that packets disclosed by Tiedemann "are a means of transmitting digital data" and that the channels disclosed by Tiedemann support "voice or data" traffic.); Ex. 1043, 66:22–67:2.  Indeed, reference to Tiedemann in the Qualcomm Data Connectivity Kit User Guide (Ex. 1017, 3), combined with the fact that it was well-known at the time of invention to communicate non-voice data over a Public Switched Telephone Network (Ex. 1002 ¶ 186; Ex. 1011, 4:54–58; Ex. 1017, 93) indicates that Tiedemann encompasses non-voice data communications.  Moreover, for the reasons set forth by Mr. Wechselberger, it would have been within the capability of an ordinarily skilled artisan at the time of invention of the '822 patent to configure a base station to transmit data.  Ex. 1002 ¶¶ 95, 146–147, 152–173, 180–204.

Patent Owner also argues that Petitioner's explanation of the proposed combination of Tiedemann and Gorsuch is so lacking in detail that one can neither "determine what level of skill the combination would require," nor "whether the combination 'would not have worked for its intended purpose or otherwise taught away from the invention.'"  PO Resp. 50 (quoting *DePuy Spine, Inc. v. Medtronic Sofamor Danek, Inc.*, 567 F.3d 1314, 1326 (Fed. Cir. 2009)).  Patent Owner contends, therefore, that "the Petition and supporting declaration fail to allege obviousness with the required particularity," and, therefore "Petitioner has failed to meet its burden of proving unpatentability of the challenged claims."  *Id.* at 51.

IPR2016-01744
Patent 7,941,822 B2

We do not agree with Patent Owner's contentions.  As set forth above, Petitioner and its expert, Mr. Wechselberger have provided a sufficiently detailed description of the proposed combination of Tiedemann, Gilhousen, and Gorsuch to establish that an ordinarily skilled artisan would have made that combination and arrived at the claimed invention.  Patent Owner has not identified any portion of the cited references that "criticize[s], discredit[s], or otherwise discourage[s]" the claimed invention.  *DePuy Spine*, 567 F.3d at 1326.  Moreover, we have considered, and, for the reasons stated above, rejected the alleged deficiencies in that combination that have been identified by Patent Owner.  Absent a specifically identified gap in Petitioner's rationale for combining Tiedemann, Gilhousen, and Gorsuch, Patent Owner's assertion that Petitioner's explanation is insufficiently detailed is disingenuous and incongruent with the dictate that "we do not ignore the modifications that one skilled in the art would make to a device borrowed from the prior art" in evaluating obviousness.  *In re Icon Health & Fitness, Inc.*, 496 F.3d 1374, 1382 (Fed. Cir. 2007).  Rather, we agree with Petitioner that the proposed combination represents nothing more that the use of a known technique, in a manner that would have been within the level of skill of an ordinary artisan, to "improve similar devices in the same way." *KSR*, 550 U.S. at 417.

In addition, we observe that the level of detail regarding the proposed combination of Tiedemann, Gilhousen, and Gorsuch provided by Petitioner and Mr. Wechselberger far outstrips the level of detail provided in the '822 patent itself.  Indeed, the absence of meaningful disclosure of the

44

IPR2016-01744
Patent 7,941,822 B2

details of implementation in the '822 patent suggests that the design particulars Patent Owner now quibbles over would have been well within the grasp of an ordinarily skilled artisan.  Further, Dr. Nettles' testimony concerning the rationale to combine Tiedemann, Gilhousen, and Gorsuch (*see, e.g.*, Ex. 2002 ¶¶ 82–91), which closely mirrors the Patent Owner Response (*see, e.g.*, PO Resp. 41–51), is often conclusory, and does not persuade us that the proposed combination is set forth in insufficient detail. 37 C.F.R. § 42.65(a).

Accordingly, for above-stated reasons, we determine that an ordinarily skilled artisan at the time of invention of the '822 patent would have had reason to, and a reasonable expectation of success in, combining Tiedemann, Gilhousen, and Gorsuch to arrive at the claimed invention.

