IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| IN RE CHANBOND, LLC, | ) | C.A. No. 15-842 (RGA) |
| PATENT LITIGATION | ) | CONSOLIDATED |
| | ) | |
| | ) | REDACTED -- PUBLIC VERSION |
| | ) | |

**DECLARATION OF KRISHNAN PADMANABHAN IN SUPPORT OF
DEFENDANTS' OPPOSITION TO CHANBOND'S DAUBERT MOTION
TO EXCLUDE CERTAIN TESTIMONY OF CHRISTOPHER BAKEWELL**

I, Krishnan Padmanabhan, declare as follows:

I am an attorney duly licensed to practice law in the State of New York.  I am an attorney with WINSTON & STRAWN LLP, counsel for defendants in these consolidated cases.  I have knowledge of the following and, if called as a witness, could and would testify competently to the contents of this declaration.

1.      Attached hereto as Exhibit A is a true and correct, annotated copy of excerpts from the Expert Rebuttal Expert Report of Christopher Bakewell, dated November 30, 2018.

2.      Attached hereto as Exhibit B is a true and correct, annotated copy of excerpts from the Opening Expert Report of Dr. David Teece in Connection with Cox Communications, Inc., dated September 12, 2018.

3.      Attached hereto as Exhibit C is a true and correct, annotated copy of excerpts from the Reply Expert Report of Dr. David Teece, dated January 4, 2019.

4.      Attached hereto as Exhibit D is a true and correct copy of U.S. Patent Application 09/749,258.

5.      Attached hereto as Exhibit E is a true and correct, annotated copy of excerpts from the transcript of the March 13, 2018 deposition of Earl Hennenhoefer.

1

6.      Attached hereto as Exhibit F is a true and correct copy of Exhibit 16 to the transcript of the March 13, 2018 deposition of Earl Hennenhoefer.

7.      Attached hereto as Exhibit G is a true and correct copy of Exhibit 17 to the transcript of the March 13, 2018 deposition of Earl Hennenhoefer.

8.      Attached hereto as Exhibit H is a true and correct copy of Exhibit 20 to the transcript of the March 13, 2018 deposition of Earl Hennenhoefer.

9.      Attached hereto as Exhibit I is a true and correct, annotated copy of excerpts from the transcript of the January 30, 2018 deposition of Robert D. Stine.

10.     Attached hereto as Exhibit J is a true and correct, annotated copy of excerpts from the transcript of the June 22, 2018 deposition of Russell W. Binns, Jr.

11.     Attached hereto as Exhibit K is a true and correct, annotated copy of excerpts from the transcript of the August 20, 2018 deposition of Russell W. Binns, Jr.

12.     Attached hereto as Exhibit L is a true and correct copy of a Comcast-produced document, bearing Bates No. Comcast-Chndbnd0322542–43.

13.     Attached hereto as Exhibit M is a true and correct copy of a document produced from the Joint Defendants, bearing Bates No. Defs-Joint-Prod0067654–57.

14.     Attached hereto as Exhibit N is a true and correct copy of a Comcast-produced document, bearing Bates No. Comcast-Chnbond0322554–55.

15.     Attached hereto as Exhibit O is a true and correct copy of a document produced from the Joint Defendants, bearing Bates No. Defs-Joint-Prod0067651–52.

16.     Attached hereto as Exhibit P is a true and correct copy of a Comcast-produced document, bearing Bates No. Chnbnd000322539–41.

17.     Attached hereto as Exhibit Q is a true and correct copy of a Comcast-produced document, bearing Bates No. Chnbnd000322548–50.

18.     Attached hereto as Exhibit R is a true and correct, annotated copy of excerpts from the transcript of the June 24, 2018 deposition of Patrick Keane.

19.     Attached hereto as Exhibit S is a true and correct copy of Exhibit 15 to the transcript of the June 22, 2018 deposition of Russell W. Binns, Jr.

20.     Attached hereto as Exhibit T is a true and correct copy of a Comcast-produced document, bearing Bates No. Comcast-Chnbnd0322539–41.

