# EXHIBIT A

REDACTED

# Exhibit B

REDACTED

# EXHIBIT C

# REDACTED

EXHIBIT D




# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Hennenhoefer , et al.                    :
                                                     :    Attorney Docket No.:  00-40387-US
                                                     :
Serial No.:   Not yet known                          :
                                                     :
Filed:  December 27, 2000                             :
                                                     :
For:  AN INTELLIGENT DEVICE SYSTEM   :
   AND METHOD FOR DISTRIBUTION OF   :
   DIGITAL SIGNALS ON A WIDEBAND   :
   SIGNAL DISTRIBUTION SYSTEM   :

## NEW APPLICATION TRANSMITTAL

Box PATENT APPLICATION
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

Enclosed for filing is a patent application directed to the above-entitled invention.

The application consists of:

        35 pages of specification;
        16 pages of claims;
        1 page of abstract; and
        9 sheets of informal drawings.

        The inventors for this application are: Earl Hennenhoefer, of 2441 East Bayberry Drive, Harrisburg, PA 17112, a United States citizen; Richard V. Snyder, of 3011 Green Street, Harrisburg, PA 17110, a United States citizen; and Robert D. Stine, of 7 Glencarron Court, Dillsburg, PA 17019, a United States citizen.

## EXPRESS MAIL CERTIFICATE (37 CFR 1.10)

Express Mail Label No.   EL166824703 US

Date of Deposit   December 27, 2000

        I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated above and is addressed to the Assistant Commissioner for Patents, Washington, D.C.  20231.

Name    Thomas J. McWilliams

Signature

It is respectfully requested that a Notice to File Missing Parts for this matter be directed to the undersigned.

Respectfully submitted,

Thomas J. McWilliams
Registration No. 44,930

REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301

215/851-8100

Dated: December 27, 2000

PATENT

# AN INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

## CROSS REFERENCE TO RELATED APPLICATION

5        Not applicable.

## STATEMENT REGARDING FEDERALLY SPONSORED RESEARCH OR DEVELOPMENT

         Not Applicable.

10

## BACKGROUND OF THE INVENTION

### Field of the Invention

         The present invention is directed generally to a method and system for signal distribution and, more particularly, to an intelligent device system and method for distribution of digital signals onto, and off of, a wideband signal distribution system.

### Description of the Background

20        The workplace currently has telephone and data networks that allow for both verbal communication and the exchange of information via words, pictures, and numbers. However, bringing the communication media of television and

video into the networked environment has presented new difficulties.  In particular, digital TV/video applications clog data networks, even with the use of available compression techniques, such as MPEG2.  Analog RF

5    distribution may require special cables and infrastructure, or more complex technologies.

However, using a wideband signal distribution system, such as that disclosed in U.S. Patent No. 5,901,340, TV and video, both digital and analog, can now move between

10    locations in a building or campus just as easily, and using the same infrastructure, as voice and data.  In fact, TV, video, PBX, IP, and other data types can be moved over the same types of wires, including some unused wires, that already exist in most networked environments. For example,

15    telephone and computer networks in most buildings are wired to meet a single, internationally accepted wiring standard using, such as Category 5 or better twisted pair wiring. Residential buildings are often wired to similar standards. In typical applications using analog video over standard

20    wiring systems, the analog video arrives uncompressed, and the user sees it on a TV, PC or monitor in enhanced quality. This method of live-feed video transfer allows for the

-2-

removal of space consuming files and applications currently stored on a network.

However, using solely uncompressed analog transfer of information does not fully solve the need to download to

5   individual users large quantities of digitized images (video, film, animation, simulations, etc.), and to thereby allow those digital images to be displayed with the enhanced quality such digital images can offer.  At times, critical needs for digital video, such as analyzing or editing

10  images, arise that cannot be handled by purely analog signal transfer.  Additionally, where digital video information is sent over a baseband LAN, i.e. Ethernet, the  performance of the system is often severely degraded as the digital video is sent simultaneously to an increasingly greater number of

15  receivers.

Furthermore, digital IP data has historically been transferred using digital data networks, i.e. has been transferred in a digitized format over a network capable of transporting a purely digitized format. However, analog

20  carrier networks, using twisted pair wiring, for example Category 5 Cable or better, have the capability to transport digital video, IP voice/data/video, as well as analog video, efficiently and cost effectively.  This capability is not

-3-

presently used due to the lack of a method to get such signals onto and off of such a carrier network.

It would be desirable to transport the digitized data on an analog carrier, such as over the existing Category 5 or better cable, in a format that would allow for greater amounts of data to be carried at one time, such as by modulated RF. In addition, it may be desirable in the future to use media other than Category 5 or better cabling to wire buildings. Alternative wiring media, or wireless media, could allow the network to overcome bandwidth problems by providing significantly improved data transfer speeds and increased bandwidth. Such alternative media could allow the network to overcome the aforementioned problems in transferring data and video over networks in a digitized format. However, such alternative wiring media will also require the complete rewiring of many networks on, perhaps, a building environment level, as all Category 5 or better cable will need to be replaced with the new media, in order to provide the enhanced capabilities of the alternative media system to all users.

Therefore, the need exists for a network of intelligent devices that enables digital video, IP voice/data/video, to be modulated and demodulated onto and

-4-

off of, preferably, a wideband signal distribution system or component equivalent, such as an analog carrier system. Such an intelligent device network would facilitate the use of, for example, the existing global EIA/TIA 568 standard wiring

5  infrastructure in a particular environment, such as an office building, to significantly increase the information throughput. Additionally, such an intelligent device network would eliminate the need to rewire a building or add expensive optoelectronic equipment to increase throughput on

10  the existing infrastructure.


## BRIEF SUMMARY OF THE INVENTION

The present invention is directed to a signal distribution system, including at least one intelligent device system, for putting digital signals onto, and taking digital signals off of, a wideband signal distribution

15  system.  A wideband signal distribution system typically includes a distribution unit having a plurality of inputs and outputs, and a series of cables, such as twisted pair

20  cable, running between a plurality of outlets and the inputs and outputs of the distribution unit.

An intelligent device system may be, for example, a local RF receiver/baseband out intelligent device system.

-5-

The local RF receiver/baseband out intelligent device system includes at least one addressable device having at least one input and at least one output, a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of an intelligent device, and the intelligent device that receives, from the BUD, a modulated RF signal carrying at least a digital signal portion thereon. The intelligent device splits the IP signal portion from a non-IP signal portion, and removes the modulated RF carrier from the digital signal portion before sending the digital signal portion to the input of at least one of the addressable devices, and sending the non- IP signal portion to a standard outlet. The intelligent device may include at least one DSP that controls the demodulation and filtering. Additionally, the local RF receiver/baseband out intelligent device may include wireless capability.

An intelligent device system may also be, for example, an intelligent device system for remote sending. The intelligent device system for remote sending preferably includes at least one incoming signal generator, wherein an incoming signal generated includes at least a IP signal portion, a BUD that receives the incoming signal at at least one input port, and that includes at least one output port,

-6-

and a remote send intelligent device that generates a modulated RF signal carrying the IP signal portion thereon. The remote send intelligent device may include an RF channel detector that detects the RF channels in use and a DSP that

5   receives the RF channel in use information from the RF channel detector, and that receives traffic data from a traffic sensor.  The DSP uses the RF channel-in-use information to select the RF carrier,  and, if desired, the RF carrier channel width, and,  if desired, the RF guardband

10  width, for the incoming signal, and uses the traffic data to select at least one of at least one modulator to condition each incoming signal.  Additionally, the remote send intelligent device may include wireless capability.

An intelligent device system may also be, for

15  example, an intelligent device system for local sending and receiving.  The intelligent device system for local sending and receiving preferably includes at least one addressable device having at least one input and at least one output, wherein at least one of the addressable devices generates an

20  incoming signal, wherein the incoming signal includes at least a  IP signal portion, an intelligent device that generates modulated RF signal carrying the  IP signal portion thereon, and a BUD that receives the modulated RF

-7-

signal.  The intelligent device receives  a modulated RF
signal carrying, at least,  the digital signal portion
thereon from the BUD, and splits the  IP signal portion from
a non- IP signal portion.  The intelligent device then

5    removes the  RF carrier from the  IP signal portion and
sends the  IP signal portion to the input of at least one of
the addressable devices, and sends the non- IP  signal
portion to a standard outlet. The intelligent device for
local sending and receiving may additionally include

10   wireless capability.

     The present invention is also directed to several
methods for transmitting digital information on  a RF
carrier through a wideband signal distribution network.  The
first method includes providing at least one addressable
device having at least one input and at least one output,
sending a signal to a BUD from the output of said at least
one addressable device, which signal includes at least a IP
signal portion, receiving from the BUD at an intelligent
device,  a modulated RF signal carrying the, at least,

20   digital signal portion thereon, splitting and filtering by
the intelligent device of the IP signal portion from a non-
IP  signal portion, removing, by the intelligent device, the
RF carrier from the IP signal portion, sending, by the

intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet. A wireless capability may also be included.

5          The present invention is also directed to a second method for transmitting digital information on an RF carrier through a wideband signal distribution network.  The method includes providing at least one addressable device having at least one input and at least one output, generating, by at 10 least one of said addressable devices, of an incoming signal, wherein the incoming signal includes at least an IP signal portion, generating a RF modulated RF signal carrying the IP signal portion thereon, receiving, at a BUD, the modulated RF signal, receiving, at an intelligent device, of a modulated RF signal carrying the at least one digital 15 signal portion thereon from the BUD, splitting and filtering, by the intelligent device, of the IP signal portion from a non-IP signal portion, removing, by the intelligent device, of the RF carrier from the IP signal 20 portion, sending, by the intelligent device, of the IP signal portion to the input of at least one addressable device, and sending, by the intelligent device, of the non-IP signal portion to a standard outlet.

-9-

The present invention is also directed to a third method for transmitting digital information on an RF carrier through a wideband signal distribution network. The method includes generating of an incoming signal, wherein the

5    incoming signal includes at least an IP signal portion, and generating a modulated RF signal carrying the IP signal portion thereon.

The present invention solves problems experienced in the prior art, because the present invention provides a

10   network of intelligent devices than enable digital video, IP voice/data/video to be modulated and demodulated onto and off of, preferably, a wideband signal distribution system, such as an analog carrier system, and further allows the splitting off of any analog signal. Further, the intelligent

15   device network facilitates the use of, for example, the existing EIA/TIA 568 standard wiring infrastructure in particular environments, such as office buildings, to significantly increase the information throughput, and eliminates the need to rewire a building or add expensive

20   optoelectronic equipment to increase throughput on the existing infrastructure. These and other advantages will be apparent to those skilled in the art from the detailed description hereinbelow.

-10-

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWING

For the present invention to be clearly understood and readily practiced, the present invention will be described in conjunction with the following figures, wherein:

FIG. 1 is a block diagram illustrating a wideband signal distribution system used in a display environment;

FIG. 1A is a block diagram illustrating a wideband distribution system configuration;

FIG. 2 is a block diagram illustrating a local RF receiver/ baseband out intelligent device system for use in sending baseband information to a wideband signal distribution system and receiving digital and non-digital information from the wideband signal distribution system;

FIG. 3 is a block diagram illustrating a typical BUD unit;

FIG. 4 is a block diagram illustrating an intelligent device system for the remote sending of digital information using RF modulation;

FIG. 5 is a block diagram illustrating an intelligent device system for use in local sending  of

-11-

digital information and receiving of digital and non-
digital information using RF modulation;

FIG. 6 is a block diagram illustrating an
intelligent device system including wireless capability; and

FIG. 7 is a block diagram illustrating a send and
receive intelligent device system including wireless
transmission.

FIG. 8 is a block diagram illustrating a remote
send intelligent digital system including wireless
capability.


**DETAILED DESCRIPTION OF THE INVENTION**

It is to be understood that the figures and
descriptions of the present invention have been simplified
to illustrate elements that are relevant for a clear
understanding of the present invention, while eliminating,
for purposes of clarity, many other elements found in a
typical data distribution system. Those of ordinary skill
in the art will recognize that other elements are desirable
and/or required in order to implement the present invention.
However, because such elements are well known in the art,
and because they do not facilitate a better understanding of

-12-

the present invention, a discussion of such elements is not provided herein.

Digital transmission systems, including digital networks such as direct broadcast satellite, cellular telephone, personal communications service, wireless cable, cellular wireless cable, paging and wireless local loop, often employ analog waveforms, such as RF carrier waveforms, as a physical-layer transport mechanism for the baseband, i.e. the information carrying, waveform, as is known in the art. In such an instance, the baseband waveform is super-imposed on a higher-energy waveform to thereby allow for travelling of the baseband information over greater distances than would otherwise be possible with the baseband information alone.

Historically, cable TV, broadcast TV, analog cellular, analog paging and AM/FM radio, for example, have comprised analog signals that traveled on modulated RF carriers, which modulated signals have comprised, for example, signals in the frequency range of 5 MHz to several GHz. Additionally, traditional local analog signals have been carried on twisted-pair wires in simple baseband form, without a modulated carrier.

-13-

Traditional baseband and multiplexed analog signals are examples of analog transmission formats. In the case of traditional baseband or multiplexed analog communication, analog signals are sent over analog

5  transmission channels, as is known in the art. Digital carriers, such as T-1 lines, are examples of digital transmission channels for digital baseband signals.  Digital baseband signals are comprised of digitized bitstreams, which bitstreams may be formed by a sampling, such as by

10 PCM, of, for example, a voice signal, as is known in the art.  In the case of digital transmission of baseband signals, digital signals are generally sent over digital transmission channels.  However, both analog and digital signals can be sent using modulation carriers, such as in

15 digital PCS and cellular telephone, DBS (direct broadcast satellite), wireless cable and cellular wireless cable, or hybrid fiber coax, for example.

PCM is an example of binary coding, a simple coding method to form a baseband digital signal in which one

20 bit, transmitted in one second, requires one Hertz of bandwidth. More complex coding methods, known as "multilevel coding", such as quadrature amplitude modulation (QAM) or vestigial sideband (VSB), are capable of greater bandwidth

-14-

efficiency than PCM. However, the more complex the coding technique, the higher the requirements for signal-to-noise ratio of the transmission channel, and, consequently, complicated techniques such as QAM could not historically be

5       carried directly by available analog transmission techniques, such as category 5 or higher 568 wiring systems, without exceeding the FCC emission limits and therefore resulting in degradation of the data. Wideband signal distribution systems have addressed the transmission of

10      analog data, on a carrier within a specified frequency range, using a standard wiring system such as EIA/TIA 568, with minimal signal degradation, but have not addressed the transmission of digital data on a carrier on those media.

        Following coding, a signal may be modulated, as discussed hereinabove, before it is transmitted. Any single modulation carrier, at any set frequency, can have 360 different phases, each offset by one degree. Digital modulation systems, such as quadrature amplitude modulation (QAM), take advantage of this to insert digital data at

20      defined points as the RF carrier moves through a single oscillation cycle. Digital information can be sent on an RF analog carrier using the present invention.

-15-

Figure 1 is a block diagram illustrating a wideband signal distribution system 10 used in a display environment 20. The distribution system 10 distributes signals within a specified frequency range, such as 5 MHz in excess of 1 GHz. The system of Figure 1 can be utilized for distributing any wideband signals, which wideband signals may be any digital or analog signal, or any RF carrier signal between 5 MHz to in excess of 1 GHz, for example. The typical display environment 20 for the wideband signal distribution network includes a display 22 and a source of signals 24, such as a VCR or cable or digital cable TV, which source may be remotely located.

A twisted pair wire cable 32 is connected to input and output ports of a BUD 38 situated in, for example, wiring closet 40, and carries thereon the output to the monitor 22 and the input from the source 24. The BUD is discussed further hereinbelow with respect to Figure 3. As used herein, "BUD" is defined as any type of unit or components for the distribution of wideband signals. The BUD 38 is connected to additional display environments 20a via the twisted pair wire cables 42, 44 and is cascaded to another distribution unit 46 in a second wiring closet 48 by either coaxial cables or fiber optic cables 50 connected to

-16-

the distribution unit 38 through impedance matching devices 51. It will be understood that twisted pair wire cable could be utilized depending upon the distance between the wiring closets 40, 48. Further, the BUD 38 may be cascaded to the distribution units 52, 54 within the same wiring closet 40.

Figure 2 illustrates a local RF receiver/ baseband out intelligent device system 200 for use in receiving digital and analog information on an RF carrier, which carrier may be, for example, between 5 MHz to in excess of 1 GHz, from a wideband signal distribution system, and for use in sending baseband digital information to a wideband signal distribution system 10, such as the wideband distribution system of Figure 1. The local RF receiver/baseband out intelligent device system 200 includes at least one addressable device 202, and an intelligent device 204 that includes input 206 and output 208 baluns, and, if necessary, at least one digital combiner 212, an RF splitter 214, at least two RF band pass filters 216, 218, at least one demodulator 220, a tone detect RF level control circuit 226, a DSP 230, an RF Channel detector 239 and a standard outlet 232, which, as defined herein, includes, but is not limited to, a standard RF television/computer outlet.

-17-

Each intelligent device system 200, 400, 500, 600, 700 and 800 of the present invention, in Figures 2, 4, 5, 6, 7 and 8 offers the advantage that a high amount of throughput can be achieved in the transmission of digital and/or analog information on an RF, for example, 5 MHz to in excess of 1 GHz, carrier.

The wideband signal distribution system 10 may allow for distribution of, for example, 29 channels, wherein each channel is 6 MHz in width, and it is known that such channels can handle analog video signals. However, where digital information can be transmitted over the RF channel, each 6 MHz channel can handle, depending on the modulation technique used, in excess of 40 megabits per second of digital information, and new modulation techniques may increase this information to, and in excess of, 100 megabits per second. This 40 megabits per second transmission allows for the transmission rate in excess of one gigabit/sec of digital information to be carried on the sum of the 29 RF channels in the wideband signal distribution system 10. Using advanced modulation techniques will allow the wideband signal distribution system 10 to be expanded up to 60, or more, channels, thereby further increasing throughput data rate.

-18-

The wideband signal distribution system 10 functions as a passive infrastructure to distribute wideband signals modulated onto RF carriers within a specified frequency band among a plurality of outlets 20, which

5    outlets may be to and/or from outlets, such as the plurality of intelligent devices 204, 404, 504, 604, 704 and 804 as used in the intelligent device systems 200, 400, 500, 600, 700 and 800 of Figures 2, 4, 5, 6, 7 and 8. As used herein, wideband is defined as a signal or signal sets having an

10   analog or digital characteristic that can be distributed on a carrier of 5 MHz to in excess of 1 GHz, for example. A wideband signal distribution system 10, as shown in Figure 1A, preferably includes at least one broadband uniform distribution (BUD) unit 38, at least one modulator and

15   channelizer (MAC) 39, at least one breakout box (BOB) 41, wiring, such as twisted pair or fiber, and coaxial cable, in order to effectuate connections. Although the wideband signal distribution system 10 is the preferred transport system for the present invention, the embodiment presented

20   herein is exemplary, and the manner of use of an equivalent component system will be apparent to those skilled in the art and is within the scope of the present invention.

A typical BUD unit 38 is illustrated in Figure 3.

-19-

Each BUD unit 38, 46, 52, 54, such as those shown in Figure 1, preferably has eight input ports and eight output ports. If there are only eight outlets in the system, then a single distribution unit 38 can accommodate all the outlets. However, for more than eight outlets, at least one more distribution unit cascaded to a distribution unit 38 is required. In this situation, the distribution unit 38 is considered to be a "master" unit and the additional distribution unit is considered to be a "slave" unit, as discussed further hereinbelow. An attribute of the distribution units is that the units are preferably identical and automatically configure themselves to operate either in the master mode or in the slave mode.

The distribution unit 38, utilizing twisted pair wire cable, includes eight input ports 62-1, 62-2, 62-3, 62-4, 62-5, 62-6, 62-7, 62-8 and eight output ports 64-1, 64-2, 64-3, 64-4, 64-5, 64-6, 64-7, 64-8. Each of the ports 62, 64 is adapted for connection to the two wires of a respective twisted pair 66, 68. Additionally, Figure 3 illustrates the master/slave switch as having three parts 90, 92, 94, with all of the switch parts being shown in the "slave" position. The default state of the master/slave switch is to its master position, so that the amplifier

-20-

output 80 is coupled through the switch part 90 a
transmission path 95 including the equalizer 96, which
connects the amplifier output 80 to the splitter input 82,
through the switch parts 90, 94.  At the same time, the

5        switch part 92 couples the output of the oscillator circuit
98 to the transmission path 95 through the directional
coupler 100.  Thus, when the distribution unit 38 is
operated in the master mode, the signals appearing at the
input ports 62 are combined, looped back, combined with an

10       oscillator signal, and transmitted out all of the output
ports 64.

        Each BUD 38 preferably includes cascade in 102 and
cascade out ports, and gain and equalization control 112 to
provide proper gain or attenuation of signals within the

15       system.  Additionally, the BUD preferably includes a
combiner 72 for applying signals appearing at all of the
input ports to the transmission path, and a splitter 84 for
applying signals appearing at the transmission path to all
of the output ports. When the BUD is switched to "master

20       state", it couples the transmission path to the combiner 72
and the splitter 84.  When the BUD 38 is switched to "slave
state", it couples the combiner 72 to the signal outlet

-21-

instead of to the transmission path and couples the splitter 84 to the signal inlet instead of to the transmission path.

"Master state" and "slave state" switching may be done automatically through the use of a tone system.  When a secondary BUD 38 is added to a system, it preferably senses a tone produced by the "master" BUD and automatically switches to "slave state".  In a preferred embodiment, the BUDs 38 are substantially identical and automatically configure themselves to operate when connected to the system.  At least one BUD unit is connected to the intelligent device 204 of the intelligent device system 200 of Figure 2, and each BUD unit 38 of the present invention also includes wiring to at least two pin pairs, such as pins 3,4 and 7,8, to thereby mirror the pins to and from the addressable device 202 of Figure 2.

Returning now to Figure 2, the local RF receiver/baseband out intelligent device system 200 includes an addressable device 202, preferably includes at least two twisted pair of cables 240, or coaxial cables, for example, which cabling 240 is shown as connected to pins 3,4 and pins 7,8, for example, and which cabling 240 passes to and from the addressable device 202 to the intelligent device 204 of the intelligent device system 200. The addressable device

-22-

202 may be, for example, an Ethernet card, or a NIC card, in a computer, or may be a display device that displays digital information, such as a digital television.  The addressable device 202 preferably has an address, such as an IP address, assigned thereto, to allow communications directed to that particular address to be delivered thereto.

In a preferred embodiment, the twisted cable pair 240 from the addressable device 202 is preferably passed within the intelligent device 204 to at least one balun 206, which balun 206 performs impedance matching, such as to match a balanced twisted pair system 240 to a single ended system.  The balun 206 may be any device known to those skilled in the art used to perform impedance matching in RF applications.  The two pair of twisted pair cable may be, for example, unshielded twisted pair cable, or may be devices known in the art capable of replacing twisted pair cable, such as optical fiber or coaxial cable.

The intelligent device 204 receives the modulated RF signal, which may include IP and non-IP signal portions thereon, via the RF system input.  The intelligent device also receives at least one incoming digital signal, such as a digital IP signal, from pins 3,4 of the addressable device.  The RF system input may be, for example, connected

-23-

to the at least one BUD 38, on pins 7,8, as mentioned hereinabove, after the BUD 38 has received the incoming digital signal from pins 3,4.

The modulated RF signal, including at least one digital signal, is, upon receipt at the intelligent device from the BUD 238, preferably split into an IP portion of the incoming signal, and into a non-IP portion of the signal. The signal entering the intelligent device is preferably split by at least one RF splitter 214, and is then differentiated according to the information frequency on the incoming carrier. For example, the non-IP portion, digital or analog, of the signal may be passed through a first band pass filter 216 that passes only the band of the RF carrier that includes the non-IP portion, and is preferably then fed to a standard RF television/computer outlet 232. Only pre-selected RF channels, as discussed hereinabove, are allowed to pass to this standard outlet 232.

These non-IP RF channel signals may pass through a tone detector with an RF level control circuit 226, in order to insure that a high quality picture signal is received at the television, monitor, or PC. The tone detector with RF level control circuit 226 conditions the output RF signal to

the standard RF TV/computer outlet 232 so as to not be over

or under the specifications for high picture quality.

The IP portion of the modulated RF signal is fed

through a second bandpass filter 218 that passes a band

5     outside the band passed by the first bandpass filter 216,

and the IP portion modulated RF signal is then demodulated

by a demodulator 220.  The bandpass filters 216, 218 may be

electronically controlled by the DSP 230.  The demodulator

220 strips the RF carrier signal from the digital baseband

10    signal, as is known in the art.  Following demodulation, the

IP digital signals are combined by a digital combiner 212,

such as a multiplexer, if necessary, in order to effectuate

a parallel to serial conversion.  The output of the digital

combiner 212 is a high speed serial digital output.  The

15    output of the digital combiner 230 is routed to at least one

addressable device 202 via the output cable pair, such as

pins 7 and 8, and may be so routed via a balun 208, if

necessary, for impedance matching. The digital information

is thereby provided to the addressable device 202.

20    The DSP 230 (digital signal processor) of Figure 2

is a DSP 230 as is known in the art.  The DSP 230 preferably

controls RF channel detection and the at least one

-25-

demodulator 220.  Additionally, in a preferred embodiment, the DSP 230 controls the bandpass filters 216, 218.

Figure 4 illustrates an intelligent device system 400 for the remote sending of digital transmissions using modulated RF.  The remote send-only intelligent device system 400 includes, external to the intelligent device 402, a plurality of incoming signals, such as from a desktop unit or desktop video feed, which signal is at least, in part, IP data, but which may include non-IP data, a BUD 238, and a remote send intelligent device 402 that may include a digital combiner 410, a traffic sensor 412, at least one modulator 414, an RF converter section 418, a DSP 420, an RF system channel detector 422, and, if necessary, input/output baluns 430 or other impedance matching hardware.  The digital signal may be incoming to an input port of a BUD. This signal may exit, for example, an output port of a BUD, in a twisted pair output, for example, such as on pins 3 and 4, and may then be passed to the remote send intelligent device 402.

Upon receipt at the intelligent device 402, the signal may be passed through a balun 430, as discussed hereinabove, and is then preferably fed to a digital combiner 410, such as a multiplexer.  In a preferred

-26-

embodiment, each signal fed to the digital combiner 410 may be, for example, ten megabits per second, and numerous signals from numerous output ports of the BUD 238 may be combined as specified according to the type of digital combiner 410 used.  For example, in an embodiment wherein eight ten megabit per second channels enter an 8 way multiplexer, the signal exiting the digital combiner 410 would exit at eighty megabits per second.

The signal exiting the digital combiner 410 is sent to a modulator bank 414 including at least one modulator, and the signal entering the modulator bank 414 is preferably measured via a traffic sensor 412 to determine if the information volume is greater than the normal capacity of, for example, a single modulator.  If the volume is greater, the DSP 420 will, in turn, direct the incoming data to as many modulators as necessary to modulate all data from the combiner 410.  The traffic sensor 412 may additionally feed information to, or receive information from, the DSP 420, in order to effectuate the decision of the modulators to be used.  The DSP 420 is discussed further hereinbelow.

The at least one modulator 414 communicatively connected to the traffic sensor 412 conditions the signal to a modulated digital signal via methods known to those

-27-

skilled in the art, such as QAM modulation.  The output of the modulator 414 is then modulated to a set carrier channel frequency by an RF converter section 418, which RF converter section 418 may consist of, for example, oscillators,

5      amplifiers, combiners, channel selectors, and channel width adjustors.

The digital signal processor (DSP) 420 is a DSP as is known in the art, and determines the number of modulators, or the channel width or widths, needed to

10     modulate the signal incoming to the traffic sensor 412, as well as the number of RF channels, and which RF channels, on which the output of the modulator or modulators is modulated.  Note that, for example, where QAM modulation is used, QAM modulation is generally 40 megabits per second,

15     per 6 MHz RF channel, thus requiring the use of two 6 MHz RF channels in order to modulate the 80 megabits per second coming from the digital combiner in the exemplary embodiment hereinabove. The RF channel frequency is selected from at least two available frequency channels.  However, the

20     channel width can, for example, be increased from 6 MHz per channel to 12 MHz per channel in order to accommodate, for example, the 80 megabits per second digital stream, if adjacent channel space is available or unused.  Further,

-28-

through the use of an RF system channel detector 422, the DSP 420 is updated as to the channels that are currently in use by the wideband signal distribution system, thereby indicating the channels and bandwidth that are currently available for use by the system.  The DSP 240 may additionally place a guardband between channels, or perform other signal conditioning functions, and may be the same DSP, or a different DSP, than that in Figures 2,4, 5, 6, 7 or 8.

Figure 5 is a block diagram illustrating an intelligent device system 500 for use in local sending and receiving in the generation of at least one digital signal on a modulated RF signal.  The local send and receive intelligent device system 500 includes certain of the devices of Figures 2 and 4.

The system of Figure 5 preferably includes a plurality of addressable devices 202, such as Ethernet or NIC cards, or digital display devices, as discussed hereinabove with respect to  Figure 2, which addressable devices 202 are preferably located at, for example, a desktop location.  In a preferred embodiment, wherein twisted pair cable is used, two unused pin pairs, such as pins 1,2 and 7,8, are used to send and receive signals

between the addressable device 202 and the intelligent device 502. The plurality of unused twisted pairs, such as pins 1,2 and 7,8 of each addressable device 202, are then connected into an intelligent device 502, such as the local

5     send and receive intelligent device 502, and may pass within the intelligent device 502 to at least one balun 504, for impedance matching.

The signals incoming from each of the addressable devices 202 are combined by a digital combiner 410, and

10    passed through a traffic sensor 412, at least one modulator 414, and an RF converter section 418. The traffic sensor 412, at least one modulator 414, and RF converter section 418 may be controlled by, or be in communication with, a DSP 420, substantially as discussed hereinabove with respect to

15    Figure 4. Further, an RF system channel detector is preferably in communication with the DSP 420 in order to update the DSP 420 as to the RF channels in use and available.

The output of the RF converter section 418 is

20    preferably impedance matched to a BUD 38, and feeds the signal exiting the RF converter section 418 to the BUD input port or ports. The BUD output port or ports then feed an RF splitter 214, which splits the signal entering the

-30-

intelligent device 502, and the signal is then differentiated according to the information frequency on the incoming carrier.  The RF splitter 214 sends the information of the RF channels in use to the RF system channel detector

5     239.  The modulated RF signal is preferably differentiated into an IP portion, i.e. a digital data portion, of the incoming signal, and into a non-IP portion of the signal, according to the information frequency on the incoming carrier.  In an embodiment wherein this differentiation is

10    performed by at least two bandpass filters 216, 218, the bandpass filters may be electronically controlled by the DSP 420. The non-IP portion, digital/analog, of the signal is passed through a bandpass filter 216 and is preferably then fed to a standard RF television/computer outlet 232.  Only

15    pre-selected RF channels, or electronically selected RF channels selected by, for example, a DSP 420, as discussed hereinabove, are allowed to pass to the RF television/computer outlet 232, such as, for example, any or all of the 29 channels provided using the wideband

20    distribution system 210.

The non-IP RF channel signals may pass through a tone detector with an RF level control circuit 226, in order to insure that a high quality picture signal is received at

-31-

the television/computer 232. The tone detector with RF level control circuit situates the output RF signal to the standard RF television/computer outlet to not be over or under the limitations for proper picture display.

5          The IP portion of the modulated RF signal is fed through a second bandpass filter 218 that passes a band outside the band passed by the first bandpass filter 216, and the IP portion is then demodulated by at least one demodulator 220. The demodulator 220 strips the RF carrier signal from the digital baseband signal, as is known in the art. Following demodulation, the digital signals may be combined by a digital combiner 212, such as a multiplexer, in order to effectuate a parallel to serial conversion. The output of the digital combiner 212 is a high speed serial digital output, on the order of, for example, up to, or in excess of, several Gbit/sec. The output of the digital combiner 212 is then preferably routed to a splitter, which splitter feeds an outgoing signal to the input pin pairs, such as pins 7 and 8, of at least one addressable device 202. The input cable pair to the addressable device 202, such as pins 7 and 8, may be routed via a balun, if necessary, for impedance matching.

Figure 6 is a block diagram illustrating an intelligent device system including wireless transmission 600. The intelligent device system of Figure 6 operates substantially in accordance with Figure 2 discussed hereinabove, for example, and additionally includes a transcoder 602 for sending transmissions from the RF splitter 214 to the wireless port 604, and a wireless demodulator 606 for receiving transmissions from the wireless port 604 and sending those received wireless transmissions to the digital combiner 212 for entry to the BUD 38. The RF splitter 214 sends the signal to a third bandpass filter 610 that passes only the RF channels having wireless information thereon, and the transcoder 602 converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port 604. The wireless port 604 may include, for example, a wireless antenna.

Figure 7 is a block diagram illustrating a send and receive intelligent device system 700 including wireless transmission. The intelligent device system 700 of Figure 7 operates substantially in accordance with the system of Figure 5, for example, and additionally includes a transcoder 702 for sending transmissions from the RF

-33-

splitter 214 to the wireless port 704, and a wireless demodulator 706 for receiving transmissions from the wireless port 704 and sending those received wireless transmissions to the digital combiner 410.  The RF splitter 214 sends the signal to a third bandpass filter 710 that passes only the RF channels having wireless information thereon, and the transcoder 702 converts the modulation scheme from, for example, QAM to QPSK, and also up converts the frequency to allow transmission via the wireless port 704.  The wireless port 704 may include, for example, a wireless antenna.

Figure 8 is a block diagram illustrating an intelligent device system 800 including wireless transmission.  The intelligent device system of Figure 8 operates substantially in accordance with Figure 4 discussed hereinabove, for example, and additionally includes a transcoder 802 for sending transmissions from the RF splitter 804 to the wireless port 806, and a wireless port 806 for sending those received wireless transmissions to the digital combiner 410 for entry to the BUD 38.  The RF splitter 804 sends the signal to a first bandpass filter 810 that passes only the RF channels having wireless information thereon, a second bandpass filter 812 passes the non-

-34-

wireless information, and the transcoder 802 converts the modulation scheme from, for example, QAM to OPSK, and also up converts the frequency to allow transmission via the wireless port 806. The wireless port 806 may include, for example, a wireless antenna. Additionally, a demodulator 820 demodulates wireless information for entry to the digital combiner 410.

Those of ordinary skill in the art will recognize that many modifications and variations of the present invention may be implemented. The foregoing description and the following claims are intended to cover all such modifications and variations.

-35-

**CLAIMS**

What is claimed is:

5   1.      A signal distribution system, comprising:

a wideband signal distribution system including 568 standard wiring;

at least one intelligent device that distributes modulated RF signals onto said wideband signal distribution system, wherein the modulated RF signals comprise digital information.

2.      A signal distribution system, comprising:

a wideband signal distribution system including 568 standard wiring;

at least one intelligent device that distributes modulated RF signals off of said wideband signal distribution system, wherein the signals comprise digital information.

20

3.      A local RF receiver and baseband out intelligent device system for use in transmitting digital information on

an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and

an intelligent device that receives, from the BUD, a modulated RF signal carrying at least the digital signal portion thereon, wherein said intelligent device splits an IP portion from a non-IP signal portion of the digital signal portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP portion signal to the input of at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet.

4.      The local RF receiver and baseband out intelligent device system of claim 3, wherein said intelligent device comprises:

a demodulator that receives the modulated RF digital signal portion from said BUD;

-37-

a first digital combiner that combines at least two demodulated digital signal portions from said demodulator into one high speed digital transmission.

5.     The local RF receiver and baseband out intelligent device system of claim 4, wherein said intelligent device further comprises:

an RF splitter connected to the BUD, which RF splitter splits the modulated RF signal; and

at least two RF bandpass filters, wherein the first bandpass filter receives the modulated RF signal from said RF splitter and passes the IP signal portion of the modulated RF signal to said demodulator, and wherein the second bandpass filter receives the modulated RF signal from said RF splitter and passes the non-IP signal portion of the modulated RF signal to the at least one standard outlet.

6.     The local RF receiver/baseband out intelligent device system of claim 5, wherein said intelligent device further comprises:

at least one DSP, wherein said DSP controls said demodulator and said at least two RF bandpass filters.

