EXHIBIT AA

REDACTED

EXHIBIT AB

REDACTED

EXHIBIT AC

REDACTED

# EXHIBIT AD

REDACTED

EXHIBIT AE

REDACTED

EXHIBIT AF

REDACTED

# EXHIBIT AG

REDACTED

EXHIBIT AH

REDACTED

EXHIBIT AI

REDACTED

EXHIBIT AJ

REDACTED

EXHIBIT AK

REDACTED

EXHIBIT AL

REDACTED

# EXHIBIT AM

# REDACTED

EXHIBIT AN

REDACTED