# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **IN RE CHANBOND, LLC** | **C.A. NO. 15-842-RGA** |
| **PATENT LITIGATION** | **CONSOLIDATED** |
| | PUBLIC REDACTED VERSION |

**DECLARATION OF MICHAEL S. DEVINCENZO IN SUPPORT OF PLAINTIFF CHANBOND LLC'S REPLY BRIEF IN SUPPORT OF ITS DAUBERT MOTION TO EXCLUDE CERTAIN OPINIONS AND TESTIMONY OF DEFENDANTS' DAMAGES EXPERT**

I, Michael S. DeVincenzo, hereby declare as follows:

1. I am an attorney with the law firm Mishcon de Reya New York, LLP, 156 5th Avenue, Suite 904, New York, New York 10010.  Mishcon de Reya New York, LLP is counsel for Plaintiff ChanBond, LLC in the instant action.  I am admitted to the bar of the State of New York.

2. I make this Declaration in support of Plaintiff's Daubert Motion to exclude certain opinions and testimony of Defendants' Damages Expert.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the deposition transcript of Earl Hennenhoefer, dated March 13, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of a document bearing bates numbers CB_Capital0001292 through CB_Capital0001326.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition transcript of Patrick Keane, dated July 24, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Deirdre Leane, dated April 24, 2018.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and accurate.

Executed this 13th day of June, 2019 in New York, New York.

                                                              _/s/ Michael S. DeVincenzo_
                                                                Michael S. DeVincenzo

# Exhibit 1 - Redacted in its Entirety

# Exhibit 2 - Redacted in its Entirety

# Exhibit 3 - Redacted in its Entirety

Exhibit 4 - Redacted in its Entirety