AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

ChanBond, LLC

V.

Atlantic Broadband Group, LLC et al

**EXHIBIT AND WITNESS LIST**

Case Number: 15-CR-842-RGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Richard G. Andrews | Stephen Brauerman | Jennifer Ying |
| ~~TRIAL~~ DATE (S) 2/18/2020 | COURT REPORTER Heather Triozzi | COURTROOM DEPUTY Cynthia Biron |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 2/18/2020 | | | David Teece; sworn |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages