# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

JENNIFER YING
(302) 351-9243
(302) 225-2570 FAX
jying@mnat.com

April 3, 2020

The Honorable Richard G. Andrews                  **BY ELECTRONIC FILING**
The United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *In Re Chanbond, LLC Patent Litigation,*
               C.A. No. 15-842 (RGA) (Consolidated)

Dear Judge Andrews:

      I write on behalf of Plaintiff ChanBond, LLC ("ChanBond") and Defendant Cox Communications, Inc. ("Cox") concerning the setting of a pre-trial conference date (D.I. 494).

      The parties have conferred and are available on the following dates:

               Thursday, July 2, 2020

               Thursday, June 25, 2020

               Wednesday, June 24, 2020

               Tuesday, June 23, 2020

      Due to other case commitments, including a trial scheduled for the week of June 22, defendant Cox has a strong preference for the July 2 date should the Court be available.

      Counsel is available should the Court have any questions.

                                       Respectfully,

                                       */s/ Jennifer Ying*

                                       Jennifer Ying (#5550)

cc:    All Counsel of Record (by e-mail)