IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION | ) ) ) ) ) ) ) ) | C.A. No. 15-842 (RGA) CONSOLIDATED |

**DEFENDANTS' MOTION TO REOPEN FACT DISCOVERY
FOR LIMITED INVESTIGATION OF STANDING ISSUES**

Pursuant to Fed. R. Civ. P. 16(b), Defendants[1] respectfully move to re-open fact discovery and for leave to take limited discovery for the limited purpose of investigating standing issues. The grounds for this motion are set forth in Defendants' opening brief, filed concurrently herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

OF COUNSEL:

Michael L. Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendants*

---

[1] Defendants are: Atlantic Broadband Group, LLC; Bright House Networks, LLC; Cable One, Inc.; Cablevision Systems Corporation; CSC Holdings, LLC; Cequel Communications, LLC; Cequel Communications Holdings I, LLC d/b/a Suddenlink Communications; Charter Communications, Inc.; Comcast Corporation; Comcast Cable Communications, LLC; Cox Communications, Inc.; Mediacom Communications Corporation; RCN Telecom Services, LLC; Time Warner Cable; Time Warner Cable Enterprises LLC; WadeDivision Holdings, LLC; and WideOpen West Finance LLC.

David P. Enzminger
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA  90071-1543
(213)615-1780

James C. Lin
WINSTON & STRAWN LLP
275 Middlefield Road
Menlo Park, CA  94025
(650) 858-6500

October 8, 2020

## **RULE 7.1.1 CERTIFICATION**

I hereby certify that the subject of the foregoing motion has been discussed with counsel for the plaintiff, but the parties were unable to reach agreement.

*/s/ Jennifer Ying*
Jennifer Ying (#5550)

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 8, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>600 North King Street, Suite 400<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Lana Milojevic, Esquire<br>Eric P. Berger, Esquire<br>Charles Wizenfeld, Esquire<br>Elizabeth Long, Esquire<br>MISHCON DE REYA NEW YORK LLP<br>156 Fifth Avenue, Suite 904<br>New York, NY  10010<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mark Raskin, Esquire<br>Robert Whitman, Esquire<br>John F. Petrsoric, Esquire<br>Michael S. DeVincenzo, Esquire<br>Andrea Pacelli, Esquire<br>KING & WOOD MALLESONS LLP<br>500 Fifth Avenue, 50th Floor<br>New York, NY 10110<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jennifer Ying*
_____
Jennifer Ying (#5550)