IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHANBOND, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 15-842-RGA |
| | : | |
| ATLANTIC BROADBAND GROUP, LLC, et al., | : | |
| | : | |
| Defendant. | : | |

# **O R D E R**

WHEREAS, the trial in this matter was postponed on July 15, 2020, due to the ongoing COVID-19 pandemic (D.I. 513);

NOW THEREFORE, IT IS HEREBY ORDERED that, a jury trial is scheduled for May 17, 2021, at 9:00 a.m. in Courtroom 6A of the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, DE 19801;

IT IS FURTHER ORDERED that the parties are to submit a joint status report two months before the start of trial identifying any outstanding pretrial issues that need to be addressed, including whether they are having any witness availability issues. Should additional scheduling or hearing dates need to be put into place the parties are directed to submit a proposed form of order.

October 13, 2020                           /s/ Richard G. Andrews
   DATE                                    UNITED STATES DISTRICT JUDGE