IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC PATENT LITIGATION | C.A. No. 1:15-cv-842-RGA |

**PLAINTIFF CHANBOND, LLC'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1 REGARDING ITS MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO REOPEN DISCOVERY FOR INVESTIGATION OF STANDING ISSUES**

I hereby certify, pursuant to D. Del. LR 7.1.1, that reasonable efforts have been made to reach agreement with opposing counsel on the matters set for in Plaintiff Chanbond, LLC's Motion For Leave To File Sur-Reply In Opposition To Defendants' Motion To Reopen Discovery For Investigation Of Standing Issues (D.I. 537), and that no agreement could be reached.

Dated: November 12, 2020

*Of Counsel:*

Robert A. Whitman *(pro hac vice)*
Mark S. Raskin *(pro hac vice)*
John F. Petrsoric *(pro hac vice)*
Michael DeVincenzo *(pro hac vice)*
Andrea Pacelli *(pro hac vice)*

**KING & WOOD MALLESONS LLP**
500 Fifth Avenue, 50th Floor
New York, New York 10110
212-319-4755
robert.whitman@us.kwm.com
mark.raskin@us.kwm.com
john.petrsoric@us.kwm.com
michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com

Bayard, P.A.,

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Counsel for Plaintiff ChanBond, LLC*