# Exhibit A

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:20-cv-03097-B

Leane et al v. ChanBond LLC et al
Assigned to: Judge Jane J. Boyle
Case in other court: 298th Judicial District Court, Dallas County, TX, DC-20-14152
Cause: 28:1332 Diversity-Other Contract

Date Filed: 10/09/2020
Date Terminated: 11/16/2020
Jury Demand: None
Nature of Suit: 190 Contract: Other Contract
Jurisdiction: Diversity

**Plaintiff**

**Deirdre Leane**  represented by  **J Sean Lemoine**
Wick Phillips LLP
3131 McKinney Ave.
Suite 100
Dallas, TX 75204
214-692-6200
Fax: 214-692-6255
Email: sean.lemoine@wickphillips.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Akiva Meir Cohen**
Kamerman Uncyk Soniker & Klein PC
1700 Broadway
New York, NY 10019
212-400-4930
Fax: 866-221-6122
Email: acohen@kusklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**IPNav LLC**  represented by  **J Sean Lemoine**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Akiva Meir Cohen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

V.

**Defendant**

**ChanBond LLC**     represented by     **Linda R Stahl**
Carter Arnett PLLC
8150 N. Central Expressway
Suite 500
Dallas, TX 75206
214-550-8188
Fax: 214-550-8185
Email: lstahl@carterarnett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Courtney Barksdale Perez**
Carter Arnett PLLC
8150 N. Central Expressway
Suite 500
Dallas, TX 75206
214-550-5052
Fax: 214-550-8185
Email: cperez@carterarnett.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**E Leon Carter**
Carter Arnett PLLC
8150 N. Central Expressway

Suite 500
Dallas, TX 75206
214-550-8188
Fax: 214-550-8185
Email: lcarter@carterarnett.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Nathan Isaiah Charles Cox**
Carter Arnett PLLC
8150 N Central Expressway
Suite 500
Dallas, TX 75206
214-550-8177
Fax: 214-550-8185
Email: ncox@carterarnett.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Scott W Breedlove**
Carter Arnett PLLC
8150 N Central Expressway, Suite 500
Dallas, TX 75206
214-550-8172
Fax: 214-550-8185
Email: sbreedlove@carterarnett.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**UnifiedOnline Inc** represented by **Linda R Stahl**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Courtney Barksdale Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**E Leon Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Nathan Isaiah Charles Cox**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Scott W Breedlove**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2020 | 1 | NOTICE OF REMOVAL filed by Unified Online, LLC, ChanBond, LLC. (Filing fee $400; receipt number 0539-11254218) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Stahl, Linda) (Entered: 10/09/2020) |
| 10/09/2020 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by ChanBond, LLC, Unified Online, LLC. (Stahl, Linda) (Entered: 10/09/2020) |
| 10/09/2020 | 6 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Ramirez). Clerk to provide copy to plaintiff if not received electronically. (oyh) (Entered: 10/13/2020) |
| 10/12/2020 | 3 | Emergency MOTION to Extend Temporary Restraining Order filed by IPNav, LLC (Lemoine, J) Modified text on 10/19/2020 (jmg). (Entered: 10/12/2020) |
| 10/12/2020 | 4 | Brief/Memorandum in Support filed by IPNav, LLC re 3 Emergency MOTION for Temporary Restraining Order (Attachments: # 1 Proposed Order) (Lemoine, J) (Entered: 10/12/2020) |
| 10/12/2020 | 5 | Appendix in Support filed by IPNav, LLC re 3 Emergency MOTION for Temporary Restraining Order (Lemoine, J) (Entered: 10/12/2020) |

