**BAYARD**

| | |
|---|---|
| 600 N. King Street • Suite 400 | Writer's Direct Access: |
| P.O. Box 25130 • Wilmington, DE 19899 | (302) 429-4238 |
| Zip Code For Deliveries 19801 | rgolden@bayardlaw.com |

April 14, 2021

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re:    *ChanBond, LLC v. Atl. Broadband Group, LLC, et al.*, Cons., C.A. No. 15-842-RGA

Dear Judge Andrews:

    Pursuant to the Court's April 13, 2021 Oral Order (D.I. 557), I write to provide the Court with dial-in information for the telephone conference scheduled to commence before Your Honor on April 19, 2021 at 9:00 A.M. to discuss the trial date in the above noted matter.

    The dial-in information for the telephone conference is:

        Telephone Number: 888-204-5987
        Access Code: 4501561

    Should Your Honor have any questions, please do not hesitate to contact me. Thank you.

        Respectfully submitted,

        */s/ Ronald P. Golden III*

        Ronald P. Golden III (#6254)

cc: All counsel of record