IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION | Civil Action No. 15-842-RGA CONSOLIDATED |

ORDER

For the reasons stated in the accompanying memorandum opinion, Defendants' motion to reopen fact discovery for limited investigation of standing issues (D.I. 524) is **DENIED**.

IT IS SO ORDERED this 16th day of April 2021.

/s/ Richard G. Andrews
United States District Judge