**BAYARD**

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4238  
rgolden@bayardlaw.com

May 17, 2021

**VIA CM/ECF**

The Honorable Richard G. Andrews  
United States District Court for the District of Delaware  
844 North King Street  
Wilmington, Delaware 19801

Re:   *ChanBond, LLC v. Atl. Broadband Group, LLC, et al.*, Cons. C.A. No. 15-842-RGA

Dear Judge Andrews:

Plaintiff ChanBond, LLC ("ChanBond") respectfully submits this letter requesting the Court's approval to provide live streaming access to ChanBond's infringement expert, Dr. Scott Nettles, for the duration of the trial scheduled to commence on May 20, 2021. Dr. Nettles is scheduled to testify remotely due to concerns over traveling during the pandemic, and is unable to appear in person at trial or at Delaware counsel's office to observe the trial's live stream. Dr. Nettles' ability to observe the trial is critical to ChanBond's trial presentation, and particularly essential to ChanBond's rebuttal case.

Counsel for ChanBond has conferred with counsel for Defendant Cox Communications, Inc. ("Cox"), and Cox has no objection to ChanBond's request.

As such, ChanBond respectfully requests the Court's permission to provide Dr. Nettles with live streaming access to the trial.

Should Your honor have any questions, comments, or otherwise, please do not hesitate to contact me. Thank you.

Respectfully submitted,

*/s/ Ronald P. Golden III*

Ronald P. Golden III (#6254)

cc: All counsel of record