# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Anthony D. Raucci**
(302) 351-9392
araucci@morrisnichols.com

May 19, 2021

The Honorable Richard G. Andrews  **BY ELECTRONIC FILING**
The United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *ChanBond, LLC vs. Atlantic Broadband Group, LLC et al.*,
           C.A. No. 15-842 (RGA) (Consolidated)

Dear Judge Andrews:

      As discussed with the Court at the April 19 and May 13, 2021 teleconferences, the parties have conferred on a potential jury instruction addressing the trial in the context of the COVID-19 pandemic, but were unable to reach agreement on whether one is necessary and, if so, what it should be. Defendant's proposed instruction is attached as Exhibit A and Plaintiff's proposed instruction, to the extent the Court believes one is needed, is attached as Exhibit B.

      The parties are available to discuss at the Court's convenience.

                                  Respectfully,

                                  */s/ Anthony D. Raucci*

                                  Anthony D. Raucci (#5948)

Enclosures

cc:    All Counsel of Record (w/enc. - by e-mail)