IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION | ) ) ) C.A. No. 15-842 (RGA) ) CONSOLIDATED ) ) **CONFIDENTIAL – FILED UNDER SEAL** ) |

## JOINT NOTICE AND MOTION TO ADJOURN TRIAL AND STAY DEADLINES

Plaintiff ChanBond, LLC and Defendants[1] have executed a binding term sheet (the "Binding Term Sheet") to resolve their disputes in the above-captioned consolidated cases. The parties are diligently working to effect settlement, but need additional time to complete the final steps.

In view of the foregoing, and in an effort to conserve party and judicial resources, the parties respectfully request that the presently-ongoing trial in *ChanBond, LLC v. Cox Communications, Inc*. (C.A. No. 18-849) be adjourned and all other deadlines in the consolidated cases be stayed through July 9, 2021. A proposed order is attached as Exhibit A.

The parties agree that the Court will retain jurisdiction and exclusive venue for any disputes that arise in connection with, or related to, these consolidated cases, the Binding Term Sheet, or final settlement agreement.

---

[1] Defendants are: Atlantic Broadband Group, LLC; Bright House Networks, LLC; Cable One, Inc.; Cablevision Systems Corporation; CSC Holdings, LLC; Cequel Communications, LLC; Cequel Communications Holdings I, LLC d/b/a Suddenlink Communications; Charter Communications, Inc.; Comcast Corporation; Comcast Cable Communications, LLC; Cox Communications, Inc.; Mediacom Communications Corporation; RCN Telecom Services, LLC; Time Warner Cable; Time Warner Cable Enterprises LLC; WadeDivision Holdings, LLC; and WideOpen West Finance LLC.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| */s/ Stephen B. Brauerman* | */s/ Jennifer Ying* |
| Stephen B. Brauerman (#4952) | Jack B. Blumenfeld (#1014) |
| Ronald P. Golden III (#6254) | Jennifer Ying (#5550) |
| BAYARD, P.A. | 1201 N. Market Street |
| 600 N. King Street, Suite 400 | P.O. Box 1347 |
| P.O. Box 25130 | Wilmington, DE  19899-1347 |
| Wilmington, Delaware 19899 | (302) 658-9200 |
| (302) 655-5000 | jblumenfeld@morrisnichols.com |
| sbrauerman@bayardlaw.com | jying@morrisnichols.com |
| rgolden@bayardlaw.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff ChanBond, LLC* | |

May 26, 2021