IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION | ) ) ) ) ) ) ) | C.A. No. 15-842 (RGA) CONSOLIDATED  **CONFIDENTIAL – FILED UNDER SEAL** |

### JOINT STIPULATION TO WITHDRAW MOTION AND ADOPTION OF FINDINGS AND CONCLUSIONS REGARDING STANDING

WHEREAS, on October 8, 2020, Defendants[1] in the above-captioned consolidated cases filed a Motion to Re-Open Discovery for Limited Investigation of Standing Issues (D.I. 524, 525) (the "Motion to Re-Open Discovery");

WHEREAS, on April 16, 2021, the Court issued a Memorandum Opinion (D.I. 560) and Order (D.I. 561) denying Defendants' Motion to Re-Open Discovery;

WHEREAS, on May 14, 2021, Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (D.I. 572, 573, 574) (the "Motion to Dismiss");

WHEREAS, Plaintiff ChanBond, LLC and Defendants have subsequently executed an agreement to resolve their disputes;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, subject to the approval of the Court, that:

1. Defendants' Motion to Dismiss (D.I. 572-574) is hereby withdrawn;

---

[1] Defendants are: Atlantic Broadband Group, LLC; Bright House Networks, LLC; Cable One, Inc.; Cablevision Systems Corporation; CSC Holdings, LLC; Cequel Communications, LLC; Cequel Communications Holdings I, LLC d/b/a Suddenlink Communications; Charter Communications, Inc.; Comcast Corporation; Comcast Cable Communications, LLC; Cox Communications, Inc.; Mediacom Communications Corporation; RCN Telecom Services, LLC; Time Warner Cable; Time Warner Cable Enterprises LLC; WadeDivision Holdings, LLC; and WideOpen West Finance LLC.

2. The parties agree to accept and adopt the Court's findings and conclusions regarding standing as set forth in the Court's April 16, 2021 Memorandum Opinion (D.I. 560).

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
|---|---|
| */s/ Stephen B. Brauerman* | */s/ Jennifer Ying* |
| Stephen B. Brauerman (#4952) | Jack B. Blumenfeld (#1014) |
| Ronald P. Golden III (#6254) | Jennifer Ying (#5550) |
| BAYARD, P.A. | 1201 N. Market Street |
| 600 N. King Street, Suite 400 | P.O. Box 1347 |
| P.O. Box 25130 | Wilmington, DE 19899-1347 |
| Wilmington, Delaware 19899 | (302) 658-9200 |
| (302) 655-5000 | jblumenfeld@morrisnichols.com |
| sbrauerman@bayardlaw.com | jying@morrisnichols.com |
| rgolden@bayardlaw.com | *Attorneys for Defendants* |

*Attorneys for Plaintiff ChanBond, LLC*

May 26, 2021

SO ORDERED, this ___27th___ day of May, 2021

                                                /s/ Richard G. Andrews
                                UNITED STATES DISTRICT COURT JUDGE