IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION | ) ) ) ) ) ) ) C.A. No. 15-842 (RGA) CONSOLIDATED |

**[PROPOSED] ORDER GRANTING MOTION TO ADJOURN TRIAL AND TO STAY**

The Court, having considered the parties' joint notice and request, HEREBY ORDERS THAT:

1. The trial in *ChanBond, LLC v. Cox Communications, Inc.* (C.A. No. 18-849) is hereby adjourned;

2. All other deadlines in the consolidated cases (C.A. No. 15-842) are hereby stayed through July 9, 2021.

SO ORDERED this __27th__ day of May, 2021.

_____/s/ Richard G. Andrews_____
UNITED STATES DISTRICT COURT JUDGE