# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE  19899-1347

_____

(302) 658-9200
(302) 658-3989 FAX

ANTHONY D. RAUCCI
(302) 351-9392
araucci@morrisnichols.com

Original Filing Date:  May 25, 2021
Redacted Filing Date:  June 4, 2021

The Honorable Richard G. Andrews
The United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

**BY ELECTRONIC FILING**

REDACTED -- PUBLIC VERSION

Re:    *ChanBond, LLC vs. Atlantic Broadband Group, LLC et al.,*
C.A. No. 15-842 (RGA) (Consolidated)

Dear Judge Andrews:

Pursuant to the Pretrial Order in the Cox case (D.I. 500 at ¶ 83), the parties hereby submit the attached disputed deposition designations regarding Patrick Keane's July 24, 2018 deposition expected to be presented at trial on Wednesday, May 26, 2021.  A copy of the transcript is attached as Exhibit 1.[1]

ChanBond objects to three question-and-answer passages on the grounds that they assume facts not in evidence and lack foundation.  Cox's position is that the disputed passages relate directly to Mr. Keane's memory of certain events in his representation of CBV and the questions probe at Mr. Keane's professed lack of knowledge and go to his credibility.  The three passages are listed below:

1.    34:3 – 34:5 (Question); 34:8 – 34:10 (Answer)
2.    50:9 – 50:12 (Question); 50:14 – 50:22 (Answer)
3.    70:9 – 70:10 (Question); 70:12 – 70:15 (Answer)

Counsel is available should the Court have any questions.

---

[1]    In the transcript, disputed designations are highlighted in yellow, Cox's designations are highlighted in green, and ChanBond's designations are highlighted in blue.

The Honorable Richard G. Andrews
May 25, 2021
Page 2


                                        Respectfully,

                                        /s/ Anthony D. Raucci

                                        Anthony D. Raucci (#5948)


Enclosures

cc:    All Counsel of Record (w/enc. - by e-mail)