# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE CHANBOND, LLC, PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO: | C.A. No. 15-842-RGA<br><br>**CONSOLIDATED** |
| *ChanBond, LLC v. Atlantic Broadband Group, LLC* | C.A. NO. 15-842-RGA |
| *ChanBond, LLC v. Bright House Networks, LLC* | C.A. NO. 15-843-RGA |
| *ChanBond, LLC v. Cable One, Inc.* | C.A. NO. 15-844-RGA |
| *ChanBond, LLC v. Cablevision Systems Corporation and CSC Holdings, LLC* | C.A. NO. 15-845-RGA |
| *ChanBond, LLC v. Cequel Communications, LLC and Cequel Communications Holdings I, LLC d/b/a Suddenlink Communications* | C.A. NO. 15-846-RGA |
| *ChanBond, LLC v. Charter Communications, Inc.* | C.A. NO. 15-847-RGA |
| *ChanBond, LLC v. Comcast Corporation and Comcast Cable Communications, LLC* | C.A. NO. 15-848-RGA |
| *ChanBond, LLC v. Cox Communications, Inc.* | C.A. NO. 15-849-RGA |
| *ChanBond, LLC v. Mediacom Communications Corporation* | C.A. NO. 15-850-RGA |

| | |
|---|---|
| *ChanBond, LLC v. RCN Telecom Services, LLC* | C.A. NO. 15-851-RGA |
| *ChanBond, LLC v. Time Warner Cable Inc. and Time Warner Cable Enterprises, LLC* | C.A. NO. 15-852-RGA |
| *ChanBond, LLC v. WaveDivision Holdings, LLC* | C.A. NO. 15-853-RGA |
| *ChanBond, LLC v. WideOpen West Finance, LLC* | C.A. NO. 15-854-RGA |

### **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff ChanBond, LLC ("ChanBond") and Defendants Atlantic Broadband Group, LLC, Bright House Networks, LLC, Cable One, Inc., Cablevision Systems Corporation, CSC Holdings, LLC, Cequel Communications, LLC, Cequel Communications Holdings I, LLC *d/b/a* Suddenlink Communications, Charter Communications, Inc., Comcast Corporation, Comcast Cable Communications, LLC, Cox Communications, Inc., Mediacom Communications Corporation, RCN Telecom Services, LLC, Time Warner Cable Inc., Time Warner Cable Enterprises, LLC, WaveDivision Holdings, LLC, and WideOpen West Finance, LLC (collectively, "Defendants") have agreed to settle, adjust and compromise all claims in the above-captioned actions and, therefore, jointly stipulate, subject to the approval of the Court, to the dismissal of the above-captioned actions and all claims by ChanBond against Defendants and all counterclaims by Defendants against ChanBond made therein with prejudice to the re-filing of the same.

The parties agree that all costs and expenses relating to these litigations (including attorney and expert fees and expenses) shall be borne solely by the party incurring the same.

SO ORDERED this _____ day of _____, 2021.

_____
Hon. Richard G. Andrews
United States District Judge


Dated: July 9, 2021                                              Respectfully Submitted,

BAYARD, P.A.                                                     MORRIS, NICHOLS, ARSHT &TUNNELL LLP

*/s/ Ronald P. Golden III*                                       */s/ Jennifer Ying*
Stephen B. Brauerman (No. 4952)                                  Jack B. Blumenfeld (#1014)
Ronald P. Golden III (No. 6254)                                  Jennifer Ying (#5550)
BAYARD, P.A.                                                     1201 N. Market Street
600 N. King Street, Suite 400                                    P.O. Box 1347
Wilmington, Delaware 19801                                       Wilmington, DE  19899-1347
(302) 655-5000                                                   (302) 658-9200
sbrauerman@bayardlaw.com                                         jblumenfeld@mnat.com
rgolden@bayardlaw.com                                            jying@mnat.com

*Counsel for ChanBond, LLC*                                      *Counsel for Defendants*


*Of Counsel:*                                                    *Of Counsel:*

Robert A. Whitman *(pro hac vice)*                               Michael Brody
Mark S. Raskin *(pro hac vice)*                                  Saranya Raghavan
John F. Petrsoric *(pro hac vice)*                               WINSTON & STRAWN LLP
Michael DeVincenzo *(pro hac vice)*                              35 W. Wacker Drive
**KING & WOOD MALLESONS LLP**                                    Chicago, IL 60601
500 Fifth Avenue, 50th Floor                                     312-558-5600
New York, New York 10110                                         mbrody@winston.com
212-319-4755                                                     sraghavan@winston.com
robert.whitman@us.kwm.com
mark.raskin@us.kwm.com
john.petrsoric@us.kwm.com                                        David P. Enzminger
michael.devincenzo@us.kwm.com                                    Nimalka Wickramasekera

3

WINSTON & STRAWN LLP
333 S. Grand Avenue
38th Floor
Los Angeles, California 90071
denzminger@winston.com
nwickramasekera@winston.com

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
212-294-4700
kpadmanabhan@winston.com


James Lin
WINSTON & STRAWN LLP
275 Middlefield Rd.
Menlo Park, CA 94025
650-858-6500
jalin@winston.com

Thomas M. Melsheimer
Renee Skinner
Alex C. Wolens
WINSTON & STRAWN LLP
2121 North Pearl Street, Suite 900
Dallas, TX 75201
(214) 453-6500
tmelsheimer@winston.com
rskinner@winston.com
awolens@winston.com