### 3.  Claims 1 and 19

We have reviewed the Petition and the supporting evidence to which we are directed as to how the combination of Tiedemann, Gilhousen, and Gorsuch teaches or suggests each limitation of independent claims 1 and 19. We are persuaded that mobile station 10, disclosed by Tiedemann, is an intelligent device that receives and processes RF signals.  Pet. 22–23; Ex. 1002 ¶ 176.  We are additionally persuaded that Tiedemann discloses "an input configured to receive a modulated RF signal containing multiple channels."  Pet. 24–25; Ex. 1002 ¶ 177.  As Petitioner explains, each of Tiedemann's mobile stations 10 "is assigned a 'primary channel' and 'an additional channel or set of channels' are used to provide high-rate data transmission to the mobile station."  Pet. 24; Ex. 1002 ¶ 177.  Furthermore,

45

IPR2016-01744
Patent 7,941,822 B2

each mobile station includes an antenna 110 and receiver 112 to receive such modulated RF signals.  Pet. 24; Ex. 1002 ¶ 177.

Patent Owner asserts that Tiedemann fails to disclose an intelligent device that receives "a modulated RF signal containing multiple channels" because CDMA systems, including the system taught by Tiedemann, do not disclose "receiving . . . *at least two frequency channels*."  PO Resp. 26–27 (emphasis added).  As explained above regarding the construction of the term "channel," however, the challenged claims do not require that the recited "multiple channels" must be "frequency channels" (*i.e.*, "RF channels").  Rather, the broadest reasonable interpretation of "channel" as it is used in the '822 patent is "a path for transmitting electric signals," and encompasses, for example, CDMA and code channels, in addition to the frequency band channels used in FDMA.  Furthermore, we agree with Petitioner that "Tiedemann teaches that, depending upon the type of multiple access system used, the multiple channels in the RF signal are provided in different ways," for example, in "CDMA systems, the channels are distinguished by a Walsh sequence imposed on the RF signal."  Pet. 25; *see also* Ex. 1002 ¶¶ 181–216.  Accordingly, we are persuaded that the CDMA and code channels disclosed by Tiedemann satisfy the claim 1 and 19 requirements for "a modulated RF signal containing multiple channels."

We further determine that Petitioner has shown that the combination of Tiedemann, Gilhousen, and Gorsuch teaches or suggests "an input configured . . . to receive channel in use information which identifies each channel in the modulated RF signal that includes information addressed to at

46

IPR2016-01744
Patent 7,941,822 B2

least one addressable device," as recited in claim 1.  Pet. 25–28, 35–38;
Ex. 1002 ¶¶ 178, 195–212.  With regard to the requirement that the recited
input be configured to receive channel in use information,
Mr. Wechselberger testifies that "at the onset of high-data rate transmission,
the base station's cell controller 40 'generates a channel assignment
message, which indicates the additional Walsh channel or channels that will
be used to carry the high rate data'" (Ex. 1002 ¶ 208), and that this "channel
assignment message is received at the mobile unit's antenna 110 and used by
the mobile unit to determine the required demodulators to activate" (*id.*
¶ 212).

　　　As to the additional requirement that the channel in use information
identify "each channel in the modulated RF signal that includes information
addressed to at least one addressable device," Petitioner explains that
"Gorsuch discloses multiple addressable devices in the form of portable
computers (110) and telephones (112-1, -2, -3, -x) that connect to the PSTN
and the Internet over a multi-channel RF signal using Gorsuch's subscriber
unit (101)" (Pet. 35), and "discloses channel-in-use information ('control
information') that identifies channels carrying data addressed to the
addressable devices" (*id.* at 36).

　　　In addition, Mr. Wechselberger testifies that

　　　　　Tiedemann could be modified by Gorsuch's protocol
　　　converter, ISDN modem, and addressable devices so that
　　　Tiedemann's mobile station is connected through the RF cellular
　　　system to a PSTN and can communicate using the same protocols
　　　set out in Gorsuch.  As such, a POSITA would understand that
　　　the mobile unit 10 in Tiedemann could be attached to devices

47

IPR2016-01744
Patent 7,941,822 B2

> 112, 110 that would be addressed according to the Q.931
> protocol.

Ex. 1002 ¶ 199.  Mr. Wechselberger further testifies that "Tiedemann's

mobile station leaves open the possibility a combination with the Gorsuch's

protocol converter, modem and addressable devices through the disclosure

that Tiedemann's data sink can consist of 'further processing elements.'"  *Id.*

¶ 201.  We credit Mr. Wechselberger's testimony, as it is consistent with the

prior art disclosures.