21.     Attached hereto as Exhibit U is a true and correct copy of a Comcast-produced document, bearing Bates No. Comcast-Chnbnd0322551–53.

22.     Attached hereto as Exhibit V is a true and correct copy of a ChanBond-produced document, bearing Bates No. CHANBOND_010607–13.

23.     Attached hereto as Exhibit W is a true and correct, annotated copy of excerpts from the transcript of the April 24, 2018 deposition of Deirdre Leane.

24.     Attached hereto as Exhibit X is a true and correct copy of Exhibit 5 to the transcript of the April 24, 2018 deposition of Deirdre Leane.

25.     Attached hereto as Exhibit Y is a true and correct, annotated copy of excerpts from the transcript of the March 14, 2018 deposition of Earl Hennenhoefer.

26.     Attached hereto as Exhibit Z is a true and correct copy of a ChanBond-produced document, bearing Bates No. CHANBOND_014383.

27.     Attached hereto as Exhibit AA is a true and correct copy of a ChanBond-produced document, bearing Bates No. CHANBOND_014384.

28.     Attached hereto as Exhibit AB is a true and correct, annotated copy of excerpts from the transcript of the October 24, 2018 deposition of Deirdre Leane.

29.     Attached hereto as Exhibit AC is a true and correct copy of a Barnes & Thornburg LLP-produced document, bearing Bates No. BT00000052–100.

30.     Attached hereto as Exhibit AD is a true and correct copy of a Barnes & Thornburg LLP-produced document, bearing Bates No. BT00001429–30.

31.     Attached hereto as Exhibit AE is a true and correct copy of a Z-Band-produced document, bearing Bates No. ZBAND_0008138–39.

32.     Attached hereto as Exhibit AF is a true and correct copy of a ChanBond-produced document, bearing Bates No. CHANBOND_010858–911.

33.     Attached hereto as Exhibit AG is a true and correct, annotated copy of excerpts from the deposition of the March 1, 2018 deposition of William Ralph Carter.

34.     Attached hereto as Exhibit AH is a true and correct copy of a ChanBond-produced document, bearing Bates No. CHANBOND_012189–91.

35.     Attached hereto as Exhibit AI is a true and correct copy of a ChanBond-produced document, bearing Bates No. CHANBOND_014607–09.

36.     Attached hereto as Exhibit AJ is a true and correct copy of a ChanBond-produced document, bearing Bates No. CHANBOND_011835–69.

37.     Attached hereto as Exhibit AK is a true and correct, annotated copy of excerpts from the transcript of the January 29, 2019 deposition of Dr. David Teece.

38.     Attached hereto as Exhibit AL is a true and correct copy of Exhibit 1 from the Opening Expert Report of Dr. David Teece in Connection with Cox Communications, Inc., dated September 12, 2018.

39.     Attached hereto as Exhibit AM is a true and correct copy of a Comcast-produced document, bearing Bates No. Comcast-Chnbnd0322556.

40.     Attached hereto as Exhibit AN is a true and correct, annotated copy of excerpts from the transcript of the January 31, 2018 deposition of Robert D. Stine.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 16, 2019 in New York, New York.

*/s/ Krishnan Padmanabhan*

_____

Krishnan Padmanabhan

Original Filing Date:  May 16, 2019
Redacted Filing Date:  May 23, 2019

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 16, 2019, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                     *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Sara E. Bussiere, Esquire
BAYARD, P.A.
600 North King Street, Suite 400
Wilmington, DE  19801
*Attorneys for Plaintiff*

Mark Raskin, Esquire                                         *VIA ELECTRONIC MAIL*
Robert Whitman, Esquire
John F. Petrsoric, Esquire
Michael S. DeVincenzo, Esquire
Andrea Pacelli, Esquire
MISHCON DE REYA NEW YORK LLP
156 Fifth Avenue, Suite 904
New York, NY  10010
*Attorneys for Plaintiff*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)