6.      The local RF receiver and baseband out intelligent device system of claim 3, wherein each of said at least one addressable devices has an IP address assigned thereto.

5       7.      The local RF receiver and baseband out intelligent device system of claim 3, wherein said intelligent device comprises at least one balun.

8.      The local RF receiver and baseband out intelligent device system of claim 3, wherein said intelligent device comprises a tone detector with an RF level control circuit that adjusts the modulated RF signal to the standard outlet.

9.      The local RF receiver and baseband out intelligent device system of claim 3, wherein the modulated RF signal carrying the IP portion and the non-IP portion is of frequency in the range of about 5 MHz  to in excess of 1 GHz.

20      10.      The local RF receiver and baseband out intelligent device system of claim 3, wherein the standard outlet is a television RF outlet.

-39-

11.     The local RF receiver and baseband out intelligent device system of claim 3, wherein the standard outlet is a computer RF outlet.

12.     The local RF receiver and baseband out intelligent device system of claim 3, further comprising a first pair and at least one second pair of twisted pair cables, wherein said first pair passes to said addressable device from said intelligent device, and wherein said second pair passes to said intelligent device from said addressable device of the intelligent device system.

13.     The local RF receiver and baseband out intelligent device system of claim 12, wherein said second two twisted cable pair is passed within said intelligent device to at least two baluns, which baluns perform impedance matching.

14.     The local RF receiver and baseband out intelligent device system of claim 3, wherein the non-IP signal portion is sent to the standard outlet via a tone detector with an RF level control circuit.

-40-

15.      An intelligent device system for remote sending
for use in transmitting digital information on an RF carrier
through a wideband distribution network, comprising:

        at least one incoming signal generator, wherein an
5    incoming signal generated includes at least a digital signal
portion;

        a BUD that receives the incoming signal at least
one input port, and that includes at least one output port;
and

10       a remote send intelligent device that generates  a
modulated RF signal carrying the digital signal portion
thereon.


16.      The intelligent device system for remote sending
for use in transmitting digital information on an RF carrier
through a wideband distribution network of claim 15, wherein
15   said remote send intelligent device comprises:

        a digital combiner that combines at least two
incoming signals;

20       at least one modulator that conditions each
incoming signal to a selected frequency; and

        at least one RF converter section that places the
incoming signal onto an RF carrier.

17.      The intelligent device system for remote sending

for use in transmitting digital information on an RF carrier

through a wideband signal distribution network of claim 16

wherein said remote send intelligent device further

comprises:

an RF channel detector that detects the RF

channels in use; and

a DSP that receives the RF channel in use

information from said RF channel detector, and that receives

traffic data from said traffic sensor, wherein said DSP uses

the RF channel in use information to select the RF carrier,

an RF carrier channel width and an RF guardband width, for

the incoming signal, and wherein said DSP uses the traffic

data to select at least one of said at least one modulators

to condition each incoming signal.

18.      The intelligent device system for remote sending

for use in transmitting digital information on an RF carrier

through a wideband distribution network of claim 15, wherein

the incoming signal entering a first of said at least one

modulator is measured by at least one traffic sensor.

-42-

19.      The intelligent device system for remote sending

for use in transmitting digital information on an RF carrier

through a wideband distribution network of claim 18,

comprising at least two modulators, wherein, if an

5    information volume of the incoming signal is greater than a

capacity of the first at least one modulator, according to

the traffic sensor, said DSP directs the incoming signal to

at least a second of the at least two modulators.

10    20.      The intelligent device system for remote sending

for use in transmitting digital information on an RF carrier

through a wideband distribution network of claim 19, wherein

the traffic sensor is controlled by at least one DSP.

15    21.      An intelligent device system for local sending and

receiving for use in transmitting digital information on an

RF carrier through a wideband distribution network,

comprising:

at least one addressable device having at least

20    one input and at least one output, wherein at least one of

said at least one addressable devices generates an incoming

signal, wherein the incoming signal includes at least a

digital signal portion;

-43-

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a BUD that receives the modulated RF signal;

wherein said intelligent device receives a modulated RF signal carrying an IP portion and non-IP signal portion of the digital signal portion thereon from said BUD, wherein said intelligent device splits the IP signal portion from the non-IP signal portion, wherein said intelligent device removes the RF carrier from the IP signal portion and sends the digital signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet.

22.     The intelligent device system of claim 21, further comprising:

at least one DSP, wherein said DSP controls the demodulation, and the splitting of the modulated RF signal by controlling at least two RF bandpass filters, wherein said DSP receives RF channel in use information from an RF channel detector, and receives traffic data, and wherein said DSP uses the RF channel in use information to select

the RF modulated carrier, an RF carrier channel width, and an RF guardband width.

23.      A local RF receiver and baseband out and wireless intelligent device system for use in transmitting digital and receiving digital and analog information on an RF carrier through a wideband signal distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and

an intelligent device that receives a modulated RF signal carrying an IP portion and a non-IP signal portion of the digital signal portion thereon, wherein said intelligent device splits the IP portion and the non-IP portion, which digital IP signal portion includes at least one wireless portion, and further splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said

intelligent device sends the non-IP signal portion to a standard outlet;

a transcoder for sending the wireless portion from said RF splitter to a wireless port.

5

24.     The system of claim 23, further comprising:

a wireless demodulator for receiving transmissions from the wireless port, wherein said wireless demodulator is controlled by a DSP and sending those received wireless

10  transmissions to the digital combiner.

25.     An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network,

15  comprising:

at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a

20  digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a BUD that receives the modulated RF signal;

-46-

wherein said intelligent device receives a
modulated RF signal carrying an IP portion and a non-IP
signal portion of the digital signal portion thereon from
said BUD, wherein said intelligent device splits the IP
signal portion from a non-IP signal portion, which IP
portion and non-IP digital signal portion include at least
one wireless portion, and wherein said intelligent device
splits the wireless portion from at least one non-wireless
portion, wherein said intelligent device removes the
modulated RF carrier from the IP signal portion and sends
the IP signal portion to the input of at least one of the at
least one addressable device, and wherein said intelligent
device sends the non-IP signal portion to a standard outlet;
and

a transcoder for sending the wireless portion to a
wireless port.


26.    The intelligent device system of claim 25, further
comprising a wireless demodulator for receiving
transmissions from the wireless port.

-47-

27.     The intelligent device system of claim 26, further comprising a DSP, wherein said DSP controls said wireless demodulator.

5    28.     An intelligent device system for remote sending and wireless sending and wireless receiving of IP and non-IP information on an RF carrier through a wideband signal distribution network, comprising:

at least one incoming signal generator, wherein said at least one incoming signal generator generates an incoming signal including at least a digital portion;

an intelligent device that generates a modulated RF signal carrying the digital portion thereon, said intelligent device having a wireless demodulator for receiving a wireless portion from a wireless port within said wireless device;

a transcoder for sending a wireless portion, which wireless portion includes at least a portion of the digital portion therein; and

a BUD that receives a non-wireless portion of the modulated RF signal;

-48-

wherein the wireless portion and the non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one DSP.

5   29.   A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

providing at least one addressable device having at least one input and at least one output;

10   receiving a signal at a BUD from the output of said at least one addressable device, which signal includes at least an IP signal portion; and

receiving from the BUD at an intelligent device, a modulated RF signal carrying the IP signal portion thereon
15   and a non-IP signal portion thereon;

splitting and filtering by the intelligent device of the IP signal portion from a non-IP signal portion;

removing, by the intelligent device, of the modulated RF carrier from the IP signal portion;

20   sending, by the intelligent device, of the IP signal portion to the input of at least one of the at least one addressable device; and

-49-

sending, by the intelligent device, of the non-IP signal portion to a standard outlet.

30.     The method of claim 29, further comprising sending, by the intelligent device, of a wireless portion of the IP signal portion.

31.     A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

    providing at least one addressable device having at least one input and at least one output;

    generating, by at least one of said at least one addressable devices, of an incoming signal, wherein the incoming signal includes at least a digital signal portion;

    generating a modulated RF signal carrying the digital signal portion thereon;

    receiving, at a BUD, the modulated RF signal;

    receiving, at an intelligent device, of modulated RF signal carrying the digital signal portion, which digital signal portion comprises an IP portion and a non-IP signal portion, thereon from the BUD;

-50-

splitting and filtering, by the intelligent device, of the IP signal portion from the non-IP signal portion;

removing, by the intelligent device, of the modulated RF carrier from the IP signal portion;

sending, by the intelligent device, of the digital signal portion to the input of at least one of the at least one addressable device; and

sending, by the intelligent device, of the non-IP signal portion to a standard outlet.

32.     The method of claim 31, further comprising sending, by the intelligent device, of a wireless portion of the IP signal portion and the non-IP signal portion.

33.     A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

generating of an incoming signal, wherein the incoming signal includes at least an IP signal portion; and

generating a modulated RF signal carrying the IP signal portion thereon. __

-51-

34.     A distribution unit for use in a wideband signal distribution system, wherein the wideband signal distribution system distributes signals modulated onto carrier signals of frequency in the range of about 5 MHz to at least about 1 GHz among a plurality of outlets, comprising:

        a plurality of input ports that receives at least one incoming signal from at least one outlet, wherein said plurality of input ports are adapted for connection to at least one intelligent device;

        a plurality of output ports, wherein said plurality of output ports are adapted for connection to at least one intelligent device;

        at least one combiner that combines all incoming signals at said input ports into an additive signal; and

        at least one splitter, wherein said splitter splits the additive signal and distributes the additive signal among said plurality of output ports for distribution to the plurality of outlets, and wherein the additive signal distributed to the plurality of outlets comprises at least one baseband signal on the carrier signal of frequency in the range of about 5 MHz to at least about 1 GHz.

-52-

## ABSTRACT OF THE DISCLOSURE

A plurality of intelligent device systems for use with a wideband signal distribution network, and methods for

5    transmitting digital information and receiving digital and non-digital information onto and off of an RF carrier through a wideband signal distribution network, are disclosed.  The intelligent device systems provide networks of intelligent devices that modulate and demodulate digital

10   video, IP video/data/voice and digital wireless onto, and off of, a wideband signal distribution system, such as an analog carrier system, using existing EIA/TIA 568 standard wiring infrastructure.  The methods modulate and demodulate digital video, IP video/data/voice and digital wireless

15   onto, and off of, a wideband distribution system, such as an analog carrier system, and separate IP portions from non-IP portions.

20

-54-



FIGURE 1

FIGURE 1A



DOCKET 8526H60



FIGURE 2

Local RF Receiver/Baseband Out
Intelligent Device

DOCKET ALARM



FIGURE 3



Figure 4

Remote Sending
Intelligent Device



Figure 5

Local Sending & Receiving Intelligent Device



Figure 6

Local RF Receive/Baseband Out/Wireless
Intellisyst Device

DOCKET 99529,060

Figure 7

Local Send and Receive, Wireless

Intelligent Device

DOCKET" 8585N.50



Figure 8

Remote Sending / Wireless Send & Receive
Intelligent Device



UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 4827**

| SERIAL NUMBER 09/749,258 | FILING DATE 12/27/2000 RULE | CLASS 725 | GROUP ART UNIT 2611 | ATTORNEY DOCKET NO. 00-40387-US |
|---|---|---|---|---|

**APPLICANTS**

Earl Hennenhoefer, Harrisburg, PA;
Richard V. Snyder, Harrisburg, PA;
Robert D. Stine, Dillsburg, PA;

** CONTINUING DATA ***************************

** FOREIGN APPLICATIONS *********************

IF REQUIRED, FOREIGN FILING LICENSE
GRANTED ** 05/31/2001                    ** SMALL ENTITY **

| Foreign Priority claimed ☐ yes ☐ no | STATE OR COUNTRY PA | SHEETS DRAWING 9 | TOTAL CLAIMS 35 | INDEPENDENT CLAIMS 12 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged          Examiner's Signature          Initials | | | | |

**ADDRESS**

Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia ,PA 19103-7301

**TITLE**

Intelligent device system and method for distribution of digital signals on a wideband signal distribution system

| FILING FEE RECEIVED 915 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2000

Application or Docket Number

### CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) |
|---|---|---|
| TOTAL CLAIMS | 35 | |
| FOR | NUMBER FILED | NUMBER EXTRA |
| TOTAL CHARGEABLE CLAIMS | 35 minus 20= | * 15 |
| INDEPENDENT CLAIMS | 12 minus 3 = | * 9 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 355.00 | OR | BASIC FEE | 710.00 |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL | | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA |
|---|---|---|---|---|
| Total | * | Minus | ** | = |
| Independent | * | Minus | *** | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | |

| RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 8/00)

PDF Page 66

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
*U.S. GPO: 2000-460-706/30103



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 00-40387-US |

CONFIRMATION NO. 4827

**FORMALITIES LETTER**

Thomas J. McWilliams
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

*OC000000005740984*

Date Mailed: 02/07/2001

# NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

## FILED UNDER 37 CFR 1.53(b)

### *Filing Date Granted*

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given TWO MONTHS from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 710 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*
- Total additional claim fee(s) for this application is $990.
  - **$270** for **15** total claims over 20.
  - **$720** for **9** independent claims over 3 .
- The oath or declaration is missing.
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

- **The balance due by applicant is $ 1830.**

---

*A copy of this notice **MUST** be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 3 - OFFICE COPY

PDF Page 67



00-40387-US
**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:          Patent application of                              :
                Earl Hennenhoefer, Richard V. Snyder             :
                and Robert D. Stine                                :
                                                                   :
Serial          No.: 09/749,258                                   :
                                                                   :       Examiner: Not Yet Assigned
Filed:          December 27, 2000                                  :
                                                                   :
For:            Intelligent Device System and Method              :
                for Disbrigution of Digital Singal on a          :       Attorney Docket No.: 00-40387-US
                Wideband Singal Distrubution System              :

## RESPONSE TO NOTICE TO FILE MISSING
## PARTS OF NONPROVISIONAL APPLICATION

Commissioner for Patents
BOX MISSING PARTS
Washington, D.C. 20231

Attention: Office of Initial Patent Examination Division

Dear Sir:

    This is in response to a Notice to File Missing Parts of Application - Filing Date
Granted (PTO 1553) mailed by the U.S. Patent Office on February 7, 2001, the response to which
was due April 7, 2001. A Petition and Request For A One Month Extension of Time is being
submitted concurrently herewith, making the new deadline for response May 7, 2001.

---

**CERTIFICATE OF MAILING**
**UNDER 37 C.F.R. 1.1.0**

I hereby certify that this paper, along with any paper referred to as being attached or
enclosed, is being deposited with the United States Postal Service. "Express Mail Post
Office to Addressee" service under 37 CFR 1.10 on the date indicated below and is
addressed to the Commissioner for Patents, BOX MISSING PARTS, Washington,
D.C. 20231..

Lynne Webb

Date: 11 April, 2001

---

1



00-40387-US

Applicants are entitled to claim small entity status under 37 CFR 1.9(f) and 1.27(c)

The following papers are being submitted herewith:

    1.     Declaration and Power of Attorney duly signed by Earl Hennenhoefer, Richard V. Snyder and Robert D. Stine;

    2.     Check in the amount of $915.00 broken down as follows:

        a.     $355.00 for the basic filing fee;

        b.     $135.00 for the presentation of 11 claims in excess of 20;

        c.     $360.00 for the presentation of 9 independent claims in excess of 3;

        c.     $65.00 surcharge for the submission of a late Declaration and Power of Attorney and filing fee; and

    3.     Check for $40.00 for the Assignment recordation fee;

    4.     PTO 1533.

Please charge any other fee required and/or credit any over charge with respect to this response to Deposit Account No. 18-0586.

Respectfully submitted,

THOMAS J. MCWILLIAMS
Registration No. 44,930
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 241-7939
Fax: (215) 851-1420
e-mail: tmcwilliams@reedsmith.com
Attorney for Applicants

2



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 00-40387-US |

CONFIRMATION NO. 4827

**FORMALITIES LETTER**

*OC000000005740984*

Thomas J. McWilliams
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Date Mailed: 02/07/2001

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

*Filing Date Granted*

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given TWO MONTHS from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The statutory basic filing fee is missing.
  *Applicant must submit $ 710 to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).*
- Total additional claim fee(s) for this application is $990.
  - **$270** for **15** total claims over 20.
  - **$720** for **9** independent claims over 3 .
- The oath or declaration is missing.
- To avoid abandonment, a late filing fee or oath or declaration surcharge as set forth in 37 CFR 1.16(e) of $130 for a non-small entity, must be submitted with the missing items identified in this letter.

- **The balance due by applicant is $ 1830.**

*A copy of this notice **MUST** be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202
PART 2 - COPY TO BE RETURNED WITH RESPONSE

#3

Docket No.: 00-40387-US

## DECLARATION AND POWER OF ATTORNEY

As a below named inventor, I hereby declare that:

My residence, post office address and citizenship are stated below next to my name.

I believe I am the original, first, and sole inventor (if only one name is listed below) or an original, first, and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### TITLE OF INVENTION

**AN INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM**

the specification of which was filed on December 27, 2000 as Serial No. 09/749,258

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with 37 CFR §1.56.

I hereby claim foreign priority benefits under 35 U.S.C. §119(a)-(d) or §365(b) of any foreign application(s) for patent or inventor's certificate, or §365(a) of any PCT international application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate or PCT International application having a filing date before that of the application on which priority is claimed:

### PRIOR FOREIGN/PCT APPLICATION(S)

| COUNTRY/OFFICE | APPLICATION NO. | DATE OF FILING | PRIORITY CLAIMED |
|----------------|-----------------|----------------|------------------|
| None | | | NO |
| | | | |

I hereby claim the benefit under 35 U.S.C. §119(e) of any United States Provisional application(s) listed below.

| PROVISIONAL APPLICATION NUMBER | DATE OF FILING |
|--------------------------------|----------------|
| None | |
| | |

I hereby claim the benefit under 35 U.S.C. §120 of any United States application(s) or §365(c) of any PCT international application(s) designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of 35 U.S.C.§112, I acknowledge the duty to disclose material information as defined in 37 CFR §1.56 which became available between the filing date of the prior application and the national or PCT international filing date of this application:

### PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 U.S.C. §120

| Application Serial No. | Date of Filing | Status (check one) | | |
|---|---|---|---|---|
| | | Patented | Pending | Abandoned |
| None | | | | |
| | | | | |
| | | | | |

And I hereby appoint Louis M. Heidelberger, Reg. No. 27,899; John W. Goldschmidt, Jr., Reg. No. 34,828; William J. McNichol, Jr., Reg. No. 31,179; R. Anthony Diehl, Reg. No. 38,432; Maryellen Feehery, Reg. No. 44,677; Carl H. Pierce, Reg. No. 45,730; Nanda P.B.A. Kumar, Reg. No. 44,853; Thomas J. McWilliams, Reg. No. 44,930; Matthew J. Esserman, Reg. No. 41,536; Frederick H. Colen, Reg. No. 28,061; W. Scott Railton, Reg. No. 23,039; Gene A. Tabachnick, Reg. No. 33,801; Maria N. Rullo, Reg. No. 37,433; Barry J. Coyne Reg. No. 43,566; Kirsten R. Rydstrom, Reg. No. 38,603; Paul D. Bangor, Jr., Reg. No. 34,768; Cheryl L. Gastineau, Reg. No. 39,469, Ian K. Samways, Reg. No. 36,664; Charles H. Dougherty, Jr., Reg. No. 42,494; Marc J. Farrell, Reg. No. 37,826; Stanley P. Fisher, Reg. No. 24,344; Robert D. Kucler, Reg. No. 45,908 Juan Carlos A. Marquez, Reg. No. 34,072; Gerald Kiel, Reg. No. 25,116; Eugene Le Donne, Reg. No. 35,930; Jules Goldberg, Reg. No. 24,408; Lloyd Mc Aulay, Reg. No. 20,423; Harold Nissen, Reg. No. 17,283; Arthur Dresner, Reg. No. 24,403; Stephen Chin, Reg. No. 39,938; Samir Patel, Reg. No. 44,998 and Mary E. Buckles, Reg. No. 31,907, my attorneys or agents with full power of substitution and revocation, to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

Address all correspondence to Louis M. Heidelberger, Esq., Reed Smith LLP, 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103. Address all telephone calls to **Thomas J. McWilliams** at (215)241-7939 telefax: (215)851-1420.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

| FULL NAME OF SOLE OR FIRST INVENTOR | | |
|---|---|---|
| Earl<br>*(Given Name)* | *(Middle Initial or Name)* | *Hennenhoefer*<br>*(Family or Last Name)* |
| **Inventor's signature:** | *Earl Hennenhoefer* | |
| **Date:** | 4/5/01 | |
| **Country of Citizenship:** | United States of America | |
| **Residence:** | Harrisburg | Pennsylvania |
| | *(City)* | *(State or Foreign Country)* |
| *Post Office Address:* | 2441 East Bayberry Drive, Harrisburg, PA  17112 | |

| FULL NAME OF SECOND INVENTOR | | |
|---|---|---|
| Richard<br>*(Given Name)* | V.<br>*(Middle Initial or Name)* | Snyder<br>*(Family or Last Name)* |
| **Inventor's signature:** | *Richard V. Snyder* | |
| **Date:** | 3/6/01 | |
| **Country of Citizenship:** | United States of America | |
| **Residence:** | Harrisburg | Pennsylvania |
| | *(City)* | *(State or Foreign Country)* |
| *Post Office Address:* | 3011 Green Street, Harrisburg, PA  ~~19110~~<br>17110 | |

| FULL NAME OF THIRD INVENTOR | | |
|---|---|---|
| Robert<br>*(Given Name)* | D.<br>*(Middle Initial or Name)* | Stein Stine<br>*(Family or Last Name)* |
| *Inventor's signature:* | *Robert D. Stine* | |
| *Date:* | 3-6-2001 | |
| *Country of Citizenship:* | United States of America | |
| *Residence:* | Dillsburg | Pennsylvania |
| | *(City)* | *(State or Foreign Country)* |
| *Post Office Address:* | 7 Glencarron Court, Dillsburg, PA  17019 | |



#4

00-40387-US

**PATENT**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re: | Patent application of<br>Earl Hennenhoefer, Richard V. Snyder<br>and Robert D. Stine | : |
| | | : |
| Serial | No.: 09/749,258 | : |
| | | : Examiner: Not Yet Assigned |
| Filed: | December 27, 2000 | : |
| | | : |
| For: | Intelligent Device System and Method<br>for Disbrigution of Digital Singal on a<br>Wideband Singal Distrubution System | : Attorney Docket No.: 00-40387-US |
| | | : |

## PETITION AND FEE FOR ONE MONTH EXTENSION OF TIME

Commissioner for Patents
BOX MISSING PARTS
Washington, D.C. 20231

Dear Sir:

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a

response in the above identified application.  A Notice to File Missing Parts of Application -

Filing Date Granted was mailed on February 7, 2001,  the response to which was due April 7,

2001.  The requested extension is for a period of one month, making the new deadline for

responding to the Notice To File Missing Parts May 7, 2001.

---

**CERTIFICATE OF MAILING
UNDER 37 C.F.R. 1.1.0**

I hereby certify that this paper, along with any paper referred to as being attached or enclosed, is being deposited with the United States Postal Service. "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated below and is addressed to the Commissioner for Patents, BOX MISSING PARTS, Washington, D.C. 20231..

Lynne Webb

Date: 11 April, 2001

---

04/16/2001 JADD01   00000033 180586   09749258

06 FC:215        55.00 CH

3



00-40387-US

Applicants claim small entity status.

Please charge the one month petition fee in the amount of $55.00 to Deposit Account No. 18-0586. In addition, the Commissioner is authorized to charge any additional fees which may be required or credit any overpayment to Deposit Account No. 18-0586.

Respectfully submitted,

THOMAS J. MCWILLIAMS
Registration No. 44,930
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Tel.: (215) 851-8270
Fax: (215) 851-1420
Attorney for Applicants

4





**PATENT**

**Attorney Docket No.: 00-40387 (242239-20001)**

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re: | Patent application of | : |
| | Earl Hennenhoefer, et al. | : |
| | | : |
| | | : Group Art Unit: 2611 |
| Serial No.: 09/749,258 | | : |
| | | : |
| Filed: December 27, 2000 | | : Examiner: To Be Assigned |
| | | : |
| For: | **INTELLIGENT DEVICE SYSTEM AND** | : |
| | **METHOD FOR DISTRIBUTION OF** | : |
| | **DIGITAL SIGNALS ON A WIDEBAND** | : |
| | **SIGNAL DISTRIBUTION SYSTEM** | : |

**RECEIVED**
JUN 0 7 2002
Technology Center 2600

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

The references listed on the enclosed substitute PTO Form 1449 are submitted herewith.

No fee is believed to be due with this paper. However, if the Commissioner considers a fee to be due with respect to this submission, please charge any fee due to Deposit Account No. 18-0586.

---

**EXPRESS MAIL CERTIFICATE**

Express Mail Label No.: EL939022806US          Date of Deposit: June 4 2002

I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" on the date indicated above and is addressed to the Commissioner of Patents, Washington, D.C. 20231.

Name: Marie G. Duden          Signature: Marie G. Duden

---

**Certification Pursuant to 37 C.F.R. 1.97(e)**

The references identified below and as part of this Statement were cited in an International Search Report from the U.S. Patent Office Acting as the International Searching Authority in a counterpart PCT patent application, not more than three months prior to the filing of this statement.  A copy of the International Search Report dated 13 May 2002 in the counterpart international patent application is attached hereto.

The Examiner is respectfully requested to review the references identified herewith and make them of record in the instant application as required by M.P.E.P. §609.

The references listed in this Information Disclosure Statement comprise the most pertinent prior art known to Applicant and his attorneys as of the date hereof.  This Information Disclosure Statement should not be construed as a representation that the cited references are material or that no better art exists.

The Examiner is requested to initial one copy of Form 1449 and return same to the undersigned.

## U.S. PATENTS

U.S. Patent No. 5,485,630
U.S. Patent No. 5,828,403
U.S.. Patent No. 5,946,301
U.S. Patent No. 5,982,741
U.S. Patent No. 6,208,833

Respectfully submitted,

Thomas J. McWilliams
Registration No. 44,930
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 241-7939
Facsimile:  (215) 851-1420
Attorney for Applicant

TJMcW/ebf
Enclosures:  PTO – Form 1449
             References (5)
             Copy of International Preliminary Search Report dated May 13, 2002

SHEET _1_ OF _1_

| | | |
|---|---|---|

<div style="text-align:center">O I P E<br>JUN 0 4 2002<br>PATENT & TRADEMARK OFFICE</div>

SUBSTITUTE FORM PTO-1449          U.S. DEPARTMENT OF COMMERCE

**INFORMATION DISCLOSURE CITATION**

| ATTY. DOCKET NO. 00-403287 (242239.20001) | SERIAL NO. |
|---|---|
| | 09/749,258 |

| APPLICANT: Hennenhoefer, et al. |
|---|

| FILING DATE 12/27/00 | GROUP 2611 |
|---|---|

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| | AA | 5,485,630 | Jan. 16, 1996 | Lee, et al. | | | |
| | AB | 5,828,403 | Oct. 27, 1998 | DeRodeff, et al. | | | |
| | AC | 5,946,301 | Aug. 31, 1999 | Swanson, et al. | | | |
| | AD | 5,982,741 | Nov. 9, 1999 | Ethier | | | |
| | AE | 6,208,833 | March 27, 2001 | Preschutti, et al. | | | |

RECEIVED
JUN 0 7 2002
Technology Center 2600

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.



1.1-06-02
261

PATENT
Attorney Docket No.: 00-40387-US

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re:    Patent application of                    :
          Hennenhoefer et al.                      :
                                                   :        Group Art Unit: 2611
Serial   No.:    09/749,258                        :
                                                   :
Filed:           December 27, 2000                 :        Examiner:  Not Yet Assigned
                                                   :
For:      Intelligent Device System and Method for :
          Distribution of Digital Signals on a     :
          Wideband Signal Distribution System      :

**SUPPLEMENTAL INFORMATION DISCLOSURE STATEMENT**    RECEIVED

                                                           NOV 0 8 2002
Commissioner for Patents
Washington, D.C.  20231                            Technology Center 2600

Sir:

        The references listed below and on the enclosed substitute PTO Form 1449
are submitted herewith.

        This Supplemental Information Disclosure Statement is being filed before the issuance
of the first office action.  Therefore, no fee is believed to be due with this paper.  However, if the
Commissioner considers a fee to be due with respect to this submission, please charge any fee due to
Deposit Account No. 18-0586.

<u>EXPRESS MAIL CERTIFICATE (37 CFR 1.10)</u>

Express Mail Label No.    <u>EL598360021US</u>                Date of Deposit  <u>November 5, 2002</u>

        I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated above and is addressed to the Commissioner for Patents, Washington, D.C. 20231

Name:  <u>Marie G. Duden</u>                          Signature

## Certification Pursuant to 37 C.F.R. 1.97(e)

The Examiner is respectfully requested to review the references identified herewith and make them of record in the instant application as required by M.P.E.P. §609.

The references listed in this Information Disclosure Statement comprise the most pertinent prior art known to Applicant and his attorneys as of the date hereof. This Information Disclosure Statement should not be construed as a representation that the cited references are material or that no better art exists.

The Examiner is requested to initial one copy of Form 1449 and return same to the undersigned.

Respectfully submitted,

Thomas J. McWilliams.
Registration No. 44,930
Reed Smith LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 241-7939
Facsimile:  (215) 851-1420
Attorney for Applicant

SHEET _1_ OF _1_

| | | |
|---|---|---|
| **SUBSTITUTE FORM PTO-1449**      U.S. DEPARTMENT OF COMMERCE<br><br>**INFORMATION DISCLOSURE CITATION** | ATTY. DOCKET NO.<br>00-40387-US | SERIAL NO.<br>09/749,258 |
| | | |
| | APPLICANT:<br>Hennenhoefer et al. | |
| | FILING DATE<br>December 27, 2000 | GROUP 2611 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| | AA | 5,544,161 | 08/06/96 | Bigham et al. | 370/58.1 | 370/60 | |
| | AB | 6,021,158 | 02/01/00 | Schurr et al. | 375/211 | 375/220 | |
| | AC | 6,041,056 | 03/21/00 | Bigham et al. | 370/395 | 370/401 | |
| | AD | | | | | | |
| | AE | | | | | | |

**RECEIVED**

**NOV 0 8 2002**

**Technology Center 2600**

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AF | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AG | |
| | AH | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

## United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 00-40387-US | 4827 |

7590          12/16/2004

Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

| EXAMINER |
|---|
| BROWN, RUEBEN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2611 | |

DATE MAILED: 12/16/2004

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO 90C (Rev 10/03)

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | Examiner | Art Unit | |
| | Reuben M. Brown | 2611 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

## Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE *3* MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

## Status

1)☐ Responsive to communication(s) filed on _____ .
2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

## Disposition of Claims

4)☒ Claim(s) *1-34* is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☒ Claim(s) *22-28* is/are allowed.
6)☒ Claim(s) *1-4,7-21,29,31,33 and 34* is/are rejected.
7)☐ Claim(s) *5-6, 30 & 32* is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

## Application Papers

9)☐ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

## Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some * c)☐ None of:
    1. ☐ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
    3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date *11/5/02; 6/4/02*.

4) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____ .

Application/Control Number: 09/749,258                                    Page 2
Art Unit: 2611

# DETAILED ACTION

## *Claim Rejections - 35 USC § 102*

1.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

2.      Claims 1-2 & 15-16 are rejected under 35 U.S.C. 102(b) as being anticipated by

Flickinger, (U.S. Pat # 5,901,340).

Considering claims 1-2, the claimed signal distribution system comprising wideband

signal distribution system including ·568 standard wiring is met by col. 1, lines 30-38 & col. 1,

lines 60-67.  The Category 5 twisted pair cable disclosed in Flickinger corresponds with the

claimed 568 standard.

The claimed at least one intelligent device that distributes modulated RF signals onto the

wideband signal distribution system, such that the RF modulated comprise digital information

reads on the operation of the distribution unit 38 of Flickinger, col. 3, lines 5-58.

Considering claim 15, the claimed elements of an intelligent device system corresponds

Application/Control Number: 09/749,258                                      Page 3
Art Unit: 2611

with subject matter mentioned above in the analysis of claims 1-2 and are likewise treated.

Considering claim 16, the claimed subject matter reads on the transmission operation of

the CATV headend, which inherently operates in Flickinger, since the reference is directed to a

CATV system.

### *Claim Rejections - 35 USC § 103*

3.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

4.      Claims 17-20 & 34 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Flickinger.

Considering claims 17-20, examiner takes note that at the time the invention was made,

bandwidth allocation technology, including sensors to detect current loading on a particular

channel and switching data throughput to channel that are less loaded, was well known in the art.

It would have been obvious for one of ordinary skill in the art at the time the invention was

made, to modify Flickinger with the technology of bandwidth allocation, at least for the known

Application/Control Number: 09/749,258                                    Page 4
Art Unit: 2611

improvement of more efficiently operating a transmission procedure, using multiple channels.


Considering claim 34, Flickinger teaches all subject matter, except for the frequency range

of the wideband being between 5 MHz and 1 GHz. Nevertheless, it would have been obvious to

use a wider range, at least to make more RF channels accessible.


5.        Claims 3-4, 6-14, 21 29, 31 & 33 are rejected under 35 U.S.C. 103(a) as being

unpatentable over Flickinger, in view of McArthur, (U.S. Pat # 5,805,806).


Considering claims 3, 21, 29, 31 and 33, the claimed elements of local RF receiver and

baseband out intelligent device for use in transmitting information on an RF carrier through a

wideband signal distribution network reads on the operation of Flickinger, as discussed above in

the analysis of claims 1 & 2. However, even though the environment of classrooms and other

local cable networks are clearly disclosed, Flickinger does not explicitly teach the additionally

claimed feature of addressable devices, col. 3, lines 30-50.


Nevertheless, McArthur, which is also in the environment of a local cable network does

teach the use of addressable devices, col. 7, lines 2-12 & col. 9, lines 18-22. McArthur

furthermore discloses that the cable interface 10 is enabled to send WWW signal to PC 14 or PC

16 and send non-IP broadcast programming to TV 16 or VCR 22, col. 11, lines 28-50. Thus

McArthur reads on the claimed feature of separating IP signal portions from non-IP signal

Application/Control Number: 09/749,258                                   Page 5
Art Unit: 2611

portions. It would have been obvious for one of ordinary skill in the art at the time the invention

was made, to modify Flickinger with the technology of separating non-IP from IP data for a

CATV home network system, for the desirable improvement of taking advantage of the

resources of the Internet in a more organized and efficient manner, as taught by McArthur, col. 1,

lines 30-55.


Considering claim 4, the claimed combiner reads on the combiner 72 of Flickinger, Fig. 2.


Considering claim 6, while the TV interface 34 and PC 14 and 16 are addressable

devices, McArthur only discusses that the PC 14 & 16 have IP addresses. Examiner notes that

using an IP address for a set-top box was known in the art prior to applicant's invention.

Nevertheless, it would have been obvious to one of ordinary skill in the art at the time the

invention was made, to provide an IP address to the TV interface, at least for the desirable of

avoiding the need to transmit Web documents from the PC to the TV, which is the procedure

used in McArthur.


Considering claim 7, Flickinger discloses the use of balun technology, col. 5, lines 60-67

thru col. 6, lines 1-10.


Considering claims 8 and 14, tone detectors were well known in the art at the time the

invention was made.

Application/Control Number: 09/749,258                                    Page 6
Art Unit: 2611

Considering claim 9, McArthur discloses a wideband range of 50 MHz to 750 MHz. It would have been obvious to use a wider range, at least to make more RF channels accessible.

Considering claim 10, McArthur discloses the use of TV 18, with interface 34.

Considering claim 11, McArthur discloses the use of PC 14 and 16, with interface 26 and 30, respectively

Considering claim 12, the claimed subject matter reads on the combination of Flickinger and McArthur.

Considering claim 13, both Flickinger and McArthur necessarily use impedance matching, while Flickinger discloses the use of baluns.

### *Allowable Subject Matter*

6.      Claims 5-6, 30 & 32 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Application/Control Number: 09/749,258                                    Page 7
Art Unit: 2611

Considering claim 5, McArthur discloses the use of at least one bandpass filter, Fig. 2 and

col. 6, lines 26-50. Moreover, the other embodiment of McArthur (the distribution amplifier 11)

uses a combination of LPF to extract the desired signals. Thus, prior art of record does not teach

or fairly suggest the claimed subject matter.