| Date | No. | Description |
|---|---|---|
| 10/13/2020 | 7 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by IPNav LLC, Deirdre Leane. (Lemoine, J) (Entered: 10/13/2020) |
| 10/13/2020 | 8 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-11258244) filed by IPNav LLC, Deirdre Leane (Attachments: # 1 Exhibit(s) Certificate of Good Standing)Attorney Akiva Meir Cohen added to party IPNav LLC(pty:pla), Attorney Akiva Meir Cohen added to party Deirdre Leane(pty:pla) (Cohen, Akiva) (Entered: 10/13/2020) |
| 10/13/2020 | 9 | ELECTRONIC ORDER granting 8 Application for Admission Pro Hac Vice of Akiva M. Cohen. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Jane J. Boyle on 10/13/2020) (chmb) (Entered: 10/13/2020) |
| 10/13/2020 | 10 | ORDER: The Court enters this order to extend the state courts temporary restraining order and set an expedited briefing schedule for 3 Plaintiffs Emergency Motion to Extend Temporary Restraining Order. Responses due by 10/16/2020 re: 3 Emergency MOTION for Temporary Restraining Order. (Ordered by Judge Jane J. Boyle on 10/13/2020) (svc) (Entered: 10/14/2020) |
| 10/16/2020 | 11 | RESPONSE filed by ChanBond LLC, UnifiedOnline Inc re: 3 Emergency MOTION for Temporary Restraining Order (Stahl, Linda) (Entered: 10/16/2020) |
| 10/16/2020 | 12 | Appendix in Support of 11 Response filed by ChanBond LLC, UnifiedOnline Inc re 3 Emergency MOTION to Extend Temporary Restraining Order (Attachments: # 1 Cover Sheet) (Stahl, Linda) Modified text and linkage on 10/19/2020 (jmg). (Entered: 10/16/2020) |
| 10/16/2020 | 13 | ELECTRONIC ORDER: Plaintiffs are hereby ORDERED to file any reply brief in support of their Emergency Motion for Temporary Restraining Order [Doc. 3] by 10/21/2020 at 12:00 p.m. CDT. (Ordered by Judge Jane J. Boyle on 10/16/2020) (chmb) (Entered: 10/16/2020) |
| 10/19/2020 | 14 | MOTION for Leave to File Plaintiffs' Unopposed Motion to Exceed Page Limits For Reply Brief In Support of Emergency Motion to Extend Temporary Restraining Order filed by IPNav LLC, Deirdre Leane (Attachments: # 1 Proposed Order) (Lemoine, J) (Entered: 10/19/2020) |
| 10/20/2020 | 15 | ELECTRONIC ORDER granting 14 Motion for Leave to File Plaintiffs' Unopposed Motion to Exceed Page Limits For Reply Brief In Support of Emergency Motion to Extend Temporary Restraining Order. (Ordered by Judge Jane J. Boyle on 10/20/2020) (chmb) (Entered: 10/20/2020) |
| 10/21/2020 | 16 | (Document Restricted) Plaintiffs' Unopposed Motion for Leave to File Under Seal Reply Brief and Appendix (Sealed pursuant to SO 19-1, statute, or rule) filed by IPNav LLC, Deirdre Leane (Attachments: # 1 Exhibit(s) Plaintiffs' Reply Brief in Support of Emergency Motion to Extend Temporary Restraining Order, # 2 Exhibit(s) Appendix in Support of Reply Brief, # 3 Proposed Order Proposed Order Granting Plaintiffs' Unopposed Motion for Leave to File Under Seal Reply Brief and Appendix) (Lemoine, J) (Entered: 10/21/2020) |
| 10/21/2020 | 17 | ORDER GRANTING PLAINTIFFS UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL REPLY BRIEF AND APPENDIX (Ordered by Judge Jane J. Boyle on 10/21/2020) (svc) (Entered: 10/21/2020) |