Claim 19 replaces the claim 1 requirement for "an input configured

to . . . receive channel in use information which identifies each channel in

the modulated RF signal that includes information addressed to at least one

addressable device" (Ex. 1001, 12:24–28) with a requirement for "a detector

configured to detect each channel contained in the received modulated RF

signal that includes information addressed to at least one addressable device,

and to generate channel in use information identifying each channel that

includes information addressed to the at least one addressable device" (*id.* at

15:5–10).  We are persuaded that the combination of Tiedemann, Gilhousen,

and Gorsuch teaches or suggests this "detector" element of claim 19.  Pet.

38–41; Ex. 1002 ¶¶ 213–218.

In this regard, we are persuaded that "Tiedemann discloses a detector

in the form of its mobile station's RF receiver, demodulator, and decoder

circuitry that receives, detects, and decodes each channel in the RF signal

that contains information addressed to the mobile station."  Pet. 39.  As

Petitioner explains, Tiedemann's "receiver (112), primary demodulator

(114) and finger combiner (128), working in conjunction with the primary

48

IPR2016-01744
Patent 7,941,822 B2

de-interleaver (118), primary channel decoder (122) detect the primary channel assigned to the mobile station (10)." *Id.* We are likewise persuaded by Petitioner's explanation that "[w]hen the primary channel contains data, the primary channel decoder (122) generates channel-in-use information by providing the decoded primary channel data to the multiplexer (127)." *Id.* at 40. Specifically, "[p]rimary channel decoder (122) provides the decoded channel assignment message to the high-rate data controller (117) which generates channel-in-use information in the form of the 'Walsh sequence identification and PN code information' of the additional channels in the RF signal containing data addressed to the addressable device." *Id.* at 40–41.

Petitioner has also established that "Tiedemann expressly discloses at least four demodulators (114, 120a, b, and n) and at least three channels (primary and additional channels, plural) being demodulated by these demodulators" (Pet. 43), responsive to identification of those channels by the channel assignment message as containing data addressed to the mobile station (*id.* at 42–43). Moreover, for the reasons set forth in greater detail above, we determine that Petitioner has shown that "the at least one addressable device is rendered obvious over Tiedemann's mobile station (ground 1) in combination with the multiple addressable devices (portable computers 110 and telephones 112), modem, and protocol converter of Gorsuch." *Id.* at 43.

Akin to its "multiple RF channel" argument, addressed above, Patent Owner contends that Tiedemann fails to disclose demodulating "*at least two RF channels,*" because the CDMA system of Tiedemann "purposely

49

IPR2016-01744
Patent 7,941,822 B2

combines multiple radio transmissions into a *single* radio frequency channel, on a *single* frequency." PO Resp. 27. For the same reasons set forth above, however, we agree with Petitioner that the requirement for "a demodulator unit configured to demodulate at least two channels contained in the modulated RF signal" is satisfied by demodulation circuit 111 of Tiedemann, including primary demodulator 114 and additional demodulators 120a–n, because Tiedemann teaches that the disclosed demodulators demodulate the primary and additional channels contained in the modulated RF signal of Tiedemann's CDMA transmission. Pet. 41–43.

Petitioner has additionally established that "Tiedemann's combiner (MUX, 127) combines the data from the primary channel, demodulated by the primary demodulator (114), and the data from the additional channels, demodulated additional channel demodulators (120a–n), and outputs them to the user of or data sink (130) in the mobile station (10)" (*id*. at 44), as well as that, as set out in Gorsuch, the addressable devices of the proposed combination (Gorsuch's portable computers 110 and telephones 112) "receive the data stream from the subscriber station (101, 102), combined by the channel mux (438), and output by the ISDN modem (120) via the digital output (222) or the analog to digital converter (221)" (*id*. at 45–46). *See also* Ex. 1002 ¶¶ 195–199, 224.

Although we recognize Patent Owner's argument that the primary and additional channels disclosed by Tiedemann do not satisfy the claim 1 requirement that the combiner be configured to combine "the at least two

50

IPR2016-01744
Patent 7,941,822 B2

channels demodulated by the demodulator unit" (PO Resp. 28), for the reasons discussed above, we do not find that argument persuasive.

Accordingly, we conclude that Petitioner has established, by a preponderance of the evidence, that the combination of Tiedemann, Gilhousen, and Gorsuch renders obvious the devices of claims 1 and 19.