Considering claim 6, the instant claim depends from claim and is likewise analyzed.

Considering claims 30 and 32, prior art of record does not teach the additionally claimed

feature of a wireless portion of the IP and non-IP signals and separating out such wireless

portions.

7.      Claims 22-28 are allowed.

Considering claim 22, McArthur discloses the use of at least one bandpass filter, Fig. 2

and col. 6, lines 26-50. Moreover, the other embodiment of McArthur (the distribution amplifier

11) uses a combination of LPF to extract the desired signals. Thus, prior art of record does not

teach or fairly suggest the claimed subject matter.

Considering claim 23-28, the instant claims depend from claim and is likewise analyzed.

Application/Control Number: 09/749,258                                      Page 8

Art Unit: 2611

**Any response to this action should be mailed to:**

> Commissioner of Patents and Trademarks
> Washington, D.C. 20231

> **or faxed to:**
> (703) 872-9306, (for formal communications intended for entry)
> **Or:**
>> (703) 746-6861 (for informal or draft communications, please label
>> "PROPOSED" or "DRAFT")

*Hand-delivered responses should be brought to Crystal Park II, 2121 Crystal Drive,*

*Arlington. VA., Sixth Floor (Receptionist).*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Reuben M. Brown whose telephone number is (703) 305-2399.

The examiner can normally be reached on M-F (8:30-6:00), First Friday off.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Christopher Grant can be reached on (703) 305-4755. The fax phone numbers for the

organization where this application or proceeding is assigned is (703) 872-9306 for regular

communications and After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 305-4700.

Reuben M. Brown

REUBEN M. BROWN
PATENT EXAMINER

SHEET 1 OF 1

| | | |
|---|---|---|
| | | |

| SUBSTITUTE FORM PTO-1449          U.S. DEPARTMENT OF COMMERCE | ATTY. DOCKET NO.<br>00-40387-US | SERIAL NO.<br>09/749,258 |
|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | APPLICANT:<br>Hennenhoefer et al. | |
| | FILING DATE<br>December 27, 2000 | GROUP 2611 |

**U.S. PATENT DOCUMENTS**

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| /Ay | AA | 5,544,161 | 08/06/96 | Bigham et al. | 370/58.1 | 370/60 | |
| Ay | AB | 6,021,158 | 02/01/00 | Schurr et al. | 375/211 | 375/220 | |
| Ay | AC | 6,041,056 | 03/21/00 | Bigham et al. | 370/395 | 370/401 | |
| | AD | | | | | | |
| | AE | | | | | | |

RECEIVED
NOV 0 8 2002
Technology Center 2600

**FOREIGN PATENT DOCUMENTS**

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | AF | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | AG | |
| | AH | |

| EXAMINER | | DATE CONSIDERED |
|---|---|---|
| | Nolan Ron | 12/8/04 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

SHEET _1_ OF _1_

| | |
|---|---|

SUBSTITUTE FORM PTO-1449    U.S. DEPARTMENT OF COMMERCE

**INFORMATION DISCLOSURE CITATION**

| ATTY. DOCKET NO. 00-403287 (242239.20001) | SERIAL NO. |
|---|---|
| | 09/749,258 |

| APPLICANT: Hennenhoefer, et al. | |
|---|---|

| FILING DATE 12/27/00 | GROUP 2611 |
|---|---|

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| NY | AA | 5,485,630 | Jan. 16, 1996 | Lee, et al. | | | |
| NY | AB | 5,828,403 | Oct. 27, 1998 | DeRodeff, et al. | | RECEIVED | |
| NY | AC | 5,946,301 | Aug. 31, 1999 | Swanson, et al. | | JUN 0 7 2002 | |
| NY | AD | 5,982,741 | Nov. 9, 1999 | Ethier | | | |
| NY | AE | 6,208,833 | March 27, 2001 | Preschutti, et al. | | Technology Center 2600 | |

## FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| *Notice of References Cited* | Application/Control No. 09/749,258 | Applicant(s)/Patent Under Reexamination HENNENHOEFER ET AL. | |
|---|---|---|---|
| | Examiner Reuben M. Brown | Art Unit 2611 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-5,901,340 | 05-1999 | Flickinger et al. | 725/149 |
| | B | US- | | | |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN  PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**          Part of Paper No. 12132004



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# *BIBDATASHEET*

Bib Data Sheet

**CONFIRMATION NO. 4827**

| SERIAL NUMBER 09/749,258 | FILING DATE 12/27/2000 RULE | CLASS 725 | GROUP ART UNIT 2611 | ATTORNEY DOCKET NO. 00-40387-US |
|---|---|---|---|---|

APPLICANTS

    Earl Hennenhoefer, Harrisburg, PA;

    Richard V. Snyder, Harrisburg, PA;
    Robert D. Stine, Dillsburg, PA;

** CONTINUING DATA ****************************    *None*

** FOREIGN APPLICATIONS ********************    *None*

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 05/31/2001

| Foreign Priority claimed ☐ yes ☑ no 35 USC 119 (a-d) conditions met ☐ yes ☑ no ☐ Met after Allowance Verified and Acknowledged   Examiner's Signature   Initials | STATE OR COUNTRY PA | SHEETS DRAWING 9 | TOTAL CLAIMS 35 | INDEPENDENT CLAIMS 12 |
|---|---|---|---|---|

ADDRESS
Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia , PA
19103-7301

TITLE
Intelligent device system and method for distribution of digital signals on a wideband signal distribution system

| FILING FEE RECEIVED | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees ☐ 1.16 Fees ( Filing ) |
|---|---|---|

## Index of Claims

| | |
|---|---|
| **Application No.** 09/749,258 | **Applicant(s)** HENNENHOEFER ET AL. |
| **Examiner** Reuben M. Brown | **Art Unit** 2611 |

| √ | Rejected | — | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Final | Original | 12/13/04 | | | | | | | | Final | Original | | | | | | | | | Final | Original | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | |
| | 2 | | | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | |
| | 3 | | | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | |
| | 4 | | | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | |
| | 5 | O | | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | |
| | 6 | O | | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | |
| | 7 | | | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | |
| | 8 | | | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | |
| | 9 | | | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | |
| | 10 | | | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | |
| | 11 | | | | | | | | | | 61 | | | | | | | | | | 111 | | | | | | | |
| | 12 | | | | | | | | | | 62 | | | | | | | | | | 112 | | | | | | | |
| | 13 | | | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | |
| | 14 | | | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | |
| | 15 | | | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | |
| | 16 | | | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | |
| | 17 | | | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | |
| | 18 | | | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | |
| | 19 | | | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | |
| | 20 | | | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | |
| | 21 | | | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | |
| | 22 | = | | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | |
| | 23 | | | | | | | | | | 73 | | | | | | | | | | 123 | | | | | | | |
| | 24 | | | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | |
| | 25 | | | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | |
| | 26 | | | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | |
| | 27 | | | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | |
| | 28 | | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | |
| | 29 | √ | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | |
| | 30 | O | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | |
| | 31 | √ | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | |
| | 32 | O | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | |
| | 33 | √ | | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | |
| | 34 | √ | | | | | | | | | 84 | | | | | | | | | | 134 | | | | | | | |
| | 35 | | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | |
| | 36 | | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | |
| | 37 | | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | |
| | 38 | | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | |
| | 39 | | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | |
| | 40 | | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | |
| | 41 | | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | |
| | 42 | | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | |
| | 43 | | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | |
| | 44 | | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | |
| | 45 | | | | | | | | | | 95 | | | | | | | | | | 145 | | | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | |

DEC 2 1 2004

**PATENTS**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| |
|---|
| In re Application of: Hennenhoefer *et al.* |
| Serial No.: 09/749,258 |
| Filed: December 27, 2000 |
| Attorney Docket No.: 00-40387-US |

Examiner: TBD

Group Art Unit: 2611

Title: Intelligent Device System and Method for Distribution of Digital Signals on a Wideband Signal Distribution System

## INFORMATION DISCLOSURE STATEMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The references on the enclosed PTO Form 1449 are submitted herewith.

No fee is believed to be due with this paper. However, if the Commissioner considers a fee to be due with respect to this submission, please charge any fee due to Deposit Account No. 18-0586.

### Certification Pursuant to 37 C.F.R. 1.97(e)

The references identified below and as part of this Statement were cited in an International Search Report from the International Preliminary Examining Authority in a counterpart PCT patent application, dated November 16, 2004 (A copy is attached hereto.)

The Examiner is respectfully requested to review the references identified herewith and make them of record in the instant application as required by M.P.E.P. §609.

The filing of this information disclosure statement shall not be construed as a representation that a search has been made (37 C.F.R. 1.97(g)), an admission that the information cited is, or is considered to be, material to patentability, or that no other material information may or may not exist.

The Examiner is requested to initial one copy of Form 1449 and return same to the undersigned.

Docket No. 00-40387-US

No fees are believed to be due.  The Commissioner is hereby authorized to charge any fees due with respect to this submission to Deposit Account No. 18-0586.

Respectfully submitted,

**CERTIFICATE OF MAILING UNDER 37 C.F.R. 1.10**

EXPRESS MAIL Mailing Label Number: <u>EV 481 404 295 US</u>
Date of Deposit: 12/31/04

    I hereby certify that this paper and/or fee is being deposited with the United States Postal Service, **"EXPRESS MAIL – POST OFFICE TO ADDRESSEE"** service under 37 C.F.R. 1.10, on the date indicated above, and is addressed to the Commissioner for Patents, P. O. Box 1450, Alexandria, VA 22313-1450

  Elaine Weisbecker
(Name of person mailing paper.)

(Signature of person mailing paper.)

Thomas J. McWilliams
Registration No. 44,930
**REED SMITH LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 241-7939
Attorney for Applicant

DEC 2 1 2004

SHEET _1_ OF _1_

| SUBSTITUTE FORM PTO-1449 | | ATTY. DOCKET NO.<br>00-40387-US | SERIAL NO.<br>09/749,258 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | U.S. DEPARTMENT OF COMMERCE | | |
| | | APPLICANT:<br>Hennenhoefer *et al.* | |
| | | FILING DATE<br>December 27, 200 | GROUP<br>2611 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| | AA | 5,901,340 | 5/4/99 | Flickinger *et al.* | 455 | 3.1 | |
| | AB | 5,805,806 | 9/8/98 | McArthur | 395 | 200.8 | |
| | AC | 5,886,732 | 3/23/99 | Humpleman | 348 | 10 | |
| | AD | 5,982,411 | 11/9/99 | Eyer et al. | 348 | 6 | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION<br>YES | NO |
|---|---|---|---|---|---|---|---|---|
| | BA | | | | | | | |
| | BB | | | | | | | |
| | BC | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | CA | |
| | CB | |
| | CC | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

EXAMINER:  Initial if citation considered, whether or not citation is in conformance with MPEP 609;  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re App. of:  Hennenhoefer et al.   :  Examiner:  BROWN, RUEBEN M.

                                               :

U.S. Application No: 09/749,258       :  Group Art Unit:  2611

                                               :

Filing Date:  December 27, 2000      :  Attorney. Docket No.: 00-40387-US

For:  INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION
      OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION
      SYSTEM

---

## AMENDMENT AND RESPONSE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

      Response to the Office Action mailed December 16, 2004 in the above-identified patent application, which was assigned a shortened statutory period that was set to expire March 16, 2005, is enclosed.  A request for a One-Month Extension of Time is filed herewith extending the time for filing a response to the Office Action to April 16, 2005.  Accordingly, the present Amendment and Response is deemed to be timely filed.  Should there be any fees due and owing, or being paid in excess of any required amount, with respect to this application, the Examiner is authorized to charge such fees or to credit such overpayment to deposit account no. 18-0586.

| EXPRESS MAIL CERTIFICATE (37 CFR 1.10) |
|---|
| Express Mail Label No. _EV 482563001 US_     Date of Deposit _Apr. 1, 2005_ |
| I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated above and is addressed to Commissioner of Patents, P.O. Box 1450, Alexandria, VA 22313-1450 |
| Name _JUDITH A ZWEIG_          Signature _Judith A. Zweig_ |

767828

**In The Claims**

**Claims 1 – 4.** Canceled

**Claim 5.** (Currently Amended)    A local RF receiver and baseband out intelligent device system for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and

an intelligent device that receives, from the BUD,  a modulated RF signal carrying at least the digital signal portion thereon, wherein said intelligent device splits an  IP portion from a non-IP signal portion of the digital signal portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP portion signal to the input of at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet, said intelligent device comprising

a demodulator that receives the modulated RF digital signal portion from said BUD;

-2-

_____ a first digital combiner that combines at least two demodulated digital signal portions from said demodulator into one high speed digital transmission;

~~The local RF receiver and baseband out intelligent device system of claim 4, wherein said intelligent device further comprises:~~

an RF splitter connected to the BUD, which RF splitter splits the modulated RF signal; and

at least two RF bandpass filters, wherein the first bandpass filter receives the modulated RF signal from said RF splitter and passes the IP signal portion of the modulated RF signal to said demodulator, and wherein the second bandpass filter receives the modulated RF signal from said RF splitter and passes the non-IP signal portion of the modulated RF signal to the at least one standard outlet.


**Claim 6.**  (Original)  The local RF receiver/baseband out intelligent device system of claim 5, wherein said intelligent device further comprises:

at least one DSP, wherein said DSP controls said demodulator and said at least two RF bandpass filters.

-3-

**Second Claim 6.**  (Canceled)

**Claims 7 - 21.**  Canceled

**Claim 22.**  (Currently Amended)   An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

~~The intelligent device system of claim 21, further comprising:~~

____    at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a digital signal portion;

____    an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

____    a BUD that receives the modulated RF signal; and

at least one DSP, wherein said DSP controls the demodulation, and the splitting of the modulated RF signal by controlling at least two RF bandpass filters, wherein said DSP receives RF channel in use information from an RF

-4-

channel detector, and receives traffic data, and wherein said DSP uses the RF channel in use information to select the RF modulated carrier, an RF carrier channel width, and an RF guardband width,

wherein said intelligent device receives a modulated RF signal carrying an IP portion and non-IP signal portion of the digital signal portion thereon from said BUD, wherein said intelligent device splits the IP signal portion from the non-IP signal portion, wherein said intelligent device removes the RF carrier from the IP signal portion and sends the digital signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet.

**Claim 23.**  (Original)        A local RF receiver and baseband out and wireless intelligent device system for use in transmitting digital and receiving digital and analog information on an RF carrier through a wideband signal distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a BUD that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and

-5-

an intelligent device that receives a modulated RF signal carrying an IP portion and a non-IP signal portion of the digital signal portion thereon, wherein said intelligent device splits the IP portion and the non-IP portion, which digital IP signal portion includes at least one wireless portion, and further splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet;

a transcoder for sending the wireless portion from said RF splitter to a wireless port.

**Claim 24.**  (Original)        The system of claim 23, further comprising:

a wireless demodulator for receiving transmissions from the wireless port, wherein said wireless demodulator is controlled by a DSP and sending those received wireless transmissions to the digital combiner.

-6-

**Claim 25.** (Original)          An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a BUD that receives the modulated RF signal;

wherein said intelligent device receives a modulated RF signal carrying an IP portion and a non-IP signal portion of the digital signal portion thereon from said BUD, wherein said intelligent device splits the IP signal portion from a non-IP signal portion, which IP portion and non-IP digital signal portion include at least one wireless portion, and wherein said intelligent device splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP signal portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet; and

a transcoder for sending the wireless portion to a wireless port.

**Claim 26.**  (Original)        The intelligent device system of claim 25, further comprising a wireless demodulator for receiving transmissions from the wireless port.

**Claim 27.**  (Original)        The intelligent device system of claim 26, further comprising a DSP, wherein said DSP controls said wireless demodulator.

**Claim 28.**  (Original)        An intelligent device system for remote sending and wireless sending and wireless receiving of IP and non-IP information on an RF carrier through a wideband signal distribution network, comprising:

at least one incoming signal generator, wherein said at least one incoming signal generator generates an incoming signal including at least a digital portion;

an intelligent device that generates a modulated RF signal carrying the digital portion thereon, said intelligent device having a wireless demodulator for receiving a wireless portion from a wireless port within said wireless device;

-8-

a transcoder for sending a wireless portion, which wireless portion includes at least a portion of the digital portion therein; and

a BUD that receives a non-wireless portion of the modulated RF signal;

wherein the wireless portion and the non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one DSP.


**Claim 29.**  Canceled


**Claim 30.**  (Currently Amended)   A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

providing at least one addressable device having at least one input and at least one output;

receiving a signal at a BUD from the output of said at least one addressable device, which signal includes at least an IP signal portion; and

receiving from the BUD at an intelligent device, a modulated RF signal carrying the IP signal portion thereon and a non-IP signal portion thereon;

_____ splitting and filtering by the intelligent device of the IP signal portion from a non-IP signal portion;

_____ removing, by the intelligent device, of the modulated RF carrier from the IP signal portion;

_____ sending, by the intelligent device, of the IP signal portion to the input of at least one of the at least one addressable device;

_____ sending, by the intelligent device, of the non-IP signal portion to a standard outlet; and

~~The method of claim 29, further comprising~~ sending, by the intelligent device, of a wireless portion of the IP signal portion.

**Claim 31.** Canceled

**Claim 32.** (Currently Amended)          A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

_____ providing at least one addressable device having at least one input and at least one output;

-10-

generating, by at least one of said at least one addressable devices, of an incoming signal, wherein the incoming signal includes at least a digital signal portion;

generating a modulated RF signal carrying the digital signal portion thereon;

receiving, at a BUD, the modulated RF signal;

receiving, at an intelligent device, of modulated RF signal carrying the digital signal portion, which digital signal portion comprises an IP portion and a non-IP signal portion, thereon from the BUD;

splitting and filtering, by the intelligent device, of the IP signal portion from the non-IP signal portion;

removing, by the intelligent device, of the modulated RF carrier from the IP signal portion;

sending, by the intelligent device, of the digital signal portion to the input of at least one of the at least one addressable device;

sending, by the intelligent device, of the non-IP signal portion to a standard outlet; and

~~The method of claim 31, further comprising~~ sending, by the intelligent device, of a wireless portion of the IP signal portion and the non-IP signal portion.

**Claims 33 – 34.** Canceled

-12-

Please enter the following amendments and remarks:

## **STATUS OF THE CLAIMS**

Claims 1-34 are pending in the Application.

Claims 1-4, second 6, 7-21, 29, 31, 33 and 34 have been rejected by the Examiner.

Claims 23-28 have been allowed by the Examiner.

Claims 5-6, 22, 30 and 32 have been objected to by the Examiner.

Claims 1-4, second 6, 7-21, 29, 31, 33 and 34 have been canceled herein.

Claims 5, 22, 30 and 32 have been amended herein.

Reconsideration of the present Application is respectfully requested.

-13-

## **REMARKS**

Claims 23-28 have been allowed by the Examiner.  Claims 5-6, 22, 30 and 32 have been objected to by the Examiner as containing allowable subject matter but depending from a rejected claim and are allowable if rewritten in independent form.

Interview Summary

As a result of a misnumbering of the as-filed claims, the present office action sets forth Claims 22-28 as allowed and Claims 5-6, 30 and 32 as objected to.  In the text of the action Claim 6 is also rejected.  Applicant's Attorney and the Examiner had a telephonic interview on March 30, 2005 to clarify the claim numbering issues and to accord allowance, objection, and rejection properly.  During this interview it was agreed, and the Examiner set forth, that the current status of the claims was that Claims 23-28 were allowed, Claims 5-6 (the first listed Claim 6), 22, 30 and 32 were objected to, and Claims 1-4, 6 (the second listed Claim 6), 7-21, 29, 31, 33 and 34 are rejected.

Applicant respectfully thanks the Examiner for taking the time to have the telephonic interview and for the efforts in determining that the present subject matter is allowable.  Further, Applicant respectfully cancels Claims 1-4, second

6, 7-21, 29, 31, 33 and 34.  In so doing, Applicant respectfully refers to the second Claim 6 as the claim reciting:

> The local RF receiver and baseband out intelligent device system of claim 3, wherein each of said at least one addressable devices has an IP address assigned thereto.

Applicant has rewritten Claims 5, 22, 30 and 32 in independent form. Applicant respectfully submits that the present objections to Claims 5, 6, 22, 30 and 32 have been overcome at least because Claims 5, 22, 30 and 32 are rewritten in independent form.

Applicant respectfully submits that Claims 5-6 (first claim 6), 22-28, 30 and 32 are allowable and requests a Notice of Allowance on these claims.

-15-

## **CONCLUSION**

Applicant respectfully requests early and favorable action with regard to the present Application, and a Notice of Allowance for all pending claims is earnestly solicited.

Respectfully Submitted,

**REED SMITH LLP**

Todd A. Norton
Registration No. 48,636
Thomas J. McWilliams
Registration No. 44,930
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301
(215) 851-8100

Attorneys for Applicant

-16-



**ReedSmith**

Todd A. Norton
Direct Phone: 215 851 8859
Email: tnorton@reedsmith.com

2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
215.851.8100
Fax 215.851.1420

April 1, 2005

Commissioner of Patents
P.O. Box 1450
Alexandria, VA 22313-1450

RE:   U.S. Patent Application Serial No. 09/749,258
Intelligent Device System and Method for Distribution
Of Digital Signals on a Wideband Signal Distribution
System
<u>Attorney Docket No. 00-40387-US (242239.20001)</u>

Dear Sir:

Enclosed for filing in connection with the above-referenced patent application are the following documents:

1.     Amendment and Response to Office Action (16 pages);
2.     Petition for One Month Extension of Time and Fee Transmittal (1 page);
3.     A check in the amount of 60.00 for the Extension of Time.

Kindly acknowledge receipt of these documents by returning the enclosed self-addressed, stamped post card to me.

The Commissioner is hereby authorized to charge any additional fees required in connection with this filing to Account No. 18-0586.

Sincerely,

Todd A. Norton

Enclosure

---

**EXPRESS MAIL CERTIFICATE (37 CFR 1.10)**

Express Mail Label No. EV482563001 45                Date of Deposit April 1, 2005

I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated above and is addressed to the Commissioner of Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Name JUDITH A. TWEIG                Signature

LONDON ♦ NEW YORK ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ WASHINGTON, D.C. ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND ♦ PRINCETON

FALLS CHURCH ♦ WILMINGTON ♦ NEWARK ♦ MIDLANDS, U.K. ♦ CENTURY CITY ♦ RICHMOND ♦ LEESBURG

r e e d s m i t h . c o m

PHLLIB-786520.1



**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

In re Application of:
Hennenhoefer et al

Attorney Docket No.: 00-40387-US

Serial No.: 09/749,258

Examiner: Brown, Rueben M.

Filed: December 27, 2000

Group Art Unit: 2611

For: Intelligent Device System and Method for Distribution of Digital Signals on a Wideband Signal Distribution System

**PETITION FOR ONE MONTH EXTENSION**
**OF TIME AND FEE TRANSMITTAL**

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Applicant hereby petitions the Commissioner pursuant to 37 C.F.R. § 1.136(a) to extend the time for response to the Office Action dated December 16, 2004 having a three-month shortened statutory period for response expiring March 16, 2005 by one month to and including April 16, 2005.

A check in the amount of $60.00 to cover the petition fee, for a small entity, is transmitted herewith.

The Commissioner is hereby authorized to charge any deficiency in the enclosed amount or credit any overpayment to Deposit Account No. 18-0586.

Respectfully submitted,

Todd A. Norton

Todd A. Norton
Registration No. 48,636
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, Pennsylvania 19103-7301
(215) 851-8100

**EXPRESS MAIL CERTIFICATE (37 CFR 1.10)**

Express Mail Label No. EV482563001US    Date of Deposit April 1, 2005

I hereby certify that this paper, and the papers and/or fees referred to herein as transmitted, submitted or enclosed, are being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 CFR §1.10 on the date indicated above and is addressed to the Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

Name JUDITH A. ZWEIG    Signature Judith A. Zweig

04/05/2005 WABDELR1 00000019 09749258
01 FC:2251    60.00 OP



PHLLIB-786422.1

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 2000

**Application or Docket Number**

79/749258

### CLAIMS AS FILED - PART I

| | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA |
|---|---|---|
| TOTAL CLAIMS | 35 | |
| FOR | | |
| TOTAL CHARGEABLE CLAIMS | 35 minus 20= | 15 |
| INDEPENDENT CLAIMS | 12 minus 3 = | 9 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ |

* If the difference in column 1 is less than zero, enter "0" in column 2

| SMALL ENTITY TYPE ☐ | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | FEE | | RATE | FEE |
| BASIC FEE | 355.00 | OR | BASIC FEE | 710.00 |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL | | OR | TOTAL | |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA |
|---|---|---|---|---|
| Total | 11 | Minus ** | 35 | = |
| Independent | 4 | Minus *** | 12 | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|
| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus ** | | = |
| Independent | | Minus *** | | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1)<br>CLAIMS REMAINING AFTER AMENDMENT | | (Column 2)<br>HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3)<br>PRESENT EXTRA |
|---|---|---|---|---|
| Total | | Minus ** | | = |
| Independent | | Minus *** | | = |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | ☐ |

| RATE | ADDITIONAL FEE | | RATE | ADDITIONAL FEE |
|---|---|---|---|---|
| X$ 9= | | OR | X$18= | |
| X40= | | OR | X80= | |
| +135= | | OR | +270= | |
| TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 8/00)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
*U.S. GPO: 2000-460-706/30103

## MULTIPLE DEPENDENT CLAIM
## FEE CALCULATION SHEET
*(FOR USE WITH FORM PTO-875)*

| | SERIAL NO. | | FILING DATE |
|---|---|---|---|
| | | APPLICANT(S) | |

### CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | | • | | • | | • | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | | | | | | | 51 | | | | | | | |
| 2 | | | | | | | 52 | | | | | | | |
| 3 | | | | | | | 53 | | | | | | | |
| 4 | | | | | | | 54 | | | | | | | |
| 5 | | | | | | | 55 | | | | | | | |
| 6 | | | | | | | 56 | | | | | | | |
| 7 | | | | | | | 57 | | | | | | | |
| 8 | | | | | | | 58 | | | | | | | |
| 9 | | | | | | | 59 | | | | | | | |
| 10 | | | | | | | 60 | | | | | | | |
| 11 | | | | | | | 61 | | | | | | | |
| 12 | | | | | | | 62 | | | | | | | |
| 13 | | | | | | | 63 | | | | | | | |
| 14 | | | | | | | 64 | | | | | | | |
| 15 | | | | | | | 65 | | | | | | | |
| 16 | | | | | | | 66 | | | | | | | |
| 17 | | | | | | | 67 | | | | | | | |
| 18 | | | | | | | 68 | | | | | | | |
| 19 | | | | | | | 69 | | | | | | | |
| 20 | | | | | | | 70 | | | | | | | |
| 21 | | | | | | | 71 | | | | | | | |
| 22 | | | | | | | 72 | | | | | | | |
| 23 | | | | | | | 73 | | | | | | | |
| 24 | | | | | | | 74 | | | | | | | |
| 25 | | | | | | | 75 | | | | | | | |
| 26 | | | | | | | 76 | | | | | | | |
| 27 | | | | | | | 77 | | | | | | | |
| 28 | | | | | | | 78 | | | | | | | |
| 29 | | | | | | | 79 | | | | | | | |
| 30 | | | | | | | 80 | | | | | | | |
| 31 | | | | | | | 81 | | | | | | | |
| 32 | | | | | | | 82 | | | | | | | |
| 33 | | | | | | | 83 | | | | | | | |
| 34 | | | | | | | 84 | | | | | | | |
| 35 | | | | | | | 85 | | | | | | | |
| 36 | | | | | | | 86 | | | | | | | |
| 37 | | | | | | | 87 | | | | | | | |
| 38 | | | | | | | 88 | | | | | | | |
| 39 | | | | | | | 89 | | | | | | | |
| 40 | | | | | | | 90 | | | | | | | |
| 41 | | | | | | | 91 | | | | | | | |
| 42 | | | | | | | 92 | | | | | | | |
| 43 | | | | | | | 93 | | | | | | | |
| 44 | | | | | | | 94 | | | | | | | |
| 45 | | | | | | | 95 | | | | | | | |
| 46 | | | | | | | 96 | | | | | | | |
| 47 | | | | | | | 97 | | | | | | | |
| 48 | | | | | | | 98 | | | | | | | |
| 49 | | | | | | | 99 | | | | | | | |
| 50 | | | | | | | 100 | | | | | | | |
| TOTAL IND. | | | | | | | TOTAL IND. | | | | | | | |
| TOTAL DEP. | | | | | | | TOTAL DEP. | | | | | | | |
| TOTAL CLAIMS | | | | | | | TOTAL CLAIMS | | | | | | | |

FTO-1360 (3-78)

*MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS

U.S. DEPARTMENT of COMMERCE
Patent and Trademark Office

## CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT THIS CORRESPONDENCE IS BEING DEPOSITED WITH THE UNITED STATES POSTAL SERVICE AS FIRST-CLASS MAIL IN AN ENVELOPE ADDRESSED TO: COMMISSIONER FOR PATENTS, P.O. BOX 1450, ALEXANDRIA, VA 22313-1450, ON October 10, 2005.

Name: Laurie A. Drummond          Signature: *Laurie A. Drummond*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Attorney Docket No. 00-40387-US
Applicant:     Earl Hennenhoefer
Serial No.:    09/749,258                    Group Art Unit No.: 2611
Filed:         December 27, 2000             Examiner: Brown, Rueben M.
For:           AN INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF
               DIGITAL SIGNALS ON A WIDEBANK SIGNAL DISTRIBUTION SYSTEM

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### STATUS LETTER

Sir:

Almost one year has passed since the mailing of the Official Communication, dated December 16, 2004, in connection with the above-referenced patent application. Applicant's representative has not received any other communication concerning this application. Accordingly, Applicant requests the status of the above-referenced application.

No fee is believed to be due. However, the Commissioner is hereby authorized to charge any deficiency or credit any overpayment to Deposit Account No. 18-0586.

Respectfully submitted,

Date: October 10, 2005

Thomas J. McWilliams
Registration No. 44,930
REED SMITH, LLP
Intellectual Property
P.O. Box 7990
Philadelphia, PA 19101
(215) 241-7939

Attorney for Applicant

PHLLIB-841703.1-LADRUMMO



 UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 00-40387-US | 4827 |

7590    11/16/2005

Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

| EXAMINER |
|---|
| BROWN, RUEBEN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2611 | |

DATE MAILED: 11/16/2005

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | Examiner | Art Unit |
| | Reuben M. Brown | 2611 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>01 April 2005</u>.

2a)☐ This action is **FINAL**.    2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>5,6,22-28,30 and 32</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>5,6,22-28,30 and 32</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐ Certified copies of the priority documents have been received.

      2.☐ Certified copies of the priority documents have been received in Application No. _____.

      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☒ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08) Paper No(s)/Mail Date <u>12/21/04</u>.

4)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____.

U.S. Patent and Trademark Office
PTOL-326 (Rev. 7-05)           Office Action Summary           Part of Paper No./Mail Date 20051116

Application/Control Number: 09/749,258                                    Page 2

Art Unit: 2611

## DETAILED ACTION

### *Response to Arguments*

1.      Applicant's arguments with respect to claims have been considered but are moot in view

of the new ground(s) of rejection.

2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

3.      Claims 5-6, 22-28, 30 & 32 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Dinwiddie, (U.S. Pat # 6,481,013), in view of McArthur, (U.S. Pat # 5,805,806).

Considering claim 5, the claimed local RF receiver and baseband out intelligent device

system for transmitting digital information onto an RF carrier through a wideband distribution

network, comprising 'at least one addressable device' is met by the distribution unit 22 of

Dinwiddie, see Fig. 1B & col. 4, lines 38-55. Dinwiddie does not explicitly show a BUD,

however the cable in unit of McArthur, (Fig. 1) reads on the claimed subject matter. It would

Application/Control Number: 09/749,258                                     Page 3

Art Unit: 2611

have been obvious for one of ordinary skill in the art the time the invention was made, to modify

Dinwiddie with the feature of a BUD, at least for the desirable benefit of an additional layer of

processing in a home system as taught by McArthur, col. 2, lines 15-45 & col. 6, lines 1-25.

The claimed feature of splitting the digital signal into an IP and non-IP portion is met by

the operation of Dinwiddie, which transmits TV programming and web TV programming to the

user terminal, col.. 3, lines 25-35 & col. 4, lines 38-67.

The demodulator that receives that modulated RF digital sign from the BUD is met by the

Dinwiddie, col. 7, lines 55-67 & col. 8, lines 36-67. The claimed 'combiner' for creating the high

speed digital transmission is met by the Dinwiddie col. 5, lines 18-35.

The claimed RF splitter is met by the notch filter 70, Fig. 2. The claimed 'at least two

band pass filters' reads on the low pass and high pass filter combination shown on Fig. 2-4.

Considering claim 6, the claimed bandpass filters, correspond with subject matter

mentioned above in the rejection of claim 5, and are likewise treated.

Considering claims 22-23, the claimed intelligent device system, include elements that

correspond with subject matter mentioned above in the rejection of claim 5,and are likewise

analyzed. As for the claimed channel detector that receives traffic data is by Dinwiddie, col. 5,

lines 55-67.

Application/Control Number: 09/749,258                                                    Page 4
Art Unit: 2611

Regarding claim 23-25, 28 & 30-31, the instant claim additionally recites a wireless, intelligent device, which is also met by Dinwiddie that teaches the use of wireless keyboard for accessing the system, col. 5, lines 1-30. Dinwiddie also specifically discusses wireless transmission of data, using the 2.5-5. MHz bandwidth, col. 12, lines 57-67 & col. 13-col. 14.

Considering claims 26-27, the claimed wireless demodulator is necessarily included in Dinwiddie.

### *Conclusion*

4.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

A)      Blahut          Teaches local distribution of video signals.

Application/Control Number: 09/749,258                                    Page 5
Art Unit: 2611

**Any response to this action should be mailed to:**

> Commissioner for Patents
> P.O. Box 1450
> Alexandria, VA 22313-1450
> www.uspto.gov

**or faxed to:**
(571) 273-8300, (for formal communications intended for entry)
**Or:**

> (571) 273-7290 (for informal or draft communications, please label
> "PROPOSED" or "DRAFT")

Any inquiry concerning this communication or earlier communications from the examiner should

be directed to Reuben M. Brown whose telephone number is (571) 272-7290. The examiner can normally

be reached on M-F (9:00-6:00), First Friday off.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Christopher Grant can be reached on (571) 272-7294. The fax phone numbers for the organization where

this application or proceeding is assigned is (571) 273-8300 for regular communications and After Final

communications.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system. Status information for published applications may be obtained

from either Private PAIR or Public PAIR. Status information for unpublished applications is available

through Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Reuben M. Brown

REUBEN M. BROWN
PATENT EXAMINER

OIPE SC156

DEC 2 1 2004

PATENT & TRADEMARK OFFICE

SHEET _1_ OF _1_

| SUBSTITUTE FORM PTO-1449 | U.S. DEPARTMENT OF COMMERCE | ATTY. DOCKET NO. 00-40387-US | SERIAL NO. 09/749,258 |
|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | APPLICANT: Hennenhoefer *et al.* | |
| | | FILING DATE December 27, 200 | GROUP 2611 |

### U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | | DOCUMENT NUMBER | DATE | NAME | CLASS | SUBCLASS | FILING DATE (IF APPROPRIATE) |
|---|---|---|---|---|---|---|---|
| Ms | AA | 5,901,340 | 5/4/99 | Flickinger *et al.* | 455 | 3.1 | |
| Ms | AB | 5,805,806 | 9/8/98 | McArthur | 395 | 200.8 | |
| Ms | AC | 5,886,732 | 3/23/99 | Humpleman | 348 | 10 | |
| Ms | AD | 5,982,411 | 11/9/99 | Eyer et al. | 348 | 6 | |

### FOREIGN PATENT DOCUMENTS

| | | DOCUMENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | TRANSLATION YES | NO |
|---|---|---|---|---|---|---|---|---|
| | BA | | | | | | | |
| | BB | | | | | | | |
| | BC | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, Etc.)*

| | | |
|---|---|---|
| | CA | |
| | CB | |
| | CC | |

| EXAMINER | DATE CONSIDERED |
|---|---|
| Nurlin Bur | 11 / 10 / 05 |

EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP 609; Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

| | | | |
|---|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>09/749,258 | Applicant(s)/Patent Under<br>Reexamination<br>HENNENHOEFER ET AL. | |
| | Examiner<br>Reuben M. Brown | Art Unit<br>2611 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-6,481,013 | 11-2002 | Dinwiddie et al. | 725/80 |
| * | B | US-6,796,555 | 09-2004 | Blahut, Donald E. | 370/395.1 |
| | C | US- | | | |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

\*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.



# UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 4827**

| SERIAL NUMBER 09/749,258 | FILING DATE 12/27/2000 RULE | CLASS 725 | GROUP ART UNIT 2611 | ATTORNEY DOCKET NO. 00-40387-US |
|---|---|---|---|---|

**APPLICANTS**

Earl Hennenhoefer, Harrisburg, PA;

Richard V. Snyder, Harrisburg, PA;
Robert D. Stine, Dillsburg, PA;

** CONTINUING DATA ***************** *None ns*
*None ns*

** FOREIGN APPLICATIONS ********************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 05/31/2001

| Foreign Priority claimed ☐ yes ☒ no | STATE OR | SHEETS | TOTAL | INDEPENDENT |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance | COUNTRY | DRAWING | CLAIMS | CLAIMS |
| Verified and Acknowledged    Examiner's Signature    Initials | PA | 9 | 35 | 12 |

**ADDRESS**
Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia , PA
19103-7301

**TITLE**
Intelligent device system and method for distribution of digital signals on a wideband signal distribution system

| FILING FEE RECEIVED 915 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |

☐ Other _____

☐ Credit



### Index of Claims

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 09/749,258 | HENNENHOEFER ET AL. |
| Examiner | Art Unit |
| Reuben M. Brown | 2611 |

| √ | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim (Final) | Claim (Original) | 12/16/04 | 11/1/05 | | | | | Claim (Final) | Claim (Original) | | | | | | Claim (Final) | Claim (Original) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | 51 | | | | | | | 101 | | | | | | |
| | 2 | | | | | | | | 52 | | | | | | | 102 | | | | | | |
| | 3 | | | | | | | | 53 | | | | | | | 103 | | | | | | |
| | 4 | | | | | | | | 54 | | | | | | | 104 | | | | | | |
| | 5 | O | √ | | | | | | 55 | | | | | | | 105 | | | | | | |
| | 6 | O | √ | | | | | | 56 | | | | | | | 106 | | | | | | |
| | 7 | | | | | | | | 57 | | | | | | | 107 | | | | | | |
| | 8 | | | | | | | | 58 | | | | | | | 108 | | | | | | |
| | 9 | | | | | | | | 59 | | | | | | | 109 | | | | | | |
| | 10 | | | | | | | | 60 | | | | | | | 110 | | | | | | |
| | 11 | | | | | | | | 61 | | | | | | | 111 | | | | | | |
| | 12 | | | | | | | | 62 | | | | | | | 112 | | | | | | |
| | 13 | | | | | | | | 63 | | | | | | | 113 | | | | | | |
| | 14 | | | | | | | | 64 | | | | | | | 114 | | | | | | |
| | 15 | | | | | | | | 65 | | | | | | | 115 | | | | | | |
| | 16 | | | | | | | | 66 | | | | | | | 116 | | | | | | |
| | 17 | | | | | | | | 67 | | | | | | | 117 | | | | | | |
| | 18 | | | | | | | | 68 | | | | | | | 118 | | | | | | |
| | 19 | | | | | | | | 69 | | | | | | | 119 | | | | | | |
| | 20 | | | | | | | | 70 | | | | | | | 120 | | | | | | |
| | 21 | √ | | | | | | | 71 | | | | | | | 121 | | | | | | |
| | 22 | – | | | | | | | 72 | | | | | | | 122 | | | | | | |
| | 23 | | | | | | | | 73 | | | | | | | 123 | | | | | | |
| | 24 | | | | | | | | 74 | | | | | | | 124 | | | | | | |
| | 25 | | | | | | | | 75 | | | | | | | 125 | | | | | | |
| | 26 | | | | | | | | 76 | | | | | | | 126 | | | | | | |
| | 27 | | | | | | | | 77 | | | | | | | 127 | | | | | | |
| | 28 | √ | √ | | | | | | 78 | | | | | | | 128 | | | | | | |
| | 29 | √ | | | | | | | 79 | | | | | | | 129 | | | | | | |
| | 30 | O | √ | | | | | | 80 | | | | | | | 130 | | | | | | |
| | 31 | √ | | | | | | | 81 | | | | | | | 131 | | | | | | |
| | 32 | O | √ | | | | | | 82 | | | | | | | 132 | | | | | | |
| | 33 | √ | | | | | | | 83 | | | | | | | 133 | | | | | | |
| | 34 | √ | | | | | | | 84 | | | | | | | 134 | | | | | | |
| | 35 | | | | | | | | 85 | | | | | | | 135 | | | | | | |
| | 36 | | | | | | | | 86 | | | | | | | 136 | | | | | | |
| | 37 | | | | | | | | 87 | | | | | | | 137 | | | | | | |
| | 38 | | | | | | | | 88 | | | | | | | 138 | | | | | | |
| | 39 | | | | | | | | 89 | | | | | | | 139 | | | | | | |
| | 40 | | | | | | | | 90 | | | | | | | 140 | | | | | | |
| | 41 | | | | | | | | 91 | | | | | | | 141 | | | | | | |
| | 42 | | | | | | | | 92 | | | | | | | 142 | | | | | | |
| | 43 | | | | | | | | 93 | | | | | | | 143 | | | | | | |
| | 44 | | | | | | | | 94 | | | | | | | 144 | | | | | | |
| | 45 | | | | | | | | 95 | | | | | | | 145 | | | | | | |
| | 46 | | | | | | | | 96 | | | | | | | 146 | | | | | | |
| | 47 | | | | | | | | 97 | | | | | | | 147 | | | | | | |
| | 48 | | | | | | | | 98 | | | | | | | 148 | | | | | | |
| | 49 | | | | | | | | 99 | | | | | | | 149 | | | | | | |
| | 50 | | | | | | | | 100 | | | | | | | 150 | | | | | | |

Patent
Attorney's Docket No. <u>0050936-000017</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | )    **Mail Stop Amendment** |
| Earl Hennenhoefer et al. | )    Group Art Unit: 2611 |
| Application No.: 09/749,258 | )    Examiner: RUEBEN M BROWN |
| Filed: December 27, 2000 | )    Confirmation No.: 4827 |
| For:   INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | ) |

## <u>RESPONSE UNDER 37 C.F.R. §1.111</u>

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

     In response to the Office Action dated November 16, 2005, Applicant submits herewith the following Response filed concurrently with a two month Petition for Extension of Time extending the period for response to April 17, 2006.  Favorable consideration of the following remarks is respectfully requested.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 2

## REMARKS

This response is being filed to address the rejections received in the November 16, 2005 Office Action.  Currently claims 5, 6, 22-28, 30 and 32 are pending.  Claims 1-4, 6-21, 29, 31, 33 and 34 have been canceled.  Claims 5, 22, 23, 25, 28, 30 and 32 are independent.  In the Office Action, claims 5, 6, 22-28, 30 and 32 have been rejected under 35 U.S.C. §103(a) as being unpatentable over Dinwiddie, U.S. Patent No. 6,481,013 in view of McArthur, U.S. Patent No. 5,805,806.  These rejections are respectfully traversed.

The present application is directed to an intelligent device system and method for distribution of digital signals onto, and off of, a wideband signal distribution system.

Referring to Applicants' exemplary embodiment shown in Figure 2, a local RF receiver and baseband out intelligent device system for transmitting digital information onto an RF carrier through a wideband distribution network is shown. The foregoing features are broadly encompassed by Applicants' independent claim 5.  For instance, claim 5 recites at least one addressable device 202 having at least one input and at least one output as illustrated in Figure 2.  In addition, an intelligent device 204 comprising a demodulator 220 that receives the modulated RF signal portion from a BUD 38, and a first digital combiner 212, which combines at least two demodulated digital signal portions from said demodulator in one high speed digital transmission, among other features, are illustrated.

The intelligent device system 200 receives digital and analog information on an RF carrier, which may be, for example, between 5MHz to an excess of 1GHz, from a wideband signal distribution system, and for use in sending baseband digital

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 3

information to a wideband signal distribution system.  The addressable device 202 may be, for example, an Ethernet card, or a NIC card, in a computer, or maybe a display device that displays digital information.  The addressable device 202 can have an address, such as an IP address assigned thereto, to allow communications directed to that particular address to be delivered thereto.

The intelligent device 204 receives the modulated RF signal, which may include IP and non-IP signal portions thereon, via the RF system input.  The intelligent device 204 also receives at least one incoming digital signal, such as a digital IP signal, from the addressable device 202.  The RF system input may be, for example, connected to the at least one BUD 38, after the BUD 38 has received incoming digital signal from the addressable device 202.  The modulated RF signal, upon receipt at the intelligent device 204 from the BUD 38, is split into an IP portion and non-IP portion of the incoming signal.  The incoming signal is then differentiated according to the information frequency on the incoming carrier.  For example, the non-IP portion, digital or analog, of the signal may be passed through the first band pass filter 216 that passes the band of the RF carrier that includes the non-IP portion.  The non-IP portion is fed to a standard RF television/computer outlet 232. Pre-selected RF signals and pre-selected RF channels are allowed to pass to this standard outlet 232.

The IP portion of the modulated RF signal can be fed through a second band pass filter 218 that passes a band outside the band pass of the first band pass filter 216. The IP portions, modulated RF signal is then demodulated by demodulator 220. The demodulator 220 strips the RF carrier signal from the digital baseband signal as is known in the art.  Following demodulation, the IP digital signals are combined by a

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 4

digital combiner 212 in order to effectuate a parallel-to-serial conversion.  The output of the digital combiner 212 is a high speed serial digital output.  The output of the digital combiner 212 is routed to at least one addressable device 202 via an output pair, such as pins 7 and 8.  The digital information is thereby provided to the addressable device 202.

In the rejection of claim 5, the Office Action asserts that the "at least one addressable device" is met by the distribution unit 22 of Dinwiddie as shown in Figure 1B and discussed at column 4, lines 38-55.  Neither Figure 1B nor column 4, lines 38-55 disclose that the distribution unit 22 of Dinwiddie is addressable.

Figure 2 of Dinwiddie illustrates the internal structure of the distribution unit 22.  The Figure does not specifically show addressable components and column 4, lines 38-55 merely disclose that the distribution unit 22 will also receive a broadcast signal via the broadcast signal input 42.  Therefore, Dinwiddie does not disclose or suggest that distribution unit 22 is an addressable device as recited in the claims and as asserted in the Office Action.

Claim 5 also recites an intelligent device that receives, from the BUD, a modulated RF signal, among other functions, and wherein the said intelligent device comprises a first digital combiner that combines at least two demodulated digital signal portions from said demodulator into one high speed digital transmission.

On page 3 of the Office Action, the Examiner asserts that the claimed combiner for creating the high speed digital transmission is met by the Dinwiddie patent at column 5, lines 18-35.  The citation discloses that the broadcast services band as designated by the FCC extends from 5 MHz to 997.25 MHz and describes a portion of that band that is dedicated to the Data Over Cable Service Interface

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 5

Specification (DOCSIS). The cited section does not disclose any structure that combines the at least two demodulated digital signal portions within an intelligent device as recited in claim 5.

Also on page 3, the Examiner asserts that the claimed RF splitter is met by the notch filter 70 of Figure 2. However, notch filter 70 of Figure 2 is in the distribution unit 22 of Dinwiddie, which previously the Examiner has stated corresponds to the claimed addressable device. Therefore, the claimed RF splitter, which is comprised within the intelligent device, should not also be in the addressable device as asserted by the Examiner.

Finally, the claimed intelligent device also serves to split an IP portion from a non-IP signal portion of the digital signal portion of the modulated RF signal received from the BUD over the network. The text at column 4, lines 38-67 discusses the distribution unit 22 of Dinwiddie, which the Office Action alleges corresponds to the claimed addressable device, and not the claimed intelligent device.

Therefore, the Dinwiddie patent does not disclose an addressable device or an intelligent device as recited in the independent claim 5. The Office Action asserts that the McArthur patent cures the deficiencies of the Dinwiddie patent. However, the McArthur patent does not disclose an addressable device or an intelligent device as recited in the claims. The Dinwiddie and McArthur patents individually, or in combination, fail to disclose all of the features recited in independent claim 5.

As for independent claims 22, 23, 25, 28, 30 and 32, these claims were not specifically addressed, but were rejected under the same grounds of rejection as claim 5. Independent claims 22, 23, 25, 30 and 32 each recite, among other features, an addressable device, which is not disclosed or suggested by the

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 6

Dinwiddie and McArthur patents individually, or in combination. Claim 28 recites, among other features, an intelligent device, which also is not disclosed or suggested by the Dinwiddie and McArthur patents individually, or in combination.

The Dinwiddie and McArthur patents fail to disclose all of the features recited in independent claims 5, 22, 23, 25, 28, 30 and 32 individually, or in combination. Therefore, it is respectfully submitted that a *prima facie* case of obviousness has not been made with respect to the independent claims over the applied prior art. The rejection of claims 5, 6, 22-28, 30 and 32 should be withdrawn.

Should any questions arise in connection with this application, or should the Examiner believe a telephone conference would be helpful in resolving any remaining issues pertaining to this application, the undersigned respectfully requests that he be contacted at the number indicated below.

Respectfully submitted,

BUCHANAN INGERSOLL PC

Date:   April 17, 2006          By:   _Martin E. Miller_

Martin E. Miller
Registration No. 56,022

P.O. Box 1404
Alexandria, Virginia  22313-1404
(703) 836-6620

APR 17 2006

Patent
Attorney Docket No. 0050936-000017

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

Earl Hennenhoefer et al.

Application No.: 09/749,258

Filing Date: December 27, 2000

Group Art Unit: 2611

Examiner: RUEBEN M BROWN

Confirmation No.: 4827

Title: INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

### PETITION FOR EXTENSION OF TIME

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The following extension of time is requested to: respond to Office Action dated November 16, 2005

two months to ___April 17, 2006___ ☐ $225.00 (2252) ☒ $450.00 (1252)

☐ The shortened statutory period has been reset by an Advisory Action dated _____.

☐ An extension fee in the amount of _____ is enclosed.

☐ Charge _____ to Deposit Account No. 02-4800.

☒ Charge ___$ 450.00___ to credit card. Form PTO-2038 is attached.

The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§1.16, 1.17 and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 02-4800. This paper is submitted in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL PC

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

By _____

Martin E. Miller
Registration No. 56,022

Date: ___April 17, 2006___

04/18/2006 YPOLITE1 00000064 09749258
01 FC:1252                               450.00 OP

## Buchanan Ingersoll PC
ATTORNEYS

Including attorneys from **Burns Doane Swecker & Mathis**

(8/05)

Patent

Attorney Docket No.  0050936-000017



**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

**MAIL STOP AMENDMENT**

In re Patent Application of

Earl Hennenhoefer et al.                              Group Art Unit:  2611

Application No.:  09/749,258                        Examiner:  RUEBEN M BROWN

Filing Date:        December 27, 2000            Confirmation No.:  4827

Title:   INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A
WIDEBAND SIGNAL DISTRIBUTION SYSTEM


**AMENDMENT/REPLY TRANSMITTAL LETTER**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is a reply for the above-identified patent application.

☒   A Petition for Extension of Time is also enclosed.

☐          Terminal Disclaimer(s) and the  ☐ $65.00 (2814)  ☐ $130.00 (1814)  fee per
Disclaimer due under 37 C.F.R. § 1.20(d) are also enclosed.

☐   Also enclosed is/are _____
_____
_____
_____
_____
_____

☐   Small entity status is hereby claimed.

☐   Applicant(s) requests continued examination under 37 C.F.R. § 1.114 and enclose the
☐ $395.00 (2801)  ☐ $790.00 (1801)   fee due under 37 C.F.R. § 1.17(e).

☐   Applicant(s) requests that any previously unentered after final amendments not be entered.
Continued examination is requested based on the enclosed documents identified above.

☐   Applicant(s) previously submitted _____
_____
on _____,
for which continued examination is requested.

☐   Applicant(s) requests suspension of action by the Office until at least _____,
which does not exceed three months from the filing of this RCE, in accordance with 37 C.F.R.
§ 1.103(c).  The required fee under 37 C.F.R. § 1.17(i) is enclosed.

☐   A Request for Entry and Consideration of Submission under 37 C.F.R. § 1.129(a) (1809/2809) is also
enclosed.

**Buchanan Ingersoll** PC
ATTORNEYS
Including attorneys from **Burns Doane Swecker & Mathis**

Page 1 of 2
(8/05)

Attorney Docket No.   0050936-000017

Application No.   09/749,258

☒   No additional claim fee is required.

☐   An additional claim fee is required, and is calculated as shown below.

| **AMENDED CLAIMS** | | | | | |
|---|---|---|---|---|---|
| | **No. of Claims** | **Highest No. of Claims Previously Paid For** | **Extra Claims** | **Rate** | **Additional Fee** |
| Total Claims | | MINUS   = | 0 | x  $50.00  (1202) = | $ 0.00 |
| Independent Claims | | MINUS   = | 0 | x  $200.00 (1201) = | $ 0.00 |
| If Amendment adds multiple dependent claims, add  $360.00 (1203) | | | | | |
| Total Claim Amendment Fee | | | | | $ 0.00 |
| ☐   Small Entity Status claimed - subtract 50% of Total Claim Amendment Fee | | | | | $ 0.00 |
| **TOTAL ADDITIONAL CLAIM FEE DUE FOR THIS AMENDMENT** | | | | | **$ 0.00** |

☐   A check in the amount of _____ is enclosed for the fee due.

☐   Charge _____ to Deposit Account No. 02-4800.

☐   Charge _____ to credit card. Form PTO-2038 is attached.

    The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§ 1.16, 1.17, 1.20(d) and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 02-4800. This paper is submitted in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL PC

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

Date:  April 17, 2006 _____

By  *Martin E. Miller*
Martin E. Miller
Registration No.  56,022

**Buchanan Ingersoll PC**
ATTORNEYS
Including attorneys from Burns Doane Swecker & Mathis

Page 2 of 2



## United States Patent and Trademark Office

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 00-40387-US | 4827 |

7590      07/03/2006

Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA  19103-7301

| EXAMINER |
|---|
| BROWN, RUEBEN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2623 | |

DATE MAILED: 07/03/2006

Please find below and/or attached an Office communication concerning this application or proceeding.

| | **Application No.** | **Applicant(s)** |
|---|---|---|
| ***Office Action Summary*** | 09/749,258 | HENNENHOEFER ET AL. |
| | **Examiner** | **Art Unit** | |
| | Reuben M. Brown | 2623 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>17 April 2006</u>.

2a)☐ This action is **FINAL**.       2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>5,6,22-28,30 and 32</u> is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) <u>5-6, 22-28, 30 & 32</u> is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

   Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a)☐ All   b)☐ Some * c)☐ None of:

   1.☐ Certified copies of the priority documents have been received.

   2.☐ Certified copies of the priority documents have been received in Application No. _____.

   3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO-1449 or PTO/SB/08)
      Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
      Paper No(s)/Mail Date. _____.
5)☐ Notice of Informal Patent Application (PTO-152)
6)☐ Other: _____.

Application/Control Number: 09/749,258                                    Page 2
Art Unit: 2623

## DETAILED ACTION

### *Response to Arguments*

1.      Applicant's arguments, filed 4/17/2006, with respect to claims have been considered but

are moot in view of the new grounds of rejection.

### *Claim Rejections - 35 USC § 103*

2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

3.      Claims 5-6, 22-28, 30 & 32 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Moura, (U.S. Pat # 5,347,304), in view of Flickinger, (U.S. Pat # 5,901,340), Adams, (U.S.

Pat # 6,124,878) and Jeffery, (U.S. Pat # 6,567,981).

Considering claim 5, the claimed local RF receiver and baseband out intelligent device

system for transmitting digital information onto an RF carrier through a wideband distribution

Application/Control Number: 09/749,258                                                    Page 3
Art Unit: 2623

network, comprising 'at least one addressable device' is met by the RLA of Moura, see Fig. 1-3

& col. 4, lines 38-55. Moura does not explicitly show a BUD, however the cable in unit of

Flickinger, (Fig. 1-2) reads on the claimed subject matter. It would have been obvious for one of

ordinary skill in the art the time the invention was made, to modify Moura with the feature of a

BUD, at least for the desirable benefit of an additional layer of processing in a home system as

taught by Flickinger, col. 2, lines 18-46; col. 3, lines 20-60.

As for claimed feature of splitting the digital signal into an IP and non-IP portion, even

though Moura suggest that IP data is sent of CATV line, the reference does not explicitly discus

the splitting. Nevertheless, Adams, which is in the same field of endeavor discus splitting a

signal to a non-IP and IP signal, Fig. 1; Fig. 4; col. 6, lines 1-61. It would have been obvious for

one of ordinary skill in the art the time the invention was made, to modify Moura with the

feature of splitting signal to IP and non-IP, as taught by Adams, at least in order to meet the

needs of the connected end units.

As for the 'demodulator that receives that modulated RF digital sign from the BUD',

Moura does not discuss demodulating the signal. However Jeffrey, teaches demodulating a

variety of signals, Fig. 1). It would have been obvious for one of ordinary skill in the art the time

the invention was made, to modify Moura with the demodulating technique, as taught by Jeffery,

at least in order to more efficiently utilize the RF system,. The claimed 'combiner' for creating

the high speed digital transmission is met by the Dinwiddie col. 5, lines 18-35.

Application/Control Number: 09/749,258                                    Page 4
Art Unit: 2623

The claimed RF splitter is met by the server/router 6 in Jeffery, Fig. 1. The claimed 'at least two band pass filters' is disclosed in Flickinger, Fig. 2-6

Considering claim 6, the claimed bandpass filters, correspond with subject matter mentioned above in the rejection of claim 5, and are likewise treated.

Considering claims 22-23, the claimed intelligent device system, include elements that correspond with subject matter mentioned above in the rejection of claim 5,and are likewise analyzed. As for the claimed channel detector that receives traffic data is met by Moura

Regarding claim 23-25, 28 & 30-31, the instant claim additionally recites a wireless, intelligent device, see Jeffrey, Fig. 2; col. 2, lines 40-60; col. 12, lines 31-65.

Considering claims 26-27, the claimed wireless demodulator is necessarily included in Jeffery.

### *Conclusion*

4.      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

A)      Edson

B)      Maruo

Application/Control Number: 09/749,258                                    Page 5
Art Unit: 2623

**Any response to this action should be mailed to:**

> Commissioner for Patents
> P.O. Box 1450
> Alexandria, VA 22313-1450
> www.uspto.gov

**or faxed to:**
(571) 273-8300, (for formal communications intended for entry)
**Or:**
> (571) 273-7290 (for informal or draft communications, please label
> "PROPOSED" or "DRAFT")

Any inquiry concerning this communication or earlier communications from the examiner should

be directed to Reuben M. Brown whose telephone number is (571) 272-7290. The examiner can normally

be reached on M-F (9:00-6:00), First Friday off.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Christopher Kelley can be reached on (571) 272-7331. The fax phone numbers for the organization

where this application or proceeding is assigned is (571) 273-8300 for regular communications and After

Final communications.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system. Status information for published applications may be obtained

from either Private PAIR or Public PAIR. Status information for unpublished applications is available

through Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Reuben M. Brown

REUBEN M. BROWN
PATENT EXAMINER

| *Notice of References Cited* | Application/Control No. 09/749,258 | Applicant(s)/Patent Under Reexamination HENNENHOEFER ET AL. | |
|---|---|---|---|
| | Examiner Reuben M. Brown | Art Unit 2623 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-5,347,304 | 09-1994 | Moura et al. | 725/131 |
| * | B | US-6,124,878 | 09-2000 | Adams et al. | 725/118 |
| * | C | US-6,567,981 | 05-2003 | Jeffrey, Ross A. | 725/80 |
| * | D | US-6,526,581 | 02-2003 | Edson, Richard | 725/74 |
| * | E | US-6,757,909 | 06-2004 | Maruo et al. | 725/111 |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20060620



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



Bib Data Sheet

**CONFIRMATION NO. 4827**

| SERIAL NUMBER 09/749,258 | FILING OR 371(c) DATE 12/27/2000 RULE | CLASS 725 | GROUP ART UNIT 2623 | ATTORNEY DOCKET NO. 00-40387-US |
|---|---|---|---|---|

**APPLICANTS**
Earl Hennenhoefer, Harrisburg, PA;
Richard V. Snyder, Harrisburg, PA;
Robert D. Stine, Dillsburg, PA;

** CONTINUING DATA *************************** *New*

** FOREIGN APPLICATIONS ******************** *New*

**IF REQUIRED, FOREIGN FILING LICENSE GRANTED**
** 05/31/2001

| Foreign Priority claimed ☐ yes ☒ no<br>35 USC 119 (a-d) conditions ☐ yes ☒ no ☐ Met after<br>met    Allowance<br>Verified and<br>Acknowledged    Examiner's Signature    Initials | STATE OR COUNTRY PA | SHEETS DRAWING 9 | TOTAL CLAIMS 35 | INDEPENDENT CLAIMS 12 |
|---|---|---|---|---|

**ADDRESS**
Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA19103-7301

**TITLE**
Intelligent device system and method for distribution of digital signals on a wideband signal distribution system

| FILING FEE RECEIVED 915 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees<br>☐ 1.16 Fees ( Filing )<br>☐ 1.17 Fees ( Processing Ext. of time )<br>☐ 1.18 Fees ( Issue )<br>☐ Other _____<br>☐ Credit |
|---|---|---|

http://neo:8000/PrexServlet/PrexAction                                     6/27/06

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | Examiner | Art Unit | |
| | Reuben M. Brown | 2623 | |

| √ | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim | | Date | | | | | | | | | Claim | | Date | | | | | | | | Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 6/20/06 | | | | | | | | | Final | Original | | | | | | | | | | Final | Original | | | | | | | | | |
| | 1 | | | | | | | | | | | 51 | | | | | | | | | | | 101 | | | | | | | | | |
| | 2 | | | | | | | | | | | 52 | | | | | | | | | | | 102 | | | | | | | | | |
| | 3 | | | | | | | | | | | 53 | | | | | | | | | | | 103 | | | | | | | | | |
| | 4 | | | | | | | | | | | 54 | | | | | | | | | | | 104 | | | | | | | | | |
| | 5 | ✔ | | | | | | | | | | 55 | | | | | | | | | | | 105 | | | | | | | | | |
| | 6 | ✔ | | | | | | | | | | 56 | | | | | | | | | | | 106 | | | | | | | | | |
| | 7 | | | | | | | | | | | 57 | | | | | | | | | | | 107 | | | | | | | | | |
| | 8 | | | | | | | | | | | 58 | | | | | | | | | | | 108 | | | | | | | | | |
| | 9 | | | | | | | | | | | 59 | | | | | | | | | | | 109 | | | | | | | | | |
| | 10 | | | | | | | | | | | 60 | | | | | | | | | | | 110 | | | | | | | | | |
| | 11 | | | | | | | | | | | 61 | | | | | | | | | | | 111 | | | | | | | | | |
| | 12 | | | | | | | | | | | 62 | | | | | | | | | | | 112 | | | | | | | | | |
| | 13 | | | | | | | | | | | 63 | | | | | | | | | | | 113 | | | | | | | | | |
| | 14 | | | | | | | | | | | 64 | | | | | | | | | | | 114 | | | | | | | | | |
| | 15 | | | | | | | | | | | 65 | | | | | | | | | | | 115 | | | | | | | | | |
| | 16 | | | | | | | | | | | 66 | | | | | | | | | | | 116 | | | | | | | | | |
| | 17 | | | | | | | | | | | 67 | | | | | | | | | | | 117 | | | | | | | | | |
| | 18 | | | | | | | | | | | 68 | | | | | | | | | | | 118 | | | | | | | | | |
| | 19 | | | | | | | | | | | 69 | | | | | | | | | | | 119 | | | | | | | | | |
| | 20 | | | | | | | | | | | 70 | | | | | | | | | | | 120 | | | | | | | | | |
| | 21 | | | | | | | | | | | 71 | | | | | | | | | | | 121 | | | | | | | | | |
| | 22 | ✔ | | | | | | | | | | 72 | | | | | | | | | | | 122 | | | | | | | | | |
| | 23 | | | | | | | | | | | 73 | | | | | | | | | | | 123 | | | | | | | | | |
| | 24 | | | | | | | | | | | 74 | | | | | | | | | | | 124 | | | | | | | | | |
| | 25 | | | | | | | | | | | 75 | | | | | | | | | | | 125 | | | | | | | | | |
| | 26 | | | | | | | | | | | 76 | | | | | | | | | | | 126 | | | | | | | | | |
| | 27 | | | | | | | | | | | 77 | | | | | | | | | | | 127 | | | | | | | | | |
| | 28 | | | | | | | | | | | 78 | | | | | | | | | | | 128 | | | | | | | | | |
| | 29 | | | | | | | | | | | 79 | | | | | | | | | | | 129 | | | | | | | | | |
| | 30 | ✔ | | | | | | | | | | 80 | | | | | | | | | | | 130 | | | | | | | | | |
| | 31 | | | | | | | | | | | 81 | | | | | | | | | | | 131 | | | | | | | | | |
| | 32 | ✔ | | | | | | | | | | 82 | | | | | | | | | | | 132 | | | | | | | | | |
| | 33 | | | | | | | | | | | 83 | | | | | | | | | | | 133 | | | | | | | | | |
| | 34 | | | | | | | | | | | 84 | | | | | | | | | | | 134 | | | | | | | | | |
| | 35 | | | | | | | | | | | 85 | | | | | | | | | | | 135 | | | | | | | | | |
| | 36 | | | | | | | | | | | 86 | | | | | | | | | | | 136 | | | | | | | | | |
| | 37 | | | | | | | | | | | 87 | | | | | | | | | | | 137 | | | | | | | | | |
| | 38 | | | | | | | | | | | 88 | | | | | | | | | | | 138 | | | | | | | | | |
| | 39 | | | | | | | | | | | 89 | | | | | | | | | | | 139 | | | | | | | | | |
| | 40 | | | | | | | | | | | 90 | | | | | | | | | | | 140 | | | | | | | | | |
| | 41 | | | | | | | | | | | 91 | | | | | | | | | | | 141 | | | | | | | | | |
| | 42 | | | | | | | | | | | 92 | | | | | | | | | | | 142 | | | | | | | | | |
| | 43 | | | | | | | | | | | 93 | | | | | | | | | | | 143 | | | | | | | | | |
| | 44 | | | | | | | | | | | 94 | | | | | | | | | | | 144 | | | | | | | | | |
| | 45 | | | | | | | | | | | 95 | | | | | | | | | | | 145 | | | | | | | | | |
| | 46 | | | | | | | | | | | 96 | | | | | | | | | | | 146 | | | | | | | | | |
| | 47 | | | | | | | | | | | 97 | | | | | | | | | | | 147 | | | | | | | | | |
| | 48 | | | | | | | | | | | 98 | | | | | | | | | | | 148 | | | | | | | | | |
| | 49 | | | | | | | | | | | 99 | | | | | | | | | | | 149 | | | | | | | | | |
| | 50 | | | | | | | | | | | 100 | | | | | | | | | | | 150 | | | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.  20060620

| Search Notes | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | Examiner | Art Unit | |
| | Reuben M. Brown | 2623 | |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SEARCH NOTES
## (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| East | 6/25/2006 | RB |
| | | |
| | | |
| | | |
| | | |
| | | |

## INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No.  20060620

Patent

Attorney Docket No.   0050936-000017

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of

Earl Hennenhoefer et al.

Application No.:   09/749,258

Filing Date:      December 27, 2000

Group Art Unit:  2623

Examiner:  RUEBEN M BROWN

Confirmation No.:  4827

Title:  INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

### REVOCATION AND NEW POWER OF ATTORNEY
### BY ASSIGNEE OF ENTIRE INTEREST

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

As the Assignee of the entire interest in the above-identified application, all powers of attorney previously given are hereby revoked, and I hereby appoint the attorneys and agents associated with the following PTO Customer Number of Buchanan Ingersoll PC (including attorneys from Burns, Doane, Swecker & Mathis) to prosecute said application and to transact all business in the Patent and Trademark Office connected therewith and to file, prosecute and transact all business in connection with the above-identified application:

Customer Number  **2 1 8 3 9**

The Assignee has reviewed documentary evidence of the chain of title from the original owner to the Assignee recorded in the U.S. Patent and Trademark Office at the following Reel(s) and Frame(s), and certifies that to the best of its knowledge and belief it is the owner of the entire right, title and interest in and to the above-identified application:   Reel:  011689 , Frame:  0891   Reel: _____ , Frame: _____
Reel: _____ , Frame: _____

Please direct all telephone calls and correspondence to:  Buchanan Ingersoll PC
Including attorneys from Burns, Doane, Swecker & Mathis
P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the assignee.

Date: _April 21, 2006_    Signature: _Earl Hennenhoefer_
Name:    Earl Hennenhoefer
Title:    President and CEO

Company: Z-Band Inc.

## Buchanan Ingersoll PC
ATTORNEYS

Including attorneys from Burns Doane Swecker & Mathis

(8/05)



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 00-40387-US |

**CONFIRMATION NO. 4827**

Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301


*OC000000020727940*

Date Mailed: 10/05/2006

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/15/2006.

● The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

HAIMANOT CHRISTIAN
PTOSS (703) 305-0677 EXT 146

OFFICE COPY



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 |

21839
BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404

**CONFIRMATION NO. 4827**

*OC000000020727953*

Date Mailed: 10/05/2006

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 09/15/2006.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

HAIMANOT CHRISTIAN
PTOSS (703) 305-0677 EXT 146

OFFICE COPY

Patent
Attorney's Docket No. 0050936-000017

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | |
|---|---|
| In re Patent Application of | ) **Mail Stop Amendment** |
| Earl Hennenhoefer et al. | ) Group Art Unit: 2611 |
| Application No.: 09/749,258 | ) Examiner: RUEBEN M BROWN |
| Filed: December 27, 2000 | ) Confirmation No.: 4827 |
| For: INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | ) |

## RESPONSE

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action dated July 3, 2006, Applicant submits herewith the following Response filed concurrently with a one month Petition for Extension of Time extending the period for response to November 3, 2006.

Favorable consideration of the following remarks is respectfully requested.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 2

## REMARKS

Claims 5, 6, 22-28, 30 and 32 are pending in the present application.  Claims 5, 6, 22-28, 30 and 32 have been rejected under 35 U.S.C. §103(a) as being unpatentable over the combination of U.S. Patent No. 5,347,304 to Moura,  further in view of U.S. Patent No. 5,901,340 to Flickinger, U.S. Patent No. 6,124,878 to Adams and U.S. Patent No. 6,567,981 to Jeffery.  Applicants respectfully traverse.

Applicants' Figure 2 is an exemplary embodiment illustrating the features encompassed by Applicants' independent claims.  The intelligent device system illustrated includes at least one addressable device 202 having at least one input and at least one output.  A broadband uniform distribution (BUD) unit 38 receives a signal that includes at least a digital signal portion from the output of the at least one addressable device 202.  An intelligent device 204 receives from the BUD 38 a modified RF signal carrying at least a digital signal portion.  The intelligent device 204 splits an IP portion from a non-IP signal portion of the digital signal portion.  The intelligent device 204 removes the modulated RF carrier from the IP portion and sends the IP portion signal to the input of at least one addressable device 202.  As for the non-IP signal portion, the intelligent device 204 sends that to at least one standard outlet 232.  The intelligent device comprises a demodulator 220 that receives the modulated RF digital signal portion from the BUD and a first digital combiner 212 that combines at least two demodulated digital signal portions from the demodulator 220 into one high speed digital transmission, as well as an RF splitter 214 and at least two RF bandpass filters 216,218.

On page 3, last paragraph of the Office Action, the Examiner asserts that the claimed "combiner" for creating the high speed digital transmission is disclosed in the

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 3

Dinwiddie patent at column 5, lines 18-35.  However, the Dinwiddie patent is not cited in the list of patents that have been combined under 35 U.S.C. §103(a) to reject independent claim 5.  Claims 5, 6, 22-28, 30 and 32, are presumably rejected under the combination of the Moura, Flickinger, Adams, Jeffery and Dinwiddie patents.