| | | |
|---|---|---|
| 10/21/2020 | 18 | (Document Restricted) Sealed Reply Brief in Support of 3 Emergency MOTION to Extend Temporary Restraining Order filed by Deirdre Leane (svc) (Entered: 10/21/2020) |
| 10/23/2020 | 19 | ELECTRONIC ORDER: A hearing on Plaintiff's motion (Doc. 3 ) is hereby set for Wednesday, November 4, 2020, at 1:00 PM before Judge Jane J. Boyle. (Ordered by Judge Jane J. Boyle on 10/23/2020) (chmb) (Entered: 10/23/2020) |
| 10/23/2020 | | Hearing/Deadline Modification: Motion Hearing set for 11/4/2020 01:00 PM before Judge Jane J. Boyle. (mjr) (Entered: 10/26/2020) |
| 10/26/2020 | 20 | MOTION for Leave to File Defendants' Sur-Reply in Opposition to Plaintiffs' Emergency Motion to Extend TRO filed by ChanBond LLC, UnifiedOnline Inc (Attachments: # 1 Additional Page(s) Defendants' Sur-Reply in Opposition to Plaintiffs' Emergency Motion to Extend TRO, # 2 Additional Page(s) Defendants' Appendix in Support of Sur-Reply)Attorney Nathan Isaiah Charles Cox added to party ChanBond LLC(pty:dft), Attorney Nathan Isaiah Charles Cox added to party UnifiedOnline Inc(pty:dft) (Cox, Nathan) (Entered: 10/26/2020) |
| 10/26/2020 | 21 | OBJECTION filed by ChanBond LLC, UnifiedOnline Inc re: 18 Sealed and/or Ex Parte Reply/Sur-reply. (Cox, Nathan) (Entered: 10/26/2020) |
| 10/27/2020 | 22 | Unopposed MOTION for Leave to Conduct the November 4, 2020 Hearing Virtually filed by IPNav LLC, Deirdre Leane (Attachments: # 1 Declaration(s), # 2 Proposed Order) (Lemoine, J) Modified docket text on 10/28/2020 (oyh). (Entered: 10/27/2020) |
| 10/27/2020 | 23 | ELECTRONIC ORDER granting 20 Motion for Leave to File. (Unless the document has already been filed, clerk to enter the document as of the date of this order.) (Ordered by Judge Jane J. Boyle on 10/27/2020) (chmb) (Entered: 10/27/2020) |
| 10/27/2020 | 24 | ELECTRONIC ORDER denying 22 Motion for Leave to File. The hearing will be held in person on 11/4/2020, at 1:00 PM before Judge Jane J. Boyle. (Ordered by Judge Jane J. Boyle on 10/27/2020) (chmb) (Entered: 10/27/2020) |
| 10/27/2020 | 25 | Sur-reply In Opposition filed by UnifiedOnline Inc re: 3 Emergency MOTION for Temporary Restraining Order . (oyh) (Entered: 10/27/2020) |
| 10/27/2020 | 26 | Brief in Support filed by UnifiedOnline Inc re 25 Sur-reply. (oyh) (Entered: 10/27/2020) |
| 10/29/2020 | 27 | ORDER: The TRO and preliminary injunction hearing is set for 11/4/2020 01:00 PM in US Courthouse, Courtroom 1516, 1100 Commerce St., Dallas, TX 75242-1310 before Judge Jane J. Boyle. (Ordered by Judge Jane J. Boyle on 10/29/2020) (svc) (Entered: 10/29/2020) |
| 10/29/2020 | 28 | RESPONSE AND OBJECTION filed by IPNav LLC, Deirdre Leane re: 21 Response/Objection. (Attachments: # 1 Appendix) (Lemoine, J) (Entered: 10/29/2020) |
| 11/02/2020 | 29 | ANSWER to Complaint filed by ChanBond LLC, UnifiedOnline Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Stahl, Linda) (Entered: 11/02/2020) |