### 4.  Claims 2, 5, 6, 20, 23 and 29

Patent Owner does not separately argue the patentability of challenged dependent claims 2, 5, 6, 20, 23, and 29.  *See* PO Resp., *passim*.  We have reviewed Petitioner's evidence, arguments, and claim charts as to those claims, which we adopt as our own, and, conclude that Petitioner has established by a preponderance of the evidence that those claims would have been rendered obvious by the combination of Tiedemann, Gilhousen, and Gorsuch.  Pet. 46–59; Ex. 1002 ¶¶ 226–282.

### III.  CONCLUSION

For the foregoing reasons, we conclude that Petitioner has shown, by a preponderance of the evidence, that claims 1, 2, 5, 6, 19, 20, 23, and 29 of the '822 patent are unpatentable.

IPR2016-01744
Patent 7,941,822 B2

## IV.  ORDER

It is

ORDERED that claims 1, 2, 5, 6, 19, 20, 23, and 29 of the '822 patent are unpatentable;

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

52

IPR2016-01744
Patent 7,941,822 B2


PETITIONER:

Wayne Stacy
Kathryn Juffa
Sara Guske
BAKER BOTTS L.L.P.
wayne.stacy@bakerbotts.com
katie.juffa@bakerbotts.com
sarah.guske@bakerbotts.com


PATENT OWNER:

Robert Whitman
Timothy Rousseau
Andrea Pacelli
John Petrsoric
MISHCON DE REYA NEW YORK LLP
robert.whitman@mishcon.com
tim.rousseau@mishcon.com
andrea.pacelli@mishcon.com
john.petrsoric@mishcon.com

53

EXHIBIT U

| *Office Action Summary* | Application No. 14/679,678 | Applicant(s) Hennenhoefer et al. |
|---|---|---|
| | Examiner ROBERT J HANCE | Art Unit 2423 / AIA Status No |

*– The MAILING DATE of this communication appears on the cover sheet with the correspondence address –*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☑ Responsive to communication(s) filed on <u>4/3/18</u>.
　☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on ＿＿＿＿.
2a)☑ This action is **FINAL**.　2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on ＿＿＿＿; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims***

5)☑ Claim(s) <u>24-26 and 29-30</u> is/are pending in the application.
　5a) Of the above claim(s) ＿＿＿＿ is/are withdrawn from consideration.
6)☐ Claim(s) ＿＿＿＿ is/are allowed.
7)☑ Claim(s) <u>24-26 and 29-30</u> is/are rejected.
8)☐ Claim(s) ＿＿＿＿ is/are objected to.
9)☐ Claim(s) ＿＿＿＿ are subject to restriction and/or election requirement

* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

**Application Papers**

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on ＿＿＿＿ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
Certified copies:
　a)☐ All　b)☐ Some**　c)☐ None of the:
　　1.☐ Certified copies of the priority documents have been received.
　　2.☐ Certified copies of the priority documents have been received in Application No. ＿＿＿＿.
　　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
** See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☐ Notice of References Cited (PTO-892)
2)☐ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date ＿＿＿＿.
3)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date ＿＿＿＿.
4)☐ Other: ＿＿＿＿.

EXHIBIT 8
AKL
2/7/2019
Reported by: Tonie Thompson
CSR 8348, RPR, CRR

U.S. Patent and Trademark Office
PTOL-326 (Rev. 11-13)　　　　Office Action Summary　　　　Part of Paper No./Mail Date 20180419

Application/Control Number: 14/679,678                                    Page 2
Art Unit: 2423

## DETAILED ACTION

### Notice of Pre-AIA or AIA Status

1.      The present application is being examined under the pre-AIA first to invent

provisions.


### Continued Examination Under 37 CFR 1.114

2.      A request for continued examination under 37 CFR 1.114, including the fee set

forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this

application is eligible for continued examination under 37 CFR 1.114, and the fee set

forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action

has been withdrawn pursuant to 37 CFR 1.114. Applicant's submission filed on

04/03/2018 has been entered.

1.      All claims are drawn to the same invention claimed in the application prior to the

entry of the submission under 37 CFR 1.114 and could have been finally rejected on the

grounds and art of record in the next Office action if they had been entered in the

application prior to entry under 37 CFR 1.114. Accordingly, **THIS ACTION IS MADE**

**FINAL** even though it is a first action after the filing of a request for continued

examination and the submission under 37 CFR 1.114. See MPEP § 706.07(b).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

        A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action. In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

Application/Control Number: 14/679,678                                    Page 3
Art Unit: 2423

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action. In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the mailing date of this final action.

### *Response to Arguments*

3.      Applicant's arguments filed 04/03/2018 have been fully considered but they are

not persuasive.