In contrast to the Applicants' claim 5 combination, the Moura patent utilizes a single six Mhz channel sliced to send and receive digital information.  The Moura patent does not disclose or suggest, as admitted by the Examiner, an IP and non-IP portion.

The Office Action relies on the Adams patent, which is directed to a wideband system, to cure the deficiencies of the Moura patent.  However,  the Adams patent uses IP communications between a set top box and the cable TV headend to optimize bandwidth for different traffic types, e.g., available bit rate (ABR), continuous bit rate (CBR), and variable bit rate (VBR), which is clearly not related to the claimed features.

The Jeffery patent discloses a cross point matrix switcher 7 that indicates a baseband signal and not an RF wide band signal application (see, for instance, col. 2, lines 31-48).  Therefore, the demodulators are used to adapt an RF signal to the matrix switch (see, col. 6, lines 12-21, for example), and not for receiving the modulated RF digital signal portion from a BUD as recited in independent claim 5.

The Dinwiddie patent discloses a system that adapts entertainment and computer appliances to a coaxial cable that is installed in a home environment. Even though the use of combiners and modulators is cited, the application and interfaces are not to a wideband signal distribution system as recited in Applicants' claim 5.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 4

In addition, the Office Action never identifies which of the five applied patents discloses the claimed feature of an intelligent device that receives from the BUD a modulated RF signal carrying at least the digital signal portion thereon, wherein the intelligent device splits an IP portion from a non-IP portion of the digital signal portion.

Further, the Office Action never addresses Applicants' claim 5 feature of an intelligent device which removes the modulated RF carrier from the IP portion and sends the IP portion signal to the input of at least one addressable device, wherein said intelligent device sends the non-IP signal portion to at least one standard outlet.

In stating the motivation for making the combination of the five applied references, the Office Action only addresses the combination of the secondary reference with the primary reference.  For instance, in addressing the BUD, the Office Action states that "Moura does not explicitly show a BUD."  The Office Action relies on the Flickinger patent to disclose such a feature and states that it would have been obvious for one of ordinary skill in the art at the time the invention was made to modify the Moura patent with the feature of the BUD, at least for the desired benefit of an additional layer of processing in a home system as taught by the Flickinger patent.

In the next paragraph of the Office Action, the Office Action states that the Moura patent does not explicitly discuss splitting an IP portion from a non-IP signal portion of the digital signal portion and relies on the Adams patent to disclose such a feature.

However, the Examiner does not discuss the motivation for combining the Adams patent with both the Moura patent and he Flickinger patent to arrive at

Applicants' claimed embodiment. In addition, the Office Action does not disclose how the Adams patent, the Jeffery patent and the Dinwiddie patent would additionally have been combined with the teachings of the Moura patent and the Flickinger patent to arrive at Applicants' claim 5 combination.

As the Examiner is aware, it is improper to combine the teachings of references such that the principle operation of the primary reference is significantly changed. *In re Gordon, 733 F.2d 900, 221 USPQ 1125 (Fed. Cir. 1984).* Applicants respectfully assert that modifying the Moura patent with the combination of additional features allegedly disclosed by the Adams, Flickinger, Jeffery, and Dinwiddie patents would have significantly altered the principles of operation of the system disclosed in the Moura patent.

Accordingly, Applicants respectfully submit that the combination of patents relied upon by the Examiner is improper, and that these patents, either individually or in combination, do not disclose or suggest all of the features recited in Applicants' independent claim 5.

Claims 22 and 23 were rejected for similar reasons to those raised with respect to claim 5. Applicants submit that claims 5, 6, 22-28, 30 and 32 are allowable over the applied art of record for at least the above reasons.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 6

Should any questions arise in connection with this application, or should the

Examiner believe a telephone conference would be helpful in resolving any

remaining issues pertaining to this application, the undersigned respectfully requests

that he be contacted at the number indicated below.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date:  December 4, 2006          By: _____

Martin E. Miller
Registration No. 56,022

P.O. Box 1404
Alexandria, Virginia  22313-1404
(703) 836-6620

Patent

Attorney's Docket No. 0050936-000017

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent Application of | ) | |
| | ) | |
| Earl Hennenhoefer et al. | ) | Group Art Unit:  2623 |
| | ) | |
| Application No.:  09/749,258 | ) | Examiner:  RUEBEN M BROWN |
| | ) | |
| Filing Date:  December 27, 2000 | ) | Confirmation No.:  4827 |
| | ) | |
| Title:   INTELLIGENT DEVICE SYSTEM AND | ) | |
| METHOD FOR DISTRIBUTION OF | ) | |
| DIGITAL SIGNALS ON A WIDEBAND | ) | |
| SIGNAL DISTRIBUTION SYSTEM | ) | |

## PETITION FOR EXTENSION OF TIME

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

The following extension of time is requested to: <u>extend the period for response to the Office Action dated July 3, 2006</u> for

Two Months to December 4, 2006         ☐ $ 450         ☒ $ 225

☐    The shortened statutory period has been reset by an Advisory Action dated
_____.

☐    An Extension fee in the amount of _____ is enclosed.

☐    Charge _____ to Deposit Account No. 02-4800.

☒    Charge  $225.00 to credit card.  Form PTO-2038 is attached.

The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§1.16, 1.17 and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 02-4800.  This paper is submitted in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date:  <u>December 4, 2006</u>          By:  _____

Martin E. Miller
Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

12/05/2006 HMARZI1  00000140 09749258
01 FC:2252                   225.00 OP

Patent

Attorney Docket No. 0050936-000017

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent Application of | ) | **MAIL STOP AMENDMENT** |
| | ) | |
| Earl Hennenhoefer et al. | ) | Group Art Unit: 2623 |
| | ) | |
| Application No.: 09/749,258 | ) | Examiner: RUEBEN M BROWN |
| | ) | |
| Filing Date: December 27, 2000 | ) | Confirmation No.: 4827 |
| | ) | |
| Title: INTELLIGENT DEVICE SYSTEM AND | ) | |
| METHOD FOR DISTRIBUTION OF | ) | |
| DIGITAL SIGNALS ON A WIDEBAND | ) | |
| SIGNAL DISTRIBUTION SYSTEM | ) | |

## AMENDMENT/REPLY TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is a reply for the above-identified patent application.

☒ A Petition for Extension of Time is enclosed.

☐ _____ Terminal Disclaimer(s) and the ☐ $ 65 ☐ $ 130 fee per Disclaimer due under 37 C.F.R. § 1.20(d) are enclosed.

☐ Also enclosed is/are: _____

☐ Small entity status is hereby claimed.

☐ Applicant(s) requests continued examination under 37 C.F.R. § 1.114 and enclose the ☐ $ 395 ☐ $ 790 fee due under 37 C.F.R. § 1.17(e).

☐ Applicant(s) requests that any previously unentered after final amendments not be entered. Continued examination is requested based on the enclosed documents identified above.

☐ Applicant(s) previously submitted _____ on _____ for which continued examination is requested.

☐ Applicant(s) requests suspension of action by the Office until at least _____ , which does not exceed three months from the filing of this RCE, in accordance with 37 C.F.R. § 1.103(c). The required fee under 37 C.F.R. § 1.17(i) is enclosed.

☐ A Request for Entry and Consideration of Submission under 37 C.F.R. § 1.129(a) (1809/2809) is also enclosed.

## Buchanan Ingersoll ∧ Rooney PC

Amendment/Reply Transmittal Letter
Application No.  09/749,258
Attorney's Docket No.  0050936-000017
Page 2

☒   No additional claim fee is required.

☐   An additional claim fee is required, and is calculated as shown below:

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | No. of Claims | Highest No. of Claims Previously Paid For | Extra Claims | Rate | Additional Fee |
| Total Claims | 0 | 20 | 0 | x $ 50 (1202) | $                    0 |
| Independent Claims | 0 | 3 | 0 | x $ 200 (1201) | 0 |
| ☐ If Amendment adds multiple dependent claims, add $ 360 (1203) | | | | | $                    0 |
| **Total Claim Amendment Fee** | | | | | $                    **0** |
| ☐ Small Entity Status claimed - subtract 50% of Total Claim Amendment Fee | | | | | 0 |
| **TOTAL ADDITIONAL CLAIM FEE DUE FOR THIS AMENDMENT** | | | | | $                    **0** |

☐   Charge _____ to Deposit Account No. 02-4800 for the fee due.

☐   A check in the amount of _____ is enclosed for the fee due.

☐   Charge_____ to credit card for the fee due.  Form PTO-2038 is attached.

☒   The Director is hereby authorized to charge any appropriate fees under
37 C.F.R. §§ 1.16, 1.17 and 1.20(d) and 1.21 that may be required by this paper, and
to credit any overpayment, to Deposit Account No. 02-4800.  This paper is submitted
in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date   December 4, 2006                    By: _____
                                                             Martin E. Miller
                                                             Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 09/749,258 | Filing Date 12/27/2000 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

|  | (Column 1) | (Column 2) | SMALL ENTITY ☐ | OR | OTHER THAN SMALL ENTITY |  |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A |  | N/A |  |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A |  | N/A |  |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A |  | N/A |  |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = |  | OR | X $ = |  |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = |  | X $ = |  |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). |  |  |  |  |  |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) |  |  |  |  |  |  |
| * If the difference in column 1 is less than zero, enter "0" in column 2. |  |  | TOTAL |  | TOTAL |  |

### APPLICATION AS AMENDED – PART II

|  |  | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY |  |
|---|---|---|---|---|---|---|---|---|
|  | 12/04/2006 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| AMENDMENT | Total (37 CFR 1.16(i)) | * 20 | Minus ** 35 | = 0 | X $ = |  | OR X $50= | 0 |
|  | Independent (37 CFR 1.16(h)) | * 3 | Minus *** 12 | = 0 | X $ = |  | OR X $200= | 0 |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) |  |  |  |  |  | OR |  |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) |  |  |  |  |  | OR |  |
|  |  |  |  |  | TOTAL ADD'L FEE |  | OR TOTAL ADD'L FEE | 0 |

|  |  | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
|  |  | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA |  |  |  |  |
| AMENDMENT | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = |  | OR X $ = |  |
|  | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = |  | X $ = |  |
|  | ☐ Application Size Fee (37 CFR 1.16(s)) |  |  |  |  |  | OR |  |
|  | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) |  |  |  |  |  | OR |  |
|  |  |  |  |  | TOTAL ADD'L FEE |  | OR TOTAL ADD'L FEE |  |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
Diane Williams

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 1 | L1 | 8 | ("6526581" "6496862" "5544164" "5557319").pn. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 2 | L2 | 1001 | 725/74.ccls. 725/78-82.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 3 | L3 | 103 | 2 AND ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 4 | L4 | 46 | 3 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 5 | L5 | 156 | 725/111.ccls. AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 6 | L6 | 737 | "725"/$.ccls. AND ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 7 | L7 | 634 | 6 NOT 3 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 8 | L8 | 273 | 7 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 9 | L9 | 43 | (3 or 8) AND (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 10 | L10 | 455986 | (("set top" CATV TV "cable TV" user subscriber viewer consumer) NEAR2 (box terminal receiver decoder device means IRD)) or STB STT IRD | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 11 | L11 | 3164 | 10 SAME ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 12 | L12 | 1034 | 11 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 13 | L13 | 1903 | 10 WITH ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 14 | L14 | 557 | 13 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 15 | L15 | 1 | 11 SAME (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 16 | L16 | 121 | 11 AND (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

|   | L # | Hits | Search Text | DBs |
|---|-----|------|-------------|-----|
| 17 | L17 | 50 | 16 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 18 | L18 | 2056 | 10 WITH ((gateway NIM "network interface" hub) WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 19 | L19 | 3386 | 10 SAME ((gateway NIM "network interface" hub) WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 20 | L20 | 131 | 19 AND (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 21 | L21 | 53 | 20 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 22 | L22 | 3 | 21 NOT 17 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 23 | L23 | 200 | 19 AND (splitter seperator) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 24 | L24 | 114 | 23 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

|    | L # | Hits | Search Text | DBs |
|----|-----|------|-------------|-----|
| 25 | L32 | 150634 | (gateway NIM "network interface" hub) WITH (IP WWW internet network HTTP addressable) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 26 | L33 | 86814 | (gateway NIM "network interface" hub) NEAR5 (IP WWW internet network HTTP addressable) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 27 | L34 | 1853 | "725"/$.ccls. AND 33 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 28 | L35 | 822 | 34 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 29 | L36 | 265 | 33 SAME (splitter seperator) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 30 | L37 | 136 | 36 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 31 | L38 | 30 | ("5642155").URPN. | USPAT |
| 32 | L39 | 5 | ("5905941").URPN. | USPAT |
| 33 | L40 | 22 | ("6112232").URPN. | USPAT |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 34 | L41 | 15 | ("5347304" \| "5410535" \| "5412352" \| "5481562" \| "5488412" \| "5499046" \| "5563908" \| "5577087" \| "5592540" \| "5642155" \| "5675732" \| "5719872" \| "5805636" \| "5825829" \| "5896414").PN. | US-PGPUB; USPAT; USOCR |
| 35 | L42 | 184 | ("5488412").URPN. | USPAT |
| 36 | L43 | 17 | ("6481013").URPN. | USPAT |
| 37 | L44 | 52 | ("3668307" \| "3673517" \| "4367548" \| "4394691" \| "4420841" \| "4509211" \| "4606072" \| "4677686" \| "4710917" \| "4907079" \| "5027426" \| "5216499" \| "5227780" \| "5255267" \| "5343240" \| "5384603" \| "5410720" \| "5440335" \| "5467384" \| "5485630" \| "5499047" \| "5512963" \| "5539880" \| "5583931" \| "5585837" \| "5592482" \| "5623542" \| "5642155" \| "5663682" \| "5675390" \| "5722041" \| "5760822" \| "5805806" \| "5886732" \| "6014386").PN. OR ("6481013").URPN. | US-PGPUB; USPAT; USOCR |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 38 | L45 | 35 | ("3668307" \| "3673517" \| "4367548" \| "4394691" \| "4420841" \| "4509211" \| "4606072" \| "4677686" \| "4710917" \| "4907079" \| "5027426" \| "5216499" \| "5227780" \| "5255267" \| "5343240" \| "5384603" \| "5410720" \| "5440335" \| "5467384" \| "5485630" \| "5499047" \| "5512963" \| "5539880" \| "5583931" \| "5585837" \| "5592482" \| "5623542" \| "5642155" \| "5663682" \| "5675390" \| "5722041" \| "5760822" \| "5805806" \| "5886732" \| "6014386").PN. | US-PGPUB; USPAT; USOCR |
| 39 | L46 | 9 | ("6567981").URPN. | USPAT |
| 40 | L47 | 18 | ("5130793" \| "5528283" \| "5528286" \| "5566232" \| "5574964" \| "5612730" \| "5613190" \| "5621455" \| "5633614" \| "5638426" \| "5642155" \| "5673205" \| "5903372" \| "5905942" \| "5936660" \| "5970386" \| "6088368" \| "6188397").PN. | US-PGPUB; USPAT; USOCR |
| 41 | L48 | 24 | ("4893326" \| "4935924" \| "5408259" \| "5485630" \| "5491508" \| "5534914" \| "5539880" \| "5553064" \| "5579308" \| "5642155" \| "5760822" \| "5787335" \| "5826167" \| "5937330" \| "5940387" \| "6006066" \| "RE34395" \| "RE34895").PN. OR ("6622304").URPN. | US-PGPUB; USPAT; USOCR |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| **42** | L49 | 26 | ("4677467" \| "5301186" \| "5488412" \| "5499047" \| "5642155" \| "5742607" \| "5805591" \| "5864747" \| "5923361" \| "5935209" \| "5959658" \| "6028860" \| "6065049" \| "6088785" \| "6151559" \| "6178161" \| "6216171" \| "6313851" \| "6389029" \| "6418149" \| "6421714" \| "6477179" \| "6481013" \| "6526581" \| "6581208" \| "6848116").PN. | US-PGPUB; USPAT; USOCR |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 | 4827 |

| | |
|---|---|
| 21839          7590          03/22/2007<br>BUCHANAN, INGERSOLL & ROONEY PC<br>POST OFFICE BOX 1404<br>ALEXANDRIA, VA 22313-1404 | EXAMINER |
| | BROWN, RUEBEN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2623 | |

| SHORTENED STATUTORY PERIOD OF RESPONSE | MAIL DATE | DELIVERY MODE |
|---|---|---|
| 3 MONTHS | 03/22/2007 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

If NO period for reply is specified above, the maximum statutory period will apply and will expire 6 MONTHS from the mailing date of this communication.

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | **Examiner** | **Art Unit** |
| | Reuben M. Brown | 2623 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒  Responsive to communication(s) filed on <u>04 December 2006</u>.

2a)☐  This action is **FINAL**.          2b)☒  This action is non-final.

3)☐  Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒  Claim(s) <u>5,6,23-28,30 and 32</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐  Claim(s) _____ is/are allowed.

6)☒  Claim(s) <u>5,6,23-28,30 and 32</u> is/are rejected.

7)☐  Claim(s) <u>22</u> is/are objected to.

8)☐  Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐  The specification is objected to by the Examiner.

10)☐  The drawing(s) filed on _____ is/are:  a)☐ accepted or b)☐ objected to by the Examiner.

    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐  The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐  Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All   b)☐ Some * c)☐ None of:

      1.☐  Certified copies of the priority documents have been received.

      2.☐  Certified copies of the priority documents have been received in Application No. _____.

      3.☐  Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08)
    Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413)
    Paper No(s)/Mail Date. _____.

5)☐ Notice of Informal Patent Application

6)☐ Other: _____.

Application/Control Number: 09/749,258                                    Page 2

Art Unit: 2623

## DETAILED ACTION

### *Response to Arguments*

1.      Applicant's arguments, filed 4/17/2006, with respect to claims have been considered but

are moot in view of the new grounds of rejection.

### *Claim Rejections - 35 USC § 103*

2.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains.  Patentability shall not be negatived by the
> manner in which the invention was made.

3.      Claims 5-6, 22-28, 30 & 32 are rejected under 35 U.S.C. 103(a) as being unpatentable

over Carr, (U.S. Pat # 5,608,446), in view of Kauffman, (U.S. Pat # 6,915,530) and Flickinger,

(U.S. Pat # 5,901,340).

Considering claim 5, the claimed local RF receiver and baseband out intelligent device

system for use in transmitting digital information on an RF carrier through a wideband

distribution network, comprising:

Application/Control Number: 09/749,258                                      Page 3
Art Unit: 2623

'an intelligent device that receives a modulated RF signal carrying at least a digital

portion, wherein the intelligent devices (ID) splits an IP proton from an non-IP signal portion of

eth digital signal portion', is met by the operation of the Home Controller 122 of Carr, which

includes a splitter 150, (Fig. 4; Fig. 5). The splitter 150 splits IP signal that are destined for the

PC 138 from regular TV programming destined for the STB 126 and TV 128, (col. 6, lines 30-

67; col. 7, lines 4-15). As for the claimed feature of the ID removing the RF modulated carrier

from the IP portion using a demodulator, Carr discloses that the Home Controller 122 includes a

demodulator 154 that demodulates the IP signal received from the splitter 150.

Regarding the claimed addressable device having at least one input and output, which

transmits at least a digital portion of a signal to a BUD, which then delivers the signal to the ID,

Carr does not disclose any device external to the Home Controller 122. However Kauffman,

which is in the same field of endeavor, discloses a Communications Gateway 140 that receives

video programming, as well as IP data and delivers the information to a splitter 145, (col. 1, lines

31-45) which splits the information to the appropriate end device, either PC 135 or STB 155,

(see Fig. 1; col. 4, lines 29-34). Kauffman goes on to teach that the Communications Gateway

140 may include a Communications Gateway board (CGB) 220, which includes a transceiver

350 based on the DOCSIS standard, i.e., it is addressable, see Fig. 3A; col. 7, lines 3-50. It would

have been obvious for one of ordinary skill in the art at the time the invention was made, to

modify Carr with the Communications Gateway 140 of Kauffman, at least for the advantage of

Application/Control Number: 09/749,258                               Page 4
Art Unit: 2623

the its feature of detecting and removing ingress noise, which is a well known problem in two-

way networks, see col. 5, lines 28-50.


Regarding the claimed BUD that receives the signal from the AD and transmits the signal

to the ID, Carr does not discuss the claimed feature. Nevertheless, Flickinger teaches a wideband

cabling system to distribute wideband signals modulated onto specific carriers within a specified

frequency band among a plurality of outlets, col. 2, lines 18-35; col. 3, lines 37-67. It would have

been obvious for one of ordinary skill in the art at the time the invention was made, to modify

Carr with the feature of BUD, at least for the desirable purpose of distributing wideband signals

among a plurality of outlets, by cascading the units, see col. 1, lines 29-45; col. 3, lines 21-46.


Regarding the claimed bandpass filters, examiner takes Official Notice that at the time

the invention was made, bandpass filters were well known the art of RF receivers. It would have

been obvious for one of ordinary skill in the art at the time the invention was made, to modify

Carr with the well-known feature of bandpass filters, at least for the known benefit of only

passing only a certain band of signals, while removing noise signals from the instant signal.


Considering claim 6, the combination of the Home controller 122 of Carr and the analysis

of bandpass filter from claim 5, meets the claimed subject matter.


4.      Claims 23-28, 30 & 32 are rejected under 35 U.S.C. 103(a) as being unpatentable over

Carr, Kauffman, & Flickinger, further in view of Eames, (U.S. Pat # 6,493,875).

Application/Control Number: 09/749,258                                    Page 5
Art Unit: 2623

Regarding claim 23-28, 30 & 32, the instant claim additionally recites a wireless,

intelligent device, including a wireless demodulator or a transcoder for transcoding wireless

portion from the RF splitter to wireless port. The references cited above do not discuss wireless

transmission. Nevertheless, Eames provides a well-known method of wireless transmission of

video data within a dwelling, originating from a wireless gateway 200, see Fig. 2; col. 4, lines

41-67. It would have been obvious for one of ordinary skill in the art at the time the invention

was made, to modify Carr with the feature of wireless transmission, at least for the desirable

advantage of wireless video and data transmission within a local dwelling, at least for the

improvement of reducing the number of wires needed to operate the system. The claimed

transcoder and demodulator are necessarily included in Eames.

### *Allowable Subject Matter*

5.      Claim 22 is objected to as being dependent upon a rejected base claim, but would be

allowable if rewritten in independent form including all of the limitations of the base claim and

any intervening claims.

Considering clams 22, prior art does not teach or suggest the combination of elements,

including the DSP receiving RF channel in use information from a channel detector, and traffic

Application/Control Number: 09/749,258                                    Page 6
Art Unit: 2623

data, such that the DSP uses the RF channel in use information to select an RF modulated carrier,

an RF carrier channel width, and RF guardband width.

## *Conclusion*

6.      The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

A)      Masuda          Teaches the use of bandpass filters prior to demodulation.

B)      Carhart         In-home network with an RF splitter to TV and PC, where splitter has

various filters.

C)      Yiu             In-home wireless network.

D)      Gurusmai        In-home network with bandpass filters.

E)      Campbell        In-home network with addressable device (NID 26).

Application/Control Number: 09/749,258                                    Page 7
Art Unit: 2623

**Any response to this action should be mailed to:**

> Commissioner for Patents
> P.O. Box 1450
> Alexandria, VA 22313-1450
> www.uspto.gov

**or faxed to:**
(571) 273-8300, (for formal communications intended for entry)
**Or:**

> (571) 273-7290 (for informal or draft communications, please label
> "PROPOSED" or "DRAFT")

Any inquiry concerning this communication or earlier communications from the examiner should

be directed to Reuben M. Brown M. Brown whose telephone number is (571) 272-7290. The examiner

can normally be reached on M-F(8:30-6:00), First Friday off.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Christopher Kelley can be reached on (571) 272-7331. The fax phone numbers for the organization

where this application or proceeding is assigned is (571) 273-8300 for regular communications and After

Final communications.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system. Status information for published applications may be obtained

from either Private PAIR or Public PAIR. Status information for unpublished applications is available

through Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Reuben M. Brown

REUBEN M. BROWN
PATENT EXAMINER

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No. 09/749,258 | Applicant(s)/Patent Under Reexamination HENNENHOEFER ET AL. |
| | Examiner Reuben M. Brown | Art Unit 2623 · Page 1 of 1 |

## U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-5,608,446 | 03-1997 | Carr et al. | 725/114 |
| * | B | US-6,915,530 | 07-2005 | Kauffman et al. | 725/125 |
| * | C | US-6,493,875 | 12-2002 | Eames et al. | 725/81 |
| * | D | US-2003/0128303 | 07-2003 | Masuda, Shigeto | 348/731 |
| * | E | US-6,622,304 | 09-2003 | Carhart, Thomas W. | 725/74 |
| * | F | US-6,008,777 | 12-1999 | Yiu, Timothy C. | 345/2.1 |
| * | G | US-5,557,319 | 09-1996 | Gurusami et al. | 725/126 |
| * | H | US-7,068,682 | 06-2006 | Campbell et al. | 370/487 |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

## FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

## NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | Examiner | Art Unit | |
| | Reuben M. Brown | 2623 | |

| | | | | |
|---|---|---|---|---|
| √ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Final | Original | 3/2/07 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| | 5 | ✔ | | | | | | |
| | 6 | ✔ | | | | | | |
| | 7 | | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| | 10 | | | | | | | |
| | 11 | | | | | | | |
| | 12 | | | | | | | |
| | 13 | | | | | | | |
| | 14 | | | | | | | |
| | 15 | | | | | | | |
| | 16 | | | | | | | |
| | 17 | | | | | | | |
| | 18 | | | | | | | |
| | 19 | | | | | | | |
| | 20 | | | | | | | |
| | 21 | | | | | | | |
| | 22 | ✔ | | | | | | |
| | 23 | | | | | | | |
| | 24 | | | | | | | |
| | 25 | | | | | | | |
| | 26 | | | | | | | |
| | 27 | | | | | | | |
| | 28 | ↓ | | | | | | |
| | 29 | | | | | | | |
| | 30 | ✔ | | | | | | |
| | 31 | | | | | | | |
| | 32 | ✔ | | | | | | |
| | 33 | | | | | | | |
| | 34 | | | | | | | |
| | 35 | | | | | | | |
| | 36 | | | | | | | |
| | 37 | | | | | | | |
| | 38 | | | | | | | |
| | 39 | | | | | | | |
| | 40 | | | | | | | |
| | 41 | | | | | | | |
| | 42 | | | | | | | |
| | 43 | | | | | | | |
| | 44 | | | | | | | |
| | 45 | | | | | | | |
| | 46 | | | | | | | |
| | 47 | | | | | | | |
| | 48 | | | | | | | |
| | 49 | | | | | | | |
| | 50 | | | | | | | |

| Final | Original | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | |
| | 52 | | | | | | | |
| | 53 | | | | | | | |
| | 54 | | | | | | | |
| | 55 | | | | | | | |
| | 56 | | | | | | | |
| | 57 | | | | | | | |
| | 58 | | | | | | | |
| | 59 | | | | | | | |
| | 60 | | | | | | | |
| | 61 | | | | | | | |
| | 62 | | | | | | | |
| | 63 | | | | | | | |
| | 64 | | | | | | | |
| | 65 | | | | | | | |
| | 66 | | | | | | | |
| | 67 | | | | | | | |
| | 68 | | | | | | | |
| | 69 | | | | | | | |
| | 70 | | | | | | | |
| | 71 | | | | | | | |
| | 72 | | | | | | | |
| | 73 | | | | | | | |
| | 74 | | | | | | | |
| | 75 | | | | | | | |
| | 76 | | | | | | | |
| | 77 | | | | | | | |
| | 78 | | | | | | | |
| | 79 | | | | | | | |
| | 80 | | | | | | | |
| | 81 | | | | | | | |
| | 82 | | | | | | | |
| | 83 | | | | | | | |
| | 84 | | | | | | | |
| | 85 | | | | | | | |
| | 86 | | | | | | | |
| | 87 | | | | | | | |
| | 88 | | | | | | | |
| | 89 | | | | | | | |
| | 90 | | | | | | | |
| | 91 | | | | | | | |
| | 92 | | | | | | | |
| | 93 | | | | | | | |
| | 94 | | | | | | | |
| | 95 | | | | | | | |
| | 96 | | | | | | | |
| | 97 | | | | | | | |
| | 98 | | | | | | | |
| | 99 | | | | | | | |
| | 100 | | | | | | | |

| Final | Original | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 101 | | | | | | | |
| | 102 | | | | | | | |
| | 103 | | | | | | | |
| | 104 | | | | | | | |
| | 105 | | | | | | | |
| | 106 | | | | | | | |
| | 107 | | | | | | | |
| | 108 | | | | | | | |
| | 109 | | | | | | | |
| | 110 | | | | | | | |
| | 111 | | | | | | | |
| | 112 | | | | | | | |
| | 113 | | | | | | | |
| | 114 | | | | | | | |
| | 115 | | | | | | | |
| | 116 | | | | | | | |
| | 117 | | | | | | | |
| | 118 | | | | | | | |
| | 119 | | | | | | | |
| | 120 | | | | | | | |
| | 121 | | | | | | | |
| | 122 | | | | | | | |
| | 123 | | | | | | | |
| | 124 | | | | | | | |
| | 125 | | | | | | | |
| | 126 | | | | | | | |
| | 127 | | | | | | | |
| | 128 | | | | | | | |
| | 129 | | | | | | | |
| | 130 | | | | | | | |
| | 131 | | | | | | | |
| | 132 | | | | | | | |
| | 133 | | | | | | | |
| | 134 | | | | | | | |
| | 135 | | | | | | | |
| | 136 | | | | | | | |
| | 137 | | | | | | | |
| | 138 | | | | | | | |
| | 139 | | | | | | | |
| | 140 | | | | | | | |
| | 141 | | | | | | | |
| | 142 | | | | | | | |
| | 143 | | | | | | | |
| | 144 | | | | | | | |
| | 145 | | | | | | | |
| | 146 | | | | | | | |
| | 147 | | | | | | | |
| | 148 | | | | | | | |
| | 149 | | | | | | | |
| | 150 | | | | | | | |

U.S. Patent and Trademark Office

Part of Paper No.  20070302

| **Search Notes** | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | Examiner | Art Unit | |
| | Reuben M. Brown | 2623 | |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| East | 3/17/2007 | RB |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

U.S. Patent and Trademark Office

Part of Paper No. 20070302

Patent
Attorney Docket No. 0050936-000017

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | ) |
| | ) |
| Earl Hennenhoefer et al. | ) |
| | ) |
| Application No.: 09/749,258 | ) |
| | ) |
| Filing Date: December 27, 2000 | ) |
| | ) |
| Title: INTELLIGENT DEVICE SYSTEM AND | ) |
| METHOD FOR DISTRIBUTION OF | ) |
| DIGITAL SIGNALS ON A WIDEBAND | ) |
| SIGNAL DISTRIBUTION SYSTEM | ) |

**MAIL STOP**

Group Art Unit: 2623

Examiner: RUEBEN M BROWN

Confirmation No.: 4827

## AMENDMENT/REPLY TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is a reply for the above-identified patent application.

☐   A Petition for Extension of Time is enclosed.

☐   _____ Terminal Disclaimer(s) and the ☐ $ 65 ☐ $ 130 fee per Disclaimer due under 37 C.F.R. § 1.20(d) are enclosed.

☐   Also enclosed is/are: _____

☒   Small entity status is hereby claimed.

☐   Applicant(s) requests continued examination under 37 C.F.R. § 1.114 and enclose the ☐ $ 395 ☐ $ 790 fee due under 37 C.F.R. § 1.17(e).

☐   Applicant(s) requests that any previously unentered after final amendments <u>not</u> be entered.  Continued examination is requested based on the enclosed documents identified above.

☐   Applicant(s) previously submitted _____ on _____ for which continued examination is requested.

☐   Applicant(s) requests suspension of action by the Office until at least _____ , which does not exceed three months from the filing of this RCE, in accordance with 37 C.F.R. § 1.103(c).  The required fee under 37 C.F.R. § 1.17(i) is enclosed.

☐   A Request for Entry and Consideration of Submission under 37 C.F.R. § 1.129(a) (1809/2809) is also enclosed.

**Buchanan Ingersoll ⚥ Rooney** PC
Attorneys & Government Relations Professionals

Amendment/Reply Transmittal Letter
Application No. <u>09/749,258</u>
Attorney's Docket No. <u>0050936-000017</u>
Page 2

☒   No additional claim fee is required.

☐   An additional claim fee is required, and is calculated as shown below:

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | No. of Claims | Highest No. of Claims Previously Paid For | Extra Claims | Rate | Additional Fee |
| Total Claims | 19 | 35 | 0 | x $ 50 (1202) | $          0 |
| Independent Claims | 9 | 12 | 0 | x $ 200 (1201) | 0 |
| ☐ If Amendment adds multiple dependent claims, add $ 360 (1203) | | | | | $          0 |
| **Total Claim Amendment Fee** | | | | | $          **0** |
| ☐ Small Entity Status claimed - subtract 50% of Total Claim Amendment Fee | | | | | 0 |
| **TOTAL ADDITIONAL CLAIM FEE DUE FOR THIS AMENDMENT** | | | | | $          **0** |

☐   Charge _____ to Deposit Account No. 02-4800 for the fee due.

☐   A check in the amount of _____ is enclosed for the fee due.

☐   Charge_____ to credit card for the fee due.  Form PTO-2038 is attached.

☒   The Director is hereby authorized to charge any appropriate fees under
37 C.F.R. §§ 1.16, 1.17 and 1.20(d) and 1.21 that may be required by this paper, and
to credit any overpayment, to Deposit Account No. 02-4800.  This paper is submitted
in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date  <u>June 1, 2007</u>          By:   _Martin E. Miller_
                                                  Martin  E. Miller
                                                  Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

Patent
Attorney's Docket No. 0050936-000017

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | **MAIL STOP AMENDMENT** |
| Earl Hennenhoefer et al. | Group Art Unit:  2623 |
| Application No.:  09/749,258 | Examiner:  RUEBEN M BROWN |
| Filed:  December 27, 2000 | Confirmation No.:  4827 |
| For:  INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | |

### AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action dated March 22, 2007, please amend the above-identified patent application as follows:

**Buchanan Ingersoll ∧ Rooney** PC
Attorneys & Government Relations Professionals

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 2

## AMENDMENTS TO THE CLAIMS:

This listing of claims will replace all prior versions, and listings, of claims in the application:

## LISTING OF CLAIMS:

1-4.    Cancelled

5.      (Currently Amended)     A local RF receiver and baseband out intelligent device system for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a ~~BUD~~ wideband distribution unit that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and

an intelligent device that receives, from the ~~BUD~~ wideband distribution unit, a modulated RF signal carrying at least the digital signal portion thereon, wherein said intelligent device splits an IP portion from a non-IP signal portion of the digital signal portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP potion signal to the input of at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet, said intelligent device comprising:

a demodulator that receives the modulated RF digital portion from said BUD wideband distribution unit;

a first digital combiner that combines at least two demodulated digital signal portions from said demodulator into one high speed digital transmission;

an RF splitter connected to the BUD wideband distribution unit, which RF splitter splits the modulated RF signal; and

at least two RF bandpass filters, wherein the first bandpass filter receives the modulated RF signal from said RF splitter and passes the IP signal portion of the modulated RF signal to said demodulator for output to the at least one addressable device, and wherein the second bandpass filter receives the modulated RF signal from said RF splitter and passes the non-IP signal portion of the modulated RF signal to the at least one standard outlet.

6. (Currently Amended)  The local RF receiver/baseband out intelligent device system of claim 5, wherein said intelligent device further comprises: at least one DSP, wherein said DSP controls said demodulator based on an IP address associated with the IP signal portion of the modulated RF signal and said at least two RF bandpass filters.