| 11/02/2020 | 30 | Exhibit List *the Parties Joint Exhibit List and Plaintiffs' Exhibit List* by IPNav LLC, Deirdre Leane. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit(s) Joint Exhibit 1, # 2 Exhibit(s) Joint Exhibit 2, # 3 Exhibit(s) Joint Exhibit 3, # 4 Exhibit(s) Joint Exhibit 4, # 5 Exhibit(s) Joint Exhibit 5, # 6 Exhibit(s) Joint Exhibit 6, # 7 Exhibit(s) Joint Exhibit 7, # 8 Exhibit(s) Joint Exhibit 8, # 9 Exhibit(s) Joint Exhibit 9, # 10 Exhibit(s) Plaintiffs' Exhibit 1, # 11 Exhibit(s) Plaintiffs' Exhibit 2, # 12 Exhibit(s) Plaintiffs' Exhibit 3, # 13 Exhibit(s) Plaintiffs' Exhibit 4, # 14 Exhibit(s) Plaintiffs' Exhibit 5, # 15 Exhibit(s) Plaintiffs' Exhibit 6, # 16 Exhibit(s) Plaintiffs' Exhibit 7, # 17 Exhibit(s) Plaintiffs' Exhibit 8, # 18 Exhibit(s) Plaintiffs' Exhibit 9, # 19 Exhibit(s) Plaintiffs' Exhibit 10) (Lemoine, J) (Entered: 11/02/2020) |
| 11/02/2020 | 31 | (Document Restricted) Plaintiffs' Unopposed Motion for Leave to File Under Seal The Parties' Joint Exhibits Filed Under Seal (Sealed pursuant to motion to seal) filed by IPNav LLC, Deirdre Leane (Attachments: # 1 Exhibit(s) Joint Ex. 1, # 2 Exhibit(s) Joint Ex. 2, # 3 Exhibit(s) Joint Ex 3, # 4 Exhibit(s) Joint Ex. 4) (Lemoine, J) (Entered: 11/02/2020) |
| 11/02/2020 | 32 | Proposed Order Granting 31 Plaintiffs Unopposed Motion for Leave to File Under Seal the Parties Joint Exhibit List Filed Under Seal by IPNav LLC, Deirdre Leane. (Lemoine, J) Modified event/text on 11/3/2020 (mjr). (Entered: 11/02/2020) |
| 11/02/2020 | 33 | Witness List by ChanBond LLC, UnifiedOnline Inc. (Cox, Nathan) (Entered: 11/02/2020) |
| 11/02/2020 | 34 | Witness List by IPNav LLC, Deirdre Leane. (Lemoine, J) (Entered: 11/02/2020) |
| 11/02/2020 | 35 | Exhibit List *Defendants' Exhibit List* by ChanBond LLC, UnifiedOnline Inc. (Attachments: # 1 Exhibit(s) Defendants' Unsealed Exhibits, # 2 Exhibit(s) Defendants' Demonstrative Exhibits) (Cox, Nathan) (Entered: 11/02/2020) |
| 11/02/2020 | 36 | (Document Restricted) Sealed Motion for Leave to File Defendants' Exhibits (Sealed pursuant to motion to seal) filed by ChanBond LLC, UnifiedOnline Inc. (Attachments: # 1 Exhibit(s) Defendants' Exhibit 1, # 2 Exhibit(s) Defendants' Exhibit 3, # 3 Exhibit(s) Defendants' Exhibit 8, # 4 Exhibit(s) Defendants' Exhibit 9, # 5 Exhibit(s) Defendants' Exhibit 10) (Cox, Nathan) (Entered: 11/02/2020) |
| 11/03/2020 | 37 | AFFIDAVIT of Service for Subpoena served on Linda Stahl, Esq. on behalf of ChanBond on 10/30/20. (Lemoine, J) (Entered: 11/03/2020) |
| 11/03/2020 | 38 | NOTICE OF SUBPOENA DUCES TECUM served on Linda Stahl, Esq. on behalf of Unifiedonline Inc. on 10/30/20. (Lemoine, J) Modified text on 11/4/2020 (ykp). (Entered: 11/03/2020) |
| 11/03/2020 | 41 | STATUS REPORT ORDER: Status Report due by 11/24/2020. (Ordered by Judge Jane J. Boyle on 11/3/2020) (svc) (Entered: 11/04/2020) |
| 11/03/2020 | 42 | (Document Restricted) Joint Exhibits filed by IPNav LLC, Deirdre Leane. (ndt) (Entered: 11/04/2020) |
| 11/03/2020 | 43 | (Document Restricted) Defendant's Exhibits filed by ChanBond LLC, UnifiedOnline Inc. (Attachments: # 1 Additional Page(s)) (ndt) (Entered: 11/04/2020) |
| 11/04/2020 | 44 | (Document Restricted) Unopposed Motion to Seal Courtroom (Sealed pursuant to motion to seal) filed by ChanBond LLC, UnifiedOnline Inc (Cox, Nathan) (Entered: 11/04/2020) |
| 11/04/2020 | 46 | ELECTRONIC Minute Entry for proceedings held before Judge Jane J. Boyle: Motion Hearing held on 11/4/2020 3 Emergency MOTION for Temporary Restraining Order . TRO denied. Order to follow. Attorney Appearances: Plaintiff - J Sean Lemoine; Akiva Meir Cohen; and Alexander Morovitz; Defense - Linda R Stahl; Courtney Barksdale Perez; Nathan Isaiah Charles Cox; |