        Applicant argues on page 3 of the Remarks that Dail uses "a single channel in a

time division multiplex fashion" and does not disclose "modulating of a digital stream

group onto a sum of at least two adjacent RF channels". The examiner respectfully

disagrees.  Dail discloses that the single shared channel is a "wider channel" that

enables greater bandwidth efficiency than plural individual channels (7: 63-66).  Dail

further discloses that a "wider channel" provides better bandwidth utilization than plural

narrow-band channels with the same overall bandwidth (9: 17-20). This shows that the

single shared channel has a bandwidth of more than one dedicated RF channels.  As

such, the signal modulated onto this channel is modulated onto a sum of at least two

adjacent RF channels (adjacent because the shared channel is a single, contiguous

frequency channel).  In other words, the shared channel utilizes bandwidth across more

than one of the dedicated upstream channels described in 7:39-43, thus its signals are

modulated onto a sum of the bandwidth of those channels.

        Applicant states that the combination of Lee and Dail would only suggest using a

single frequency band in a TDMA manner.  However, this "single frequency band" is

one whose bandwidth is equal to that of a plurality of the dedicated upstream channels.

As described above, when a signal is placed on this wider frequency channel, the signal

is modulated onto a channel whose bandwidth is equal to a sum of adjacent RF

channels.  The combination of Lee and Dail teaches modulating the digital stream group

of Lee onto the wide-band channel of Dail, which is a sum of adjacent RF channels.

Applicant argues on pages 3-4 that the combination of Lee and Dail would result

in the group of signals of Lee being modulated onto plural upstream channels in a

TDMA fashion.  The examiner respectfully disagrees.  Dail discloses placing plural

upstream transmissions, previously disclosed as being given individual channels, onto a

single, contiguous channel of wider bandwidth.  The advantage of this clearly spelled

out in the reference: doing so would enable "higher bandwidth efficiency and service

flexibility achievable with wider channels due to economies of scale in sharing and less

bandwidth waste due to channel rolloffs and guard regions" (7:63-66).  This is clear

motivation to modify Lee in the manner suggested in the rejection, as this modification

would result in a system that achieves greater bandwidth efficiency.  Contrary to

Applicant's argument, it is respectfully submitted that the skilled artisan would not

modify Lee to simply use TDMA in its individual upstream channels, as this would not

benefit from the clear advantage described by the Dail reference.

Application/Control Number: 14/679,678                                    Page 5
Art Unit: 2423

### *Double Patenting*

1.      The nonstatutory double patenting rejection is based on a judicially created

doctrine grounded in public policy (a policy reflected in the statute) so as to prevent the

unjustified or improper timewise extension of the "right to exclude" granted by a patent

and to prevent possible harassment by multiple assignees. A nonstatutory double

patenting rejection is appropriate where the conflicting claims are not identical, but at

least one examined application claim is not patentably distinct from the reference

claim(s) because the examined application claim is either anticipated by, or would have

been obvious over, the reference claim(s). See, e.g., *In re Berg*, 140 F.3d 1428, 46

USPQ2d 1226 (Fed. Cir. 1998); *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.

Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*,

686 F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619

(CCPA 1970); *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) or 1.321(d)

may be used to overcome an actual or provisional rejection based on nonstatutory

double patenting provided the reference application or patent either is shown to be

commonly owned with the examined application, or claims an invention made as a

result of activities undertaken within the scope of a joint research agreement. See

MPEP § 717.02 for applications subject to examination under the first inventor to file

provisions of the AIA as explained in MPEP § 2159.  See MPEP §§ 706.02(l)(1) -

706.02(l)(3) for applications not subject to examination under the first inventor to file

Application/Control Number: 14/679,678                                    Page 6
Art Unit: 2423

provisions of the AIA. A terminal disclaimer must be signed in compliance with 37 CFR

1.321(b).

The USPTO Internet website contains terminal disclaimer forms which may be

used. Please visit www.uspto.gov/patent/patents-forms. The filing date of the application

in which the form is filed determines what form (e.g., PTO/SB/25, PTO/SB/26,

PTO/AIA/25, or PTO/AIA/26) should be used. A web-based eTerminal Disclaimer may

be filled out completely online using web-screens. An eTerminal Disclaimer that meets

all requirements is auto-processed and approved immediately upon submission. For

more information about eTerminal Disclaimers, refer to

www.uspto.gov/patents/process/file/efs/guidance/eTD-info-I.jsp.

**Claims 24-26, 29, and 30** are rejected on the ground of nonstatutory double

patenting as being unpatentable over: claim 1 of U.S. Patent No. 8,341,679; claim 1 of

8,984,565; and claims 13-24 of 9,363,554. The claims of the patents recite all subject

matter of the instant claims except: "a total RF channel bandwidth consumed by the

modulated digital stream group an aggregate RF channel bandwidth of the at least two

adjacent RF channels." However, this is an inherent feature of the claims of the

patents, as the bandwidth occupied by the bonded upstream channels will be equal to

an aggregate of the bandwidth of the individual channels.

### Claim Rejections - 35 USC § 103

2.      The following is a quotation of pre-AIA 35 U.S.C. 103(a) which forms the basis

for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described
> as set forth in section 102, if the differences between the subject matter sought to be patented
> and the prior art are such that the subject matter as a whole would have been obvious at the

Application/Control Number: 14/679,678                                    Page 7
Art Unit: 2423

> time the invention was made to a person having ordinary skill in the art to which said subject
> matter pertains. Patentability shall not be negatived by the manner in which the invention was
> made.

3.      Claims 24 and 26 are rejected under pre-AIA 35 U.S.C. 103(a) as being

unpatentable over Lee et al., US Patent No. 7,017,176 in view of Dail, US Patent No.

5,765,097.


        As to claim 24 Lee discloses a method for bonding a plurality of upstream digital

channels in a customer premises equipment operating on a cable system capable of

providing at least television content, the method comprising:

        receiving the plurality of upstream digital channels from at least one addressable

device (**col. 8 line 65 – col. 9 line 25; Fig. 3: 307a and 307b transmit upstream**

**channels to Tx blocks 305a and 305b**);

        channel bonding the plurality of upstream digital channels by binding the plurality

of upstream digital channels into a digital stream group (**col. 6 lines 35-44; col. 9 lines**

**11-25**); and

        modulating the digital stream group onto a sum of at least two RF channels (**col.**

**9 lines 9-11**), wherein a total RF channel bandwidth consumed by the modulated digital

stream group is an aggregate RF channel bandwidth of the at least two RF channels

(**col. 9 lines 11-25 – plural upstream channels are occupied by the signals,**

**therefore the bandwidth consumed equals the aggregate of the occupied**

**channels**).

        Lee fails to disclose modulating onto adjacent RF channels.  However, in an

analogous art, Dail discloses that modulating onto adjacent channels is desirable (**col. 7**

**lines 39-66**).

Application/Control Number: 14/679,678                                    Page 8
Art Unit: 2423

Therefore it would have been obvious to a skilled artisan at the time of the

invention to modify the system of Lee with the teachings of Dail by transmitting on

adjacent channels, the motivation being to enable higher bandwidth due to "less

bandwidth waste due to channel rolloffs and guard regions." (Dail col. 7 lines 64-66).


**As to claim 26** Lee discloses that the receiving comprises broadcast

transceiving (**Fig. 3: 301; col. 8 lines 31-64**).


### Allowable Subject Matter

4.       Claims 25, 29, and 30 are objected to as being dependent upon a rejected base

claim, but would be allowable if rewritten in independent form including all of the

limitations of the base claim and any intervening claims.  All other issues identified

above must also be overcome to place these claims in condition for allowance.


### Conclusion

2.       All claims are drawn to the same invention claimed in the application prior to the

entry of the submission under 37 CFR 1.114 and could have been finally rejected on the

grounds and art of record in the next Office action if they had been entered in the

application prior to entry under 37 CFR 1.114. Accordingly, **THIS ACTION IS MADE**

**FINAL** even though it is a first action after the filing of a request for continued

examination and the submission under 37 CFR 1.114.  See MPEP § 706.07(b).

Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action. In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the mailing date of this final action.


3.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to ROBERT J HANCE whose telephone number is

(571)270-5319.  The examiner can normally be reached on M-F 11:00am-7:00pm ET.

       Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

       If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Benjamin Bruckart can be reached on (571) 272-3982.  The fax phone

number for the organization where this application or proceeding is assigned is 571-

273-8300.

       Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Application/Control Number: 14/679,678                                    Page 10
Art Unit: 2423

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a

USPTO Customer Service Representative or access to the automated information

system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/ROBERT J HANCE/
Primary Examiner, Art Unit 2423

EXHIBIT V

REDACTED