Second Claim 6.  Cancelled

7. - 21.  Cancelled

22.     (Currently Amended)        An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a ~~BUD~~ wideband distribution unit that receives the modulated RF signal; and

at least one DSP, wherein said DSP controls the demodulation, and the splitting of the modulated RF signal by controlling at least two RF bandpass filters, wherein said DSP receives RF channel in use information from an RF channel detector, and receives traffic data, and wherein said DSP uses the RF channel in use information to select the RF modulated carrier, an RF carrier channel width, and an RF guardband width,

wherein said intelligent device receives a modulated RF signal carrying an IP portion and non-IP signal portion of the digital signal portion thereon from said ~~BUD~~ wideband distribution unit, wherein said intelligent device splits the IP signal portion from the non-IP signal portion, ~~wherein said intelligent device~~ removes the RF carrier from the IP signal portion and sends the digital signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet.


23.  (Currently Amended)  A local RF receiver and baseband out and wireless

intelligent device system for use in transmitting digital and receiving digital and analog information on an RF carrier through a wideband signal distribution network, comprising: at least one addressable device having at least one input and at least one output; a ~~BUD~~ wideband distribution unit that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and an intelligent device that receives a modulated RF signal carrying an IP portion and a non-IP signal portion of the digital signal portion thereon, wherein said intelligent device splits the IP portion and the non-IP portion, which digital IP signal portion includes at least one wireless portion, and further splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet; a transcoder for sending the wireless portion from said RF splitter to a wireless port.

24. (Original)  The system of claim 23, further comprising: a wireless demodulator for receiving transmissions from the wireless port, wherein said wireless demodulator is controlled by a DSP and sending those received wireless transmissions to the digital combiner.

25. (Currently Amended)  An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a ~~BUD~~ wideband distribution unit that receives the modulated RF signal; wherein said intelligent device receives a modulated RF signal carrying an IP portion and a non-IP signal portion of the digital signal portion thereon from said ~~BUD~~ wideband distribution unit, wherein said intelligent device splits the IP signal portion from a non-IP signal portion, which IP portion and non-IP digital signal portion include at least one wireless portion, and wherein said intelligent device splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP signal portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet; and

a transcoder for sending the wireless portion to a wireless port.

26. (Original) The intelligent device system of claim 25, further comprising a wireless demodulator for receiving transmissions from the wireless port.

27. (Original) The intelligent device system of claim 26, further comprising a DSP, wherein said DSP controls said wireless demodulator.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 7

28.   (Currently Amended)  An intelligent device system for remote sending and wireless sending and wireless receiving of IP and non-IP information on an RF carrier through a wideband signal distribution network, comprising:

at least one incoming signal generator, wherein said at least one incoming signal generator generates an incoming signal including at least a digital portion; an intelligent device that generates a modulated RF signal carrying the digital portion thereon, said intelligent device having a wireless demodulator for receiving a wireless portion from a wireless port within said wireless device;

a transcoder for sending a wireless portion, which wireless portion includes at least a portion of the digital portion therein; and

a ~~BUD~~ wideband distribution unit that receives a non-wireless portion of the modulated RF signal; wherein the wireless portion and the non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one DSP.


29.  Cancelled


30.   (Currently Amended)  A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

providing at least one addressable device having at least one input and at least one output;

receiving a signal at a ~~BUD~~ wideband distribution unit from the output of said at least one addressable device, which signal includes at least an IP signal portion; and

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 8

receiving from the ~~BUD~~ wideband distribution unit at an intelligent device, a modulated RF signal carrying the IP signal portion thereon and a non-IP signal portion thereon;

splitting and filtering by the intelligent device of the IP signal portion from a non-IP signal portion;

removing, by the intelligent device, of the modulated RF carrier from the IP signal portion;

sending, by the intelligent device, of the IP signal portion to the input of at least one of the at least one addressable device;

sending, by the intelligent device, of the non-signal signal portion to a standard outlet; and

sending, by the intelligent device, of a wireless portion of the IP signal portion.

31.   Cancelled

32.   (Currently Amended)      A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

providing at least one addressable device having at least one input and at least one output;

generating, by at least one of said at least one addressable devices, of an incoming signal, wherein the incoming signal includes at least a digital signal portion;

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 9

generating a modulated RF signal carrying the digital signal portion thereon;

receiving, at a ~~BUD~~ wideband distribution unit, the modulated RF signal;

receiving, at an intelligent device, of modulated RF signal carrying the digital signal portion, which digital signal portion comprises an IP portion and a non-IP signal portion, thereon from the ~~BUD~~ wideband distribution unit;

splitting and filtering, by the intelligent device, of the IP signal portion from the non-IP signal portion;

removing, by the intelligent device, of the modulated RF carrier from the IP signal portion;

sending, by the intelligent device, of the digital signal portion to the input of at least one of the at least one addressable device;

sending, by the intelligent device, of the non-IP signal portion to a standard outlet; and

sending, by the intelligent device, of a wireless portion of the IP signal portion and the non-IP signal portion.


33. - 34.  Cancelled


35.     (New) An intelligent device for transmitting digital information on a radio frequency carrier through a wideband distribution network, comprising:

an input for receiving an incoming signal having a digital signal portion; and

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 10

a processor that determines a number of radio frequency channels to carry the plural modulated radio frequency signals and distributes the digital signal portion of the incoming signal using plural modulated radio frequency signals.

36.     (New) The device of claim 35, wherein the processor distributes the digital signal portion of the incoming signal using plural modulated radio frequency signals based on the determination of the number of radio frequency channels.

37.     (New) The device of claim 35, comprising:

a radio frequency channel detector that generates radio frequency channel in use information.

38.     (New) The device of claim 35, wherein the processor uses the radio frequency channel in use information to select the radio frequency channels, a radio frequency carrier channel width, and a radio frequency guardband width for distribution of portions of the incoming signal.

39.     (New) The device of claim 37, comprising:

a traffic sensor that outputs traffic data to the processor for use by the processor in selecting a modulator to condition a portion of the incoming signal into a modulated radio frequency signal.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 11

40.   (New) The device of claim 39, wherein the processor uses both the traffic data and the channels in use information to select the radio frequency channels for output of the modulated radio frequency signal.

41.   (New)  A method of processing a signal, comprising:

determining a volume of data in the received signal, wherein a portion of the signal is a digital signal;

selecting, by a processor, based on the volume of data determined by the signal traffic sensor, a number of modulators to modulate portions of the received signal and a number of radio frequency channels on which to output the modulated signal portions;

outputting the modulated signal portions; and

updating the processor with information regarding the number of radio frequency channels in use.

42.   (New) The intelligent device system of claim 22, wherein said channel in use information includes an IP address associated said digital signal portion of said received modulated RF signal.

## REMARKS

The attached amendments and following remarks are made in response to the Office Action dated March 22, 2007. By entry of the attached amendment, claims 5, 6, 22-28, 30, 32, and 35-42 are pending. Claims 5, 22, 23, 25, 28, 30 and 32 have been amended. Claims 35-42 are new. No new matter has been added.

Applicants note with appreciation the indication that claim 22 contains allowable subject matter. Although the Office Action states that claim 22 would be allowable if rewritten in independent form, Applicants would like to point out that claim 22 is already in independent form, and therefore is allowable without further amendment.

Claims 5, 6, 22-28, 30 and 32 have also been rejected under 35 U.S.C. §103(a) as being unpatentable over the combination of U.S. Patent No. 5,608,446 to Carr, in view of U.S. Patent Nos. 6,915,530 to Kaufman and U.S. Patent No. 5,901,340 to Flickinger. However, in the text of the rejection, only claims 5 and 6 have been addressed, and claim 22 has been indicated as being objected to by the Examiner.

As for claims 23-28, 30 and 32, these have also been rejected under 35 U.S.C. §103(a) as being unpatentable over the above combination of references, further in view of U.S. Patent No. 6,493,875.

Applicants' Figure 2 is an exemplary embodiment illustrating the features encompassed by Applicants' independent claims. The intelligent device system illustrated includes at least one addressable device 202 having at least one input and at least one output. A wideband distribution unit 38 receives a signal that includes at least a digital signal portion from the output of the at least one addressable device

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 13

202.  An intelligent device 204 receives from the wideband distribution unit 38 a modified RF signal carrying at least a digital signal portion.  The intelligent device 204 splits an IP portion from a non-IP signal portion of the digital signal portion.  The intelligent device 204 removes the modulated RF carrier from the IP portion and sends the IP portion signal to the input of at least one addressable device 202.  As for the non-IP signal portion, the intelligent device 204 sends that to at least one standard outlet 232.  The intelligent device comprises a demodulator 220 that receives the modulated RF digital signal portion from the wideband distribution unit and a first digital combiner 212 that combines at least two demodulated digital signal portions from the demodulator 220 into one high speed digital transmission, as well as an RF splitter 214 and at least two RF bandpass filters 216, 218.

In contrast, the home controller 122 of the Carr patent receives its input from the cable distribution head end 36, as illustrated in Figure 5 of the Carr patent.  The Kaufman patent is directed to a system to reduce the number of undesirable signal paths on the cable return path.  Similar to the home controller of the Carr patent, the communications gateway described in the Kauffman patent receives its input from the cable distribution head end.  Finally, the Flickinger patent is directed to a broadband signal distribution system for distributing  broadband signals among a plurality of outlets broadband signals.

In making the rejection of Applicants' independent claim 5, the Office asserts that the home controller 122 described in the Carr patent is analogous to the claimed intelligent device and performs the functions recited therein.   The Office further asserts that the claimed addressable device is disclosed by the communications gateway board 220 disclosed in the Kauffman patent.  Finally, the rejection asserts

that the Flickinger patent discloses the claimed broadband uniform distribution unit as recited in the claims.

However, the Office does not address the flow of signals through the elements recited in the claims.  For example, claim 5 recites an intelligent device that receives, <u>from the wideband distribution unit</u>, a modulated RF signal carrying at least the digital signal portion thereon, wherein said intelligent device splits an IP portion from a non-IP signal portion of the digital signal portion.  At page 3 of the Office Action, the rejection seems to emphasize that the home controller 122 of the Carr patent is analogous to the intelligent device that splits an IP portion from a non-IP portion because the home controller 122 includes a splitter 150.  However, the splitter 150 clearly receives its incoming signal from a cable distribution head end, and not from a wideband distribution unit, which has received the signal from at least one addressable device, as recited in the claim.

Furthermore, the recitation of an intelligent device in claim 5 also recites "wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP portion signal to the input of at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet."  This feature has not been addressed in the combination of the Carr, the Kauffman, and Flickinger patents.

Additionally, the Office Action has not addressed or explained how the communications gateway board 220 disclosed in the Kauffman patent receives the IP portion signal that is sent from the intelligent device to the input of at least one addressable device as recited in independent claim 5.

Finally, it is unclear how the combination of the home controller 122 of the Carr patent, the communications gateway board of the Kauffman patent and the wideband signal distribution system of the Flickinger patent disclose the claimed demodulator that receives the modulated RF digital signal portion from said wideband distribution unit, or the claimed feature of a wideband distribution unit that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device.

The rejection does not explain how the communications gateway board, which is allegedly analogous to the claimed addressable device, outputs a signal to the BUD of Flickinger that includes at least a digital signal portion as recited in the claims.

Finally, the feature of a first digital combiner that combines at least two demodulated digital signal portions from said demodulator into one high speed digital transmission as recited in claim 5 is also not addressed in the present rejection.

Although claims 22-28, 30 and 32 are shown in the heading as being rejected under the combination of the Carr patent, the Kauffman patent, and Flickinger patent, they are not specifically addressed in the body of the rejection.  Claim 23 recites additional features such as a transcoder for sending the wireless portion from said RF splitter to a wireless port.  While claim 28 recites the feature of wherein the wireless portion and the non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one DSP.  Therefore, Applicants respectfully submit that these claims have been erroneously identified in the rejection heading under the above combination of references.

The Carr patent, Kauffman patent and Flickinger patents, either individually or in combination, do not disclose or suggest all of the features recited in independent claim 5, dependent claim 6, or claims 22-28, 30 and 32.

As for the rejection of claims 23-28, 30 and 32, the Eames patent is cited for its allegedly well known method of wireless transmission of video data within a dwelling, originating from a wireless gateway 200.

The Eames patent does not overcome the above deficiencies of the combination of the Carr patent, Kauffman patent and Flickinger patent as described with respect to independent claim 5.

Accordingly, Applicants respectfully submit that the Carr, the Kauffman, the Flickinger, and the Eames patents, either individually or in combination, do not disclose or suggest all of the features recited in Applicants' claims 23-28, 30 and 32.

As for new claims 35-42, these claims recite combinations of features including receiving and determining signal traffic data and channel in use information that is used by a processor to select modulators and channel width for distributing signals. Applicants respectfully submit that these claims recite features that the Examiner has indicated as allowable subject matter in the Office Action.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 17

Applicants request that the Examiner contact the undersigned to schedule a personal or telephonic interview in order to expedite prosecution of the present application. If the Examiner should have any additional questions, it is requested that he contact the undersigned.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date: June 1, 2007          By: _____

Martin E. Miller
Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

# PATENT APPLICATION FEE DETERMINATION RECORD
### Effective December 8, 2004

*69/149258*

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY TYPE | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|
| | | | RATE | FEE | OR | RATE | FEE |
| TOTAL CLAIMS | | | BASIC FEE | | OR | BASIC FEE | |
| FOR | NUMBER FILED | NUMBER EXTRA | | | | | |
| TOTAL CHARGEABLE CLAIMS | minus 20 = | | X$ 25 = | | OR | X$50= | |
| INDEPENDENT CLAIMS | minus 3 = | | X100 = | | OR | X200 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ | +180 = | | OR | +360 = | |
| | | | TOTAL | | | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II   *12×06*

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
| AMENDMENT A | Total | 20 | Minus 20 | = | X$ 25 = | | OR | X$50= | |
| | Independent | 3 | Minus 3 | = | X100 = | | OR | X200 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +180 = | | OR | +360 = | |
| | | | | | TOTAL ADDIT FEE | | OR | TOTAL ADDIT. FEE | |

*6/1/07*

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | | | | |
| AMENDMENT B | Total | 19 | Minus 35 | = | X$ 25 = | | OR | X$50= | |
| | Independent | 9 | Minus 12 | = | X100 = | | OR | X200 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +180 = | | OR | +360 = | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT C | Total | | Minus | | X$ 25 = | | OR | X$50= | |
| | Independent | | Minus | = | X100 = | | OR | X200 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | ☐ | +180 = | | OR | +360 = | |

Patent
Attorney's Docket No. 0050936-000017

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | ) **MAIL STOP AMENDMENT** |
| Earl Hennenhoefer et al. | ) Group Art Unit:  2623 |
| Application No.:  09/749,258 | ) Examiner:  RUEBEN M BROWN |
| Filed:  December 27, 2000 | ) Confirmation No.:  4827 |
| For:    INTELLIGENT DEVICE SYSTEM<br>AND METHOD FOR DISTRIBUTION<br>OF DIGITAL SIGNALS ON A<br>WIDEBAND SIGNAL<br>DISTRIBUTION SYSTEM | ) |

### SUPPLEMENTAL AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In further response to the Office Action dated March 22, 2007, please amend

the above-identified patent application as follows:

**Buchanan Ingersoll ⚘ Rooney** PC
Attorneys & Government Relations Professionals

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 2

**AMENDMENTS TO THE CLAIMS:**

This listing of claims will replace all prior versions, and listings, of claims in the application:

**LISTING OF CLAIMS:**

1-4.    Cancelled

5.    (Previously Presented)    A local RF receiver and baseband out intelligent device system for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a wideband distribution unit that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and

an intelligent device that receives, from the wideband distribution unit, a modulated RF signal carrying at least the digital signal portion thereon, wherein said intelligent device splits an IP portion from a non-IP signal portion of the digital signal portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP potion signal to the input of at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet, said intelligent device comprising:

a demodulator that receives the modulated RF digital portion from said wideband distribution unit;

a first digital combiner that combines at least two demodulated digital signal portions from said demodulator into one high speed digital transmission;

an RF splitter connected to the wideband distribution unit, which RF splitter splits the modulated RF signal; and

at least two RF bandpass filters, wherein the first bandpass filter receives the modulated RF signal from said RF splitter and passes the IP signal portion of the modulated RF signal to said demodulator for output to the at least one addressable device, and wherein the second bandpass filter receives the modulated RF signal from said RF splitter and passes the non-IP signal portion of the modulated RF signal to the at least one standard outlet.

6. (Previously Presented)  The local RF receiver/baseband out intelligent device system of claim 5, wherein said intelligent device further comprises: at least one DSP, wherein said DSP controls said demodulator based on an IP address associated with the IP signal portion of the modulated RF signal and said at least two RF bandpass filters.

Second Claim 6.  (Previously Cancelled).

7. - 21.  (Previously Cancelled).

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 4

22.     (Previously Presented)     An intelligent device system for local
sending and receiving for use in transmitting digital information on an RF carrier
through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one
output, wherein at least one of said at least one addressable devices generates an
incoming signal, wherein the incoming signal includes at least a digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital
signal portion thereon;

a wideband distribution unit that receives the modulated RF signal; and

at least one DSP, wherein said DSP controls the demodulation, and the
splitting of the modulated RF signal by controlling at least two RF bandpass filters,
wherein said DSP receives RF channel in use information from an RF channel
detector, and receives traffic data, and wherein said DSP uses the RF channel in
use information to select the RF modulated carrier, an RF carrier channel width, and
an RF guardband width,

wherein said intelligent device receives a modulated RF signal carrying an IP
portion and non-IP signal portion of the digital signal portion thereon from said
wideband distribution unit, wherein said intelligent device splits the IP signal portion
from the non-IP signal portion, removes the RF carrier from the IP signal portion and
sends the digital signal portion to the input of at least one of the at least one
addressable device, and wherein said intelligent device sends the non-IP signal
portion to at least one standard outlet.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 5

23.  (Currently Amended)  A local RF receiver and baseband out and wireless intelligent device system for use in transmitting digital and receiving digital and analog information on an RF carrier through a wideband signal distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a wideband distribution unit that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; [[and]]

an intelligent device that receives a modulated RF signal <u>from the wideband distribution unit</u> carrying an IP portion and a non-IP signal portion of the digital signal portion thereon, wherein said intelligent device splits the IP portion and the non-IP portion, which digital IP signal portion includes at least one wireless portion, and further splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet;

<u>and</u> a transcoder for sending the wireless portion from said RF splitter to a wireless port.


24.  (Original)  The system of claim 23, further comprising: a wireless demodulator for receiving transmissions from the wireless port, wherein said wireless demodulator is controlled by a DSP and sending those received wireless

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 6

transmissions to the digital combiner.

25.   (Previously presented)  An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a wideband distribution unit that receives the modulated RF signal;

wherein said intelligent device receives a modulated RF signal carrying an IP portion and a non-IP signal portion of the digital signal portion thereon from said wideband distribution unit, wherein said intelligent device splits the IP signal portion from a non-IP signal portion, which IP portion and non-IP digital signal portion include at least one wireless portion, and wherein said intelligent device splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP signal portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet; and

a transcoder for sending the wireless portion to a wireless port.

26.   (Original)  The intelligent device system of claim 25, further comprising a wireless demodulator for receiving transmissions from the wireless port.

27.   (Original)  The intelligent device system of claim 26, further comprising a DSP, wherein said DSP controls said wireless demodulator.

28.   (Currently Amended)  An intelligent device system for remote sending and wireless sending and wireless receiving of IP and non-IP information on an RF carrier through a wideband signal distribution network, comprising:

at least one incoming signal generator, wherein said at least one incoming signal generator generates an incoming signal including at least a digital portion;

an intelligent device that generates a modulated RF signal carrying the digital portion thereon, said intelligent device having a wireless demodulator for receiving a wireless portion from a wireless port within said wireless device, wherein the wireless portion and a non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one digital signal processor (DSP);

a transcoder for sending [[a]] the wireless portion, which wireless portion includes at least a portion of the digital portion therein, an output to a wireless output device; and

a wideband distribution unit that receives [[a]] the non-wireless portion of the modulated RF signal; wherein the wireless portion and the non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one DSP.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 8

29.  (Previously Cancelled).

30.   (Currently Amended)  A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

 providing at least one addressable device having at least one input and at least one output;

 receiving a signal at a wideband distribution unit from the output of said at least one addressable device, which signal includes at least an IP signal portion; and

 receiving from the wideband distribution unit at an intelligent device, a modulated RF signal carrying the IP signal portion thereon and a non-IP signal portion thereon;

 splitting and filtering by the intelligent device of the IP signal portion from a non-IP signal portion;

 removing, by the intelligent device, [[of]] the modulated RF carrier from the IP signal portion;

 sending, by the intelligent device, [[of]] the IP signal portion to the input of at least one of the at least one addressable device;

 sending, by the intelligent device, [[of]] the non-signal signal portion to a standard outlet; and

 sending, by the intelligent device, [[of]] a wireless portion of the IP signal portion to a wireless output device.

31.   Previously Cancelled.


32.   (Currently Amended)      A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

providing at least one addressable device having at least one input and at least one output;

generating, by at least one of said at least one addressable devices, [[of]] an incoming signal, wherein the incoming signal includes at least a digital signal portion;

generating a modulated RF signal carrying the digital signal portion thereon;

receiving, at a wideband distribution unit, the modulated RF signal;

receiving, at an intelligent device, of modulated RF signal carrying the digital signal portion, which digital signal portion comprises an IP portion and a non-IP signal portion, thereon from the wideband distribution unit;

splitting and filtering, by the intelligent device, [[of]] the IP signal portion from the non-IP signal portion;

removing, by the intelligent device, [[of]] the modulated RF carrier from the IP signal portion;

sending, by the intelligent device, [[of]] the digital signal portion to the input of at least one of the at least one addressable device;

sending, by the intelligent device, [[of]] the non-IP signal portion to a standard outlet; and

sending, by the intelligent device, [[of]] a wireless portion of the IP signal portion and the non-IP signal portion to a wireless output device.

33. - 34.  Cancelled

35.     (Currently Amended)  An intelligent device for transmitting digital information on a radio frequency carrier through a wideband distribution network, comprising:

an input for receiving an incoming signal having a digital signal portion;

a modulator for modulating the incoming signal in to plural modulated radio frequency signals; and

a processor that determines a number of radio frequency channels to carry the plural modulated radio frequency signals and distributes the digital signal portion of the incoming signal using plural modulated radio frequency signals.

36.     Cancelled

37.     (Previously Presented)  The device of claim 35, comprising:

a radio frequency channel detector that generates radio frequency channel in use information.

38.     (Previously Presented)     The device of claim 35, wherein the processor uses the radio frequency channel in use information to select the radio

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 11

frequency channels, a radio frequency carrier channel width, and a radio frequency guardband width for distribution of portions of the incoming signal.

39.    (Previously Presented)    The device of claim 37, comprising:

a traffic sensor that outputs traffic data to the processor for use by the processor in selecting a modulator to condition a portion of the incoming signal into a modulated radio frequency signal.

40.   (Previously Presented) The device of claim 39, wherein the processor uses both the traffic data and the channels in use information to select the radio frequency channels for output of the modulated radio frequency signal.

41.   (Currently Amended)  A method of processing a signal, comprising:

determining a volume of data in the ~~received~~ signal, wherein a portion of the signal is a digital signal;

selecting, by a processor, based on the volume of data determined by the signal traffic sensor, a number of modulators to modulate portions of the ~~received~~ signal and a number of radio frequency channels on which to output the modulated signal portions;

outputting the modulated signal portions <u>on radio frequency channels</u>; and

updating the processor with information regarding the number of radio frequency channels in use.

42.  (Previously Presented) The intelligent device system of claim 22, wherein said channel in use information includes an IP address associated said digital signal portion of said received modulated RF signal.

43.  (New)  A method of processing a signal, comprising:

receiving a modulated RF signal;

differentiating the modulated RF signal according to information frequency of a carrier signal of the modulated RF signal to determine the number of channels in use, wherein a portion of the signal is differentiated into an IP portion;

controlling, by a processor, based on the number of channels in use, a number of demodulators to demodulate portions of the received signal and a number of radio frequency channels on which to output the demodulated signal portions;

outputting the demodulated signal portions on radio frequency channels.

44.  (New)    The device of claim 35, wherein the processor determines the number of radio frequency channels prior to the modulation.

## REMARKS

As a supplement to the Amendment filed June 1, 2007, Applicants are amending claims 23, 28, 30, 32, 35 and 41.  Claim 36 has been canceled.  New claims 43 and 44 have been added.  Applicants' remarks provided in the Amendment filed June 1, 2007 are incorporated herein by reference.

Claims 5, 6, 22-28, 30 and 32 have been rejected under 35 U.S.C. §103(a) as being unpatentable over the combination of U.S. Patent No. 5,608,446 to Carr, in view of U.S. Patent Nos. 6,915,530 to Kaufman and U.S. Patent No. 5,901,340 to Flickinger.  Claims 23-28, 30 and 32 have also been rejected under 35 U.S.C. §103(a) as being unpatentable over the above combination of references, further in view of U.S. Patent No. 6,493,875.

The Examiner's courtesies extended to Applicants and their representatives during the interview held August 17, 2007 are greatly appreciated.  During the interview, the independent claims were discussed.  Applicants have amended the claims to clarify portions identified by the Examiner.

Applicants discussed the combinations of the Carr, Kauffman Flickinger and Eames patents with respect to the independent claims. The Examiner agreed that the clarifying amendments discussed would appear to obviate the rejections of record.  As also discussed independent claims 35, 41 and 43 recite features of allowable independent claim 22.  The present application is considered to be in condition for allowance.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 14


      Should the Examiner have any questions or comments, he is invited to

contact the undersigned to discuss the issues to expedite prosecution.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC


Date: <u>August 17, 2007</u>     By:   __/Martin Miller/__
                       Martin E. Miller
                       Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

Patent
Attorney Docket No. <u>0050936-000017</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of ) | **MAIL STOP AMENDMENT** |
| ) | |
| Earl Hennenhoefer et al. ) | Group Art Unit:  2623 |
| ) | |
| Application No.:  09/749,258 ) | Examiner:  RUEBEN M BROWN |
| ) | |
| Filing Date:  December 27, 2000 ) | Confirmation No.:  4827 |
| ) | |
| Title:  INTELLIGENT DEVICE SYSTEM AND ) | |
| METHOD FOR DISTRIBUTION OF ) | |
| DIGITAL SIGNALS ON A WIDEBAND ) | |
| SIGNAL DISTRIBUTION SYSTEM ) | |

## AMENDMENT/REPLY TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is a reply for the above-identified patent application.

☐     A Petition for Extension of Time is enclosed.

☐     _____ Terminal Disclaimer(s) and the ☐ $ 65 ☐ $ 130 fee per Disclaimer due under 37 C.F.R. § 1.20(d) are enclosed.

☐     Also enclosed is/are: _____

☐     Small entity status is hereby claimed.

☐     Applicant(s) requests continued examination under 37 C.F.R. § 1.114 and enclose the ☐ $ 395 ☐ $ 790 fee due under 37 C.F.R. § 1.17(e).

☐     Applicant(s) requests that any previously unentered after final amendments <u>not</u> be entered.  Continued examination is requested based on the enclosed documents identified above.

☐     Applicant(s) previously submitted _____ on _____ for which continued examination is requested.

☐     Applicant(s) requests suspension of action by the Office until at least _____ , which does not exceed three months from the filing of this RCE, in accordance with 37 C.F.R. § 1.103(c).  The required fee under 37 C.F.R. § 1.17(i) is enclosed.

☐     A Request for Entry and Consideration of Submission under 37 C.F.R. § 1.129(a) (1809/2809) is also enclosed.

**Buchanan Ingersoll ♦ Rooney** PC
Attorneys & Government Relations Professionals

Amendment/Reply Transmittal Letter
Application No.  09/749,258
Attorney's Docket No.  0050936-000017
Page 2

☐   No additional claim fee is required.

☒   An additional claim fee is required, and is calculated as shown below:

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | No. of Claims | Highest No. of Claims Previously Paid For | Extra Claims | Rate | Additional Fee |
| Total Claims | 19 | 35 | 0 | x $ 50 (1202) | $              0 |
| Independent Claims | 10 | 12 | 0 | x $ 200 (1201) | 0 |
| ☐ If Amendment adds multiple dependent claims, add $ 360 (1203) | | | | | $              0 |
| **Total Claim Amendment Fee** | | | | | **$              0** |
| ☒ Small Entity Status claimed - subtract 50% of Total Claim Amendment Fee | | | | | 0 |
| **TOTAL ADDITIONAL CLAIM FEE DUE FOR THIS AMENDMENT** | | | | | **$              0** |

☐   Charge _____ to Deposit Account No. 02-4800 for the fee due.

☐   A check in the amount of _____ is enclosed for the fee due.

☐   Charge____ to credit card for the fee due.  Form PTO-2038 is attached.

☒   The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§ 1.16, 1.17 and 1.20(d) and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 02-4800.  This paper is submitted in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date  August 17, 2007                By:  _____/Martin Miller/_____
                                          Martin E. Miller
                                          Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

Patent
Attorney Docket No. <u>0050936-000017</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent Application of | ) | **MAIL STOP AMENDMENT** |
| | ) | |
| Earl Hennenhoefer et al. | ) | Group Art Unit:  2623 |
| | ) | |
| Application No.:  09/749,258 | ) | Examiner:  RUEBEN M BROWN |
| | ) | |
| Filing Date:  December 27, 2000 | ) | Confirmation No.:  4827 |
| | ) | |
| Title:   INTELLIGENT DEVICE SYSTEM AND | ) | |
| METHOD FOR DISTRIBUTION OF | ) | |
| DIGITAL SIGNALS ON A WIDEBAND | ) | |
| SIGNAL DISTRIBUTION SYSTEM | ) | |

## AMENDMENT/REPLY TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is a reply for the above-identified patent application.

☐ A Petition for Extension of Time is enclosed.

☐ _____ Terminal Disclaimer(s) and the ☐ $ 65 ☐ $ 130 fee per Disclaimer due under 37 C.F.R. § 1.20(d) are enclosed.

☐ Also enclosed is/are: _____

☐ Small entity status is hereby claimed.

☐ Applicant(s) requests continued examination under 37 C.F.R. § 1.114 and enclose the ☐ $ 395 ☐ $ 790 fee due under 37 C.F.R. § 1.17(e).

☐ Applicant(s) requests that any previously unentered after final amendments <u>not</u> be entered.  Continued examination is requested based on the enclosed documents identified above.

☐ Applicant(s) previously submitted _____ on _____ for which continued examination is requested.

☐ Applicant(s) requests suspension of action by the Office until at least _____ , which does not exceed three months from the filing of this RCE, in accordance with 37 C.F.R. § 1.103(c).  The required fee under 37 C.F.R. § 1.17(i) is enclosed.

☐ A Request for Entry and Consideration of Submission under 37 C.F.R. § 1.129(a) (1809/2809) is also enclosed.

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

Amendment/Reply Transmittal Letter
Application No.  09/749,258
Attorney's Docket No.  0050936-000017
Page 2

☐   No additional claim fee is required.

☒   An additional claim fee is required, and is calculated as shown below:

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | No. of Claims | Highest No. of Claims Previously Paid For | Extra Claims | Rate | Additional Fee |
| Total Claims | 19 | 35 | 0 | x $ 50 (1202) | $          0 |
| Independent Claims | 10 | 12 | 0 | x $ 200 (1201) | 0 |
| ☐ If Amendment adds multiple dependent claims, add $ 360 (1203) | | | | | $          0 |
| **Total Claim Amendment Fee** | | | | | **$          0** |
| ☒ Small Entity Status claimed - subtract 50% of Total Claim Amendment Fee | | | | | 0 |
| **TOTAL ADDITIONAL CLAIM FEE DUE FOR THIS AMENDMENT** | | | | | **$          0** |

☐   Charge _____ to Deposit Account No. 02-4800 for the fee due.

☐   A check in the amount of _____ is enclosed for the fee due.

☐   Charge_____ to credit card for the fee due.  Form PTO-2038 is attached.

☒   The Director is hereby authorized to charge any appropriate fees under
37 C.F.R. §§ 1.16, 1.17 and 1.20(d) and 1.21 that may be required by this paper, and
to credit any overpayment, to Deposit Account No. 02-4800.  This paper is submitted
in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date   August 17, 2007             By:   _____/Martin Miller/_____
                                         Martin E. Miller
                                         Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2098323 |
| **Application Number:** | 09749258 |
| **International Application Number:** | |
| **Confirmation Number:** | 4827 |
| **Title of Invention:** | Intelligent device system and method for distribution of digital signals on a wideband signal distribution system |
| **First Named Inventor/Applicant Name:** | Earl  Hennenhoefer |
| **Customer Number:** | 21839 |
| **Filer:** | Martin Edward Miller |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 0050936-000017 |
| **Receipt Date:** | 17-AUG-2007 |
| **Filing Date:** | 27-DEC-2000 |
| **Time Stamp:** | 19:49:20 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Supplemental Response or Supplemental Amendment | Supp_Amd_0050936-017.pdf | 116497<br>9cfc661451bfb562afc1672003d9addc1ee14f0d | no | 14 |

| **Warnings:** |
|---|

**Information:**

| 2 | Supplemental Response or Supplemental Amendment | TL_0050936-017.pdf | 102265<br><br>36ea2cf9d348db9703aed0dccf8dacc68 f356f7 | no | 2 |
|---|---|---|---|---|---|

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 218762 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Patent
Attorney Docket No. <u>0050936-000017</u>

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | )  **MAIL STOP AMENDMENT** |
| | ) |
| Earl Hennenhoefer et al. | )  Group Art Unit: 2623 |
| | ) |
| Application No.: 09/749,258 | )  Examiner: RUEBEN M BROWN |
| | ) |
| Filing Date: December 27, 2000 | )  Confirmation No.: 4827 |
| | ) |
| Title:  INTELLIGENT DEVICE SYSTEM AND | ) |
| METHOD FOR DISTRIBUTION OF | ) |
| DIGITAL SIGNALS ON A WIDEBAND | ) |
| SIGNAL DISTRIBUTION SYSTEM | ) |

## AMENDMENT/REPLY TRANSMITTAL LETTER

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Enclosed is a reply for the above-identified patent application.

☐   A Petition for Extension of Time is enclosed.

☐   _____ Terminal Disclaimer(s) and the ☐ $ 65 ☐ $ 130 fee per Disclaimer due under 37 C.F.R. § 1.20(d) are enclosed.

☐   Also enclosed is/are: _____

☐   Small entity status is hereby claimed.

☐   Applicant(s) requests continued examination under 37 C.F.R. § 1.114 and enclose the ☐ $ 395 ☐ $ 790  fee due under 37 C.F.R. § 1.17(e).

☐   Applicant(s) requests that any previously unentered after final amendments <u>not</u> be entered.  Continued examination is requested based on the enclosed documents identified above.

☐   Applicant(s) previously submitted _____ on _____ for which continued examination is requested.

☐   Applicant(s) requests suspension of action by the Office until at least _____ , which does not exceed three months from the filing of this RCE, in accordance with 37 C.F.R. § 1.103(c).  The required fee under 37 C.F.R. § 1.17(i) is enclosed.

☐   A Request for Entry and Consideration of Submission under 37 C.F.R. § 1.129(a) (1809/2809) is also enclosed.

**Buchanan Ingersoll ⅋ Rooney** PC
Attorneys & Government Relations Professionals

Amendment/Reply Transmittal Letter
Application No.  09/749,258
Attorney's Docket No.  0050936-000017
Page 2

☐   No additional claim fee is required.

☒   An additional claim fee is required, and is calculated as shown below:

| AMENDED CLAIMS | | | | | |
|---|---|---|---|---|---|
| | No. of Claims | Highest No. of Claims Previously Paid For | Extra Claims | Rate | Additional Fee |
| Total Claims | 19 | 35 | 0 | x $ 50 (1202) | $               0 |
| Independent Claims | 10 | 12 | 0 | x $ 200 (1201) | 0 |
| ☐ If Amendment adds multiple dependent claims, add $ 360 (1203) | | | | | $               0 |
| **Total Claim Amendment Fee** | | | | | **$               0** |
| ☒ Small Entity Status claimed - subtract 50% of Total Claim Amendment Fee | | | | | 0 |
| **TOTAL ADDITIONAL CLAIM FEE DUE FOR THIS AMENDMENT** | | | | | **$               0** |

☐   Charge _____ to Deposit Account No. 02-4800 for the fee due.

☐   A check in the amount of _____ is enclosed for the fee due.

☐   Charge_____ to credit card for the fee due.  Form PTO-2038 is attached.

☒   The Director is hereby authorized to charge any appropriate fees under 37 C.F.R. §§ 1.16, 1.17 and 1.20(d) and 1.21 that may be required by this paper, and to credit any overpayment, to Deposit Account No. 02-4800.  This paper is submitted in duplicate.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date  August 17, 2007          By:  _____/Martin Miller/_____
                                     Martin E. Miller
                                     Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

Patent
Attorney's Docket No. 0050936-000017

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of ) | **MAIL STOP AMENDMENT** |
| ) | |
| Earl Hennenhoefer et al. ) | Group Art Unit:  2623 |
| ) | |
| Application No.: 09/749,258 ) | Examiner:  RUEBEN M BROWN |
| ) | |
| Filed: December 27, 2000 ) | Confirmation No.:  4827 |
| ) | |
| For:   INTELLIGENT DEVICE SYSTEM ) | |
| AND METHOD FOR DISTRIBUTION ) | |
| OF DIGITAL SIGNALS ON A ) | |
| WIDEBAND SIGNAL ) | |
| DISTRIBUTION SYSTEM ) | |

## SUPPLEMENTAL AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

  In further response to the Office Action dated March 22, 2007, please amend

the above-identified patent application as follows:

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 2

## AMENDMENTS TO THE CLAIMS:

This listing of claims will replace all prior versions, and listings, of claims in the application:

## LISTING OF CLAIMS:

1-4.    Cancelled


5.      (Previously Presented)      A local RF receiver and baseband out intelligent device system for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a wideband distribution unit that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; and

an intelligent device that receives, from the wideband distribution unit, a modulated RF signal carrying at least the digital signal portion thereon, wherein said intelligent device splits an IP portion from a non-IP signal portion of the digital signal portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP potion signal to the input of at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet, said intelligent device comprising:

a demodulator that receives the modulated RF digital portion from said wideband distribution unit;

a first digital combiner that combines at least two demodulated digital signal portions from said demodulator into one high speed digital transmission;

an RF splitter connected to the wideband distribution unit, which RF splitter splits the modulated RF signal; and

at least two RF bandpass filters, wherein the first bandpass filter receives the modulated RF signal from said RF splitter and passes the IP signal portion of the modulated RF signal to said demodulator for output to the at least one addressable device, and wherein the second bandpass filter receives the modulated RF signal from said RF splitter and passes the non-IP signal portion of the modulated RF signal to the at least one standard outlet.

6. (Previously Presented)  The local RF receiver/baseband out intelligent device system of claim 5, wherein said intelligent device further comprises: at least one DSP, wherein said DSP controls said demodulator based on an IP address associated with the IP signal portion of the modulated RF signal and said at least two RF bandpass filters.

Second Claim 6.  (Previously Cancelled).

7. - 21.  (Previously Cancelled).

22.    (Previously Presented)    An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a wideband distribution unit that receives the modulated RF signal; and

at least one DSP, wherein said DSP controls the demodulation, and the splitting of the modulated RF signal by controlling at least two RF bandpass filters, wherein said DSP receives RF channel in use information from an RF channel detector, and receives traffic data, and wherein said DSP uses the RF channel in use information to select the RF modulated carrier, an RF carrier channel width, and an RF guardband width,

wherein said intelligent device receives a modulated RF signal carrying an IP portion and non-IP signal portion of the digital signal portion thereon from said wideband distribution unit, wherein said intelligent device splits the IP signal portion from the non-IP signal portion, removes the RF carrier from the IP signal portion and sends the digital signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to at least one standard outlet.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 5

23.  (Currently Amended)  A local RF receiver and baseband out and wireless intelligent device system for use in transmitting digital and receiving digital and analog information on an RF carrier through a wideband signal distribution network, comprising:

at least one addressable device having at least one input and at least one output;

a wideband distribution unit that receives a signal, which signal includes at least a digital signal portion, from the output of said at least one addressable device; [[and]]

an intelligent device that receives a modulated RF signal <u>from the wideband distribution unit</u> carrying an IP portion and a non-IP signal portion of the digital signal portion thereon, wherein said intelligent device splits the IP portion and the non-IP portion, which digital IP signal portion includes at least one wireless portion, and further splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet;

<u>and</u> a transcoder for sending the wireless portion from said RF splitter to a wireless port.


24.  (Original)  The system of claim 23, further comprising: a wireless demodulator for receiving transmissions from the wireless port, wherein said wireless demodulator is controlled by a DSP and sending those received wireless

transmissions to the digital combiner.


25.   (Previously presented)  An intelligent device system for local sending and receiving for use in transmitting digital information on an RF carrier through a wideband distribution network, comprising:

at least one addressable device having at least one input and at least one output, wherein at least one of said at least one addressable devices generates an incoming signal, wherein the incoming signal includes at least a digital signal portion;

an intelligent device that generates a modulated RF signal carrying the digital signal portion thereon;

a wideband distribution unit that receives the modulated RF signal;

wherein said intelligent device receives a modulated RF signal carrying an IP portion and a non-IP signal portion of the digital signal portion thereon from said wideband distribution unit, wherein said intelligent device splits the IP signal portion from a non-IP signal portion, which IP portion and non-IP digital signal portion include at least one wireless portion, and wherein said intelligent device splits the wireless portion from at least one non-wireless portion, wherein said intelligent device removes the modulated RF carrier from the IP signal portion and sends the IP signal portion to the input of at least one of the at least one addressable device, and wherein said intelligent device sends the non-IP signal portion to a standard outlet; and

a transcoder for sending the wireless portion to a wireless port.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 7

26.   (Original)  The intelligent device system of claim 25, further comprising a wireless demodulator for receiving transmissions from the wireless port.

27.   (Original)  The intelligent device system of claim 26, further comprising a DSP, wherein said DSP controls said wireless demodulator.

28.   (Currently Amended)  An intelligent device system for remote sending and wireless sending and wireless receiving of IP and non-IP information on an RF carrier through a wideband signal distribution network, comprising:

at least one incoming signal generator, wherein said at least one incoming signal generator generates an incoming signal including at least a digital portion;

an intelligent device that generates a modulated RF signal carrying the digital portion thereon, said intelligent device having a wireless demodulator for receiving a wireless portion from a wireless port within said wireless device, wherein the wireless portion and a non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one digital signal processor (DSP);

a transcoder for sending [[a]] the wireless portion, which wireless portion includes at least a portion of the digital portion therein, an output to a wireless output device; and

a wideband distribution unit that receives [[a]] the non-wireless portion of the modulated RF signal; wherein the wireless portion and the non-wireless portion are split by said intelligent device, and wherein the splitting is controlled by at least one DSP.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 8

29.   (Previously Cancelled).


30.   (Currently Amended)  A method for transmitting digital information on an

RF carrier through a wideband distribution network, comprising:

providing at least one addressable device having at least one input and

at least one output;

receiving a signal at a wideband distribution unit from the output of said

at least one addressable device, which signal includes at least an IP signal portion;

and

receiving from the wideband distribution unit at an intelligent device, a

modulated RF signal carrying the IP signal portion thereon and a non-IP signal

portion thereon;

splitting and filtering by the intelligent device of the IP signal portion

from a non-IP signal portion;

removing, by the intelligent device, [[of]] the modulated RF carrier from

the IP signal portion;

sending, by the intelligent device, [[of]] the IP signal portion to the input

of at least one of the at least one addressable device;

sending, by the intelligent device, [[of]] the non-signal signal portion to

a standard outlet; and

sending, by the intelligent device, [[of]] a wireless portion of the IP

signal portion to a wireless output device.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 9

31.   Previously Cancelled.

32.   (Currently Amended)       A method for transmitting digital information on an RF carrier through a wideband distribution network, comprising:

providing at least one addressable device having at least one input and at least one output;

generating, by at least one of said at least one addressable devices, [[of]] an incoming signal, wherein the incoming signal includes at least a digital signal portion;

generating a modulated RF signal carrying the digital signal portion thereon;

receiving, at a wideband distribution unit, the modulated RF signal;

receiving, at an intelligent device, of modulated RF signal carrying the digital signal portion, which digital signal portion comprises an IP portion and a non-IP signal portion, thereon from the wideband distribution unit;

splitting and filtering, by the intelligent device, [[of]] the IP signal portion from the non-IP signal portion;

removing, by the intelligent device, [[of]] the modulated RF carrier from the IP signal portion;

sending, by the intelligent device, [[of]] the digital signal portion to the input of at least one of the at least one addressable device;

sending, by the intelligent device, [[of]] the non-IP signal portion to a standard outlet; and

sending, by the intelligent device, [[of]] a wireless portion of the IP

signal portion and the non-IP signal portion to a wireless output device.


33. - 34.  Cancelled


35.     (Currently Amended)  An intelligent device for transmitting digital

information on a radio frequency carrier through a wideband distribution network,

comprising:

         an input for receiving an incoming signal having a digital signal portion;

         a modulator for modulating the incoming signal in to plural modulated

radio frequency signals; and

          a processor that determines a number of radio frequency channels to

carry the plural modulated radio frequency signals and distributes the digital signal

portion of the incoming signal using plural modulated radio frequency signals.


36.     Cancelled


37.     (Previously Presented)  The device of claim 35, comprising:

         a radio frequency channel detector that generates radio frequency

channel in use information.


38.     (Previously Presented)      The device of claim 35, wherein the

processor uses the radio frequency channel in use information to select the radio

frequency channels, a radio frequency carrier channel width, and a radio frequency guardband width for distribution of portions of the incoming signal.

39.    (Previously Presented)    The device of claim 37, comprising:

a traffic sensor that outputs traffic data to the processor for use by the processor in selecting a modulator to condition a portion of the incoming signal into a modulated radio frequency signal.

40.   (Previously Presented) The device of claim 39, wherein the processor uses both the traffic data and the channels in use information to select the radio frequency channels for output of the modulated radio frequency signal.

41.   (Currently Amended)  A method of processing a signal, comprising:

determining a volume of data in the ~~received~~ signal, wherein a portion of the signal is a digital signal;

selecting, by a processor, based on the volume of data determined by the signal traffic sensor, a number of modulators to modulate portions of the ~~received~~ signal and a number of radio frequency channels on which to output the modulated signal portions;

outputting the modulated signal portions <u>on radio frequency channels</u>; and

updating the processor with information regarding the number of radio frequency channels in use.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 12

42. (Previously Presented) The intelligent device system of claim 22, wherein said channel in use information includes an IP address associated said digital signal portion of said received modulated RF signal.

43. (New)  A method of processing a signal, comprising:

receiving a modulated RF signal;

differentiating the modulated RF signal according to information frequency of a carrier signal of the modulated RF signal to determine the number of channels in use, wherein a portion of the signal is differentiated into an IP portion;

controlling, by a processor, based on the number of channels in use, a number of demodulators to demodulate portions of the received signal and a number of radio frequency channels on which to output the demodulated signal portions;

outputting the demodulated signal portions on radio frequency channels.

44. (New)   The device of claim 35, wherein the processor determines the number of radio frequency channels prior to the modulation.

Attorney's Docket No. 0050936-000017
Application No. 09/749,258
Page 13

## REMARKS

As a supplement to the Amendment filed June 1, 2007, Applicants are amending claims 23, 28, 30, 32, 35 and 41. Claim 36 has been canceled. New claims 43 and 44 have been added. Applicants' remarks provided in the Amendment filed June 1, 2007 are incorporated herein by reference.

Claims 5, 6, 22-28, 30 and 32 have been rejected under 35 U.S.C. §103(a) as being unpatentable over the combination of U.S. Patent No. 5,608,446 to Carr, in view of U.S. Patent Nos. 6,915,530 to Kaufman and U.S. Patent No. 5,901,340 to Flickinger. Claims 23-28, 30 and 32 have also been rejected under 35 U.S.C. §103(a) as being unpatentable over the above combination of references, further in view of U.S. Patent No. 6,493,875.

The Examiner's courtesies extended to Applicants and their representatives during the interview held August 17, 2007 are greatly appreciated. During the interview, the independent claims were discussed. Applicants have amended the claims to clarify portions identified by the Examiner.

Applicants discussed the combinations of the Carr, Kauffman Flickinger and Eames patents with respect to the independent claims. The Examiner agreed that the clarifying amendments discussed would appear to obviate the rejections of record. As also discussed independent claims 35, 41 and 43 recite features of allowable independent claim 22. The present application is considered to be in condition for allowance.

Should the Examiner have any questions or comments, he is invited to

contact the undersigned to discuss the issues to expedite prosecution.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

Date: <u>August 17, 2007</u>     By:   __/Martin Miller/__
                                   Martin E. Miller
                                   Registration No. 56022

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 2098323 |
| **Application Number:** | 09749258 |
| **International Application Number:** | |
| **Confirmation Number:** | 4827 |
| **Title of Invention:** | Intelligent device system and method for distribution of digital signals on a wideband signal distribution system |
| **First Named Inventor/Applicant Name:** | Earl Hennenhoefer |
| **Customer Number:** | 21839 |
| **Filer:** | Martin Edward Miller |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 0050936-000017 |
| **Receipt Date:** | 17-AUG-2007 |
| **Filing Date:** | 27-DEC-2000 |
| **Time Stamp:** | 19:49:20 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Supplemental Response or Supplemental Amendment | Supp_Amd_0050936-017.pdf | 116497<br>9cfd661451bfb562afc167200 3d9addc1 ee14f0d | no | 14 |

**Warnings:**

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Supplemental Response or Supplemental Amendment | TL_0050936-017.pdf | 102265<br>36ea2cf9d348db9703aed0dcdfbdaca68f356f7 | no | 2 |

| Warnings: |
|---|

| Information: |
|---|

| | Total Files Size (in bytes): | 218762 |
|---|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable.  It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

|  | Application No. | Applicant(s) |  |
|---|---|---|---|
| *Interview Summary* | 09/749,258 | HENNENHOEFER ET AL. |  |
|  | Examiner | Art Unit |  |
|  | Reuben M. Brown | 2623 |  |

All participants (applicant, applicant's representative, PTO personnel):

(1) <u>Reuben M. Brown</u>.　　　　　　　　　(3)<u>Robert Stine</u>.　　Patrick Keane

(2) <u>Earl Hennenhoefer</u>.　　　　　　　　(4)<u>Martin Miller</u>.

　　Date of Interview: <u>17 August 2007</u>.

　　Type:　a)☐ Telephonic　b)☐ Video Conference
　　　　　c)☒ Personal [copy given to: 1)☐ applicant　2)☒ applicant's representative]

　　Exhibit shown or demonstration conducted:　d)☐ Yes　　e)☒ No.
　　　　If Yes, brief description: _____.

　　Claim(s) discussed: <u>All pending independent claims</u>.

　　Identification of prior art discussed: <u>Flickinger, Carr & Kaufman</u>.

　　Agreement with respect to the claims f)☒ was reached.　g)☐ was not reached.　h)☐ N/A.

　　Substance of Interview including description of the general nature of what was agreed to if an agreement was reached, or any other comments: <u>Proposed clarifying amendments to claims 28 & 30. Clarified claims appear to overcome prior art of record. Applicant to submit supplemental amendments in a filing on 8/17/2007, including clarifcations to claim language discussed during interview</u>.

　　(A fuller description, if necessary, and a copy of the amendments which the examiner agreed would render the claims allowable, if available, must be attached.  Also, where no copy of the amendments that would render the claims allowable is available, a summary thereof must be attached.)

THE FORMAL WRITTEN REPLY TO THE LAST OFFICE ACTION MUST INCLUDE THE SUBSTANCE OF THE INTERVIEW.  (See MEPE Section 713.04).  If a reply to the last Office action has already been filed, APPLICANT IS GIVEN A NON-EXTENDABLE PERIOD OF THE LONGER OF ONE MONTH OR THIRTY DAYS FROM THIS INTERVIEW DATE, OR THE MAILING DATE OF THIS INTERVIEW SUMMARY FORM, WHICHEVER IS LATER, TO FILE A STATEMENT OF THE SUBSTANCE OF THE INTERVIEW.  See Summary of Record of Interview requirements on reverse side or on attached sheet.

　　　　　　　　　　　　　　　　　　　　　　　REUBEN M. BROWN
　　　　　　　　　　　　　　　　　　　　　　　PATENT EXAMINER

Examiner Note:  You must sign this form unless it is an
Attachment to a signed Office action.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Examiner's signature, if required

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>09/749,258 | Filing Date<br>12/27/2000 | ☐ To be Mailed |
|---|---|---|---|

## APPLICATION AS FILED – PART I

| | | | SMALL ENTITY ☐ | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | (Column 1)<br>NUMBER FILED | (Column 2)<br>NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE<br>(37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE<br>(37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE<br>(37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS<br>(37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = |
| INDEPENDENT CLAIMS<br>(37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = |
| ☐ APPLICATION SIZE FEE<br>(37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | TOTAL | |

## APPLICATION AS AMENDED – PART II

| | | | | | | | OTHER THAN | |
|---|---|---|---|---|---|---|---|---|
| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | SMALL ENTITY | |
| AMENDMENT | 08/17/2007 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * 19 | Minus | ** 35 | = 0 | X $ = | | OR | X $50= | 0 |
| | Independent (37 CFR 1.16(h)) | * 10 | Minus | *** 12 | = 0 | X $ = | | X $200= | 0 |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | 0 |

| | | (Column 1) | (Column 2) | (Column 3) | | | | |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | * | Minus | ** | = | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus | *** | = | X $ = | | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | OR | | |
| | | | | | TOTAL ADD'L FEE | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.

** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".

*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".

The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
Diane Williams

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 57 | S192 | 4 | ("6124787" "6567981").pn. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 17:28 |
| 58 | S193 | 29 | "6124878" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 17:29 |
| 59 | S195 | 7 | "RF splitter" WITH ("IP" "internet protocol") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 17:49 |
| 60 | S194 | 215 | "5347304" | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 17:47 |
| 61 | S198 | 192 | ("5608446").URPN. | USPAT | 2007/03/05 17:55 |
| 62 | S197 | 66 | S196 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 18:36 |
| 63 | S196 | 147 | "RF splitter" AND ("IP" "internet protocol") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 19:03 |

|    | Ref # | Hits | Search Text | DBs | Time Stamp |
|----|-------|------|-------------|-----|------------|
| 64 | S204 | 96 | S203 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 19:22 |
| 65 | S199 | 185 | "RF splitter" AND (packet MPEG$2) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 18:36 |
| 66 | S200 | 85 | S199 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 19:06 |
| 67 | S202 | 0 | ("2002/0083474").URPN. | USPAT | 2007/03/05 18:44 |
| 68 | S201 | 0 | ("2002/0083474").URPN. | USPAT | 2007/03/05 18:44 |
| 69 | S208 | 0 | ("6588017").URPN. | USPAT | 2007/03/05 19:34 |
| 70 | S206 | 317 | 725/80.ccls. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT | 2007/03/05 19:22 |
| 71 | S207 | 86 | S206 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 19:22 |
| 72 | S205 | 0 | ("2002/0083475").URPN. | USPAT | 2,007/03/05 19:22 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 73 | S203 | 213 | RF ADJ (separat$3 splitter) AND (packet MPEG$2 "digital vide" "IP" "internet protocol") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/05 19:05 |
| 74 | S209 | 51552 | "printed circuit board".ti. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/07 15:57 |
| 75 | S210 | 99 | (("printed circuit board") WITH front with back).ti. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/07 15:59 |
| 76 | S211 | 8 | ("6526581" "6496862" "5544164" "5557319").pn. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/18 21:41 |
| 77 | S212 | 1001 | 725/74.ccls. 725/78-82.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/18 21:42 |
| 78 | S250 | 18 | ("5130793" \| "5528283" \| "5528286" \| "5566232" \| "5574964" \| "5612730" \| "5613190" \| "5621455" \| "5633614" \| "5638426" \| "5642155" \| "5673205" \| "5903372" \| "5905942" \| "5936660" \| "5970386" \| "6088368" "6188397").PN. | US-PGPUB; USPAT; USOCR | 2007/03/19 02:38 |
| 79 | S245 | 184 | ("5488412").URPN. | USPAT | 2007/03/19 02:34 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 80 | S217 | 634 | S216 NOT S213 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 00:15 |
| 81 | S238 | 822 | S237 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:13 |
| 82 | S237 | 1853 | "725"/$.ccls. AND S236 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:12 |
| 83 | S218 | 273 | S217 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:06 |
| 84 | S215 | 156 | 725/111.ccls. AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 00:05 |
| 85 | S216 | 737 | "725"/$.ccls. AND ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:12 |
| 86 | S223 | 1903 | S220 WITH ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:14 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 87 | S248 | 35 | ("3668307" \| "3673517" \| "4367548" \| "4394691" \| "4420841" \| "4509211" \| "4606072" \| "4677686" \| "4710917" \| "4907079" \| "5027426" \| "5216499" \| "5227780" \| "5255267" \| "5343240" \| "5384603" \| "5410720" \| "5440335" \| "5467384" \| "5485630" \| "5499047" \| "5512963" \| "5539880" \| "5583931" \| "5585837" \| "5592482" \| "5623542" \| "5642155" \| "5663682" \| "5675390" \| "5722041" \| "5760822" \| "5805806" \| "5886732" \| "6014386").PN. | US-PGPUB; USPAT; USOCR | 2007/03/19 02:36 |
| 88 | S247 | 52 | ("3668307" \| "3673517" \| "4367548" \| "4394691" \| "4420841" \| "4509211" \| "4606072" \| "4677686" \| "4710917" \| "4907079" \| "5027426" \| "5216499" \| "5227780" \| "5255267" \| "5343240" \| "5384603" \| "5410720" \| "5440335" \| "5467384" \| "5485630" \| "5499047" \| "5512963" \| "5539880" \| "5583931" \| "5585837" \| "5592482" \| "5623542" \| "5642155" \| "5663682" \| "5675390" \| "5722041" \| "5760822" \| "5805806" \| "5886732" \| "6014386").PN. OR ("6481013").URPN. | US-PGPUB; USPAT; USOCR | 2007/03/19 02:36 |
| 89 | S242 | 5 | ("5905941").URPN. | USPAT | 2007/03/19 02:32 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 90 | S222 | 1034 | S221 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:07 |
| 91 | S252 | 26 | ("4677467"   "5301186"   "5488412"   "5499047"   "5642155"   "5742607"   "5805591"   "5864747"   "5923361"   "5935209"   "5959658"   "6028860"   "6065049"   "6088785"   "6151559"   "6178161"   "6216171"   "6313851"   "6389029"   "6418149"   "6421714"   "6477179"   "6481013"   "6526581"   "6581208"   "6848116").PN. | US-PGPUB; USPAT; USOCR | 2007/03/19 02:43 |
| 92 | S233 | 200 | S229 AND (splitter seperator) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:12 |
| 93 | S234 | 114 | S233 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:12 |
| 94 | S226 | 121 | S221 AND (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:14 |
| 95 | S230 | 131 | S229 AND (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:19 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 96 | S232 | 3 | S231 NOT S227 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:15 |
| 97 | S231 | 53 | S230 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:19 |
| 98 | S229 | 3386 | S220 SAME ((gateway NIM "network interface" hub) WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:10 |
| 99 | S227 | 50 | S226 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:15 |
| 100 | S225 | 1 | S221 SAME (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:08 |
| 101 | S224 | 557 | S223 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:08 |
| 102 | S221 | 3164 | S220 SAME ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:06 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 103 | S220 | 455986 | (("set top" CATV TV "cable TV" user subscriber viewer consumer) NEAR2 (box terminal receiver decoder device means IRD)) or STB STT IRD | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:05 |
| 104 | S219 | 43 | (S213 or S218) AND (BPF or "bandpass" or "band pass") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:07 |
| 105 | S228 | 2056 | S220 WITH ((gateway NIM "network interface" hub) WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:14 |
| 106 | S240 | 136 | S239 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:13 |
| 107 | S241 | 30 | ("5642155").URPN. | USPAT | 2007/03/19 02:30 |
| 108 | S239 | 265 | S236 SAME (splitter seperator) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:13 |
| 109 | S236 | 86814 | (gateway NIM "network interface" hub) NEAR5 (IP WWW internet network HTTP addressable) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:12 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 110 | S235 | 150634 | (gateway NIM "network interface" hub) WITH (IP WWW internet network HTTP addressable) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 02:11 |
| 111 | S243 | 22 | ("6112232").URPN. | USPAT | 2007/03/19 02:33 |
| 112 | S251 | 24 | ("4893326" \| "4935924" \| "5408259" \| "5485630" \| "5491508" \| "5534914" \| "5539880" \| "5553064" \| "5579308" \| "5642155" \| "5760822" \| "5787335" \| "5826167" \| "5937330" \| "5940387" \| "6006066" \| "RE34395" \| "RE34895").PN. OR ("6622304").URPN. | US-PGPUB; USPAT; USOCR | 2007/03/19 02:40 |
| 113 | S244 | 15 | ("5347304" \| "5410535" \| "5412352" \| "5481562" \| "5488412" \| "5499046" \| "5563908" \| "5577087" \| "5592540" \| "5642155" \| "5675732" \| "5719872" \| "5805636" \| "5825829" \| "5896414").PN. | US-PGPUB; USPAT; USOCR | 2007/03/19 02:34 |
| 114 | S249 | 9 | ("6567981").URPN. | USPAT | 2007/03/19 02:38 |
| 115 | S246 | 17 | ("6481013").URPN. | USPAT | 2007/03/19 02:36 |
| 116 | S214 | 46 | S213 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 00:15 |

| | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 117 | S213 | 103 | S212 AND ((gateway NIM "network interface") WITH ((IP WWW internet network HTTP addressable) NEAR2 (address protocol device receiver)) ) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 01:05 |
| 118 | S253 | 345 | (advantage benefit purpose improvement) NEAR2 ("bandpass filter") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 16:48 |
| 119 | S254 | 20 | S253 and "348"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 16:49 |
| 120 | S255 | 1 | S253 and "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 16:48 |
| 121 | S256 | 1661 | (advantage benefit purpose improvement) WITH ("bandpass filter") | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 16:49 |
| 122 | S257 | 93 | S256 and "348"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 16:50 |
| 123 | S258 | 53 | 725/81.ccls. and ((@ad <= "20000614") or (@rlad <= "20000614")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 17:04 |

|  | Ref # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| **124** | S259 | 65 | 725/81.ccls. and ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 17:17 |
| **125** | S260 | 4 | S259 and (wireless RF) NEAR2 demodulator | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/03/19 17:18 |

| | L # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 1 | L1 | 2 | "6915530".pn. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 13:47 |
| 2 | L2 | 12914 | ((channel RF bandwidth frequency) NEAR2 (availability $2allocat$3)) AND ((home local premise) NEAR3 (network distribution)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 16:40 |
| 3 | L3 | 810 | 2 AND "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 18:27 |
| 4 | L4 | 410 | 3 and ((@ad <= "20000614") or (@rlad <= "20000614")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 13:51 |
| 5 | L5 | 1633 | ((channel RF bandwidth frequency) NEAR2 (availability $2allocat$3)) SAME ((home local premise) NEAR3 (network distribution)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 13:51 |
| 6 | L6 | 492 | 5 and ((@ad <= "20000614") or (@rlad <= "20000614")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 16:41 |
| 7 | L7 | 37 | 6 AND "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 13:52 |

| | L # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 8 | L8 | 134598 | (traffic volume ((frequency channel RF "radio frequency") NEAR3 (availab$6 free "in?use" reserv$5 capacity usage)) or capacity) NEAR8 (detect$3 sensor$3) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 18:24 |
| 9 | L9 | 381 | 8 SAME ((home local premise) NEAR3 (network distribution)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 16:52 |
| 10 | L10 | 124 | 9 and ((@ad <= "20000614") or (@rlad <= "20000614")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 17:31 |
| 11 | L11 | 1 | ("6954775").URPN. | USPAT | 2007/10/26 16:44 |

| | L # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 12 | L12 | 64 | ("4672572" \| "4769771" \| "5003595" \| "5032979" \| "5101402" \| "5278901" \| "5365580" \| "5375070" \| "5414833" \| "5448724" \| "5488715" \| "5524238" \| "5555377" \| "5557742" \| "5606668" \| "5621889" \| "5623601" \| "5634008" \| "5682478" \| "5699513" \| "5751964" \| "5757916" \| "5757924" \| "5774660" \| "5781550" \| "5784559" \| "5793763" \| "5793951" \| "5796942" \| "5798706" \| "5805801" \| "5826014" \| "5828846" \| "5864666" \| "5867647" \| "5886643" \| "5892903" \| "5918021" \| "5919257" \| "5931946" \| "5958009" \| "5958053" \| "5968176" \| "5991881" \| "6003030" \| "6009475" \| "6035404" \| "6061650" \| "6088804" \| "6108310" \| "6128642" \| "6256306" \| "6279113" \| "6301668" \| "6321337" \| "6393438" \| "6460082" \| "6529515" \| "6550012" \| "6658565" \| "6697103" \| "6738814" \| "6804778" \| "6853619").PN. | US-PGPUB; USPAT; USOCR | 2007/10/26 16:44 |
| 13 | L13 | 5 | ("5793753" \| "5819028" \| "5926462" \| "5933416" \| "5987442").PN. | US-PGPUB; USPAT; USOCR | 2007/10/26 16:49 |
| 14 | L14 | 9 | ("6108310").URPN. | USPAT | 2007/10/26 16:50 |

| | L # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 15 | L15 | 344 | 8 AND "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 17:56 |
| 16 | L16 | 158 | 15 and ((@ad <= "20000614") or (@rlad <= "20000614")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 17:57 |
| 17 | L17 | 19 | ("4701909" \| "4782484" \| "4901277" \| "5079766" \| "5412376" \| "5504738" \| "5515359" \| "5553071" \| "5586121" \| "5608729" \| "5648956" \| "5719872" \| "5734643" \| "5771235" \| "5864415" \| "5864672" \| "5959660" \| "5963557" \| "6002669").PN. | US-PGPUB; USPAT; USOCR | 2007/10/26 17:43 |
| 18 | L18 | 39 | ("4701909").URPN. | USPAT | 2007/10/26 17:51 |
| 19 | L19 | 4828 | 8 AND "370"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 17:57 |
| 20 | L20 | 2296 | 19 and ((@ad <= "20000614") or (@rlad <= "20000614")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 18:26 |

| | L # | Hits | Search Text | DBs | Time Stamp |
|---|---|---|---|---|---|
| 21 | L47 | 989 | (traffic volume ((frequency channel RF "radio frequency") NEAR3 (availab$6 free "in?use" reserv$5 capacity usage)) or capacity) NEAR8 (detect$3 sensor$3)WITH ((select$3 choose determin$5 choice) NEAR4 (channel modulat$3 transmi$6)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 18:25 |
| 22 | L48 | 524 | 47 and ((@ad <= "20000614") or (@rlad <= "20000614")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 18:26 |
| 23 | L49 | 14 | 48 AND "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/10/26 18:27 |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 1 | L1 | 726 | (QAM "quaduature amplitude modulation") WITH (determin$5 detect$3 judg$3 sens$3 check$3) WITH (RF "radio frequency" channel availab$6 "in?use" used capacity) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 2 | L2 | 351 | 1 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 3 | L3 | 726 | (QAM "quadature amplitude modulation") WITH (determin$5 detect$3 judg$3 sens$3 check$3) WITH (RF "radio frequency" channel availab$6 "in?use" used capacity) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 4 | L4 | 3279 | (QAM ((digital quadrature) NEAR2 (transmission transmitter modulat$3)) ) WITH (determin$5 detect$3 judg$3 sens$3 check$3) WITH (RF "radio frequency" channel availab$6 "in?use" used capacity) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 5 | L5 | 1967 | 4 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 6 | L6 | 67 | 5 AND "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 7 | L7 | 7198 | (QAM ((digital quadrature local home premise) NEAR2 (transmission transmitter modulat$3 network)) ) WITH (determin$5 detect$3 judg$3 sens$3 check$3) WITH (RF "radio frequency" channel availab$6 "in?use" used capacity) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 8 | L8 | 3537 | 7 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 9 | L9 | 10108 | (QAM ((digital quadrature local home premise) NEAR2 (transmission transmitter modulat$3 network)) ) WITH (determin$5 detect$3 judg$3 sens$3 check$3) WITH (number amount "in?use" availab$6 us$3 capacity) WITH (RF "radio frequency" channel availab$6 "in?use" us$3 capacity) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 10 | L10 | 1482 | (QAM ((digital quadrature local home premise) NEAR2 (transmission transmitter modulat$3 network)) ) WITH (determin$5 detect$3 judg$3 sens$3 check$3) WITH ((number amount "in?use" availab$6 us$3 capacity) NEAR4 (RF "radio frequency" channel availab$6 "in?use" us$3 capacity)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 11 | L11 | 589 | 10 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 12 | L12 | 17 | 11 AND "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 13 | L13 | 170 | 11 AND "370"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 14 | L14 | 28 | ("6611537").URPN. | USPAT |
| 15 | L15 | 8 | ("6199136" \| "6298370" \| "6327637" \| "6349352" \| "6532019" \| "6549929" \| "6591419" \| "6611537").PN. | US-PGPUB; USPAT; USOCR |
| 16 | L16 | 13 | ("3920975" \| "4068105" \| "4541121" \| "5155590" \| "5412416" \| "5504856" \| "5563883" \| "5586121" \| "5784597" \| "5815146" \| "5874992" \| "5926547" \| "6295615").PN. | US-PGPUB; USPAT; USOCR |
| 17 | L17 | 7 | ("5467352" \| "5490145" \| "5526356" \| "5784569" \| "5901148" \| "5953338" \| "6031845").PN. | US-PGPUB; USPAT; USOCR |
| 18 | L18 | 45 | ("5784569").URPN. | USPAT |
| 19 | L19 | 4338 | ((channel bandwidth) NEAR3 ($2allocat$3 assign$4)) WITH (determin$5 detect$3 judg$3 sens$3 check$3) WITH ((traffic number amount "in?use" availab$6 us$3 capacity) NEAR4 (RF "radio frequency" channel availab$6 "in?use" us$3 capacity)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 20 | L20 | 2521 | 19 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 21 | L21 | 99 | 20 AND "725"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 22 | L22 | 7 | ("2002/0007492").URPN. | USPAT |
| 23 | L23 | 54 | ("5862451").URPN. | USPAT |
| 24 | L24 | 3 | ("5594726" \| "5606725" \| "5623422").PN. | US-PGPUB; USPAT; USOCR |
| 25 | L25 | 10 | ("5623422").URPN. | USPAT |
| 26 | L26 | 6 | ("5847660").URPN. | USPAT |
| 27 | L27 | 54 | ("5862451").URPN. | USPAT |
| 28 | L28 | 1042 | 20 AND "370"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 29 | L29 | 6334 | (determin$5 detect$3 judg$3 sens$3) NEAR5 (volume amount capacity) NEAR5 (bit data information) NEAR5 (signal path channel RF) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

| | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 30 | L30 | 3607 | 29 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 31 | L31 | 302 | 30 AND "370"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 32 | L32 | 138 | 29 SAME (RF "radio frequency" modualt$3 QAM) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 33 | L33 | 417 | 29 SAME (RF "radio frequency" modulat$3 QAM) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 34 | L34 | 2 | (determin$5 detect$3 judg$3 sens$3) NEAR5 (volume amount capacity) NEAR5 ((bit data information) NEAR2 ("in" "with" "on") NEAR2 (signal path channel RF)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 35 | L35 | 222 | (volume amount capacity) NEAR5 ((bit data information) NEAR3 ("in" "with" "on") NEAR3 (signal path channel RF)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 36 | L36 | 4332 | (volume amount capacity value number record$3 read$3) NEAR5 ((bit data information) NEAR3 ("in" "with" "on") NEAR3 (signal path channel RF)) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

|  | L # | Hits | Search Text | DBs |
|---|---|---|---|---|
| 37 | L37 | 2590 | 36 AND ((@ad <= "20001227") or (@rlad <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 38 | L38 | 144 | 37 AND "370"/$.ccls. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 39 | L39 | 2 | "5708961".pn. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |
| 40 | L40 | 1 | 39 AND (IP or Internet or web) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB |

| | Ref # | Hits | Search Text | DBs | Time Stamp | Type |
|---|---|---|---|---|---|---|
| 1 | S30 | 153 | S29 NOT S27 | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/11/10 21:58 | BRS |
| 2 | S27 | 290 | 725/74.CCLS. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/11/10 21:52 | BRS |
| 3 | S29 | 170 | 725/78.ccls. AND ((@AD <= "20001227") OR (@RLAD <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/11/10 22:00 | BRS |
| 4 | S31 | 210 | 725/112.ccls. AND ((@AD <= "20001227") OR (@RLAD <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/11/10 22:02 | BRS |

| | Ref # | Hits | Search Text | DBs | Time Stamp | Type |
|---|---|---|---|---|---|---|
| 5 | S32 | 73 | 725/113.ccls. AND ((@AD <= "20001227") OR (@RLAD <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/11/10 22:02 | BRS |
| 6 | S28 | 104 | S27 and ((@AD <= "20001227") OR (@RLAD <= "20001227")) | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT; IBM_TDB | 2007/11/10 21:58 | BRS |



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 21839 | 7590 | 12/03/2007 |
|---|---|---|

BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404

| EXAMINER |
|---|
| BROWN, REUBEEN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2623 | |

DATE MAILED: 12/03/2007

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 | 4827 |

TITLE OF INVENTION: INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 03/03/2008 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

# PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** <u>Mail</u>   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or <u>Fax</u>   (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21839        7590        12/03/2007

BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 | 4827 |

TITLE OF INVENTION: INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 03/03/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BROWN, REUBEN M | 2623 | 725-143000 |

**1.** Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. **Use of a Customer Number is required.**

**2.** For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

**3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT** (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) :   ☐ Individual   ☐ Corporation or other private group entity   ☐ Government

**4a.** The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

**4b.** Payment of Fee(s): **(Please first reapply any previously paid issue fee shown above)**

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

**5. Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 | 4827 |

21839      7590      12/03/2007

BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404

| EXAMINER |
|---|
| BROWN, RUEBEN M |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2623 | |

DATE MAILED: 12/03/2007

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 978 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 978 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702.  Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101   or (571)-272-4200.

PTOL-85  (Rev. 08/07) Approved for use through 08/31/2010.

|  | Application No. | Applicant(s) |  |
|---|---|---|---|
| ***Notice of Allowability*** | 09/749,258 | HENNENHOEFER ET AL. | |
|  | Examiner | Art Unit | |
|  | Reuben Brown | 2623 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *6/1/07 and 8/17/07*.

2. ☒ The allowed claim(s) is/are *5, 6, 22-28, 30, 32 and 42*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

      a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

           1. ☐ Certified copies of the priority documents have been received.

           2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

           3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

      * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

      (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

          1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

      (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

      **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .

7. ☒ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

CHRIS KELLEY
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 2600

Application/Control Number: 09/749,258                                    Page 2
Art Unit: 2623

<div align="center">

**EXAMINER'S AMENDMENT**

</div>

1.      An examiner's amendment to the record appears below. Should the changes and/or

additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR

1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the

payment of the issue fee.


        Authorization for this examiner's amendment was given in a telephone interview with

Patrick Keane on 11/9/2007.


        The application has been amended as follows:


        **In the claims:**


        In claim 5, line 13, "potion", has been deleted.

        In claim 5, line 13, after "and send the IP", --portion-- has been inserted.

        Claims 35, 37-41 & 43-44 have been cancelled.


2.      The following is an examiner's statement of reasons for allowance:

Application/Control Number: 09/749,258                                    Page 3
Art Unit: 2623

Considering claim 5, prior art of record, does not teach or reasonably suggest the claimed

subject matter, requiring, 'a local RF receiver and baseband out intelligent device system for use

in transmitting digital information on an RF carrier through a wideband distribution network,

comprising:

'at least one addressable device having at least one input and at least one output;

'a wideband distribution unit that receives a signal, which signal includes at least a digital

signal portion, from the output of the at least one addressable device; and

'an intelligent device that receives, from the wideband distribution unit, a modulated RF

signal carrying at least the digital signal portion thereon, wherein the intelligent device splits an

IP portion from a non-IP portion of the digital signal portion of the digital signal portion,

wherein the intelligent device removes the modulated RF carrier from the IP portion and send the

IP portion signal to the input of at least one addressable device, and wherein the intelligent

device sends the non-IP portion to at least one standard outlet, such that the intelligent device

comprises;

'a demodulator that receives the modulated RF digital portion from the wideband

distribution unit;

'a first digital combiner that combines at least two demodulated digital signal portions

from the demodulator into one high speed digital transmission;

'an RF splitter connected to the wideband distribution unit, which RF splitter splits the

modulated RF signal; and

'at least two RF bandpass filters, wherein the first bandpass filter receives the modulated

RF signal from the RF splitter and passes the IP signal portion of the modulated RF signal to the

Application/Control Number: 09/749,258         Page 4
Art Unit: 2623

demodulator for output to the at least one addressable device, and wherein the second bandpass

filter receives the modulated RF signal from the RF splitter and passes the non-IP signal portion

of the modulated RF signal to the at least one standard outlet'.

      Claim 6 depends from claim 5, allowable subject matter, and is likewise treated.

      Claims 22, 23, 25, 28, 30 & 32, recites similar subject matter, and is within the same

scope as claim 5, and is thus likewise analyzed.

      Claim 24, 26-27 & 42, depend from allowable subject recited in claims, 23, 25 & 22,

respectively, and are thus likewise treated.

      Any comments considered necessary by applicant must be submitted no later than the

payment of the issue fee and, to avoid processing delays, should preferably accompany the issue

fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for

Allowance."

## *Conclusion*

3.     The prior art made of record and not relied upon is considered pertinent to applicant's

disclosure.

A)     Grau       B)    Chin       C)    Amit       D)    Hylton

Application/Control Number: 09/749,258                                          Page 5

Art Unit: 2623

**Any response to this action should be mailed to:**

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**or faxed to:**
(571) 273-8300, (for formal communications intended for entry)
**Or:**

(571) 273-7290 (for informal or draft communications, please label
"PROPOSED" or "DRAFT")

Any inquiry concerning this communication or earlier communications from the examiner should

be directed to Reuben M. Brown whose telephone number is (571) 272-7290. The examiner can normally

be reached on M-F (9:00-6:00), First Friday off.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor,

Christopher Kelley can be reached on (571) 272-7331. The fax phone numbers for the organization

where this application or proceeding is assigned is (571) 273-8300 for regular communications and After

Final communications.

Information regarding the status of an application may be obtained from the Patent Application

Information Retrieval (PAIR) system. Status information for published applications may be obtained

from either Private PAIR or Public PAIR. Status information for unpublished applications is available

through Private PAIR only. For more information about the PAIR system, see http://pair-

direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Reuben M. Brown

**CHRIS KELLEY**
**SUPERVISORY PATENT EXAMINER**
**TECHNOLOGY CENTER 2600**

| | | |
|---|---|---|
| **Notice of References Cited** | Application/Control No.<br>09/749,258 | Applicant(s)/Patent Under Reexamination<br>HENNENHOEFER ET AL. |
| | Examiner<br>Reuben M. Brown | Art Unit<br>2623 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-5,862,451 | 01-1999 | Grau et al. | 725/116 |
| * | B | US-6,314,110 | 11-2001 | Chin et al. | 370/468 |
| * | C | US-6,941,576 | 09-2005 | Amit, Mati | 725/143 |
| * | D | US-5,708,961 | 01-1998 | Hylton et al. | 725/81 |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number<br>Country Code-Number-Kind Code | Date<br>MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See  MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office

PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 20071109

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | **Examiner** | **Art Unit** |
| | Reuben M. Brown | 2623 |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | | | | |
| 725 | 74 | 725 | 78 | 80 | 111 | 113 | | | | | | |

| INTERNATIONAL CLASSIFICATION | | | | |
|---|---|---|---|---|
| H | 0 | 4 | N | 7/16 |
| H | 0 | 4 | N | 7/173 |
| | | | | / |
| | | | | / |
| | | | | / |

Reuben M. Brown 11/10/07
(Assistant Examiner)      (Date)

*J. Douglas* 11/27/07
(Legal Instruments Examiner)   (Date)

Ch Kelley 11/13/07
CHRIS KELLEY
SUPERVISORY PATENT EXAMINER
(Primary Examiner)
TECHNOLOGY CENTER 2600

| Total Claims Allowed: 12 | |
|---|---|
| O.G. Print Claim(s) | O.G. Print Fig. |
| 5 | 5 |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | 12 | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 1 | 5 | | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 2 | 6 | | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | 4 | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| 3 | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| 5 | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| 6 | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 7 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| 8 | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 9 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| 10 | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| 11 | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |



### Search Notes

| | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 09/749,258 | HENNENHOEFER ET AL. |
| | Examiner | Art Unit | |
| | Reuben M. Brown | 2623 | |

#### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 725 | 74,78 | 3/5/2007 | RB |
| 725 | 80, 111 | 3/5/2007 | RB |
| 725 | 74, 78 | 11/10/2007 | RB |
| 725 | 112,113 | 11/10/2007 | RB |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

#### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| **725** | **74,78** | 11/10/2007 | **RB** |
| 725 | 112,113 | 11/10/2007 | RB |
| | | | |
| | | | |

#### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| East | 3/5/2007 | RB |
| East | 10/26/2007 | RB |
| East | 10/29/2007 | RB |
| East | 11/9/2007 | RB |
| East | 11/10/2007 | RB |
| | | |
| | | |
| | | |

U.S. Patent and Trademark Office

Part of Paper No. 20071109



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 4827**

| SERIAL NUMBER 09/749,258 | FILING OR 371(c) DATE 12/27/2000 RULE | CLASS 725 | GROUP ART UNIT 2623 | ATTORNEY DOCKET NO. 00-40387-US |
|---|---|---|---|---|

**APPLICANTS**

Earl Hennenhoefer, Harrisburg, PA;
Richard V. Snyder, Harrisburg, PA;
Robert D. Stine, Dillsburg, PA;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS *******************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 05/31/2001

| Foreign Priority claimed ☐ yes ☒ no 35 USC 119 (a-d) conditions met ☐ yes ☒ no ☐ Met after Allowance Verified and Acknowledged   Examiner's Signature      Initials | STATE OR COUNTRY PA | SHEETS DRAWING 9 | TOTAL CLAIMS 35 | INDEPENDENT CLAIMS 12 |
|---|---|---|---|---|

**ADDRESS**

Louis M. Heidelberger, Esq.
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA19103-7301

**TITLE**

Intelligent device system and method for distribution of digital signals on a wideband signal distribution system

| FILING FEE RECEIVED 915 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), to: **Mail**   Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax**   (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

21839      7590      12/03/2007

BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 | 4827 |

TITLE OF INVENTION: INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | NO | $1440 | $300 | $0 | $1740 | 03/03/2008 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| BROWN, RUEBEN M | 2623 | 725-143000 |

01/18/2008 CNGUYEN3 00000059 09749258

01 FC:1504                300.00 OP
02 FC:2501                720.00 OP

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 BUCHANAN INGERSOLL

2 & ROONEY PC

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                      (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Z-BAND, INC.                             CARLISLE, PENNSYLVANIA

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:
☒ Issue Fee
☒ Publication Fee (No small entity discount permitted)
☒ Advance Order - # of Copies  10

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☒ Payment by credit card. Form PTO-2038 is attached.
☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 02-4800 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☒ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.        ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____        Date   January 17, 2008

Typed or printed name   Patrick C. Keane                  Registration No.   32,858

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Patent
Attorney's Docket No.  0050936-000017

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Patent Application of | )    **ATTN:  DRAFTING BRANCH** |
| | ) |
| Earl Hennenhoefer et al. | )    Allowed: |
| | ) |
| Application No.:  09/749,258 | )    Group Art Unit:  **2623** |
| | ) |
| Filing Date:  December 27, 2000 | )    Examiner:  RUEBEN M BROWN |
| | ) |
| Title:  INTELLIGENT DEVICE SYSTEM AND | )    Confirmation No.:  4827 |
|        METHOD FOR DISTRIBUTION OF | ) |
|        DIGITAL SIGNALS ON A WIDEBAND | ) |
|        SIGNAL DISTRIBUTION SYSTEM | ) |

### SUBMISSION OF DRAWINGS

**MAIL STOP ISSUE FEE**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**ATTN:  Official Draftsman**

Sir:

      Enclosed please find 9 sheet(s) of drawings for review by the U.S. Patent and Trademark Office in connection with the Notice of Allowability mailed December 3, 2007. Should the enclosed drawing(s) require changes, it is respectfully requested that the U.S. Patent and Trademark Office notify the undersigned.

                             Respectfully submitted,

                             BUCHANAN INGERSOLL & ROONEY PC

Date:  January 17, 2007           By:

                             Patrick C. Keane
                             Registration No. 32858

P.O. Box 1404
Alexandria, VA 22313-1404
703 836 6620

**Buchanan Ingersoll & Rooney PC**

# REPLACEMENT SHEET

APPLN. FILING DATE: DECEMBER 27, 2000

TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR
DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND
SIGNAL DISTRIBUTION SYSTEM

INVENTOR(S): EARL HENNENHOEFER ET AL.

APPLN. NO.: 09/749,258          SHEET 1 OF 9





FIG. 1

REPLACEMENT SHEET
Case 1:15-cv-00842-RGA Document 104-1 Filed 05/22/2000 Page 289 of 355 PageID #: 20424
APPLN. FILING DATE: December 27, 2000
TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM
INVENTOR(S): EARL HENNENHOEFER ET AL.
APPLN. NO.: 09/749,258          SHEET 2 OF 9



FIG. 1A

REPLACEMENT SHEET
APPL'N. FILING DATE: DECEMBER 27, 2000
TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM
INVENTOR(S): EARL HENNENHOEFER ET AL.
APPL'N. NO.: 09/749,258          SHEET 3 OF 9



FIG. 2

REPLACEMENT SHEET
APPLN. FILING DATE: DECEMBER 27, 2000
TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR
DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND
SIGNAL DISTRIBUTION SYSTEM
INVENTOR(S):  EARL HENNENHOEFER ET AL.
APPLN. NO.: 09/749,258                    SHEET 4 OF 9



FIG. 3

TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR
DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND
SIGNAL DISTRIBUTION SYSTEM
INVENTOR(S): EARL HENNENHOEFER ET AL.
APPLN. NO.: 09/749,258                SHEET 5 OF 9



FIG. 4

REPLACEMENT SHEET
APPLN. FILING DATE: December 27, 2000
TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR
DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND
SIGNAL DISTRIBUTION SYSTEM
INVENTOR(S): EARL HENNENHOEFER ET AL.
APPLN. NO.: 09/749,258                    SHEET 6 OF 9



FIG. 5

REPLACEMENT SHEET
APPLN. FILING DATE: DECEMBER 29, 2000
TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR
DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND
SIGNAL DISTRIBUTION SYSTEM
INVENTOR(S): EARL HENNENHOEFER ET AL.
APPLN. NO.: 09/749,258                    SHEET 7 OF 9



FIG. 6



FIG. 7

REPLACEMENT SHEET
APPLN. FILING DATE: December 28, 2000
TITLE: INTELLIGENT DEVICE SYSTEM AND METHOD FOR
DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND
SIGNAL DISTRIBUTION SYSTEM
INVENTOR(S): EARL HENNENHOEFER ET AL.
APPLN. NO.: 09/749,258          SHEET 9 OF 9



FIG. 8




UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

Bib Data Sheet

**CONFIRMATION NO. 4827**

| SERIAL NUMBER 09/749,258 | FILING OR 371(c) DATE 12/27/2000 RULE | CLASS 725 | GROUP ART UNIT 2623 | ATTORNEY DOCKET NO. 0050936-000017 |
|---|---|---|---|---|

**APPLICANTS**

   Earl Hennenhoefer, Harrisburg, PA;
   Richard V. Snyder, Harrisburg, PA;
   Robert D. Stine, Dillsburg, PA;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS ********************

IF REQUIRED, FOREIGN FILING LICENSE GRANTED** SMALL ENTITY **
** 05/31/2001

| Foreign Priority claimed ☐ yes ☐ no 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance Verified and Acknowledged    Examiner's Signature     Initials | STATE OR COUNTRY PA | SHEETS DRAWING 9 | TOTAL CLAIMS 35 | INDEPENDENT CLAIMS 12 |
|---|---|---|---|---|

**ADDRESS**
21839

**TITLE**
INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM

| FILING FEE RECEIVED 1215 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other _____ |
| | | ☐ Credit |

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 09/749,258 | 03/18/2008 | 7346918 | 0050936-000017 | 4827 |

21839          7590          02/27/2008
BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

**Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)**
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 1266 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Earl Hennenhoefer, Harrisburg, PA;
Richard V. Snyder, Harrisburg, PA;
Robert D. Stine, Dillsburg, PA;

IR103 (Rev. 11/05)

Document Description:  Power of Attorney

PTO/AIA/82A (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# TRANSMITTAL FOR POWER OF ATTORNEY TO ONE OR MORE REGISTERED PRACTITIONERS

NOTE: This form is to be submitted with the Power of Attorney by Applicant form (PTO/AIA/82B) to identify the application to which the Power of Attorney is directed, in accordance with 37 CFR 1.5, unless the application number and filing date are identified in the Power of Attorney by Applicant form.  If neither form PTO/AIA/82A nor form PTO/AIA82B identifies the application to which the Power of Attorney is directed, the Power of Attorney will not be recognized in the application.

| | |
|---|---|
| Application Number | 09/749,258 |
| Filing Date | 12-27-2000 |
| First Named Inventor | Earl Hennenhoefer |
| Title | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM |
| Art Unit | 2623 |
| Examiner Name | Brown, Rueben M |
| Attorney Docket Number | 0050936-000017 |

## SIGNATURE of Applicant or Patent Practitioner

| Signature | /Tarek N. Fahmi/ | Date (Optional) | 2015-07-15 |
|---|---|---|---|
| Name | Tarek N. Fahmi | Registration Number | 41402 |
| Title (if Applicant is a juristic entity) | | | |
| Applicant Name (if Applicant is a juristic entity) | | | |

**NOTE:**  This form must be signed in accordance with 37 CFR 1.33.  See 37 CFR 1.4(d) for signature requirements and certifications. If more than one applicant, use multiple forms.

[✔] *Total of  1       forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32, and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application.  Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

Doc Code: PA..
Document Description:  Power of Attorney

PTO/AIA/82B (07-13)
Approved for use through 11/30/2014. OMB 0651-0051
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

# POWER OF ATTORNEY BY APPLICANT

I hereby revoke all previous powers of attorney given in the application identified in either the attached transmittal letter or the boxes below.

| Application Number | Filing Date |
|---|---|
|  |  |

(Note:  The boxes above may be left blank if information is provided on form PTO/AIA/82A.)

[✓] I hereby appoint the Patent Practitioner(s) associated with the following Customer Number as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above: | 27571 |

OR

[ ] I hereby appoint Practitioner(s) named in the attached list (form PTO/AIA/82C) as my/our attorney(s) or agent(s), and to transact all business in the United States Patent and Trademark Office connected therewith for the patent application referenced in the attached transmittal letter (form PTO/AIA/82A) or identified above.  (Note:  Complete form PTO/AIA/82C.)

Please recognize or change the correspondence address for the application identified in the attached transmittal letter or the boxes above to:

[✓] The address associated with the above-mentioned Customer Number

OR

[ ] The address associated with Customer Number: | |

OR

| Firm or Individual Name | | | | |
|---|---|---|---|---|
| Address | | | | |
| City | | State | | Zip |
| Country | | | | |
| Telephone | | Email | | |

I am the Applicant (if the Applicant is a juristic entity, list the Applicant name in the box):

## CBV, Inc.

[ ] Inventor or Joint Inventor (title not required below)

[ ] Legal Representative of a Deceased or Legally Incapacitated Inventor (title not required below)

[✓] Assignee or Person to Whom the Inventor is Under an Obligation to Assign (provide signer's title if applicant is a juristic entity)

[ ] Person Who Otherwise Shows Sufficient Proprietary Interest (e.g., a petition under 37 CFR 1.46(b)(2) was granted in the application or is concurrently being filed with this document) (provide signer's title if applicant is a juristic entity)

### SIGNATURE of Applicant for Patent

The undersigned (whose title is supplied below) is authorized to act on behalf of the applicant (e.g., where the applicant is a juristic entity).

| Signature | *Earl Hennenhoefer* | Date (Optional) | 7/19/15 |
|---|---|---|---|
| Name | Earl Hennenhoefer | | |
| Title | President and CEO, CBV, Inc. | | |

NOTE:  Signature - This form must be signed by the applicant in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. If more than one applicant, use multiple forms.

[ ] Total of          forms are submitted.

This collection of information is required by 37 CFR 1.131, 1.32 and 1.33. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 3 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 0050936-000017 |
| | Application Number | 09/749,258 |

| Title of Invention | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM |

The application data sheet is part of the provisional or nonprovisional application for which it is being submitted. The following form contains the bibliographic data arranged in a format specified by the United States Patent and Trademark Office as outlined in 37 CFR 1.76.
This document may be completed electronically and submitted to the Office in electronic format using the Electronic Filing System (EFS) or the document may be printed and included in a paper filed application.

## Secrecy Order 37 CFR 5.2

☐ Portions or all of the application associated with this Application Data Sheet may fall under a Secrecy Order pursuant to 37 CFR 5.2  (Paper filers only. Applications that fall under Secrecy Order may not be filed electronically.)

## Inventor Information:

| Inventor   1 | | | | | Remove |
|---|---|---|---|---|---|
| **Legal Name** | | | | | |

| Prefix | Given Name | | Middle Name | | Family Name | | Suffix |
|---|---|---|---|---|---|---|---|
| | Earl | | | | Hennenhoefer | | |

| **Residence Information (Select One)** | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Harrisburg | State/Province | PA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 2441 East Bayberry Drive |
|---|---|
| Address 2 | |

| City | Harrisburg | State/Province | PA |
|---|---|---|---|
| Postal Code | 17112 | Country i | US |

| Inventor   2 | | | | | Remove |
|---|---|---|---|---|---|
| **Legal Name** | | | | | |

| Prefix | Given Name | | Middle Name | | Family Name | | Suffix |
|---|---|---|---|---|---|---|---|
| | Richard | | | | Snyder | | |

| **Residence Information (Select One)** | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

| City | Harrisburg | State/Province | PA | Country of Residence | US |
|---|---|---|---|---|---|

**Mailing Address of Inventor:**

| Address 1 | 3011 Green Street |
|---|---|
| Address 2 | |

| City | Harrisburg | State/Province | PA |
|---|---|---|---|
| Postal Code | 17110 | Country i | US |

| Inventor   3 | | | | | Remove |
|---|---|---|---|---|---|
| **Legal Name** | | | | | |

| Prefix | Given Name | | Middle Name | | Family Name | | Suffix |
|---|---|---|---|---|---|---|---|
| | Robert | | | | Stine | | |

| **Residence Information (Select One)** | ⦿ US Residency | ◯ Non US Residency | ◯ Active US Military Service |
|---|---|---|---|

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 0050936-000017 |
|---|---|---|
| | Application Number | 09/749,258 |
| Title of Invention | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | |

| **City** | Dillsburg | **State/Province** | PA | **Country of Residence** | US |
|---|---|---|---|---|---|

| **Mailing Address of Inventor:** | | | |
|---|---|---|---|
| **Address 1** | 7 Glencarron Court | | |
| **Address 2** | | | |
| **City** | Dillsburg | **State/Province** | PA |
| **Postal Code** | 17055 | **Country** i | US |

| All Inventors Must Be Listed - Additional Inventor Information blocks may be generated within this form by selecting the **Add** button. | Add |
|---|---|

## Correspondence Information:

| Enter either Customer Number or complete the Correspondence Information section below. For further information see 37 CFR 1.33(a). |
|---|
| ☐ An Address is being provided for the correspondence Information of this application. |

| **Customer Number** | ~~21839~~ 27571 | | |
|---|---|---|---|
| **Email Address** | patents@ascendalaw.com | Add Email | Remove Email |

## Application Information:

| Title of the Invention | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | | |
|---|---|---|---|
| Attorney Docket Number | 0050936-000017 | **Small Entity Status Claimed** | ☒ |
| Application Type | Nonprovisional | | |
| Subject Matter | Utility | | |
| **Total Number of Drawing Sheets (if any)** | 9 | **Suggested Figure for Publication (if any)** | |

## Filing By Reference :

Only complete this section when filing an application by reference under 35 U.S.C. 111(c) and 37 CFR 1.57(a). Do not complete this section if application papers including a specification and any drawings are being filed. Any domestic benefit or foreign priority information must be provided in the appropriate section(s) below (i.e., "Domestic Benefit/National Stage Information" and "Foreign Priority Information").

For the purposes of a filing date under 37 CFR 1.53(b), the description and any drawings of the present application are replaced by this reference to the previously filed application, subject to conditions and requirements of 37 CFR 1.57(a).

| Application number of the previously filed application | Filing date (YYYY-MM-DD) | Intellectual Property Authority or Country |
|---|---|---|
| | | |

## Publication Information:

| ☐ Request Early Publication (Fee required at time of Request 37 CFR 1.219) |
|---|
| ☐ **Request Not to Publish.** I hereby request that the attached application not be published under 35 U.S.C. 122(b) and certify that the invention disclosed in the attached application **has not and will not** be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication at eighteen months after filing. |

EFS Web 2.2.11

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 0050936-000017 |
|---|---|---|
| | Application Number | 09/749,258 |

| Title of Invention | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM |
|---|---|

## Representative Information:

Representative information should be provided for all practitioners having a power of attorney in the application. Providing this information in the Application Data Sheet does not constitute a power of attorney in the application (see 37 CFR 1.32).
Either enter Customer Number or complete the Representative Name section below. If both sections are completed the customer Number will be used for the Representative Information during processing.

| Please Select One: | ◉ Customer Number | ○ US Patent Practitioner | ○ Limited Recognition (37 CFR 11.9) |
|---|---|---|---|
| Customer Number | ~~21839~~  27571 | | |

## Domestic Benefit/National Stage Information:

This section allows for the applicant to either claim benefit under 35 U.S.C. 119(e), 120, 121, or 365(c) or indicate National Stage entry from a PCT application. Providing this information in the application data sheet constitutes the specific reference required by 35 U.S.C. 119(e) or 120, and 37 CFR 1.78.
When referring to the current application, please leave the application number blank.

| Prior Application Status | | | Remove |
|---|---|---|---|
| Application Number | Continuity Type | Prior Application Number | Filing Date (YYYY-MM-DD) |
| | | | |

Additional Domestic Benefit/National Stage Data may be generated within this form by selecting the **Add** button.

## Foreign Priority Information:

This section allows for the applicant to claim priority to a foreign application. Providing this information in the application data sheet constitutes the claim for priority as required by 35 U.S.C. 119(b) and 37 CFR 1.55(d). When priority is claimed to a foreign application that is eligible for retrieval under the priority document exchange program (PDX)[i] the information will be used by the Office to automatically attempt retrieval pursuant to 37 CFR 1.55(h)(1) and (2). Under the PDX program, applicant bears the ultimate responsibility for ensuring that a copy of the foreign application is received by the Office from the participating foreign intellectual property office, or a certified copy of the foreign priority application is filed, within the time period specified in 37 CFR 1.55(g)(1).

| Application Number | Country[i] | Filing Date (YYYY-MM-DD) | Access Code[i] (if applicable) |
|---|---|---|---|
| | | | |

Additional Foreign Priority Data may be generated within this form by selecting the **Add** button.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 0050936-000017 |
| | Application Number | 09/749,258 |
| Title of Invention | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | |

## Statement under 37 CFR 1.55 or 1.78 for AIA (First Inventor to File) Transition Applications

☐ This application (1) claims priority to or the benefit of an application filed before March 16, 2013 and (2) also contains, or contained at any time, a claim to a claimed invention that has an effective filing date on or after March 16, 2013.

NOTE: By providing this statement under 37 CFR 1.55 or 1.78, this application, with a filing date on or after March 16, 2013, will be examined under the first inventor to file provisions of the AIA.

## Authorization to Permit Access:

☐ Authorization to Permit Access to the Instant Application by the Participating Offices

If checked, the undersigned hereby grants the USPTO authority to provide the European Patent Office (EPO), the Japan Patent Office (JPO), the Korean Intellectual Property Office (KIPO), the World Intellectual Property Office (WIPO), and any other intellectual property offices in which a foreign application claiming priority to the instant patent application is filed access to the instant patent application. See 37 CFR 1.14(c) and (h). This box should not be checked if the applicant does not wish the EPO, JPO, KIPO, WIPO, or other intellectual property office in which a foreign application claiming priority to the instant patent application is filed to have access to the instant patent application.

In accordance with 37 CFR 1.14(h)(3), access will be provided to a copy of the instant patent application with respect to: 1) the instant patent application-as-filed; 2) any foreign application to which the instant patent application claims priority under 35 U.S.C. 119(a)-(d) if a copy of the foreign application that satisfies the certified copy requirement of 37 CFR 1.55 has been filed in the instant patent application; and 3) any U.S. application-as-filed from which benefit is sought in the instant patent application.

In accordance with 37 CFR 1.14(c), access may be provided to information concerning the date o f filing this Authorization.

## Applicant Information:

Providing assignment information in this section does not substitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| Application Data Sheet 37 CFR 1.76 | Attorney Docket Number | 0050936-000017 |
|---|---|---|
| | Application Number | 09/749,258 |
| Title of Invention | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | |

## Applicant    1

If the applicant is the inventor (or the remaining joint inventor or inventors under 37 CFR 1.45), this section should not be completed. The information to be provided in this section is the name and address of the legal representative who is the applicant under 37 CFR 1.43; or the name and address of the assignee, person to whom the inventor is under an obligation to assign the invention, or person who otherwise shows sufficient proprietary interest in the matter who is the applicant under 37 CFR 1.46. If the applicant is an applicant under 37 CFR 1.46 (assignee, person to whom the inventor is obligated to assign, or person who otherwise shows sufficient proprietary interest) together with one or more joint inventors, then the joint inventor or inventors who are also the applicant should be identified in this section.

[ Clear ]

| ◉ Assignee | ○ Legal Representative under  35 U.S.C. 117 | ○ Joint Inventor |
|---|---|---|
| ○ Person to whom the inventor is obligated to assign. | ○ Person who shows sufficient proprietary interest | |

If applicant is the legal representative, indicate the authority to file the patent application, the inventor is:

Name of the Deceased or Legally Incapacitated Inventor :

If the Applicant is an Organization check here.    ☒

| Organization Name | CBV, INC. |
|---|---|

**Mailing Address Information For Applicant:**

| **Address 1** | 848-B North Hanover Street | | |
|---|---|---|---|
| Address 2 | | | |
| **City** | Carlisle | **State/Province** | PA |
| **Country** | US | Postal Code | 17013 |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Applicant Data may be generated within this form by selecting the Add button.

# Assignee Information including Non-Applicant Assignee Information:

Providing assignment information in this section does not subsitute for compliance with any requirement of part 3 of Title 37 of CFR to have an assignment recorded by the Office.

## Assignee    1

Complete this section if assignee information, including non-applicant assignee information, is desired to be included on the patent application publication . An assignee-applicant identified in the "Applicant Information" section will appear on the patent application publication as an applicant. For an assignee-applicant, complete this section only if identification as an assignee is also desired on the patent application publication.

| If the Assignee or Non-Applicant Assignee is an Organization check here. | ☐ |
|---|---|

PTO/AIA/14 (12-13)
Approved for use through 01/31/2014. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **Application Data Sheet 37 CFR 1.76** | Attorney Docket Number | 0050936-000017 |
|---|---|---|
| | Application Number | 09/749,258 |
| Title of Invention | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM | |

| Prefix | Given Name | Middle Name | Family Name | Suffix |
|---|---|---|---|---|
| | | | | |

**Mailing Address Information For Assignee including Non-Applicant Assignee:**

| Address 1 | |
|---|---|
| Address 2 | |

| City | | State/Province | |
|---|---|---|---|
| Country i | | Postal Code | |
| Phone Number | | Fax Number | |
| Email Address | | | |

Additional Assignee or Non-Applicant Assignee Data may be generated within this form by selecting the Add button.

## Signature:

NOTE: This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Signature | /Tarek N. Fahmi/ | | | Date (YYYY-MM-DD) | 2015-07-15 |
|---|---|---|---|---|---|
| First Name | Tarek | Last Name | Fahmi | Registration Number | 41402 |

Additional Signature may be generated within this form by selecting the Add button.

This collection of information is required by 37 CFR 1.76. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 23 minutes to complete, including gathering, preparing, and submitting the completed application data sheet form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

# Privacy Act Statement

The Privacy Act of 1974 (P.L. 93-579) requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C. 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether the Freedom of Information Act requires disclosure of these records.

2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.

3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.

4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).

5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent C o o p eration Treaty.

6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).

7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.

8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspections or an issued patent.

9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 22931173 |
| **Application Number:** | 09749258 |
| **International Application Number:** | |
| **Confirmation Number:** | 4827 |
| **Title of Invention:** | INTELLIGENT DEVICE SYSTEM AND METHOD FOR DISTRIBUTION OF DIGITAL SIGNALS ON A WIDEBAND SIGNAL DISTRIBUTION SYSTEM |
| **First Named Inventor/Applicant Name:** | Earl  Hennenhoefer |
| **Customer Number:** | 21839 |
| **Filer:** | Tarek N. Fahmi/Sarah Zizzo |
| **Filer Authorized By:** | Tarek N. Fahmi |
| **Attorney Docket Number:** | 0050936-000017 |
| **Receipt Date:** | 15-JUL-2015 |
| **Filing Date:** | 27-DEC-2000 |
| **Time Stamp:** | 19:46:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Power of Attorney | 09749258_Exe_POA.pdf | 277134 <br> 6a2dc3d4fa25829f2f40501c332843215dde a345 | no | 2 |

| Warnings: | |
|---|---|
| Information: | PDF Page 301 |

| 2 | Application Data Sheet | 09749258_ADS_7-15-15.pdf | 77334<br><br>e4cb4c39b6fa738f3d1e4067ed9e90c715612 2bc | no | 7 |

| Warnings: |
|---|

| Information: |
|---|

This is not an USPTO supplied ADS fillable form

| **Total Files Size (in bytes):** | 354468 |
|---|---|

**This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.**

**New Applications Under 35 U.S.C. 111**
**If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.**

**National Stage of an International Application under 35 U.S.C. 371**
**If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.**

**New International Application Filed with the USPTO as a Receiving Office**
**If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.**

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia  22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 |

**CONFIRMATION NO. 4827**

27571
Ascenda Law Group, PC
333 W San Carlos St.
Suite 200
San Jose, CA 95110

**POA ACCEPTANCE LETTER**

*OC000000076388900*

Date Mailed: 07/21/2015

## NOTICE OF ACCEPTANCE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/15/2015.

The Power of Attorney in this application is accepted. Correspondence in this application will be mailed to the above address as provided by 37 CFR 1.33.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/dtvernon/

_____

page 1 of 1

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 09/749,258 | 12/27/2000 | Earl Hennenhoefer | 0050936-000017 |

**CONFIRMATION NO. 4827**
**POWER OF ATTORNEY NOTICE**

21839
BUCHANAN, INGERSOLL & ROONEY PC
POST OFFICE BOX 1404
ALEXANDRIA, VA 22313-1404


*OC000000076388856*

Date Mailed: 07/21/2015

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 07/15/2015.

• The Power of Attorney to you in this application has been revoked by the assignee who has intervened as provided by 37 CFR 3.71. Future correspondence will be mailed to the new address of record(37 CFR 1.33).

Questions about the contents of this notice and the
requirements it sets forth should be directed to the Office
of Data Management, Application Assistance Unit, at
**(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/dtvernon/
_____

page 1 of 1

EXHIBIT E

REDACTED

EXHIBIT F

REDACTED

EXHIBIT G

REDACTED

# EXHIBIT H

REDACTED

EXHIBIT I

REDACTED

# EXHIBIT J

REDACTED

# EXHIBIT K

REDACTED

EXHIBIT L

REDACTED

# EXHIBIT M

REDACTED

EXHIBIT N

REDACTED

EXHIBIT O

REDACTED

# EXHIBIT P

REDACTED

# EXHIBIT Q

REDACTED

EXHIBIT R

REDACTED

EXHIBIT S

REDACTED

EXHIBIT T

REDACTED

EXHIBIT U

REDACTED

EXHIBIT V

REDACTED

EXHIBIT W

REDACTED

# EXHIBIT X

REDACTED

# EXHIBIT Y

# REDACTED

# EXHIBIT Z

# REDACTED