| | | |
|---|---|---|
| | | Scott W Breedlove. (Court Reporter: Shawnie Archuleta) (Exhibits admitted - all exhibits, except Pl's 7 and 8) Time in Court - 1:22. (chmb) Modified on 11/6/2020 to correct filed date (chmb). (Entered: 11/06/2020) |
| 11/12/2020 | 47 | MEMORANDUM OPINION AND ORDER: The Court DENIES Leane and IPNav's motion for a TRO and preliminary injunction (Doc. 3 ). (Ordered by Judge Jane J. Boyle on 11/12/2020) (ctf) (Entered: 11/12/2020) |
| 11/16/2020 | 48 | ELECTRONIC ORDER: In light of 47 Memorandum Opinion and Order, it appears that no issues remain for resolution by this Court. Therefore, the parties shall submit a joint stipulation of dismissal or agreed final judgment on or before December 16, 2020. The Clerk of Court is directed to administratively close this case. (Ordered by Judge Jane J. Boyle on 11/16/2020) (chmb) (Entered: 11/16/2020) |
| 11/16/2020 | | Civil Case Terminated per 48 Electronic Order. Pursuant to LR 79.2 and LCrR 55.2, exhibits may be claimed during the 60-day period following final disposition (to do so, follow the procedures found at Exhibit Guide). The clerk will discard exhibits that remain unclaimed after the 60-day period without additional notice. (Clerk to notice any party not electronically noticed.) (axm) (Entered: 11/16/2020) |
| 11/18/2020 | 49 | (Document Restricted) Notice of Filing of SEALED Electronic Transcript of SEALED TRO Proceedings held on 11-04-2020 before Judge Jane J. Boyle. Court Reporter/Transcriber Shawnie Archuleta, Telephone number shawnie505@aol.com. (82 pages) (spa) (Entered: 11/18/2020) |
| 11/23/2020 | 50 | MOTION TO AMEND by IPNav LLC, Deirdre Leane re: 47 Memorandum Opinion and Order. (Lemoine, J) Modified event type and text on 11/24/2020 (hml). (Entered: 11/23/2020) |
| 11/23/2020 | 51 | Brief/Memorandum in Support filed by IPNav LLC, Deirdre Leane re 50 Motion to Amend (Attachments: # 1 Appendix in Support of Reply Brief, # 2 Proposed Order) (Lemoine, J) Modified text on 11/24/2020 (hml). (Entered: 11/23/2020) |
| 12/11/2020 | 52 | RESPONSE filed by ChanBond LLC re: 50 MOTION to Amend/Correct. (Cox, Nathan) (Entered: 12/11/2020) |
| 12/14/2020 | 53 | ELECTRONIC ORDER denying 50 Motion to Amend/Correct. The Court declines to alter or vacate its holdings in this case regarding the likelihood of success on the merits, a necessary element to consider Plaintiffs' request for injunctive relief. (Ordered by Judge Jane J. Boyle on 12/14/2020) (chmb) (Entered: 12/14/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/15/2020 08:18:16 | | | |
| **PACER Login:** | KWMNYO500:3497755:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:20-cv-03097-B |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |